UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MODERNATX, INC. and MODERNA US, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PFIZER INC., BIONTech SE, BIONTech MANUFACTURING GMBH, and BIONTech US INC.,<br><br>Defendants. | Case No. 1:22-cv-11378-RGS |

**JOINT MOTION TO EXTEND RESPONSE DATE TO THE COMPLAINT FOR DEFENDANTS PFIZER INC. AND BIONTECH US INC.**

All parties hereby move for an extension of time for defendants Pfizer Inc. ("Pfizer") and BioNTech US Inc. ("BioNTech US") to answer, move, or otherwise respond to the complaint until December 5, 2022, which will align the due dates for Pfizer and BioNTech US with the due dates for BioNTech SE and BioNTech Manufacturing GmbH ("BioNTech Manufacturing"), where they might otherwise be subject to differing times for response.[1]

In support of this motion, the parties state:

1.      Defendants Pfizer and BioNTech US received copies of the summons and complaint on August 29, 2022, which would result in responses to the complaint due to be filed by September 19, 2022.

2.      Defendants BioNTech SE and BioNTech Manufacturing are German entities that each have executed a Waiver of Service of Summons as of September 6, 2022, resulting in their responses to the complaint to be due by December 5, 2022.

---

[1] The parties agree to not challenge sufficiency of the means of service if this joint motion is allowed, but otherwise reserve all rights and objections.

40499637.1

3.      Having all parties respond at the same time on December 5, 2022, will not unduly delay the resolution of this case.

4.      Further, having all parties respond at the same time will promote judicial economy, particularly where a single complaint has been filed against all parties.

WHEREFORE, the parties request that the Court grant this joint motion and extend the date for Pfizer and BioNTech US to respond to the complaint until December 5, 2022.

DEFENDANTS BIONTECH SE,
BIONTECH MANUFACTURING GMBH
AND BIONTECH US INC.

By their Counsel,

*/s/ Jeffrey S. Robbins*

_____
Jeffrey S. Robbins, BBO #421910
Jeffrey.Robbins@saul.com
Joseph D. Lipchitz, BBO #632637
Joseph.Lipchitz@saul.com
Gregory M. Boucher, BBO #665212
Gregory.Boucher@saul.com
SAUL EWING ARNSTEIN & LEHR LLP
131 Dartmouth Street, Suite 501
Boston, MA  02116
Tel: (617) 723-3300

Dated: September 9, 2022

OF COUNSEL:
Bruce M. Wexler
Eric W. Dittmann
Young J. Park
Ashley Mays-Williams

PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
(212) 318-6000

*Attorneys for Defendants BioNTech US Inc.,
BioNTech SE, and BioNTech Manufacturing GmbH*

2

OF COUNSEL:

Thomas H.L. Selby
Stanley E. Fisher
Luke McCloud
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, SW
Washington, DC 20024
(202) 434-5000
tselby@wc.com
sfisher@wc.com
lmccloud@wc.com

DEFENDANT PFIZER INC.

By its Counsel,

/s/ *Lee Carl Bromberg*
Lee Carl Bromberg (BBO # 058480)
Erik Paul Belt (BBO # 558620)
Wyley Proctor (BBO # 666613)
MCCARTER & ENGLISH, LLP
265 Franklin Street
Boston, MA 02110
P: 617.449.6500
F: 617.607.9200
lbromberg@mccarter.com
ebelt@mccarter.com
wproctor@mccarter.com

*Attorneys for Defendant Pfizer, Inc.*

Dated: September 9, 2022

PLAINTIFFS MODERNATX, INC. AND MODERNA US, INC.

By its Counsel,

/s/ *William F. Lee*
William F. Lee (BBO# 291960)
Emily R. Whelan (BBO# 646982)
Kevin S. Prussia (BBO# 666813)
Andrew J. Danford (BBO# 672342)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA  02109
(617) 526-6000
william.lee@wilmerhale.com
emily.whelan@wilmerhale.com
kevin.prussia@wilmerhale.com
andrew.danford@wilmerhale.com

Amy K. Wigmore (BBO# 629275)
WILMER CUTLER PICKERING
   HALE AND DORR LLP

1875 Pennsylvania Avenue NW
Washington, DC  20006
(202) 663-6000
amy.wigmore@wilmerhale.com

*Attorneys for Plaintiffs ModernaTX, Inc. and Moderna US, Inc.*

Dated: September 9, 2022

## CERTIFICATE OF SERVICE

I, Jeffrey S. Robbins, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 9, 2022.

 /s/ *Jeffrey S. Robbins*
Jeffrey S. Robbins