# **EXHIBIT 6**

# ACADÉMIE DES SCIENCES



Transmettre les connaissances (/fr/Transmettre-les-connaissances/transmettre-les-connaissances.html)



SEP 28
2021

Posted in Press Releases (/fr/Table/Presse/Communiques-de-presse/)

The scientist is rewarded for her pioneering research which led to the development of messenger RNA vaccines.

Press release from the Academy of Sciences - Paris, September 28, 2021

**The Academy of Sciences has just awarded its Grande Médaille 2021 to Katalin Karikó. The Hungarian-born biochemist, now senior vice president at BioNTech RNA Pharmaceuticals, has been conducting pioneering research on messenger RNA and its use for therapeutic purposes since the 1990s. The contribution of his work has been crucial in the development of new vaccine strategies developed in the context of the fight against Covid-19. The Great Medal is the most prestigious award given by the Academy of Sciences.**

Katalin Karikó began her career in Hungary, at the Szeged Research Center, specializing in the biochemistry of messenger RNAs, and developing antiviral and viral tests. But the center lacks funding. In 1985, she then moved to the United States with her husband and her two-year-old daughter to join the biochemistry department of Temple University in Philadelphia, before becoming a professor at the prestigious University of Pennsylvania.
In the early years, she struggled to convince people of the usefulness of her work on messenger RNA for therapeutic purposes, as the scientific community became more interested in DNA research and gene therapy. Alongside Drew Weissman, an immunologist at the University of Pennsylvania, she nevertheless continued her research on the immune response induced by messenger RNA, convinced of the vaccine potential of her work. Their work has greatly contributed to the development of the vaccines used today to fight the Covid-19 epidemic by Pfizer BioNtech and Moderna.

**Press contact – Delegation for scientific information and communication of the Academy of Sciences**

Sandra Lanfranchi - Tel. : + 33 (0)1 44 41 43 35
presse[at]academie-sciences.fr ()

E-mail (mailto   To share (http   To share   To share   To share   To print

Related

- Katalin Kariko (/fr/Liste-des-membres-de-l-Academie-des-sciences-/-K/cedric-blanpain-2.html)
- The Great Medal (/fr/Prix-et-medailles/grande-medaille.html)
- Human Biology and Medical Sciences Section (/fr/Listes-par-section-scientifique/section-biologie-humaine-et-sciences-medicales.html)
- 5 questions to Jocelyn Bell, winner of the 2018 Grand Medal of the Academy of Sciences (/fr/Laureats/laureat-2018-grande-medaille.html)
- 2016 winner of the Great Medal of the Academy of Sciences: Alexander J. Varshavsky (/fr/Laureats/laureat-2016-grande-medaille.html)
- 2014 winner of the Great Medal of the Academy of Sciences: Joel L. Lebowitz (/fr/Laureats/laureat-2014-grande-medaille.html)
- 2013 winner of the Great Medal of the Academy of Sciences: Joan A. Steitz (/fr/Laureats/laureat-2013-grande-medaille.html)

Welcome (/fr/)  /  Dissemination of knowledge (/fr/Transmettre-les-connaissances/transmettre-les-connaissances.html)  /  Hurry (/fr/presse.html)
/ Press Releases (/fr/Table/Presse/Communiques-de-presse/)
/ Press release: Katalin Karikó winner of the 2021 Grand Medal of the Academy of Sciences

CONTACT US (/FR/NOUS-CONNAITRE/NOUS-CONTACTER.HTML)
LEGAL NOTICE (/FR/NOUS-CONNAITRE/MENTIONS-LEGALES.HTML)
ADMINISTRATION (/FR/ADMINISTRATION/A-LA-UNE-DE-L-ADMINISTRATION.HTML)
SITEMAP (/FR/PLAN)
INTRANET (HTTPS://INSTITUTDEFRANCE.SHAREPOINT.COM/SITES/INTRACAD)

To stay connected:

f (https://www.facebook.com/AcadSciences)

🐦 (https://twitter.com/AcadSciences)

in (https://www.linkedin.com/company/academie-des-sciences/)

▶ (https://www.youtube.com/channel/UC3BW_IlgG6orWiej8jYpEow/featured)

ℹ (/?option=com_breezingforms&Itemid=529)   📡 (/fr/flux-rss.html)

Academy of Sciences - 23 quai de Conti - 75006 Paris