# **EXHIBIT 7**

# 2021 PRINCESS OF ASTURIAS AWARD
## FOR TECHNICAL & SCIENTIFIC RESEARCH

LIST OF LAUREATES



# KATALIN KARIKÓ, DREW WEISSMAN, PHILIP FELGNER, UĞUR ŞAHIN, ÖZLEM TÜRECI, DERRICK ROSSI AND SARAH GILBERT

2021 PRINCESS OF ASTURIAS AWARD FOR TECHNICAL & SCIENTIFIC RESEARCH

Katalin Karikó, Drew Weissman, Philip Felgner, Uğur Şahin, Özlem Türeci, Derrick Rossi and Sarah Gilbert have independently contributed to the development of some of the vaccines approved to date, all based on different strategies, but which have protein S as a common target

All categories

All    Name

SEARCH

BIOGRAPHY

The Princess of Asturias Foundation uses its own and third-party cookies in order to analyze user browsing for statistical and marketing purposes. To learn more, please read our Cookie Policy.

Accept and continue    Set Cookies

12/2/22, 3:57 PM  Katalin Karikó, Drew Weissman, Philip Felgner, Uğur Şahin, Özlem Türeci, Derrick Rossi and Sarah Gilbert - Laureates - Princess…

Case 1:22-cv-11378-RGS Document 45-7 Filed 12/05/22 Page 3 of 3

SPEECH

 PHOTO GALLERY

 MINUTES OF THE JURY

 WATCH INTERACTIVE

 PRESS CONF. BY DERRICK ROSSI

 PRESS CONF. WITH K. KARIKÓ, D. WEISSMAN & P. FELGNER

 PRESS CONF. BY SARAH GILBERT

 PRESS CONF. WITH UĞUR ŞAHIN & ÖZLEM TÜRECI

 SPEECH BY KATALIN KARIKÓ

The Princess of Asturias Foundation uses its own and third-party cookies in order to analyze user browsing for statistical and marketing purposes. To learn more, please read our Cookie Policy.

Accept and continue    Set Cookies