# **EXHIBIT 9**

Newsletter

# The Messenger RNA Pioneers Everyone Ignored

By Naomi Kresge
November 23, 2021 at 7:30 AM EST

Here is the latest news from the pandemic.

- Europe seeks common stance on how long vaccinations last
- China's coal crunch isn't over as cold weather drives demand
- Germany issues lockdown warning with Covid cases spiking

**The mRNA pioneers everyone ignored**

Hungarian biochemist Katalin Kariko is on the awards circuit. She's been feted by the World Health Organization, painted onto the side of a building in Budapest and even made Glamour Magazine's Women of the Year. Together with her longtime research partner Drew Weissman, she won the Lasker-DeBakey Clinical Medical Research Award – an honor that in many cases has preceded a Nobel Prize.

It's all quite a turnaround for Kariko, who struggled for years to get research funding. She dedicated her career to the study of messenger RNA, long seen as too delicate and hard to handle to be of much use.

The discoveries Kariko and Weissman made helped change all that. On this week's episode of the Prognosis podcast, we tell the story of how they and others laid the groundwork for successful mRNA vaccines against Covid-19.

"Many, many people contributed to it, and I was just one of them," Kariko said at a WHO event in Berlin in September. "I am just representing all of those fellow scientists."



Katalin Kariko  *Photographer: Hannah Yoon/Bloomberg*

Kariko and Weissman famously met while waiting to use a Xerox machine to copy the hundreds of academic journal articles they both voraciously consumed. In 2005, the pair published a paper showing how to modify mRNA to dodge a cell's defenses. They were surprised and disappointed when the scientific world never came knocking on their door. Kariko said she felt like Cassandra, the mythological Trojan princess cursed to prophesy and never to be believed.

"Our phones never rang," Weissman says on the podcast. "I think that even though we published that paper, they still said RNA is too difficult to work with."

The phones are ringing now as scientists study mRNA to treat diseases from HIV to malaria, multiple sclerosis and cancer.

Kariko and Weissman's discovery is "fundamental to this entire field," says Derrick Rossi, a co-founder of mRNA vaccine maker Moderna. "I believe it's going to earn them a Nobel Prize because it really is what allows these mRNA vaccines and any mRNA therapeutic down the road."

At the WHO event in Berlin, Kariko, now a senior vice president at BioNTech, made a plea for backing other crazy-sounding ideas that come along. "Those who might have an idea which is too weird to

support, maybe they get more support and solve problems we will face in the future." –*Naomi Kresge*

### Track the virus

# How Covid-19 Broke the Global Supply Chain

While turbocharged consumers are among the few engines of growth that are healthy enough to pull the economy out of its pandemic funk, the supply side is straining to keep up. Read the full story here.



Container ships at anchor outside the Port of Los Angeles.  *Photographer: Tim Rue/Bloomberg*

### What you should read

China Is More Dedicated Than Ever to Covid Zero
The country is doubling down despite rising costs to its people and economy.

The U.K.'s Sandwich Economy Is Back to Normal
Pret A Manger's sales finally rose above pre-pandemic levels last week.

Vaccines Ward Off Mostly Severe Disease in U.S.

New data shows shots don't prevent infections as much as they once did.

French Prime Minister Gets Covid in Fresh Wave
Jean Castex will isolate for 10 days to avoid contributing to Europe outbreak.

U.K. Workforce Is Younger and More Female Now
Many older workers and men dropped out of labor market during pandemic.

*Know someone else who would like this newsletter?* Have them sign up here.

*Have any questions, concerns, or news tips on Covid-19 news?* Get in touch *or* help us cover the story.

*Like this newsletter? Subscribe for unlimited access to trusted, data-based journalism in 120 countries around the world and gain expert analysis from exclusive daily newsletters,* The Bloomberg Open *and* The Bloomberg Close.

Terms of Service   Do Not Sell My Info (California)   Trademarks   Privacy Policy
©2022 Bloomberg L.P. All Rights Reserved
Careers   Made in NYC   Advertise   Ad Choices       Help