# **<u>EXHIBIT 21</u>**



From Cell Press & Cell Signaling Technology



# The Lasker Awards: A history of "America's Nobels"

 Posted by David N. Keegan    | Published September 11, 2018, 09:00

Tweet                                    Share        Like 0        Share



Since 1945, the Lasker Medical Research Awards have highlighted how basic biological discoveries drive innovative clinical therapies and techniques and how science stokes our curiosity about the intricate and often beautiful processes that underlie all life forms.

The idea for an American award honoring advances in medical research grew out of Albert and Mary Lasker's deep concern in the early 1940s about the lack of effective treatments for cardiovascular disease, cancer, mental illness, and many infectious diseases. At the time, Mary (1900–1994), a businesswoman, art collector, and philanthropist, strategized with her husband on ways to accelerate the discovery of cures for disease. In a 1944 birthday letter to his

wife, Albert (1880–1952), a businessman who played a major role in shaping modern advertising, proposed the idea of an annual prize to capture America's attention and gain support for a long-term investment in medical research.



Mary Lasker later recalled, "I thought that if a toothpaste … deserved advertising at the rate of two or three or four million dollars a year, that research against disease maiming and crippling people in the United States and in the rest of the world deserved hundreds of millions of dollars. It seemed perfectly simple and natural to me."

The first Lasker Awards coincided with the release of "Science—the Endless Frontier," the influential Vannevar Bush report to President Franklin D. Roosevelt that publicly defined the vital importance of research. At that time, significant strides had been made to answer questions in physics and chemistry, but relatively little was known about the cell. Albert and Mary Lasker knew that without an understanding of fundamental biology and the necessary resources to support medical research, there was little hope of more than piecemeal advances against disease.

The recipients of the awards were originally chosen by a committee of the American Public Health Association. But in 1962, the awards were renamed in honor of Albert Lasker, and the newly formed Lasker Jury took over the role of selecting the recipients.

Today, the jury—composed of researchers in a variety of fields and from around the globe and chaired since 1996 by Lasker and Nobel laureate Joseph L. Goldstein—annually awards the Lasker Basic Award (which recognizes work that opens up a new area of biomedical research) and the Lasker Clinical Award (which recognizes a major advance that improves the lives of thousands of people). The Lasker Award for Public Service and the Lasker Special Achievement Award are also awarded in alternate years.

Over the course of their seven decades, the Lasker Awards have come to be known as "America's Nobels," in part because of their standing as America's most prestigious biomedical research awards, and in part because those selected so often go on to win the Nobel Prize. Eighty-seven Lasker laureates have received the Nobel Prize, including 40 in the last three decades.

In keeping with Mary and Albert Lasker's mission, the annual selection of award winners serves to remind the public that scientific inquiry is worthy of broad support and is an invitation to the public by the Lasker Foundation to contemplate what constitutes great science.

This is essentially the question that has been put to Lasker laureates themselves since 1997, when the Foundation began soliciting essays by, and conversations with, Lasker Award recipients. These reflections on their research often prompt personal observations on what drives an individual to a life in science and on the process by which innate curiosity produces novel scientific questions that are testable by experimentation.



The essays and conversations, currently published by *Cell*, provide insights into investigators' struggles to understand

Case 1:22-cv-11378-RGS    Document 45-21    Filed 12/05/22    Page 5 of 8

fundamental biological processes that connect all forms of life, and clinical researchers' painstaking steps to develop life-saving tools, such as new therapies, vaccines, or techniques that can touch millions of lives.

In his 2018 essay, Goldstein discusses what elevates a piece of art or a set of experiments to masterpiece status: powerful originality that stands the test of time, and the ability to change "the way generations of artists or scientists think about their field." He compares masterpieces of art and science to "hooks that capture the imagination."

In the end, Goldstein seems to be saying, it is not just about the prize. Rather, it is about the impulse to create and understand that drives forward biology and medicine. And just as art needs an audience and to be interpreted, so too does science: hence the Lasker Jury, which functions as a critic, but which also raises up the marvelous for the broader public to behold.



---



Posted by

David N. Keegan

David N. Keegan has managed the awards program for the Albert and Mary Lasker Foundation since 1998. He is a 1994 graduate of Bard College.

---

Filed to [Get hired](#)



ABOUT CELL MENTOR

Cell Mentor—an online resource from Cell Press and Cell Signaling Technology—empowers early-career researchers with career insights, publishing advice, and techniques on experimental processes and procedures. Now it's even easier to tap into the knowledge and experience of experts who've walked in your shoes.

中文站

SUBSCRIBE TO CELL MENTOR

Email

☐ Cell Press may contact you to share the latest updates about products, services, promotions, and events. If you do not wish to receive such messages, please check this box.

Submit

BROWSE CELL MENTOR BY TOPIC AND TYPE

| | |
|---|---|
| Get Inspired | Blog posts |
| Get Technical | Videos |
| Get Published | How-tos |
| Get Hired | Handbooks |

CONTACT CELL MENTOR

Questions? Feedback? *

Let us know, we want to hear from you!

Email*

☐ Cell Press may contact you to share the latest updates about products, services, promotions, and events. If you do not wish to receive such messages, please check this box.

Send

Case 1:22-cv-11378-RGS    Document 45-21    Filed 12/05/22    Page 7 of 8
The Lasker Awards: A History of America's Nobels

STAY CONNECTED:

---

RESEARCH JOURNALS

| | |
|---|---|
| Cell | Chem |
| Cancer Cell | Current Biology |
| Cell Chemical Biology | Developmental Cell |
| Cell Genomics | Immunity |
| Cell Host & Microbe | Joule |
| Cell Metabolism | Molecular Cell |
| Cell Reports | Neuron |
| Cell Reports Medicine | Structure |
| Cell Reports Methods | |
| Cell Stem Cell | |
| Cell Systems | |
| Chem | |
| Chem Catalysis | |
| Heliyon | |
| iScience | |
| Joule | |
| Matter | |
| Med | |
| One Earth | |
| Patterns | |
| STAR Protocols | |
| Structure | |

TRENDS REVIEWS JOURNALS

| | |
|---|---|
| Biochemical Sciences | Genetics |
| Biotechnology | Immunology |
| Cancer | Microbiology |
| Cell Biology | Molecular Medicine |
| Chemistry | Neurosciences |
| Cognitive Sciences | Parasitology |
| Ecology & Evolution | Pharmacological Sciences |
| Endocrinology & Metabolism | Plant Science |

PARTNER JOURNALS

AJHG

Biophysical Journal

EBioMedicine

HGG Advances

Molecular Plant

Molecular Therapy Family

Plant Communications

Stem Cell Reports

The Innovation

COLLECTIONS

Best of Cell Press

Cell Press Reviews

Cell Press Selections

Consortia Hub

Nucleus Collections

SnapShot Archive

Trends Limited Editions

BEYOND THE JOURNAL

Cell Career Network

Cell Mentor

Cell Symposia

LabLinks

Webinars

EVOLVING THE ARTICLE

Figure 360

Sneak Peek

STAR Methods

SCIENCE IN SOCIETY

Cell Picture Show

Cell Press Podcast

Cell Press Videos

Coloring and Comics

Research Arc

ACCESS

Subscribe

Read-It-Now

Mobile

Recommend to Librarian

CONNECT

About Cell Press

Careers

Contact

Help & Support

Newsroom

Publication Alerts

INFORMATION

For Advertisers

For Recruiters

For Librarians

Cookies

Terms & Conditions

Privacy Policy

Accessibility

Copyright © 2022 Elsevier Inc. except certain content provided by third parties