# EXHIBIT 22



Please type a plus sign (+) inside this box ?

PTO/SB/16 (12-04)
Approved for use through 07/31/2006. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# PROVISIONAL APPLICATION FOR PATENT COVER SHEET

### This is a request for filing a PROVISIONAL APPLICATION FOR PATENT under 37 CFR 1.53(c).

| INVENTOR(S) | | |
|---|---|---|
| Given Name (first and middle [if any]) | Family Name or Surname | Residence (City and either State or Foreign Country) |
| Drew | Weissman | Wynnewood, PA |
| Katalin | kariko | Rydal, PA |

☐ Additional inventors are being named on the ^ separately numbered sheets attached hereto

### TITLE OF THE INVENTION (280 characters max)

**RNA CONTAINING MODIFIED NUCLEOSIDES AND METHODS OF USE THEREOF**

| CORRESPONDENCE ADDRESS | | | | |
|---|---|---|---|---|
| Direct all correspondence to: | | | | |
| ☒ Customer Number | 49443 | | | |
| OR | Type Customer Number here | | | |
| ☒ Firm or Individual Name | Pearl Cohen Zedek Latzer, LLP | | | |
| Address | 10 Rockefeller Plaza | | | |
| Address | Suite 1001 | | | |
| City | New York | State | New York | ZIP | 10020 |
| Country | USA | Telephone | 212-632-3480 | Fax | 212-632-3489 |

### ENCLOSED APPLICATION PARTS (check all that apply)

☒ Specification   Number of Pages **108**   ☐ CD(s), Number

☒ Drawing(s)   Number of Sheets **14**   ☒ Other (specify)   postcard

☐ Application Data Sheet. See 37 CFR 1.76

Application Size Fee: If the specification and drawings exceed 100 sheets of paper, the application size fee due is $250 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s).

### METHOD OF PAYMENT OF FILING FEES FOR THIS PROVISIONAL APPLICATION FOR PATENT (check one)

☒ Applicant claims small entity status. See 37 CFR 1.27.

☐ A check or money order is enclosed to cover the filing fees

☒ The Commissioner is hereby authorized to charge filing fees or credit any overpayment to Deposit Account Number:   **50-3355**

☐ Payment by credit card. Form PTO-2038 is attached.

FILING FEE AMOUNT ($)   **100.00**

The invention was made by an agency of the United States Government or under a contract with an agency of the United States Government.

☐ No.

☒ Yes, the name of the U.S. Government agency and the Government contract number are:
**The National Institutes of Health**
Grant No: **AI060505, AI50484 and DE14825**

Respectfully submitted,

SIGNATURE

TYPED or PRINTED NAME   **Mark S. Cohen**

TELEPHONE   212-632-3480

Date   **23 / Aug / 2005**

REGISTRATION NO. (if appropriate)   **42,425**

Docket Number:   **P-8155-USP**

## USE ONLY FOR FILING A PROVISIONAL APPLICATION FOR PATENT

This collection of information is required by 37 CFR 1.51. The information is used by the public to file (and by the PTO to process) a provisional application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 8 hours to complete, including gathering, preparing, and submitting the complete provisional application to the PTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, Washington, D.C. 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Provisional Application, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

BEST AVAILABLE COPY

P-8155-USP

# RNA CONTAINING MODIFIED NUCLEOSIDES AND METHODS OF USE THEREOF

## STATEMENT REGARDING FEDERALLY SPONSORED RESEARCH OR DEVELOPMENT

5

[001]   The invention described herein was supported in part by grants from The National Institutes of Health (Grant No. AI060505, AI50484 and DE14825). The U.S. Government may have certain rights in this invention.

## FIELD OF INVENTION

10   [002]   This invention provides RNA, oligoribonucleotide, and polyribonucleotide molecules comprising pseudouridine or a modified nucleoside, gene therapy vectors comprising same, methods of synthesizing same, and methods for gene replacement, gene therapy, gene transcription silencing, and the delivery of therapeutic proteins to tissue *in vivo*, comprising the molecules. The present invention also provides methods of reducing the immunogenicity of RNA, oligoribonucleotide, and polyribonucleotide

15   molecules.

## BACKGROUND OF THE INVENTION

[003]   All naturally occurring RNA is synthesized from four basic ribonucleotides ATP, CTP, UTP and GTP, but some of the incorporated nucleosides are modified post-transcriptionally in almost all types of

20   RNA. Nearly one hundred different nucleoside modifications have been identified in RNA (Rozenski, J, Crain, P, and McCloskey, J. (1999). The RNA Modification Database: 1999 update. Nucl Acids Res 27: 196-197). The extent and nature of modifications vary and depend on the RNA type as well as the evolutionary level of the organism from where the RNA is derived.  Ribosomal RNA, the major constituent of cellular RNA, contains significantly more nucleoside modifications in mammalian cells

25   than bacteria. Human rRNA, for example, has 10-times more pseudouridine ($\Psi$) and 25-times more 2'-O-methylated nucleosides than bacterial rRNA, while rRNA from mitochondria has very few

-1-

BEST AVAILABLE COPY

P-8155-USP

modifications. Transfer RNA (tRNA) is the most heavily modified subgroup of RNA. In mammalian tRNA, up to 25% of the nucleosides are modified, while prokaryotic tRNA contains significantly fewer modifications. Bacterial messenger RNA (mRNA) contains no nucleoside modifications, while mammalian mRNA contains modified nucleosides such as 5-methylcytidine ($m^5C$), N6-methyladenosine ($m^6A$), inosine and 2'-O-methylated nucleosides, in addition to N7-methylguanosine ($m^7G$), which is part of the 5'-terminal cap. The role of nucleoside modifications on the immuno-stimulatory potential and on the efficiency of translation of RNA, however, is not known.

## SUMMARY OF THE INVENTION

[004]   This invention provides RNA, oligoribonucleotide, and polyribonucleotide molecules comprising pseudouridine or a modified nucleoside, gene therapy vectors comprising same, gene therapy methods and gene transcription silencing methods comprising same, methods of reducing an immunogenicity of same, and methods of synthesizing same.

[005]   In one embodiment, the present invention provides an *in vitro*-transcribed RNA molecule, comprising a pseudouridine or a modified nucleoside.

[006]   In another embodiment, the present invention provides an *in vitro*-synthesized oligoribonucleotide, comprising a pseudouridine or a modified nucleoside, wherein the modified nucleoside is $m^5C$, $m^5U$, $m^6A$, $s^2U$, $\Psi$, or 2'-O-methyl-U.

[007]   In another embodiment, the present invention provides a gene-therapy vector, comprising an *in vitro*-synthesized polyribonucleotide molecule, wherein the polyribonucleotide molecule comprises a pseudouridine or a modified nucleoside.

[008]   In another embodiment, the present invention provides a double-stranded RNA (dsRNA) molecule containing, as part of its sequence, a pseudouridine or a modified nucleoside and further comprising an siRNA or shRNA, wherein the dsRNA molecule is greater than 50 nucleotides in length.

-2-

P-8155-USP

[009]   In another embodiment, the present invention provides a method for inducing a mammalian cell to produce a recombinant protein, comprising contacting the mammalian cell with an *in vitro*-synthesized RNA molecule comprising an open reading frame encoding the recombinant protein, the *in vitro*-synthesized RNA molecule further comprising a pseudouridine or a modified nucleoside, thereby inducing a mammalian cell to produce a recombinant protein.

[0010]   In another embodiment, the present invention provides a method for treating a vasospasm in a subject, comprising contacting a cell of the subject with an *in vitro*-synthesized RNA molecule, the *in vitro*-synthesized RNA molecule comprising an open reading frame encoding inducible nitric oxide synthase (iNOS), thereby treating a vasospasm in a subject.

[0011]   In another embodiment, the present invention provides a method for improving a survival rate of a cell in a subject, comprising contacting the cell with an *in vitro*-synthesized RNA molecule, the *in vitro*-synthesized RNA molecule comprising an open reading frame encoding a heat shock protein, thereby improving a survival rate of a cell in a subject.

[0012]   In another embodiment, the present invention provides a method for decreasing an incidence of a restenosis of a blood vessel following a procedure that enlarges the blood vessel, comprising contacting a cell of the blood vessel with an *in vitro*-synthesized RNA molecule, the *in vitro*-synthesized RNA molecule comprising an open reading frame encoding a heat shock protein, thereby decreasing an incidence of a restenosis in a subject.

[0013]   In another embodiment, the present invention provides a method for increasing a hair growth from a hair follicle is a scalp of a subject, comprising contacting a cell of the scalp with an *in vitro*-synthesized RNA molecule, the *in vitro*-synthesized RNA molecule comprising an open reading frame encoding a telomerase or an immunosuppressive protein, thereby increasing a hair growth from a hair follicle.

[0014]   In another embodiment, the present invention provides a method of inducing expression of an enzyme with antioxidant activity in a cell, comprising contacting the cell with an *in vitro*-synthesized

-3-

P-8155-USP

RNA molecule, the *in vitro*-synthesized RNA molecule comprising an open reading frame encoding the enzyme, thereby inducing expression of an enzyme with antioxidant activity in a cell.

[0015]   In another embodiment, the present invention provides a method for treating cystic fibrosis in a subject, comprising contacting a cell of the subject with an *in vitro*-synthesized RNA molecule, the *in vitro*-synthesized RNA molecule comprising an open reading frame encoding Cystic Fibrosis Transmembrane Conductance Regulator (CFTR), thereby treating cystic fibrosis in a subject.

[0016]   In another embodiment, the present invention provides a method for treating an X-linked agammaglobulinemia in a subject, comprising contacting a cell of the subject with an *in vitro*-synthesized RNA molecule, the *in vitro*-synthesized RNA molecule comprising an open reading frame encoding a Bruton's tyrosine kinase, thereby treating an X-linked agammaglobulinemia.

[0017]   In another embodiment, the present invention provides a method for treating an adenosine deaminase severe combined immunodeficiency (ADA SCID) in a subject, comprising contacting a cell of the subject with an *in vitro*-synthesized RNA molecule, the *in vitro*-synthesized RNA molecule comprising an open reading frame encoding an ADA, thereby treating an ADA SCID.

[0018]   In another embodiment, the present invention provides a method for producing a recombinant protein, comprising contacting an *in vitro* translation apparatus with an *in vitro*-synthesized polyribonucleotide, the *in vitro*-synthesized polyribonucleotide comprising a pseudouridine or a modified nucleoside, thereby producing a recombinant protein.

[0019]   In another embodiment, the present invention provides a method of reducing an immunogenicity of an oligoribonucleotide molecule or RNA molecule, comprising replacing a nucleotide of the oligoribonucleotide molecule or RNA molecule with a modified version of the nucleotide, in which a nucleoside contained therein is altered to a modified nucleoside, or replacing a uridine residue of the oligoribonucleotide molecule or RNA molecule with a pseudouridine, thereby reducing an immunogenicity of an oligoribonucleotide molecule or RNA molecule.

-4-

P-8155-USP

[0020]   In another embodiment, the present invention provides a method of reducing an immunogenicity of a gene-therapy vector comprising an polyribonucleotide molecule or RNA molecule, the method comprising replacing a nucleotide of the polyribonucleotide molecule or RNA molecule with a modified version of the nucleotide, in which a nucleoside contained therein is altered to a modified nucleoside, or replacing a uridine residue of the polyribonucleotide molecule or RNA molecule with a pseudouridine, thereby reducing an immunogenicity of a gene-therapy vector.

[0021]   In another embodiment, the present invention provides a method of synthesizing an *in vitro*-transcribed RNA molecule comprising a modified nucleotide with a modified nucleoside, comprising contacting an isolated polymerase with a mixture of unmodified nucleotides and the modified nucleotide.

## BRIEF DESCRIPTION OF THE FIGURES

[0022]   Figure 1. Production of TNF-α by MDDCs transfected with natural RNA, demonstrating that unmodified *in vitro*-synthesized RNA and bacterial and mitochondrial RNA is highly immunogenic, while other mammalian RNA is weakly immunogenic. Human MDDCs were incubated with Lipofectin® alone, or complexed with R-848 (1 μg/ml), or RNA (5 μg/ml) from 293 cells (total, nuclear and cytoplasmic RNAs), mouse heart (polyA+ mRNA), human platelet mitochondrial RNA, bovine tRNA, bacterial tRNA and total RNA (*E. coli*) with or without RNase digestion. After 8 h, TNF-α was measured in the supernatants by ELISA. Mean values ± SEM are shown. Results are representative of three independent experiments.

[0023]   Figure 2. TLR-dependent activation by RNA demonstrates that m6A and s2U modification blocks TLR3 signaling, while all modifications block TLR7 and TLR8 signaling, and that less modified bacterial RNA and unmodified *in vitro*-transcribed RNA activates all three TLR. (A) Aliquots (1 μg) of *in vitro*-transcribed RNA-1571 without (none) or with $m^5C$, $m^6A$, Ψ, $m^5U$ or $s^2U$ nucleoside modifications were analyzed on denaturing agarose gel followed by ethidium bromide-staining and UV-illumination. (B) 293 cells expressing human TLR3, TLR7, TLR8 and control vectors were treated with Lipofectin® alone, Lipofectin®-R-848 (1 μg/ml) or RNA (5 μg/ml). Modified nucleosides present in

-5-

P-8155-USP

RNA-730 and RNA-1571 are noted. 293-ELAM-luc cells were use as control cells. (C) CpG ODN-2006 (5 μg/ml), LPS (1.0 μg/ml) and RNA isolates were obtained from rat liver, mouse cell line (TUBO) and human spleen (total), human platelet mitochondrial RNA, or from two different *E. coli* sources. 293-hTLR9 cells served as control. After 8 h, IL-8 was measured in the supernatants by ELISA. Mean values
5 ± SEM are shown. Cell lines containing hTLR3-targeted siRNA are indicated with asterisk. The results are representative of four independent experiments.

[0024]  Figure 3. Cytokine production by RNA-transfected DC demonstrates that all modifications block activation of cytokine generated DC, while only uridine modifications block blood-derived DC activation. MDDC generated with GM-CSF/IL-4 (A, C) or GM-CSF/IFN-α MDDCs (B), and primary
10 DC1 and DC2 (D) were treated for 8 to 16 h with Lipofectin® alone, Lipofectin®-R-848 (1 μg/ml) or RNA (5 μg/ml). Modified nucleosides present in RNA-1571 are noted. TNF-α, IL-12(p70) and IFN-α were measured in the supernatant by ELISA. Mean values ± SEM are shown. The results are representative of 10 (A and C), 4 (B), and 6 (D) independent experiments.

[0025]  Figure 4.  Activation of DC by RNA demonstrates that all modifications inhibit DC activation.
15 MDDC were treated for 20 h with Lipofectin® alone, Lipofectin®-R-848 (1 μg/ml) or RNA-1571, modified as indicated (5 μg/ml). (A) CD83 and HLA-DR staining. (B) TNF-α levels in the supernatants and mean fluorescence of CD80 and CD86 in response to incubation with RNA. The volume of medium was increased 30-fold for flow cytometry, as indicated by the asterisk. Data are representative of four independent experiments.

20 [0026]  Figure 5. Capped RNA-1571 containing different amounts (0, 1, 10, 50, 90, 99 and 100% of modified nucleoside, relative to the corresponding unmodified NTP) were transcribed, and it was found that modification of only a few nucleosides resulted in an inhibition of activation of DC. A. All transcripts were digested to monophosphates and analyzed by reversed-phase HPLC to determine the relative amount of modified nucleoside incorporation. Representative absorbance profiles obtained at the
25 indicated (Ψ:U) ratios are shown. Elution times are noted for 3'-monophosphates of pseudouridine (Ψ),

-6-

P-8155-USP

cytidine (C), guanosine (G), uridine (U), 7-methylguanosine ("m7G") and adenosine ("A"). (B) Modified nucleoside content of RNA-1571. The expected percentage of $m^6A$, $\Psi$ or $m^5C$ in RNA-1571 was calculated based on the relative amount of modified NTP in the transcription reaction and the nucleoside composition of RNA-1571 (A: 505, U: 451, C: 273, G: 342). Values for measured modified nucleoside content were determined based on quantitation of the HPLC chromatograms. Notes: A: values (%) for m6ATP, $\Psi$TP and $m^5C$TP relative to ATP UTP and CTP, respectively. B: values for $m^6A$, $\Psi$ and $m^5C$ monophosphates relative to all NMPs. (C) MDDC were transfected with Lipofectin®-complexed capped RNA-1571 (5 µg/ml) containing the indicated amount of m6A, $\Psi$ or $m^5C$. After 8 h, TNF-$\alpha$ was measured in the supernatants. Data expressed as relative inhibition of TNF-$\alpha$. Mean values ± SEM obtained in 3 independent experiments are shown.

[0027]  Figure 6.  TNF-$\alpha$ expression by oligoribonucleotide-transfected DCs demonstrates that as few as one modified nucleoside reduces DC activation. (A) Sequences of oligoribonucleotides (ORN) synthesized chemically (ORN1-4) or transcribed *in vitro* (ORN5-6) are shown. Positions of modified nucleosides Um (2'-O-methyluridine), $m^5C$ and $\Psi$ are highlighted. Human MDDC were transfected with Lipofectin® alone (medium), R-848 (1 µg/ml) or Lipofectin® complexed with RNA (5 µg/ml). Where noted, cells were treated with 2.5 µg/ml cycloheximide (CHX). (B). After 8 h incubation, TNF-$\alpha$ was measured in the supernatant. (C) RNA from the cells was analyzed by Northern blot. Representative mean values ± SEM of three independent experiments are shown.

[0028]  Figure 7. Induction of TNF-$\alpha$ and IFN-$\alpha$ following intra-tracheal injection of the encoding mRNA demonstrates that pseudouridine modification blocks the immunogenicity of RNA in vivo. Caprenilla-Y: Capped mRNA with pseudouridine modification. CapRenilla-C capped RNA without nucleoside modification.

[0029]  Figure 8. Increased expression of luciferase from pseudouridine-containing mRNA in rabbit reticulocyte lysate.  Luc-Y: mRNA with pseudouridine modification; luc-C: unmodified RNA. Data is expressed by normalizing luciferase activity to unmodified luciferase RNA.

-7-

P-8155-USP

[0030]  Figure 9. Superior expression of renilla from pseudouridine-containing mRNA in cultured cells. A. 293 cells. B. Murine primary, bone marrow-derived mouse dendritic cells. renilla-Y: mRNA with pseudouridine modification; renilla-C: unmodified RNA. RNA was modified with $m^5C$, $m^6A$, and $m^5U$ as noted

[0031]  Figure 10. A. Expression of renilla following intracerebral injection of modified or unmodified encoding mRNA. Rat brain cortex was injected at 8 sites/animals. One hemisphere was injected with capped, renilla-encoding RNA with pseudouridine modification (capRenilla-Y), while the corresponding hemisphere with capped RNA with no nucleoside modification (capRenilla-C). Data from 2 animals (6 injection sites) are shown. BG; lower level of detection of the assay. B. Expression of renilla following i.v. injection of mRNA into mouse tail vein. Data from two independently performed experiments are depicted in the left and right panels. Spleens were harvested, homogenized and renilla activity was measured in aliquots of the lysates. C.   Expression of firefly luciferase following intratracheal injection of mRNA. capTEVluc-Y: capped, firefly luciferase-encoding pseudouridine-modified RNA. CapTEVluc-C: capped RNA with no nucleoside modification.

[0032] Figure 11. mRNA containing pseudouridine (Ψ) does not activate PKR. Ψ: pseudouridine. Control: unmodified RNA. m5C: mRNA with $m^5C$ modification.

## DETAILED DESCRIPTION OF THE INVENTION

[0033]  This invention provides RNA, oligoribonucleotide, and polyribonucleotide molecules comprising pseudouridine or a modified nucleoside, gene therapy vectors comprising same, gene therapy methods and gene transcription silencing methods comprising same, methods of reducing an immunogenicity of same, and methods of synthesizing same.

[0034]  In one embodiment, the present invention provides an *in vitro*-transcribed RNA molecule, comprising a pseudouridine.

-8-

P-8155-USP

[0035]  In another embodiment, the present invention provides an *in vitro*-transcribed RNA molecule, comprising a modified nucleoside.

[0036]  As provided herein, *in vitro*-transcribed RNA molecule, comprising pseudouridine and/or modified nucleosides can be synthesized using methods of the present invention.

[0037]  In one embodiment, the *in vitro*-transcribed RNA molecule is synthesized by T7 phage RNA polymerase. In another embodiment, the molecule is synthesized by SP6 phage RNA polymerase. In another embodiment, the molecule is synthesized by T3 phage RNA polymerase.

[0038]  In another embodiment, the *in vitro*-transcribed RNA molecule is an oligoribonucleotide. In another embodiment, the *in vitro*-transcribed RNA molecule is an polyribonucleotide. Each possibility represents a separate embodiment of the present invention.

[0039]  In another embodiment, the present invention provides an *in vitro*-synthesized oligoribonucleotide, comprising a pseudouridine or a modified nucleoside, wherein the modified nucleoside is $m^5C$, $m^5U$, $m^6A$, $s^2U$, $\Psi$, or 2'-O-methyl-U.

[0040]  In another embodiment, the present invention provides an *in vitro*-synthesized polyribonucleotide, comprising a pseudouridine or a modified nucleoside, wherein the modified nucleoside is $m^5C$, $m^5U$, $m^6A$, $s^2U$, $\Psi$, or 2'-O-methyl-U.

[0041]  In another embodiment, the *in vitro*-synthesized oligoribonucleotide or polyribonucleotide is a short hairpin (sh)RNA. In another embodiment, the *in vitro*-synthesized oligoribonucleotide is a small interfering RNA (siRNA). In another embodiment, the *in vitro*-synthesized oligoribonucleotide is any other type of oligoribonucleotide known in the art. Each possibility represents a separate embodiment of the present invention.

-9-

P-8155-USP

[0042]  In another embodiment, the present invention provides a gene-therapy vector, comprising an *in vitro*-synthesized polyribonucleotide molecule, wherein the polyribonucleotide molecule comprises a pseudouridine or a modified nucleoside.

[0043]  In another embodiment, an RNA, oligoribonucleotide, or polyribonucleotide molecule (e.g. an *in vitro*-synthesized or *in vitro*-transcribed RNA molecule, or *in vitro*-synthesized oligoribonucleotide or polyribonucleotide) of methods and compositions of the present invention further comprises a pseudouridine. In another embodiment, the RNA molecule or oligoribonucleotide molecule further comprises a modified nucleoside. Each possibility represents a separate embodiment of the present invention.

[0044]  In another embodiment, the RNA, oligoribonucleotide, or polyribonucleotide molecule is a therapeutic oligoribonucleotide.

[0045]  In another embodiment, the RNA, oligoribonucleotide, or polyribonucleotide molecule further comprises an open reading frame that encodes a functional protein. In another embodiment, the RNA molecule or oligoribonucleotide molecule functions without encoding a functional protein (e.g. in transcriptional silencing), as an RNzyme, etc. Each possibility represents a separate embodiment of the present invention.

[0046]  In another embodiment, the RNA, oligoribonucleotide, or polyribonucleotide molecule further comprises a poly-A tail. In another embodiment, the RNA molecule or oligoribonucleotide molecule does not comprise a poly-A tail. Each possibility represents a separate embodiment of the present invention.

[0047]  In another embodiment, the RNA, oligoribonucleotide, or polyribonucleotide molecule further comprises an m7GpppG cap. In another embodiment, the RNA molecule or oligoribonucleotide molecule does not comprise an m7GpppG cap. Each possibility represents a separate embodiment of the present invention.

-10-

P-8155-USP

[0048]  In another embodiment, the present invention provides a double-stranded RNA (dsRNA) molecule containing, as part of its sequence, a pseudouridine or a modified nucleoside and further comprising an siRNA or short hairpin RNA (shRNA), wherein the dsRNA molecule is greater than 50 nucleotides in length.

5   [0049]  In one embodiment, the siRNA or shRNA is contained internally in the dsRNA molecule. In another embodiment, the siRNA or shRNA is contained on one end of the dsRNA molecule. In another embodiment, one or more siRNA or shRNA is contained on one end of the dsRNA molecule, while another one or more is contained internally. Each possibility represents a separate embodiment of the present invention.

10  [0050]  In another embodiment, the length of an RNA, oligoribonucleotide, or polyribonucleotide molecule (e.g. a single-stranded RNA (ssRNA) or dsRNA molecule) of methods and compositions of the present invention is greater than 30 nucleotides in length. In another embodiment, the RNA molecule or oligoribonucleotide is greater than 35 nucleotides in length. In another embodiment, the length is at least 40 nucleotides. In another embodiment, the length is at least 45 nucleotides. In another embodiment, the
15  length is at least 55 nucleotides. In another embodiment, the length is at least 60 nucleotides. In another embodiment, the length is at least 60 nucleotides. In another embodiment, the length is at least 80 nucleotides. In another embodiment, the length is at least 90 nucleotides. In another embodiment, the length is at least 100 nucleotides. In another embodiment, the length is at least 120 nucleotides. In another embodiment, the length is at least 140 nucleotides. In another embodiment, the length is at least
20  160 nucleotides. In another embodiment, the length is at least 180 nucleotides. In another embodiment, the length is at least 200 nucleotides. In another embodiment, the length is at least 250 nucleotides. In another embodiment, the length is at least 300 nucleotides. In another embodiment, the length is at least 350 nucleotides. In another embodiment, the length is at least 400 nucleotides. In another embodiment, the length is at least 450 nucleotides. In another embodiment, the length is at least 500 nucleotides. In
25  another embodiment, the length is at least 600 nucleotides. In another embodiment, the length is at least 700 nucleotides. In another embodiment, the length is at least 800 nucleotides. In another embodiment,

-11-

P-8155-USP

the length is at least 900 nucleotides. In another embodiment, the length is at least 1000 nucleotides. In another embodiment, the length is at least 1100 nucleotides. In another embodiment, the length is at least 1200 nucleotides. In another embodiment, the length is at least 1300 nucleotides. In another embodiment, the length is at least 1400 nucleotides. In another embodiment, the length is at least 1500 nucleotides. In another embodiment, the length is at least 1600 nucleotides. In another embodiment, the length is at least 1800 nucleotides. In another embodiment, the length is at least 2000 nucleotides. In another embodiment, the length is at least 2500 nucleotides. In another embodiment, the length is at least 3000 nucleotides. In another embodiment, the length is at least 4000 nucleotides. In another embodiment, the length is at least 5000 nucleotides. Each possibility represents a separate embodiment of the present invention.

[0051] In another embodiment, a dsRNA molecule of methods and compositions of the present invention is manufactured by *in vitro*-transcription.

[0052] In another embodiment, the step of *in vitro*-transcription utilizes T7 phage RNA polymerase. In another embodiment, the *in vitro*-transcription utilizes SP6 phage RNA polymerase. In another embodiment, the *in vitro*-transcription utilizes T3 phage RNA polymerase. In another embodiment, the *in vitro*-transcription utilizes any other RNA polymerase known in the art. Each possibility represents a separate embodiment of the present invention.

[0053] In another embodiment, the dsRNA molecule is capable of being processed by a cellular enzyme to yield the siRNA or shRNA. In one embodiment, the cellular enzyme is an endonuclease. In another embodiment, the cellular enzyme is Dicer. Dicer is an RNase III-family nuclease that initiates RNA interference (RNAi) and related phenomena by generation of the small RNAs that determine the specificity of these gene silencing pathways (Bernstein E, Caudy AA et al, Role for a bidentate ribonuclease in the initiation step of RNA interference. Nature 2001;409(6818): 363-6). In another embodiment, the cellular enzyme is any other cellular enzyme known in the art that is capable of cleaving a dsRNA molecule. Each possibility represents a separate embodiment of the present invention.

-12-

P-8155-USP

[0054]  In another embodiment, the dsRNA molecule contains two siRNA or shRNA. In another embodiment, the dsRNA molecule contains three siRNA or shRNA. dsRNA molecule contains more than three siRNA or shRNA. In another embodiment, the siRNA and/or shRNA are liberated from the dsRNA molecule by a cellular enzyme. Each possibility represents a separate embodiment of the present

5    invention.

[0055]  In another embodiment, the present invention provides a method for administering an siRNA or shRNA to a cell, comprising administering a dsRNA molecule of the present invention, wherein the cell processes the dsRNA molecule to yield the siRNA or shRNA, thereby administering a siRNA or shRNA to a cell.

10   [0056]  In one embodiment, the nucleoside that is modified in an RNA, oligoribonucleotide, or polyribonucleotide molecule of methods and compositions of the present invention is uridine (U). In another embodiment, the modified nucleoside is cytidine (C). In another embodiment, the modified nucleoside is adenine (A). In another embodiment the modified nucleoside is guanine (G). Each possibility represents a separate embodiment of the present invention.

15   [0057]  In another embodiment, the modified nucleoside of methods and compositions of the present invention is m$^5$C (5-methylcytidine). In another embodiment, the modified nucleoside is m$^5$U (5-methyluridine). In another embodiment, the modified nucleoside is m$^6$A (N$^6$-methyladenosine). In another embodiment, the modified nucleoside is s$^2$U (2-thiouridine). In another embodiment, the modified nucleoside is $\Psi$ (pseudouridine). In another embodiment, the modified nucleoside is Um (2'-

20   O-methyluridine).

[0058]  In other embodiments, the modified nucleoside is m$^1$A (1-methyladenosine); m$^2$A (2-methyladenosine); Am (2'-O-methyladenosine); ms$^2$m$^6$A (2-methylthio-N$^6$-methyladenosine); i$^6$A (N$^6$-isopentenyladenosine);   ms$^2$i6A   (2-methylthio-N$^6$isopentenyladenosine);   io$^6$A   (N$^6$-(cis-hydroxyisopentenyl)adenosine); ms$^2$io$^6$A  (2-methylthio-N$^6$-(cis-hydroxyisopentenyl) adenosine); g$^6$A

25   (N$^6$-glycinylcarbamoyladenosine); t$^6$A (N$^6$-threonylcarbamoyladenosine); ms$^2$t$^6$A (2-methylthio-N$^6$-

-13-

P-8155-USP

threonyl carbamoyladenosine); $m^6t^6A$ ($N^6$-methyl-$N^6$-threonylcarbamoyladenosine); $hn^6A$($N^6$-hydroxynorvalylcarbamoyladenosine); $ms^2hn^6A$ (2-methylthio-$N^6$-hydroxynorvalyl carbamoyladenosine); Ar(p) (2'-O-ribosyladenosine (phosphate)); I (inosine); $m^1I$ (1-methylinosine); $m^1Im$ (1,2'-O-dimethylinosine); $m^3C$ (3-methylcytidine); Cm (2'-O-methylcytidine); $s^2C$ (2-

5    thiocytidine); $ac^4C$ ($N^4$-acetylcytidine); $f^5C$ (5-formylcytidine); $m^5Cm$ (5,2'-O-dimethylcytidine); $ac^4Cm$ ($N^4$-acetyl-2'-O-methylcytidine); $k^2C$ (lysidine); $m^1G$ (1-methylguanosine); $m^2G$ ($N^2$-methylguanosine); $m^7G$ (7-methylguanosine); Gm (2'-O-methylguanosine); $m^2_2G$ ($N^2,N^2$-dimethylguanosine); $m^2Gm$ ($N^2$,2'-O-dimethylguanosine); $m^2_2Gm$ ($N^2,N^2$,2'-O-trimethylguanosine); Gr(p) (2'-O-ribosylguanosine (phosphate)); yW (wybutosine); $o_2yW$ (peroxywybutosine); OHyW (hydroxywybutosine); OHyW*

10   (undermodified hydroxywybutosine); imG (wyosine); mimG (methylwyosine); Q (queuosine); oQ (epoxyqueuosine); galQ (galactosyl-queuosine); manQ (mannosyl-queuosine); $preQ_0$ (7-cyano-7-deazaguanosine); $preQ_1$ (7-aminomethyl-7-deazaguanosine); $G^+$ (archaeosine); D (dihydrouridine); $m^5Um$ (5,2'-O-dimethyluridine); $m^1\Psi$ (1-methylpseudouridine); $\Psi m$ (2'-O-methylpseudouridine); $s^4U$ (4-thiouridine); $m^5s^2U$ (5-methyl-2-thiouridine); $s^2Um$ (2-thio-2'-O-methyluridine); $acp^3U$ (3-(3-amino-

15   3-carboxypropyl)uridine); $ho^5U$ (5-hydroxyuridine); $mo^5U$ (5-methoxyuridine); $cmo^5U$ (uridine 5-oxyacetic acid); $mcmo^5U$ (uridine 5-oxyacetic acid methyl ester); $chm^5U$ (5-(carboxyhydroxymethyl)uridine); $mchm^5U$ (5-(carboxyhydroxymethyl)uridine methyl ester); $mcm^5U$ (5-methoxycarbonylmethyluridine); $mcm^5Um$ (5-methoxycarbonylmethyl-2'-O-methyluridine); $mcm^5s^2U$ (5-methoxycarbonylmethyl-2-thiouridine); $nm^5s^2U$ (5-aminomethyl-2-thiouridine); $mnm^5U$ (5-

20   methylaminomethyluridine); $mnm^5s^2U$ (5-methylaminomethyl-2-thiouridine); $mnm^5se^2U$ (5-methylaminomethyl-2-selenouridine); $ncm^5U$ (5-carbamoylmethyluridine); $ncm^5Um$ (5-carbamoylmethyl-2'-O-methyluridine); $cmnm^5U$ (5-carboxymethylaminomethyluridine); $cmnm^5Um$ (5-carboxymethylaminomethyl-2'-O-methyluridine); $cmnm^5s^2U$ (5-carboxymethylaminomethyl-2-thiouridine); $m^6_2A$ ($N^6,N^6$-dimethyladenosine); Im (2'-O-methylinosine); $m^4C$ ($N^4$-methylcytidine);

25   $m^4Cm$ ($N^4$,2'-O-dimethylcytidine); $hm^5C$ (5-hydroxymethylcytidine); $m^3U$ (3-methyluridine); $m^1acp^3\Psi$ (1-methyl-3-(3-amino-3-carboxypropyl) pseudouridine); $cm^5U$ (5-carboxymethyluridine); $m^6Am$ ($N^6$,2'-O-dimethyladenosine); $m^6_2Am$ ($N^6,N^6$,O-2'-trimethyladenosine); $m^{2,7}G$ ($N^2$,7-dimethylguanosine);

-14-

$m^{2,2,7}G$ ($N^2$,$N^2$,7-trimethylguanosine); $m^3Um$ (3,2'-O-dimethyluridine); $m^5D$ (5-methyldihydrouridine); $m^3\Psi$ (3-methylpseudouridine); $f^5Cm$ (5-formyl-2'-O-methylcytidine); $m^1Gm$ (1,2'-O-dimethylguanosine); $m^1Am$ (1,2'-O-dimethyladenosine); $\tau m^5U$ (5-taurinomethyluridine); $\tau m^5 s^2U$ (5-taurinomethyl-2-thiouridine)); imG-14 (4-demethylwyosine); imG2 (isowyosine); or $ac^6A$ ($N^6$-acetyladenosine). Each possibility represents a separate embodiment of the present invention.

