# **EXHIBIT 29**

HEALTHCARE    EDITORS' PICK

# Moderna's Mysterious Medicines

**Nathan Vardi** Former Staff
*Following the money trail*

Dec 14, 2016, 06:56am EST

This article is more than 5 years old.

This story appears in the December 29, 2016 issue of Forbes. Subscribe

**By Nathan Vardi and Matthew Herper**

In a hot biotech venture market, Moderna Therapeutics is ablaze. Based in Cambridge, Massachusetts, and shrouded in secrecy, the startup claims to be developing a new class of drug that hacks the very operating system of life, turning human bodies into drug factories by directing cells to produce therapeutic proteins. Its founders include three of the world's foremost scientists from MIT and Harvard. The biotech community is buzzing with rumors about the company, which says it has 12 new drugs in its pipeline, yet few have a clue as to what specifically it is working on.

One thing is certain: If Moderna is successful, it will be revolutionary for medicine. The sky's the limit on important new remedies it could help develop for everything from cancer to heart disease to the Zika virus. In November it quietly put its third drug in human trials.



This promise has made Moderna chief executive Stéphane Bancel into one of the most successful fundraisers in the industry's history and has given him a near $500



Moderna CEO Stéphane Bancel.
Credit: Gilles ROLLE/REA/Redux

million fortune. Moderna has raked in investor cash from the likes of billionaire Andreas Halvorsen's Viking Global Investors and Wellington Management. Pitchbook puts its valuation at $4.7 billion--more than any publicly traded biotech without a drug on the market. Bancel, 44, a Harvard M.B.A. with a background in sales and operations, is named on many of Moderna's patents. So enthusiastic is he about his startup that he has accumulated his 10% stake by boosting his initial stake with additional purchases during each of Moderna's fundraisings.

Big pharma is also lining up to get in on Bancel's Moderna. In 2013 the startup signed a deal with AstraZeneca that included a $240 million cash payment , followed by a $140 million investment this year. A 2014 agreement with the rare-disease specialist Alexion reeled in a $100 million payment and a $25 million investment. This year Merck paid $200 million so Moderna would help it develop cancer vaccines. In total, Moderna has raised $1.9 billion from eager partners and investors.

The money is real. What's been mysterious is exactly what Bancel has been building. Now an obscure lawsuit filed in British Columbia in October sheds light on one of Moderna's key partners, and through it FORBES can reveal details on Moderna's amazing but still untested technology.

It appears that the first two products Moderna has entered into clinical trials rely on technology from a small outfit in Vancouver, British Columbia, called Acuitas Therapeutics. (Acuitas is so small,

in fact, that its worldwide headquarters are in its CEO's single-family home.)

Almost all medicines either block proteins--the building blocks of life--or, in the case of expensive biotech drugs, are proteins themselves. But Moderna has been promising to hack an entirely different part of life's cookbook. In order to turn genetic information encoded in DNA into the cellular machines that actually are proteins, living things use a messenger chemical called mRNA.

Creating these mRNA drugs is a big challenge on many levels. For them to work, Moderna needs to deliver mRNA to the body's cells. By itself mRNA breaks down in the bloodstream. Tiny Acuitas specializes in one method: lipid-nanoparticle delivery systems. Its technology essentially wraps the mRNA into balls of fat that disguise the drug so that the target cells will readily ingest it.

"Although we are small," says Thomas Madden, chief executive of Acuitas, "I believe the technology we have developed is highly effective."

The problem for Madden and Moderna is that Acuitas doesn't actually own the technology it has licensed to Moderna. The tech belongs to a third company, publicly traded Arbutus, which recently decided to terminate the license for the tech that it had granted to Acuitas. That's why Acuitas filed the lawsuit in British Columbia, to protect the deal it had. Arbutus immediately countersued, claiming its deal with Acuitas didn't cover Moderna's medicines.

The legal mess has its roots in Moderna's 2011 start, when Robert Langer, an MIT professor, Moderna board member and founder of dozens of biotech companies, told Bancel that Moderna was too

underfunded and small to create its own delivery system. So Moderna vetted over a dozen external delivery methods for mRNA and settled on at least three. One belonged to Arbutus, but Moderna turned to tiny Acuitas to get access to it.

Acuitas was formed in 2009 by Madden after a merger eliminated his position at Arbutus' predecessor, Tekmira Pharmaceuticals. After a contentious lawsuit Madden was able to license from his former employer the novel tech he had helped develop, and Bancel claims Moderna chose to work with Acuitas because it had "the people and the capabilities."

But that doesn't explain why Moderna--flush with capital--didn't make sure that sublicensing through Acuitas would be okay with Arbutus before advancing its new drugs into human studies.

Bancel met with FORBES at a Brooklyn coffee shop on a recent Saturday to dispel the implications of the lawsuit. He is dismissive of Acuitas' technology. "We knew it was not very good," he says. "It was just okay."

He further explains that Moderna is in the process of producing its own nanoparticle lipids. One such lipid, N1GEL (called "Nigel" internally), appears to cause less inflammation than Acuitas' version. Another is being licensed from Merck. Bancel says Moderna has stopped using the Acuitas tech for new drugs.

That still leaves a somewhat messy situation for any Moderna vaccines that are being developed using Acuitas' tech.

Data from one vaccine is expected early next year. If results are good, it could lead to a sizzling-hot initial public offering, even if the Canadian lawsuit ultimately affords Arbutus bigger royalty payments from Moderna.

"We're making medicines that cannot be done using older technology, by getting inside the cells or getting proteins on the membranes of cells," says Bancel between sips of Earl Grey tea. "There are diseases where we can have a hope to make drugs where today there is no hope for those patients."

**Nathan Vardi**

I am a senior editor at Forbes who likes digging into Wall Street, hedge funds and private equity firms, looking for both the good and... **Read More**

Editorial Standards                                    Reprints & Permissions

ADVERTISEMENT