# **EXHIBIT 35**

# Tampa Bay Times

A D V E R T I S E M E N T

NEWS / HEALTH

# Moderna has no plans to share its COVID-19 vaccine recipe

"Within the next six to nine months, the most reliable way to make high-quality vaccines and in an efficient way is going to be if we make them," company chairman Noubar Afeyan says.



Moderna co-founder and chairman Noubar Afeyan listens to questions during an interview Monday with the Associated Press in Rome. [ ANDREW MEDICHINI | AP ]

By **Associated Press**

Published Oct. 11, 2021

ROME — Moderna has no plans to share the recipe for its COVID-19 vaccine because executives have concluded that scaling up the company's own production

11/8/22, 3:34 PM
Case 1:22-cv-11378-RGS  Document 45-35  Filed 12/05/22  Page 3 of 9
Moderna has no plans to share its COVID-19 vaccine recipe

# Tampa Bay Times

In an interview with the Associated Press, Noubar Afeyan also reiterated a pledge Moderna made a year ago not to enforce patent infringement on anyone else making a coronavirus vaccine during the pandemic.

"We didn't have to do that," Afeyan said. "We think that was the right, responsible thing to

do." He added: "We want that to be helping the world."

The United Nations health agency has pressed Moderna to share its vaccine formula. Afeyan said the company analyzed whether it would be better to share the messenger RNA technology and determined that it could expand production and deliver billions of additional doses in 2022.

A D V E R T I S E M E N T

"Within the next six to nine months, the most reliable way to make high-quality vaccines and in an efficient way is going to be if we make them," Afeyan said. Asked about appeals from the World Health Organization and others, he contended that such pleas assumed "that we couldn't get enough capacity, but in fact we know we can."

**RELATED:** Claim that Pfizer COVID-19 vaccine is not 'guaranteed' after 6 months misleads

Moderna "went from having zero production to having 1 billion doses in less than a year," Afeyan said, referring to the Massachusetts-based company's sprint to develop the vaccine and produce it in large quantities. "And we think we will be able to go from 1 to 3 billion" in 2022.

"We think we are doing everything we can to help this pandemic," Afeyan added, citing the company's increasing output and its pledge on patent infringement.

He noted that $2.5 billion and 10 years were spent in developing the platform that

11/8/22, 3:34 PM                    Case 1:22-cv-11378-RGS  Document 45-35  Filed 12/05/22  Page 4 of 9
                                                     Moderna has no plans to share its COVID-19 vaccine recipe

# Tampa Bay Times

"Others joined the hunt when COVID-19 came along, and we're glad to see that the capacity therefore has been increased considerably beyond what Moderna would have been able to do" by itself, Afeyan said.

Asked how successful he thought others might be if they started from scratch using Moderna patents, he declined to speculate. But "it's hard for me to imagine that they would be able to get any meaningful scale in a short time frame at the quality we would be able to do as a certainty" for 2022.

ADVERTISEMENT

Asked about recent criticism that Moderna has been furnishing its vaccine mainly to wealthy countries while low-income countries clamor for the product, Afeyan said the company supplied a "quite significant" output to poorer nations, mostly through its work with the U.S. government, which contracted early in the pandemic with the company for doses.

Moderna is working with multiple governments "to help them secure supplies for the express purpose of supplying to low-income countries," the executive said.

"There is more supply in the EU and the U.S. government than they will be able to use," said Afeyan, who is also a co-founder of Moderna.

Separately, Moderna made a commitment in May to Covax, the U.N.-backed vaccine program, to arrange for a total of 500 million does to go to poorer countries. He said probably 40 million doses would begin to ship in the last three months of this year, with the rest shipping next year.

# Tampa Bay Times

## Keep up with Tampa Bay's top headlines

### Subscribe to our free DayStarter newsletter

We'll deliver the latest news and information you need to know every weekday morning.

Enter your email address | Sign up

The COVID-19 vaccine is Moderna's only commercial product. The company announced plans last week to open a vaccine plant somewhere in Africa. Afeyan said he hopes a decision will be made soon on an exact location. Still, it could take years to get the plant up and running.

Afeyan spoke on the last full day of a visit to Italy in which he met Pope Francis, who has appealed for universal vaccine access. He also appeared in Venice to promote a humanitarian prize.

ADVERTISEMENT

Co-founded by Afeyan, the Aurora Humanitarian Initiative aims to "empower modern-day saviors to offer life and hope" to those urgently needing basic humanitarian aid. Through the prize, the organization has awarded $5 million in

grants to more than 30 humanitarian projects to help people recover from war, famine, genocide, human rights violations and other challenges.

*FRANCES D'EMILIO Associated Press*

• • •

## Tampa Bay Times coronavirus coverage

## Tampa Bay Times

staying safe from COVID-19. Here's what you need to know.

**KIDS AND COVID:** Kids are back in school, but COVID-19 is still a problem. Here's what parents and kids need to know.

**VACCINES Q&A:** Have coronavirus vaccine questions? We have answers, Florida.

**GET THE DAYSTARTER MORNING UPDATE:** Sign up to receive the most up-to-date information.

**A TRIBUTE TO FLORIDIANS TAKEN BY THE CORONAVIRUS:** They were parents and retirees, police officer and doctors, imperfect but loved deeply.

**HAVE A TIP?:** Send us confidential news tips

We're working hard to bring you the latest news on the coronavirus in Florida. This effort takes a lot of resources to gather and update. If you haven't already subscribed, please consider buying a print or digital subscription.

---

**UP NEXT:** Claim that Pfizer COVID-19 vaccine is not 'guaranteed' after 6 months misleads

**ASSOCIATED PRESS**

---

## MORE FOR YOU

**Biden arrives in South Florida to campaign for Democrats in last-minute push**

Nov. 1

# Tampa Bay Times

**ACA health insurance sign-ups start today. Here's what to know.**

Nov. 1

• News

ADVERTISEMENT

**7 Mistakes You'll Make Hiring a Financial Advisor**
SmartAsset

**Triplets Take the Same Picture for 33 Years. Don't Cry when You See the Last**
Taco Relish

**On Medicare? Don't Forget to Claim Your Social Security Giveback This**
Finance Daily

**Why is it harder to get a restaurant reservation in Tampa Bay right now?**

Nov. 3

• Life & Culture

**Highly toxic algal bloom prompts health alert for Moody Lake in Pasco County**

Yesterday

• Pasco

**Florida election 2022: how to go vote, what's on your ballot**

Yesterday

• The Buzz on Florida Politics

- Health

**Florida medical boards block treatment for transgender minors**

Nov. 4
- News

**Florida could surpass record Affordable Care Act enrollment in 2023**

Nov. 4
- Health

**US agency softens opioid prescribing guidelines for doctors**

Nov. 3
- Health

**Feeding Tampa Bay plans new headquarters to fight food insecurity**

Nov. 3
- Health

A D V E R T I S E M E N T

A D V E R T I S E M E N T

A D V E R T I S E M E N T

© 2022 All Rights Reserved | **Times Publishing Company**

Help chat


Subscribe

My Account



**CONTACT US**

**ABOUT US**

**JOIN US**

**MEDIA KIT**

**PLACE AN AD**

**LEGAL DISCLAIMERS**

**PUBLIC NOTICES**

**SHOP**

    

https://www.tampabay.com/news/health/2021/10/11/moderna-has-no-plans-to-share-its-covid-19-vaccine-recipe/     8/8