# **EXHIBIT 36**

10/31/22, 3:56 PM  Vacunas contra la covid-19 | "Decidimos no exigir que se cumpla con nuestra patente durante la pandemia": Noubar Afeyan, cof…

Case 1:22-cv-11378-RGS Document 45-36 Filed 12/05/22 Page 2 of 12



News    Latin America    International    Environment    Coronavirus    them

# Vaccines against covid-19 | "We decided not to enforce our patent during the pandemic": Noubar Afeyan, co-founder of Moderna

Angel Bermudez (@angelbermudez)
BBC News World

May 6, 2021



COURTESY FLAGSHIP PIONEERING

Noubar Afeyan has developed more than 100 patents.

**Noubar Afeyan may not be well known outside of entrepreneurial and investor circles, but in the past year one of his companies has become world famous.**

Afeyan is the co-founder of **Moderna**, one of the pioneering companies in the development of the novel **messenger RNA (mRNA) technology**, used in some of the **vaccines against covid-19**.

But Moderna is only one of dozens of *start-ups* in whose creation this doctor in biomedical engineering graduated from the Massachusetts Institute of Technology (MIT) and inventor of more than 100 patents has been involved, which, according to the magazine *Forbes*, amasses a personal fortune of US$2.5 billion.

Moderna was born and incubated by Flagship Pioneering, a company founded by Afeyan that is dedicated to developing scientific innovations that later serve as the basis for the creation of *start-ups*, which has led to the development of more than a hundred ventures.

Born in Lebanon to Armenian parents, Afeyan had to emigrate to Canada as a teenager to flee the civil war.

## We recommend


Patagonia founder donates US$3 billion adventure clothing company to fight climate change


How science is improving the taste of chocolate


Why the US is inflicting an economic slowdown on itself and what is the biggest risk


How Sweden takes advantage of the 24 hours of summer sunshine in the north to move one of the most modern economies in the world

In his conversation with BBC Mundo, he spoke about the vaccine against covid-19 and the **possible temporary release of its patents** (an initiative that the United States decided to support this Wednesday, a few days after this interview).

- The US supports releasing patents on covid-19 vaccines so that other countries can produce them

He also addressed the future of messenger RNA technology to prevent or cure not only viral infections, but also diseases such as cancer.

Below is the text of the conversation that was summarized and edited for reasons of space and comprehension.

**Recently, around a hundred countries led by India and South Africa called on other members of the World Trade Organization to accept a temporary lifting of intellectual property related to covid-19 to hasten the end of the pandemic. What is your position?**

I'm glad you're asking this because what the world and these organizations apparently didn't know is that last October we publicly stated that we would not voluntarily enforce any of our patents during the pandemic on anyone making a vaccine. Spot.

Moderna is the only company that has declared it publicly. And we did that in October. So when they asked to allow the use of the patent, we were certainly already in that position and we invited everyone else to join the same initiative. We cannot imagine companies enforcing their patents during a pandemic.

People are interested in more than that, they basically want companies to teach others how to make their product and do a technology transfer, and there are complications with that that we, as well as others, are very aware of.

This (mRNA) is a completely new technology. It is not as if we could give a recipe and with it the vaccine can be made very easily.

But, from an intellectual property point of view, we have broken down any barrier so that it can be used during the pandemic since October.

10/31/22, 3:56 PM    Vacunas contra la covid-19: "Decidimos no exigir que se cumpla con nuestra patente durante la pandemia". Noubar Afeyan, cof…

Case 1:22-cv-11378-RGS Document 45-36 Filed 12/05/22 Page 5 of 12

GETTY IMAGES

> Joe Biden announced this Wednesday that his government will support negotiations to temporarily suspend intellectual property rights on vaccines against covid-19.

**So all countries can use their technology. But is there any kind of agreement that goes beyond you not enforcing your intellectual property rights?**

We have made that available not only to countries, but to companies.

There are many companies currently making mRNA vaccines that would need the intellectual property that Moderna has developed for 10 years. Two years ago there was no one working on mRNA as a vaccine of the type that we do and now obviously several companies are making it.

