# **EXHIBIT 37**

Case 1:22-cv-11378-RGS   Document 45-37   Filed 12/05/22   Page 2 of 13

10/5/2021                ModernaTX, Inc. et al. v. Pfizer Inc. et al.                Audio Transcription

Page 1

UNITED STATE DISTRICIT COURT

FOR THE DISTRICIT OF MASSACHUSETTS

_____

ModernaTX, Inc. et al.        )
                              )
v.                            ) Case No.
                              ) 1:22-cv-11378
Pfizer Inc. et al.            )
_____)


TRANSCRIPTION OF VIDEO RECORDING

CNN INTERVIEW WITH NOUBAR AFEYAN

DECEMBER 5, 2021

_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Case 1:22-cv-11378-RGS   Document 45-37   Filed 12/05/22   Page 3 of 13

10/5/2021          ModernaTX, Inc. et al. v. Pfizer Inc. et al.          Audio Transcription

Page 2

1   DECEMBER 5, 2021
2               FAREED ZAKARIA:  The big question
3   surrounding Omicron is how effective will the
4   current vaccines be against this new variant.  My
5   next guest will know the answer.
6               Joining me now is Noubar Afeyan, the co-
7   founder and chairman of Moderna.
8               Noubar, welcome.  Previously, when you've
9   come on this program, you have explained very, very
10  kindly to us how your extraordinary vaccine works.
11  And the mRNA vaccine sends essentially text message
12  to the body, tells it -- it produces, therefore, one
13  protein, the spike protein.
14              The problem now is that this new variant
15  has altered that protein, particularly around where
16  the spike is, and it's a big alteration.  Delta had
17  two or three changes, this is 10 to 12 changes to
18  the spike protein.  Will the mRNA Moderna vaccine
19  work against this new variant?
20              DR. AFEYAN:  Fareed, thanks for having me.
21  Forgive me for my voice.  I have a bit of a cold.
22  So I think we -- we're going to learn this more
23  definitively over the next 7 to 10 days.  We're
24  doing the experiments needed to assert -- to
25  establish whether the reduction in binding that

Case 1:22-cv-11378-RGS   Document 45-37   Filed 12/05/22   Page 4 of 13

10/5/2021        ModernaTX, Inc. et al. v. Pfizer Inc. et al.        Audio Transcription

Page 3

1    could be there nevertheless allows us to be
2    protective against this variant virus.
3              The reason the scientific community has
4    been quite concerned, as you said, is that there are
5    many variations in the very binding region, and we
6    have not seen that before.  But it does not mean
7    that the way our immune system will respond will not
8    be adequate.
9              And in fact, we suspect that we will see
10   protection against the more severe hospitalization,
11   death indications.  But what we also want to see is
12   will it be protective against being infected
13   altogether.  Because ideally, we'd like to protect
14   everyone against infection, not just
15   hospitalization.
16             FAREED ZAKARIA:  And so, should we think of
17   the -- of the mRNA vaccines a little bit like the
18   flu vaccine in relation to Omicron?  In other words,
19   you get some protection but you know there's still a
20   chance that you'd get it, but if you have the
21   vaccine, you're likely to have less severe symptoms,
22   less hospitalization.  Is that a -- a reasonable
23   analogy?
24             DR. AFEYAN:  Fareed, I think it's a little
25   bit early to -- to say that.  Let me just say what

Case 1:22-cv-11378-RGS   Document 45-37   Filed 12/05/22   Page 5 of 13

10/5/2021          ModernaTX, Inc. et al. v. Pfizer Inc. et al.          Audio Transcription

Page 4

1  we are doing, Moderna, as the pioneer of this
2  technology platform, announced last week four steps.
3  One, we can boost with a higher dose.
4              Our technology allows us to do that.  We're
5  going to see if a higher dose boost gives us even
6  more protection, so that there's really no -- that
7  you get the same type of protection as you might
8  have had with other strains.  We're going to get
9  that data.
10             We're going to -- we're trying a couple of
11 what's called multivariate antigens that's never
12 been tried before.  That is show the body a couple
13 of different versions of the virus and see if that
14 breadth of antibodies can protect us.
15             And then ultimately, we're also, as a final
16 defense measure, developing an Omicron specific
17 spike, which will take a good 60 to 100 days to be
18 ready to be deployed.  So we're taking all of the
19 possibilities and putting resources behind them.
20 The simplest would be the same dose or a higher dose
21 of what we already have.  And then the rest follow.
22             FAREED ZAKARIA:  What's extraordinary about
23 the technology you guys have developed is that you
24 can say pretty confidently that probably in 90 days,
25 you will be able to -- to develop something because