[0059] In another embodiment, an RNA, oligoribonucleotide, or polyribonucleotide molecule of methods and compositions of the present invention comprises a combination of two or more of the above modifications. In another embodiment, the RNA molecule or oligoribonucleotide molecule comprises a combination of three or more of the above modifications. In another embodiment, the RNA molecule or oligoribonucleotide molecule comprises a combination of more than 3 of the above modifications. Each possibility represents a separate embodiment of the present invention.

[0060] In another embodiment, between 0.1% and 100% of the nucleotides are modified in an RNA, oligoribonucleotide, or polyribonucleotide molecule of methods and compositions of the present invention. In another embodiment, 0.1% of the nucleotides are modified. In another embodiment, 0.2% of the nucleotides are modified. In another embodiment, 0.3% of the nucleotides are modified. In another embodiment, 0.4% of the nucleotides are modified. In another embodiment, 0.5% of the nucleotides are modified. In another embodiment, 0.6% of the nucleotides are modified. In another embodiment, 0.8% of the nucleotides are modified. In another embodiment, 1% of the nucleotides are modified. In another embodiment, 1.5% of the nucleotides are modified. In another embodiment, 2% of the nucleotides are modified. In another embodiment, 2.5% of the nucleotides are modified. In another embodiment, 3% of the nucleotides are modified. In another embodiment, 4% of the nucleotides are modified. In another embodiment, 5% of the nucleotides are modified. In another embodiment, 6% of the nucleotides are modified. In another embodiment, 8% of the nucleotides are modified. In another embodiment, 10% of the nucleotides are modified. In another embodiment, 12% of the nucleotides are modified. In another embodiment, 14% of the nucleotides are modified. In another embodiment, 16% of the nucleotides are modified. In another embodiment, 18% of the nucleotides are modified. In another embodiment, 20% of

P-8155-USP

the nucleotides are modified. In another embodiment, 25% of the nucleotides are modified. In another embodiment, 30% of the nucleotides are modified. In another embodiment, 35% of the nucleotides are modified. In another embodiment, 40% of the nucleotides are modified. In another embodiment, 45% of the nucleotides are modified. In another embodiment, 50% of the nucleotides are modified. In another embodiment, 60% of the nucleotides are modified. In another embodiment, 70% of the nucleotides are modified. In another embodiment, 80% of the nucleotides are modified. In another embodiment, 90% of the nucleotides are modified. In another embodiment, 100% of the nucleotides are modified.

[0061]   In another embodiment, 0.1% of the residues of a given nucleotide (uridine, cytidine, guanosine, or adenine) are modified. In another embodiment, 0.2% of the residues are modified. In another embodiment, 0.3% of the residues are modified. In another embodiment, 0.4% of the residues are modified. In another embodiment, 0.5% of the residues are modified. In another embodiment, 0.6% of the residues are modified. In another embodiment, 0.8% of the residues are modified. In another embodiment, 1% of the residues are modified. In another embodiment, 1.5% of the residues are modified. In another embodiment, 2% of the residues are modified. In another embodiment, 2.5% of the residues are modified. In another embodiment, 3% of the residues are modified. In another embodiment, 4% of the residues are modified. In another embodiment, 5% of the residues are modified. In another embodiment, 6% of the residues are modified. In another embodiment, 8% of the residues are modified. In another embodiment, 10% of the residues are modified. In another embodiment, 12% of the residues are modified. In another embodiment, 14% of the residues are modified. In another embodiment, 16% of the residues are modified. In another embodiment, 18% of the residues are modified. In another embodiment, 20% of the residues are modified. In another embodiment, 25% of the residues are modified. In another embodiment, 30% of the residues are modified. In another embodiment, 35% of the residues are modified. In another embodiment, 40% of the residues are modified. In another embodiment, 45% of the residues are modified. In another embodiment, 50% of the residues are modified. In another embodiment, 60% of the residues are modified. In another embodiment, 70% of the residues are modified. In another embodiment, 80% of the residues are modified. In another

-16-

P-8155-USP

embodiment, 90% of the residues are modified. In another embodiment, 100% of the residues are modified.

[0062]  In one embodiment, the terms "ribonucleotide," "oligoribonucleotide," and "polyribonucleotide" refers to a string of at least two base-sugar-phosphate combinations. The term includes, in another embodiment, compounds comprising nucleotides in which the sugar moiety is ribose. In another embodiment, the term includes both RNA and RNA derivates in which the backbone is modified. "Nucleotides" refers, in one embodiment, to the monomeric units of nucleic acid polymers. RNA may be, in an other embodiment, in the form of a tRNA (transfer RNA), snRNA (small nuclear RNA), rRNA (ribosomal RNA), mRNA (messenger RNA), anti-sense RNA, small inhibitory RNA (siRNA), micro RNA (miRNA) and ribozymes. The use of siRNA and miRNA has been described (Caudy AA et al, Genes & Devel 16: 2491-96 and references cited therein). In addition, these forms of RNA may be single, double, triple, or quadruple stranded. The term also includes, in another embodiment, artificial nucleic acids that may contain other types of backbones but the same bases. In one embodiment, the artificial nucleic acid is a PNA (peptide nucleic acid). PNA contain peptide backbones and nucleotide bases and are able to bind, in one embodiment, to both DNA and RNA molecules. In another embodiment, the nucleotide is oxetane modified. In another embodiment, the nucleotide is modified by replacement of one or more phosphodiester bonds with a phosphorothioate bond. In another embodiment, the artificial nucleic acid contains any other variant of the phosphate backbone of native nucleic acids known in the art. The use of phosphothiorate nucleic acids and PNA are known to those skilled in the art, and are described in, for example, Neilsen PE, Curr Opin Struct Biol 9:353-57; and Raz NK et al Biochem Biophys Res Commun. 297:1075-84. The production and use of nucleic acids is known to those skilled in art and is described, for example, in Molecular Cloning, (2001), Sambrook and Russell, eds. and Methods in Enzymology: Methods for molecular cloning in eukaryotic cells (2003) Purchio and G. C. Fareed. Each nucleic acid derivative represents a separate embodiment of the present invention

-17-

P-8155-USP

[0063]  In another embodiment, the term "oligoribonucleotide" refers to a string comprising fewer than 25 nucleotides (nt). In another embodiment, "oligoribonucleotide" refers to a string of fewer than 24 nucleotides. In another embodiment, "oligoribonucleotide" refers to a string of fewer than 23 nucleotides. In another embodiment, "oligoribonucleotide" refers to a string of fewer than 22 nucleotides. In another embodiment, "oligoribonucleotide" refers to a string of fewer than 21 nucleotides. In another embodiment, "oligoribonucleotide" refers to a string of fewer than 20 nucleotides. In another embodiment, "oligoribonucleotide" refers to a string of fewer than 19 nucleotides. In another embodiment, "oligoribonucleotide" refers to a string of fewer than 18 nucleotides. In another embodiment, "oligoribonucleotide" refers to a string of fewer than 17 nucleotides. In another embodiment, "oligoribonucleotide" refers to a string of fewer than 16 nucleotides. Each possibility represents a separate embodiment of the present invention.

[0064]  In another embodiment, the term "polyribonucleotide" refers to a string comprising more than 25 nucleotides (nt). In another embodiment, "polyribonucleotide" refers to a string of more than 26 nucleotides. In another embodiment, "polyribonucleotide" refers to a string of more than 28 nucleotides. In another embodiment, "polyribonucleotide" refers to a string of more than 30 nucleotides. In another embodiment, "polyribonucleotide" refers to a string of more than 32 nucleotides. In another embodiment, "polyribonucleotide" refers to a string of more than 35 nucleotides. In another embodiment, "polyribonucleotide" refers to a string of more than 40 nucleotides. In another embodiment, "polyribonucleotide" refers to a string of more than 50 nucleotides. In another embodiment, "polyribonucleotide" refers to a string of more than 60 nucleotides. In another embodiment, "polyribonucleotide" refers to a string of more than 80 nucleotides. In another embodiment, "polyribonucleotide" refers to a string of more than 100 nucleotides. In another embodiment, "polyribonucleotide" refers to a string of more than 120 nucleotides. In another embodiment, "polyribonucleotide" refers to a string of more than 150 nucleotides. In another embodiment, "polyribonucleotide" refers to a string of more than 200 nucleotides. In another embodiment, "polyribonucleotide" refers to a string of more than 300 nucleotides. In another embodiment, "polyribonucleotide" refers to a string of more than 400 nucleotides. In another embodiment,

-18-

P-8155-USP

"polyribonucleotide" refers to a string of more than 500 nucleotides. In another embodiment, "polyribonucleotide" refers to a string of more than 600 nucleotides. In another embodiment, "polyribonucleotide" refers to a string of more than 800 nucleotides. In another embodiment, "polyribonucleotide" refers to a string of more than 1000 nucleotides. In another embodiment, "polyribonucleotide" refers to a string of more than 1200 nucleotides. In another embodiment, "polyribonucleotide" refers to a string of more than 1400 nucleotides. In another embodiment, "polyribonucleotide" refers to a string of more than 1600 nucleotides. In another embodiment, "polyribonucleotide" refers to a string of more than 1800 nucleotides. In another embodiment, "polyribonucleotide" refers to a string of more than 2000 nucleotides. Each possibility represents a separate embodiment of the present invention.

[0065]  In another embodiment, the present invention provides a method for inducing a mammalian cell to produce a recombinant protein, comprising contacting the mammalian cell with an *in vitro*-synthesized RNA molecule comprising an open reading frame encoding the recombinant protein, the *in vitro*-synthesized RNA molecule further comprising a pseudouridine or a modified nucleoside, thereby inducing a mammalian cell to produce a recombinant protein.

[0066]  In another embodiment, the present invention provides a method of inducing a mammalian cell to produce a recombinant protein, comprising contacting said mammalian cell with an *in vitro*-transcribed RNA molecule comprising an open reading frame encoding said recombinant protein, said *in vitro*-transcribed RNA molecule further comprising a pseudouridine or a modified nucleoside, thereby inducing a mammalian cell to produce a recombinant protein.

[0067]  In another embodiment, the RNA, oligoribonucleotide, or polyribonucleotide molecule of methods and compositions of the present invention is translated in the cell more efficiently than an unmodified RNA molecule with the same sequence. In another embodiment, translation is enhanced by a factor of 2-fold relative to its unmodified counterpart. In another embodiment, translation is enhanced by a 3-fold factor. In another embodiment, translation is enhanced by a 5-fold factor. In another embodiment, translation is enhanced by a 7-fold factor. In another embodiment, translation is enhanced

-19-

P-8155-USP

by a 10-fold factor. In another embodiment, translation is enhanced by a 15-fold factor. In another embodiment, translation is enhanced by a 20-fold factor. In another embodiment, translation is enhanced by a 50-fold factor. In another embodiment, translation is enhanced by a 100-fold factor. In another embodiment, translation is enhanced by a 200-fold factor. In another embodiment, translation is enhanced by a 500-fold factor. In another embodiment, translation is enhanced by a 1000-fold factor. In another embodiment, translation is enhanced by a 2000-fold factor. Each possibility represents a separate embodiment of the present invention.

[0068] Methods of determining efficiency of translation are well known in the art, and include, e.g. measuring the activity of an encoded reporter protein (e.g luciferase or renilla [Examples herein] or green fluorescent protein [Wall AA, Phillips AM et al, Effective translation of the second cistron in two Drosophila dicistronic transcripts is determined by the absence of in-frame AUG codons in the first cistron. J Biol Chem 2005;280(30): 27670-8]), or measuring radioactive label incorporated into the translated protein (Ngosuwan J, Wang NM et al, Roles of cytosolic Hsp70 and Hsp40 molecular chaperones in post-translational translocation of presecretory proteins into the endoplasmic reticulum. J Biol Chem 2003;278(9): 7034-42). Each method represents a separate embodiment of the present invention.

[0069] In expression studies, translation was measured from RNA complexed to Lipofectin® (Gibco BRL, Gaithersburg, MD, USA) and injected into the tail vein of mice. In the spleen lysates, pseudouridine-modified RNA was translated significantly more efficiently than unmodified RNA (Figure 10B). In one embodiment, efficiency of transfection-based methods of the present invention correlates with the ability of the transfection reagent to penetrate into tissues, perhaps explaining why the effect was most pronounced in spleen cells. Splenic blood flow is an open system with blood contents directly contacting red and white pulp elements including lymphoid cells.

[0070] In another experiment, RNA was injected intra-tracheally into mice. Tracheal delivery exposes multiple cell types in the lung including alveolar macrophages and alveolar pneumocytes. Thus, among other cell types, transfection-based methods of the present invention have utility in these cell types.

-20-

P-8155-USP

[0071]   In another experiment, *in vitro* phosphorylation assays were performed using recombinant human PKR and its substrate, eIF2α in the presence of capped, renilla-encoding mRNA (0.5 and 0.05 ng/μl). mRNA containing pseudouridine (Ψ) did not activate PKR, as detected by lack of both self-phosphorylation of PKR and phosphorylation of eIF2α, while RNA without nucleoside modification and
5   mRNA with m5C modification activated PKR. Phosphorylated eIF2α is known to block initiation of mRNA translation, therefore lack of phosphorylation enables, in one embodiment, enhanced translation of the mRNA containing pseudouridine (Ψ).

[0072]   In one embodiment, the enhanced translation is in a cell (relative to translation in the same cell of an unmodified RNA molecule with the same sequence; Example 10). In another embodiment, the
10   enhanced translation is *in vitro* (e.g. in an *in vitro* translation mix or a reticulocyte lysate; Example 9). In another embodiment, the enhanced translation is *in vivo* (Example 11). In each case, the enhanced translation is relative to an unmodified RNA molecule with the same sequence, under the same conditions. Each possibility represents a separate embodiment of the present invention.

[0073]   In another embodiment, the RNA, oligoribonucleotide, or polyribonucleotide molecule of
15   methods and compositions of the present invention is significantly less immunogenic than an unmodified *in vitro*-synthesized RNA molecule with the same sequence. In another embodiment, the modified RNA molecule is 2-fold less immunogenic than its unmodified counterpart. In another embodiment, immunogenicity is reduced by a 3-fold factor. In another embodiment, immunogenicity is reduced by a 5-fold factor. In another embodiment, immunogenicity is reduced by a 7-fold factor. In another
20   embodiment, immunogenicity is reduced by a 10-fold factor. In another embodiment, immunogenicity is reduced by a 15-fold factor. In another embodiment, immunogenicity is reduced by a 20-fold factor. In another embodiment, immunogenicity is reduced by a 50-fold factor. In another embodiment, immunogenicity is reduced by a 100-fold factor. In another embodiment, immunogenicity is reduced by a 200-fold factor. In another embodiment, immunogenicity is reduced by a 500-fold factor. In another
25   embodiment, immunogenicity is reduced by a 1000-fold factor. In another embodiment, immunogenicity is reduced by a 2000-fold factor.

-21-

P-8155-USP

[0074]  Reduced immunogenicity of RNA, oligoribonucleotide, and polyribonucleotide molecule of the present invention is demonstrated herein (Examples 1-8).

[0075]  Methods of determining immunogenicity are well known in the art, and include, e.g. measuring secretion of cytokines (e.g. IL-12, IFN-α, TNF-α, RANTES, MIP-1α or β, IL-6, IFN-β, or IL-8; Examples herein), measuring expression of DC activation markers (e.g. CD83, HLA-DR, CD80 and CD86; Examples herein), or measuring ability to act as an adjuvant for an adaptive immune response. Each method represents a separate embodiment of the present invention.

[0076]  In another embodiment, the relative immunogenicity of the modified nucleotide and its unmodified counterpart are determined by determining the quantity of the modified nucleotide required to elicit one of the above responses to the same degree as a given quantity of the unmodified nucleotide. For example, if twice as much modified nucleotide is required to elicit the same response, than the modified nucleotide is two-fold less immunogenic than the unmodified nucleotide.

[0077]  In another embodiment, the relative immunogenicity of the modified nucleotide and its unmodified counterpart are determined by determining the quantity of cytokine (e.g. IL-12, IFN-α, TNF-α, RANTES, MIP-1α or β, IL-6, IFN-β, or IL-8) secreted in response to administration of the modified nucleotide, relative to the same quantity of the unmodified nucleotide. For example, if one-half as much cytokine is secreted, than the modified nucleotide is two-fold less immunogenic than the unmodified nucleotide. In another embodiment, background levels of stimulation are subtracted before calculating the immunogenicity in the above methods. Each possibility represents a separate embodiment of the present invention.

[0078]  In another embodiment, a method of present invention further comprises mixing the RNA, oligoribonucleotide, or polyribonucleotide molecule with a transfection reagent prior to the step of contacting. In another embodiment, a method of present invention further comprises administering the RNA, oligoribonucleotide, or polyribonucleotide molecule together with the transfection reagent. In one embodiment, the transfection reagent is a cationic lipid reagent (Example 3).

-22-

P-8155-USP

[0079]   In another embodiment, the transfection reagent is a lipid-based transfection reagent. In another embodiment, the transfection reagent is a protein-based transfection reagent. In another embodiment, the transfection reagent is a polyethyleneimine based transfection reagent. In another embodiment, the transfection reagent is calcium phosphate. In one embodiment, the transfection reagent is Lipofectin® or
5   Lipofectamine®. In another embodiment, the transfection reagent is any other transfection reagent known in the art.

[0080]   In one embodiment, the transfection reagent forms a liposome. Liposomes, in one embodiment, increase intracellular stability, increase uptake efficiency and improve biological activity. In another embodiment, liposomes are hollow spherical vesicles composed of lipids arranged in a similar fashion as
10   those lipids which make up the cell membrane. They have, in another embodiment, an internal aqueous space for entrapping water soluble compounds and range in size from 0.05 to several microns in diameter. In another embodiment, liposomes can deliver RNA to cells in a biologically active form.

[0081]   Each type of transfection reagent represents a separate embodiment of the present invention.

[0082]   In one embodiment, the target cell of methods of the present invention is an antigen-presenting
15   cell. In another embodiment, the cell is a dendritic cell. In another embodiment, the cell is a neural cell. In another embodiment, the cell is a brain cell. In another embodiment, the cell is a spleen cell. In another embodiment, the cell is a lymphoid cell. In another embodiment, the cell is a lung cell. In another embodiment, the cell is a skin cell. In another embodiment, the cell is a keratinocyte. In another embodiment, the cell is an endothelial cell. In another embodiment, the cell is an alveolar macrophage.
20   In another embodiment, the cell is an alveolar pneumocyte. In another embodiment, the cell is a vascular endothelial cell. In another embodiment, the cell is a mesenchymal cell. In another embodiment, the cell is an epithelial cell. In another embodiment, the cell is a hematopoietic cell. In another embodiment, the cell is colonic epithelium cell. In another embodiment, the cell is a lung epithelium cell. In another embodiment, the cell is a bone marrow cell.

-23-

P-8155-USP

[0083]  In other embodiments, the target cell is a Claudius' cell, Hensen cell, Merkel cell, Müller cell, Paneth cell, Purkinje cell, Schwann cell, Sertoli cell, acidophil cell, acinar cell, adipoblast, adipocyte, brown or white alpha cell, amacrine cell, beta cell, capsular cell, cementocyte, chief cell, chondroblast, chondrocyte, chromaffin cell, chromophobic cell, corticotroph, delta cell, Langerhans cell, follicular dendritic cell, enterochromaffin cell, ependymocyte, epithelial cell, basal cell, squamous cell, endothelial cell, transitional cell, erythroblast, erythrocyte, fibroblast, fibrocyte, follicular cell, germ cell, gamete, ovum, spermatozoon, oocyte, primary oocyte, secondary oocyte, spermatid, spermatocyte, primary spermatocyte, secondary spermatocyte, germinal epithelium, giant cell, glial cell, astroblast, astrocyte, oligodendroblast, oligodendrocyte, glioblast, goblet cell, gonadotroph, granulosa cell, haemocytoblast, hair cell, hepatoblast, hepatocyte, hyalocyte, interstitial cell, juxtaglomerular cell, keratinocyte, keratocyte, lemmal cell, leukocyte, granulocyte, basophil, eosinophil, neutrophil, lymphoblast, B-lymphoblast, T-lymphoblast, lymphocyte, B-lymphocyte, T-lymphocyte, helper induced T-lymphocyte, Th1 T-lymphocyte, Th2 T-lymphocyte, natural killer cell, thymocyte, macrophage, Kupffer cell, alveolar macrophage, foam cell, histiocyte, luteal cell, lymphocytic stem cell, lymphoid cell, lymphoid stem cell, macroglial cell, mammotroph, mast cell, medulloblast, megakaryoblast, megakaryocyte, melanoblast, melanocyte, mesangial cell, mesothelial cell, metamyelocyte, monoblast, monocyte, mucous neck cell, muscle cell, cardiac muscle cell, skeletal muscle cell, smooth muscle cell, myelocyte, myeloid cell, myeloid stem cell, myoblast, myoepithelial cell, myofibrobast, neuroblast, neuroepithelial cell, neuron, odontoblast, osteoblast, osteoclast, osteocyte, oxyntic cell, parafollicular cell, paraluteal cell, peptic cell, pericyte, peripheral blood mononuclear cell, phaeochromocyte, phalangeal cell, pinealocyte, pituicyte, plasma cell, platelet, podocyte, proerythroblast, promonocyte, promyeloblast, promyelocyte, pronormoblast, reticulocyte, retinal pigment epithelial cell, retinoblast, small cell, somatotroph, stem cell, sustentacular cell, teloglial cell, or zymogenic cell. Each possibility represents a separate embodiment of the present invention.

[0084]  A variety of disorders may be treated by employing methods of the present invention including, *inter alia*, monogenic disorders, infectious diseases, acquired disorders, cancer, and the like. Exemplary monogenic disorders include ADA deficiency, cystic fibrosis, familial-hypercholesterolemia,

-24-

P-8155-USP

hemophilia, chronic ganulomatous disease, Duchenne muscular dystrophy, Fanconi anemia, sickle-cell anemia, Gaucher's disease, Hunter syndrome, X-linked SCID, and the like. In another embodiment, the disorder treated involves one of the proteins listed below. Each possibility represents a separate embodiment of the present invention.

5   [0085]  In another embodiment, the recombinant protein encoded by an RNA, oligoribonucleotide, or polyribonucleotide molecule of methods and compositions of the present invention is ecto-nucleoside triphosphate diphosphohydrolase.

[0086]  In other embodiments, the encoded recombinant protein is ABCA4; ABCD3; ACADM; AGL; AGT; ALDH4A1; ALPL; AMPD1; APOA2; AVSD1; BRCD2; C1QA; C1QB; C1QG; C8A; C8B; 10   CACNA1S; CCV; CD3Z; CDC2L1; CHML; CHS1; CIAS1; CLCNKB; CMD1A; CMH2; CMM; COL11A1; COL8A2; COL9A2; CPT2; CRB1; CSE; CSF3R; CTPA; CTSK; DBT; DIO1; DISC1; DPYD; EKV; ENO1; ENO1P; EPB41; EPHX1; F13B; F5; FCGR2A; FCGR2B; FCGR3A; FCHL; FH; FMO3; FMO4; FUCA1; FY; GALE; GBA; GFND; GJA8; GJB3; GLC3B; HF1; HMGCL; HPC1; HRD; HRPT2; HSD3B2; HSPG2; KCNQ4; KCS; KIF1B; LAMB3; LAMC2; LGMD1B; LMNA; LOR; 15   MCKD1; MCL1; MPZ; MTHFR; MTR; MUTYH; MYOC; NB; NCF2; NEM1; NPHS2; NPPA; NRAS; NTRK1; OPTA2; PBX1; PCHC; PGD; PHA2A; PHGDH; PKLR; PKP1; PLA2G2A; PLOD; PPOX; PPT1; PRCC; PRG4; PSEN2; PTOS1; REN; RFX5; RHD; RMD1; RPE65; SCCD; SERPINC1; SJS1; SLC19A2; SLC2A1; SPG23; SPTA1; TAL1; TNFSF6; TNNT2; TPM3; TSHB; UMPK; UOX; UROD; USH2A; VMGLOM; VWS; WS2B; ABCB11; ABCG5; ABCG8; ACADL; ACP1; AGXT; AHHR; 20   ALMS1; ALPP; ALS2; APOB; BDE; BDMR; BJS; BMPR2; CHRNA1; CMCWTD; CNGA3; COL3A1; COL4A3; COL4A4; COL6A3; CPS1; CRYGA; CRYGEP1; CYP1B1; CYP27A1; DBI; DES; DYSF; EDAR; EFEMP1; EIF2AK3; ERCC3; FSHR; GINGF; GLC1B; GPD2; GYPC; HADHA; HADHB; HOXD13; HPE2; IGKC; IHH; IRS1; ITGA6; KHK; KYNU; LCT; LHCGR; LSFC; MSH2; MSH6; NEB; NMTC; NPHP1; PAFAH1P1; PAX3; PAX8; PMS1; PNKD; PPH1; PROC; REG1A; 25   SAG; SFTPB; SLC11A1; SLC3A1; SOS1; SPG4; SRD5A2; TCL4; TGFA; TMD; TPO; UGT1A@; UV24; WSS; XDH; ZAP70; ZFHX1B; ACAA1; AGS1; AGTR1; AHSG; AMT; ARMET; BBS3;

-25-

P-8155-USP

BCHE; BCPM; BTD; CASR; CCR2; CCR5; CDL1; CMT2B; COL7A1; CP; CPO; CRV; CTNNB1;
DEM; ETM1; FANCD2; FIH; FOXL2; GBE1; GLB1; GLC1C; GNAI2; GNAT1; GP9; GPX1; HGD;
HRG; ITIH1; KNG; LPP; LRS1; MCCC1; MDS1; MHS4; MITF; MLH1; MYL3; MYMY; OPA1;
P2RY12; PBXP1; PCCB; POU1F1; PPARG; PROS1; PTHR1; RCA1; RHO; SCA7; SCLC1; SCN5A;
5   SI; SLC25A20; SLC2A2; TF; TGFBR2; THPO; THRB; TKT; TM4SF1; TRH; UMPS; UQCRC1;
USH3A; VHL; WS2A; XPC; ZNF35; ADH1B; ADH1C; AFP; AGA; AIH2; ALB; ASMD; BFHD;
CNGA1; CRBM; DCK; DSPP; DTDP2; ELONG; ENAM; ETFDH; EVC; F11; FABP2; FGA; FGB;
FGFR3; FGG; FSHMD1A; GC; GNPTA; GNRHR; GYPA; HCA; HCL2; HD; HTN3; HVBS6; IDUA;
IF; JPD; KIT; KLKB1; LQT4; MANBA; MLLT2; MSX1; MTP; NR3C2; PBT; PDE6B; PEE1; PITX2;
10   PKD2; QDPR; SGCB; SLC25A4; SNCA; SOD3; STATH; TAPVR1; TYS; WBS2; WFS1; WHCR;
ADAMTS2; ADRB2; AMCN; AP3B1; APC; ARSB; B4GALT7; BHR1; C6; C7; CCAL2; CKN1;
CMDJ; CRHBP; CSF1R; DHFR; DIAPH1; DTR; EOS; EPD; ERVR; F12; FBN2; GDNF; GHR;
GLRA1; GM2A; HEXB; HSD17B4; ITGA2; KFS; LGMD1A; LOX; LTC4S; MAN2A1; MCC;
MCCC2; MSH3; MSX2; NR3C1; PCSK1; PDE6A; PFBI; RASA1; SCZD1; SDHA; SGCD; SLC22A5;
15   SLC26A2; SLC6A3; SM1; SMA@; SMN1; SMN2; SPINK5; TCOF1; TELAB1; TGFBI; ALDH5A1;
ARG1; AS; ASSP2; BCKDHB; BF; C2; C4A; CDKN1A; COL10A1; COL11A2; CYP21A2; DYX2;
EJM1; ELOVL4; EPM2A; ESR1; EYA4; F13A1; FANCE; GCLC; GJA1; GLYS1; GMPR; GSE; HCR;
HFE; HLA-A; HLA-DPB1; HLA-DRA; HPFH; ICS1; IDDM1; IFNGR1; IGAD1; IGF2R; ISCW;
LAMA2; LAP; LCA5; LPA; MCDR1; MOCS1; MUT; MYB; NEU1; NKS1; NYS2; OA3; ODDD;
20   OFC1; PARK2; PBCA; PBCRA1; PDB1; PEX3; PEX6; PEX7; PKHD1; PLA2G7; PLG; POLH; PPAC;
PSORS1; PUJO; RCD1; RDS; RHAG; RP14; RUNX2; RWS; SCA1; SCZD3; SIASD; SOD2; ST8;
TAP1; TAP2; TFAP2B; TNDM; TNF; TPBG; TPMT; TULP1; WISP3; AASS; ABCB1; ABCB4;
ACHE; AQP1; ASL; ASNS; AUTS1; BPGM; BRAF; C7orf2; CACNA2D1; CCM1; CD36; CFTR;
CHORDOMA; CLCN1; CMH6; CMT2D; COL1A2; CRS; CYMD; DFNA5; DLD; DYT11; EEC1;
25   ELN; ETV1; FKBP6; GCK; GHRHR; GHS; GLI3; GPDS1; GUSB; HLXB9; HOXA13; HPFH2; HRX;
IAB; IMMP2L; KCNH2; LAMB1; LEP; MET; NCF1; NM; OGDH; OPN1SW; PEX1; PGAM2; PMS2;
PON1; PPP1R3A; PRSS1; PTC; PTPN12; RP10; RP9; SERPINE1; SGCE; SHFM1; SHH; SLC26A3;