I think you don't need an agreement if you have some sort of voluntary statement that that's our position. We've had that stance and we welcome others to join.

GETTY IMAGES

| Moderna's covid-19 vaccine is one of the first mRNA vaccines to be licensed.



**You made an early bet on messenger RNA technology at a time when there were many unknowns, why?**

I have to say that the way my company, Flagship Pioneering, works, we're actually involved in developing the inventions that led to the formation of Moderna.

Initially it was called LS18, because it was the eighteenth project of this type that we carried out. Much of the initial scientific work was done as part of a larger effort, and then we developed the company.

The bet was as much scientific and intellectual as financial, to get the company established and grow.

What was attractive was the possibility that, although people thought it was impossible, to be able to develop a molecule like messenger RNA that could serve as a medicine.

We had an idea of what the chemical difficulties would be and it turns out there were even more, but we also had a feeling that we could overcome them through the ingenuity and hard work of our teams.

In fact, we surpassed them and for nine years we developed a completely new technological platform that allowed us to be able to manufacture not only a drug but, by last year, we already had almost 20 different types of mRNA molecules that had already been prepared for be tested in different trials as drugs or as a vaccine.

**Initially, in 2010, vaccines were not one of the main focuses of Moderna. What happened?**

That's how it is. We started about 10 years ago and at that time we didn't even have a focus. We thought it could be used for many different things.

At the beginning, when we started working on animals, the easiest thing was to try to give a piece of mRNA to the mouse's body and make it produce a drug, a protein. The effect of that drug was seen immediately.

But vaccines are a very different kind of medicine, because they produce something that then triggers the body to respond, and their effect can only be seen over time, when infection is avoided. It is a roundabout way of testing the technology.

So the reason we didn't think about vaccines at first was because we really wanted to show that it was possible to achieve a therapeutic effect right away. So we work on several so-called biological medicines.

After the first few years building the platform, we started to realize that vaccines were a particularly interesting use for our technology, because you only need to administer them once or twice. And then you don't have to give them for a long time.

Since the technology was new, we thought this might be the most easily scalable way in terms of size and how quickly we could advance its medical use. So we started working on vaccines, probably in 2013.

In 2014 we began to test many different vaccines and in 2015 (to carry out trials) in humans.

GETTY IMAGES

> Originally, Moderna was not focused on developing vaccines.

**El presidente ejecutivo de BioNTech (otra empresa que usa el ARN mensajero) confirmó recientemente que su vacuna contra la covid-19 necesitará una tercera inyección como refuerzo. En el caso de Moderna, leí que preparaban una nueva versión para combatir las nuevas variantes. ¿Cómo va ese proceso?**

Hace un par de meses ya dijimos lo que anunció ahora BioNTech, que comenzamos a trabajar en variantes de vacunas, así como en el potencial de un tercer refuerzo de nuestra vacuna, porque

10/31/22, 3:56 PM
Vacunas contra la covid-19: "Decidimos que aligeráramos cumpla con nuestra parte durante la pandemia": Noubar Afeyan, cof…
Case 1:22-cv-11378-RGS Document 45-36 Filed 12/05/22 Page 8 of 12

simplemente no sabemos en qué dirección está yendo este virus y debemos estar preparados para cualquier camino que pueda seguir.

Así que queríamos ver cómo sería un tercer refuerzo de la misma vacuna y cómo sería un refuerzo para una variante, en particular, para la variante sudafricana.



También, y somos únicos en esto, estamos probando un refuerzo con una combinación de ambos que sirva tanto para la variante actual como para la nueva.

Los primeros datos de pruebas en animales han sido alentadores para esta combinación y esperamos tener en breve datos sobre sus resultados en humanos.

Ahora, es importante entender que esto (la necesidad de refuerzos) no es algo inusual en un virus de este tipo. Piense en la influenza, recibe una vacuna anual.

De eso se trata un refuerzo. Y se debe, en gran medida, a que nuestra inmunidad comienza a disminuir un poco y si el virus muta hacia una variante más fuerte, debemos ser capaces de seguirle el ritmo.