Case 1:22-cv-11378-RGS   Document 45-37   Filed 12/05/22   Page 6 of 13

10/5/2021          ModernaTX, Inc. et al. v. Pfizer Inc. et al.          Audio Transcription

Page 5

1  it's really like a code.  It's no longer this
2  process of trial and error.  Do you -- do you think
3  that this is the future where you know we're going
4  to get more variance probably, and you're just going
5  to have to keep seeing whether you need to adjust
6  the code?
7          DR. AFEYAN:  Yes.  I think that the -- the
8  past 10 years of developing the platform, several
9  billion has gone into doing this, enables us using
10 computational approaches and all the learnings of
11 the thousands of mRNAs we've made previously, to get
12 to a point where we can actually specify a new code
13 tested and very quickly see if we can get the
14 antibodies needed for maximum protection.
15          We should keep in mind our job is to
16 develop the maximum protection for the most people
17 safely.  That's what we keep optimizing against.
18 And indeed, we now have a new tool in the vaccine
19 arsenal that allows us to operate at speeds that
20 match what a virus can do.
21          Previously, we were several years behind
22 the virus.  And with the flu, as you mentioned, we
23 were guessing what variants we're going to get, and
24 we were trying to at least put a dent in it.  Here
25 we'd like to strive towards the very high

Case 1:22-cv-11378-RGS  Document 45-37  Filed 12/05/22  Page 7 of 13

10/5/2021          ModernaTX, Inc. et al. v. Pfizer Inc. et al.          Audio Transcription

Page 6

1  effectiveness we've already seen.
2          Just keep up with the variations so we can
3  protect people for years to come if needed.  If not,
4  we'd be quite happy to have the thing go away.
5  That's very clear.
6          FAREED ZAKARIA:  Let me ask you about this.
7  A lot of people or some people are saying you guys
8  should be giving this technology away waving all
9  your intellectual patents.  Explain what Moderna's
10 position on this.  As I understand it, you are
11 willing to say you will not enforce patents for as
12 long as COVID is around.
13         DR. AFEYAN:  Well, Fareed, the first time
14 we spoke was around the time a year ago when we
15 voluntarily pledged -- the only company to have done
16 that voluntarily pledged not to enforce our patents
17 against anybody who uses our patents to make a
18 vaccine against the pandemic.
19         At that time, there had been no proof to
20 the vaccine will work, but we did that because we
21 thought it's the right thing to do from a vaccine
22 access standpoint.  We believe that that has enabled
23 others to make mRNA vaccines, and if others do that
24 even further, that's great.
25         In addition, we've added to our production

Case 1:22-cv-11378-RGS   Document 45-37   Filed 12/05/22   Page 8 of 13

10/5/2021                ModernaTX, Inc. et al. v. Pfizer Inc. et al.         Audio Transcription

Page 7

1   capacity.  So this year we will have produced about
2   800 million doses.  Next year, we've said we will
3   produce 2 to 3 billion doses.  So combined by adding
4   production capacity and allowing others to use our
5   intellectual property, we've taken steps voluntarily
6   to do the maximum we can.  And in fact, we invite
7   everyone to do the same.
8            FAREED ZAKARIA:  Let me ask you, as with
9   all your judgment and all your knowledge the
10  question a lot of people are thinking.  Is it safe
11  to travel?  Is it -- if you're -- if you're double
12  vaccinated, do you feel that you have -- you can go
13  about your life as you were before this Omicron was
14  detected, or what are you doing?
15           DR. AFEYAN:  Well, look for Fareed, we're
16  living -- I'm living in the U.S., and the Delta is a
17  pretty serious threat as it is for people who are
18  not yet boosted.
19           So I would say, like I did last time, that
20  people should get full double vaccination.  The
21  boost is an important part of fighting the Delta,
22  not the other variance yet, but definitely Delta.
23           So even before we get to Omicron, if people
24  are doubting the importance of getting boosted, we
25  need to enhance the antibody levels to prevent