-26-

SLC26A4; SLOS; SMAD1; TBXAS1; TWIST; ZWS1; ACHM3; ADRB3; ANK1; CA1; CA2; CCAL1;
CLN8; CMT4A; CNGB3; COH1; CPP; CRH; CYP11B1; CYP11B2; DECR1; DPYS; DURS1; EBS1;
ECA1; EGI; EXT1; EYA1; FGFR1; GNRH1; GSR; GULOP; HR; KCNQ3; KFM; KWE; LGCR; LPL;
MCPH1; MOS; MYC; NAT1; NAT2; NBS1; PLAT; PLEC1; PRKDC; PXMP3; RP1; SCZD6; SFTPC;
5   SGM1; SPG5A; STAR; TG; TRPS1; TTPA; VMD1; WRN; ABCA1; ABL1; ABO; ADAMTS13; AK1;
ALAD; ALDH1A1; ALDOB; AMBP; AMCD1; ASS; BDMF; BSCL; C5; CDKN2A; CHAC; CLA1;
CMD1B; COL5A1; CRAT; DBH; DNAI1; DYS; DYT1; ENG; FANCC; FBP1; FCMD; FRDA; GALT;
GLDC; GNE; GSM1; GSN; HSD17B3; HSN1; IBM2; INVS; JBTS1; LALL; LCCS1; LCCS;
LGMD2H; LMX1B; MLLT3; MROS; MSSE; NOTCH1; ORM1; PAPPA; PIP5K1B; PTCH; PTGS1;
10  RLN1; RLN2; RMRP; ROR2; RPD1; SARDH; SPTLC1; STOM; TDFA; TEK; TMC1; TRIM32; TSC1;
TYRP1; XPA; CACNB2; COL17A1; CUBN; CXCL12; CYP17; CYP2C19; CYP2C9; EGR2; EMX2;
ERCC6; FGFR2; HK1; HPS1; IL2RA; LGI1; LIPA; MAT1A; MBL2; MKI67; MXI1; NODAL; OAT;
OATL3; PAX2; PCBD; PEO1; PHYH; PNLIP; PSAP; PTEN; RBP4; RDPA; RET; SFTPA1; SFTPD;
SHFM3; SIAL; THC2; TLX1; TNFRSF6; UFS; UROS; AA; ABCC8; ACAT1; ALX4; AMPD3; ANC;
15  APOA1; APOA4; APOC3; ATM; BSCL2; BWS; CALCA; CAT; CCND1; CD3E; CD3G; CD59;
CDKN1C; CLN2; CNTF; CPT1A; CTSC; DDB1; DDB2; DHCR7; DLAT; DRD4; ECB2; ED4; EVR1;
EXT2; F2; FSHB; FTH1; G6PT1; G6PT2; GIF; HBB; HBBP1; HBD; HBE1; HBG1; HBG2; HMBS;
HND; HOMG2; HRAS; HVBS1; IDDM2; IGER; INS; JBS; KCNJ11; KCNJ1; KCNQ1; LDHA; LRP5;
MEN1; MLL; MYBPC3; MYO7A; NNO1; OPPG; OPTB1; PAX6; PC; PDX1; PGL2; PGR; PORC;
20  PTH; PTS; PVRL1; PYGM; RAG1; RAG2; ROM1; RRAS2; SAA1; SCA5; SCZD2; SDHD;
SERPING1; SMPD1; TCIRG1; TCL2; TECTA; TH; TREH; TSG101; TYR; USH1C; VMD2; VRN1;
WT1; WT2; ZNF145; A2M; AAAS; ACADS; ACLS; ACVRL1; ALDH2; AMHR2; AOM; AQP2;
ATD; ATP2A2; BDC; C1R; CD4; CDK4; CNA1; COL2A1; CYP27B1; DRPLA; ENUR2; FEOM1;
FGF23; FPF; GNB3; GNS; HAL; HBP1; HMGA2; HMN2; HPD; IGF1; KCNA1; KERA; KRAS2;
25  KRT1; KRT2A; KRT3; KRT4; KRT5; KRT6A; KRT6B; KRTHB6; LDHB; LYZ; MGCT; MPE; MVK;
MYL2; OAP; PAH; PPKB; PRB3; PTPN11; PXR1; RLS; RSN; SAS; SAX1; SCA2; SCNN1A; SMAL;
SPPM; SPSMA; TBX3; TBX5; TCF1; TPI1; TSC3; ULR; VDR; VWF; ATP7B; BRCA2; BRCD1;

-27-

P-8155-USP

CLN5; CPB2; ED2; EDNRB; ENUR1; ERCC5; F10; F7; GJB2; GJB6; IPF1; MBS1; MCOR; NYS4; PCCA; RB1; RHOK; SCZD7; SGCG; SLC10A2; SLC25A15; STARP1; ZNF198; ACHM1; ARVD1; BCH; CTAA1; DAD1; DFNB5; EML1; GALC; GCH1; IBGC1; IGH@; IGHC group; IGHG1; IGHM; IGHR; IV; LTBP2; MCOP; MJD; MNG1; MPD1; MPS3C; MYH6; MYH7; NP; NPC2; PABPN1;

5   PSEN1; PYGL; RPGRIP1; SERPINA1; SERPINA3; SERPINA6; SLC7A7; SPG3A; SPTB; TCL1A; TGM1; TITF1; TMIP; TRA@; TSHR; USH1A; VP; ACCPN; AHO2; ANCR; B2M; BBS4; BLM; CAPN3; CDAN1; CDAN3; CLN6; CMH3; CYP19; CYP1A1; CYP1A2; DYX1; EPB42; ETFA; EYCL3; FAH; FBN1; FES; HCVS; HEXA; IVD; LCS1; LIPC; MYO5A; OCA2; OTSC1; PWCR; RLBP1; SLC12A1; SPG6; TPM1; UBE3A; WMS; ABCC6; ALDOA; APRT; ATP2A1; BBS2;

10   CARD15; CATM; CDH1; CETP; CHST6; CLN3; CREBBP; CTH; CTM; CYBA; CYLD; DHS; DNASE1; DPEP1; ERCC4; FANCA; GALNS; GAN; HAGH; HBA1; HBA2; HBHR; HBQ1; HBZ; HBZP; HP; HSD11B2; IL4R; LIPB; MC1R; MEFV; MHC2TA; MLYCD; MMVP1; PHKB; PHKG2; PKD1; PKDTS; PMM2; PXE; SALL1; SCA4; SCNN1B; SCNN1G; SLC12A3; TAT; TSC2; VDI; WT3; ABR; ACACA; ACADVL; ACE; ALDH3A2; APOH; ASPA; AXIN2; BCL5; BHD; BLMH;

15   BRCA1; CACD; CCA1; CCZS; CHRNB1; CHRNE; CMT1A; COL1A1; CORD5; CTNS; EPX; ERBB2; G6PC; GAA; GALK1; GCGR; GFAP; GH1; GH2; GP1BA; GPSC; GUCY2D; ITGA2B; ITGB3; ITGB4; KRT10; KRT12; KRT13; KRT14; KRT14L1; KRT14L2; KRT14L3; KRT16; KRT16L1; KRT16L2; KRT17; KRT9; MAPT; MDB; MDCR; MGI; MHS2; MKS1; MPO; MYO15A; NAGLU; NAPB; NF1; NME1; P4HB; PAFAH1B1; PECAM1; PEX12; PHB; PMP22; PRKAR1A;

20   PRKCA; PRKWNK4; PRP8; PRPF8; PTLAH; RARA; RCV1; RMSA1; RP17; RSS; SCN4A; SERPINF2; SGCA; SGSH; SHBG; SLC2A4; SLC4A1; SLC6A4; SMCR; SOST; SOX9; SSTR2; SYM1; SYNS1; TCF2; THRA; TIMP2; TOC; TOP2A; TP53; TRIM37; VBCH; ATP8B1; BCL2; CNSN; CORD1; CYB5; DCC; F5F8D; FECH; FEO; LAMA3; LCFS2; MADH4; MAFD1; MC2R; MCL; MYP2; NPC1; SPPK; TGFBRE; TGIF; TTR; AD2; AMH; APOC2; APOE; ATHS; BAX;

25   BCKDHA; BCL3; BFIC; C3; CACNA1A; CCO; CEACAM5; COMP; CRX; DBA; DDU; DFNA4; DLL3; DM1; DMWD; E11S; ELA2; EPOR; ERCC2; ETFB; EXT3; EYCL1; FTL; FUT1; FUT2; FUT6; GAMT; GCDH; GPI; GUSM; HB1; HCL1; HHC2; HHC3; ICAM3; INSR; JAK3; KLK3; LDLR; LHB;

-28-

LIG1; LOH19CR1; LYL1; MAN2B1; MCOLN1; MDRV; MLLT1; NOTCH3; NPHS1; OFC3; OPA3;
PEPD; PRPF31; PRTN3; PRX; PSG1; PVR; RYR1; SLC5A5; SLC7A9; STK11; TBXA2R; TGFB1;
TNNI3; TYROBP; ADA; AHCY; AVP; CDAN2; CDPD1; CHED1; CHED2; CHRNA4; CST3; EDN3;
EEGV1; FTLL1; GDF5; GNAS; GSS; HNF4A; JAG1; KCNQ2; MKKS; NBIA1; PCK1; PI3; PPCD;

5  PPGB; PRNP; THBD; TOP1; AIRE; APP; CBS; COL6A1; COL6A2; CSTB; DCR; DSCR1; FPDMM;
HLCS; HPE1; ITGB2; KCNE1; KNO; PRSS7; RUNX1; SOD1; TAM; ADSL; ARSA; BCR; CECR;
CHEK2; COMT; CRYBB2; CSF2RB; CTHM; CYP2D6; CYP2D7P1; DGCR; DIA1; EWSR1; GGT1;
MGCR; MN1; NAGA; NF2; OGS2; PDGFB; PPARA; PRODH; SCO2; SCZD4; SERPIND1; SLC5A1;
SOX10; TCN2; TIMP3; TST; VCF; ABCD1; ACTL1; ADFN; AGMX2; AHDS; AIC; AIED; AIH3;

10 ALAS2; AMCD; AMELX; ANOP1; AR; ARAF1; ARSC2; ARSE; ARTS; ARX; ASAT; ASSP5;
ATP7A; ATRX; AVPR2; BFLS; BGN; BTK; BZX; C1HR; CACNA1F; CALB3; CBBM; CCT; CDR1;
CFNS; CGF1; CHM; CHR39C; CIDX; CLA2; CLCN5; CLS; CMTX2; CMTX3; CND; COD1; COD2;
COL4A5; COL4A6; CPX; CVD1; CYBB; DCX; DFN2; DFN4; DFN6; DHOF; DIAPH2; DKC1; DMD;
DSS; DYT3; EBM; EBP; ED1; ELK1; EMD; EVR2; F8; F9; FCP1; FDPSL5; FGD1; FGS1; FMR1;

15 FMR2; G6PD; GABRA3; GATA1; GDI1; GDXY; GJB1; GK; GLA; GPC3; GRPR; GTD; GUST;
HMS1; HPRT1; HPT; HTC2; HTR2C; HYR; IDS; IHG1; IL2RG; INDX; IP1; IP2; JMS; KAL1; KFSD;
L1CAM; LAMP2; MAA; MAFD2; MAOA; MAOB; MCF2; MCS; MEAX; MECP2; MF4; MGC1;
MIC5; MID1; MLLT7; MLS; MRSD; MRX14; MRX1; MRX20; MRX2; MRX3; MRX40; MRXA;
MSD; MTM1; MYCL2; MYP1; NDP; NHS; NPHL1; NR0B1; NSX; NYS1; NYX; OA1; OASD;

20 OCRL; ODT1; OFD1; OPA2; OPD1; OPEM; OPN1LW; OPN1MW; OTC; P3; PDHA1; PDR; PFC;
PFKFB1; PGK1; PGK1P1; PGS; PHEX; PHKA1; PHKA2; PHP; PIGA; PLP1; POF1; POLA; POU3F4;
PPMX; PRD; PRPS1; PRPS2; PRS; RCCP2; RENBP; RENS1; RP2; RP6; RPGR; RPS4X; RPS6KA3;
RS1; S11; SDYS; SEDL; SERPINA7; SH2D1A; SHFM2; SLC25A5; SMAX2; SRPX; SRS; STS;
SYN1; SYP; TAF1; TAZ; TBX22; TDD; TFE3; THAS; THC; TIMM8A; TIMP1; TKCR; TNFSF5;

25 UBE1; UBE2A; WAS; WSN; WTS; WWS; XIC; XIST; XK; XM; XS; ZFX; ZIC3; ZNF261; ZNF41;
ZNF6; AMELY; ASSP6; AZF1; AZF2; DAZ; GCY; RPS4Y; SMCY; SRY; ZFY; ABAT; AEZ; AFA;
AFD1; ASAH1; ASD1; ASMT; CCAT; CECR9; CEPA; CLA3; CLN4; CSF2RA; CTS1; DF; DIH1;

P-8155-USP

DWS; DYT2; DYT4; EBR3; ECT; EEF1A1L14; EYCL2; FANCB; GCSH; GCSL; GIP; GTS; HHG;
HMI; HOAC; HOKPP2; HRPT1; HSD3B3; HTC1; HV1S; ICHQ; ICR1; ICR5; IL3RA; KAL2; KMS;
KRT18; KSS; LCAT; LHON; LIMM; MANBB; MCPH2; MEB; MELAS; MIC2; MPFD; MS; MSS;
MTATP6; MTCO1; MTCO3; MTCYB; MTND1; MTND2; MTND4; MTND5; MTND6; MTRNR1;
5   MTRNR2; MTTE; MTTG; MTTI; MTTK; MTTL1; MTTL2; MTTN; MTTP; MTTS1; NAMSD;
OCD1; OPD2; PCK2; PCLD; PCOS1; PFKM; PKD3; PRCA1; PRO1; PROP1; RBS; RFXAP; RP;
SHOX; SLC25A6; SPG5B; STO; SUOX; THM; or TTD. Each recombinant protein represents a separate
embodiment of the present invention.

[0087]   In another embodiment, the present invention provides a method for treating a vasospasm in a
10   subject, comprising contacting a cell of the subject with an *in vitro*-synthesized RNA molecule, the *in
vitro*-synthesized RNA molecule comprising an open reading frame encoding inducible nitric oxide
synthase (iNOS), thereby treating a vasospasm in a subject.

[0088]   In another embodiment, the present invention provides a method for improving a survival rate of
a cell in a subject, comprising contacting the cell with an *in vitro*-synthesized RNA molecule, the *in
15   vitro*-synthesized RNA molecule comprising an open reading frame encoding a heat shock protein,
thereby improving a survival rate of a cell in a subject.

[0089]   In one embodiment, the cell whose survival rate is improved is an ischemic cell. In another
embodiment, the cell is not ischemic. Each possibility represents a separate embodiment of the present
invention.

20   [0090]   In another embodiment, the present invention provides a method for decreasing an incidence of a
restenosis of a blood vessel following a procedure that enlarges the blood vessel, comprising contacting a
cell of the blood vessel with an *in vitro*-synthesized RNA molecule, the *in vitro*-synthesized RNA
molecule comprising an open reading frame encoding a heat shock protein, thereby decreasing an
incidence of a restenosis in a subject.

-30-

P-8155-USP

[0091]   In one embodiment, the procedure is an angioplasty. In another embodiment, the procedure is any other procedure known in the art that enlarges the blood vessel. Each possibility represents a separate embodiment of the present invention.

[0092]   In another embodiment, the present invention provides a method for increasing a hair growth
5    from a hair follicle is a scalp of a subject, comprising contacting a cell of the scalp with an *in vitro*-synthesized RNA molecule, the *in vitro*-synthesized RNA molecule comprising an open reading frame encoding a telomerase or an immunosuppressive protein, thereby increasing a hair growth from a hair follicle.

[0093]   In one embodiment, the immunosuppressive protein is α-melanocyte-stimulating hormone (α-
10   MSH). In another embodiment, the immunosuppressive protein is transforming growth factor-β 1 (TGF-β 1). In another embodiment, the immunosuppressive protein is insulin-like growth factor-I (IGF-I). In another embodiment, the immunosuppressive protein is any other immunosuppressive protein known in the art. Each possibility represents a separate embodiment of the present invention.

[0094]   In another embodiment, the present invention provides a method of inducing expression of an
15   enzyme with antioxidant activity in a cell, comprising contacting the cell with an *in vitro*-synthesized RNA molecule, the *in vitro*-synthesized RNA molecule comprising an open reading frame encoding the enzyme, thereby inducing expression of an enzyme with antioxidant activity in a cell.

[0095]   In one embodiment, the enzyme is catalase. In another embodiment, the enzyme is glutathione peroxidase. In another embodiment, the enzyme is phospholipid hydroperoxide glutathione peroxidase.
20   In another embodiment, the enzyme is superoxide dismutase-1. In another embodiment, the enzyme is superoxide dismutase-2. In another embodiment, the enzyme is any other enzyme with antioxidant activity that is known in the art. Each possibility represents a separate embodiment of the present invention.

[0096]   In another embodiment, the present invention provides a method for treating cystic fibrosis in a
25   subject, comprising contacting a cell of the subject with an *in vitro*-synthesized RNA molecule, the *in*

-31-

P-8155-USP

*vitro*-synthesized RNA molecule comprising an open reading frame encoding Cystic Fibrosis Transmembrane Conductance Regulator (CFTR), thereby treating cystic fibrosis in a subject.

[0097] In another embodiment, the present invention provides a method for treating an X-linked agammaglobulinemia in a subject, comprising contacting a cell of the subject with an *in vitro*-synthesized RNA molecule, the *in vitro*-synthesized RNA molecule comprising an open reading frame encoding a Bruton's tyrosine kinase, thereby treating an X-linked agammaglobulinemia.

[0098] In another embodiment, the present invention provides a method for treating an adenosine deaminase severe combined immunodeficiency (ADA SCID) in a subject, comprising contacting a cell of the subject with an *in vitro*-synthesized RNA molecule, the *in vitro*-synthesized RNA molecule comprising an open reading frame encoding an ADA, thereby treating an ADA SCID.

[0099] In another embodiment, the present invention provides a method for reducing immune responsiveness of the skin and improve skin pathology, comprising contacting a cell of the subject with an *in vitro*-synthesized RNA molecule, the *in vitro*-synthesized RNA molecule comprising an open reading frame encoding an ecto-nucleoside triphosphate diphosphohydrolase, thereby reducing immune responsiveness of the skin and improve skin pathology.

[00100] Various embodiments of dosage ranges are contemplated by this invention. In one embodiment, the dosage is 0.25 µg. In another embodiment, the dosage is 0.50 µg. In another embodiment the dosage is 1 µg. In another embodiment the dosage is 2 µg. In another embodiment the dosage is 5 µg. In another embodiment the dosage is 10 µg. In another embodiment the dosage is 20 µg. In another embodiment the dosage is 40 µg. In another embodiment the dosage is 70 µg. In one embodiment, the dosage is 100 µg. In another embodiment, the dosage is 200 µg. In another embodiment, the dosage is 400 µg. In another embodiment, the dosage is 700 µg. In another embodiment, the dosage is 1 mg.

[00101] In another embodiment, the dosage is 0.05 µg/kg. In another embodiment, the dosage is 0.1 µg/kg. In another embodiment, the dosage is 0.25 µg/kg. In another embodiment, the dosage is 0.50 µg/kg. In another embodiment the dosage is 1 µg/kg. In another embodiment the dosage is 2 µg/kg. In

-32-

P-8155-USP

another embodiment the dosage is 5 µg/kg. In another embodiment the dosage is 10 µg/kg. In another embodiment the dosage is 20 µg/kg.  In another embodiment the dosage is 40 µg/kg. In another embodiment the dosage is 70 µg/kg. In one embodiment, the dosage is 100 µg/kg.

[00102] In another embodiment, the dosage is a daily dose. In another embodiment, the dosage is a weekly dose. In another embodiment, the dosage is a monthly dose. In another embodiment, the dosage is an annual dose. In another embodiment, the dose is one is a series of a defined number of doses. In another embodiment, the dose is a one-time dose. As described below, in one embodiment, an advantage of RNA, oligoribonucleotide, or polyribonucleotide molecules of the present invention is their greater potency, enabling the use of smaller doses.

[00103] In another embodiment, the present invention provides a method for producing a recombinant protein, comprising contacting an *in vitro* translation apparatus with an *in vitro*-synthesized oligoribonucleotide, the *in vitro*-synthesized oligoribonucleotide comprising a pseudouridine or a modified nucleoside, thereby producing a recombinant protein.

[00104] In another embodiment, the present invention provides a method for producing a recombinant protein, comprising contacting an *in vitro* translation apparatus with an *in vitro*-transcribed RNA molecule of the present invention, the *in vitro*-transcribed RNA molecule comprising a pseudouridine or a modified nucleoside, thereby producing a recombinant protein.

[00105] In one embodiment, the *in vitro* translation apparatus is a reticulocyte lysate.

[00106] In another embodiment, the present invention provides a method of reducing an immunogenicity of an oligoribonucleotide molecule or RNA molecule, comprising replacing a nucleotide of the oligoribonucleotide molecule or RNA molecule with a modified version of the nucleotide, in which a nucleoside contained therein is altered to a modified nucleoside, or replacing a uridine residue of the oligoribonucleotide molecule or RNA molecule with a pseudouridine, thereby reducing an immunogenicity of an oligoribonucleotide molecule or RNA molecule.

-33-

P-8155-USP

[00107] In another embodiment, the present invention provides a method of reducing an immunogenicity of a gene-therapy vector comprising an polyribonucleotide molecule or RNA molecule, the method comprising replacing a nucleotide of the polyribonucleotide molecule or RNA molecule with a modified version of the nucleotide, in which a nucleoside contained therein is altered to a modified nucleoside, or replacing a uridine residue of the polyribonucleotide molecule or RNA molecule with a pseudouridine, thereby reducing an immunogenicity of a gene-therapy vector.

[00108] In another embodiment, the present invention provides a method of synthesizing an *in vitro*-transcribed RNA molecule comprising a modified nucleotide with a modified nucleoside, comprising contacting an isolated polymerase with a mixture of unmodified nucleotides and the modified nucleotide (Examples 2 and 7).

[00109] Any of the RNA molecules or oligoribonucleotide molecules may be used, in one embodiment, in any of the methods of the present invention.

[00110] In another embodiment, the present invention provides a method of enhancing an immune response to an antigen, comprising administering the antigen in combination with mitochondrial (mt) RNA (Examples 1 and 5).

[00111] In another embodiment, the present invention provides a method of reducing the ability of an RNA molecule to stimulate a dendritic cell (DC), comprising modifying a nucleoside of the RNA molecule by a method of the present invention (Examples).

[00112] In one embodiment, the DC is a DC1 cell. In another embodiment, the DC is a DC2 cell. In another embodiment, the DC is a subtype of a DC1 cell or DC2 cell. Each possibility represents a separate embodiment of the present invention.

[00113] In another embodiment, the present invention provides a method of reducing the ability of an RNA molecule to stimulate signaling by TLR3, comprising modifying a nucleoside of the RNA molecule by a method of the present invention. In another embodiment, the present invention provides a method of

-34-

P-8155-USP

reducing the ability of an RNA molecule to stimulate signaling by TLR7, comprising modifying a nucleoside of the RNA molecule by a method of the present invention. In another embodiment, the present invention provides a method of reducing the ability of an RNA molecule to stimulate signaling by TLR8, comprising modifying a nucleoside of the RNA molecule by a method of the present invention.
5    Each possibility represents a separate embodiment of the present invention.

[00114] In one embodiment, all the inter-nucleotide linkages in the RNA, oligoribonucleotide, or polyribonucleotide molecule are phosphodiester. In another embodiment, the inter-nucleotide linkages are predominantly phosphodiester. In another embodiment, the inter-nucleotide linkages are predominantly phosphorothioate. In another embodiment, all the inter-nucleotide linkages are phosphorothioate.

10   [00115] In another embodiment, the percentage of the inter-nucleotide linkages that are phosphodiester is above 50%. In another embodiment, the percentage is above 10%. In another embodiment, the percentage is above 15%. In another embodiment, the percentage is above 20%. In another embodiment, the percentage is above 25%. In another embodiment, the percentage is above 30%. In another embodiment, the percentage is above 35%. In another embodiment, the percentage is above 40%. In another
15   embodiment, the percentage is above 45%. In another embodiment, the percentage is above 55%. In another embodiment, the percentage is above 60%. In another embodiment, the percentage is above 65%. In another embodiment, the percentage is above 70%. In another embodiment, the percentage is above 75%. In another embodiment, the percentage is above 80%. In another embodiment, the percentage is above 85%. In another embodiment, the percentage is above 90%. In another embodiment, the percentage
20   is above 95%.

[00116] In another embodiment, a method of the present invention comprises increasing the number, percentage, or frequency of modified nucleosides in the RNA molecule to decrease immunogenicity or increase efficiency of translation. As provided herein, the number of modified residues in an RNA, oligoribonucleotide, or polyribonucleotide molecule determines, in one embodiment, the magnitude of
25   the effects observed in the present invention.

-35-

P-8155-USP

[00117] In another embodiment, the present invention provides a method for introducing a recombinant protein into a cell of a subject, comprising contacting the subject with an *in vitro*-transcribed RNA molecule comprising an open reading frame encoding the recombinant protein, the *in vitro*-transcribed RNA molecule further comprising a modified nucleoside, thereby introducing a recombinant protein into a cell of a subject.

[00118] In another embodiment, the present invention provides a method for decreasing TNF-α production in a subject, comprising contacting the subject with an RNA molecule or oligoribonucleotide of the present invention.

[00119] In another embodiment, the present invention provides a method for decreasing IL-12 production in a subject, comprising contacting the subject with an RNA molecule or oligoribonucleotide of the present invention.

[00120] In another embodiment, the present invention provides a method of reducing an immunogenicity of a gene therapy vector, comprising introducing a modified nucleoside into said gene therapy vector, thereby reducing an immunogenicity of a gene therapy vector.

[00121] In another embodiment, an advantage of an RNA, oligoribonucleotide, and polyribonucleotide molecules of the present invention is that RNA does not incorporate to the genome (as opposed to DNA-based vectors). In another embodiment, an advantage is that translation of RNA, and therefore appearance of the encoded product, is instant. In another embodiment, an advantage is that the amount of protein generated from the mRNA can be regulated by delivering more or less RNA. In another embodiment, an advantage is that repeated delivery of unmodified RNA could induce autoimmune reactions.

[00122] In another embodiment, an advantage is lack of immunogenicity, enabling repeated delivery without generation of inflammatory cytokines.

[00123] In another embodiment, stability of RNA is increased by circularization, decreasing degradation by exonucleases.

-36-

P-8155-USP

[00124] In another embodiment, the present invention provides a method of treating a subject with a disease that comprises an immune response against a self-RNA molecule, comprising administering to the subject an antagonist of a TLR-3 molecule, thereby treating a subject with a disease that comprises an immune response against a self-RNA molecule.

5    [00125] In another embodiment, the present invention provides a method of treating a subject with a disease that comprises an immune response against a self-RNA molecule, comprising administering to the subject an antagonist of a TLR-7 molecule, thereby treating a subject with a disease that comprises an immune response against a self-RNA molecule.

[00126] In another embodiment, the present invention provides a method of treating a subject with a 10    disease that comprises an immune response against a self-RNA molecule, comprising administering to the subject an antagonist of a TLR-8 molecule, thereby treating a subject with a disease that comprises an immune response against a self-RNA molecule.

[00127] In one embodiment, the disease that comprises an immune response against a self-RNA molecule is an auto-immune disease. In another embodiment, the disease is systemic lupus erythematosus (SLE). In 15    another embodiment, the disease is another disease known in the art. Each possibility represents a separate embodiment of the present invention.

[00128] In one embodiment, a treatment protocol of the present invention is therapeutic. In another embodiment, the protocol is prophylactic. Each possibility represents a separate embodiment of the present invention.

20    [00129] Findings of the present invention show that primary DC have an additional RNA signaling entity that recognizes m5C- and m6A-modified RNA and whose signaling is inhibited by modification of U residues.

[00130] In another embodiment, the present invention provides a kit comprising a reagent utilized in performing a method of the present invention. In another embodiment, the present invention provides a

-37-

P-8155-USP

kit comprising a composition, tool, or instrument of the present invention.

[00131] In one embodiment, the phrase "contacting a cell" or "contacting a population" refers to a method of exposure, which may be direct or indirect. In one method such contact comprises direct injection of the cell through any means well known in the art, such as microinjection. It is also envisaged, in another embodiment, that supply to the cell is indirect, such as via provision in a culture medium that surrounds the cell, or administration to a subject, via any route well known in the art, and as described herein. In another embodiment, the term "contacting" means that the compound of the present invention is introduced into a subject receiving treatment, and the compound is allowed to come in contact with the RNA, oligoribonucleotide, or polyribonucleotide molecules *in vivo*. Each possibility represents a separate embodiment of the present invention.

[00132] Compositions of the present invention can be, in another embodiment, administered to a subject by any method known to a person skilled in the art, such as parenterally, paracancerally, transmucosally, transdermally, intramuscularly, intravenously, intra-dermally, subcutaneously, intra-peritoneoly, intra-ventricularly, intra-cranially, intra-vaginally or intra-tumorally.

[00133] In another embodiment of methods and compositions of the present invention, the compositions are administered orally, and are thus formulated in a form suitable for oral administration, i.e. as a solid or a liquid preparation. Suitable solid oral formulations include tablets, capsules, pills, granules, pellets and the like. Suitable liquid oral formulations include solutions, suspensions, dispersions, emulsions, oils and the like. In another embodiment of the present invention, the active ingredient is formulated in a capsule. In accordance with this embodiment, the compositions of the present invention comprise, in addition to the active compound and the inert carrier or diluent, a hard gelating capsule.

[00134] In another embodiment, the pharmaceutical compositions are administered by intravenous, intra-arterial, or intra-muscular injection of a liquid preparation. Suitable liquid formulations include solutions, suspensions, dispersions, emulsions, oils and the like. In one embodiment, the pharmaceutical compositions are administered intravenously and are thus formulated in a form suitable for intravenous

-38-

P-8155-USP

administration. In another embodiment, the pharmaceutical compositions are administered intra-arterially and are thus formulated in a form suitable for intra-arterial administration. In another embodiment, the pharmaceutical compositions are administered intra-muscularly and are thus formulated in a form suitable for intra-muscular administration.

[00135] In another embodiment, the pharmaceutical compositions are administered topically to body surfaces and are thus formulated in a form suitable for topical administration. Suitable topical formulations include gels, ointments, creams, lotions, drops and the like. For topical administration, the compositions or their physiologically tolerated derivatives are prepared and applied as solutions, suspensions, or emulsions in a physiologically acceptable diluent with or without a pharmaceutical carrier.

[00136] In another embodiment, the composition is administered as a suppository, for example a rectal suppository or a urethral suppository. In another embodiment, the pharmaceutical composition is administered by subcutaneous implantation of a pellet. In another embodiment, the pellet provides for controlled release of agent over a period of time.

[00137] In another embodiment, the active compound is delivered in a vesicle, e.g. a liposome (see Langer, Science 249:1527-1533 (1990); Treat et al., in Liposomes in the Therapy of Infectious Disease and Cancer, Lopez- Berestein and Fidler (eds.), Liss, New York, pp. 353-365 (1989); Lopez-Berestein, ibid., pp. 317-327; see generally ibid).

[00138] As used herein "pharmaceutically acceptable carriers or diluents" are well known to those skilled in the art. The carrier or diluent may be may be, in various embodiments, a solid carrier or diluent for solid formulations, a liquid carrier or diluent for liquid formulations, or mixtures thereof.

[00139] In another embodiment, solid carriers/diluents include, but are not limited to, a gum, a starch (e.g. corn starch, pregeletanized starch), a sugar (e.g., lactose, mannitol, sucrose, dextrose), a cellulosic material (e.g. microcrystalline cellulose), an acrylate (e.g. polymethylacrylate), calcium carbonate, magnesium oxide, talc, or mixtures thereof.

-39-

P-8155-USP

[00140] In other embodiments, pharmaceutically acceptable carriers for liquid formulations may be aqueous or non-aqueous solutions, suspensions, emulsions or oils. Examples of non-aqueous solvents are propylene glycol, polyethylene glycol, and injectable organic esters such as ethyl oleate. Aqueous carriers include water, alcoholic/aqueous solutions, emulsions or suspensions, including saline and buffered media. Examples of oils are those of petroleum, animal, vegetable, or synthetic origin, for example, peanut oil, soybean oil, mineral oil, olive oil, sunflower oil, and fish-liver oil.

[00141] Parenteral vehicles (for subcutaneous, intravenous, intraarterial, or intramuscular injection) include sodium chloride solution, Ringer's dextrose, dextrose and sodium chloride, lactated Ringer's and fixed oils. Intravenous vehicles include fluid and nutrient replenishers, electrolyte replenishers such as those based on Ringer's dextrose, and the like. Examples are sterile liquids such as water and oils, with or without the addition of a surfactant and other pharmaceutically acceptable adjuvants. In general, water, saline, aqueous dextrose and related sugar solutions, and glycols such as propylene glycols or polyethylene glycol are preferred liquid carriers, particularly for injectable solutions. Examples of oils are those of petroleum, animal, vegetable, or synthetic origin, for example, peanut oil, soybean oil, mineral oil, olive oil, sunflower oil, and fish-liver oil.