**Después del éxito de la vacuna contra la covid-19, ¿cuál es el futuro que imagina para esta tecnología de ARN mensajero?**

Desde el inicio imaginamos un amplio conjunto de usos que van desde medicamentos para el cáncer, mucho mejores, hasta medicinas para enfermedades cardiovasculares o para enfermedades autoinmunes.

Creemos que podemos hacer muchos medicamentos biotecnológicos de esta manera particular. Lo que el ejemplo de la vacuna contra la covid-19 realmente mostró al mundo es que podemos producir y administrar un medicamento de ARNm.

Ahora, lo interesante es que la medicina de ARNm es esencialmente un código. En otras palabras, es un conjunto de letras que, si cambias una, genera una proteína diferente.

Entonces, la diferencia entre hacer una vacuna frente a otra es solo una sustitución del código, y es es lo mismo para cuando estás fabricando un medicamento biotecnológico. Pensamos que se puede aplicar muy rápidamente.

10/31/22, 3:56 PM  Vacunas contra la covid-19: "Decidimos que había que cumplir con esta penuria durante la pandemia" Noubar Afeyan, cof…

Case 1:22-cv-11378-RGS Document 45-36 Filed 12/05/22 Page 9 of 12



GETTY IMAGES

> Moderna trabaja en el desarrollo de vacunas combinadas que protejan contra la influenza y contra el covid-19.

**Eso fue lo que les permitió tener rápidamente la primera candidata a vacuna contra la covid-19…**

Sí, hicimos la primera. Dos días después de que se hiciera pública la secuencia de este virus, ya teníamos la secuencia y el diseño de nuestra vacuna.

Esto fue en enero, hace más de un año y para marzo, ya habíamos preparado y entregado a los Institutos Nacionales de Salud nuestras primeras dosis de vacuna para ser probadas en humanos, lo que se inició a mediados de marzo. Eso es un período de dos meses desde la secuencia básica hasta la prueba en humanos.

Creo que el refuerzo va incluso más rápido y eso es algo muy positivo. En general, la capacidad de hacer esto de una manera muy directa y rápida es importante cuando se habla de salvar vidas.

**¿Y cuáles son los límites de esta tecnología? ¿Existe el riesgo de que se pueda utilizar de alguna forma poco ética?**

Con casi cualquier tecnología tienes que hacer exactamente esa pregunta y esto no es diferente: tenemos que salvaguardar la biotecnología de usos nocivos.

En ese sentido, se está cooperando de forma activa con los gobiernos para asegurarse de que las secuencias que se están haciendo no tengan fines peligrosos. Hay un sistema de autorreporte para que todos los productores monitoreen las secuencias que están siendo codificadas.

Lo otro que tienes que hacer son ensayos clínicos rigurosos, de la manera más transparente y según las normas aprobadas, para asegurarte de que al tratar de ayudar a las personas no

10/31/22, 3:56 PM
Case 1:22-cv-11378-RGS Document 45-36 Filed 12/05/22 Page 10 of 12
Vacunas contra la covid-19: "Decidimos no exigir que se cumpla con nuestra patente durante la pandemia": Noubar Afeyan, cof…

causes inadvertidamente problemas de seguridad.

Las dos formas en las que podría ser peligroso son: una, intencional; otra, accidental; y en ambos casos, tenemos formas de mitigarlo.

**Algunas personas hablan de la "revolución del ARN mensajero". ¿Qué tipo de proyectos tienen en preparación?**

Tenemos alrededor de 20 medicamentos. Algunos de ellos podrían funcionar como terapéuticos, y otros son vacunas que ya están en ensayos en humanos o que están avanzando hacia ellos.

Por ejemplo, contra una infección viral grave llamada citomegalovirus (CMV), tenemos un ensayo clínico avanzado. Estamos trabajando en RSV (virus sincitial respiratorio), en zika.

También creemos que podemos encontrar una vacuna mucho mejor contra la influenza. Estamos trabajando muy rápidamente para ver si podemos tenerla lista para una administración combinada.

Así que puede imaginar (que habrá) en el futuro la vacuna contra la influenza junto con una vacuna contra el coronavirus, que se administra como una vacuna de refuerzo anual.