Case 1:22-cv-11378-RGS   Document 45-37   Filed 12/05/22   Page 9 of 13

10/5/2021					ModernaTX, Inc. et al. v. Pfizer Inc. et al.					Audio Transcription

Page 8

1   infection. And I believe that that should be the
2   public health goal.
3           Simply saying it's okay for people to get
4   infected because they won't go to the hospital, I
5   worry perpetuates this -- this problem because
6   infected people infect others, even if they don't
7   get the worst version of it.
8           So boosting will be very, very important in
9   my view.  And then what I'm doing is watching
10  Omicron very carefully.  Over the next week to 10
11  days, it will be clear.
12          Certainly, I'm wearing masks much more than
13  I was in the past couple of months, and I'm going to
14  see how to adjust behavior based on how serious this
15  is.  But we have the tools, the vaccines, the boost,
16  masks and separation will protect us.
17          We have to work on getting the rest of the
18  world vaccinated.  And to me, as your past segment
19  said, there's a lot of work to do in the last mile.
20  We need to get the education, the supplies, to make
21  sure everybody gets vaccinated.  Otherwise, we'll be
22  talking about this for many, many years.
23          (END OF VIDEO FILE)
24
25

Case 1:22-cv-11378-RGS   Document 45-37   Filed 12/05/22   Page 10 of 13

10/5/2021                ModernaTX, Inc. et al. v. Pfizer Inc. et al.                Audio Transcription

Page 9

1                CERTIFICATE OF TRANSCRIPTIONIST
2                     I certify that the foregoing is a true and
3        accurate transcript of the digital recording
4        provided to me in this matter.
5                     I do further certify that I am neither a
6        relative, nor employee, nor attorney of any of the
7        parties to this action, and that I am not
8        financially interested in the action.
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23        _____
24                     Julie Thompson, CET-1036
25

Case 1:22-cv-11378-RGS   Document 45-37   Filed 12/05/22   Page 11 of 13

10/5/2021                    ModernaTX, Inc. et al. v. Pfizer Inc. et al.                    Audio Transcription

Page 10

**A**
able 4:25
access 6:22
accurate 9:3
action 9:7,8
added 6:25
adding 7:3
addition 6:25
adequate 3:8
adjust 5:5 8:14
Afeyan 1:15 2:6
  2:20 3:24 5:7
  6:13 7:15
ago 6:14
al 1:4,8
allowing 7:4
allows 3:1 4:4
  5:19
alteration 2:16
altered 2:15
altogether 3:13
analogy 3:23
announced 4:2
answer 2:5
antibodies 4:14
  5:14
antibody 7:25
antigens 4:11
anybody 6:17
approaches 5:10
arsenal 5:19
assert 2:24
attorney 9:6

**B**
based 8:14
behavior 8:14
believe 6:22 8:1
big 2:2,16
billion 5:9 7:3
binding 2:25 3:5
bit 2:21 3:17,25
body 2:12 4:12
boost 4:3,5 7:21
  8:15
boosted 7:18,24
boosting 8:8

breadth 4:14

**C**
called 4:11
capacity 7:1,4
carefully 8:10
Case 1:6
Certainly 8:12
CERTIFICATE
  9:1
certify 9:2,5
CET-1036 9:24
chairman 2:7
chance 3:20
changes 2:17,17
clear 6:5 8:11
CNN 1:15
co- 2:6
code 5:1,6,12
cold 2:21
combined 7:3
come 2:9 6:3
community 3:3
company 6:15
computational
  5:10
concerned 3:4
confidently 4:24
couple 4:10,12
  8:13
COURT 1:1
COVID 6:12
current 2:4

**D**
D.C 1:24
data 4:9
days 2:23 4:17
  4:24 8:11
death 3:11
DECEMBER
  1:16 2:1
defense 4:16
definitely 7:22
definitively 2:23
Delta 2:16 7:16
  7:21,22

dent 5:24
deployed 4:18
detected 7:14
develop 4:25
  5:16
developed 4:23
developing 4:16
  5:8
different 4:13
digital 1:23 9:3
DISTRICIT 1:1
  1:2
doing 2:24 4:1
  5:9 7:14 8:9
dose 4:3,5,20,20
doses 7:2,3
double 7:11,20
doubting 7:24
DR 2:20 3:24 5:7
  6:13 7:15