[00142] In another embodiment, the compositions may further comprise binders (e.g. acacia, cornstarch, gelatin, carbomer, ethyl cellulose, guar gum, hydroxypropyl cellulose, hydroxypropyl methyl cellulose, povidone), disintegrating agents (e.g. cornstarch, potato starch, alginic acid, silicon dioxide, croscarmelose sodium, crospovidone, guar gum, sodium starch glycolate), buffers (e.g., Tris-HCl., acetate, phosphate) of various pH and ionic strength, additives such as albumin or gelatin to prevent absorption to surfaces, detergents (e.g., Tween 20, Tween 80, Pluronic F68, bile acid salts), protease inhibitors, surfactants (e.g. sodium lauryl sulfate), permeation enhancers, solubilizing agents (e.g., glycerol, polyethylene glycerol), anti-oxidants (e.g., ascorbic acid, sodium metabisulfite, butylated hydroxyanisole), stabilizers (e.g. hydroxypropyl cellulose, hyroxypropylmethyl cellulose), viscosity increasing agents(e.g. carbomer, colloidal silicon dioxide, ethyl cellulose, guar gum), sweeteners (e.g. aspartame, citric acid), preservatives (e.g., Thimerosal, benzyl alcohol, parabens), lubricants (e.g. stearic

-40-

P-8155-USP

acid, magnesium stearate, polyethylene glycol, sodium lauryl sulfate), flow-aids (e.g. colloidal silicon dioxide), plasticizers (e.g. diethyl phthalate, triethyl citrate), emulsifiers (e.g. carbomer, hydroxypropyl cellulose, sodium lauryl sulfate), polymer coatings (e.g., poloxamers or poloxamines), coating and film forming agents (e.g. ethyl cellulose, acrylates, polymethacrylates) and/or adjuvants. Each of the above
5    excipients represents a separate embodiment of the present invention.

[00143] In another embodiment, the pharmaceutical compositions provided herein are controlled-release compositions, i.e. compositions in which the compound is released over a period of time after administration. Controlled- or sustained-release compositions include formulation in lipophilic depots (e.g. fatty acids, waxes, oils). In another embodiment, the composition is an immediate-release
10   composition, i.e. a composition in which all of the compound is released immediately after administration.

[00144] In another embodiment, the pharmaceutical composition can be delivered in a controlled release system. For example, the agent may be administered using intravenous infusion, an implantable osmotic pump, a transdermal patch, liposomes, or other modes of administration. In one embodiment, a pump
15   may be used (see Langer, supra; Sefton, CRC Crit. Ref. Biomed. Eng. 14:201 (1987); Buchwald et al., Surgery 88:507 (1980); Saudek et al., N. Engl. J. Med. 321:574 (1989). In another embodiment, polymeric materials are used; e.g. in microspheres in or an implant. In yet another embodiment, a controlled release system is placed in proximity to the therapeutic target, i.e., the brain, thus requiring only a fraction of the systemic dose (see, e.g., Goodson, in Medical Applications of Controlled Release,
20   supra, vol. 2, pp. 115-138 (1984). Other controlled-release systems are discussed in the review by Langer (Science 249:1527-1533 (1990).

[00145] The compositions also include, in another embodiment, incorporation of the active material into or onto particulate preparations of polymeric compounds such as polylactic acid, polglycolic acid, hydrogels, etc, or onto liposomes, microemulsions, micelles, unilamellar or multilamellar vesicles,
25   erythrocyte ghosts, or spheroplasts.) Such compositions will influence the physical state, solubility, stability, rate of *in vivo* release, and rate of *in vivo* clearance.

-41-

P-8155-USP

[00146] Also comprehended by the invention are particulate compositions coated with polymers (e.g. poloxamers or poloxamines) and the compound coupled to antibodies directed against tissue-specific receptors, ligands or antigens or coupled to ligands of tissue-specific receptors.

[00147] Also comprehended by the invention are compounds modified by the covalent attachment of water-soluble polymers such as polyethylene glycol, copolymers of polyethylene glycol and polypropylene glycol, carboxymethyl cellulose, dextran, polyvinyl alcohol, polyvinylpyrrolidone or polyproline. The modified compounds are known to exhibit substantially longer half-lives in blood following intravenous injection than do the corresponding unmodified compounds (Abuchowski et al., 1981; Newmark et al., 1982; and Katre et al., 1987). Such modifications may also increase the compound's solubility in aqueous solution, eliminate aggregation, enhance the physical and chemical stability of the compound, and greatly reduce the immunogenicity and reactivity of the compound. As a result, the desired *in vivo* biological activity may be achieved by the administration of such polymer-compound abducts less frequently or in lower doses than with the unmodified compound.

[00148] An active component is, in another embodiment, formulated into the composition as neutralized pharmaceutically acceptable salt forms. Pharmaceutically acceptable salts include the acid addition salts (formed with the free amino groups of the polypeptide or antibody molecule), which are formed with inorganic acids such as, for example, hydrochloric or phosphoric acids, or such organic acids as acetic, oxalic, tartaric, mandelic, and the like. Salts formed from the free carboxyl groups can also be derived from inorganic bases such as, for example, sodium, potassium, ammonium, calcium, or ferric hydroxides, and such organic bases as isopropylamine, trimethylamine, 2-ethylamino ethanol, histidine, procaine, and the like.

[00149] Each of the above additives, excipients, formulations and methods of administration represents a separate embodiment of the present invention.

[00150] In one embodiment, the term "treating" refers to curing a disease. In another embodiment, "treating" refers to preventing a disease. In another embodiment, "treating" refers to reducing the

-42-

P-8155-USP

incidence of a disease. In another embodiment, "treating" refers to ameliorating symptoms of a disease. In another embodiment, "treating" refers to inducing remission. In another embodiment, "treating" refers to slowing the progression of a disease. The terms "reducing", "suppressing" and "inhibiting" refer in one embodiment, to lessening or decreasing. The term "progression" refers to increasing in scope or severity, 5    advancing, growing or becoming worse. The term "recurrence" refers, in one embodiment, to the return of a disease after a remission.

[00151] In one embodiment, the term "administering" refers to bringing a subject in contact with a composition of the present invention. In another embodiment, administration is accomplished *in vitro*, i.e. in a test tube. In another embodiment, administration is accomplished *in vivo*, i.e. in cells or tissues of a 10    living organism. Each possibility represents a separate embodiment of the present invention.

## EXPERIMENTAL DETAILS SECTION

## EXAMPLE 1

## NATURALLY OCCURRING RNA MOLECULES EXHIBIT DIFFERENTIAL ABILITIES 15                    TO ACTIVATE DENDRITIC CELLS

## MATERIALS AND EXPERIMENTAL METHODS

### *Plasmids and Reagents*

[00152] Plasmids pT7T3D-MART-1 and pUNO-hTLR3 were obtained from the ATCC (Manassas, VA) and InvivoGen (San Diego, CA), respectively. pTEVluc was obtained from Dr Daniel Gallie (UC 20    Riverside), contains pT7-TEV (the leader sequence of the tobacco etch viral genomic RNA)-luciferase-A50, and is described in Gallie, DR et al, 1995. The tobacco etch viral 5' leader and poly(A) tail are functionally synergistic regulators of translation. Gene 165:233)  pSVren was generated from p2luc (Grentzmann G, Ingram JA, et al, A dual-luciferase reporter system for studying recoding signals. RNA 1998;4(4): 479-86) by removal of the firefly luciferase coding sequence with BamHI and NotI

-43-

P-8155-USP

digestions, end-filling, and religation.

[00153] Human TLR3-specific siRNA, pTLR3-sh was constructed by inserting synthetic ODN encoding shRNA with 20-nt-long homology to human TLR3 (nt 703-722, accession: NM_003265) into plasmid pSilencer 4.1-CMV-neo (Ambion, Austin, TX). pCMV-hTLR3 was obtained by first cloning hTLR3-

5    specific PCR product (nt 80-2887; Accession NM_003265) into pCRII-TOPO (Invitrogen, Carlsbad, CA), then released with Nhe I-Hind III cutting and subcloning to the corresponding sites of pcDNA3.1 (Invitrogen). LPS (E. coli 055:B5) was obtained from Sigma Chemical Co, St. Louis, MO. CpG ODN-2006 and R-848 were obtained from InvivoGen.

*Cells and cell culture*

10   [00154] Human embryonic kidney 293 cells (ATCC) were propagated in DMEM supplemented with glutamine (Invitrogen) and 10% FCS (Hyclone, Ogden, UT) (complete medium). In all cases herein, "293 cells" refers to human embryonic kidney (HEK) 293 cells. 293-hTLR3 cell line was generated by transforming 293 cells with pUNO-hTLR3. Cell lines 293-hTLR7, 293-hTLR8 and 293-hTLR9 (InvivoGen) were grown in complete medium supplemented with blasticidin (10 µg/ml) (Invivogen).

15   Cell lines 293-ELAM-luc and TLR7-293 (M. Lamphier, Eisai Research Institute, Andover MA), and TLR3-293 cells were cultured as described (Kariko et al, 2004, mRNA is an endogenous ligand for Toll-like receptor 3. J Biol Chem 279: 12542-12550). Cell lines 293, 293-hTLR7 and 293-hTLR8 were stably transfected with pTLR3-sh and selected with G-418 (400 µg/ml) (Invitrogen). Neo-resistant colonies were screened and only those that did not express TLR3, determined as lack of IL-8 secretion in response

20   to poly(I):(C), were used in further studies. Leukopheresis samples were obtained from HIV-uninfected volunteers through an IRB-approved protocol.

*Murine DC generation*

[00155] Murine DC were generated by collecting bone marrow cells from the tibia and femurs of 6-8-week-old C57BL/6 mice and lysing the red blood cells. Cells were seeded in 6-well plates at $10^6$

25   cells/well in 2 ml DMEM + 10% FCS and 20 ng/ml muGM-CSF (R & D Systems). On day 3, 2 ml of fresh medium with muGM-CSF was added. On day 6, 2 ml medium/well was collected, and cells were

-44-

P-8155-USP

pelleted and resuspended in fresh medium with muGM-CSF. On day 7 of the culture, the muDC were harvested, washed.

*Natural RNA*

[00156] Mitochondria were isolated from platelets obtained from the University of Pennsylvania Blood Bank using a fractionation lyses procedure (Mitochondria isolation kit; Pierce, Rockford, IL). RNA was isolated from the purified mitochondria, cytoplasmic and nuclear fractions of 293 cells, un-fractioned 293 cells, rat liver, mouse cell line TUBO, and DH5alpha strain of *E. coli* by Master Blaster® (BioRad, Hercules, CA). Bovine tRNA, wheat tRNA, yeast tRNA, E. coli tRNA, poly(A)+ mRNA from mouse heart and poly(I):(C) were purchased from Sigma, total RNA from human spleen and *E. coli* RNA were purchased from Ambion. Oligoribonucleotide-5'-monophosphates were synthesized chemically (Dharmacon, Lafayette, CO).

[00157] Aliquots of RNA samples were incubated in the presence of Benzonase nuclease (1 U per 5 µl of RNA at 1 microgram per microliter (µg/µl) for 1 h) (Novagen, Madison, WI). Aliquots of RNA-730 were digested with alkaline phosphatase (New England Biolabs). RNA samples were analyzed by denaturing agarose or polyacrylamide gel electrophoresis for quality assurance. Assays for LPS in RNA preparations using the Limulus Amebocyte Lysate gel clot assay were negative with a sensitivity of 3 picograms per milliliter (pg/ml) (University of Pennsylvania, Core Facility).

*HPLC analysis*

[00158] Nucleoside monophosphates were separated and visualized via HPLC. To release free nucleoside 3'-monophosphates, 5 µg aliquots of RNA were digested with 0.1 U RNase T2 (Invitrogen) in 10 µl of 50 mM NaOAc and 2 mM EDTA buffer (pH 4.5) overnight, then the samples were injected into an Agilent 1100 HPLC using a Waters Symmetry C18 column (Waters, Milford, MA). At a flow rate of 1 mL/min, a gradient from 100% buffer A (30 mM $KH_2PO_4$ and 10 mM tetraethylammonium phosphate [PicA reagent, Waters], pH 6.0) to 30% buffer B (acetonitrile) was run over 60 minutes. Nucleotides were detected using a photodiode array at 254 nm. Identities were verified by retention times and spectra.

-45-

P-8155-USP

*Dendritic cell assays*

[00159] Dendritic cells in 96-well plates (approximately $1.1 \times 10^5$ cells/well) were treated with R-848, Lipofectin®, or Lipofectin®-RNA for 1 h, then the medium was changed. At the end of 8 h (unless otherwise indicated), cells were harvested for either RNA isolation or flow cytometry, while the

5   collected culture medium was subjected to cytokine ELISA. The levels of IL-12 (p70) (BD Biosciences Pharmingen, San Diego, CA), IFN-α, TNF-α, and IL-8 (Biosource International, Camarillo, CA) were measured in supernatants by sandwich ELISA. Cultures were performed in triplicate or quadruplicate and measured in duplicate.

*Northern blot analysis*

10  [00160] RNA was isolated from MDDCs after an 8 h incubation following treatment as described above. Where noted, cells were treated with 2.5 µg/ml cycloheximide (Sigma) 30 min prior to the stimulation and throughout the entire length of incubation. RNA samples were processed and analyzed on Northern blots as described (Kariko et al, 2004, ibid) using human TNF-α and GAPDH probes derived from plasmids (pE4 and pHcGAP, respectively) obtained from ATCC.

15                                    **RESULTS**

[00161] To determine the immuno-stimulatory potential of different cellular RNA subtypes, RNA was isolated from different subcellular compartments- i.e. cytoplasm, nucleus and mitochondria. These RNA fractions, as well as total RNA, tRNA and polyA-tail-selected mRNA, all from mammalian sources, were complexed to Lipofectin® and added to MDDC.   While mammalian total, nuclear and cytoplasmic

20  RNA all stimulated MDDC, as evidenced by detectable TNF-α secretion, the TNF-α levels were much lower than those induced by *in vitro*-synthesized mRNA (Figure 1). Moreover, mammalian tRNA did not induce any detectable level of TNF-α, while mitochondrial (mt) RNA induced much more TNF-α than the other mammalian RNA subtypes. Bacterial total RNA was also a potent activator of MDDC; by contrast, bacterial tRNA induced only low level of TNF-α. tRNA from other sources (yeast, wheat germ,

25  bovine) were non-stimulatory. Similar results were observed when RNA from other mammalian sources was tested. When RNA samples were digested with Benzonase, which cleaves ssRNA and dsRNA, RNA

-46-

P-8155-USP

signaling was abolished in MDDC, verifying that TNF-α secretion was due to the RNA in the preparations. The activation potentials of the RNA types tested exhibited an inverse correlation with the extent of nucleoside modification. Similar results were obtained in the experiments described in this Example for both types of cytokine-generated DC.

5   [00162] These findings demonstrate that the immunogenicity of RNA is affected by the extent of nucleoside modification, with a greater degree of modification tending to decrease immunogenicity.

P-8155-USP

## EXAMPLE 2

## *IN VITRO* SYNTHESIS OF RNA MOLECULES WITH MODIFIED NUCLEOSIDES

## MATERIALS AND EXPERIMENTAL METHODS

### *In vitro-transcribed RNA*

5   [00163] Using *in vitro* transcription assays (MessageMachine and MegaScript kits; Ambion,) the
following long RNAs were generated by T7 RNA polymerase (RNAP) as described (Kariko et al, 1998,
Phosphate-enhanced transfection of cationic lipid-complexed mRNA and plasmid DNA. Biochim
Biophys Acta 1369, 320-334) (Note: the names of templates are indicated in parenthesis; the number in
the name of the RNA specifies the length): RNA-1866 (Nde I-linearized pTEVluc) encodes firefly

10   luciferase and a 50 nt-long polyA-tail. RNA-1571 (Ssp I-linearized pSVren) encodes Renilla luciferase.
RNA-730 (Hind III-linearized pT7T3D-MART-1) encodes the human melanoma antigen MART-1.
RNA-713 (EcoR I-linearized pT7T3D-MART-1) corresponds to antisense sequence of MART-1, RNA-
497 (Bgl II-linearized pCMV-hTLR3) encodes a partial 5' fragment of hTLR3. Sequences of the RNA
molecules are as follows:

15   [00164] RNA-1866:

GGAAUUCUCAACACAACAUAUACAAAACAAACGAAUCUCAAGCAAUCAAGCAUUCUACU
UCUAUUGCAGCAAUUUAAAUCAUUUCUUUUAAAGCAAAAGCAAUUUUCUGAAAAUUUUC
ACCAUUUACGAACGAUAGCCAUGGAAGACGCCAAAAACAUAAAGAAAGGCCCGGCGCCA
UUCUAUCCUCUAGAGGAUGGAACCGCUGGAGAGCAACUGCAUAAGGCUAUGAAGAGAUA

20   CGCCCUGGUUCCUGGAACAAUUGCUUUUACAGAUGCACAUAUCGAGGUGAACAUCACGU
ACGCGGAAUACUUCGAAAUGUCCGUUCGGUUGGCAGAAGCUAUGAAACGAUAUGGGCUG
AAUACAAAUCACAGAAUCGUCGUAUGCAGUGAAAACUCUCUUCAAUUCUUUAUGCCGGU
GUUGGGCGCGUUAUUUAUCGGAGUUGCAGUUGCGCCCGCGAACGACAUUUAUAAUGAAC
GUGAAUUGCUCAACAGUAUGAACAUUUCGCAGCCUACCGUAGUGUUUGUUUCCAAAAAG

25   GGGUUGCAAAAAAUUUUGAACGUGCAAAAAAAAAUUACCAAUAAUCCAGAAAAAUUAUUA

-48-

P-8155-USP

UCAUGGAUUCUAAAACGGAUUACCAGGGAUUUCAGUCGAUGUACACGUUCGUCACAUCU
CAUCUACCUCCCGGUUUUAAUGAAUACGAUUUUGUACCAGAGUCCUUUGAUCGUGACAA
AACAAUUGCACUGAUAAUGAAUUCCUCUGGAUCUACUGGGUUACCUAAGGGUGUGGCCC
UUCCGCAUAGAACUGCCUGCGUCAGAUUCUCGCAUGCCAGAGAUCCUAUUUUUGGCAAU
5    CAAAUCAUUCCGGAUACUGCGAUUUUAAGUGUUGUUCCAUUCCAUCACGGUUUUGGAAU
GUUUACUACACUCGGAUAUUUGAUAUGUGGAUUUCGAGUCGUCUUAAUGUAUAGAUUU
GAAGAAGAGCUGUUUUUACGAUCCCUUCAGGAUUACAAAAUUCAAAGUGCGUUGCUAGU
ACCAACCCUAUUUUCAUUCUUCGCCAAAAGCACUCUGAUUGACAAAUACGAUUUAUCUA
AUUUACACGAAAUUGCUUCUGGGGGCGCACCUCUUUCGAAAGAAGUCGGGGAAGCGGUU
10   GCAAAACGCUUCCAUCUUCCAGGGAUACGACAAGGAUAUGGGCUCACUGAGACUACAUC
AGCUAUUCUGAUUACACCCGAGGGGGAUGAUAAAACCGGGCGCGGUCGGUAAAGUUGUUC
CAUUUUUUGAAGCGAAGGUUGUGGAUCUGGAUACCGGGAAAACGCUGGGCGUUAAUCAG
AGAGGCGAAUUAUGUGUCAGAGGACCUAUGAUUAUGUCCGGUUAUGUAAACAAUCCGGA
AGCGACCAACGCCUUGAUUGACAAGGAUGGAUGGCUACAUUCUGGAGACAUAGCUUACU
15   GGGACGAAGACGAACACUUCUUCAUAGUUGACCGCUUGAAGUCUUUAAUUUAAAAUACAAA
GGAUAUCAGGUGGCCCCCGCUGAUUGGAAUCGAUAUUGUUACAACACCCCAACAUCUU
CGACGCGGGCGUGGCAGGUCUUCCCGACGAUGACGCCGGUGAACUUCCCGCCGCCGUUG
UUGUUUUGGAGCACGGAAAGACGAUGACGGAAAAAGAGAUCGUGGAUUACGUGGCCAGU
CAAGUAACAACCGCGAAAAAGUUGCGCGGAGGAGUUGUGUUUGUGGACGAAGUACCGAA
20   AGGUCUUACCGGAAAACUCGACGCAAGAAAAAUCAGAGAGAUCCUCAUAAAGGCCAAGA
AGGGCGGAAAGUCCAAAUUGUAAAAUGUAACUCUAGAGGAUCCCCAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAACA (SEQ ID No: 1).

[0165] RNA-1571:

GGCUAGCCACCAUGACUUCGAAAGUUUAUGAUCCAGAACAAAGGAAACGGAUGAUAACU
25   GGUCCGCAGUGGUGGGGCCAGAUGUAAACAAAUGAAUGUUCUUGAUUCAUUUAUUAAUUA
UUAUGAUUCAGAAAAACAUGCAGAAAAUGCUGUUAUUUUUUUACAUGGUAACGCGGCCU
CUUCUUAUUUAUGGCGACAUGUUGUGCCACAUAUUGAGCCAGUAGCGCGGUGUAUUAUA

-49-

P-8155-USP

CCAGACCUUAUUGGUAUGGGCAAAUCAGGCAAAUCUGGUAAUGGUUCUUAUAGGUUACU
UGAUCAUUACAAAUAUCUUACUGCAUGGUUUGAACUUCUUAAUUUACCAAAGAAGAUCA
UUUUUGUCGGCCAUGAUUGGGGUGCUUGUUUGGCAUUUCAUUAUAGCUAUGAGCAUCAA
GAUAAGAUCAAAGCAAUAGUUCACGCUGAAAGUGUAGUAGAUGUGAUUGAAUCAUGGG
5   AUGAAUGGCCUGAUAUUGAAGAAGAUAUUGCGUUGAUCAAAUCUGAAGAAGGAGAAAA
AAUGGUUUUGGAGAAUAACUUCUUCGUGGAAACCAUGUUGCCAUCAAAAAUCAUGAGAA
AGUUAGAACCAGAAGAAUUUGCAGCAUAUCUUGAACCAUUCAAAGAGAAAGGUGAAGUU
CGUCGUCCAACAUUAUCAUGGCCUCGUGAAAUCCCGUUAGUAAAAGGUGGUUAAACCUGA
CGUUGUACAAAUUGUUAGGAAUUAUAAUGCUUAUCUACGUGCAAGUGAUGAUUUACCAA
10  AAAUGUUUAUUGAAUCGGACCCAGGAUUCUUUUCCAAUGCUAUUGUUGAAGGUGCCAAG
AAGUUUCCUAAUACUGAAUUUGUCAAAGUAAAAGGUCUUCAUUUUUCGCAAGAAGAUGC
ACCUGAUGAAAUGGGAAAAUAUAUCAAAUCGUUCGUUGAGCGAGUUCUCAAAAAUGAAC
AAAUGUCGACGGGGGCCCCUAGGAAUUUUUUAGGGAAGAUCUGGCCUUCCUACAAGGGA
AGGCCAGGGAAUUUUCUUCAGAGCAGACCAGAGCCAACAGCCCCACCAGAAGAGAGCUU
15  CAGGUCUGGGGUAGAGACAACAACUCCCCCUCAGAAGCAGGAGGCCGAUAGACAAGGAAC
UGUAUCCUUUAACUUCCCUCAGAUCACUCUUUGGCAACGACCCCUCGUCACAAUAAAGA
UAGGGGGGCAACUAAAGGGAUCGGCCGCUUCGAGCAGACAUGAUAAGAUACAUUGAUGA
GUUUGGACAAACCACAACUAGAAUGCAGUGAAAAAAAUGCUUUAUUUGUGAAAUUUGU
GAUGCUAUUGCUUUAUUUGUAACCAUUAUAAGCUGCAAUAAACAAGUUAACAACAACAA
20  UUGCAUUCAUUUUAUGUUUCAGGUUCAGGGGGAGGUGUGGGAGGUUUUUUAAAGCAAG
UAAAACCUCUACAAAUGUGGUAAAAUCGAUAAGUUUAAACAGAUCCAGGUGGCACUUUU
CGGGGAAAUGUGCGCGGAACCCCUAUUUUGUUUAUUUUUCUAAAUACAUUCAAAUAUGUA
UCCGCUCAUGAGACAAUAACCCUGAUAAAUGCUUCAAUAAU (SEQ ID No: 2).

[00166] RNA-730:

25  GGGAAUUUGGCCCUCGAGGCCAAGAAUUCGGCACGAGGCACGCGGCCAGCCAGCAGACA
GAGGACUCUCAUUAAGGAAGGUGUCCUGUGCCCUGACCCUACAAGAUGCCAAGAGAAGA
UGCUCACUUCAUCUAUGGUUUACCCCAAGAAGGGGCACGGCCACUCUUACACCACGGCUG

-50-

P-8155-USP

AAGAGGCCGCUGGGAUCGGCAUCCUGACAGUGAUCCUGGGAGUCUUACUGCUCAUCGGC
UGUUGGUAUUGUAGAAGACGAAAUGGAUACAGAGCCUUGAUGGAUAAAAGUCUUCAUG
UUGGCACUCAAUGUGCCUUAACAAGAAGAUGCCCACAAGAAGGGUUUGAUCAUCGGGAC
AGCAAAGUGUCUCUUCAAGAGAAAAACUGUGAACCUGUGGGUUCCCAAUGCUCCACCUGC
5  UUAUGAGAAACUCUCUGCAGAACAGUCACCACCACCUUAAUUCACCUUAAGAGCCAGCGA
GACACCUGAGACAUGCUGAAAUUAUUUCUCUCACACUUUUGCUUGAAUUUAAUACAGAC
AUCUAAUGUUCUCCCUUUGGAAUGGUGUAGGAAAAAAUGCAAGCCAUCUCUAAUAAUAAGU
CAGUGUUAAAAUUUUAGUAGGUCCGCUAGCAGUACUAAUCAUGUGAGGAAAUGAUGAG
AAAUAUUAAAUUGGGAAAACUCCAUCAAUAAAUGUUGCAAUGCAUGAUAAAAAAAAAA
10  AAAAAAAAAACUGCGGCCGCA (SEQ ID No: 3).

[00167] RNA-713

GGGAAUAAGCUUGCGGCCGCAGUUUUUUUUUUUUUUUUUUUUUUAUCAUGCAUUGCAACAU
UUAUUGAUGGAGUUUUCCCAAUUUAAUAUUUCUCAUCAUUUCCUCACAUGAUUAGUACU
GCUAGCGGACCUACUAAAAUUUUAACACUGACUUAUUAUUAGAGAUGGCUUGCAUUUUU
15  CCUACACCAUUCCAAAGGAGAACAUUAGAUGUCUGUAUAAAAUUCAAGCAAAAGUGUGAG
AGAAAUAAUUUCAGCAUGUCUCAGGUGUCUCGCUGGCUCUUAAGGUGAAUAAGGUGGUG
GUGACUGUUCUGCAGAGAGUUUCUCAUAAGCAGGUGGAGCAUUGGGAACCACAGGUUCA
CAGUUUUUCUCUUGAAGAGACACUUUGCUGUCCCGAUGAUCAAACCCUUCUUGUGGGCA
UCUUCUUGGUUAAGGCACAUUGAGUGCCAACAUGAAGACUUUUUAUCCAUCAAGGCUCUGU
20  AUCCAUUUCGUCUUCUACAAUACCAACAGCCGAUGAGCAGUAAGACUCCCAGGAUCACU
GUCAGGAUGCCGAUCCCAGCGGCCUCUUCAGCCGUGGGUGUAAGAGUGGCCGUGCCCCUU
CUUGGGGUAACCAUAGAUGAAGUGAGCAUCUUCUCUUGGCAUCUUGUAGGGUCAGGGCA
CAGGACACCUUCCUUAAUGAGAGUCCUCUGUCUGCUGGCUGGCCGCGUGCCUCGUGCCG
AAUU (SEQ ID No: 4).

25  [00168] RNA-497:

GGGAGACCCAAGCUGGCUAGCAGUCAUCCAACAGAAUCAUGAGACAGACUUUGCCUUGU

-51-

P-8155-USP

AUCUACUUUUGGGGGGGCCUUUUGCCCUUUGGGAUGCUGUGUGCAUCCUCCACCACCAA
GUGCACUGUUAGCCAUGAAGUUGCUGACUGCAGCCACCUGAAGUUGACUCAGGUACCCG
AUGAUCUACCCACAAACAUAACAGUGUUGAACCUUACCCAUAAUCAACUCAGAAGAUUA
CCAGCCGCCAACUUCACAAGGUAUAGCCAGCUAACUAGCUUGGAUGUAGGAUUUAACAC

5   CAUCUCAAAACUGGAGCCAGAAUUGUGCCAGAAACUUCCCAUGUUAAAAGUUUUGAACC
UCCAGCACAAUGAGCUAUCUCAACUUUCUGAUAAAACCUUUGCCUUCUGCACGAAUUUG
ACUGAACUCCAUCUCAUGUCCAACUCAAUCCAGAAAAUUAAAAAUAAUCCCUUUGUCAA
GCAGAAGAAUUUAAUCACAUUA (SEQ ID No: 5).

[00169] To obtain RNA bearing nucleoside modification, the transcription reaction was assembled with

10   the replacement of one (or two) of the basic NTPs with the corresponding triphosphate-derivative(s) of
the modified nucleotide 5-methylcytidine, 5-methyluridine, 2-thiouridine, N$^6$-methyladenosine or
pseudouridine (TriLink, San Diego, CA). In each transcription reaction, all four nucleotides or their
derivatives were present at 7.5 millimolar (mM) concentration. In selected experiments, as indicated
herein, 6 mM m7GpppG cap analog (New England BioLabs, Beverly, MA) was also included to obtain

15   capped RNA. ORN5 and ORN6 were generated using DNA oligodeoxynucleotide templates and T7
RNAP (Silencer siRNA construction kit, Ambion).

## RESULTS

[00170] To further explore the effect of nucleoside modifications on immunogenicity, an *in vitro* system
was developed for producing RNA molecules with modified nucleosides. *In vitro* transcription reactions

20   were performed in which one or two of the four nucleotide triphosphates (NTP) were substituted with a
corresponding nucleoside-modified NTP. Several sets of RNA with different primary sequences ranging
in length between 0.7-1.9 kb, and containing either none, one or two types of modified nucleosides were
transcribed. Modified RNAs were indistinguishable from their non-modified counterparts in their
mobility in denaturing gel electrophoresis, showing that they were intact and otherwise unmodified

25   (Figure 2A). This procedure worked efficiently with any of T7, SP6, and T3 phage polymerases, and
therefore is expected to work with any of a wide variety of RNA polymerases.

-52-

P-8155-USP

[00171] These findings provide a novel *in vitro* system for production of RNA molecules with modified nucleosides.

P-8155-USP

## EXAMPLE 3

### IN VITRO-TRANSCRIBED RNA STIMULATES HUMAN TLR3, AND NUCLEOSIDE MODIFICATIONS REDUCE THE IMMUNOGENICITY OF RNA

#### MATERIALS AND EXPERIMENTAL METHODS

5   [00172] Parental 293, 293-hTLR7 and 293-hTLR8 cells, all expressing TLR3-specific siRNA, and 293-hTLR9, TLR3-293 were seeded into 96-well plates ($5 \times 10^4$ cells/well) and cultured without antibiotics. On the subsequent day, the cells were exposed to R-848 or RNA complexed to Lipofectin® (Invitrogen) as described (Kariko et al, 1998, ibid). RNA was removed after one hour (h), and cells were further incubated in complete medium for 7 h. Supernatants were collected for IL-8 measurement.

10   #### RESULTS

[00173] To determine whether modification of nucleosides influences the RNA-mediated activation of TLRs, human embryonic kidney 293 cells were stably transformed to express human TLR3. The cell lines were treated with Lipofectin®-complexed RNA, and TLR activation was monitored as indicated by interleukin (IL)-8 release. Several different RNA molecules were tested. Unmodified, *in vitro*-transcribed

15   RNA elicited a high level of IL-8 secretion. RNA containing m6A or s2U nucleoside modifications, but contrast, did not induce detectable IL-8 secretion (Figure 2B).  The other nucleoside modifications tested (i.e. m5C, m5U, Ψ, and m5C/Ψ) had a smaller suppressive effect on TLR3 stimulation (Figure 2B). "Ψ" refers to pseudouridine.