También estamos trabajando en otras cosas distintas, en cáncer, en enfermedades autoinmunes.

Hay muchos trastornos genéticos raros para los que creemos que el ARNm podrá ofrecer esperanza y solución.

10/31/22, 3:56 PM    Vacunas contra la covid-19 | "Decidimos no exigir que se cumpla doce nuestra patente durante la pandemia": Noubar Afeyan, cof…

Case 1:22-cv-11378-RGS    Document 45-36    Filed 12/05/22    Page 11 of 12

GETTY IMAGES

Moderna fue el fruto de uno de varios emprendimientos de Afeyan.



**¿Seremos capaces de curar el cáncer con una vacuna de ARN mensajero?**

El cáncer no es una sola cosa, así que hablar de curarlo sería demasiado simplista.

Creemos que ciertamente podremos contrarrestar el cáncer y minimizar sus efectos negativos sobre la salud humana.

Es interesante que hay aproximaciones hacia vacunas orientadas al cáncer, lo cual es bastante inusual porque generalmente las vacunas son para virus, no para no una enfermedad humana.

Creemos que hay formas de hacer esto y tenemos un ensayo clínico activo en la vacuna contra el cáncer.

Todavía se necesitarán tres años para ver los resultados. Pero la buena noticia es que podemos probarlo con bastante eficacia y rápidamente.

Creo que, dada la gravedad de estas enfermedades, debemos hacerlo.

**Entonces ¿tener una vacuna contra el cáncer es una posibilidad real?**

Es algo en lo que estamos trabajando, pero quiero asegurarme de que su audiencia comprenda que no se trata de una sola vacuna contra el cáncer.

Resulta que para hacer una vacuna contra el cáncer, debe hacerla específicamente para cada paciente, porque el tumor de cada paciente es diferente. Cada paciente tiene su propia secuencia de cambios que debe presentar al cuerpo para que el sistema inmunológico los persiga.

Entonces, cuando decimos vacuna contra el cáncer parece que va a haber una inyección y eso no es lo que va a suceder.

Lo que ocurrirá, si funciona, es que se van a hacer vacunas individualizadas para cada paciente que reflejarán su cáncer en particular.

Es un proceso bastante complicado, pero ya estamos en un ensayo clínico de fase 1; es decir, esa idea está siendo probada mientras hablamos.

**Usted es inmigrante y parece creer en las habilidades para emprender de los inmigrantes. ¿Por qué lo cree?**

¿Qué hacen los inmigrantes? Dejan lo familiar y van a lo desconocido. Dejan lo cómodo, lo que saben en cuanto a idioma, costumbres, reglas, etc; y se exponen, a veces por la fuerza, a veces por elección, a un entorno muy incierto y desconocido.

Luego, luchan por aprender a adaptarse más y poder encajar. Y al hacerlo, se acostumbran, por lo general, a no dar muchas cosas por sentado.

Si miras ahora de qué se trata la innovación, verás que consiste en dejar tu comodidad, dejar donde te consideras aventajado y exponerte a la incomodidad de probar algo nuevo. La gente se burla de ti, como se burlan del acento de los inmigrantes.

Ser emprendedor simplemente quiere decir innovar y tratar de crear valor. Creo que la mentalidad de un inmigrante que ya ha luchado y realizado un recorrido, ciertamente, es una ventaja ya que esta mentalidad (de la innovación) no es extraña para ellos.

Pero eso no significa que tengas que ser inmigrante para ser un emprendedor exitoso porque, básicamente, solo tienes que tener esa mentalidad. Tienes que estar listo para sobrevivir, luchar y tratar de intentar alcanzar tu objetivo.

Entonces, sí, creo que la experiencia de inmigrante ayuda. Personalmente, siento que es así y muchos cientos de otros que conozco, que están involucrados en innovación y emprendimiento, tienen una experiencia similar.

Creo que es una de las áreas en la que los inmigrantes tienen una ventaja.

*Now you can receive notifications from BBC World. Download the new version of our app and activate it so you don't miss out on our best content.*

Do you already know our YouTube channel? Subscribe!

## Related topics