**E**
early 3:25
education 8:20
effective 2:3
effectiveness 6:1
employee 9:6
enabled 6:22
enables 5:9
enforce 6:11,16
enhance 7:25
error 5:2
essentially 2:11
establish 2:25
et 1:4,8
everybody 8:21
EVIDENCE
  1:23
experiments
  2:24
Explain 6:9
explained 2:9
extraordinary
  2:10 4:22

**F**
fact 3:9 7:6

Fareed 2:2,20
  3:16,24 4:22
  6:6,13 7:8,15
feel 7:12
fighting 7:21
FILE 8:23
final 4:15
financially 9:8
first 6:13
flu 3:18 5:22
follow 4:21
foregoing 9:2
Forgive 2:21
founder 2:7
four 4:2
full 7:20
further 6:24 9:5
future 5:3

**G**
getting 7:24 8:17
gives 4:5
giving 6:8
go 6:4 7:12 8:4
goal 8:2
going 2:22 4:5,8
  4:10 5:3,4,23
  8:13
good 4:17
great 6:24
GROUP 1:23
guessing 5:23
guest 2:5
guys 4:23 6:7

**H**
happy 6:4
health 8:2
high 5:25
higher 4:3,5,20
hospital 8:4
hospitalization
  3:10,15,22

**I**
ideally 3:13
immune 3:7
importance 7:24

important 7:21
  8:8
indications 3:11
infect 8:6
infected 3:12 8:4
  8:6
infection 3:14
  8:1
intellectual 6:9
  7:5
interested 9:8
INTERVIEW
  1:15
invite 7:6

**J**
job 5:15
Joining 2:6
judgment 7:9
Julie 9:24

**K**
keep 5:5,15,17
  6:2
kindly 2:10
know 2:5 3:19
  5:3
knowledge 7:9

**L**
learn 2:22
learnings 5:10
levels 7:25
life 7:13
little 3:17,24
living 7:16,16
long 6:12
longer 5:1
look 7:15
lot 6:7 7:10 8:19

**M**
M 1:24
masks 8:12,16
MASSACHU...
  1:2
match 5:20
matter 9:4

Case 1:22-cv-11378-RGS   Document 45-37   Filed 12/05/22   Page 12 of 13

10/5/2021　　　　　　　ModernaTX, Inc. et al. v. Pfizer Inc. et al.　　　　　Audio Transcription

Page 11

maximum 5:14,
　5:16 7:6
mean 3:6
measure 4:16
mentioned 5:22
message 2:11
mile 8:19
million 7:2
mind 5:15
Moderna 2:7,18
　4:1
Moderna's 6:9
ModernaTX 1:4
months 8:13
mRNA 2:11,18
　3:17 6:23
mRNAs 5:11
multivariate
　4:11

**N**

need 5:5 7:25
　8:20
needed 2:24
　5:14 6:3
neither 9:5
never 4:11
nevertheless 3:1
new 2:4,14,19
　5:12,18
Noubar 1:15 2:6
　2:8
NW 1:24

**O**

okay 8:3
Omicron 2:3
　3:18 4:16 7:13
　7:23 8:10
operate 5:19
optimizing 5:17

**P**

pandemic 6:18
part 7:21
particularly
　2:15
parties 9:7

patents 6:9,11
　6:16,17
people 5:16 6:3
　6:7,7 7:10,17
　7:20,23 8:3,6
perpetuates 8:5
Pfizer 1:8
pioneer 4:1
platform 4:2 5:8
pledged 6:15,16
point 5:12
position 6:10
possibilities 4:19
pretty 4:24 7:17
prevent 7:25
previously 2:8
　5:11,21
probably 4:24
　5:4
problem 2:14
　8:5
process 5:2
produce 7:3
produced 7:1
produces 2:12
production 6:25
　7:4
program 2:9
proof 6:19
property 7:5
protect 3:13
　4:14 6:3 8:16
protection 3:10
　3:19 4:6,7 5:14
　5:16
protective 3:2
　3:12
protein 2:13,13
　2:15,18
provided 9:4
public 8:2
put 5:24
putting 4:19