[00174] Thus, nucleoside modifications such as $m^6A$ $s^2U$, $m^5C$, $m^5U$, Ψ, reduce the immunogenicity of

20   RNA as mediated by TLR3 signaling.

## EXAMPLE 4

### IN VITRO-TRANSCRIBED RNA STIMULATES HUMAN TLR7 AND TLR8, AND NUCLEOSIDE MODIFICATIONS REDUCE THE IMMUNOGENICITY OF RNA

-54-

P-8155-USP

[00175] To eliminate the possibility that 293 express endogenous TLR3 that could interfere with assessing effects of RNA on specific TLR receptors, expression of endogenous TLR3 was eliminated from the 293-TLR8 cell line by stably transfecting the cells with a plasmid expressing TLR3-specific short hairpin (sh)RNA (also known as siRNA technology). This cell line was used for further study,

5      since it did not respond to poly(I):(C), LPS, and CpG-containing oligodeoxynucleotides (ODNs), indicating the absence of TLR3, TLR4 and TLR9, but did respond to R-848, the cognate ligand of human TLR8 (Figure 2B). When the 293-hTLR8 cells expressing TLR3-targeted shRNA (293-hTLR8 shRNA-TLR3 cells) were transfected with *in vitro*-transcribed RNA, they secreted large amounts of IL-8. By contrast, RNA containing most of the nucleoside modifications ($m^5C$, $m^5U$, $\Psi$, and $m^5C/\Psi$, $s^2U$)

10     eliminated stimulated of the cells (no more IL-8 production than the negative control, i.e. empty vector). m6A modification of the RNA had a variable effect, in some cases eliminating stimulation and in other cases eliciting a reduced amount of IL-8 release (Figure 2B).

[00176] The results of this Example and the previous Example show that RNA with natural phosphodiester inter-nucleotide linkages (e.g. *in vitro*-transcribed RNA) stimulates human TLR3, TLR7

15     and TLR8. These results further show that nucleoside modifications such as m6A, m5C, m5U, s2U and $\Psi$, alone and in combination, reduce the immunogenicity of RNA as mediated by TLR3, TLR7 and TLR8 signaling. In addition, these results provide a novel system for studying signaling by specific TLR receptors.

-55-

P-8155-USP

## EXAMPLE 5

## NUCLEOSIDE MODIFICATIONS REDUCE THE IMMUNOGENICITY OF RNA AS MEDIATED BY TLR7 AND TLR8 SIGNALING

[00177] The next set of experiments tested the ability of RNA isolated from natural sources to stimulate
5.    TLR3, TLR7 and TLR8. RNA from different mammalian species were transfected into the TLR3, TLR7 and TLR8-expressing 293 cell lines described in the previous Example. None of the mammalian RNA samples induced IL-8 secretion above the level of the negative control. By contrast, bacterial total RNA obtained from two different *E. coli* sources induced robust IL-8 secretion in cells transfected with TLR3, TLR7 and TLR8, but not TLR9 (Figure 2C). Neither LPS nor unmethylated DNA (CpG ODN) (the
10   potential contaminants in bacterial RNA isolates) activated the tested TLR3, TLR7 or TLR8. Mitochondrial RNA isolated from human platelets stimulated human TLR8, but not TLR3 or TLR7.

[00178] These results demonstrate that unmodified *in vitro*-transcribed and bacterial RNA are activators of TLR3, TLR7 and TLR8, and mitochondrial RNA stimulates TLR8. In addition, these results confirm the finding that nucleoside modification of RNA decreases its ability to stimulate TLR3, TLR7 and
15   TLR8.

## EXAMPLE 6

## NUCLEOSIDE MODIFICATIONS REDUCE THE CAPACITY OF RNA TO INDUCE CYTOKINE SECRETION AND ACTIVATION MARKER EXPRESSION BY DC

## MATERIALS AND EXPERIMENTAL METHODS

20   *DC stimulation assays*

[00179] After 20 h of incubation with RNA, DCs were stained with CD83-phycoerythrin mAb (Research Diagnostics Inc, Flanders, NJ), HLA-DR-Cy5PE, and CD80 or CD86-fluorescein isothiocyanate mAb and analyzed on a FACScalibur flow cytometer using CellQuest software (BD Biosciences). Cell culture supernatants were harvested at the end of a 20 h incubation and subjected to cytokine ELISA. The levels

-56-

P-8155-USP

of IL-12 (p70) (BD Biosciences Pharmingen, San Diego, CA), IFN-α, and TNF-α (Biosource International, Camarillo, CA) were measured in supernatants by ELISA. Cultures were performed in triplicate or quadruplicate and measured in duplicate.

## RESULTS

[00180] The next experiments tested the ability of RNA containing modified or unmodified nucleosides to stimulate cytokine-generated MDDC. Nucleoside modifications reproducibly diminished the ability of RNA to induce TNF-α and IL-12 secretion by both GM-CSF/IL-4-generated MDDC and (GM-CSF)/IFN-α-generated MDDC, in most cases to levels no greater than the negative control (Figures 3A and B). Results were similar when other sets of RNA with the same base modifications but different primary sequences and lengths were tested, or when the RNA was further modified by adding a 5' cap structure and/or 3'-end polyA-tail or by removing the 5' triphosphate moiety. RNAs of different length and sequence induced varying amounts of TNF-α from DC, typically less than a two-fold difference (Figure 3C).

[00181] Next, the assay was performed on primary DC1 and DC2. Primary monocytoid (DC1, BDCA1[+]) and plasmacytoid (DC2, BDCA4[+]) DC were purified from peripheral blood. Both cell types produced TNF-α when exposed to R-848, but only DC1 responded to poly(I):(C), at a very low level, demonstrating absence of TLR3 activity in DC2. Transfection of *in vitro* transcripts induced TNF-α secretion in both DC1 and DC2, while m5U, Ψ or s2U-modified transcripts were not stimulatory (Figure 3D). In contrast to the cytokine-generated DC, m5C and m6A modification of RNA had little or no effect on its stimulatory capacity in the primary DC1 and DC2. Transcripts with m6A/Ψ double modification were non-stimulatory, while a mixture of RNA molecules with single type of modification (m6A+Ψ) was a potent cytokine inducer. Thus, uridine modification exerted a dominant suppressive effect on an RNA molecule *in cis* in primary DC. These results were consistent among all donors tested.

[00182] These findings show that *in vitro*-transcribed RNA stimulates cytokine production by DC. In addition, since DC2 do not express TLR3 or TLR8, and m5C and m6A modification of RNA decreased

-57-

P-8155-USP

its stimulatory capacity of TLR7, these findings show that primary DC have an additional RNA signaling entity that recognizes m5C- and m6A-modified RNA and whose signaling is inhibited by modification of U residues.

[00183] FACS analysis of MDDC treated with RNA-1571 and its modified versions showed that

5    modified nucleosides such as m5C, m6A, Ψ, s2U and m6A/Ψ decreased the ability of RNAs to induce cell surface expression of CD80, CD83, CD86 and MHC class II molecules, and secretion of TNF-α (Figure 4).

[00184] In summary, these results demonstrate that RNA's capacity to induce DCs to mature and secrete cytokines depends on the subtype of DC as well as on the characteristics of nucleoside modification

10   present in the RNA. In general, an increasing amount of modification decreases the ability of RNA to stimulate DC.

-58-

P-8155-USP

## EXAMPLE 7

## SUPPRESSION OF RNA-MEDIATED IMMUNE STIMULATION IS PROPORTIONAL TO THE NUMBER OF MODIFIED NUCLEOSIDES PRESENT IN RNA

## MATERIALS AND EXPERIMENTAL METHODS

5   *Human DC*

[00185] For cytokine-generated DC, monocytes were purified from PBMC by discontinuous Percoll gradient centrifugation. The low density fraction (monocyte enriched) was depleted of B, T, and, NK cells using magnetic beads (Dynal, Lake Success, NY) specific for CD2, CD16, CD19, and CD56, yielding highly purified monocytes as determined by flow cytometry using anti-CD14 (>95%) or anti-

10   CD11c (>98%) mAb.

[00186] To generate immature DC, purified monocytes were cultured in AIM V serum-free medium (Life Technologies), supplemented with GM-CSF (50 ng/ml) + IL-4 (100 ng/ml) (R & D Systems, Minneapolis, MN) in AIM V medium (Invitrogen) for the generation of monocyte-derived DC (MDDC) as described (Weissman, D et al, 2000. J Immunol 165: 4710-4717). DC were also generated by

15   treatment with GM-CSF (50 ng/ml) + IFN-α (1,000 U/ml) (R & D Systems) to obtain IFN-α MDDC (Santini et al., 2000. Type I interferon as a powerful adjuvant for monocyte-derived dendritic cell development and activity in vitro and in Hu-PBL-SCID mice. J Exp Med 191: 1777-178).

[00187] Primary myeloid and plasmacytoid DCs (DC1 and DC2) were obtained from peripheral blood using BDCA-1 and BDCA-4 cell isolation kits (Miltenyi Biotec Auburn, CA), respectively.

-59-

P-8155-USP

## RESULTS

[00188] Most of the nucleoside-modified RNA utilized thus far contained one type of modification amassing approximately 25% of the total nucleotides in the RNA (e.g. all the uridine bases). To define the minimal frequency of particular modified nucleosides that is sufficient to reduce immunogenicity,

5   RNA molecules with limited numbers of modified nucleosides were generated. In the first set of experiments, RNA was transcribed *in vitro* in the presence of varying ratios of m6A, Ψ or m5C to their corresponding unmodified NTPs. The amount of incorporation of modified nucleoside phosphates into RNA was expected to be proportional to the ratio contained in the transcription reaction, since RNA yields obtained with T7 RNAP showed the enzyme utilizes NTPs of m6A, Ψ or m5C almost as

10   efficiently as the basic NTPs. To confirm this expectation, RNA transcribed in the presence of UTP:Ψ in a 50:50 ratio was digested and found to contain UMP and Ψ in a nearly 50:50 ratio (Figure 5A).

[00189] RNA molecules with increasing content of modified nucleosides were transfected into MDDC, and TNF-α secretion was assessed. Each of the modifications tested (m6A, Ψ and m5C) inhibited TNF-α secretion proportionally to the number of modified bases present. Even the smallest amounts of

15   modified bases tested (0.2-0.4%, which corresponds to 3-6 modified nucleosides per 1571 nt molecule), was sufficient to measurably inhibit cytokine secretion (Figure 5B). RNA with 1.7-3.2% modified nucleoside levels (14-29 modifications per molecule) retained only half of its capacity to induce TNF-α expression. In TLR-expressing 293 cells a higher percentage (2.5%) of modified nucleoside content was required to inhibit RNA-mediated signaling events.

20   [00190] Thus, nucleotides containing modified nucleosides reduce the immunogenicity of RNA, even when present as a small fraction of the nucleosides in the RNA molecule.

[00191] In additional experiments, 21-mer oligoribonucleotides (ORN) with phosphodiester inter-nucleotide linkages were synthesized in which modified nucleosides (e.g. m5C, Ψ or 2'-O-methyl-U [Um]) were substituted in a particular position (Figure 6A). While the unmodified ORN induced TNF-α

25   secretion, this effect was abolished by the presence of a single nucleoside modification (Figure 6B).

-60-

P-8155-USP

Similar results were obtained with TLR-7 and TLR-8-transformed 293 cells expressing TLR3-targeted siRNA.

[00192] The above results were confirmed by measuring TNF-α mRNA levels in MDDC by Northern blot assay, using both the above ORN (ORN1) and 31-mer *in vitro*-synthesized transcripts (ORN5 and ORN6). To amplify the signal, cycloheximide, which blocks degradation of selected mRNAs, was added to some samples as indicated in the Figure. The unmodified ODN increased TNF-α mRNA levels, while ORNs containing a single modified nucleoside were significantly less stimulatory; ORN2-Um, the 2'-O-methylated ORN, was the most effective in decreasing TNF-α production (Figure 6C).

[00193] Similar results were observed in mouse macrophage-like RAW cells and in human DC.

[00194] In summary, any of the modifications tested (m6A, m5C, m5U, s2U, Ψ or 2'-O-methyl) suppressed RNA-mediated immune stimulation, even when present in small fractions of the bases in the molecule. Further suppression was observed when the proportion of modified nucleosides was increased.

## EXAMPLE 8

## PSEUDOURIDINE-MODIFICATION OF RNA REDUCES ITS IMMUNOGENICITY *IN VIVO*

[00195] To determine the effect of pseudouridine modification on immunogenicity of RNA *in vivo*, 0.25 µg RNA) was complexed to Lipofectin® and injected intra-tracheally into mice, mice were bled 24 h later, and circulating levels of TNF-α and IFN-α were assayed from serum samples. Capped, pseudouridine-modified mRNA induced significantly less TNF-α and IFN-α mRNA than was elicited by unmodified mRNA (Figure 7). Thus, pseudouridine-modified mRNA is significantly less immunogenic *in vivo* than unmodified RNA.

## EXAMPLE 9

## ENHANCED TRANSLATION OF PROTEINS FROM PSEUDOURIDINE AND m5C-

-61-

P-8155-USP

### CONTAINING RNA *IN VITRO*

### MATERIALS AND EXPERIMENTAL METHODS

***In vitro translation of mRNA in rabbit reticulocyte lysate***

[00196] *In vitro*-translation was performed in rabbit reticulocyte lysate (Promega, Madison WI). A 9-µl
5   aliquot of the lysate was supplemented with 1 µl (1 µg) mRNA and incubated for 60 min at 30°C. One µl
aliquot was removed for analysis using firefly and renilla assay systems (Promega, Madison WI), and a
LUMAT LB 950 luminometer (Berthold/EG&G Wallac, Gaithersburg, MD) with a 10 sec measuring
time.

### RESULTS

10   [00197] To determine the effect of pseudouridine modification on the efficiency of RNA translation *in
vitro*, nucleoside-modified (i.e. containing a nucleotide with a modified nucleoside), uncapped mRNA
(0.1 µg/µl) encoding firefly luciferase was incubated in rabbit reticulocyte lysate for 1 h at 30°C, after
which luciferase activity was determined. mRNA containing pseudouridine was translated more than
two-fold more efficiently than RNA without nucleoside modification (Figure 8), showing that
15   pseudouridine modification increases the efficiency of RNA translation *in vitro*. Similar results were
obtained with $m^5C$-modified RNA. When a polyA tail was added to pseudouridine-containing mRNA, a
further 10-fold increase in efficiency of translation was observed.

[00198] Thus, pseudouridine and $m^5C$ modification increases the efficiency of translation of RNA.
Addition of a polyA tail to pseudouridine-containing mRNA further increases efficiency of translation.

20   ### EXAMPLE 10

### ENHANCED TRANSLATION OF PROTEINS FROM PSEUDOURIDINE-CONTAINING
### RNA IN CULTURED CELLS

### MATERIALS AND EXPERIMENTAL METHODS

-62-

P-8155-USP

*Translation assays in cells*

[00199] Plates with 96 wells were seeded with $5 \times 10^4$ cells per well 1 day before transfection. Lipofectin®-mRNA complexes were assembled and added directly to the cell monolayers after removing the culture medium (0.2 μg mRNA-0.8 μg lipofectin in 50 μl per well). Cells were incubated with the transfection mixture for 1 h at 37°C, 5% $CO_2$ incubator, then the mixture was replaced with fresh, pre-warmed medium supplemented with 10% FCS, then cells were analyzed as described in the previous Example.

## RESULTS

[00200] To determine the effect of pseudouridine modification on RNA translation in cultured cells, 293 cells, seeded in a 96-well plate, were transfected with *in vitro*-transcribed, nucleoside-modified, capped mRNA encoding the reporter protein renilla. Cells were lysed 3 h after initiation of transfection, and levels of renilla were measured by enzymatic assays. mRNA containing pseudouridine modification was translated 3 times more efficiently than unmodified RNA (Figure 9A). Similar results were obtained using other established cell lines, including CHO and mouse macrophage-like RAW cells.

[00201] Next, the experiment was performed with primary, bone marrow-derived mouse DC, in this case lysing the cells 3 h and 8 h after transfection. RNA containing the pseudouridine modification was translated 15-30 times more efficiently than unmodified RNA (Figure 9B). Similar expression results were obtained using human DC.

[00202] Thus, pseudouridine modification increases the efficiency of RNA translation in many different types of both professional antigen-presenting cells and non-professional antigen-presenting cells, providing further evidence that pseudouridine modification increases the efficiency of RNA translation.

## EXAMPLE 11

## ENHANCED TRANSLATION OF PROTEINS FROM PSEUDOURIDINE-CONTAINING RNA *IN VIVO*

-63-

P-8155-USP

## MATERIALS AND EXPERIMENTAL METHODS

*Brain cortex and intra-tracheal delivery*

*Intracerebral RNA injections*

[00203] All animal procedures were in accordance with the NIH Guide for Care and Use of Laboratory
Animals and approved by the Institutional Animal Care and Use Committee. Male Wistar rats (Charles
River Laboratories, Wilmington, MA) were anesthetized by intraperitoneal injection of sodium
pentobarbital (60 mg/kg body weight). Heads were placed in a stereotaxic frame, and eight evenly spaced
1.5 mm diameter burr holes were made bilaterally [coordinates relative to bregma: anterior/posterior +3,
0, −3, −6 mm; lateral ±2.5 mm] leaving the dura intact. Intra-cerebral injections were made using a 25 μl
syringe (Hamilton, Reno, NV) with a 30 gauge, 1 inch sterile needle (Beckton Dickinson Labware,
Franklin Lakes, NJ) which was fixed to a large probe holder and stereotactic arm. To avoid air space in
the syringe, the needle hub was filled with 55 μl complex before the needle was attached, and the
remainder of the sample was drawn through the needle. Injection depth (2 mm) was determined relative
to the surface of the dura, and 4 μl complex (32 ng mRNA) was administered in a single, rapid bolus
infusion. 3 hours (h) later, rats were euthanized with halothane, and brains were removed into chilled
phosphate buffered saline.

*Injection of RNA into mouse tail vein*

[00204] Tail veins of female BALB/c mice (Charles River Laboratories) were injected (bolus) with 60 μl
Lipofectin®-complexed RNA (0.26 μg). Organs were removed and homogenized in luciferase or Renilla
lysis buffer in microcentrifuge tubes using a pestle. Homogenates were centrifuged, and supernatants
were analyzed for activity.

*Delivery of RNA to the lung*

[00205] Female BALB/c mice were anaesthetized using ketamine (100 mg/kg) and xylasine (20 mg/kg).
Small incisions were made in the skin adjacent to the trachea. When the trachea was exposed, 50 μl of
Lipofectin®-complexed RNA (0.2 μg) was instilled into the trachea towards the lung. Incisions were
closed, and animals were allowed to recover. Three hours after RNA delivery, mice were sacrificed by cervical

-64-

P-8155-USP

dislocation and lungs were removed, homogenized in luciferase or Renilla lysis buffer (250 μl), and assayed for activity. In a different set of animals, blood samples (100 μl/animal) were collected from tail veins, clotted, and centrifuged. Serum fractions were used to determine levels of TNF and IFNα by ELISA as described in the Examples above, using mouse-specific antibodies.

5                                   **RESULTS**

[00206] To determine the effect of pseudouridine modification on RNA translation *in vivo*, one hemisphere of rat brain cortexes was injected with capped, renilla-encoding pseudouridine-modified RNA, and the corresponding hemisphere with unmodified RNA, and translation of the RNA was measured. Pseudouridine-modified RNA was translated significantly more efficiently than unmodified
10    RNA (Figure 10A).

[00207] Next, expression studies were performed in mice, by intravenous (i.v.) injection into the tail vein. 0.25 μg RNA was complexed to Lipofectin® and injected into mice. 3 h following injection, animals were sacrificed, and renilla activity of organ homogenates was measured. In the spleen lysates, pseudouridine-modified RNA was translated significantly more efficiently than unmodified RNA (Figure
15    10B).

[00208] The next experiment utilized intra-tracheal injection of mice. 0.25 μg mRNA- Lipofectin® was delivered to the lungs of the mice. Capped, pseudouridine-modified RNA was translated more efficiently than capped RNA with no nucleoside modification (Figure 10C).

[00209] Thus, pseudouridine modification increases the efficiency of RNA translation in multiple animal
20    models and by multiple routes of administration, providing further evidence that pseudouridine modification increases the efficiency of RNA translation. In summary, pseudouridine modification increases the efficiency of RNA translation *in vitro*, in cultured cells and *in vivo*, showing its widespread application as a means of increasing the efficiency of RNA translation.

**EXAMPLE 12**

-65-

P-8155-USP

### PSEUDOURIDINE-CONTAINING RNA EXHIBITS DECREASED ABILITY TO ACTIVATE PRK RELATIVE TO UNMODIFIED RNA

### MATERIALS AND EXPERIMENTAL METHODS

*PKR phosphorylation assays*

5    [00210] Aliquots of active PKR agarose (Upstate) were incubated in the presence of magnesium/ATP coctail (Upstate), kinase buffer and [gamma$^{32}$P] ATP mix and RNA molecules for 30 min at 30°C. Unmodified RNA and RNA with nucleoside modification (m5C, pseudouridine, m6A, m5U) and dsRNA were tested. Human recombinant eIF2α (BioSource) was added, and samples were further incubated for 5 min, 30°C. Reactions were stopped by adding NuPage LDS sample buffer with reducing

10   reagent (Invitrogen), denatured for 10 min, 70° C, and analyzed on 10% PAGE. Gel was dried and exposed to film.

### RESULTS

[00211] To determine whether pseudouridine-containing mRNA activates dsRNA-dependent protein kinase (PKR), *in vitro* phosphorylation assays were performed using recombinant human PKR and its

15   substrate, eIF2α (eukaryotic initiation factor 2 alpha) in the presence of capped, renilla-encoding mRNA (0.5 and 0.05 ng/μl). mRNA containing pseudouridine (Ψ) did not activate PKR, as detected by lack of both self-phosphorylation of PKR and phosphorylation of eIF2α, while RNA without nucleoside modification and mRNA with m$^5$C modification activated PKR (Figure 11). Heparin (1 U/μl), an established activator of PKR was used as positive control.

20   ### EXAMPLE 13

### ENHANCED TRANSLATION OF PROTEINS FROM NUCLEOSIDE-MODIFIED RNA *IN VITRO*

[00212] To determine the effect of nucleoside modification on the efficiency of RNA translation *in vitro*,

-66-

P-8155-USP

nucleoside-modified mRNA (0.1 μg/μl) encoding a reporter protein (e.g. firefly luciferase) is incubated in rabbit reticulocyte lysate for 1 h at 30°C, after which activity of the reporter protein is determined, as described in Example 9. Nucleoside base modifications tested include, *inter alia*, m⁶A s²U, m⁵C, m⁵U, and Um.

[00213] Several of the nucleoside-modified mRNA molecules are translated more efficiently than RNA without nucleoside modification, showing that nucleoside modification increases the efficiency of RNA translation *in vitro*. When a polyA tail is added to nucleoside-modified mRNA, a further 10-fold increase in efficiency of translation is observed.

[00214] Thus, nucleoside modification increases the efficiency of translation of RNA. Addition of a polyA tail to nucleoside-modified mRNA further increases efficiency of translation.

## EXAMPLE 14

## ENHANCED TRANSLATION OF PROTEINS FROM NUCLEOSIDE-MODIFIED RNA IN CULTURED CELLS

[00215] To determine the effect of nucleoside modification on RNA translation in cultured cells, nucleoside-modified mRNA molecules from the previous Example are used to transfect cells (e.g. 293 cells). Cells are lysed, and levels of the reporter protein are measured by enzymatic assays, as described in Example 10. Nucleoside-modified mRNA is found to be translated more efficiently than RNA without nucleoside modification, providing further evidence that nucleoside modification increases the efficiency of RNA translation. Similar results are obtained using other established cell lines, including CHO and mouse macrophage-like RAW cells, and with mouse and human DC.

[00216] Thus, nucleoside modification increases the efficiency of RNA translation in many different types of both professional antigen-presenting cells and non-professional antigen-presenting cells.

## EXAMPLE 15

-67-

P-8155-USP

## ENHANCED TRANSLATION OF PROTEINS FROM NUCLEOSIDE-MODIFIED RNA *IN VIVO*

[00217] To determine the effect of nucleoside modification on RNA translation *in vivo*, nucleoside-modified mRNA molecules from the previous Example are used to transfect tissues of live animals (e.g rat brain cortex), and expression of the reporter gene is as assessed as described in Example 11. Nucleoside-modified mRNA is found to be translated more efficiently than RNA without nucleoside modification, providing further evidence that nucleoside modification increases the efficiency of RNA translation. Similar results are obtained using other animal models and other routes of administration.

[00218] Thus, nucleoside modification increases the efficiency of RNA translation in multiple animal models and by multiple routes of administration.

## EXAMPLE 16

## PREVENTION OF RESTENOSIS BY DELIVERY OF RECOMBINANT HEAT SHOCK PROTEIN-ENCODING MODIFIED mRNA MOLECULES TO THE CAROTID ARTERY

## MATERIALS AND EXPERIMENTAL METHODS

*Experimental design*

[00219] RNA is administered to the carotid artery of rats by intra-arterial injection, after which blood flow was reinstated. Rats are sacrificed 3 h following injection, carotid artery sections are excised, vascular endothelial cells are harvested and homogenized, and luciferase activity is determined as described in Example 9.

## RESULTS

[00220] Luciferase-encoding RNA modified by replacement of uridine with pseudouridine is administered to the carotid artery of rats. 3 hours after administration, luciferase RNA can be detected at the delivery site but not the adjacent sites.

-68-

P-8155-USP

[00221] Next, this protocol is used to prevent restenosis of a blood vessel in an animal restenosis model following balloon angioplasty by delivery of similarly modified RNA encoding a heat shock protein, e.g. HSP70, a growth factor (e.g. platelet-derived growth factor (PDGF), vascular endothelial growth factor (V-EGF), insulin-like growth factor (IGF), or protein that down-regulates or antagonizes signaling by a growth factor, to endothelial cells during or around the same time as the angioplasty. Administration of the RNA is found to reduce incidence of restenosis, demonstrating the utility of administration of RNA encoding a heat shock protein or a growth factor in the prevention of restenosis.

## EXAMPLE 17

## TREATMENT OF CYSTIC FIBROSIS BY DELIVERY OF CFTR-ENCODING MODIFIED mRNA MOLECULES TO RESPIRATORY EPITHELIUM

[00222] CFTR-encoding RNA modified by replacement of uridine with pseudouridine or by nucleoside modification is delivered, as described in Example 11, to the lungs of an animal used as a cystic fibrosis model, and its effect on the disease is assessed as described in Scholte BJ, et al (Animal models of cystic fibrosis. J Cyst Fibros 2004; 3 Suppl 2: 183-90) or Copreni E, et al, Lentivirus-mediated gene transfer to the respiratory epithelium: a promising approach to gene therapy of cystic fibrosis. Gene Ther 2004;11 Suppl 1: S67-75). Administration of the RNA is found to improve cystic fibrosis, demonstrating the utility of administration of RNA encoding CFTR in the treatment of cystic fibrosis.

[00223] The success of administration of modified RNA in mediating administration of CFTR to the lungs demonstrates the ability of modified mRNA molecules of the present invention to mediate administration of recombinant protein to the lungs; thus, modified mRNA molecules of the present invention are used to administer other recombinant proteins to the lungs, e.g. via an inhaler that delivers RNA to the lung. Proteins delivered include any protein of therapeutic value in the lungs (e.g. proteins among those listed herein with therapeutic value in the lungs.

-69-

P-8155-USP

## EXAMPLE 18

## TREATMENT OF XLA BY DELIVERY OF ADA-ENCODING MODIFIED mRNA MOLECULES TO HEMATOPOIETIC CELLS

[00224] ADA-encoding RNA modified by replacement of uridine with pseudouridine or by nucleoside
5   modification is delivered to the hematopoietic cells of an animal used as a X-linked
agammaglobulinemia model, and its effect on the disease is assessed as described in Tanaka M,
Gunawan F, et al, Inhibition of heart transplant injury and graft coronary artery disease after prolonged
organ ischemia by selective protein kinase C regulators. J Thorac Cardiovasc Surg 2005;129(5): 1160-7)
or Zonta S, Lovisetto F, et al, Uretero-neocystostomy in a swine model of kidney transplantation: a new
10   technique. J Surg Res. 2005 Apr;124(2):250-5). Administration of the RNA is found to improve XLA,
demonstrating the utility of administration of RNA encoding ADA in the treatment of XLA.

## EXAMPLE 19

## PREVENTION OF ORGAN REJECTION BY DELIVERY OF IMMUNO-MODULATORY PROTEIN-ENCODING MODIFIED mRNA MOLECULES TO A TRANSPLANT SITE

15   [00225] RNA modified by replacement of uridine with pseudouridine or by nucleoside modification and
encoding a cytokine, a chemokine, or an interferon (e.g. IL-4, IL-13, IL-10, or TGF-β) is delivered to the
transplant site of an animal used as an organ transplant rejection model, and its effect on the incidence of
rejection is assessed as described in Yu PW, Tabuchi R S et al, Sustained correction of B-cell
development and function in a murine model of X-linked agammaglobulinemia (XLA) using retroviral-
20   mediated gene transfer. Blood. 2004 104(5): 1281-90) or Satoh M, Mizutani A et al, X-linked
immunodeficient mice spontaneously produce lupus-related anti-RNA helicase A autoantibodies, but are
resistant to pristane-induced lupus. Int Immunol 2003, 15(9):1117-24). Administration of the RNA is
found to reduce the incidence of transplant rejection, demonstrating the utility of administration of RNA
encoding a cytokine, a chemokine, or an interferon in the prevention of transplant rejection.

-70-

P-8155-USP

## EXAMPLE 20

## TREATMENT OF NIEMANN-PICK DISEASE, MUCOPOLYSACCHARIDOSIS, AND OTHER INBORN METABOLIC ERRORS BY DELIVERY OF MODIFIED mRNA TO BODY TISSUES

5   [00226] Sphingomyelinase-encoding RNA modified by replacement of uridine with pseudouridine or by nucleoside modification is delivered to the lungs, brains, or other tissues of animals used as models of Niemann-Pick disease Type A and B, and its effect on the disease is assessed as described in Passini MA, Macauley SL, et al, AAV vector-mediated correction of brain pathology in a mouse model of Niemann-Pick A disease. Mol Ther 2005;11(5): 754-62) or Buccoliero R, Ginzburg L, et al, Elevation of
10   lung surfactant phosphatidylcholine in mouse models of Sandhoff and of Niemann-Pick A disease. J Inherit Metab Dis 2004;27(5): 641-8). Administration of the RNA is found to improve the disease, demonstrating the utility of administration of RNA encoding sphingomyelinase in the treatment of Niemann-Pick disease.

[00227] RNA modified by replacement of uridine with pseudouridine or by nucleoside modification and
15   encoding alpha-L-iduronidase, iduronate-2-sulfatase, or a related enzyme is delivered to the body tissues of animals used as models of mucopolysaccharidosis, and its effect on the disease is assessed as described in Simonaro CM, D'Angelo M, et al, Joint and bone disease in mucopolysaccharidoses VI and VII: identification of new therapeutic targets and biomarkers using animal models. Pediatr Res 2005;57(5 Pt 1): 701-7) or McGlynn R, Dobrenis K, et al, Differential subcellular localization of
20   cholesterol, gangliosides, and glycosaminoglycans in murine models of mucopolysaccharide storage disorders. J Comp Neurol 2004 20;480(4): 415-26). Administration of the RNA is found to improve the disease, demonstrating the utility of administration of RNA encoding one of the above enzymes in the treatment of mucopolysaccharidosis.