**Q**

question 2:2
　7:10

quickly 5:13
quite 3:4 6:4

**R**

ready 4:18
really 4:6 5:1
reason 3:3
reasonable 3:22
recording 1:14
　9:3
reduction 2:25
region 3:5
relation 3:18
relative 9:6
resources 4:19
respond 3:7
rest 4:21 8:17
right 6:21

**S**

safe 7:10
safely 5:17
saying 6:7 8:3
scientific 3:3
see 3:9,11 4:5,13
　5:13 8:14
seeing 5:5
seen 3:6 6:1
segment 8:18
sends 2:11
separation 8:16
serious 7:17
　8:14
severe 3:10,21
show 4:12
simplest 4:20
Simply 8:3
specific 4:16
specify 5:12
speeds 5:19
spike 2:13,16,18
　4:17
spoke 6:14
standpoint 6:22
STATE 1:1
steps 4:2 7:5
strains 4:8

Street 1:24
strive 5:25
Suite 1:24
supplies 8:20
sure 8:21
surrounding 2:3
suspect 3:9
symptoms 3:21
system 3:7

**T**

take 4:17
taken 7:5
talking 8:22
technology 4:2,4
　4:23 6:8
tells 2:12
tested 5:13
text 2:11
thanks 2:20
thing 6:4,21
think 2:22 3:16
　3:24 5:2,7
thinking 7:10
Thompson 9:24
thought 6:21
thousands 5:11
threat 7:17
three 2:17
time 6:13,14,19
　7:19
tool 5:18
tools 8:15
transcript 9:3
TRANSCRIP...
　1:14
TRANSCRIP...
　9:1
travel 7:11
trial 5:2
tried 4:12
true 9:2
trying 4:10 5:24
two 2:17
type 4:7

**U**

U.S 7:16
ultimately 4:15
understand 6:10
UNITED 1:1
use 7:4
uses 6:17

**V**

v 1:6
vaccinated 7:12
　8:18,21
vaccination 7:20
vaccine 2:10,11
　2:18 3:18,21
　5:18 6:18,20
　6:21
vaccines 2:4
　3:17 6:23 8:15
variance 5:4
　7:22
variant 2:4,14
　2:19 3:2
variants 5:23
variations 3:5
　6:2
version 8:7
versions 4:13
VIDEO 1:14
　8:23
view 8:9
virus 3:2 4:13
　5:20,22
voice 2:21
voluntarily 6:15
　6:16 7:5

**W**

want 3:11
Washington
　1:24
watching 8:9
waving 6:8
way 3:7
we'll 8:21
we're 2:22,23
　4:4,8,10,10,15
　4:18 5:3,23

Case 1:22-cv-11378-RGS   Document 45-37   Filed 12/05/22   Page 13 of 13

10/5/2021                ModernaTX, Inc. et al. v. Pfizer Inc. et al.                Audio Transcription

Page 12

|  |  |
|---|---|
| 7:15 | **4** |
| **we've** 5:11 6:1 6:25 7:2,5 | |
| | **5** |
| **wearing** 8:12 | **5** 1:16 2:1 |
| **week** 4:2 8:10 | |
| **welcome** 2:8 | **6** |
| **willing** 6:11 | **60** 4:17 |
| **words** 3:18 | |
| **work** 2:19 6:20 8:17,19 | **7** |
| | **7** 2:23 |
| **works** 2:10 | |
| **world** 8:18 | **8** |
| **worry** 8:5 | **800** 7:2 |
| **worst** 8:7 | **812** 1:24 |
| | |
| **X** | **9** |
| | **90** 4:24 |
| **Y** | |
| **year** 6:14 7:1,2 | |
| **years** 5:8,21 6:3 8:22 | |
| | |
| **Z** | |
| **ZAKARIA** 2:2 3:16 4:22 6:6 7:8 | |
| | |
| **0** | |
| | |
| **1** | |
| **1:22-cv-11378** 1:7 | |
| **10** 2:17,23 5:8 8:10 | |
| **100** 4:17 | |
| **12** 2:17 | |
| **1730** 1:24 | |
| | |
| **2** | |
| **2** 7:3 | |
| **20036** 1:24 | |
| **202** 1:25 | |
| **2021** 1:16 2:1 | |
| **232-0646** 1:25 | |
| | |
| **3** | |
| **3** 7:3 | |