[00228] The success of administration of modified RNA in treating Niemann-Pick disease and
25   mucopolysaccharidosis demonstrates the ability of modified mRNA molecules of the present invention

-71-

P-8155-USP

to correct inborn errors of metabolism caused by enzyme deficiencies; thus, modified mRNA molecules of the present invention are used to correct other inborn errors of metabolism, by administration of mRNA molecules encoding, e.g. ABCA4; ABCD3; ACADM; AGL; AGT; ALDH4A1; ALPL; AMPD1; APOA2; AVSD1; BRCD2; C1QA; C1QB; C1QG; C8A; C8B; CACNA1S; CCV; CD3Z; CDC2L1;

5    CHML; CHS1; CIAS1; CLCNKB; CMD1A; CMH2; CMM; COL11A1; COL8A2; COL9A2; CPT2; CRB1; CSE; CSF3R; CTPA; CTSK; DBT; DIO1; DISC1; DPYD; EKV; ENO1; ENO1P; EPB41; EPHX1; F13B; F5; FCGR2A; FCGR2B; FCGR3A; FCHL; FH; FMO3; FMO4; FUCA1; FY; GALE; GBA; GFND; GJA8; GJB3; GLC3B; HF1; HMGCL; HPC1; HRD; HRPT2; HSD3B2; HSPG2; KCNQ4; KCS; KIF1B; LAMB3; LAMC2; LGMD1B; LMNA; LOR; MCKD1; MCL1; MPZ; MTHFR;

10   MTR; MUTYH; MYOC; NB; NCF2; NEM1; NPHS2; NPPA; NRAS; NTRK1; OPTA2; PBX1; PCHC; PGD; PHA2A; PHGDH; PKLR; PKP1; PLA2G2A; PLOD; PPOX; PPT1; PRCC; PRG4; PSEN2; PTOS1; REN; RFX5; RHD; RMD1; RPE65; SCCD; SERPINC1; SJS1; SLC19A2; SLC2A1; SPG23; SPTA1; TAL1; TNFSF6; TNNT2; TPM3; TSHB; UMPK; UOX; UROD; USH2A; VMGLOM; VWS; WS2B; ABCB11; ABCG5; ABCG8; ACADL; ACP1; AGXT; AHHR; ALMS1; ALPP; ALS2; APOB;

15   BDE; BDMR; BJS; BMPR2; CHRNA1; CMCWTD; CNGA3; COL3A1; COL4A3; COL4A4; COL6A3; CPS1; CRYGA; CRYGEP1; CYP1B1; CYP27A1; DBI; DES; DYSF; EDAR; EFEMP1; EIF2AK3; ERCC3; FSHR; GINGF; GLC1B; GPD2; GYPC; HADHA; HADHB; HOXD13; HPE2; IGKC; IHH; IRS1; ITGA6; KHK; KYNU; LCT; LHCGR; LSFC; MSH2; MSH6; NEB; NMTC; NPHP1; PAFAH1P1; PAX3; PAX8; PMS1; PNKD; PPH1; PROC; REG1A; SAG; SFTPB; SLC11A1; SLC3A1;

20   SOS1; SPG4; SRD5A2; TCL4; TGFA; TMD; TPO; UGT1A@; UV24; WSS; XDH; ZAP70; ZFHX1B; ACAA1; AGS1; AGTR1; AHSG; AMT; ARMET; BBS3; BCHE; BCPM; BTD; CASR; CCR2; CCR5; CDL1; CMT2B; COL7A1; CP; CPO; CRV; CTNNB1; DEM; ETM1; FANCD2; FIH; FOXL2; GBE1; GLB1; GLC1C; GNAI2; GNAT1; GP9; GPX1; HGD; HRG; ITIH1; KNG; LPP; LRS1; MCCC1; MDS1; MHS4; MITF; MLH1; MYL3; MYMY; OPA1; P2RY12; PBXP1; PCCB; POU1F1; PPARG;

25   PROS1; PTHR1; RCA1; RHO; SCA7; SCLC1; SCN5A; SI; SLC25A20; SLC2A2; TF; TGFBR2; THPO; THRB; TKT; TM4SF1; TRH; UMPS; UQCRC1; USH3A; VHL; WS2A; XPC; ZNF35; ADH1B; ADH1C; AFP; AGA; AIH2; ALB; ASMD; BFHD; CNGA1; CRBM; DCK; DSPP; DTDP2;

-72-

P-8155-USP

ELONG; ENAM; ETFDH; EVC; F11; FABP2; FGA; FGB; FGFR3; FGG; FSHMD1A; GC; GNPTA;
GNRHR; GYPA; HCA; HCL2; HD; HTN3; HVBS6; IDUA; IF; JPD; KIT; KLKB1; LQT4; MANBA;
MLLT2; MSX1; MTP; NR3C2; PBT; PDE6B; PEE1; PITX2; PKD2; QDPR; SGCB; SLC25A4; SNCA;
SOD3; STATH; TAPVR1; TYS; WBS2; WFS1; WHCR; ADAMTS2; ADRB2; AMCN; AP3B1; APC;
5    ARSB; B4GALT7; BHR1; C6; C7; CCAL2; CKN1; CMDJ; CRHBP; CSF1R; DHFR; DIAPH1; DTR;
EOS; EPD; ERVR; F12; FBN2; GDNF; GHR; GLRA1; GM2A; HEXB; HSD17B4; ITGA2; KFS;
LGMD1A; LOX; LTC4S; MAN2A1; MCC; MCCC2; MSH3; MSX2; NR3C1; PCSK1; PDE6A; PFBI;
RASA1; SCZD1; SDHA; SGCD; SLC22A5; SLC26A2; SLC6A3; SM1; SMA@; SMN1; SMN2;
SPINK5; TCOF1; TELAB1; TGFBI; ALDH5A1; ARG1; AS; ASSP2; BCKDHB; BF; C2; C4A;
10   CDKN1A; COL10A1; COL11A2; CYP21A2; DYX2; EJM1; ELOVL4; EPM2A; ESR1; EYA4; F13A1;
FANCE; GCLC; GJA1; GLYS1; GMPR; GSE; HCR; HFE; HLA-A; HLA-DPB1; HLA-DRA; HPFH;
ICS1; IDDM1; IFNGR1; IGAD1; IGF2R; ISCW; LAMA2; LAP; LCA5; LPA; MCDR1; MOCS1;
MUT; MYB; NEU1; NKS1; NYS2; OA3; ODDD; OFC1; PARK2; PBCA; PBCRA1; PDB1; PEX3;
PEX6; PEX7; PKHD1; PLA2G7; PLG; POLH; PPAC; PSORS1; PUJO; RCD1; RDS; RHAG; RP14;
15   RUNX2; RWS; SCA1; SCZD3; SIASD; SOD2; ST8; TAP1; TAP2; TFAP2B; TNDM; TNF; TPBG;
TPMT; TULP1; WISP3; AASS; ABCB1; ABCB4; ACHE; AQP1; ASL; ASNS; AUTS1; BPGM;
BRAF; C7orf2; CACNA2D1; CCM1; CD36; CFTR; CHORDOMA; CLCN1; CMH6; CMT2D;
COL1A2; CRS; CYMD; DFNA5; DLD; DYT11; EEC1; ELN; ETV1; FKBP6; GCK; GHRHR; GHS;
GLI3; GPDS1; GUSB; HLXB9; HOXA13; HPFH2; HRX; IAB; IMMP2L; KCNH2; LAMB1; LEP;
20   MET; NCF1; NM; OGDH; OPN1SW; PEX1; PGAM2; PMS2; PON1; PPP1R3A; PRSS1; PTC;
PTPN12; RP10; RP9; SERPINE1; SGCE; SHFM1; SHH; SLC26A3; SLC26A4; SLOS; SMAD1;
TBXAS1; TWIST; ZWS1; ACHM3; ADRB3; ANK1; CA1; CA2; CCAL1; CLN8; CMT4A; CNGB3;
COH1; CPP; CRH; CYP11B1; CYP11B2; DECR1; DPYS; DURS1; EBS1; ECA1; EGI; EXT1; EYA1;
FGFR1; GNRH1; GSR; GULOP; HR; KCNQ3; KFM; KWE; LGCR; LPL; MCPH1; MOS; MYC;
25   NAT1; NAT2; NBS1; PLAT; PLEC1; PRKDC; PXMP3; RP1; SCZD6; SFTPC; SGM1; SPG5A;
STAR; TG; TRPS1; TTPA; VMD1; WRN; ABCA1; ABL1; ABO; ADAMTS13; AK1; ALAD;
ALDH1A1; ALDOB; AMBP; AMCD1; ASS; BDMF; BSCL; C5; CDKN2A; CHAC; CLA1; CMD1B;

-73-

P-8155-USP

COL5A1; CRAT; DBH; DNAI1; DYS; DYT1; ENG; FANCC; FBP1; FCMD; FRDA; GALT; GLDC;
GNE; GSM1; GSN; HSD17B3; HSN1; IBM2; INVS; JBTS1; LALL; LCCS1; LCCS; LGMD2H;
LMX1B; MLLT3; MROS; MSSE; NOTCH1; ORM1; PAPPA; PIP5K1B; PTCH; PTGS1; RLN1;
RLN2; RMRP; ROR2; RPD1; SARDH; SPTLC1; STOM; TDFA; TEK; TMC1; TRIM32; TSC1;

5   TYRP1; XPA; CACNB2; COL17A1; CUBN; CXCL12; CYP17; CYP2C19; CYP2C9; EGR2; EMX2;
ERCC6; FGFR2; HK1; HPS1; IL2RA; LGI1; LIPA; MAT1A; MBL2; MKI67; MXI1; NODAL; OAT;
OATL3; PAX2; PCBD; PEO1; PHYH; PNLIP; PSAP; PTEN; RBP4; RDPA; RET; SFTPA1; SFTPD;
SHFM3; SIAL; THC2; TLX1; TNFRSF6; UFS; UROS; AA; ABCC8; ACAT1; ALX4; AMPD3; ANC;
APOA1; APOA4; APOC3; ATM; BSCL2; BWS; CALCA; CAT; CCND1; CD3E; CD3G; CD59;

10  CDKN1C; CLN2; CNTF; CPT1A; CTSC; DDB1; DDB2; DHCR7; DLAT; DRD4; ECB2; ED4; EVR1;
EXT2; F2; FSHB; FTH1; G6PT1; G6PT2; GIF; HBB; HBBP1; HBD; HBE1; HBG1; HBG2; HMBS;
HND; HOMG2; HRAS; HVBS1; IDDM2; IGER; INS; JBS; KCNJ11; KCNJ1; KCNQ1; LDHA; LRP5;
MEN1; MLL; MYBPC3; MYO7A; NNO1; OPPG; OPTB1; PAX6; PC; PDX1; PGL2; PGR; PORC;
PTH; PTS; PVRL1; PYGM; RAG1; RAG2; ROM1; RRAS2; SAA1; SCA5; SCZD2; SDHD;

15  SERPING1; SMPD1; TCIRG1; TCL2; TECTA; TH; TREH; TSG101; TYR; USH1C; VMD2; VRNI;
WT1; WT2; ZNF145; A2M; AAAS; ACADS; ACLS; ACVRL1; ALDH2; AMHR2; AOM; AQP2;
ATD; ATP2A2; BDC; C1R; CD4; CDK4; CNA1; COL2A1; CYP27B1; DRPLA; ENUR2; FEOM1;
FGF23; FPF; GNB3; GNS; HAL; HBP1; HMGA2; HMN2; HPD; IGF1; KCNA1; KERA; KRAS2;
KRT1; KRT2A; KRT3; KRT4; KRT5; KRT6A; KRT6B; KRTHB6; LDHB; LYZ; MGCT; MPE; MVK;

20  MYL2; OAP; PAH; PPKB; PRB3; PTPN11; PXR1; RLS; RSN; SAS; SAX1; SCA2; SCNN1A; SMAL;
SPPM; SPSMA; TBX3; TBX5; TCF1; TPI1; TSC3; ULR; VDR; VWF; ATP7B; BRCA2; BRCD1;
CLN5; CPB2; ED2; EDNRB; ENUR1; ERCC5; F10; F7; GJB2; GJB6; IPF1; MBS1; MCOR; NYS4;
PCCA; RB1; RHOK; SCZD7; SGCG; SLC10A2; SLC25A15; STARP1; ZNF198; ACHM1; ARVD1;
BCH; CTAA1; DAD1; DFNB5; EML1; GALC; GCH1; IBGC1; IGH@; IGHC group; IGHG1; IGHM;

25  IGHR; IV; LTBP2; MCOP; MJD; MNG1; MPD1; MPS3C; MYH6; MYH7; NP; NPC2; PABPN1;
PSEN1; PYGL; RPGRIP1; SERPINA1; SERPINA3; SERPINA6; SLC7A7; SPG3A; SPTB; TCL1A;
TGM1; TITF1; TMIP; TRA@; TSHR; USH1A; VP; ACCPN; AHO2; ANCR; B2M; BBS4; BLM;

-74-

P-8155-USP

CAPN3; CDAN1; CDAN3; CLN6; CMH3; CYP19; CYP1A1; CYP1A2; DYX1; EPB42; ETFA; EYCL3; FAH; FBN1; FES; HCVS; HEXA; IVD; LCS1; LIPC; MYO5A; OCA2; OTSC1; PWCR; RLBP1; SLC12A1; SPG6; TPM1; UBE3A; WMS; ABCC6; ALDOA; APRT; ATP2A1; BBS2; CARD15; CATM; CDH1; CETP; CHST6; CLN3; CREBBP; CTH; CTM; CYBA; CYLD; DHS;

5    DNASE1; DPEP1; ERCC4; FANCA; GALNS; GAN; HAGH; HBA1; HBA2; HBHR; HBQ1; HBZ; HBZP; HP; HSD11B2; IL4R; LIPB; MC1R; MEFV; MHC2TA; MLYCD; MMVP1; PHKB; PHKG2; PKD1; PKDTS; PMM2; PXE; SALL1; SCA4; SCNN1B; SCNN1G; SLC12A3; TAT; TSC2; VDI; WT3; ABR; ACACA; ACADVL; ACE; ALDH3A2; APOH; ASPA; AXIN2; BCL5; BHD; BLMH; BRCA1; CACD; CCA1; CCZS; CHRNB1; CHRNE; CMT1A; COL1A1; CORD5; CTNS; EPX;

10   ERBB2; G6PC; GAA; GALK1; GCGR; GFAP; GH1; GH2; GP1BA; GPSC; GUCY2D; ITGA2B; ITGB3; ITGB4; KRT10; KRT12; KRT13; KRT14; KRT14L1; KRT14L2; KRT14L3; KRT16; KRT16L1; KRT16L2; KRT17; KRT9; MAPT; MDB; MDCR; MGI; MHS2; MKS1; MPO; MYO15A; NAGLU; NAPB; NF1; NME1; P4HB; PAFAH1B1; PECAM1; PEX12; PHB; PMP22; PRKAR1A; PRKCA; PRKWNK4; PRP8; PRPF8; PTLAH; RARA; RCV1; RMSA1; RP17; RSS; SCN4A;

15   SERPINF2; SGCA; SGSH; SHBG; SLC2A4; SLC4A1; SLC6A4; SMCR; SOST; SOX9; SSTR2; SYM1; SYNS1; TCF2; THRA; TIMP2; TOC; TOP2A; TP53; TRIM37; VBCH; ATP8B1; BCL2; CNSN; CORD1; CYB5; DCC; F5F8D; FECH; FEO; LAMA3; LCFS2; MADH4; MAFD1; MC2R; MCL; MYP2; NPC1; SPPK; TGFBRE; TGIF; TTR; AD2; AMH; APOC2; APOE; ATHS; BAX; BCKDHA; BCL3; BFIC; C3; CACNA1A; CCO; CEACAM5; COMP; CRX; DBA; DDU; DFNA4;

20   DLL3; DM1; DMWD; E11S; ELA2; EPOR; ERCC2; ETFB; EXT3; EYCL1; FTL; FUT1; FUT2; FUT6; GAMT; GCDH; GPI; GUSM; HB1; HCL1; HHC2; HHC3; ICAM3; INSR; JAK3; KLK3; LDLR; LHB; LIG1; LOH19CR1; LYL1; MAN2B1; MCOLN1; MDRV; MLLT1; NOTCH3; NPHS1; OFC3; OPA3; PEPD; PRPF31; PRTN3; PRX; PSG1; PVR; RYR1; SLC5A5; SLC7A9; STK11; TBXA2R; TGFB1; TNNI3; TYROBP; ADA; AHCY; AVP; CDAN2; CDPD1; CHED1; CHED2; CHRNA4; CST3; EDN3;

25   EEGV1; FTLL1; GDF5; GNAS; GSS; HNF4A; JAG1; KCNQ2; MKKS; NBIA1; PCK1; PI3; PPCD; PPGB; PRNP; THBD; TOP1; AIRE; APP; CBS; COL6A1; COL6A2; CSTB; DCR; DSCR1; FPDMM; HLCS; HPE1; ITGB2; KCNE1; KNO; PRSS7; RUNX1; SOD1; TAM; ADSL; ARSA; BCR; CECR;

-75-

P-8155-USP

CHEK2; COMT; CRYBB2; CSF2RB; CTHM; CYP2D6; CYP2D7P1; DGCR; DIA1; EWSR1; GGT1;
MGCR; MN1; NAGA; NF2; OGS2; PDGFB; PPARA; PRODH; SCO2; SCZD4; SERPIND1; SLC5A1;
SOX10; TCN2; TIMP3; TST; VCF; ABCD1; ACTL1; ADFN; AGMX2; AHDS; AIC; AIED; AIH3;
ALAS2; AMCD; AMELX; ANOP1; AR; ARAF1; ARSC2; ARSE; ARTS; ARX; ASAT; ASSP5;

5    ATP7A; ATRX; AVPR2; BFLS; BGN; BTK; BZX; C1HR; CACNA1F; CALB3; CBBM; CCT; CDR1;
CFNS; CGF1; CHM; CHR39C; CIDX; CLA2; CLCN5; CLS; CMTX2; CMTX3; CND; COD1; COD2;
COL4A5; COL4A6; CPX; CVD1; CYBB; DCX; DFN2; DFN4; DFN6; DHOF; DIAPH2; DKC1; DMD;
DSS; DYT3; EBM; EBP; ED1; ELK1; EMD; EVR2; F8; F9; FCP1; FDPSL5; FGD1; FGS1; FMR1;
FMR2; G6PD; GABRA3; GATA1; GDII; GDXY; GJB1; GK; GLA; GPC3; GRPR; GTD; GUST;

10   HMS1; HPRT1; HPT; HTC2; HTR2C; HYR; IDS; IHG1; IL2RG; INDX; IP1; IP2; JMS; KAL1; KFSD;
L1CAM; LAMP2; MAA; MAFD2; MAOA; MAOB; MCF2; MCS; MEAX; MECP2; MF4; MGC1;
MIC5; MID1; MLLT7; MLS; MRSD; MRX14; MRX1; MRX20; MRX2; MRX3; MRX40; MRXA;
MSD; MTM1; MYCL2; MYP1; NDP; NHS; NPHL1; NR0B1; NSX; NYS1; NYX; OA1; OASD;
OCRL; ODT1; OFD1; OPA2; OPD1; OPEM; OPN1LW; OPN1MW; OTC; P3; PDHA1; PDR; PFC;

15   PFKFB1; PGK1; PGK1P1; PGS; PHEX; PHKA1; PHKA2; PHP; PIGA; PLP1; POF1; POLA; POU3F4;
PPMX; PRD; PRPS1; PRPS2; PRS; RCCP2; RENBP; RENS1; RP2; RP6; RPGR; RPS4X; RPS6KA3;
RS1; S11; SDYS; SEDL; SERPINA7; SH2D1A; SHFM2; SLC25A5; SMAX2; SRPX; SRS; STS;
SYN1; SYP; TAF1; TAZ; TBX22; TDD; TFE3; THAS; THC; TIMM8A; TIMP1; TKCR; TNFSF5;
UBE1; UBE2A; WAS; WSN; WTS; WWS; XIC; XIST; XK; XM; XS; ZFX; ZIC3; ZNF261; ZNF41;

20   ZNF6; AMELY; ASSP6; AZF1; AZF2; DAZ; GCY; RPS4Y; SMCY; SRY; ZFY; ABAT; AEZ; AFA;
AFD1; ASAH1; ASD1; ASMT; CCAT; CECR9; CEPA; CLA3; CLN4; CSF2RA; CTS1; DF; DIH1;
DWS; DYT2; DYT4; EBR3; ECT; EEF1A1L14; EYCL2; FANCB; GCSH; GCSL; GIP; GTS; HHG;
HMI; HOAC; HOKPP2; HRPT1; HSD3B3; HTC1; HV1S; ICHQ; ICR1; ICR5; IL3RA; KAL2; KMS;
KRT18; KSS; LCAT; LHON; LIMM; MANBB; MCPH2; MEB; MELAS; MIC2; MPFD; MS; MSS;

25   MTATP6; MTCO1; MTCO3; MTCYB; MTND1; MTND2; MTND4; MTND5; MTND6; MTRNR1;
MTRNR2; MTTE; MTTG; MTTI; MTTK; MTTL1; MTTL2; MTTN; MTTP; MTTS1; NAMSD;
OCD1; OPD2; PCK2; PCLD; PCOS1; PFKM; PKD3; PRCA1; PRO1; PROP1; RBS; RFXAP; RP;

-76-

P-8155-USP

SHOX; SLC25A6; SPG5B; STO; SUOX; THM; or TTD.

## EXAMPLE 21

### TREATMENT OF VASOSPASM BY DELIVERY OF iNOS-ENCODING MODIFIED mRNA MOLECULES TO BODY TISSUES

[00229] Inducible nitric oxide synthase (iNOS)-encoding RNA modified by replacement of uridine with pseudouridine or by nucleoside modification is delivered to the vascular endothelium of animals used as models of vasospasm (e.g. subarachnoid hemorrhage), and its effect on the disease is assessed as described in Pradilla G, Wang PP, et al, Prevention of vasospasm by anti-CD11/CD18 monoclonal antibody therapy following subarachnoid hemorrhage in rabbits. J Neurosurg 2004;101(1): 88-92) or Park S, Yamaguchi M, et al, Neurovascular protection reduces early brain injury after subarachnoid hemorrhage. Stroke 2004;35(10): 2412-7). Administration of the RNA is found to improve the disease, demonstrating the utility of administration of RNA encoding iNOS in the treatment of stroke.

## EXAMPLE 22

### RESTORATION OF HAIR GROWTH BY DELIVERY OF MODIFIED mRNA ENCODING AN IMMUNOSUPPRESSIVE PROTEIN

[00230] RNA modified by replacement of uridine with pseudouridine or by nucleoside modification and encoding a telomerase or an immunosuppressive protein (e.g. α-MSH, TGF-β 1, or IGF-I is delivered to hair follicles of animals used as models of hair loss or balding, and its effect on hair growth is assessed as described in Jiang J, Tsuboi R, et al, Topical application of ketoconazole stimulates hair growth in C3H/HeN mice. J Dermatol 2005;32(4): 243-7) or McElwee KJ, Freyschmidt-Paul P, et al, Transfer of CD8(+) cells induces localized hair loss whereas CD4(+)/CD25(-) cells promote systemic alopecia areata and CD4(+)/CD25(+) cells blockade disease onset in the C3H/HeJ mouse model. J Invest Dermatol 2005;124(5): 947-57). Administration of the RNA is found to restore hair growth, demonstrating the utility of administration of RNA encoding one of the above enzymes in the treatment of hair loss.

-77-

P-8155-USP

## EXAMPLE 23

## SYNTHESIS OF AN *IN VITRO*-TRANSCRIBED RNA MOLECULE WITH ALTERED NUCLEOSIDES CONTAINING AN siRNA

[00231] A double-stranded RNA (dsRNA) molecule comprising a pseudouridine or a modified nucleoside

5    and further comprising a small interfering RNA (siRNA) or short hairpin RNA (shRNA) is synthesized

by the following procedure: Complementary RNA strands with the desired sequence containing uridine

or one or more modified nucleosides are synthesized by *in vitro* transcription (e.g. by one of T7, SP6,

and T3 phage RNA polymerases) as described in Example 2. This procedure facilitates synthesis of

relatively long dsRNA molecules (e.g. greater than 50 nucleotides) with, relative to other synthetic

10    methods. The dsRNA molecules exhibit reduced immunogenicity relative to unmodified dsRNA

molecules. If desired, the dsRNA molecules are designed to be capable of being processed by a cellular

enzyme to yield the desired siRNA or shRNA. Because dsRNA molecules of several hundred

nucleotides are easily synthesized, each dsRNA may also be designed to contain several siRNA or

shRNA molecules, to facilitate delivery of multiple siRNA or shRNA to a single target cell.

15    ## EXAMPLE 24

## USE OF AN IN VITRO-TRANSCRIBED RNA MOLECULE WITH ALTERED NUCLEOSIDES TO DELIVER siRNA

[00232] The dsRNA molecule of the previous Example is complexed with a transfection reagent (e.g a

cationic transfection reagent, a lipid-based transfection reagent, a protein-based transfection reagent, a

20    polyethyleneimine based transfection reagent, or calcium phosphate) and delivered to a target cell of

interest. Enzymes in or on the surface of the target cell degrade the dsRNA to the desired siRNA or

shRNA molecule(s). This method effectively silences transcription of one or more cellular genes

corresponding to the siRNA or shRNA sequence(s).

## EXAMPLE 25

-78-

P-8155-USP

## TESTING THE EFFECT OF ADDITIONAL NUCLEOSIDE MODIFICATIONS ON RNA IMMUNOGENICITY AND EFFICIENCY OF TRANSLATION

[00233] Additional nucleoside modifications are introduced into *in vitro*-transcribed RNA, using the methods described above in Examples 2 and 7. The effect of the modifications is tested as described in
5    Examples 1-8. The effect of the modifications on efficiency of translation is tested as described in Examples 9-15. Certain additional modifications are found to decrease immunogenicity and enhance translation. These modifications are used in methods of the present invention.

[00234] Modifications tested include, e.g.:

$m^1A$; $m^2A$; Am; $ms^2m^6A$; $i^6A$; $ms^2i6A$; $io^6A$; $ms^2io^6A$; $g^6A$; $t^6A$; $ms^2t^6A$; $m^6t^6A$; $hn^6A$; $ms^2hn^6A$;
10   Ar(p); I; $m^1I$; $m^1Im$; $m^3C$; Cm; $s^2C$; $ac^4C$; $f^5C$; $m^5Cm$; $ac^4Cm$; $k^2C$; $m^1G$;  $m^2G$; $m^7G$; Gm; $m^2_2G$; $m^2Gm$; $m^2_2Gm$; Gr(p); yW; $o_2yW$; OHyW; OHyW*; imG; mimG; Q; oQ; galQ; manQ; preQ$_0$; preQ$_1$; $G^+$; D; $m^5Um$;  $m^1\Psi$;  $\Psi m$; $s^4U$; $m^5s^2U$; $s^2Um$; $acp^3U$; $ho^5U$; $mo^5U$; $cmo^5U$; $mcmo^5U$; $chm^5U$; $mchm^5U$; $mcm^5U$; $mcm^5Um$; $mcm^5s^2U$; $nm^5s^2U$; $mnm^5U$; $mnm^5s^2U$; $mnm^3se^2U$; $ncm^5U$; $ncm^5Um$; $cmnm^5U$; $cmnm^5Um$; $cmnm^5s^2U$; $m^6_2A$; Im; $m^4C$; $m^4Cm$; $hm^5C$; $m^3U$;  $m^1acp^3\Psi$; $cm^5U$; $m^6Am$; $m^6_2Am$; $m^{2,7}G$;
15   $m^{2,2,7}G$; $m^3Um$; $m^5D$; $m^3\Psi$; $f^5Cm$; $m^1Gm$; $m^1Am$; $\tau m^5U$;  $\tau m^5s^2U$; imG-14; imG2; and $ac^6A$.

-79-

# This Page is Inserted by IFW Indexing and Scanning Operations and is not part of the Official Record

## BEST AVAILABLE IMAGES

Defective images within this document are accurate representations of the original documents submitted by the applicant.

Defects in the images include but are not limited to the items checked:

☑ **BLACK BORDERS**

❑ **IMAGE CUT OFF AT TOP, BOTTOM OR SIDES**

❑ **FADED TEXT OR DRAWING**

❑ **BLURRED OR ILLEGIBLE TEXT OR DRAWING**

❑ **SKEWED/SLANTED IMAGES**

❑ **COLOR OR BLACK AND WHITE PHOTOGRAPHS**

❑ **GRAY SCALE DOCUMENTS**

❑ **LINES OR MARKS ON ORIGINAL DOCUMENT**

❑ **REFERENCE(S) OR EXHIBIT(S) SUBMITTED ARE POOR QUALITY**

☑ **OTHER:** _Text too small_

# IMAGES ARE BEST AVAILABLE COPY.
## As rescanning these documents will not correct the image problems checked, please do not report these problems to the IFW Image Problem Mailbox.

P-8155-USP

### WHAT IS CLAIMED IS:

1.     A method for inducing a mammalian cell to produce a recombinant protein, the method comprising contacting said mammalian cell with an *in vitro*-synthesized RNA molecule comprising an open reading frame encoding said recombinant protein, said *in vitro*-synthesized RNA molecule further comprising a pseudouridine or a modified nucleoside, thereby inducing a mammalian cell to produce a recombinant protein.

2.     The method of claim 1, whereby said *in vitro*-synthesized RNA molecule is translated in said cell 10-1000 times more efficiently than an RNA molecule with the same sequence but without said pseudouridine or modified nucleoside.

3.     The method of claim 1, whereby said *in vitro*-synthesized RNA molecule is significantly less immunogenic than an RNA molecule with the same sequence but without said pseudouridine or modified nucleoside.

4.     The method of claim 1, wherein said modified nucleoside is an $m^5C$.

5.     The method of claim 1, wherein said modified nucleoside is $m^1A$ (1-methyladenosine); $m^2A$ (2-methyladenosine); $m^6A$ ($N^6$-methyladenosine); Am (2'-O-methyladenosine); $ms^2m^6A$ (2-methylthio-$N^6$-methyladenosine); $i^6A$ ($N^6$-isopentenyladenosine); $ms^2i6A$ (2-methylthio-$N^6$isopentenyladenosine); $io^6A$ ($N^6$-(cis-hydroxyisopentenyl)adenosine); $ms^2io^6A$ (2-methylthio-$N^6$-(cis-hydroxyisopentenyl) adenosine); $g^6A$ ($N^6$-glycinylcarbamoyladenosine); $t^6A$ ($N^6$-threonylcarbamoyladenosine); $ms^2t^6A$ (2-methylthio-$N^6$-threonyl carbamoyladenosine);

-80-

BEST AVAILABLE COPY

P-8155-USP

$m^6t^6A$ ($N^6$-methyl-$N^6$-threonylcarbamoyladenosine); $hn^6A$ ($N^6$-hydroxynorvalylcarbamoyladenosine); $ms^2hn^6A$ (2-methylthio-$N^6$-hydroxynorvalyl carbamoyladenosine); Ar(p) (2'-O-ribosyladenosine (phosphate)); I (inosine); $m^1I$ (1-methylinosine); $m^1Im$ (1,2'-O-dimethylinosine); $m^3C$ (3-methylcytidine); Cm (2'-O-methylcytidine); $s^2C$ (2-thiocytidine); $ac^4C$ ($N^4$-acetylcytidine); $f^5C$ (5-formylcytidine); $m^3Cm$ (5,2'-O-dimethylcytidine); $ac^4Cm$ ($N^4$-acetyl-2'-O-methylcytidine); $k^2C$ (lysidine); $m^1G$ (1-methylguanosine); $m^2G$ ($N^2$-methylguanosine); $m^7G$ (7-methylguanosine); Gm (2'-O-methylguanosine); $m^2_2G$ ($N^2,N^2$-dimethylguanosine); $m^2Gm$ ($N^2,2'$-O-dimethylguanosine); $m^2_2Gm$ ($N^2,N^2,2'$-O-trimethylguanosine); Gr(p) (2'-O-ribosylguanosine (phosphate)); yW (wybutosine); $o_2yW$ (peroxywybutosine); OHyW (hydroxywybutosine); OHyW* (undermodified hydroxywybutosine); imG (wyosine); mimG (methylwyosine); Q (queuosine); oQ (epoxyqueuosine); galQ (galactosyl-queuosine); manQ (mannosyl-queuosine); $preQ_0$ (7-cyano-7-deazaguanosine); $preQ_1$ (7-aminomethyl-7-deazaguanosine); $G^+$ (archaeosine); $\Psi$ (pseudouridine); D (dihydrouridine); $m^5U$ (5-methyluridine); Um (2'-O-methyluridine); $m^5Um$ (5,2'-O-dimethyluridine); $m^1\Psi$ (1-methylpseudouridine); $\Psi m$ (2'-O-methylpseudouridine); $s^2U$ (2-thiouridine); $s^4U$ (4-thiouridine); $m^5s^2U$ (5-methyl-2-thiouridine); $s^2Um$ (2-thio-2'-O-methyluridine); $acp^3U$ (3-(3-amino-3-carboxypropyl)uridine); $ho^5U$ (5-hydroxyuridine); $mo^5U$ (5-methoxyuridine); $cmo^5U$ (uridine 5-oxyacetic acid); $mcmo^5U$ (uridine 5-oxyacetic acid methyl ester); $chm^5U$ (5-(carboxyhydroxymethyl)uridine)); $mchm^5U$ (5-(carboxyhydroxymethyl)uridine methyl ester); $mcm^5U$ (5-methoxycarbonylmethyluridine); $mcm^5Um$ (5-methoxycarbonylmethyl-2'-O-methyluridine); $mcm^5s^2U$ (5-methoxycarbonylmethyl-

-81-

P-8155-USP

2-thiouridine); $nm^5s^2U$ (5-aminomethyl-2-thiouridine); $mnm^5U$ (5-methylaminomethyluridine); $mnm^5s^2U$ (5-methylaminomethyl-2-thiouridine); $mnm^5se^2U$ (5-methylaminomethyl-2-selenouridine); $ncm^5U$ (5-carbamoylmethyluridine); $ncm^5Um$ (5-carbamoylmethyl-2'-O-methyluridine); $cmnm^5U$ (5-carboxymethylaminomethyluridine); $cmnm^5Um$ (5-carboxymethylaminomethyl-2'-O-methyluridine); $cmnm^5s^2U$ (5-carboxymethylaminomethyl-2-thiouridine); $m^6_2A$ ($N^6,N^6$-dimethyladenosine); Im (2'-O-methylinosine); $m^4C$ ($N^4$-methylcytidine); $m^4Cm$ ($N^4$,2'-O-dimethylcytidine); $hm^5C$ (5-hydroxymethylcytidine); $m^3U$ (3-methyluridine); $m^1acp^3\Psi$ (1-methyl-3-(3-amino-3-carboxypropyl) pseudouridine); $cm^5U$ (5-carboxymethyluridine); $m^6Am$ ($N^6$,2'-O-dimethyladenosine); $m^6_2Am$ ($N^6,N^6,O$-2'-trimethyladenosine); $m^{2,7}G$ ($N^2$,7-dimethylguanosine); $m^{2,2,7}G$ ($N^2,N^2$,7-trimethylguanosine); $m^3Um$ (3,2'-O-dimethyluridine); $m^5D$ (5-methyldihydrouridine); $m^3\Psi$ (3-methylpseudouridine); $f^5Cm$ (5-formyl-2'-O-methylcytidine); $m^1Gm$ (1,2'-O-dimethylguanosine); $m^1Am$ (1,2'-O-dimethyladenosine); $\tau m^5U$ (5-taurinomethyluridine); $\tau m^5s^2U$ (5-taurinomethyl-2-thiouridine)); imG-14 (4-demethylwyosine); imG2 (isowyosine); or $ac^6A$ ($N^6$-acetyladenosine).

6. The method of claim 1, wherein said *in vitro*-synthesized RNA molecule further comprises a poly-A tail.

7. The method of claim 1, wherein said *in vitro*-synthesized RNA molecule further comprises an m7GpppG cap.

8. The method of claim 1, further comprising mixing said *in vitro*-synthesized RNA molecule with

-82-

P-8155-USP

a transfection reagent prior to the step of contacting.

9.    The method of claim 1, wherein said transfection reagent is a cationic lipid reagent.

10.    The method of claim 1, wherein said transfection reagent is a lipid-based transfection reagent, a protein-based transfection reagent, a polyethyleneimine based transfection reagent, or calcium phosphate.

11.    The method of claim 1, wherein said cell is an antigen-presenting cell.

12.    The method of claim 1, wherein said cell is a dendritic cell.

13.    The method of claim 1, wherein said cell is a neural cell or a brain cell.

14.    The method of claim 1, wherein said cell is a spleen cell.

15.    The method of claim 1, wherein said cell is a lymphoid cell.

16.    The method of claim 1, wherein said cell is a bone marrow cell.

17.    The method of claim 1, wherein said cell is a lung cell.

18.    The method of claim 1, wherein said cell is a skin cell.

19.    The method of claim 1, wherein said cell is a keratinocyte.

20.    The method of claim 1, wherein said cell is an endothelial cell.

-83-

P-8155-USP

21.    The method of claim 1, wherein said cell is an alveolar macrophage or alveolar pneumocyte.

22.    The method of claim 1, wherein said cell is a Claudius' cell, Hensen cell, Merkel cell, Müller

cell, Paneth cell, Purkinje cell, Schwann cell, Sertoli cell, acidophil cell, acinar cell, adipoblast,

adipocyte, brown or white alpha cell, amacrine cell, beta cell, capsular cell, cementocyte, chief

5        cell, chondroblast, chondrocyte, chromaffin cell, chromophobic cell, corticotroph, delta cell,

Langerhans cell, follicular dendritic cell, enterochromaffin cell, ependymocyte, epithelial cell,

basal cell, squamous cell, transitional cell, erythroblast, erythrocyte, fibroblast, fibrocyte,

follicular cell, germ cell, gamete, ovum, spermatozoon, oocyte, primary oocyte, secondary

oocyte, spermatid, spermatocyte, primary spermatocyte, secondary spermatocyte, germinal

10        epithelium, giant cell, glial cell, astroblast, astrocyte, oligodendroblast, oligodendrocyte,

glioblast, goblet cell, gonadotroph, granulosa cell, haemocytoblast, hair cell, hepatoblast,

hepatocyte, hyalocyte, interstitial cell, juxtaglomerular cell, keratocyte, lemmal cell, leukocyte,

granulocyte, basophil, eosinophil, neutrophil, lymphoblast, B-lymphoblast, T-lymphoblast,

lymphocyte, B-lymphocyte, T-lymphocyte, helper induced T-lymphocyte, Th1 T-lymphocyte,

15        Th2 T-lymphocyte, natural killer cell, thymocyte, macrophage, Kupffer cell, foam cell,

histiocyte, luteal cell, lymphocytic stem cell, lymphoid stem cell, macroglial cell, mammotroph,

mast cell, medulloblast, megakaryoblast, megakaryocyte, melanoblast, melanocyte, mesangial

cell, mesothelial cell, metamyelocyte, monoblast, monocyte, mucous neck cell, muscle cell,

cardiac muscle cell, skeletal muscle cell, smooth muscle cell, myelocyte, myeloid cell, myeloid

20        stem cell, myoblast, myoepithelial cell, myofibrobast, neuroblast, neuroepithelial cell, neuron,

-84-

P-8155-USP

odontoblast, osteoblast, osteoclast, osteocyte, oxyntic cell, parafollicular cell, paraluteal cell,

peptic cell, pericyte, peripheral blood mononuclear cell, phaeochromocyte, phalangeal cell,

pinealocyte, pituicyte, plasma cell, platelet, podocyte, proerythroblast, promonocyte,

promyeloblast, promyelocyte, pronormoblast, reticulocyte, retinal pigment epithelial cell,

5      retinoblast, small cell, somatotroph, stem cell, sustentacular cell, teloglial cell, or zymogenic cell.

23.    The method of claim 1, wherein said recombinant protein is ecto-nucleoside triphosphate
       diphosphohydrolase.

24.    The method of claim 1, wherein said recombinant protein is ABCA4; ABCD3; ACADM; AGL;
       AGT; ALDH4A1; ALPL; AMPD1; APOA2; AVSD1; BRCD2; C1QA; C1QB; C1QG; C8A;
10     C8B; CACNA1S; CCV; CD3Z; CDC2L1; CHML; CHS1; CIAS1; CLCNKB; CMD1A; CMH2;
       CMM; COL11A1; COL8A2; COL9A2; CPT2; CRB1; CSE; CSF3R; CTPA; CTSK; DBT;
       DIO1; DISC1; DPYD; EKV; ENO1; ENO1P; EPB41; EPHX1; F13B; F5; FCGR2A; FCGR2B;
       FCGR3A; FCHL; FH; FMO3; FMO4; FUCA1; FY; GALE; GBA; GFND; GJA8; GJB3;
       GLC3B; HF1; HMGCL; HPC1; HRD; HRPT2; HSD3B2; HSPG2; KCNQ4; KCS; KIF1B;
15     LAMB3; LAMC2; LGMD1B; LMNA; LOR; MCKD1; MCL1; MPZ; MTHFR; MTR; MUTYH;
       MYOC; NB; NCF2; NEM1; NPHS2; NPPA; NRAS; NTRK1; OPTA2; PBX1; PCHC; PGD;
       PHA2A; PHGDH; PKLR; PKP1; PLA2G2A; PLOD; PPOX; PPT1; PRCC; PRG4; PSEN2;
       PTOS1; REN; RFX5; RHD; RMD1; RPE65; SCCD; SERPINC1; SJS1; SLC19A2; SLC2A1;
       SPG23; SPTA1; TAL1; TNFSF6; TNNT2; TPM3; TSHB; UMPK; UOX; UROD; USH2A;
20     VMGLOM; VWS; WS2B; ABCB11; ABCG5; ABCG8; ACADL; ACP1; AGXT; AHHR;

-85-

ALMS1; ALPP; ALS2; APOB; BDE; BDMR; BJS; BMPR2; CHRNA1; CMCWTD; CNGA3;

COL3A1; COL4A3; COL4A4; COL6A3; CPS1; CRYGA; CRYGEP1; CYP1B1; CYP27A1;

DBI; DES; DYSF; EDAR; EFEMP1; EIF2AK3; ERCC3; FSHR; GINGF; GLC1B; GPD2;

GYPC; HADHA; HADHB; HOXD13; HPE2; IGKC; IHH; IRS1; ITGA6; KHK; KYNU; LCT;

5    LHCGR; LSFC; MSH2; MSH6; NEB; NMTC; NPHP1; PAFAH1P1; PAX3; PAX8; PMS1;

PNKD; PPH1; PROC; REG1A; SAG; SFTPB; SLC11A1; SLC3A1; SOS1; SPG4; SRD5A2;

TCL4; TGFA; TMD; TPO; UGT1A@; UV24; WSS; XDH; ZAP70; ZFHX1B; ACAA1; AGS1;

AGTR1; AHSG; AMT; ARMET; BBS3; BCHE; BCPM; BTD; CASR; CCR2; CCR5; CDL1;

CMT2B; COL7A1; CP; CPO; CRV; CTNNB1; DEM; ETM1; FANCD2; FIH; FOXL2; GBE1;

10   GLB1; GLC1C; GNAI2; GNAT1; GP9; GPX1; HGD; HRG; ITIH1; KNG; LPP; LRS1;

MCCC1; MDS1; MHS4; MITF; MLH1; MYL3; MYMY; OPA1; P2RY12; PBXP1; PCCB;

POU1F1; PPARG; PROS1; PTHR1; RCA1; RHO; SCA7; SCLC1; SCN5A; SI; SLC25A20;

SLC2A2; TF; TGFBR2; THPO; THRB; TKT; TM4SF1; TRH; UMPS; UQCRC1; USH3A;

VHL; WS2A; XPC; ZNF35; ADH1B; ADH1C; AFP; AGA; AIH2; ALB; ASMD; BFHD;

15   CNGA1; CRBM; DCK; DSPP; DTDP2; ELONG; ENAM; ETFDH; EVC; F11; FABP2; FGA;

FGB; FGFR3; FGG; FSHMD1A; GC; GNPTA; GNRHR; GYPA; HCA; HCL2; HD; HTN3;

HVBS6; IDUA; IF; JPD; KIT; KLKB1; LQT4; MANBA; MLLT2; MSX1; MTP; NR3C2; PBT;

PDE6B; PEE1; PITX2; PKD2; QDPR; SGCB; SLC25A4; SNCA; SOD3; STATH; TAPVR1;

TYS; WBS2; WFS1; WHCR; ADAMTS2; ADRB2; AMCN; AP3B1; APC; ARSB; B4GALT7;

20   BHR1; C6; C7; CCAL2; CKN1; CMDJ; CRHBP; CSF1R; DHFR; DIAPH1; DTR; EOS; EPD;

ERVR; F12; FBN2; GDNF; GHR; GLRA1; GM2A; HEXB; HSD17B4; ITGA2; KFS;

-86-

P-8155-USP

LGMD1A; LOX; LTC4S; MAN2A1; MCC; MCCC2; MSH3; MSX2; NR3C1; PCSK1; PDE6A;

PFBI; RASA1; SCZD1; SDHA; SGCD; SLC22A5; SLC26A2; SLC6A3; SM1; SMA@; SMN1;

SMN2; SPINK5; TCOF1; TELAB1; TGFBI; ALDH5A1; ARG1; AS; ASSP2; BCKDHB; BF;

C2; C4A; CDKN1A; COL10A1; COL11A2; CYP21A2; DYX2; EJM1; ELOVL4; EPM2A;

5    ESR1; EYA4; F13A1; FANCE; GCLC; GJA1; GLYS1; GMPR; GSE; HCR; HFE; HLA-A;

HLA-DPB1; HLA-DRA; HPFH; ICS1; IDDM1; IFNGR1; IGAD1; IGF2R; ISCW; LAMA2;

LAP; LCA5; LPA; MCDR1; MOCS1; MUT; MYB; NEU1; NKS1; NYS2; OA3; ODDD; OFC1;

PARK2; PBCA; PBCRA1; PDB1; PEX3; PEX6; PEX7; PKHD1; PLA2G7; PLG; POLH;

PPAC; PSORS1; PUJO; RCD1; RDS; RHAG; RP14; RUNX2; RWS; SCA1; SCZD3; SIASD;

10   SOD2; ST8; TAP1; TAP2; TFAP2B; TNDM; TNF; TPBG; TPMT; TULP1; WISP3; AASS;

ABCB1; ABCB4; ACHE; AQP1; ASL; ASNS; AUTS1; BPGM; BRAF; C7orf2; CACNA2D1;

CCM1; CD36; CFTR; CHORDOMA; CLCN1; CMH6; CMT2D; COL1A2; CRS; CYMD;

DFNA5; DLD; DYT11; EEC1; ELN; ETV1; FKBP6; GCK; GHRHR; GHS; GLI3; GPDS1;

GUSB; HLXB9; HOXA13; HPFH2; HRX; IAB; IMMP2L; KCNH2; LAMB1; LEP; MET;

15   NCF1; NM; OGDH; OPN1SW; PEX1; PGAM2; PMS2; PON1; PPP1R3A; PRSS1; PTC;

PTPN12; RP10; RP9; SERPINE1; SGCE; SHFM1; SHH; SLC26A3; SLC26A4; SLOS;

SMAD1; TBXAS1; TWIST; ZWS1; ACHM3; ADRB3; ANK1; CA1; CA2; CCAL1; CLN8;

CMT4A; CNGB3; COH1; CPP; CRH; CYP11B1; CYP11B2; DECR1; DPYS; DURS1; EBS1;

ECA1; EGI; EXT1; EYA1; FGFR1; GNRH1; GSR; GULOP; HR; KCNQ3; KFM; KWE;

20   LGCR; LPL; MCPH1; MOS; MYC; NAT1; NAT2; NBS1; PLAT; PLEC1; PRKDC; PXMP3;

RP1; SCZD6; SFTPC; SGM1; SPG5A; STAR; TG; TRPS1; TTPA; VMD1; WRN; ABCA1;

-87-

P-8155-USP

ABL1; ABO; ADAMTS13; AK1; ALAD; ALDH1A1; ALDOB; AMBP; AMCD1; ASS; BDMF;

BSCL; C5; CDKN2A; CHAC; CLA1; CMD1B; COL5A1; CRAT; DBH; DNAI1; DYS; DYT1;

ENG; FANCC; FBP1; FCMD; FRDA; GALT; GLDC; GNE; GSM1; GSN; HSD17B3; HSN1;

IBM2; INVS; JBTS1; LALL; LCCS1; LCCS; LGMD2H; LMX1B; MLLT3; MROS; MSSE;

5    NOTCH1; ORM1; PAPPA; PIP5K1B; PTCH; PTGS1; RLN1; RLN2; RMRP; ROR2; RPD1;

SARDH; SPTLC1; STOM; TDFA; TEK; TMC1; TRIM32; TSC1; TYRP1; XPA; CACNB2;

COL17A1; CUBN; CXCL12; CYP17; CYP2C19; CYP2C9; EGR2; EMX2; ERCC6; FGFR2;

HK1; HPS1; IL2RA; LGI1; LIPA; MAT1A; MBL2; MKI67; MXI1; NODAL; OAT; OATL3;

PAX2; PCBD; PEO1; PHYH; PNLIP; PSAP; PTEN; RBP4; RDPA; RET; SFTPA1; SFTPD;

10    SHFM3; SIAL; THC2; TLX1; TNFRSF6; UFS; UROS; AA; ABCC8; ACAT1; ALX4; AMPD3;

ANC; APOA1; APOA4; APOC3; ATM; BSCL2; BWS; CALCA; CAT; CCND1; CD3E; CD3G;

CD59; CDKN1C; CLN2; CNTF; CPT1A; CTSC; DDB1; DDB2; DHCR7; DLAT; DRD4;

ECB2; ED4; EVR1; EXT2; F2; FSHB; FTH1; G6PT1; G6PT2; GIF; HBB; HBBP1; HBD;

HBE1; HBG1; HBG2; HMBS; HND; HOMG2; HRAS; HVBS1; IDDM2; IGER; INS; JBS;

15    KCNJ11; KCNJ1; KCNQ1; LDHA; LRP5; MEN1; MLL; MYBPC3; MYO7A; NNO1; OPPG;

OPTB1; PAX6; PC; PDX1; PGL2; PGR; PORC; PTH; PTS; PVRL1; PYGM; RAG1; RAG2;

ROM1; RRAS2; SAA1; SCA5; SCZD2; SDHD; SERPING1; SMPD1; TCIRG1; TCL2;

TECTA; TH; TREH; TSG101; TYR; USH1C; VMD2; VRNI; WT1; WT2; ZNF145; A2M;

AAAS; ACADS; ACLS; ACVRL1; ALDH2; AMHR2; AOM; AQP2; ATD; ATP2A2; BDC;

20    C1R; CD4; CDK4; CNA1; COL2A1; CYP27B1; DRPLA; ENUR2; FEOM1; FGF23; FPF;

GNB3; GNS; HAL; HBP1; HMGA2; HMN2; HPD; IGF1; KCNA1; KERA; KRAS2; KRT1;

-88-

P-8155-USP

KRT2A; KRT3; KRT4; KRT5; KRT6A; KRT6B; KRTHB6; LDHB; LYZ; MGCT; MPE; MVK; MYL2; OAP; PAH; PPKB; PRB3; PTPN11; PXR1; RLS; RSN; SAS; SAX1; SCA2; SCNN1A; SMAL; SPPM; SPSMA; TBX3; TBX5; TCF1; TPI1; TSC3; ULR; VDR; VWF; ATP7B; BRCA2; BRCD1; CLN5; CPB2; ED2; EDNRB; ENUR1; ERCC5; F10; F7; GJB2; GJB6; IPF1; MBS1; MCOR; NYS4; PCCA; RB1; RHOK; SCZD7; SGCG; SLC10A2; SLC25A15; STARP1; ZNF198; ACHM1; ARVD1; BCH; CTAA1; DAD1; DFNB5; EML1; GALC; GCH1; IBGC1; IGH@; IGHC group; IGHG1; IGHM; IGHR; IV; LTBP2; MCOP; MJD; MNG1; MPD1; MPS3C; MYH6; MYH7; NP; NPC2; PABPN1; PSEN1; PYGL; RPGRIP1; SERPINA1; SERPINA3; SERPINA6; SLC7A7; SPG3A; SPTB; TCL1A; TGM1; TITF1; TMIP; TRA@; TSHR; USH1A; VP; ACCPN; AHO2; ANCR; B2M; BBS4; BLM; CAPN3; CDAN1; CDAN3; CLN6; CMH3; CYP19; CYP1A1; CYP1A2; DYX1; EPB42; ETFA; EYCL3; FAH; FBN1; FES; HCVS; HEXA; IVD; LCS1; LIPC; MYO5A; OCA2; OTSC1; PWCR; RLBP1; SLC12A1; SPG6; TPM1; UBE3A; WMS; ABCC6; ALDOA; APRT; ATP2A1; BBS2; CARD15; CATM; CDH1; CETP; CHST6; CLN3; CREBBP; CTH; CTM; CYBA; CYLD; DHS; DNASE1; DPEP1; ERCC4; FANCA; GALNS; GAN; HAGH; HBA1; HBA2; HBHR; HBQ1; HBZ; HBZP; HP; HSD11B2; IL4R; LIPB; MC1R; MEFV; MHC2TA; MLYCD; MMVP1; PHKB; PHKG2; PKD1; PKDTS; PMM2; PXE; SALL1; SCA4; SCNN1B; SCNN1G; SLC12A3; TAT; TSC2; VDI; WT3; ABR; ACACA; ACADVL; ACE; ALDH3A2; APOH; ASPA; AXIN2; BCL5; BHD; BLMH; BRCA1; CACD; CCA1; CCZS; CHRNB1; CHRNE; CMT1A; COL1A1; CORD5; CTNS; EPX; ERBB2; G6PC; GAA; GALK1; GCGR; GFAP; GH1; GH2; GP1BA; GPSC; GUCY2D; ITGA2B; ITGB3; ITGB4; KRT10; KRT12; KRT13; KRT14; KRT14L1; KRT14L2;

-89-

P-8155-USP

KRT14L3; KRT16; KRT16L1; KRT16L2; KRT17; KRT9; MAPT; MDB; MDCR; MGI; MHS2;

MKS1; MPO; MYO15A; NAGLU; NAPB; NF1; NME1; P4HB; PAFAH1B1; PECAM1;

PEX12; PHB; PMP22; PRKAR1A; PRKCA; PRKWNK4; PRP8; PRPF8; PTLAH; RARA;

RCV1; RMSA1; RP17; RSS; SCN4A; SERPINF2; SGCA; SGSH; SHBG; SLC2A4; SLC4A1;

5   SLC6A4; SMCR; SOST; SOX9; SSTR2; SYM1; SYNS1; TCF2; THRA; TIMP2; TOC;

TOP2A; TP53; TRIM37; VBCH; ATP8B1; BCL2; CNSN; CORD1; CYB5; DCC; F5F8D;

FECH; FEO; LAMA3; LCFS2; MADH4; MAFD1; MC2R; MCL; MYP2; NPC1; SPPK;

TGFBRE; TGIF; TTR; AD2; AMH; APOC2; APOE; ATHS; BAX; BCKDHA; BCL3; BFIC;

C3; CACNA1A; CCO; CEACAM5; COMP; CRX; DBA; DDU; DFNA4; DLL3; DM1;

10   DMWD; E11S; ELA2; EPOR; ERCC2; ETFB; EXT3; EYCL1; FTL; FUT1; FUT2; FUT6;

GAMT; GCDH; GPI; GUSM; HB1; HCL1; HHC2; HHC3; ICAM3; INSR; JAK3; KLK3;

LDLR; LHB; LIG1; LOH19CR1; LYL1; MAN2B1; MCOLN1; MDRV; MLLT1; NOTCH3;

NPHS1; OFC3; OPA3; PEPD; PRPF31; PRTN3; PRX; PSG1; PVR; RYR1; SLC5A5; SLC7A9;

STK11; TBXA2R; TGFB1; TNNI3; TYROBP; ADA; AHCY; AVP; CDAN2; CDPD1; CHED1;

15   CHED2; CHRNA4; CST3; EDN3; EEGV1; FTLL1; GDF5; GNAS; GSS; HNF4A; JAG1;

KCNQ2; MKKS; NBIA1; PCK1; PI3; PPCD; PPGB; PRNP; THBD; TOP1; AIRE; APP; CBS;

COL6A1; COL6A2; CSTB; DCR; DSCR1; FPDMM; HLCS; HPE1; ITGB2; KCNE1; KNO;

PRSS7; RUNX1; SOD1; TAM; ADSL; ARSA; BCR; CECR; CHEK2; COMT; CRYBB2;

CSF2RB; CTHM; CYP2D6; CYP2D7P1; DGCR; DIA1; EWSR1; GGT1; MGCR; MN1;

20   NAGA; NF2; OGS2; PDGFB; PPARA; PRODH; SCO2; SCZD4; SERPIND1; SLC5A1;

SOX10; TCN2; TIMP3; TST; VCF; ABCD1; ACTL1; ADFN; AGMX2; AHDS; AIC; AIED;

-90-

P-8155-USP

AIH3; ALAS2; AMCD; AMELX; ANOP1; AR; ARAF1; ARSC2; ARSE; ARTS; ARX; ASAT;

ASSP5; ATP7A; ATRX; AVPR2; BFLS; BGN; BTK; BZX; C1HR; CACNA1F; CALB3;

CBBM; CCT; CDR1; CFNS; CGF1; CHM; CHR39C; CIDX; CLA2; CLCN5; CLS; CMTX2;

CMTX3; CND; COD1; COD2; COL4A5; COL4A6; CPX; CVD1; CYBB; DCX; DFN2; DFN4;

5  DFN6; DHOF; DIAPH2; DKC1; DMD; DSS; DYT3; EBM; EBP; ED1; ELK1; EMD; EVR2;

F8; F9; FCP1; FDPSL5; FGD1; FGS1; FMR1; FMR2; G6PD; GABRA3; GATA1; GDI1;

GDXY; GJB1; GK; GLA; GPC3; GRPR; GTD; GUST; HMS1; HPRT1; HPT; HTC2; HTR2C;

HYR; IDS; IHG1; IL2RG; INDX; IP1; IP2; JMS; KAL1; KFSD; L1CAM; LAMP2; MAA;

MAFD2; MAOA; MAOB; MCF2; MCS; MEAX; MECP2; MF4; MGC1; MIC5; MID1;

10  MLLT7; MLS; MRSD; MRX14; MRX1; MRX20; MRX2; MRX3; MRX40; MRXA; MSD;

MTM1; MYCL2; MYP1; NDP; NHS; NPHL1; NR0B1; NSX; NYS1; NYX; OA1; OASD;

OCRL; ODT1; OFD1; OPA2; OPD1; OPEM; OPN1LW; OPN1MW; OTC; P3; PDHA1; PDR;

PFC; PFKFB1; PGK1; PGK1P1; PGS; PHEX; PHKA1; PHKA2; PHP; PIGA; PLP1; POF1;

POLA; POU3F4; PPMX; PRD; PRPS1; PRPS2; PRS; RCCP2; RENBP; RENS1; RP2; RP6;

15  RPGR; RPS4X; RPS6KA3; RS1; S11; SDYS; SEDL; SERPINA7; SH2D1A; SHFM2;

SLC25A5; SMAX2; SRPX; SRS; STS; SYN1; SYP; TAF1; TAZ; TBX22; TDD; TFE3; THAS;

THC; TIMM8A; TIMP1; TKCR; TNFSF5; UBE1; UBE2A; WAS; WSN; WTS; WWS; XIC;

XIST; XK; XM; XS; ZFX; ZIC3; ZNF261; ZNF41; ZNF6; AMELY; ASSP6; AZF1; AZF2;

DAZ; GCY; RPS4Y; SMCY; SRY; ZFY; ABAT; AEZ; AFA; AFD1; ASAH1; ASD1; ASMT;

20  CCAT; CECR9; CEPA; CLA3; CLN4; CSF2RA; CTS1; DF; DIH1; DWS; DYT2; DYT4;

EBR3; ECT; EEF1A1L14; EYCL2; FANCB; GCSH; GCSL; GIP; GTS; HHG; HMI; HOAC;

-91-

P-8155-USP

HOKPP2; HRPT1; HSD3B3; HTC1; HV1S; ICHQ; ICR1; ICR5; IL3RA; KAL2; KMS; KRT18;

KSS; LCAT; LHON; LIMM; MANBB; MCPH2; MEB; MELAS; MIC2; MPFD; MS; MSS;

MTATP6; MTCO1; MTCO3; MTCYB; MTND1; MTND2; MTND4; MTND5; MTND6;

MTRNR1; MTRNR2; MTTE; MTTG; MTTI; MTTK; MTTL1; MTTL2; MTTN; MTTP;

MTTS1; NAMSD; OCD1; OPD2; PCK2; PCLD; PCOS1; PFKM; PKD3; PRCA1; PRO1;

PROP1; RBS; RFXAP; RP; SHOX; SLC25A6; SPG5B; STO; SUOX; THM; or TTD.

25.   A method for treating a vasospasm in a subject, comprising contacting a cell of said subject with
an *in vitro*-synthesized RNA molecule, said *in vitro*-synthesized RNA molecule comprising an
open reading frame encoding inducible nitric oxide synthase (iNOS), thereby treating a
vasospasm in a subject.

26.   The method of claim 25, wherein said *in vitro*-synthesized RNA molecule further comprises a
pseudouridine or a modified nucleoside.

27.   The method of claim 25, wherein said cell is a vascular endothelial cell.

28.   A method for improving a survival rate of a cell in a subject, comprising contacting said cell with
an *in vitro*-synthesized RNA molecule, said *in vitro*-synthesized RNA molecule comprising an
open reading frame encoding a heat shock protein, thereby improving a survival rate of a cell in a
subject.

29.   The method of claim 28, wherein said *in vitro*-synthesized RNA molecule further comprises a
pseudouridine or a modified nucleoside.

-92-

P-8155-USP

30.   The method of claim 28, wherein said cell is an endothelial cell.

31.   A method for decreasing an incidence of a restenosis of a blood vessel following a procedure that enlarges said blood vessel, comprising contacting a cell of said blood vessel with an *in vitro*-synthesized RNA molecule, said *in vitro*-synthesized RNA molecule comprising an open reading frame encoding a heat shock protein, thereby decreasing an incidence of a restenosis in a subject.

32.   The method of claim 31, wherein said *in vitro*-synthesized RNA molecule further comprises a pseudouridine or a modified nucleoside.

33.   The method of claim 31, wherein said cell is an endothelial cell.

34.   The method of claim 31, wherein said procedure is an angioplasty.

35.   A method for increasing a hair growth from a hair follicle in a scalp of a subject, comprising contacting a cell of said scalp with an *in vitro*-synthesized RNA molecule, said *in vitro*-synthesized RNA molecule comprising an open reading frame encoding a telomerase or an immunosuppressive protein, thereby increasing a hair growth from a hair follicle.

36.   The method of claim 35, wherein said *in vitro*-synthesized RNA molecule further comprises a pseudouridine or a modified nucleoside.

37.   The method of claim 35, wherein said immunosuppressive protein is α-melanocyte-stimulating hormone (α-MSH), transforming growth factor-β 1 (TGF-β 1), or insulin-like growth factor-I (IGF-I).

-93-

P-8155-USP

38.     The method of claim 35, wherein said cell is an epithelial cell.

39.     A method of inducing expression of an enzyme with antioxidant activity in a cell, comprising

        contacting said cell with an *in vitro*-synthesized RNA molecule, said *in vitro*-synthesized RNA

        molecule comprising an open reading frame encoding said enzyme, thereby inducing expression

5       of an enzyme with antioxidant activity in a cell.

40.     The method of claim 39, wherein said *in vitro*-synthesized RNA molecule further comprises a

        pseudouridine or a modified nucleoside.

41.     The method of claim 39, wherein said enzyme is catalase, glutathione peroxidase, phospholipid

        hydroperoxide glutathione peroxidase, superoxide dismutase-1, or superoxide dismutase-2.

10   42.     The method of claim 39, wherein said cell is a skin cell.

43.     The method of claim 39, wherein said cell is a keratinocyte.

44.     A method for treating cystic fibrosis in a subject, comprising contacting a cell of said subject

        with an *in vitro*-synthesized RNA molecule, said *in vitro*-synthesized RNA molecule comprising

        an open reading frame encoding Cystic Fibrosis Transmembrane conductance Regulator (CFTR),

15      thereby treating cystic fibrosis in a subject.

45.     The method of claim 44, wherein said *in vitro*-synthesized RNA molecule further comprises a

        pseudouridine or a modified nucleoside.

-94-

P-8155-USP

46.     The method of claim 44, wherein said cell is an epithelial cell.

47.     A method for treating an X-linked agammaglobulinemia in a subject, comprising contacting a
cell of said subject with an *in vitro*-synthesized RNA molecule, said *in vitro*-synthesized RNA
molecule comprising an open reading frame encoding a Bruton's tyrosine kinase, thereby treating
5       an X-linked agammaglobulinemia.

48.     The method of claim 47, wherein said *in vitro*-synthesized RNA molecule further comprises a
pseudouridine or a modified nucleoside.

49.     The method of claim 47, wherein said cell is a hematopoietic cell.

50.     A method for treating an adenosine deaminase severe combined immunodeficiency (ADA SCID)
10      in a subject, comprising contacting a cell of said subject with an *in vitro*-synthesized RNA
molecule, said *in vitro*-synthesized RNA molecule comprising an open reading frame encoding
an ADA, thereby treating an ADA SCID.

51.     The method of claim 50, wherein said *in vitro*-synthesized RNA molecule further comprises a
pseudouridine or a modified nucleoside.

15      52.     The method of claim 50, wherein said cell is a lymphocyte.

53.     An *in vitro*-transcribed RNA molecule, comprising a pseudouridine or a modified nucleoside.

54.     The *in vitro*-transcribed RNA molecule of claim 53, wherein said modified nucleoside is $m^5C$,

-95-

P-8155-USP

m5U, m$^6$A, s$^2$U, Ψ, or 2'-O-methyl-U.

55.    The *in vitro*-transcribed RNA molecule of claim 53, wherein said modified nucleoside is m$^1$A (1-methyladenosine);  m$^2$A  (2-methyladenosine);  m$^6$A  (N$^6$-methyladenosine);  Am  (2'-O-methyladenosine);  ms$^2$m$^6$A (2-methylthio-N$^6$-methyladenosine); i$^6$A (N$^6$-isopentenyladenosine); ms$^2$i6A (2-methylthio-N$^6$isopentenyladenosine); io$^6$A  (N$^6$-(cis-hydroxyisopentenyl)adenosine); ms$^2$io$^6$A    (2-methylthio-N$^6$-(cis-hydroxyisopentenyl)   adenosine);   g$^6$A    (N$^6$-glycinylcarbamoyladenosine); t$^6$A (N$^6$-threonylcarbamoyladenosine); ms$^2$t$^6$A (2-methylthio-N$^6$-threonyl carbamoyladenosine); m$^6$t$^6$A  (N$^6$-methyl-N$^6$-threonylcarbamoyladenosine); hn$^6$A(N$^6$-hydroxynorvalylcarbamoyladenosine);      ms$^2$hn$^6$A      (2-methylthio-N$^6$-hydroxynorvalyl carbamoyladenosine); Ar(p) (2'-O-ribosyladenosine (phosphate)); I (inosine); m$^1$I (1-methylinosine);  m$^1$Im  (1,2'-O-dimethylinosine);  m$^3$C  (3-methylcytidine);  Cm  (2'-O-methylcytidine); s$^2$C (2-thiocytidine); ac$^4$C (N$^4$-acetylcytidine); f$^5$C (5-formylcytidine); m$^5$Cm (5,2'-O-dimethylcytidine); ac$^4$Cm (N$^4$-acetyl-2'-O-methylcytidine); k$^2$C (lysidine); m$^1$G (1-methylguanosine);   m$^2$G  (N$^2$-methylguanosine);  m$^7$G  (7-methylguanosine);  Gm  (2'-O-methylguanosine); m$^2_2$G (N$^2$,N$^2$-dimethylguanosine); m$^2$Gm (N$^2$,2'-O-dimethylguanosine); m$^2_2$Gm  (N$^2$,N$^2$,2'-O-trimethylguanosine); Gr(p) (2'-O-ribosylguanosine (phosphate)); yW (wybutosine); o$_2$yW (peroxywybutosine); OHyW  (hydroxywybutosine);           OHyW* (undermodified hydroxywybutosine); imG (wyosine); mimG (methylwyosine); Q (queuosine); oQ (epoxyqueuosine); galQ (galactosyl-queuosine); manQ (mannosyl-queuosine); preQ$_0$ (7-cyano-7-deazaguanosine); preQ$_1$ (7-aminomethyl-7-deazaguanosine); G$^+$ (archaeosine); Ψ

-96-

P-8155-USP

(pseudouridine); D (dihydrouridine); $m^5U$ (5-methyluridine); Um (2'-O-methyluridine); $m^5Um$ (5,2'-O-dimethyluridine); $m^1\Psi$ (1-methylpseudouridine); $\Psi m$ (2'-O-methylpseudouridine); $s^2U$ (2-thiouridine); $s^4U$ (4-thiouridine); $m^5s^2U$ (5-methyl-2-thiouridine); $s^2Um$ (2-thio-2'-O-methyluridine); $acp^3U$ (3-(3-amino-3-carboxypropyl)uridine); $ho^5U$ (5-hydroxyuridine); $mo^5U$ (5-methoxyuridine); $cmo^5U$ (uridine 5-oxyacetic acid); $mcmo^5U$ (uridine 5-oxyacetic acid methyl ester); $chm^5U$ (5-(carboxyhydroxymethyl)uridine)); $mchm^5U$ (5-(carboxyhydroxymethyl)uridine methyl ester); $mcm^5U$ (5-methoxycarbonylmethyluridine); $mcm^5Um$ (5-methoxycarbonylmethyl-2'-O-methyluridine); $mcm^5s^2U$ (5-methoxycarbonylmethyl-2-thiouridine); $nm^5s^2U$ (5-aminomethyl-2-thiouridine); $mnm^5U$ (5-methylaminomethyluridine); $mnm^5s^2U$ (5-methylaminomethyl-2-thiouridine); $mnm^5se^2U$ (5-methylaminomethyl-2-selenouridine); $ncm^5U$ (5-carbamoylmethyluridine); $ncm^5Um$ (5-carbamoylmethyl-2'-O-methyluridine); $cmnm^5U$ (5-carboxymethylaminomethyluridine); $cmnm^5Um$ (5-carboxymethylaminomethyl-2'-O-methyluridine); $cmnm^5s^2U$ (5-carboxymethylaminomethyl-2-thiouridine); $m^6_2A$ ($N^6,N^6$-dimethyladenosine); Im (2'-O-methylinosine); $m^4C$ ($N^4$-methylcytidine); $m^4Cm$ ($N^4$,2'-O-dimethylcytidine); $hm^5C$ (5-hydroxymethylcytidine); $m^3U$ (3-methyluridine); $m^1acp^3\Psi$ (1-methyl-3-(3-amino-3-carboxypropyl) pseudouridine); $cm^5U$ (5-carboxymethyluridine); $m^6Am$ ($N^6$,2'-O-dimethyladenosine); $m^6_2Am$ ($N^6,N^6,O-2'$-trimethyladenosine); $m^{2,7}G$ ($N^2$,7-dimethylguanosine); $m^{2,2,7}G$ ($N^2,N^2$,7-trimethylguanosine); $m^3Um$ (3,2'-O-dimethyluridine); $m^5D$ (5-methyldihydrouridine); $m^3\Psi$ (3-methylpseudouridine); $f^5Cm$ (5-formyl-2'-O-methylcytidine); $m^1Gm$ (1,2'-O-dimethylguanosine); $m^1Am$ (1,2'-O-dimethyladenosine); $\tau m^5U$ (5-taurinomethyluridine); $\tau m^5s^2U$ (5-taurinomethyl-2-thiouridine));

-97-

P-8155-USP

imG-14 (4-demethylwyosine); imG2 (isowyosine); or ac$^6$A (N$^6$-acetyladenosine).

56.    The *in vitro*-transcribed RNA molecule of claim 53, wherein said *in vitro*-transcribed RNA molecule further comprises an open reading frame that encodes a functional protein.

57.    The *in vitro*-transcribed RNA molecule of claim 53, wherein said *in vitro*-transcribed RNA molecule is synthesized by a polymerase selected from T7, SP6, and T3 phage RNA polymerases.

58.    The *in vitro*-transcribed RNA molecule of claim 53, further comprising a poly-A tail.

59.    The *in vitro*-transcribed RNA molecule of claim 53, further comprising an m7GpppG cap.

60.    An *in vitro*-synthesized oligoribonucleotide, comprising a pseudouridine or a modified nucleoside, wherein said modified nucleoside is m$^5$C, m$^5$U, m$^6$A, s2U, Ψ, or 2'-O-methyl-U.

61.    The *in vitro*-synthesized oligoribonucleotide of claim 60, wherein said *in vitro*-synthesized oligoribonucleotide is a therapeutic oligoribonucleotide.

62.    The *in vitro*-synthesized oligoribonucleotide of claim 60, wherein said *in vitro*-synthesized oligoribonucleotide is a short hairpin (sh)RNA or small interfering RNA (siRNA).

63.    A gene-therapy vector, comprising an *in vitro*-synthesized polyribonucleotide molecule, wherein said polyribonucleotide molecule comprises a pseudouridine or a modified nucleoside.

64.    The gene-therapy vector of claim 63, wherein said modified nucleoside is m$^5$C, m$^5$U, m$^6$A,

-98-

P-8155-USP

$s^2U$, $\Psi$, or 2'-O-methyl-U.

65. The gene-therapy vector of claim 63, wherein said modified nucleoside is $m^1A$ (1-methyladenosine); $m^2A$ (2-methyladenosine); $m^6A$ ($N^6$-methyladenosine); Am (2'-O-methyladenosine); $ms^2m^6A$ (2-methylthio-$N^6$-methyladenosine); $i^6A$ ($N^6$-isopentenyladenosine); $ms^2i6A$ (2-methylthio-$N^6$isopentenyladenosine); $io^6A$ ($N^6$-(cis-hydroxyisopentenyl)adenosine); $ms^2io^6A$ (2-methylthio-$N^6$-(cis-hydroxyisopentenyl) adenosine); $g^6A$ ($N^6$-glycinylcarbamoyladenosine); $t^6A$ ($N^6$-threonylcarbamoyladenosine); $ms^2t^6A$ (2-methylthio-$N^6$-threonyl carbamoyladenosine); $m^6t^6A$ ($N^6$-methyl-$N^6$-threonylcarbamoyladenosine); $hn^6A$($N^6$-hydroxynorvalylcarbamoyladenosine); $ms^2hn^6A$ (2-methylthio-$N^6$-hydroxynorvalyl carbamoyladenosine); Ar(p) (2'-O-ribosyladenosine (phosphate)); I (inosine); $m^1I$ (1-methylinosine); $m^1Im$ (1,2'-O-dimethylinosine); $m^3C$ (3-methylcytidine); Cm (2'-O-methylcytidine); $s^2C$ (2-thiocytidine); $ac^4C$ ($N^4$-acetylcytidine); $f^5C$ (5-formylcytidine); $m^5Cm$ (5,2'-O-dimethylcytidine); $ac^4Cm$ ($N^4$-acetyl-2'-O-methylcytidine); $k^2C$ (lysidine); $m^1G$ (1-methylguanosine); $m^2G$ ($N^2$-methylguanosine); $m^7G$ (7-methylguanosine); Gm (2'-O-methylguanosine); $m^2_2G$ ($N^2,N^2$-dimethylguanosine); $m^2Gm$ ($N^2,2'$-O-dimethylguanosine); $m^2_2Gm$ ($N^2,N^2,2'$-O-trimethylguanosine); Gr(p) (2'-O-ribosylguanosine (phosphate)); yW (wybutosine); $o_2yW$ (peroxywybutosine); OHyW (hydroxywybutosine); OHyW* (undermodified hydroxywybutosine); imG (wyosine); mimG (methylwyosine); Q (queuosine); oQ (epoxyqueuosine); galQ (galactosyl-queuosine); manQ (mannosyl-queuosine); $preQ_0$ (7-cyano-7-deazaguanosine); $preQ_1$ (7-aminomethyl-7-deazaguanosine); $G^+$ (archaeosine); $\Psi$

-99-

P-8155-USP

(pseudouridine); D (dihydrouridine); $m^5U$ (5-methyluridine); Um (2'-O-methyluridine); $m^5Um$ (5,2'-O-dimethyluridine); $m^1\Psi$ (1-methylpseudouridine); $\Psi m$ (2'-O-methylpseudouridine); $s^2U$ (2-thiouridine); $s^4U$ (4-thiouridine); $m^5s^2U$ (5-methyl-2-thiouridine); $s^2Um$ (2-thio-2'-O-methyluridine); $acp^3U$ (3-(3-amino-3-carboxypropyl)uridine); $ho^5U$ (5-hydroxyuridine); $mo^5U$ (5-methoxyuridine); $cmo^5U$ (uridine 5-oxyacetic acid); $mcmo^5U$ (uridine 5-oxyacetic acid methyl ester); $chm^5U$ (5-(carboxyhydroxymethyl)uridine)); $mchm^5U$ (5-(carboxyhydroxymethyl)uridine methyl ester); $mcm^5U$ (5-methoxycarbonylmethyluridine; $mcm^5Um$ (5-methoxycarbonylmethyl-2'-O-methyluridine); $mcm^5s^2U$ (5-methoxycarbonylmethyl-2-thiouridine); $nm^5s^2U$ (5-aminomethyl-2-thiouridine); $mnm^5U$ (5-methylaminomethyluridine); $mnm^5s^2U$ (5-methylaminomethyl-2-thiouridine); $mnm^5se^2U$ (5-methylaminomethyl-2-selenouridine); $ncm^5U$ (5-carbamoylmethyluridine); $ncm^5Um$ (5-carbamoylmethyl-2'-O-methyluridine); $cmnm^5U$ (5-carboxymethylaminomethyluridine); $cmnm^5Um$ (5-carboxymethylaminomethyl-2'-O-methyluridine); $cmnm^5s^2U$ (5-carboxymethylaminomethyl-2-thiouridine); $m^6_2A$ ($N^6,N^6$-dimethyladenosine); Im (2'-O-methylinosine); $m^4C$ ($N^4$-methylcytidine); $m^4Cm$ ($N^4$,2'-O-dimethylcytidine); $hm^5C$ (5-hydroxymethylcytidine); $m^3U$ (3-methyluridine); $m^1acp^3\Psi$ (1-methyl-3-(3-amino-3-carboxypropyl) pseudouridine); $cm^5U$ (5-carboxymethyluridine); $m^6Am$ ($N^6$,2'-O-dimethyladenosine); $m^6_2Am$ ($N^6,N^6,O$-2'-trimethyladenosine); $m^{2,7}G$ ($N^2$,7-dimethylguanosine); $m^{2,2,7}G$ ($N^2,N^2$,7-trimethylguanosine); $m^3Um$ (3,2'-O-dimethyluridine); $m^5D$ (5-methyldihydrouridine); $m^3\Psi$ (3-methylpseudouridine); $f^5Cm$ (5-formyl-2'-O-methylcytidine); $m^1Gm$ (1,2'-O-dimethylguanosine); $m^1Am$ (1,2'-O-dimethyladenosine); $\tau m^5U$ (5-taurinomethyluridine); $\tau m^5s^2U$ (5-taurinomethyl-2-thiouridine));

-100-

P-8155-USP

imG-14 (4-demethylwyosine); imG2 (isowyosine); or ac$^6$A (N$^6$-acetyladenosine).

66.    The gene-therapy vector of claim 63, wherein said polyribonucleotide molecule further comprises a poly-A tail.

67.    The gene-therapy vector of claim 63, wherein said polyribonucleotide molecule further comprises an m7GpppG cap.

68.    A double-stranded RNA (dsRNA) molecule comprising a pseudouridine or a modified nucleoside and further containing, as part of its sequence, a small interfering RNA (siRNA) or short hairpin RNA (shRNA), wherein said dsRNA molecule is greater than 50 nucleotides in length.

69.    The dsRNA molecule of claim 68, wherein said dsRNA molecule is manufactured by *in vitro* transcription.

70.    The dsRNA molecule of claim 69, wherein said step of *in vitro*-transcription utilizes a polymerase selected from T7, SP6, and T3 phage RNA polymerases.

71.    The dsRNA molecule of claim 68, wherein said modified nucleoside is m$^5$C, m$^5$U, m$^6$A, s$^2$U, Ψ, or 2'-O-methyl-U.

72.    The dsRNA molecule of claim 68, wherein said modified nucleoside is m$^1$A (1-methyladenosine); m$^2$A (2-methyladenosine); m$^6$A (N$^6$-methyladenosine); Am (2'-O-methyladenosine); ms$^2$m$^6$A (2-methylthio-N$^6$-methyladenosine); i$^6$A (N$^6$-isopentenyladenosine);

-101-

P-8155-USP

ms$^2$i6A (2-methylthio-N$^6$isopentenyladenosine); io$^6$A (N$^6$-(cis-hydroxyisopentenyl)adenosine); ms$^2$io$^6$A (2-methylthio-N$^6$-(cis-hydroxyisopentenyl) adenosine); g$^6$A (N$^6$-glycinylcarbamoyladenosine); t$^6$A (N$^6$-threonylcarbamoyladenosine); ms$^2$t$^6$A (2-methylthio-N$^6$-threonyl carbamoyladenosine); m$^6$t$^6$A (N$^6$-methyl-N$^6$-threonylcarbamoyladenosine); hn$^6$A(N$^6$-hydroxynorvalylcarbamoyladenosine); ms$^2$hn$^6$A (2-methylthio-N$^6$-hydroxynorvalyl carbamoyladenosine); Ar(p) (2'-O-ribosyladenosine (phosphate)); I (inosine); m$^1$I (1-methylinosine); m$^1$Im (1,2'-O-dimethylinosine); m$^3$C (3-methylcytidine); Cm (2'-O-methylcytidine); s$^2$C (2-thiocytidine); ac$^4$C (N$^4$-acetylcytidine); f$^5$C (5-formylcytidine); m$^5$Cm (5,2'-O-dimethylcytidine); ac$^4$Cm (N$^4$-acetyl-2'-O-methylcytidine); k$^2$C (lysidine); m$^1$G (1-methylguanosine); m$^2$G (N$^2$-methylguanosine); m$^7$G (7-methylguanosine); Gm (2'-O-methylguanosine); m$^2_2$G (N$^2$,N$^2$-dimethylguanosine); m$^2$Gm (N$^2$,2'-O-dimethylguanosine); m$^2_2$Gm (N$^2$,N$^2$,2'-O-trimethylguanosine); Gr(p) (2'-O-ribosylguanosine (phosphate)); yW (wybutosine); o$_2$yW (peroxywybutosine); OHyW (hydroxywybutosine); OHyW* (undermodified hydroxywybutosine); imG (wyosine); mimG (methylwyosine); Q (queuosine); oQ (epoxyqueuosine); galQ (galactosyl-queuosine); manQ (mannosyl-queuosine); preQ$_0$ (7-cyano-7-deazaguanosine); preQ$_1$ (7-aminomethyl-7-deazaguanosine); G$^+$ (archaeosine); Ψ (pseudouridine); D (dihydrouridine); m$^5$U (5-methyluridine); Um (2'-O-methyluridine); m$^5$Um (5,2'-O-dimethyluridine); m$^1$Ψ (1-methylpseudouridine); Ψm (2'-O-methylpseudouridine); s$^2$U (2-thiouridine); s$^4$U (4-thiouridine); m$^5$s$^2$U (5-methyl-2-thiouridine); s$^2$Um (2-thio-2'-O-methyluridine); acp$^3$U (3-(3-amino-3-carboxypropyl)uridine); ho$^5$U (5-hydroxyuridine); mo$^5$U (5-methoxyuridine); cmo$^5$U (uridine 5-oxyacetic acid); mcmo$^5$U (uridine 5-oxyacetic acid

-102-

P-8155-USP

methyl ester); chm$^5$U (5-(carboxyhydroxymethyl)uridine)); mchm$^5$U (5-(carboxyhydroxymethyl)uridine methyl ester; mcm$^5$U (5-methoxycarbonylmethyluridine); mcm$^5$Um (5-methoxycarbonylmethyl-2'-O-methyluridine); mcm$^5$s$^2$U (5-methoxycarbonylmethyl-2-thiouridine); nm$^5$s$^2$U (5-aminomethyl-2-thiouridine); mnm$^5$U (5-methylaminomethyluridine); mnm$^5$s$^2$U (5-methylaminomethyl-2-thiouridine); mnm$^5$se$^2$U (5-methylaminomethyl-2-selenouridine); ncm$^5$U (5-carbamoylmethyluridine); ncm$^5$Um (5-carbamoylmethyl-2'-O-methyluridine); cmnm$^5$U (5-carboxymethylaminomethyluridine); cmnm$^5$Um (5-carboxymethylaminomethyl-2'-O-methyluridine); cmnm$^5$s$^2$U (5-carboxymethylaminomethyl-2-thiouridine); m$^6_2$A (N$^6$,N$^6$-dimethyladenosine); Im (2'-O-methylinosine); m$^4$C (N$^4$-methylcytidine); m$^4$Cm (N$^4$,2'-O-dimethylcytidine); hm$^5$C (5-hydroxymethylcytidine); m$^3$U (3-methyluridine); m$^1$acp$^3$Ψ (1-methyl-3-(3-amino-3-carboxypropyl) pseudouridine); cm$^5$U (5-carboxymethyluridine); m$^6$Am (N$^6$,2'-O-dimethyladenosine); m$^6_2$Am (N$^6$,N$^6$,O-2'-trimethyladenosine); m$^{2,7}$G (N$^2$,7-dimethylguanosine); m$^{2,2,7}$G (N$^2$,N$^2$,7-trimethylguanosine); m$^3$Um (3,2'-O-dimethyluridine); m$^5$D (5-methyldihydrouridine); m$^3$Ψ (3-methylpseudouridine); f$^5$Cm (5-formyl-2'-O-methylcytidine); m$^1$Gm (1,2'-O-dimethylguanosine); m$^1$Am (1,2'-O-dimethyladenosine); τm$^5$U (5-taurinomethyluridine); τm$^5$s$^2$U (5-taurinomethyl-2-thiouridine)); imG-14 (4-demethylwyosine); imG2 (isowyosine); or ac$^6$A (N$^6$-acetyladenosine).

73.   The dsRNA molecule of claim 68, wherein said dsRNA molecule is capable of being processed by a cellular enzyme to yield said siRNA or shRNA.

74.   A method for administering a small interfering RNA (siRNA) or short hairpin RNA (shRNA) to

-103-

P-8155-USP

a cell, comprising administering the dsRNA molecule of claim 73, wherein said cell processes said dsRNA molecule to yield said siRNA or shRNA, thereby administering a siRNA or shRNA to a cell.

75.  A method for producing a recombinant protein, comprising contacting an *in vitro* translation apparatus with an *in vitro*-synthesized polyribonucleotide, said *in vitro*-synthesized polyribonucleotide comprising a pseudouridine or a modified nucleoside, thereby producing a recombinant protein.

76.  The method of claim 75, wherein said modified nucleoside is an $m^5C$ (5-methylcytidine).

77.  The method of claim 75, wherein said modified nucleoside is $m^1A$ (1-methyladenosine); $m^2A$ (2-methyladenosine); $m^6A$ ($N^6$-methyladenosine); Am (2'-O-methyladenosine); $ms^2m^6A$ (2-methylthio-$N^6$-methyladenosine); $i^6A$ ($N^6$-isopentenyladenosine); $ms^2i6A$ (2-methylthio-$N^6$isopentenyladenosine); $io^6A$ ($N^6$-(cis-hydroxyisopentenyl)adenosine); $ms^2io^6A$ (2-methylthio-$N^6$-(cis-hydroxyisopentenyl) adenosine); $g^6A$ ($N^6$-glycinylcarbamoyladenosine); $t^6A$ ($N^6$-threonylcarbamoyladenosine); $ms^2t^6A$ (2-methylthio-$N^6$-threonyl carbamoyladenosine); $m^6t^6A$ ($N^6$-methyl-$N^6$-threonylcarbamoyladenosine); $hn^6A$($N^6$-hydroxynorvalylcarbamoyladenosine); $ms^2hn^6A$ (2-methylthio-$N^6$-hydroxynorvalyl carbamoyladenosine); Ar(p) (2'-O-ribosyladenosine (phosphate)); I (inosine); $m^1I$ (1-methylinosine); $m^1Im$ (1,2'-O-dimethylinosine); $m^3C$ (3-methylcytidine); Cm (2'-O-methylcytidine); $s^2C$ (2-thiocytidine); $ac^4C$ ($N^4$-acetylcytidine); $f^5C$ (5-formylcytidine); $m^5Cm$

-104-

(5,2'-O-dimethylcytidine); ac$^4$Cm (N$^4$-acetyl-2'-O-methylcytidine); k$^2$C (lysidine); m$^1$G (1-methylguanosine); m$^2$G (N$^2$-methylguanosine); m$^7$G (7-methylguanosine); Gm (2'-O-methylguanosine); m$^2_2$G (N$^2$,N$^2$-dimethylguanosine); m$^2$Gm (N$^2$,2'-O-dimethylguanosine); m$^2_2$Gm (N$^2$,N$^2$,2'-O-trimethylguanosine); Gr(p) (2'-O-ribosylguanosine (phosphate)); yW (wybutosine); o$_2$yW (peroxywybutosine); OHyW (hydroxywybutosine); OHyW* (undermodified hydroxywybutosine); imG (wyosine); mimG (methylwyosine); Q (queuosine); oQ (epoxyqueuosine); galQ (galactosyl-queuosine); manQ (mannosyl-queuosine); preQ$_0$ (7-cyano-7-deazaguanosine); preQ$_1$ (7-aminomethyl-7-deazaguanosine); G$^+$ (archaeosine); Ψ (pseudouridine); D (dihydrouridine); m$^5$U (5-methyluridine); Um (2'-O-methyluridine); m$^5$Um (5,2'-O-dimethyluridine); m$^1$Ψ (1-methylpseudouridine); Ψm (2'-O-methylpseudouridine); s$^2$U (2-thiouridine); s$^4$U (4-thiouridine); m$^5$s$^2$U (5-methyl-2-thiouridine); s$^2$Um (2-thio-2'-O-methyluridine); acp$^3$U (3-(3-amino-3-carboxypropyl)uridine); ho$^5$U (5-hydroxyuridine); mo$^5$U (5-methoxyuridine); cmo$^5$U (uridine 5-oxyacetic acid); mcmo$^5$U (uridine 5-oxyacetic acid methyl ester); chm$^5$U (5-(carboxyhydroxymethyl)uridine)); mchm$^5$U (5-(carboxyhydroxymethyl)uridine methyl ester); mcm$^5$U (5-methoxycarbonylmethyluridine); mcm$^5$Um (5-methoxycarbonylmethyl-2'-O-methyluridine); mcm$^5$s$^2$U (5-methoxycarbonylmethyl-2-thiouridine); nm$^5$s$^2$U (5-aminomethyl-2-thiouridine); mnm$^5$U (5-methylaminomethyluridine); mnm$^5$s$^2$U (5-methylaminomethyl-2-thiouridine); mnm$^5$se$^2$U (5-methylaminomethyl-2-selenouridine); ncm$^5$U (5-carbamoylmethyluridine); ncm$^5$Um (5-carbamoylmethyl-2'-O-methyluridine); cmnm$^5$U (5-carboxymethylaminomethyluridine); cmnm$^5$Um (5-carboxymethylaminomethyl-2'-O-methyluridine); cmnm$^5$s$^2$U (5-carboxymethylaminomethyl-2-

-105-

P-8155-USP

thiouridine);   $m^6_2A$   ($N^6,N^6$-dimethyladenosine);   Im   (2'-O-methylinosine);   $m^4C$   ($N^4$-methylcytidine); $m^4Cm$ ($N^4$,2'-O-dimethylcytidine); $hm^5C$   (5-hydroxymethylcytidine); $m^3U$ (3-methyluridine);   $m^1acp^3\Psi$   (1-methyl-3-(3-amino-3-carboxypropyl) pseudouridine);   $cm^5U$   (5-carboxymethyluridine);       $m^6Am$     ($N^6$,2'-O-dimethyladenosine);       $m^6_2Am$     ($N^6,N^6$,O-2'-trimethyladenosine); $m^{2,7}G$ ($N^2$,7-dimethylguanosine); $m^{2,2,7}G$ ($N^2,N^2$,7-trimethylguanosine); $m^3Um$ (3,2'-O-dimethyluridine); $m^5D$ (5-methyldihydrouridine); $m^3\Psi$ (3-methylpseudouridine); $f^5Cm$   (5-formyl-2'-O-methylcytidine); $m^1Gm$ (1,2'-O-dimethylguanosine); $m^1Am$ (1,2'-O-dimethyladenosine); $\tau m^5U$ (5-taurinomethyluridine); $\tau m^5s^2U$ (5-taurinomethyl-2-thiouridine)); imG-14 (4-demethylwyosine); imG2 (isowyosine); or $ac^6A$ ($N^6$-acetyladenosine).

78.   A method of reducing an immunogenicity of an oligoribonucleotide molecule or RNA molecule, comprising replacing a nucleotide of said oligoribonucleotide molecule or RNA molecule with a modified version of said nucleotide, in which a nucleoside contained therein is altered to a modified nucleoside, or replacing a uridine residue of said oligoribonucleotide molecule or RNA molecule with a pseudouridine, thereby reducing an immunogenicity of an oligoribonucleotide molecule or RNA molecule.

79.   The method of claim 78, whereby between 0.1% and 100% of the nucleotides in said oligoribonucleotide molecule or RNA molecule are modified.

80.   A method of reducing an immunogenicity of a gene-therapy vector comprising an polyribonucleotide molecule or RNA molecule, the method comprising replacing a nucleotide of

-106-

P-8155-USP

said polyribonucleotide molecule or RNA molecule with a modified version of said nucleotide, in which a nucleoside contained therein is altered to a modified nucleoside, or replacing a uridine residue of said polyribonucleotide molecule or RNA molecule with a pseudouridine, thereby reducing an immunogenicity of a gene-therapy vector.

81.    The method of claim 80, whereby said polyribonucleotide molecule is an *in vitro*-synthesized polyribonucleotide molecule.

82.    The method of claim 80, whereby between 0.1% and 100% of the nucleotides in said polyribonucleotide molecule are modified.

83.    A method of synthesizing an *in vitro*-transcribed RNA molecule comprising a modified nucleotide with a modified nucleoside, comprising contacting an isolated polymerase with a mixture of unmodified nucleotides and said modified nucleotide.

84.    The method of claim 83, wherein said polymerase is selected from T7, SP6, and T3 phage RNA polymerases.

-107-

**This Page is Inserted by IFW Indexing and Scanning Operations and is not part of the Official Record**

## BEST AVAILABLE IMAGES

Defective images within this document are accurate representations of the original documents submitted by the applicant.

Defects in the images include but are not limited to the items checked:

☒ **BLACK BORDERS**

☐ **IMAGE CUT OFF AT TOP, BOTTOM OR SIDES**

☐ **FADED TEXT OR DRAWING**

☐ **BLURRED OR ILLEGIBLE TEXT OR DRAWING**

☐ **SKEWED/SLANTED IMAGES**

☐ **COLOR OR BLACK AND WHITE PHOTOGRAPHS**

☐ **GRAY SCALE DOCUMENTS**

☐ **LINES OR MARKS ON ORIGINAL DOCUMENT**

☐ **REFERENCE(S) OR EXHIBIT(S) SUBMITTED ARE POOR QUALITY**

☐ **OTHER:** _Text To Small_

**IMAGES ARE BEST AVAILABLE COPY.**
**As rescanning these documents will not correct the image problems checked, please do not report these problems to the IFW Image Problem Mailbox.**

P-8155-USP

## ABSTRACT OF THE INVENTION

[00235] This invention provides RNA, oligoribonucleotide, and polyribonucleotide molecules comprising pseudouridine or a modified nucleoside, gene therapy vectors comprising same, methods of synthesizing same, and methods for gene replacement, gene therapy, gene transcription silencing, and the delivery of therapeutic proteins to tissue *in vivo*, comprising the molecules. The present invention also provides methods of reducing the immunogenicity of RNA, oligoribonucleotide, and polyribonucleotide molecules.



Figure 1

BEST AVAILABLE COPY







Figure 2



Figure 3



**B**

|  | TNF-α* | CD80 | CD86 |
|---|---|---|---|
|  | pg/ml | mean fluorescence | |
| lipofectin | 0 | 7.6 | 55.3 |
| poly(I):(C) | 45.6 | 59.4 | 257.4 |
| R848 | 48.3 | 55.2 | 235.4 |
| RNA | | | |
| *unmodified* | 26.7 | 52.7 | 246.4 |
| *m5C* | 0 | 16.4 | 108.6 |
| *m6A* | 0 | 12.4 | 78.4 |
| *Ψ* | 0 | 12.0 | 87.5 |
| *s2U* | 0 | 8.0 | 62.7 |
| *m6A/Ψ* | 0 | 8.6 | 68.4 |

Figure 4





**3**

| Modified nucleoside in reaction[a] (%) | | m6A | | | | | | Ψ | | | | | | m5C | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 1 | 10 | 50 | 90 | 99 | 100 | 1 | 10 | 50 | 90 | 99 | 100 | 1 | 10 | 50 | 90 | 99 | 100 |
| in RNA[b] | | | | | | | | | | | | | | | | | | | |
| expected (%) | 0 | 0.3 | 3.2 | 16 | 29 | 32 | 32 | 0.3 | 2.9 | 14 | 26 | 28 | 29 | 0.2 | 1.7 | 9 | 16 | 17 | 17 |
| measured (%) | 0 | <0.2 | 0.9 | 11 | 28 | 31 | 32 | 0.2 | 1.9 | 12 | 24 | 28 | 29 | 0.4 | 1.4 | 9 | 15 | 17 | 17 |
| measured (number) | 0 | <3 | 14 | 176 | 443 | 490 | 505 | 3 | 29 | 193 | 381 | 441 | 451 | 6 | 23 | 135 | 230 | 270 | 273 |

Figure 5



Figure 6



Figure 7.



Figure 8.



Figure 9A



Figure 9B



Figure 10A.



Figure 10B



Figure 10C

**Activation of PKR by mRNAs**



Figure 11

# This Page is Inserted by IFW Indexing and Scanning Operations and is not part of the Official Record

## BEST AVAILABLE IMAGES

Defective images within this document are accurate representations of the original documents submitted by the applicant.

Defects in the images include but are not limited to the items checked:

☒ **BLACK BORDERS**

☐ **IMAGE CUT OFF AT TOP, BOTTOM OR SIDES**

☐ **FADED TEXT OR DRAWING**

☒ **BLURRED OR ILLEGIBLE TEXT OR DRAWING**

☐ **SKEWED/SLANTED IMAGES**

☐ **COLOR OR BLACK AND WHITE PHOTOGRAPHS**

☐ **GRAY SCALE DOCUMENTS**

☐ **LINES OR MARKS ON ORIGINAL DOCUMENT**

☐ **REFERENCE(S) OR EXHIBIT(S) SUBMITTED ARE POOR QUALITY**

☐ **OTHER:** _____

## IMAGES ARE BEST AVAILABLE COPY.
## As rescanning these documents will not correct the image problems checked, please do not report these problems to the IFW Image Problem Mailbox.