# EXHIBIT 38

Case 1:22-cv-11378-RGS   Document 45-38   Filed 12/05/22   Page 2 of 85

10/25/2021          ModernaTX, Inc. et al. v. Pfizer Inc. et al.          Audio Transcription

UNITED STATE DISTRICIT COURT

FOR THE DISTRICIT OF MASSACHUSETTS

_____

ModernaTX, Inc. et al.        )

                             )

v.                            )  Case No.

                             )  1:22-cv-11378

Pfizer Inc. et al.            )

_____)


The Future of Vaccines with Moderna CEO

Stephane Bancel

In the Bubble with Andy Slavitt

October 25, 2021

Audio Transcription


_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Page 2

1      (Recording begins)

2           COMMERCIAL:  Mental health challenges are

3      affecting people in the U.S. at high levels,

4      particularly among adolescents.  At CVS Health, mental

5      health is just as important as physical health.  That's

6      why they're making mental wellbeing services more

7      accessible, less complicated, more convenient, and more

8      inviting.  CVS Health is doing this by creating new

9      programs, encouraging candid discussions, and providing

10     increased access to digital tools and telehealth

11     services.  CVS Health is there to help.  Learn more at

12     cvshealth.com.

13          UNIDENTIFIED: Lemonada.

14          MR. SLAVITT: Welcome to "In The Bubble."

15     This is your host, Andy Slavitt.  Stephane Bancel, the

16     CEO of Moderna, is on today, and if you have taken

17     Pfizer or Johnson and Johnson, you are still allowed to

18     listen.  It's an incredible conversation, and before we

19     get to many of the questions that I think are really on

20     people's minds around how the vaccine is working, how

21     often we'll need to get a booster, and how it's doing

22     around the globe, it begins with a story.

23          In January of 2020, there was a flurry of

24     activity in Wuhan, in Maryland, at NIH headquarters and

25     in Davos, Switzerland, calculations were being made on

Page 3

1  napkins.  Experts and scientists who had spent entire

2  careers on pandemics were slipping into semi-familiar

3  yet semi-dreamlike realities.  As most of us saw

4  inklings of what was going on peeking through an opaque

5  surface, it only took a look at travel routes and a

6  passing knowledge of how coronaviruses work for some to

7  know that what we were seeing in Wuhan was likely

8  already all over the world.

9          In the months ahead, scientists in and

10  outside the government ran experiments with messenger

11  RNA, a platform that had been a sleepy but ready to go

12  platform for decades; a platform that was more like

13  software than medicine, a platform where scientists

14  didn't go into labs and don lab coats but sat at iPads

15  and computers in their homes.

16          The power of that technology was in no place

17  more of a focus than a small biotech company named

18  Moderna, one of hundreds of obscure biotech companies

19  in Cambridge, Mass.  Moderna, or messenger RNA, was a

20  giant bet to this platform could do a number of

21  miraculous things quickly, miraculous things that we

22  didn't even dream about.

23          Moderna's CEO Stephane Bancel is coming in on

24  the show, and what you should know about this company

25  is that it is a collaboration of Tony Fauci and the NIH

10/25/2021             ModernaTX, Inc. et al. v. Pfizer Inc. et al.         Audio Transcription

Page 4

1    that made it possible, and the scientists and

2    entrepreneurs within this small 800 person at the time

3    company called Moderna.

4           It's a deep and intense interview.  I want

5    you to know a little bit how I did it.  I wanted to

6    begin by talking to him about the past and how we got

7    here.  I thought that might end up just being a warmup

8    for a later, more interesting interview.  And it turned

9    out to be an interview in and of itself, maybe even a

10   movie.

11          Second, we move to talk about where we are

12   today and some of the things in front of us, including

13   how the vaccines are working, what we know about them;

14   booster shots, how often they're needed.  And we then

15   transition into a challenging conversation about both

16   the globe and the future with some pretty intensive

17   questions.

18          You should know that this once obscure

19   company is in a strange place now.  It's worth over

20   $130 billion.  Stephane himself is worth billions of

21   dollars.  They're facing increasing pressure over

22   under-allocation to countries around the globe.  He is

23   in an unusual, and I think an unenviable position that

24   I don't think any human belongs in, to playing a role

25   in who lives and who dies based on his decisions.  And

Page 5

1   I asked him what that feels like and how he handles

2   that responsibility and tried to push him on how he

3   makes those decisions.  The conversation is, at turns,

4   fascinating, incredibly practical and very, very deep.

5   I think maybe it's one of the best interviews to date

6   in accomplishing what I want to do on "In The Bubble,"

7   and so the whole thing is here, nothing could be cut.

8           And what I want to do on the show is to

9   inform you, to make that process extremely interesting,

10  and to make it gettable, and above all, to have all

11  those things ease all of our anxieties and add a human

12  feeling to an often cold and scary subject.

13          So this interview causes me to want to thank

14  you for letting me do that.  And I will now introduce

15  Stephane Bancel, and I'm eager to hear how you respond

16  to this interview.

17          Welcome, Stephane.  I appreciate you joining

18  In The Bubble.

19          MR. BANCEL: Thank you, Andy.

20          MR. SLAVITT: And I want to thank you for your

21  work and your partnership over the last many years.

22  And certainly in the time that I was in the Biden

23  administration, the really productive way that you guys

24  ramped up production at the time the country

25  desperately needed it.  So I want to begin with my

Page 6

1  thanks.

2          MR. BANCEL: Thank you so much.  It means a
3  lot.  The team has been working nonstop, literally
4  Saturdays and Sundays for 20 months.  So it means a
5  lot.  Thank you.

6          MR. SLAVITT: So let's actually start with
7  that.  It would be great if we could go back, start a
8  little bit with the history of the story of the mRNA
9  platform and the mRNA vaccine.  Can you take us back
10 even a couple of decades to the origin story and tell
11 us how this developed?  Because at the time, I'm sure
12 no one quite knew that we'd be building something so
13 powerful.

14          MR. BANCEL:  So we started the company in
15 2010.  It was a Cambridge-based Massachusetts company
16 team from Harvard, MIT, and a couple of our founders on
17 this question that could use messenger RNA to make
18 protein in people's body.  As you know, Andy, you know,
19 since Genentech and Amgen since the '70s, there's been
20 wonderful medicine made people across the world using
21 proteins made, you know, initially in bacteria.  That's
22 the biotech industry; and the notion that you could
23 inject a piece of software because mRNA is instruction,
24 that's what you use in your body.  You have thousands
25 copies in every one of your cells.  And to get you and

Page 7

 1    your cells to make whatever we design to protect you or

 2    to heal you if you're sick, that was literally science

 3    fiction.  And we asked ourselves, is it possible?  And

 4    if it is possible, what would it mean for medicine?

 5    And we got really excited about what it could mean for

 6    medicine.

 7              We believed it could mean dozens, maybe

 8    hundreds of medicines that are technically undoable

 9    using small molecules, the old chemistry technology of

10    pharma for the last 150 years, or biotech technology

11    making protein, the technology of the last 50 years.

12    We also believed that it would have a massive benefit

13    that traditional pharmacy medicines don't have is the

14    high predictability of going from the lab to approval.

15    As you know, most drugs that go into clinical trial, 90

16    percent of them never get approved.

17              But what if you could have a technology where

18    every time it's the same chemistry brick that you used

19    to get into the human body?  But if it works once, it

20    should work for many, because it's the same chemical

21    compounds you give into the human body, whereas in

22    traditional pharma, every drug is different.  So when

23    scientists take a drug that looks promising in animals

24    into the clinic, they have no idea the type of safety

25    issues you might see in humans, because a mouse or a

Page 8

1    monkey are not a human, obviously, and mouse and

2    monkeys don't speak, and they don't say when they have

3    a headache or other issues.  And so that was a really

4    exciting part.  Everybody in the field thought this was

5    nuts, myself included, Andy.

6              When I was first introduced by the founding

7    team, when they were looking for CEO, they had one

8    scientist employee with a tiny concept of a company.

9    My first reaction to the team was, this is never going

10   to work.  And the reason we believed that is that mRNA

11   was believed to be very unstable, you know, to be

12   stable for seconds, which will not be good for

13   medicine, and be very immunogenic, like giving a

14   flu-like reaction to your body, which of course, will

15   not be very good for medicine if you'd be very sick

16   from a medicine.

17             But what was very clear is there was some new

18   scientific insight from many labs around the world,

19   from Penn, from Harvard and so on, that led us to

20   believe that maybe now we understood enough about the

21   science, that there could be maybe a way to make mRNA

22   into a safe and effective drug.

23             MR. SLAVITT: What year did you join,

24   Stephane?

25             MR. BANCEL: So I joined in the summer of

Page 9

1    2011, ten years ago.

2           MR. SLAVITT: And when was the first time that

3    even predating Moderna, that people started to work on

4    it, mRNA as a concept?  Was that 2010 or was it a few

5    years before?

6           MR. BANCEL: So it was actually a long time

7    before, when DNA and mRNA were discovered.  You know,

8    back in 50, 60, 70 years ago, people tried to make

9    drugs out of mRNA in academic labs around the world.

10   You can go back and read very old papers, but they

11   failed.  And so if you think about it, actually the

12   biotech industry as we know it existed because mRNA as

13   a drug failed.  And so people find a convoluted way to

14   put a piece of genetic information of a human DNA, like

15   insulin inside the DNA of a bacteria, E. coli, to make

16   the bacteria in a big reactor, make the human protein

17   and then they will basically kill the bacteria, purify

18   out, extract out the human insulin.  Put in a vial, and

19   Lilly and Genentech made the first biotech product

20   which saved the life of millions, maybe hundreds of

21   millions of people.  And so people tried a long time

22   ago.

23           Then there was a company called CureVac,

24   which recently announced, unfortunately, the failure of

25   a COVID-19 vaccine; they started in '99.  And then

Page 10

1   there's a company that everybody knows now, BioNTech,

2   which was started a couple of years before Moderna, and

3   then in 2010, Moderna.

4           MR. SLAVITT: Got it.  Did you spend a minute

5   on Moderna's partnership with the government, and the

6   funders and some of the scientists there, Barney Graham

7   and others and what that partnership was like, how

8   small startup biotech company meets up with this

9   massive bureaucracy of pure research dollars but also

10  just lots of priorities and difficult to see how they

11  focus.  How did that occur and what was that

12  partnership like?

13          MR. BANCEL: Sure.  So a few years ago I

14  decided to reach out to Dr. Fauci once we had clinical

15  data.  I said to myself, if I reach out to Tony, which

16  of course is you know, a key leader in the field of

17  infectious disease for a long, long, time, I'm like, if

18  I reach out to those guys too early, they will like

19  most people most probably said this will never work.

20  So I need to go to Tony at the right time.

21          And so a few years ago, once we already had

22  several vaccines with human data, I reached out through

23  one of my board members to Dr. Fauci and send him the

24  data and say I would love to come down and see you at

25  NIAD to show you what we're doing, why we think it

Page 11

1    could change vaccinology and if you are interested,

2    find things to do together.

3              MR. SLAVITT: And what was the application at

4    the time?  What was the vaccine you were working on?

5              MR. BANCEL: We showed them data on flu

6    vaccine and also on Zika.  This was post, you know, the

7    Zika outbreak in North America --

8              MR. SLAVITT:  Right.

9              MR. BANCEL:  -- and also on CMV,

10   Cytomegalovirus.  It's not that well known to the

11   public, unfortunately, but it's the number one cause of

12   birth defect in this country.  More than Down's

13   Syndrome.  There's no vaccine that exists because it's

14   a very complex virus and we had a beautiful vaccine and

15   so we showed all that data to Dr. Fauci and to his team

16   and after that we said look, if you want to partner

17   with us, we'd love to find a couple viruses that we are

18   both passionate about.  And we'll be willing to

19   partner, we'll send you mRNA for free just so that you

20   can see how the technology works and make an opinion

21   for yourself.

22             MR. SLAVITT:  Wow.  Fateful meetings.

23             MR. BANCEL:  Yes.

24             MR. SLAVITT:  Wow.  So take us to January of

25   2020.  Can you just describe the sequence of events

Page 12

1    that occurred?

2          MR. BANCEL:  Sure.  So I was made aware of

3    new infectious disease happening in China just in the

4    first few days of January, because I have worked, Andy,

5    all my 25-year career in infectious disease one way or

6    another.  And so I'm very passionate about infectious

7    disease.  And so when I heard about that, I reached out

8    to Barney Graham, who by then was our partner.  We were

9    working on a few vaccines together.

10          MR. SLAVITT: And Barney Graham is on

11   Dr. Fauci's team, just for the audience to see.

12          MR. BANCEL: Yes.  And Barney is one of, in my

13   opinion, of the best scientists in the world to design

14   and to pick antigen, the protein of a virus that are

15   going to be relevant to vaccines and vaccine design.

16          And so I reached out to Barney.  We had met

17   many times over three years of partnership we've had

18   since that first trip I did to the NIH.  And I just

19   asked, you know, Barney, because we collaborate a lot,

20   so I just shoot him an email saying there's a new thing

21   in China, is it a virus or bacteria?  Because we didn't

22   even know at the time what type of bug it was.  And

23   Barney replied and said, we think it's a virus, but we

24   don't know a lot yet.  We are talking to our contacts.

25   And then maybe the day after, he sent me an email, it's

Page 13

1  not flu, but it's a virus.  And then we realized, a

2  couple more days, it's a coronavirus, but it is not

3  SARS and it is not MERS.  It's a new coronavirus.

4          And the reason that was important for us is,

5  one, we had done nine vaccine in clinical studies at

6  Moderna alone before that day, but it was always for

7  viruses, not for bacteria, because viruses and bacteria

8  are very different in terms of eukaryote, prokaryote

9  type of cells they are.  We didn't know if we could

10 make bacterial vaccines, but we knew we could make very

11 good viral vaccines.

12         And so once we realized it's a new virus,

13 what we have to wait for is the sequence, the genetic

14 information of the virus, and Barney and other contacts

15 we have in infectious disease at the company told us,

16 it should be in a few days.  The sequence should be put

17 online by the Chinese, and indeed, I think it was

18 January 10, the full genetic information of virus is

19 put online.

20         And what we do at that time is the team at

21 Moderna try to design a vaccine from that information.

22 The team and NIH actually work on designing a vaccine

23 using our technology based on that information.  And

24 then the team compare notes, we thought it was the

25 right way to do it, to do that actually independently

1    to increase the chance of doing it right.

2            And what was very good is that both teams

3    picked exactly the same protein, the spike protein, and

4    they both advised to go for the full-length spike

5    protein.  Spike is a very big protein.  It's four

6    kilobyte, it's 4000 instructions.  It's very big.  And

7    they all, both teams recommended independently that

8    this was what's going to give us the best vaccine.  The

9    place where we were lucky is one of the many vaccines

10   we're working on together with the NIH was MERS, which

11   is also coronavirus.  And because of that, we had

12   learned a lot about coronaviruses using modernized mRNA

13   technology.

14           And so once both teams decided that full-

15   length spike was the right vaccine, it was off to the

16   races.  The Moderna team made all the technology

17   choices, because there are many thousands of technology

18   choices that have to be made for every vaccine once you

19   agree on the protein, you want the mRNA to make.  And

20   so the team did that.  And then they literally designed

21   that on the computer.  That's how we make drugs at the

22   company.  And we never had access to a virus.

23   Physically, we had no virus.

24           MR. SLAVITT: You just had the code, that's

25   all you had.

Page 15

1          MR. BANCEL:  We just had the code.  We just

2     had information on the screen.

3          MR. SLAVITT:  So if I pictured people in a

4     lab, no, it's people sitting behind their computers.

5          MR. BANCEL: Yes.  And there's even an iPad

6     version of it.  You can do it from your couch at home

7     if you want.  It's just a new way to do biology.

8          MR. SLAVITT: Amazing.

9          MR. BANCEL: And so we started to do two

10     things at that time in parallel.  One was to get as

11     fast as we could mRNA ready to go into animal testing,

12     so we could send some to our Cambridge Moderna lab and

13     some to Barney's lab in parallel, again, to do as much

14     work as we could.  And we set to make right away at

15     risk because there was an outbreak in humans and people

16     were starting to die, the vaccine a human grade, FDA

17     grade, so they could go into a clinical study that we

18     had agreed in the meantime, that we will make the

19     product and pay for it, Moderna, and the NIH would run

20     the study.  That was kind of -- we decided to divide

21     and conquer.

22          And then the week of January 20, I am in

23     Davos with two amazing infectious disease doctors.  One

24     is Dr. Jeremy Farrar, who is the head of the Wellcome

25     Trust, and the other one is Dr. Richard Hatchett who is

Page 16

1    the head of CEPI.  CEPI was spun off from a World

2    Economic Forum with the Wellcome Trust, Gate Foundation

3    and so on to prepare for next pandemic.

4              And so I spent a week with those two doctors

5    who I've known for many years, and through the week

6    there's a lot of data coming out of China.  And those

7    two doctors, because they are so well networked in

8    China, get data that is not official data yet from

9    their friends that are doctors in Wuhan and from the

10   Chinese CDC.

11             And so literally three or four times a day,

12   we will meet together and on their phone, they will

13   show me the new data they were getting.  And literally

14   on a napkin, we'll start to plot the R naught of rate

15   of infection that everybody knows now, and the death

16   rate.  And it was all very dirty with big error bars.

17   We were just trying to guess where things were heading

18   because there are so little data at the time.  And then

19   --

20             MR. SLAVITT:  I hope you kept that napkin.

21             MR. BANCEL:  We did not, unfortunately.  And

22   then by Wednesday, it started to be pretty clear that

23   this is really bad.  It is really, really bad.  And

24   what made it worse is on Wednesday, China announced we

25   were locking down Wuhan as a city.  And I'm like, I

Page 17

1  never heard in my life in modern history that a city of

2  millions of people was locked down.  I'm like, what do

3  the Chinese know that we don't know?

4            And so if you think about the data set, we

5  get more and more data that is really bad, their

6  infection rate.  People start to die, and they lock

7  down the city, which they never did for SARS.  And so I

8  remember being with them and getting my iPad out of my

9  work bag, and decide to Google Wuhan, realized it's a

10 very big city.  And what I didn't know is the flights

11 going out of Wuhan -- because remember cases that

12 happened in Vietnam and Thailand and Japan?  And I

13 Googled the flights coming out of Wuhan, and I realized

14 they had flights to every capital in Asia, every

15 capital in Europe, and all the big cities on the West

16 Coast of the U.S.

17           And I remember raising my head from my iPad.

18 It's a moment I remember all my life and looking at

19 Jeremy.  And I said, Jeremy, remind me because I'm not

20 a doctor, okay?  I said, Jeremy.  Remind me.  A

21 coronavirus.  It's seven to ten days incubation, right?

22 He's like, yes, it's around seven to ten days.  And so

23 I'm like (indiscernible) it's everywhere.

24           MR. SLAVITT:  It's here.

25           MR. BANCEL:  Yeah.

10/25/2021          ModernaTX, Inc. et al. v. Pfizer Inc. et al.          Audio Transcription

Page 18

1          MR. SLAVITT:  It's there.  It's everywhere.

2          MR. BANCEL:  And then Jeremy looked at me;

3    yeah, it's everywhere.  It's everywhere.  And so that's

4    the day I realized it was going to be like 1918, like

5    the flu pandemic.  It was going to be really bad,

6    really long, and it was not an outbreak, which is what

7    I believed the last few weeks, I thought it was going

8    to be like SARS and MERS.  At that moment, I'm like,

9    (indiscernible), it's going to be a pandemic.

10          And so I was in Zurich.  I mean, I was in

11   Davos, close to Zurich.  I was supposed to go to

12   Germany after.  And I called my assistant, I say, I

13   need a one-way ticket to Washington.  And she's like,

14   when are you coming back to Boston?  I'm like, I don't

15   know.  I'll come back when I come back.

16          And I flew over on Sunday to D.C., and Monday

17   morning, I met with Dr. Fauci and Barney and John

18   Mascola, who runs the vaccine research center for

19   Dr. Fauci.  I then went to BARDA; I then went to DARPA.

20   And then I went to the FDA to meet with Marion Gruber

21   who runs the vaccine division and her team, to figure

22   out how do we get the vaccine approved by the fall?

23   And everybody thought I was a little bit cuckoo.

24          MR. SLAVITT:  I have so many questions that

25   we won't be able to ask here.  But I'm actually

Page 19

1   thinking about you personally having these

2   realizations, and at some point, feeling like we might

3   have been doing all of this work for the last decade

4   for this very specific moment.  Or if some realization

5   might have hit you like that.  Because what people

6   don't always realize about biotech companies is because

7   they've heard of the very successful ones, that there's

8   thousands and thousands of them with no products or one

9   product that's under looking for approval and it may or

10  may not ever happen.  So there was a confluence of

11  events which could have led to Moderna dying in

12  obscurity.

13        MR. BANCEL:  Oh, very much so.  When we

14  started the company, it was very clear that either

15  we're going to find out how to make mRNA safely before

16  we run out of cash and we'll go bankrupt, or this would

17  be a company, because it's a big platform, that could

18  do dozens of drugs and change medicine forever and

19  impact millions.  I didn't think billions at the time.

20  And if you are in that moment, I don't have too much

21  time to think about it.

22        I'm just glad that we've done nine vaccines

23  before so we know how to make vaccines; that we worked

24  on MERS, and so I had a pretty high confidence that the

25  vaccine we had designed was going to make a high level

Page 20

1    of antibodies in human because mRNA is a platform and

2    we've done nine before.  And I was so thankful that in

3    2016 I went to my board and recommended to build the

4    plant in Massachusetts, which they thought I was nuts

5    at the time, because he was committing $150,000,000 of

6    concrete and still at the time when we had one phase,

7    one study, so very early stage clinical data on like 20

8    people.  And I thought, my God, we have to build a

9    plant now.  And therefore that was nuts.  And I was so

10   thankful because that's a plant from which all the

11   vaccine that has been helping, I think 60- or

12   70 million Americans have come from.

13        MR. SLAVITT:  Yep.  So not to put too fine a

14   point on it, but American taxpayers for years pay their

15   taxes, don't know what their taxes go towards.  And

16   some of it certainly goes to things that people would

17   disagree with or find wasteful or all that.  I'm not

18   going to suggest we've got the most -- that

19   everything's done efficiently.

20        But some portion of our taxes have been going

21   to basic research.  They've been going to fund things

22   that we don't yet know if there's applications.  And

23   that includes trying to prepare for situations that

24   could emerge in the future.  We have the foresight of

25   people like Barney Graham, like Tony Fauci, who are on

Page 21

1   the hunt.  I'll just say they take hundreds of meetings

2   like the one they took with you.  And many of them are

3   interesting, and they don't go anywhere.  But some of

4   them, they say, we need to do some work here.

5              So getting to where we've gotten today, it

6   feels is they listen to your story, like -- we've got a

7   bunch of people to thank who we'll never know for their

8   planning, for being purposeful, for being thoughtful.

9   But both your scientists, the scientists at NIH, and

10  then all of us as taxpayers, for deciding that we are

11  worth investing in.

12             MR. BANCEL:  Yes, exactly, Andy.  And the

13  other piece, I think all the entrepreneurs that take a

14  risk with their career to try something that most

15  probably is going to fail.  And --

16             MR. SLAVITT:  Forget the entrepreneur.  No,

17  I'm kidding.  It's actually -- it's a great point

18  because, you know, people sometimes ask me the

19  question, what it will take to make a better U.S.

20  healthcare system?  And the wrong way to answer that

21  is, I think, is to say, well, if we had to start from

22  scratch, what would we do?  I think -- one thing I

23  often think about is not what are our weaknesses alone,

24  but what are our strengths?  What do we do well here?

25  And, you know, this is a story of a lot of things

Page 22

1    coming together.  One of them is risk taking and

2    entrepreneurship, for sure.

3             MR. BANCEL:  And I think this country is

4    really uniquely positioned.  I mean, as you can see

5    from my accent, I was not born in Boston.  But I think

6    what makes really America amazing in terms of the

7    ability to combine, you know, to your point, you know,

8    scientific risk that the government takes, that a lot

9    of academic labs around the world take.  The

10   entrepreneurs, the capital.

11            I mean, another piece that is not very well

12   known about Moderna, we invested $3 billion of capital

13   from investors before COVID even had a name.  Ten years

14   with no sales, no revenues, and even no knowing when

15   there might be a revenue one day.  And that's really

16   something that would have never happened in Europe.

17            MR. SLAVITT:  Yeah.  So what you're saying is

18   risk-based capital, people, which oftentimes leads us

19   astray; I mean, there's not always -- there's parts of

20   the capitalist system when it meets healthcare that

21   frustrate me to no end.  But this is a story where

22   people put capital behind an idea that was

23   transformative, and it paid off.

24            Let's move towards today.  You went through

25   the trial process.  You started to get data back.  The

Page 23

1   vaccine went into 30,000-odd people.  Then you went to

2   the FDA, you got emergency use authorization, and you

3   started to see your vaccine in millions of people.  Can

4   you talk about what surprises you've seen as it relates

5   to the effectiveness and the durability and the safety,

6   what's been confirming and what's been surprising?

7          MR. BANCEL:  Yes.  So the period was

8   confirming was we believed, and Dr. Fauci with us, that

9   neutralizing antibody was really a good indicator for

10  efficacy.  And so when in March, we got a challenge

11  model where you give the vaccine and then a very high

12  dose of a virus to a mice, and you find no virus in a

13  mice lung, and then you do the month after, the same in

14  a nonhuman primate, and you find no virus in the lung

15  and very high antibody in their blood.

16          And then when on May 18, you know, we

17  announced to the world it was a small study of 20-40

18  people, but what was remarkable for me and gave me a

19  lot of hope, and I believe to Dr. Fauci too, is that

20  100 percent of the people had antibodies, neutralizing

21  antibodies, but good antibody, above the level of

22  antibodies that people that were naturally infected to

23  COVID had in their system and people that survived

24  COVID.

25          And so it was a very good indication about

Page 24

1  the breadth of response that everybody made the

2  antibody and made a lot of it.  And what was very

3  exciting to me, because, as you know, we were still

4  learning a lot about the virus.  We still didn't know

5  as much as we know today in May of 2020.  But what we

6  knew because of the hospitalization and the death rate,

7  that the elderly and people with high comorbidity were

8  at the highest risk, and the children were doing pretty

9  well at the time, if you remember.

10         And the piece that I was most exciting about

11  is that in that study there was young adults and older

12  adults and unlike all the vaccine that decide to

13  publish, like from China and other places, we made as

14  much antibody in a 75-year-old than in an 18-year-old

15  with a modern antibody vaccine.

16         And that gave me a lot of hope and made us

17  push really, really hard to save every hour, save every

18  day that we could, because we believed we had a very

19  serious chance to have a vaccine with high efficacy.

20  Of course, we didn't know the efficacy like the rest of

21  the world until mid-November, but we believed we had a

22  serious chance to have a vaccine that could help a lot

23  of people.

24         MR. SLAVITT:  Yeah.  And I don't know if

25  people were aware at the time, but there were -- there

Page 25

1    was a very big possibility that we could end up with a

2    vaccine that just simply didn't work on older people.

3              MR. BANCEL:  Correct.

4              MR. SLAVITT:  Or didn't work well or didn't

5    work very well.  And that was one of the things we were

6    holding our breath around.  And I remember being in

7    planning meetings, talking about, well, we may need to

8    revaccinate the elderly because this may not work.  And

9    so in the midst of all of the news that came out, that

10   one got a little bit lost.  That was very good news in

11   terms of how it treated people.

12             Now, let me talk a little bit about the

13   surprises.  I wonder how you thought at the time about

14   the durability, because indeed, there was a good --

15   great reaction, including in the elderly, but we didn't

16   know anything about durability at the time.  What did

17   we think then and what do you see now?

18             MR. BANCEL:  Yeah.  So at the time we didn't

19   know because the vaccines were developed so fast that

20   as you know they were authorized, which was the right

21   thing to do for the country, you know, after only two

22   months of data after second dose so what we had and

23   everybody saw, the 95 percent efficacy for both the

24   Pfizer and Moderna vaccine was very high, but it was

25   two months after the second dose and it was hard to

Page 26

1  know how long that was going to last.  First because

2  there's never been an mRNA vaccine approved, so we

3  don't have the dataset over many years, and two, it's a

4  new virus.  It's not a virus that has been around for

5  50 years and we know very well.

6          And so what is interesting, Andy, if you look

7  at it, there's a coronavirus that circulates in the

8  community called "OC43."  It has actually been the root

9  cause of around 10 percent of hospitalization in the

10  U.S., and it is believed by scientists to be actually

11  at the origin of a pandemic in 1890, that was called

12  the Russian Flu.  Because at the time there was no PCR

13  test to know if it was flu, or corona, or RZ, or

14  anything so it was flu-like symptoms so people thought

15  it was a flu pandemic, but actually it was a

16  coronavirus pandemic.

17          And if you look at that virus that still

18  circulates in the world, like SARS COVID 2 is going to

19  stay endemic, as many of us have said for quite a long

20  time, what is interesting to observe about that virus

21  is that people that are older, so that is 60 and above,

22  get reinfected and sick every year.  People that are

23  say in their 40s-ish, it's around every two year that

24  they get sick again, and people that are more in the

25  18s, or teenagers, it's around every three years that

Page 27

1    they get sick again.  So I don't know if that --

2          MR. SLAVITT:  I'm asking for a friend, what

3    about 54?

4          MR. BANCEL:  54?  You kind of have that

5    (indiscernible) maybe once a year.  Maybe every 18

6    months or so.

7          MR. SLAVITT:  I'll pass it on to my friend.

8          MR. BANCEL:  Yeah, yeah.  And so it's a bit

9    too early to know, but what is sure is, SARS COVID 2

10   virus is going to be endemic.  It's not going away from

11   the planet.  We're going to need boosters.  Based on

12   what I just told you of these virus that exist and goes

13   around with the community, I think it's going to be

14   every one to three years based on your age and

15   comorbidity factors, but I think the good news is

16   Moderna is working on the flu plus COVID booster.

17   Single dose, and we want to add even more respiratory

18   virus.  There's around 10,000 viruses in this country

19   and around the world that get people to go to

20   hospitals, that they look like the flu but if you do

21   PCR, they're not the flu, and what we want to do at

22   Moderna is to get all of those in the same single dose

23   annual booster.

24         MR. SLAVITT:  Single shot.

25         MR. BANCEL:  You get one shot every year at

Page 28

1    your school, at your CVS, at your workplace, and you

2    spend a nice winter.

3              MR. SLAVITT: COVID, flu --

4              MR. BANCEL:  RSV, OC43, all those things,

5    yes.

6              MR. SLAVITT: Pan-virus shot?

7              MR. BANCEL: Yes.

8              MR. SLAVITT:  Beautiful.  Now, if it wasn't

9    for mutations, the world would be in a very different

10   place right now.  If we hadn't seen Alpha and then

11   Delta, we would very likely be sitting here today in

12   that endemic situation that you talk about.  And I

13   think we'd be feeling very confident that thanks to the

14   great work of your scientists, scientists in other

15   companies and countries that we had the formula to beat

16   this thing.  And I'd say, you know, even with Alpha, at

17   least in the U.S., we would have probably crushed the

18   virus.  You may disagree with that, and if you do, you

19   should certainly say so.

20              But when Delta happened, you know, it took

21   the bar up from, you know, call it 75 to 80 percent of

22   people that needed to get vaccinated to higher than

23   that, maybe close to 100, hard to know.  And also, in

24   addition to the waning of the vaccine, it contributed

25   to vaccine not being as effective, at least preventing

Page 29

1   symptoms, and also over time, hospitalizations and

2   potentially even deaths, partly because it's a quick

3   incubation period and the vaccine just simply couldn't

4   respond.

5          Can you talk about how -- related to Delta,

6   but also in general to future mutations, how you feel

7   Moderna and the vaccine are set up to respond?

8          MR. BANCEL: Sure, so you're right.  What has

9   really hurt us in this country and around the world

10  with Delta was first, that because of a drift, the

11  genetic drift from the initial strain and the vaccine

12  design, there was less efficacy because of that.  And

13  the other piece is duration since vaccination to

14  infection, because as we know, there is waning immunity

15  just with time.

16          And so we got the double whammy, to your

17  point, Andy.  We got the time waning immunity because a

18  lot of people at risk were vaccinated in December,

19  January, February.  And two, we get, unlike Alpha,

20  which was a very high efficacy of a vaccine, you lost a

21  bit of vaccine efficacy with Delta.

22          So the good news about mRNA technology is you

23  can change the genetic information coded in the mRNA

24  very quickly.  We have worked on a Delta version.  It's

25  in the clinical trial as we speak.  If it's needed, it

Page 30

1    could be authorized very quickly now.  And we're also

2    very carefully following where the virus is going.  One

3    of my biggest worry is there so many people on the

4    planet since the big wave in India in the spring with

5    Delta, that the chance for mutation is pretty high,

6    where the virus continues to drift away, to evolve away

7    from Delta.  And so we are following that very closely.

8    We're working with academic labs, including labs using

9    AI, because if you think about the mutation, they are

10   just random.  And the new strain that evolves and takes

11   over, like Delta more recently, is because it's more

12   infectious.  The virus is not programmed to kill.  If

13   you die, the virus dies with you.  So from an

14   evolutionary standpoint, the virus is just trying to

15   replicate faster.

16           And so when those mutations happen, those

17   that have a better affinity to the ACE-2 receptor of

18   your cells mean the virus, that new version of the

19   virus mutated, goes inside your cells faster, replicate

20   faster, and then it takes over.  That's how mutations

21   happen, but it's so very random.  And because it's

22   random, you can model it with math.  And AI is

23   fantastic to use math modeling with a binding receptor

24   from a chemical standpoint.  So you can model those

25   things.

Page 31

1          We have said on our more recently second

2     quarter videoconference call when our head of RNA was

3     asked, he thinks that Delta is going to evolve with

4     some mutation of Beta, the one first identified in

5     South Africa, and most probably we're going to a Beta

6     plus Delta down the road.  And so one variation we're

7     already testing in the clinic as we speak, Andy, is two

8     mRNA in each vial where we'll have a Delta mRNA for

9     Moderna, a Beta mRNA in the same vial.  So we give you

10    the neutralizing antibody against both as potentially

11    your 2022 fall booster.  So we're working on that so

12    that we can be ready.  Wherever the virus go, Moderna

13    is committed and will be ready to keep people boosted

14    so those who want the vaccine can feel safe and live a

15    normal life.

16          (Pause)

17          MR. SLAVITT:  Can you give everyone a sense

18    of -- and this is both a question of the power of the

19    mRNA platform, but also the scalability of production,

20    from the time you see a variant that you say, this will

21    require us to adapt our vaccine?  How long till -- two

22    questions.  One is, how long until such time when you

23    say it's done, and it's sufficiently safe and effective

24    to be able to be ready to produce?  How many days, and

25    then how many days from there to where you feel like it

Page 32

1   can be really globally distributed so people can have

2   access to it?

3           MR. BANCEL:  Sure.  So on the clinical side,

4   which is the first part of your question, we think in

5   three to four months max, you could go from the first

6   time the sequence of a virus is published by scientists

7   somewhere in the world where these things happen, to

8   having the FDA authorizing a new version of a booster.

9   Three to four months.

10          And we're working really hard by investing in

11  technology, and so I want to shrink that time, I think

12  we could get it down to three months or maybe a tiny

13  bit less.

14          The second question is manufacturing, and I

15  think the answer will depend on when this happens,

16  because we are still, like other companies, ramping up

17  manufacturing capacity, we're still adding equipment as

18  we speak and hiring more people as we speak, because we

19  really want to get to a place next year, Moderna will

20  have 2- to $3 billion capacity for the year of '22.

21  And we need to have enough booster for the entire

22  planet, so that somebody who wants a vaccine, whether

23  they live in Africa, they live in Boston, wherever they

24  got infected naturally, or they got a vaccine, if it's

25  a change of a vaccine or (indiscernible) anything that

Page 33

1   you can mix and match and you can get the booster.  So

2   that's what we're aiming for.  And we believe that

3   between Pfizer and us there's going to be roughly next

4   year $7 billion of mRNA capacity from the two best

5   vaccine on the market.  And we believe that's one

6   vaccine for anybody who wants one on the planet.

7            So I think we're really getting close to

8   that.  So if you wait for that time where we have that

9   type of capacity, I think you'll be able to get

10  literally -- because if we have, you know, 2- to $3

11  billion a year, that's two to $300 million a month.  So

12  if we start with a three-to-four-month lead time from

13  sequence to shipping, you could potentially have up to

14  a billion dollars the day you get the new version

15  authorized.

16           That would be very different from when we got

17  the vaccine authorized the first time.  We pushed to

18  the CDC in December 2020 20 million doses to Americans,

19  which was fantastic to have 20 million doses to those

20  who got it.  It was of course way too little to

21  vaccinate the country or of course to vaccinate the

22  planet.

23           MR. SLAVITT:  So the manufacturing processes

24  so far seem to be quite scalable, which has been very

25  impressive.  Now, manufacturing a vaccine and having a

Page 34

1   vaccination, there's still a gap there and that has to

2   do with the transportation, the storage, having

3   sufficient needles and being able to do it in remote

4   parts of the world.  And then of course that says

5   nothing of the effect of vaccine acceptance, which is a

6   whole another topic, but getting good at last mile

7   feels like -- I think it would surprise people to know

8   that right now, as we -- and I want to shift the

9   conversation a bit to the global, that the issue isn't

10  today whether we will have enough vaccines to vaccinate

11  the globe thanks to the manufacturing expertise and

12  scaling.  That's not the issue.  The issue is actually

13  last mile.

14          So as attrition to global piece, I'm going to

15  ask you some questions which I think are -- some of

16  them are tough questions because they are the

17  existential questions that in some respects, no human

18  should ever have the responsibility to make, and yet

19  some of them land at least partially in your lap.  And

20  so I think it would be great to know how you think

21  about them.  Take it as a -- for given, that you know,

22  you're a for profit company.  You can only make

23  vaccines if people buy them and pay for them and send

24  them to countries.

25          Yet, you know, we sit here today with close

Page 35

1  to half the globe vaccinated and only two to 5 percent

2  of Africa vaccinated, and with COVAX, really, it's hard

3  to call COVAX a success at this point.  They had bigger

4  hopes, bigger commitments, and they just haven't been

5  able to live up to them.  There's reasons for that.

6          But maybe help us understand how you think

7  about how -- well, start with what Moderna is doing

8  around global distribution and global equity and then

9  maybe we could go a little bit from there.

10          MR. BANCEL:  Sure.  And I think you're 100

11  percent right, Andy.  The issue that I worry deeply

12  about to get the planet vaccinated is not vaccine; it

13  is last mile.  If you look at the numbers today, just

14  ballpark numbers for people, as of today, 3.77 billion

15  people vaccinated.  There's a little bit over 5 billion

16  adults on the planet.  That gives you a gap.  If you

17  just look at adults for now of 1.3-, 1.4 billion dose,

18  two dose, it's -- let's run the numbers.  3 billion

19  doses.

20          The industry as a whole in the last 30 days

21  shipped 1.3 billion doses through the door.  So if you

22  do the math --

23          MR. SLAVITT:  That's in the last month.  In

24  last month.  Is that right?

25          MR. BANCEL:  In the last 30 days.  In the

Page 36

1   last month.

2          MR. SLAVITT:  Right.

3          MR. BANCEL:  And so if you do the math, we

4   are two to three months away to have more vaccine

5   available than adults.  So the last mile is the biggest

6   challenge.  Look at how hard it was in the U.S. in

7   December, January, just from last mile.  I was in

8   Europe, and everywhere, because we have never done as a

9   world, such a massive quick vaccination company.  It

10  has never happened in the history of the planet.

11         And when you see how hard it was in countries

12  that have so much resources like the U.S. or Europe,

13  you can just imagine the countries where just the

14  number of doctors and nurses per capita is so much

15  lower in the country.  You just don't have enough

16  nurses and doctors just to inject them in arms, even if

17  you get them in front of people, the vaccines.

18         And so what we did as a company is a few

19  things.  First, we partnered with COVID and committed

20  500 million doses to COVAX.  We helped the U.S.

21  government that had over-ordered vaccines to donate

22  them, which seems easy on podcasts like this.

23         MR. SLAVITT:  Right.

24         MR. BANCEL:  But to be able to get vaccine to

25  a country, you have two things you need to do just from

Page 37

1    a legal standpoint.  One is to get the vaccine

2    authorized in that country.  If it's not authorized,

3    you're not allowed to ship it, it's illegal.

4             Two, you need a system to report side

5    effects.  It's obligatory by law.  It's not only law in

6    the country, but law in the U.S.  I need to report,

7    like every other pharma company, any side effects from

8    any country in the world to the FDA.  That's the law in

9    the U.S.  And so I'm not allowed as a company to ship

10   products if it's not approved locally, and if I don't

11   have a system where somebody can call an 800 number to

12   report a side effect.

13            And so we scrambled through the summer when

14   the U.S. government called, and we wanted to help

15   deeply so those doses would not go to waste.  And we

16   got them into a lot of countries, including places like

17   Haiti to help low-income country.

18            The piece that is very sad, if I just take a

19   recent example, in Haiti is there was a story reported

20   on Bloomberg or Reuters a few weeks ago where the U.S.

21   government sent half a million doses to Haiti a few

22   weeks ago they shipped back 400,000 doses that were

23   unused.  And that's heartbreaking, totally

24   heartbreaking.  Those doses might expire by the end of

25   the year.  If they are not used, they're going to go

Page 38

1    into the garbage.  That is just heartbreaking.

2          And so the problem we have, you're very

3    right, is last mile, is education, antivaxxer

4    awareness, access for the people.  So we did that as

5    well.

6          The other piece we did is we put a statement

7    in October 2020, and we talked about it with media that

8    we're not going to enforce our IP.  Moderna is the only

9    company in the world with mRNA that had done infectious

10   disease vaccine before COVID.  And so there's a lot of

11   patents we filed over the years, and it was very

12   important for us as a company to put this out there

13   saying please, if you're doing mRNA vaccine, go at it.

14   Our goal as a country, as a company, is to get as many

15   vaccine in arms as we can.  Don't be afraid, we will

16   not sue anybody until the pandemic is going, because we

17   should only focus on one thing, all of us, is stopping

18   this virus.  Not fighting each other as humans but

19   stopping this virus.

20          MR. SLAVITT: Can you make a distinction

21   between -- and look, I think that statement at the time

22   was very encouraging, but can you help us understand

23   the difference between not enforcing your IP and

24   sharing your IP?  Is that the same thing?  Is that --

25   are those different things?

Page 39

1            MR. BANCEL: So it's the same thing, Andy,

2     because our IP, if you're a scientist, you can go on to

3     the U.S. Patent Office website, you type in Moderna in

4     the search box and you get all of our patents.  For

5     those of you that are listening that don't know IP law,

6     a patent can only be granted, it's one of the criteria

7     for granting a patent, if somebody skilled in the art

8     can read it and reproduce it.  If it's not true, a

9     patent won't be issued.  You can file it, but you won't

10    be issued by the U.S. P.T.O.

11            MR. SLAVITT:  So are people to your knowledge

12    doing that?  Are they trying to replicate the IP of

13    Moderna?

14            MR. BANCEL: So there are groups of people

15    that are working on mRNA around the world, and I'm sure

16    that they have read our publication and they have read

17    our patents, to save time because things that took us

18    3,000,000,010 years to invent, if you can just read the

19    recipe, it's much faster than hearing to figure out the

20    science that nobody has done before.

21            MR. SLAVITT: And yet, as you know, the World

22    Trade Organization is trying to come to consensus on

23    the issue of doing something like that but making

24    essentially this the case for all the IP, I'm not

25    describing it perfectly, but I'm trying to make it

Page 40

1  understandable enough.  Do you support that?  Do you

2  think that's a good idea or do you think that's a bad

3  idea?

4          MR. BANCEL: So I think it won't help much,

5  and here's why.  Again, we've done that as a company.

6  We said we won't sue for IP.  The IP waiver is the same

7  idea.  Nobody can sue anybody on the IP.  So we get to

8  the same outcome of what we did as a company a year

9  before this topic was even a topic.

10         The reason that I think is not going to help

11 much in '21 and '22 is to make a pharmaceutical product

12 in a technology that did not exist before like mRNA,

13 It's a six-to-twelve-month lead time if you know

14 everything. That's what it's taking us, and we've done

15 mRNA for ten years.  Because you have to design

16 machines, get them made, get them shipped, install

17 them, qualify them to very high FDA standards.  You

18 need to get the raw material; you need to hire the

19 people and train them.  And this is assuming you have a

20 factory available already, because it takes several

21 years to build a clean room where you have to make the

22 product because it's injected in somebody's body, it

23 has to be sterile.  If not, you're going to give them

24 septicemia, which will defy the purpose.

25         And so what I've said at the time when the

Page 41

1   discussion was ongoing, it will not get one model of an

2   mRNA vaccine made by anybody in the time that matters

3   for this pandemic.  We're going to be swimming in

4   vaccine in a few months.  At the pace at which the

5   industry is going, there's most probably 15- to

6   20 billion doses made in 2022.  That's more than

7   humans, assuming two doses.  And by the way, in 2022,

8   most of the planet only need one dose for a booster

9   because we just did the math; in two to three months,

10  so let's just call it January, February, there's enough

11  vaccine to prime people with two doses.

12          And so if you think that most of 2022 is

13  going to be a prime -- boost opportunity for people, so

14  it is not a vaccine issue anymore, the lead time to

15  make it, if you could make vaccine in two weeks like

16  this, yes, this could have helped.  But because there

17  was no mRNA factory sitting idle in the planet, because

18  nobody has made mRNA vaccines before, it was not just

19  not true.

20          MR. SLAVITT:  Right.  And just to be -- just

21  to clarify something, if someone's built a vaccine

22  factory for a purpose other than mRNA?

23          MR. BANCEL:  It cannot be used for mRNA

24  because the machines are different, the raw materials

25  are different, the training that the operators need are

Page 42

1   different.  That is why it will not help.  Because

2   somebody who has done, let's say Sanofi or GSK that

3   have done vaccine for 50 plus years, they couldn't make

4   mRNA the next week.  They just could not.  They don't

5   have even the machines for it.

6          MR. SLAVITT: Yeah.  Okay.  So I think you

7   gave us a practical answer.  We're going to be swimming

8   in vaccines.  It's not going to help in the short term,

9   and in the long term we're going to have plenty of

10  production.

11         But I think I want to put that to the side

12  because it's one thing for that to be the practical

13  reality and it's yet another thing for you to be

14  sitting in a position where you have the keys and -- to

15  solving a big global problem and saying that I'm going

16  to decide not to -- not to share that.

17         And so what I heard you say is if someone

18  wants to take that because they have -- you know,

19  they're building a factory in India that you're not

20  aware of or we're not aware of, and it's going to come

21  online quickly, that from Moderna's perspective, you

22  support that.

23         MR. BANCEL:  Yes.  And as I said, we will not

24  sue them.  We made that public and we wrote that on our

25  website.  Our boss talked about it.  So people will not

Page 43

1   worry if they wanted to invest money and time, that

2   they will not get the lawsuit from Moderna because we

3   care about getting as many vaccine as we can through

4   the door.

5          I've said last year during the clinical

6   trial, it would have been a horror scenario for Moderna

7   to be the only vaccine working.  I've said it on TV

8   last year.  I really wish that many other vaccine would

9   work because no company on the planet could have

10  vaccinated the planet, and it was a global problem.

11  And because viruses do not know frontiers or age or sex

12  or religion or anything, until we have the planet

13  vaccinated or infected and thus immunized, this thing

14  is going to keep mutating.

15          MR. SLAVITT:  And so let's say somebody said,

16  hey, Stephane, I'm build -- I've got -- we're using

17  your IP, we've got the factory, we've got all these

18  pieces, but I need some help with the technology

19  transfer to set this up, to make sure it works.  We

20  need to borrow a couple of your manufacturing or

21  scientific people.  What would you -- how would you

22  respond to that?

23          MR. BANCEL: So the challenge will be with

24  that is, what are we not doing internally that will

25  impact the short-term output?  Because, as I said,

Page 44

1    Andy, we are still getting delivery of machine, we are

2    still adding capacity.  We decided to do that for the

3    low-income country back in March of this year.  The

4    reason we only -- and I need to qualify the only --

5    built Moderna to make a billion dose this year is

6    because we had to make a decision in 2020.  In 2020, we

7    had no money because we never made or sold the product.

8    There was a lot of big companies, Merck, GSK, Sanofi,

9    working on vaccines.  And the entire flu volume every

10   year of flu vaccine for the entire planet across five

11   companies is 500 million doses.

12          So think about my board when I walk into my

13   boardroom and say, we'll make a billion doses next

14   year.  What are you talking about?  And so if I had

15   known in March 2020 that we're going to get the highest

16   efficacy vaccine on the planet, even longer duration

17   with what is shown now by CDC, against the Pfizer

18   vaccine and that all of those vaccines were going to

19   fail.  I would have tried to get more money to invest

20   more in manufacturing because of course the billion was

21   not going to be enough for 2021 and all the suffering.

22   But I had no idea that all those other vaccines were

23   going to fail, and we would end up having the best

24   vaccine on the planet.

25          MR. SLAVITT: Right.  And at the time I can

Page 45

1    vouch for the fact that there was a lot of uncertainty

2    around mRNA and things.  The Oxford and AstraZeneca

3    vaccine seemed like a sure bet.  Johnson and Johnson.

4    So we didn't know, which came to cause another

5    question, which is we've been living with the shortage,

6    and we had to make decisions in that mindset of not

7    having enough, and I think what you're telling us is

8    you see that about to change.

9         What I'm wrestling with, and maybe I'll take

10   this to 30,000 feet for a second, is that you are a

11   company that was in obscurity and Moderna is now darn

12   near a household brand name.  There's people walking

13   around calling themselves Modernas, which has got to be

14   quite amusing to you.  My wife is one of them.  In the

15   White House they gave us Pfizer, by the way, so you

16   might want to talk about that with somebody.

17        And you went from a company that had zero

18   sales, zero products, to a company that today is worth

19   over $100 billion; and you have something that is in

20   scarce supply, which is maybe not the vaccine IP, but

21   it may be the know-how to make the vaccine and to scale

22   it.

23        On a day-to-day basis, you must be faced with

24   decisions running this company where on the one hand,

25   you have shareholders to satisfy, and on the other hand

Page 46

1    you have this scarce and valuable thing that at least

2    for the next -- call it a year or so, will save

3    people's lives based upon whatever decision you make.

4    It's such a rare situation to be in.  You get phone

5    calls from the Pope, to talk to you about vaccine

6    equity.  You get -- you talk to world leaders in poor

7    and developing countries.  There have got to be

8    trade-offs between growing from 100 billion company to

9    a $500 billion company versus saving more people's

10   lives.

11           And I'd -- we'd all like to think that it's

12   all one and the same, but how do you wake up and orient

13   yourself in the middle of all this to decisions like

14   that?  Where I can imagine there are things that you

15   can do, to put a fine point on it, that would be good

16   for the world but maybe wouldn't be good for Moderna,

17   or vice versa.

18           MR. BANCEL:  Yeah, and the piece that we are

19   fortunate in this industry is, because there's so much

20   demand from high-income country selling at no profit,

21   which is what we're doing in low-income countries with

22   COVAX and we have a few (indiscernible) deal like, you

23   know, Peru and Botswana and so on.  That is not a hard

24   business decision.  It has been done in industry

25   before.  As you know, Gavi, they vaccinate the world

Page 47

1   with UNICEF and that's how all the vaccine companies do

2   it.

3          So it's not something new that we had to

4   invent.  Other companies are doing the same.  And so

5   that has not been a hard decision.  What has been hard

6   for us in this world, in 2021, where we ended up having

7   the best vaccine on the planet and only building a

8   billion-dose capacity, that we decided last year

9   because we didn't know so many vaccine, other vaccines

10  were going to fail or not work great, is how much we

11  have been constrained by governments.  Because, you

12  know, the governments where we make our vaccine have

13  had a huge say in what we can do with it.  It has been

14  true of the U.S., where, if you look at it, of what we

15  supplied so far this year, 60 percent of what we made

16  has been bought by the U.S. government.  60 percent.

17  Six zero.

18         And we have had a choice.  We would not sell

19  to the U.S. government.  We did not have the right to

20  export out of the U.S. until recently to protect

21  Americans and to ensure Americans would get as many

22  doses as it could.  It was the same in Europe.  Europe

23  still has until the end of the year, except if it

24  continues to keep making it longer.  But as right now

25  it's the end of the year.

Page 48

1              There's restrictions on export out of Europe

2      where every time we want to export, whether it's

3      Botswana or Japan or even Switzerland, because it's not

4      in Europe, we have to fill forms and it has to be

5      reviewed by somebody who looks at how many vaccines

6      went to Europe, how many vaccines went to other

7      countries, to make sure that Europe doesn't get

8      shortchanged, basically.

9              And so that has been what has been really,

10     really hard is -- the piece that has been easy, Andy,

11     is we've got a lot of, you know, rich people or famous

12     people or high politicians, you know, asking us for

13     hey, do you have 100,000 doses for me and my "friends,"

14     quote unquote.  And the answer was always no.  We are

15     only supplying to governments because they are the ones

16     who can decide in their countries who get the vaccines.

17     I'm not able to decide.  Should it be a doctor in

18     Massachusetts or, you know, a nurse in Indiana?  That

19     is not my job to do.  And so we only supply to

20     governments.  There's a lot of private companies that

21     have contacted us proposing a very high price for

22     vaccine, way higher than when it was sold to

23     government.

24              MR. SLAVITT:  I can guess who, but I won't.

25              MR. BANCEL:  There are a lot, and many that

Page 49

1   would actually surprise you.  And we always said no.

2   We said no to 100 percent of those requests because we

3   said, from an ethical standpoint, it's a global public

4   health disaster.  We can only supply governments.

5           The piece that I wish we had had, which would

6   have made our lives much easier from a political, but

7   more important, ethical standpoint, I wish there had

8   been only one buyer in the world.  You know, we talked

9   about COVAX earlier.  Whether it had been COVAX, or the

10  U.S. government, because for me as a company, to sell

11  all the products to one party and say please, you

12  allocate because I have no tools to allocate, who am I

13  to allocate?

14          MR. SLAVITT:  Right.  That's a decision you

15  don't want.

16          MR. BANCEL:  No.

17          MR. SLAVITT:  Unfortunately you're stuck with

18  the decision, the way the world works, there's no

19  global -- you know, we don't have the type of global

20  leadership we maybe once had, or global cooperation.

21  By the way, I should tell you, Stephane, that I bet you

22  the same companies that called and asked you to sell

23  them vaccines, when I was in the White House, the

24  reason I say I could guess some of them, would call me

25  and tell me why their employees all needed to get

Page 50

1    vaccinated first.

2              MR. BANCEL:  Oh, sure.

3              MR. SLAVITT:  It was the most urgent

4    situation in the world.  So I bet you they were calling

5    both of us.

6              MR. BANCEL:  Yeah, I'm sure.

7              MR. SLAVITT: I guess if I were -- just to

8    push you a little bit on this question, I look at how

9    Merck is rolling out the antiviral, and for those who

10   haven't heard us talk about that, you know, they're --

11   Merck has what -- it looks like it'll be the first very

12   effective pill to take for once you get COVID.  Not a

13   vaccine, but for people who aren't vaccinated, and

14   Merck, and I think this is, you know, consistent with

15   some of their track record, has pledged that this is

16   going to be distributed really evenly around the globe.

17   They're contracting with foundations as much as they're

18   contracting with the U.S. government.

19              Now, I'm not sure you had that option,

20   because the U.S. government funded a lot of your

21   research.  The U.S. government made a big commitment to

22   buying the product in advance of everyone.  The U.S.

23   government, to give credit where credit is due, had the

24   foresight to place some bets and make some purchases,

25   and other people around the world didn't.  Or they bet

Page 51

1    -- if they bet, they bet on other things, they bet on

2    other drugs.

3              And, you know -- but there was a long period

4    of time when, because we didn't have a central body

5    buying all the drugs, where the vast majority of your

6    life saving product really has been going to wealthy

7    nations, and it feels like that's really deflating to

8    people, who -- I think a lot of people who saw this was

9    exactly the way it was going to happen.  They foresaw

10   this coming.  They said this is what's going to happen,

11   and it indeed happened that way.

12             And I don't know where this responsibility

13   lies, but I think feeling like we got to find a way to

14   break that cycle, and as you said, you know, where we

15   will get the next mutation will likely come as a very

16   good chance to come from places that haven't -- that

17   don't have enough vaccination and replication can run

18   wild.

19             MR. BANCEL:  Yeah, I know.  I agree with you,

20   Andy.  And this is, as you can imagine, the biggest

21   heartbreaking things about the job I do is we do what

22   we do to help other people.  You know, I was, you know,

23   educated by the Jesuit way, where the motto is serving.

24   And that's why I love what I do.  And we work so hard

25   to do it because every life does matter.  You know, who

Page 52

1   saves a life, saves the world.  And the piece that has

2   been really hard is the fact that, you know, like what

3   you described from Merck, which I applaud what they are

4   doing, is they could do that because it's an old

5   technology.  It's (indiscernible) but there's a lot of

6   capacity.  This was not even an option for Moderna.

7   Again, there was no factory in the world I could call

8   and say, please make a generic version of a vaccine.

9   It didn't exist, which is why we didn't talk about it

10  yet.

11          We committed a few weeks ago to build a plant

12  in Africa.  So Moderna is going to spend up to

13  $500 million of our own money to build the plant in

14  Africa for up to $500 million per year.  Of course,

15  it's not going to help for this year because, as you

16  and I know it takes several years to build the plant,

17  but this human tragedy cannot happen again.  And we

18  really mean it as a company, so we're going to put our

19  dollar on the line to do the right thing for

20  respiratory virus.  Because as we discussed, this is

21  going to evolve to a need for boosters.  We're going to

22  add flu and everything.  So this would be valuable in

23  Africa as well.

24          The other piece that we're doing that most

25  people don't know is we're working as a company on

Page 53

1    tropical virus vaccines.  You know, we have a Zika

2    vaccine in phase two.  We have a chikungunya vaccine.

3    We are working on dengue in the labs.  We are working

4    on yellow fever.  And those are killing hundreds of

5    thousands or millions of people every year.  We never

6    talk about those in America.

7              MR. SLAVITT:  Right.

8              MR. BANCEL:  You know, we talk about this

9    when there's a huge outbreak of Zika, and it might be

10   scary for Americans that we talk about it, but this is

11   daily life in those countries because of those

12   mosquitoes.  And so we as a company are very committed

13   to use the platform that we have to develop a lot of

14   products where we know we're going to make no money.

15   And it's the right thing to do, because the only

16   incremental cost, given we have a platform, is like

17   when you have software is you develop just another app.

18   The OS has already been built and that's why we're

19   trying to find a lot of public/private partnerships to

20   help us.  For example, the Zika vaccine has been

21   developed with BARDA where they only pay the

22   incremental cost for that vaccine, we made a platform

23   available for free.

24              The other example is the Gates Foundation.

25   We have a very cool HIV vaccine.  We're working on it

Page 54

1   with the Gates Foundation and obviously we're not doing

2   it for Americans, you know, we're doing it for people

3   where HIV is a big issue and HIV still kills.  And it's

4   the same as model with the Gates Foundation.  We said

5   to them, please fund only the incremental cost of the

6   HIV program.  We make the platform available for free,

7   not a dollar of up-front.  And we committed to them

8   that if a vaccine is approved, we will provide it at

9   cost to low-income countries.  It's in the contract we

10  signed with the Gates Foundation.

11          MR. SLAVITT:  How realistic is an HIV

12  vaccine?

13          MR. BANCEL:  So unlike Zika or COVID, the

14  biology of HIV is very complicated because it mutates

15  very quickly.  But in cancer vaccines -- because that's

16  another thing we do at Moderna, we do cancer vaccines.

17  We have built the manufacturing infrastructure to do a

18  vaccine just for you in 60 days, just for you, based on

19  the sequence of your tumor in case of cancer.  But

20  because HIV, once you're infected, will be in your body

21  forever, but it's going to mutate very quickly inside

22  your own body.

23          So what we can do is to do a vaccine now for

24  you, Andy, based on taking blood work and know exactly

25  what mutation you have of HIV in your body.  And if in

Page 55

 1   a year from now you have a new mutation, we'll make a

 2   new vaccine for you.  We can do that.  We can do those

 3   personalized vaccines with today's technology.  It's

 4   not science fiction.  And so that's what we're trying

 5   to do with them is to test that concept in the clinic.

 6   And if it works, we'll just do vaccines for people and

 7   every year or so you'll take another bloodwork, and we

 8   will just adapt a new vaccine for you.  So you can live

 9   with HIV all your life, but just with a shot because

10   you know, the problem with antiviral, which are a

11   godsend, is if people don't take them, they get really

12   sick.

13           MR. SLAVITT:  Right.  Well, I'm going to come

14   back and finish on that topic as our last question.

15   But I want to ask one question before then, and then I

16   do want to come to really the promise of the platform.

17   Here's the question, and I'm not sure I'm going to

18   phrase it exactly correctly, but I'll do my best.

19           You got a lot of people that will hold

20   Moderna stock today.  Some of them are people that have

21   been long-term holders and have invested in you when

22   Moderna was worth nothing, on the promise of your

23   story, and they've done very, very well.

24           Then you've got people who've invested in

25   your stock who are speculators, who, you know, they see

Page 56

1    opportunity or what have you.  That's the reality.

2    You've got to -- there's -- and everybody's got

3    different motivations.  But how realistic is it for you

4    to say to your shareholders, look, you either invested

5    very early and you've done quite well, or quite

6    honestly, you're in and out of the stock and I don't

7    really care much about you anyway.

8              But there's a portion of what we're going to

9    do in the future, call it the work we do in Africa,

10   where we're not looking to make a profit.  We have a

11   large platform that has many and many profit-making

12   opportunities for new discoveries around cancer, around

13   things that affect people in the developed world.  But

14   now we're $120 billion, $130 billion, who knows when

15   you look at it the next day, company, we're going to

16   run a part of Moderna almost as if it were part of a

17   connected to a global foundation, non-profit.  We're

18   going to work with foundations, we're going to work

19   with -- on last mile issues in Africa, and we're going

20   to build plants in Africa and in South Asia and other

21   places that need them.

22             How do you think your shareholders react to

23   that?  And as a CEO, could you get away with that?

24             MR. BANCEL:  Sure.  So -- and -- investors,

25   and I'm talking people who invest to build businesses

Page 57

1    and to get the return over time, people who trade the

2    stock.  I'm not a magician.  So they can trade the

3    stock.  It's their right, of course.

4            But talking about investors, all the

5    investors I talk about love what we're doing for low-

6    income country, what we're doing for tropical disease.

7    We even gave a drug -- so listen to that one, Andy.  A

8    few weeks ago, we gave an ultra rare genetic disease

9    drug to Penn, to U. Penn.  Because when we look at the

10   math, the technology is very adapted for that rare

11   genetic disease.  It's in the liver.  But there are a

12   few hundred kids in the world when you leave the math

13   just to return the cost of a clinical trial, we will

14   have to charge millions of dollars for kids, which we

15   thought was indecent.  So we said we're not going to do

16   that.  This is not who we are as people.  This is not

17   right.

18           And so we went 180 degrees the other way.  We

19   said we're going to give a drug away to Penn for free.

20   We're going to make the drug at -- on our own dime,

21   physically make the drug.  If a drug is approved, we

22   will make it and give it away for free.  Because 100

23   kids a year, it is not a lot of drugs that you need.

24   And again, we leverage the platform.  I do not need to

25   build a plant just for that drug.  I will use my other

10/25/2021            ModernaTX, Inc. et al. v. Pfizer Inc. et al.            Audio Transcription

Page 58

1    plants that use COVID and other drugs.

2            And so I think what is really interesting

3    about true investors and I think it's becoming more and

4    more of a movement with corporate social

5    responsibility.  Investors want CEOs to behave, to

6    optimize all the stakeholders.

7            I think the world used to be obsessed about

8    shareholder only and I think it's wrong.  Shareholder,

9    very important stakeholder.  But my employees are very

10   important stakeholders.  My employees can walk out the

11   building across the street in Cambridge and go work for

12   any other company they want.  There are hundreds,

13   literally of biotech company in Cambridge.  Why would

14   my employees stay at Moderna?  They will stay at

15   Moderna because they like what they do.

16           But I believe, especially in today's world

17   with those new people joining the workforce, they care

18   much more than previous generations.  They care about

19   the environment, they care about animals, they care

20   about the world.  And so that's important for our

21   employees.

22           But again, a lot of our investors, if they

23   cared only about this year profit, or this quarter EPS,

24   earnings per share, they would say, (indiscernible) of

25   R&D, why do I spend $4 billion per year in R&D?  It's

Page 59

1   profit I'm not giving to investors, but I'm investing

2   $4 billion in R&D this year because I believe that if

3   we do a good job, over time, that 4 billion will

4   translate into more sales.

5              And so I think having a company that is for

6   profit but is a responsible caring company about the

7   environment.  Now, when we built a new plant, we

8   invested an extra $5 million out of $150,000,000 to do

9   it as green as we could, installation and a lot of

10  other things.  And we had a lot of discussion at the

11  time, which is it's $5 million that we want to invest

12  in R&D, to make another drug.  And we have to make

13  those ethical decisions.

14              MR. SLAVITT: Sure.

15              MR. BANCEL: And I told my team to say, look,

16  we're going to have this plant for 40 years.  It needs

17  to be built right, so we minimize the carbon footprint

18  of that plant.

19              MR. SLAVITT:  Yep.

20              MR. BANCEL:  And that's what we're trying to

21  do.  Is it easy?  No.  Is it always a hard tradeoff?

22  Yes.  But I believe that in this business where you

23  make medicine, you have to care about people, and you

24  have to do the right thing in the long term.  And over

25  time, things will be good for you if you do the right

10/25/2021            ModernaTX, Inc. et al. v. Pfizer Inc. et al.            Audio Transcription

Page 60

1    thing.

2            MR. SLAVITT:  Yeah.  Yeah.  No, no, look.

3    Not to put too fine a point on it, but if I'm an

4    investor, I want you to spend $4 billion in R&D.  What

5    would be puzzling to me and confusing and concerning,

6    but ultimately, I might react positively, is if you

7    said of that $4 billion, I'm investing a billion of it

8    I'm going to make no margin on.  A billion of it is

9    going to go to vaccine.  3 billion of it or 2 billion,

10   you know, we have to make margin.  And of course, some

11   of it is going to fail.  And I think people have to

12   know that, you know, part of your investment is not

13   going to be fruitful, which is why people are taking

14   risks.

15           But look, I think you've got a tremendous set

16   of responsibilities, decisions to make.  You become a

17   "global leader," quote/unquote, overnight.  But I want

18   to finally finish with two things.  One is we wake up

19   ten years from now, tell me what the mRNA platform is

20   doing for the world.  What do you think the mRNA

21   platform is going to be delivering for the world?  What

22   kind of things are going to be happening?

23           MR. BANCEL:  So how long do you have?  So the

24   short version is we're going to reinvent vaccines.

25   What most people don't know is that there are not one

Page 61

1   or two respiratory virus that get people hospitalized

2   and sick and dying.  There are around a dozen.  We want

3   to get a single dose vaccine that we get in the

4   beginning of a fall that protects you against all those

5   viruses, so you don't get sick, you know, get to

6   hospital for the fall, winter until you get the next

7   update, the year after.  One.

8            Two, most people don't know there's half a

9   dozen DNA viruses, mRNA and fluid mRNA virus.  That

10  because DNA is such a stable molecule that once you're

11  infected, you're infected for life.  Those are in your

12  body, they're never going to go.  Those viruses are a

13  massive toll on your immune system.  CMV,

14  cytomegalovirus, number one cause of birth defect in

15  this country.  No vaccine on the market.  People that

16  have CMV live less years with more cancer than people

17  that are CMV negative.  People don't know about that.

18            EBV Epstein Barr Virus, that's a virus that

19  gives mononucleosis.  No vaccine on the market.  90

20  percent, nine zero, of people that have multiple

21  sclerosis are EBV positive and that have mononucleosis.

22  90 percent.  Most people that have blood cancer are EBV

23  positive.  Dr. Fauci and his team published a paper

24  recently showing that 90 percent, nine zero, of people

25  that have Long COVID are EBV positive, meaning they

Page 62

1  have EBV in their body, and we believe, it has to be

2  proven, that the Long COVID is basically as you get

3  COVID infection, you have a reactivation in your body

4  of EBV, which is latent, it's dormant in your body.

5  And if you look at the symptoms of Long COVID, fatigue,

6  brain fog, those are all mononucleosis symptoms.

7          So there's a lot of viruses like this that we

8  are all infected with, and once infected, infected for

9  life.  Like I'm EBV positive personally, as of last

10 year, still CMV negative.  It might change tomorrow.

11 That massively impacts health.  If you think about

12 healthcare, what is wrong about how we've done drugs

13 for 150 years is we only come and help you when you're

14 sick.  The best medicine is to help you not to get

15 sick, which is what vaccines are, so I think we're

16 going to revolutionize vaccine -- and I've not even

17 talked about the tropical vaccine we mentioned briefly

18 for the tropical countries.

19          Then on the treatment side, we have four

20 drugs that are in cancer.  We have a very cool drug

21 that we're going to get the clinical data very soon,

22 which is injected in people's heart after a heart

23 attack, where we recreate new blood vessels that you

24 make yourself, based on all mRNA after you've had a

25 heart attack, to grow new blood vessels in your heart,

Page 63

1   to revascularize your heart so it can pump blood again,

2   like if you didn't have an infarct.

3          We're working on regenerative disease; we're

4   working on autoimmune disease.  So because mRNA is

5   ubiquitous, you have thousands of mRNA in every one of

6   your cell, Andy.  We believe that over time, so ten

7   years is a lot of time, especially now that we are

8   profitable, we can invest so much more in science.  In

9   the past we were well funded, but we could only invest

10  $500 million in the company between manufacturing and

11  research per year.

12          MR. SLAVITT:  Right.

13          MR. BANCEL:  And as I told you, I'm investing

14  billions just in R&D, and building many more plants

15  like the one in Africa, the one in Canada.  And so in

16  ten years' time, could Moderna than have more than 100

17  drugs in development?  I think so.  Could Moderna have

18  several thousand drugs approved?  I believe so.

19          MR. SLAVITT:  Wow.  Very exciting.  I want to

20  close with this.  It's been a fascinating conversation

21  and I'm really grateful for the time in your calendar.

22  I want to close with giving you the opportunity.  If

23  there are people in Moderna who you want to call out by

24  name, who have been involved in this, who have been

25  working behind the scenes.  If you don't want to,

10/25/2021          ModernaTX, Inc. et al. v. Pfizer Inc. et al.          Audio Transcription

Page 64

1    that's fine.  But if you want to -- and I know the

2    difficulty with this is, you can never acknowledge

3    everybody.  But a lot of people listen to this.

4    There's a lot of unsung heroes.  I think people would

5    love to know who are some of the people who are

6    dedicating themselves.  And I think an opportunity for

7    you if you want to call out some thank yous.

8          MR. BANCEL:  Yeah.  So I will not call on

9    anybody because it takes a village to make a medicine

10   and it would be very unfair to the people I cannot

11   call.  But I just want to share a few stories.

12          I was at a factory a few months ago.  I go

13   regularly and it was about ten in the morning.  I was

14   with engineers that are not going to bed yet that had

15   worked a whole full day.  They pulled an all-nighter.

16   They went to the locker room to get a shower before I

17   showed up, and they were still working.

18          I know of people that have not been to family

19   funerals.  Not because we asked them not to, but

20   because they told us if I go, the vaccine will be

21   delayed for its success to the world.

22          And I have dozens of stories like this, Andy.

23   Everybody in the company, I mean this was an 800 people

24   company, who pulled something that companies with

25   100,000 people could not pull.  So the personal

Page 65

 1    sacrifice, invading people's marriage, I mean there are
 2    people I know that have not had dinner with a spouse
 3    for like a year.  These are true stories.  I am not
 4    exaggerating.  And this is -- but people, all they did
 5    without us asking.  The commitment to the community,
 6    the commitment to other human fellows has just been
 7    remarkable.  And I'm sure because it has been true in
 8    Moderna, it was true in all the other companies.  You
 9    know, never we have been attacked in a lifetime by a
10    virus with such an impact.  All of us have been
11    impacted just being locked down.  Our families, all of
12    us have had friends or families infected.  Some of us
13    had people die from COVID.
14             And so the commitment of the team, and the
15    teams across the industry and academia and the
16    partnerships and the regulators.  I mean, there are
17    unsung heroes at the FDA and the CDC and Dr. Fauci's
18    team that have worked, you know, night and day and
19    weekends.  I have so many emails from two or three
20    o'clock in the morning on a Saturday from, you know, a
21    civil servants in the government who have done
22    everything they could, like in the companies, because
23    we were under attack.  We are still under attack.  And
24    you have a full commitment that until everybody who
25    wants a vaccine, and the right variant adapt to the

Page 66

1  vaccine, we will not slow down because we owe it to

2  society and to humanity.

3          MR. SLAVITT:  Well, thank you.  Thank you to

4  your scientists.  I do appreciate you calling out

5  career civil servants.  It's a pet cause of mine.  They

6  get belittled, and what they do is incredibly selfless

7  and service oriented.  Well, Stephane, thank you.

8  Thank you to your team and I really appreciate you

9  being on In The Bubble and having a really honest

10  conversation here.

11      MR. BANCEL: Thank you so much for having me, Andy,

12  and stay well.

13      MR. SLAVITT:  Coming up Wednesday is Richard

14  Besser, former CDC head and current President/CEO of

15  the Robert Wood Johnson Foundation.  He is one of the

16  most experienced and articulate voices we have in

17  public health and the values in public health in this

18  country.

19          Paul Offitt, coming right off of the FDA

20  meeting to hopefully approve boosters for kids next

21  week on Monday, and then Wednesday, one of, I think,

22  all of our favorite people, Kara Swisher, the

23  journalist, podcast host, and the sort of social force

24  that she is, will be here on the show and we're going

25  to have a great time of that.

Page 67

1          So stay tuned and enjoy your Monday and

2     Tuesday and I'll talk to you on Wednesday.  How about

3     that?

4          Thanks for listening to In The Bubble.  Hope

5     you rate us highly on your podcast apps.  We're a

6     production of Lemonada Media.  Kryssy Pease and Alex

7     McOwen produce our show.  Our mix is by Ivan Kuraev and

8     Veronica Rodriguez.  Jessica Cordova Kramer and

9     Stephanie Wittels Wachs are the executive producers of

10    this show and we love them dearly.

11          Our theme was composed by Dan Mullard and

12    Oliver Hill with additional music by Ivan Kuraev.  You

13    can find out more about our show on social media

14    @LemonadaMedia and you can find me at @Aslavid on

15    Twitter or @AndySlavitt on Instagram.  If you do like

16    what you heard today, please tell your friends, and

17    please stay safe.  Share some joy.  We will definitely

18    get through this together.

19         (End of recording)

20                    *  *  *  *  *

21

22

23

24

25

Page 68

1                  C E R T I F I C A T I O N

2          I, Lisa Luciano, certified transcriber,

3     hereby certify that the foregoing is a correct

4     transcript from the electronic sound recording provided

5     for transcription and prepared to the best of my

6     ability.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22    _____

23     /s / Lisa Luciano

24    Lisa Luciano, AAERT NO. 327    Date:  October 26, 2022

25

Case 1:22-cv-11378-RGS   Document 45-38   Filed 12/05/22   Page 70 of 85

10/25/2021                ModernaTX, Inc. et al. v. Pfizer Inc. et al.              Audio Transcription

Page 69

**A**

**AAERT** 68:24
**ability** 22:7 68:6
**able** 18:25 31:24
   33:9 34:3 35:5
   36:24 48:17
**academia** 65:15
**academic** 9:9
   22:9 30:8
**accent** 22:5
**acceptance** 34:5
**access** 2:10
   14:22 32:2
   38:4
**accessible** 2:7
**accomplishing**
   5:6
**ACE-2** 30:17
**acknowledge**
   64:2
**activity** 2:24
**adapt** 31:21 55:8
   65:25
**adapted** 57:10
**add** 5:11 27:17
   52:22
**adding** 32:17
   44:2
**addition** 28:24
**additional** 67:12
**administration**
   5:23
**adolescents** 2:4
**adults** 24:11,12
   35:16,17 36:5
**advance** 50:22
**advised** 14:4
**affect** 56:13
**affinity** 30:17
**afraid** 38:15
**Africa** 31:5
   32:23 35:2
   52:12,14,23
   56:9,19,20
   63:15
**age** 27:14 43:11
**ago** 9:1,8,22

10:13,21 37:20
   37:22 52:11
   57:8 64:12
**agree** 14:19
   51:19
**agreed** 15:18
**ahead** 3:9
**AI** 30:9,22
**aiming** 33:2
**al** 1:4,8
**Alex** 67:6
**all-nighter**
   64:15
**allocate** 49:12
   49:12,13
**allowed** 2:17
   37:3,9
**Alpha** 28:10,16
   29:19
**amazing** 15:8,23
   22:6
**America** 11:7
   22:6 53:6
**American** 20:14
**Americans**
   20:12 33:18
   47:21,21 53:10
   54:2
**Amgen** 6:19
**amusing** 45:14
**Andy** 1:14 2:15
   5:19 6:18 8:5
   12:4 21:12
   26:6 29:17
   31:7 35:11
   39:1 44:1
   48:10 51:20
   54:24 57:7
   63:6 64:22
   66:11
**AndySlavitt**
   67:15
**animal** 15:11
**animals** 7:23
   58:19
**announced** 9:24
   16:24 23:17

**annual** 27:23
**answer** 21:20
   32:15 42:7
   48:14
**antibodies** 20:1
   23:20,21,22
**antibody** 23:9
   23:15,21 24:2
   24:14,15 31:10
**antigen** 12:14
**antivaxxer** 38:3
**antiviral** 50:9
   55:10
**anxieties** 5:11
**anybody** 33:6
   38:16 40:7
   41:2 64:9
**anymore** 41:14
**anyway** 56:7
**app** 53:17
**applaud** 52:3
**application** 11:3
**applications**
   20:22
**appreciate** 5:17
   66:4,8
**approval** 7:14
   19:9
**approve** 66:20
**approved** 7:16
   18:22 26:2
   37:10 54:8
   57:21 63:18
**apps** 67:5
**arms** 36:16
   38:15
**art** 39:7
**articulate** 66:16
**Asia** 17:14 56:20
**asked** 5:1 7:3
   12:19 31:3
   49:22 64:19
**asking** 27:2
   48:12 65:5
**Aslavid** 67:14
**assistant** 18:12
**assuming** 40:19

41:7
**astray** 22:19
**AstraZeneca**
   45:2
**attack** 62:23,25
   65:23,23
**attacked** 65:9
**attrition** 34:14
**audience** 12:11
**Audio** 1:16
**authorization**
   23:2
**authorized**
   25:20 30:1
   33:15,17 37:2
   37:2
**authorizing** 32:8
**autoimmune**
   63:4
**available** 36:5
   40:20 53:23
   54:6
**aware** 12:2
   24:25 42:20,20
**awareness** 38:4

**B**

**back** 6:7,9 9:8
   9:10 18:14,15
   18:15 22:25
   37:22 44:3
   55:14
**bacteria** 6:21
   9:15,16,17
   12:21 13:7,7
**bacterial** 13:10
**bad** 16:23,23
   17:5 18:5 40:2
**bag** 17:9
**ballpark** 35:14
**Bancel** 1:13 2:15
   3:23 5:15,19
   6:2,14 8:25 9:6
   10:13 11:5,9
   11:23 12:2,12
   15:1,5,9 16:21
   17:25 18:2

19:13 21:12
   22:3 23:7 25:3
   25:18 27:4,8
   27:25 28:4,7
   29:8 32:3
   35:10,25 36:3
   36:24 39:1,14
   40:4 41:23
   42:23 43:23
   46:18 48:25
   49:16 50:2,6
   51:19 53:8
   54:13 56:24
   59:15,20 60:23
   63:13 64:8
   66:11
**bankrupt** 19:16
**bar** 28:21
**BARDA** 18:19
   53:21
**Barney** 10:6
   12:8,10,12,16
   12:19,23 13:14
   18:17 20:25
**Barney's** 15:13
**Barr** 61:18
**bars** 16:16
**based** 4:25 13:23
   27:11,14 46:3
   54:18,24 62:24
**basic** 20:21
**basically** 9:17
   48:8 62:2
**basis** 45:23
**beat** 28:15
**beautiful** 11:14
   28:8
**becoming** 58:3
**bed** 64:14
**beginning** 61:4
**begins** 2:1,22
**behave** 58:5
**believe** 8:20
   23:19 33:2,5
   58:16 59:2,22
   62:1 63:6,18
**believed** 7:7,12

Case 1:22-cv-11378-RGS   Document 45-38   Filed 12/05/22   Page 71 of 85

10/25/2021                    ModernaTX, Inc. et al. v. Pfizer Inc. et al.              Audio Transcription

Page  70

8:10,11 18:7
23:8 24:18,21
26:10
**belittled** 66:6
**belongs** 4:24
**benefit** 7:12
**Besser** 66:14
**best** 5:5 12:13
14:8 33:4
44:23 47:7
55:18 62:14
68:5
**bet** 3:20 45:3
49:21 50:4,25
51:1,1,1
**Beta** 31:4,5,9
**bets** 50:24
**better** 21:19
30:17
**Biden** 5:22
**big** 9:16 14:5,6
16:16 17:10,15
19:17 25:1
30:4 42:15
44:8 50:21
54:3
**bigger** 35:3,4
**biggest** 30:3
36:5 51:20
**billion** 4:20
22:12 32:20
33:4,11,14
35:14,15,17,18
35:21 41:6
44:5,13,20
45:19 46:8,9
56:14,14 58:25
59:2,3 60:4,7,7
60:8,9,9
**billion-dose** 47:8
**billions** 4:20
19:19 63:14
**binding** 30:23
**biology** 15:7
54:14
**BioNTech** 10:1
**biotech** 3:17,18

6:22 7:10 9:12
9:19 10:8 19:6
58:13
**birth** 11:12
61:14
**bit** 4:5 6:8 18:23
25:10,12 27:8
29:21 32:13
34:9 35:9,15
50:8
**blood** 23:15
54:24 61:22
62:23,25 63:1
**bloodwork** 55:7
**Bloomberg**
37:20
**board** 10:23
20:3 44:12
**boardroom**
44:13
**body** 6:18,24
7:19,21 8:14
40:22 51:4
54:20,22,25
61:12 62:1,3,4
**boost** 41:13
**boosted** 31:13
**booster** 2:21
4:14 27:16,23
31:11 32:8,21
33:1 41:8
**boosters** 27:11
52:21 66:20
**born** 22:5
**borrow** 43:20
**boss** 42:25
**Boston** 18:14
22:5 32:23
**Botswana** 46:23
48:3
**bought** 47:16
**box** 39:4
**brain** 62:6
**brand** 45:12
**breadth** 24:1
**break** 51:14
**breath** 25:6

**brick** 7:18
**briefly** 62:17
**Bubble** 1:14
2:14 5:6,18
66:9 67:4
**bug** 12:22
**build** 20:3,8
40:21 43:16
52:11,13,16
56:20,25 57:25
**building** 6:12
42:19 47:7
58:11 63:14
**built** 41:21 44:5
53:18 54:17
59:7,17
**bunch** 21:7
**bureaucracy**
10:9
**business** 46:24
59:22
**businesses** 56:25
**buy** 34:23
**buyer** 49:8
**buying** 50:22
51:5

――――――――
            **C**
――――――――
**C** 68:1,1
**calculations**
2:25
**calendar** 63:21
**call** 28:21 31:2
35:3 37:11
41:10 46:2
49:24 52:7
56:9 63:23
64:7,8,11
**called** 4:3 9:23
18:12 26:8,11
37:14 49:22
**calling** 45:13
50:4 66:4
**calls** 46:5
**Cambridge** 3:19
15:12 58:11,13
**Cambridge-b...**

6:15
**Canada** 63:15
**cancer** 54:15,16
54:19 56:12
61:16,22 62:20
**candid** 2:9
**capacity** 32:17
32:20 33:4,9
44:2 47:8 52:6
**capita** 36:14
**capital** 17:14,15
22:10,12,18,22
**capitalist** 22:20
**carbon** 59:17
**care** 43:3 56:7
58:17,18,19,19
59:23
**cared** 58:23
**career** 12:5
21:14 66:5
**careers** 3:2
**carefully** 30:2
**caring** 59:6
**case** 1:6 39:24
54:19
**cases** 17:11
**cash** 19:16
**cause** 11:11 26:9
45:4 61:14
66:5
**causes** 5:13
**CDC** 16:10
33:18 44:17
65:17 66:14
**cell** 63:6
**cells** 6:25 7:1
13:9 30:18,19
**center** 18:18
**central** 51:4
**CEO** 1:12 2:16
3:23 8:7 56:23
**CEOs** 58:5
**CEPI** 16:1,1
**certainly** 5:22
20:16 28:19
**certified** 68:2
**certify** 68:3

**challenge** 23:10
36:6 43:23
**challenges** 2:2
**challenging** 4:15
**chance** 14:1
24:19,22 30:5
51:16
**change** 11:1
19:18 29:23
32:25 45:8
62:10
**charge** 57:14
**chemical** 7:20
30:24
**chemistry** 7:9,18
**chikungunya**
53:2
**children** 24:8
**China** 12:3,21
16:6,8,24
24:13
**Chinese** 13:17
16:10 17:3
**choice** 47:18
**choices** 14:17,18
**circulates** 26:7
26:18
**cities** 17:15
**city** 16:25 17:1,7
17:10
**civil** 65:21 66:5
**clarify** 41:21
**clean** 40:21
**clear** 8:17 16:22
19:14
**clinic** 7:24 31:7
55:5
**clinical** 7:15
10:14 13:5
15:17 20:7
29:25 32:3
43:5 57:13
62:21
**close** 18:11
28:23 33:7
34:25 63:20,22
**closely** 30:7

Case 1:22-cv-11378-RGS   Document 45-38   Filed 12/05/22   Page 72 of 85

10/25/2021                ModernaTX, Inc. et al. v. Pfizer Inc. et al.              Audio Transcription

Page 71

**CMV** 11:9 61:13
  61:16,17 62:10
**Coast** 17:16
**coats** 3:14
**code** 14:24 15:1
**coded** 29:23
**cold** 5:12
**coli** 9:15
**collaborate**
  12:19
**collaboration**
  3:25
**combine** 22:7
**come** 10:24
  18:15,15 20:12
  39:22 42:20
  51:15,16 55:13
  55:16 62:13
**coming** 3:23
  16:6 17:13
  18:14 22:1
  51:10 66:13,19
**COMMERCI...**
  2:2
**commitment**
  50:21 65:5,6
  65:14,24
**commitments**
  35:4
**committed**
  31:13 36:19
  52:11 53:12
  54:7
**committing** 20:5
**community** 26:8
  27:13 65:5
**comorbidity**
  24:7 27:15
**companies** 3:18
  19:6 28:15
  32:16 44:8,11
  47:1,4 48:20
  49:22 64:24
  65:8,22
**company** 3:17
  3:24 4:3,19
  6:14,15 8:8

9:23 10:1,8
  13:15 14:22
  19:14,17 34:22
  36:9,18 37:7,9
  38:9,12,14
  40:5,8 43:9
  45:11,17,18,24
  46:8,9 49:10
  52:18,25 53:12
  56:15 58:12,13
  59:5,6 63:10
  64:23,24
**compare** 13:24
**complex** 11:14
**complicated** 2:7
  54:14
**composed** 67:11
**compounds** 7:21
**computer** 14:21
**computers** 3:15
  15:4
**concept** 8:8 9:4
  55:5
**concerning** 60:5
**concrete** 20:6
**confidence**
  19:24
**confident** 28:13
**confirming** 23:6
  23:8
**confluence**
  19:10
**confusing** 60:5
**connected** 56:17
**conquer** 15:21
**consensus** 39:22
**consistent** 50:14
**constrained**
  47:11
**contacted** 48:21
**contacts** 12:24
  13:14
**continues** 30:6
  47:24
**contract** 54:9
**contracting**
  50:17,18

**contributed**
  28:24
**convenient** 2:7
**conversation**
  2:18 4:15 5:3
  34:9 63:20
  66:10
**convoluted** 9:13
**cool** 53:25 62:20
**cooperation**
  49:20
**copies** 6:25
**Cordova** 67:8
**corona** 26:13
**coronavirus**
  13:2,3 14:11
  17:21 26:7,16
**coronaviruses**
  3:6 14:12
**corporate** 58:4
**correct** 25:3
  68:3
**correctly** 55:18
**cost** 53:16,22
  54:5,9 57:13
**couch** 15:6
**countries** 4:22
  28:15 34:24
  36:11,13 37:16
  46:7,21 48:7
  48:16 53:11
  54:9 62:18
**country** 5:24
  11:12 22:3
  25:21 27:18
  29:9 33:21
  36:15,25 37:2
  37:6,8,17
  38:14 44:3
  46:20 57:6
  61:15 66:18
**couple** 6:10,16
  10:2 11:17
  13:2 43:20
**course** 8:14
  10:16 24:20
  33:20,21 34:4

44:20 52:14
  57:3 60:10
**COURT** 1:1
**COVAX** 35:2,3
  36:20 46:22
  49:9,9
**COVID** 22:13
  23:23,24 26:18
  27:9,16 28:3
  36:19 38:10
  50:12 54:13
  58:1 61:25
  62:2,3,5 65:13
**COVID-19** 9:25
**creating** 2:8
**credit** 50:23,23
**criteria** 39:6
**crushed** 28:17
**cuckoo** 18:23
**CureVac** 9:23
**current** 66:14
**cut** 5:7
**CVS** 2:4,8,11
  28:1
**cvshealth.com**
  2:12
**cycle** 51:14
**cytomegalovir...**
  11:10 61:14

————————
        **D**
————————
**D.C** 1:24 18:16
**daily** 53:11
**Dan** 67:11
**darn** 45:11
**DARPA** 18:19
**data** 10:15,22,24
  11:5,15 16:6,8
  16:8,13,18
  17:4,5 20:7
  22:25 25:22
  62:21
**dataset** 26:3
**date** 5:5 68:24
**Davos** 2:25
  15:23 18:11
**day** 12:25 13:6

16:11 18:4
  22:15 24:18
  33:14 56:15
  64:15 65:18
**day-to-day**
  45:23
**days** 12:4 13:2
  13:16 17:21,22
  31:24,25 35:20
  35:25 54:18
**deal** 46:22
**dearly** 67:10
**death** 16:15 24:6
**deaths** 29:2
**decade** 19:3
**decades** 3:12
  6:10
**December** 29:18
  33:18 36:7
**decide** 17:9
  24:12 42:16
  48:16,17
**decided** 10:14
  14:14 15:20
  44:2 47:8
**deciding** 21:10
**decision** 44:6
  46:3,24 47:5
  49:14,18
**decisions** 4:25
  5:3 45:6,24
  46:13 59:13
  60:16
**dedicating** 64:6
**deep** 4:4 5:4
**deeply** 35:11
  37:15
**defect** 11:12
  61:14
**definitely** 67:17
**deflating** 51:7
**defy** 40:24
**degrees** 57:18
**delayed** 64:21
**delivering** 60:21
**delivery** 44:1
**Delta** 28:11,20

Case 1:22-cv-11378-RGS   Document 45-38   Filed 12/05/22   Page 73 of 85

10/25/2021          ModernaTX, Inc. et al. v. Pfizer Inc. et al.          Audio Transcription

Page 72

29:5,10,21,24
30:5,7,11 31:3
31:6,8
demand 46:20
dengue 53:3
depend 32:15
describe 11:25
described 52:3
describing 39:25
design 7:1 12:13
12:15 13:21
29:12 40:15
designed 14:20
19:25
designing 13:22
desperately 5:25
develop 53:13
53:17
developed 6:11
25:19 53:21
56:13
developing 46:7
development
63:17
die 15:16 17:6
30:13 65:13
dies 4:25 30:13
difference 38:23
different 7:22
13:8 28:9
33:16 38:25
41:24,25 42:1
56:3
difficult 10:10
difficulty 64:2
digital 1:23 2:10
dime 57:20
dinner 65:2
dirty 16:16
disagree 20:17
28:18
disaster 49:4
discovered 9:7
discoveries
56:12
discussed 52:20
discussion 41:1

59:10
discussions 2:9
disease 10:17
12:3,5,7 13:15
15:23 38:10
57:6,8,11 63:3
63:4
distinction
38:20
distributed 32:1
50:16
distribution
35:8
DISTRICIT 1:1
1:2
divide 15:20
division 18:21
DNA 9:7,14,15
61:9,10
doctor 17:20
48:17
doctors 15:23
16:4,7,9 36:14
36:16
doing 2:8,21
10:25 14:1
19:3 24:8 35:7
38:13 39:12,23
43:24 46:21
47:4 52:4,24
54:1,2 57:5,6
60:20
dollar 52:19
54:7
dollars 4:21 10:9
33:14 57:14
don 3:14
donate 36:21
door 35:21 43:4
dormant 62:4
dose 23:12 25:22
25:25 27:17,22
35:17,18 41:8
44:5 61:3
doses 33:18,19
35:19,21 36:20
37:15,21,22,24

41:6,7,11
44:11,13 47:22
48:13
double 29:16
Down's 11:12
dozen 61:2,9
dozens 7:7 19:18
64:22
Dr 10:14,23
11:15 12:11
15:24,25 18:17
18:19 23:8,19
61:23 65:17
dream 3:22
drift 29:10,11
30:6
drug 7:22,23
8:22 9:13 57:7
57:9,19,20,21
57:21,25 59:12
62:20
drugs 7:15 9:9
14:21 19:18
51:2,5 57:23
58:1 62:12,20
63:17,18
due 50:23
durability 23:5
25:14,16
duration 29:13
44:16
dying 19:11 61:2

———————
E
E 9:15 68:1
eager 5:15
earlier 49:9
early 10:18 20:7
27:9 56:5
earnings 58:24
ease 5:11
easier 49:6
easy 36:22 48:10
59:21
EBV 61:18,21
61:22,25 62:1
62:4,9

Economic 16:2
educated 51:23
education 38:3
effect 34:5 37:12
effective 8:22
28:25 31:23
50:12
effectiveness
23:5
effects 37:5,7
efficacy 23:10
24:19,20 25:23
29:12,20,21
44:16
efficiently 20:19
either 19:14
56:4
elderly 24:7 25:8
25:15
electronic 68:4
email 12:20,25
emails 65:19
emerge 20:24
emergency 23:2
employee 8:8
employees 49:25
58:9,10,14,21
encouraging 2:9
38:22
ended 47:6
endemic 26:19
27:10 28:12
enforce 38:8
enforcing 38:23
engineers 64:14
enjoy 67:1
ensure 47:21
entire 3:1 32:21
44:9,10
entrepreneur
21:16
entrepreneurs
4:2 21:13
22:10
entrepreneurs...
22:2
environment

58:19 59:7
EPS 58:23
Epstein 61:18
equipment
32:17
equity 35:8 46:6
error 16:16
especially 58:16
63:7
essentially 39:24
et 1:4,8
ethical 49:3,7
59:13
eukaryote 13:8
Europe 17:15
22:16 36:8,12
47:22,22 48:1
48:4,6,7
evenly 50:16
events 11:25
19:11
everybody 8:4
10:1 16:15
18:23 24:1
25:23 64:3,23
65:24
everybody's
56:2
everything's
20:19
EVIDENCE
1:23
evolutionary
30:14
evolve 30:6 31:3
52:21
evolves 30:10
exactly 14:3
21:12 51:9
54:24 55:18
exaggerating
65:4
example 37:19
53:20,24
excited 7:5
exciting 8:4 24:3
24:10 63:19

Case 1:22-cv-11378-RGS   Document 45-38   Filed 12/05/22   Page 74 of 85

10/25/2021                    ModernaTX, Inc. et al. v. Pfizer Inc. et al.          Audio Transcription

Page  73

executive 67:9
exist 27:12 40:12
  52:9
existed 9:12
existential 34:17
exists 11:13
experienced
  66:16
experiments
  3:10
expertise 34:11
Experts 3:1
expire 37:24
export 47:20
  48:1,2
extra 59:8
extract 9:18
extremely 5:9

                F

F 68:1
faced 45:23
facing 4:21
fact 45:1 52:2
factors 27:15
factory 40:20
  41:17,22 42:19
  43:17 52:7
  64:12
fail 21:15 44:19
  44:23 47:10
  60:11
failed 9:11,13
failure 9:24
fall 18:22 31:11
  61:4,6
families 65:11
  65:12
family 64:18
famous 48:11
fantastic 30:23
  33:19
far 33:24 47:15
Farrar 15:24
fascinating 5:4
  63:20
fast 15:11 25:19

faster 30:15,19
  30:20 39:19
Fateful 11:22
fatigue 62:5
Fauci 3:25 10:14
  10:23 11:15
  18:17,19 20:25
  23:8,19 61:23
Fauci's 12:11
  65:17
favorite 66:22
FDA 15:16
  18:20 23:2
  32:8 37:8
  40:17 65:17
  66:19
February 29:19
  41:10
feel 29:6 31:14
  31:25
feeling 5:12 19:2
  28:13 51:13
feels 5:1 21:6
  34:7 51:7
feet 45:10
fellows 65:6
fever 53:4
fiction 7:3 55:4
field 8:4 10:16
fighting 38:18
figure 18:21
  39:19
file 39:9
filed 38:11
fill 48:4
finally 60:18
find 9:13 11:2,17
  19:15 20:17
  23:12,14 51:13
  53:19 67:13,14
fine 20:13 46:15
  60:3 64:1
finish 55:14
  60:18
first 8:6,9 9:2,19
  12:4,18 26:1
  29:10 31:4

32:4,5 33:17
  36:19 50:1,11
five 44:10
flew 18:16
flights 17:10,13
  17:14
flu 11:5 13:1
  18:5 26:12,13
  26:15 27:16,20
  27:21 28:3
  44:9,10 52:22
flu-like 8:14
  26:14
fluid 61:9
flurry 2:23
focus 3:17 10:11
  38:17
fog 62:6
following 30:2,7
footprint 59:17
force 66:23
foregoing 68:3
foresaw 51:9
foresight 20:24
  50:24
forever 19:18
  54:21
Forget 21:16
former 66:14
forms 48:4
formula 28:15
fortunate 46:19
Forum 16:2
foundation 16:2
  53:24 54:1,4
  54:10 56:17
  66:15
foundations
  50:17 56:18
founders 6:16
founding 8:6
four 14:5 16:11
  32:5,9 62:19
free 11:19 53:23
  54:6 57:19,22
friend 27:2,7
friends 16:9

48:13 65:12
  67:16
front 4:12 36:17
frontiers 43:11
fruitful 60:13
frustrate 22:21
full 13:18 64:15
  65:24
full- 14:14
full-length 14:4
fund 20:21 54:5
funded 50:20
  63:9
funders 10:6
funerals 64:19
future 1:12 4:16
  20:24 29:6
  56:9

                G

gap 34:1 35:16
garbage 38:1
Gate 16:2
Gates 53:24 54:1
  54:4,10
Gavi 46:25
Genentech 6:19
  9:19
general 29:6
generations
  58:18
generic 52:8
genetic 9:14
  13:13,18 29:11
  29:23 57:8,11
Germany 18:12
gettable 5:10
getting 16:13
  17:8 21:5 33:7
  34:6 43:3 44:1
giant 3:20
give 7:21 14:8
  23:11 31:9,17
  40:23 50:23
  57:19,22
given 34:21
  53:16

gives 35:16
  61:19
giving 8:13 59:1
  63:22
glad 19:22
global 34:9,14
  35:8,8 42:15
  43:10 49:3,19
  49:19,20 56:17
  60:17
globally 32:1
globe 2:22 4:16
  4:22 34:11
  35:1 50:16
go 3:11,14 6:7
  7:15 9:10
  10:20 14:4
  15:11,17 18:11
  19:16 20:15
  21:3 27:19
  31:12 32:5
  35:9 37:15,25
  38:13 39:2
  58:11 60:9
  61:12 64:12,20
goal 38:14
God 20:8
godsend 55:11
goes 20:16 27:12
  30:19
going 3:4 7:14
  8:9 12:15 14:8
  17:11 18:4,5,7
  18:9 19:15,25
  20:18,20,21
  21:15 26:1,18
  27:10,10,11,13
  30:2 31:3,5
  33:3 34:14
  37:25 38:8,16
  40:10,23 41:3
  41:5,13 42:7,8
  42:9,15,20
  43:14 44:15,18
  44:21,23 47:10
  50:16 51:6,9
  51:10 52:12,15

Case 1:22-cv-11378-RGS   Document 45-38   Filed 12/05/22   Page 75 of 85

10/25/2021                    ModernaTX, Inc. et al. v. Pfizer Inc. et al.                    Audio Transcription

Page 74

52:18,21,21
53:14 54:21
55:13,17 56:8
56:15,18,18,19
57:15,19,20
59:16 60:8,9
60:11,13,21,22
60:24 61:12
62:16,21 64:14
66:24
**good** 8:12,15
13:11 14:2
23:9,21,25
25:10,14 27:15
29:22 34:6
40:2 46:15,16
51:16 59:3,25
**Google** 17:9
**Googled** 17:13
**gotten** 21:5
**government**
3:10 10:5 22:8
36:21 37:14,21
47:16,19 48:23
49:10 50:18,20
50:21,23 65:21
**governments**
47:11,12 48:15
48:20 49:4
**grade** 15:16,17
**Graham** 10:6
12:8,10 20:25
**granted** 39:6
**granting** 39:7
**grateful** 63:21
**great** 6:7 21:17
25:15 28:14
34:20 47:10
66:25
**green** 59:9
**GROUP** 1:23
**groups** 39:14
**grow** 62:25
**growing** 46:8
**Gruber** 18:20
**GSK** 42:2 44:8
**guess** 16:17

48:24 49:24
50:7
**guys** 5:23 10:18

_____

**H**
**Haiti** 37:17,19
37:21
**half** 35:1 37:21
61:8
**hand** 45:24,25
**handles** 5:1
**happen** 19:10
30:16,21 32:7
51:9,10 52:17
**happened** 17:12
22:16 28:20
36:10 51:11
**happening** 12:3
60:22
**happens** 32:15
**hard** 24:17
25:25 28:23
32:10 35:2
36:6,11 46:23
47:5,5 48:10
51:24 52:2
59:21
**Harvard** 6:16
8:19
**Hatchett** 15:25
**head** 15:24 16:1
17:17 31:2
66:14
**headache** 8:3
**heading** 16:17
**headquarters**
2:24
**heal** 7:2
**health** 2:2,4,5,5
2:8,11 49:4
62:11 66:17,17
**healthcare** 21:20
22:20 62:12
**hear** 5:15
**heard** 12:7 17:1
19:7 42:17
50:10 67:16

**hearing** 39:19
**heart** 62:22,22
62:25,25 63:1
**heartbreaking**
37:23,24 38:1
51:21
**help** 2:11 24:22
35:6 37:14,17
38:22 40:4,10
42:1,8 43:18
51:22 52:15
53:20 62:13,14
**helped** 36:20
41:16
**helping** 20:11
**heroes** 64:4
65:17
**hey** 43:16 48:13
**high** 2:3 7:14
19:24,25 23:11
23:15 24:7,19
25:24 29:20
30:5 40:17
48:12,21
**high-income**
46:20
**higher** 28:22
48:22
**highest** 24:8
44:15
**highly** 67:5
**Hill** 67:12
**hire** 40:18
**hiring** 32:18
**history** 6:8 17:1
36:10
**hit** 19:5
**HIV** 53:25 54:3
54:3,6,11,14
54:20,25 55:9
**hold** 55:19
**holders** 55:21
**holding** 25:6
**home** 15:6
**homes** 3:15
**honest** 66:9
**honestly** 56:6

**hope** 16:20
23:19 24:16
67:4
**hopefully** 66:20
**hopes** 35:4
**horror** 43:6
**hospital** 61:6
**hospitalization**
24:6 26:9
**hospitalizations**
29:1
**hospitalized**
61:1
**hospitals** 27:20
**host** 2:15 66:23
**hour** 24:17
**House** 45:15
49:23
**household** 45:12
**huge** 47:13 53:9
**human** 4:24
5:11 7:19,21
8:1 9:14,16,18
10:22 15:16
20:1 34:17
52:17 65:6
**humanity** 66:2
**humans** 7:25
15:15 38:18
41:7
**hundred** 57:12
**hundreds** 3:18
7:8 9:20 21:1
53:4 58:12
**hunt** 21:1
**hurt** 29:9

_____

**I**
**idea** 7:24 22:22
40:2,3,7 44:22
**identified** 31:4
**idle** 41:17
**illegal** 37:3
**imagine** 36:13
46:14 51:20
**immune** 61:13
**immunity** 29:14

29:17
**immunized**
43:13
**immunogenic**
8:13
**impact** 19:19
43:25 65:10
**impacted** 65:11
**impacts** 62:11
**important** 2:5
13:4 38:12
49:7 58:9,10
58:20
**impressive**
33:25
**included** 8:5
**includes** 20:23
**including** 4:12
25:15 30:8
37:16
**income** 57:6
**increase** 14:1
**increased** 2:10
**increasing** 4:21
**incredible** 2:18
**incredibly** 5:4
66:6
**incremental**
53:16,22 54:5
**incubation**
17:21 29:3
**indecent** 57:15
**independently**
13:25 14:7
**India** 30:4 42:19
**Indiana** 48:18
**indication** 23:25
**indicator** 23:9
**indiscernible**
17:23 18:9
27:5 32:25
46:22 52:5
58:24
**industry** 6:22
9:12 35:20
41:5 46:19,24
65:15

Case 1:22-cv-11378-RGS   Document 45-38   Filed 12/05/22   Page 76 of 85

10/25/2021                 ModernaTX, Inc. et al. v. Pfizer Inc. et al.                 Audio Transcription

Page 75

infarct 63:2
infected 23:22
  32:24 43:13
  54:20 61:11,11
  62:8,8,8 65:12
infection 16:15
  17:6 29:14
  62:3
infectious 10:17
  12:3,5,6 13:15
  15:23 30:12
  38:9
inform 5:9
information
  9:14 13:14,18
  13:21,23 15:2
  29:23
infrastructure
  54:17
initial 29:11
initially 6:21
inject 6:23 36:16
injected 40:22
  62:22
inklings 3:4
inside 9:15
  30:19 54:21
insight 8:18
Instagram 67:15
install 40:16
installation 59:9
instruction 6:23
instructions
  14:6
insulin 9:15,18
intense 4:4
intensive 4:16
interested 11:1
interesting 4:8
  5:9 21:3 26:6
  26:20 58:2
internally 43:24
interview 4:4,8,9
  5:13,16
interviews 5:5
introduce 5:14
introduced 8:6

invading 65:1
invent 39:18
  47:4
invest 43:1
  44:19 56:25
  59:11 63:8,9
invested 22:12
  55:21,24 56:4
  59:8
investing 21:11
  32:10 59:1
  60:7 63:13
investment
  60:12
investor 60:4
investors 22:13
  56:24 57:4,5
  58:3,5,22 59:1
inviting 2:8
involved 63:24
IP 38:8,23,24
  39:2,5,12,24
  40:6,6,7 43:17
  45:20
iPad 15:5 17:8
  17:17
iPads 3:14
issue 34:9,12,12
  35:11 39:23
  41:14 54:3
issued 39:9,10
issues 7:25 8:3
  56:19
it'll 50:11
Ivan 67:7,12

_____

            J

January 2:23
  11:24 12:4
  13:18 15:22
  29:19 36:7
  41:10
Japan 17:12
  48:3
Jeremy 15:24
  17:19,19,20
  18:2

Jessica 67:8
Jesuit 51:23
job 48:19 51:21
  59:3
John 18:17
Johnson 2:17,17
  45:3,3 66:15
join 8:23
joined 8:25
joining 5:17
  58:17
journalist 66:23
joy 67:17

_____

            K

Kara 66:22
keep 31:13
  43:14 47:24
kept 16:20
key 10:16
keys 42:14
kidding 21:17
kids 57:12,14,23
  66:20
kill 9:17 30:12
killing 53:4
kills 54:3
kilobyte 14:6
kind 15:20 27:4
  60:22
knew 6:12 13:10
  24:6
know 3:7,24 4:5
  4:13,18 6:18
  6:18,21 7:15
  8:11 9:7,12
  10:16 11:6
  12:19,22,24
  13:9 17:3,3,10
  18:15 19:23
  20:15,22 21:7
  21:18,25 22:7
  22:7 23:16
  24:3,4,5,20,24
  25:16,19,20,21
  26:1,5,13 27:1
  27:9 28:16,20

28:21,23 29:14
  33:10 34:7,20
  34:21,25 39:5
  39:21 40:13
  42:18 43:11
  45:4 46:23,25
  47:9,12 48:11
  48:12,18 49:8
  49:19 50:10,14
  51:3,12,14,19
  51:22,22,25
  52:2,16,25
  53:1,8,14 54:2
  54:24 55:10,25
  60:10,12,12,25
  61:5,8,17 64:1
  64:5,18 65:2,9
  65:18,20
know-how 45:21
knowing 22:14
knowledge 3:6
  39:11
known 11:10
  16:5 22:12
  44:15
knows 10:1
  16:15 56:14
Kramer 67:8
Kryssy 67:6
Kuraev 67:7,12

_____

            L

lab 3:14 7:14
  15:4,12,13
labs 3:14 8:18
  9:9 22:9 30:8,8
  53:3
land 34:19
lap 34:19
large 56:11
latent 62:4
law 37:5,5,6,8
  39:5
lawsuit 43:2
lead 33:12 40:13
  41:14
leader 10:16

60:17
leaders 46:6
leadership 49:20
leads 22:18
Learn 2:11
learned 14:12
learning 24:4
leave 57:12
led 8:19 19:11
legal 37:1
Lemonada 2:13
  67:6
LemonadaMe...
  67:14
length 14:15
let's 6:6 22:24
  35:18 41:10
  42:2 43:15
letting 5:14
level 19:25 23:21
levels 2:3
leverage 57:24
lies 51:13
life 9:20 17:1,18
  31:15 51:6,25
  52:1 53:11
  55:9 61:11
  62:9
lifetime 65:9
Lilly 9:19
line 52:19
Lisa 68:2,23,24
listen 2:18 21:6
  57:7 64:3
listening 39:5
  67:4
literally 6:3 7:2
  14:20 16:11,13
  33:10 58:13
little 4:5 6:8
  16:18 18:23
  25:10,12 33:20
  35:9,15 50:8
live 31:14 32:23
  32:23 35:5
  55:8 61:16
liver 57:11

Case 1:22-cv-11378-RGS   Document 45-38   Filed 12/05/22   Page 77 of 85

10/25/2021                    ModernaTX, Inc. et al. v. Pfizer Inc. et al.              Audio Transcription

Page 76

lives 4:25 46:3
   46:10 49:6
living 45:5
locally 37:10
lock 17:6
locked 17:2
   65:11
locker 64:16
locking 16:25
long 9:6,21
   10:17,17 18:6
   26:1,19 31:21
   31:22 42:9
   51:3 59:24
   60:23 61:25
   62:2,5
long-term 55:21
longer 44:16
   47:24
look 3:5 11:16
   26:6,17 27:20
   35:13,17 36:6
   38:21 47:14
   50:8 56:4,15
   57:9 59:15
   60:2,15 62:5
looked 18:2
looking 8:7
   17:18 19:9
   56:10
looks 7:23 48:5
   50:11
lost 25:10 29:20
lot 6:3,5 12:19
   12:24 14:12
   16:6 21:25
   22:8 23:19
   24:2,4,16,22
   29:18 37:16
   38:10 44:8
   45:1 48:11,20
   48:25 50:20
   51:8 52:5
   53:13,19 55:19
   57:23 58:22
   59:9,10 62:7
   63:7 64:3,4

lots 10:10
love 10:24 11:17
   51:24 57:5
   64:5 67:10
low- 57:5
low-income
   37:17 44:3
   46:21 54:9
lower 36:15
Luciano 68:2,23
   68:24
lucky 14:9
lung 23:13,14

──────────
         M
──────────
M 1:24
machine 44:1
machines 40:16
   41:24 42:5
magician 57:2
majority 51:5
making 2:6 7:11
   39:23 47:24
manufacturing
   32:14,17 33:23
   33:25 34:11
   43:20 44:20
   54:17 63:10
March 23:10
   44:3,15
margin 60:8,10
Marion 18:20
market 33:5
   61:15,19
marriage 65:1
Maryland 2:24
Mascola 18:18
Mass 3:19
Massachusetts
   1:2 6:15 20:4
   48:18
massive 7:12
   10:9 36:9
   61:13
massively 62:11
match 33:1
material 40:18

materials 41:24
math 30:22,23
   35:22 36:3
   41:9 57:10,12
matter 51:25
matters 41:2
max 32:5
McOwen 67:7
mean 7:4,5,7
   18:10 22:4,11
   22:19 30:18
   52:18 64:23
   65:1,16
meaning 61:25
means 6:2,4
media 38:7 67:6
   67:13
medicine 3:13
   6:20 7:4,6 8:13
   8:15,16 19:18
   59:23 62:14
   64:9
medicines 7:8,13
meet 16:12
   18:20
meeting 66:20
meetings 11:22
   21:1 25:7
meets 10:8 22:20
members 10:23
mental 2:2,4,6
mentioned 62:17
Merck 44:8 50:9
   50:11,14 52:3
MERS 13:3
   14:10 18:8
   19:24
messenger 3:10
   3:19 6:17
met 12:16 18:17
mice 23:12,13
mid-November
   24:21
middle 46:13
midst 25:9
mile 34:6,13
   35:13 36:5,7

38:3 56:19
million 20:12
   33:11,18,19
   36:20 37:21
   44:11 52:13,14
   59:8,11 63:10
millions 9:20,21
   17:2 19:19
   23:3 53:5
   57:14
minds 2:20
mindset 45:6
mine 66:5
minimize 59:17
minute 10:4
miraculous 3:21
   3:21
MIT 6:16
mix 33:1 67:7
model 23:11
   30:22,24 41:1
   54:4
modeling 30:23
modern 17:1
   24:15
Moderna 1:12
   2:16 3:18,19
   4:3 9:3 10:2,3
   13:6,21 14:16
   15:12,19 19:11
   22:12 25:24
   27:16,22 29:7
   31:9,12 32:19
   35:7 38:8 39:3
   39:13 43:2,6
   44:5 45:11
   46:16 52:6,12
   54:16 55:20,22
   56:16 58:14,15
   63:16,17,23
   65:8
Moderna's 3:23
   10:5 42:21
Modernas 45:13
ModernaTX 1:4
modernized
   14:12

molecule 61:10
molecules 7:9
moment 17:18
   18:8 19:4,20
Monday 18:16
   66:21 67:1
money 43:1 44:7
   44:19 52:13
   53:14
monkey 8:1
monkeys 8:2
mononucleosis
   61:19,21 62:6
month 23:13
   33:11 35:23,24
   36:1
months 3:9 6:4
   25:22,25 27:6
   32:5,9,12 36:4
   41:4,9 64:12
morning 18:17
   64:13 65:20
mosquitoes
   53:12
motivations
   56:3
motto 51:23
mouse 7:25 8:1
move 4:11 22:24
movement 58:4
movie 4:10
mRNA 6:8,9,23
   8:10,21 9:4,7,9
   9:12 11:19
   14:12,19 15:11
   19:15 20:1
   26:2 29:22,23
   31:8,8,9,19
   33:4 38:9,13
   39:15 40:12,15
   41:2,17,18,22
   41:23 42:4
   45:2 60:19,20
   61:9,9 62:24
   63:4,5
Mullard 67:11
multiple 61:20

Case 1:22-cv-11378-RGS   Document 45-38   Filed 12/05/22   Page 78 of 85

10/25/2021                 ModernaTX, Inc. et al. v. Pfizer Inc. et al.                 Audio Transcription

Page 77

music 67:12
mutate 54:21
mutated 30:19
mutates 54:14
mutating 43:14
mutation 30:5,9
  31:4 51:15
  54:25 55:1
mutations 28:9
  29:6 30:16,20

— N —
N 68:1
name 22:13
  45:12 63:24
named 3:17
napkin 16:14,20
napkins 3:1
nations 51:7
naturally 23:22
  32:24
naught 16:14
near 45:12
need 2:21 10:20
  18:13 21:4
  25:7 27:11
  32:21 36:25
  37:4,6 40:18
  40:18 41:8,25
  43:18,20 44:4
  52:21 56:21
  57:23,24
needed 4:14
  5:25 28:22
  29:25 49:25
needles 34:3
needs 59:16
negative 61:17
  62:10
networked 16:7
neutralizing
  23:9,20 31:10
never 7:16 8:9
  10:19 14:22
  17:1,7 21:7
  22:16 26:2
  36:8,10 44:7

53:5 61:12
  64:2 65:9
new 2:8 8:17
  12:3,20 13:3
  13:12 15:7
  16:13 26:4
  30:10,18 32:8
  33:14 47:3
  55:1,2,8 56:12
  58:17 59:7
  62:23,25
news 25:9,10
  27:15 29:22
NIAD 10:25
nice 28:2
night 65:18
NIH 2:24 3:25
  12:18 13:22
  14:10 15:19
  21:9
nine 13:5 19:22
  20:2 61:20,24
non-profit 56:17
nonhuman
  23:14
nonstop 6:3
normal 31:15
North 11:7
notes 13:24
notion 6:22
number 3:20
  11:11 36:14
  37:11 61:14
numbers 35:13
  35:14,18
nurse 48:18
nurses 36:14,16
nuts 8:5 20:4,9
NW 1:24

— O —
O 68:1
o'clock 65:20
obligatory 37:5
obscure 3:18
  4:18
obscurity 19:12

45:11
observe 26:20
obsessed 58:7
obviously 8:1
  54:1
OC43 26:8 28:4
occur 10:11
occurred 12:1
October 1:15
  38:7 68:24
Office 39:3
official 16:8
Offitt 66:19
oftentimes 22:18
Oh 19:13 50:2
okay 17:20 42:6
old 7:9 9:10 52:4
older 24:11 25:2
  26:21
Oliver 67:12
once 4:18 7:19
  10:14,21 13:12
  14:14,18 27:5
  49:20 50:12
  54:20 61:10
  62:8
one-way 18:13
ones 19:7 48:15
ongoing 41:1
online 13:17,19
  42:21
opaque 3:4
operators 41:25
opinion 11:20
  12:13
opportunities
  56:12
opportunity
  41:13 56:1
  63:22 64:6
optimize 58:6
option 50:19
  52:6
Organization
  39:22
orient 46:12
oriented 66:7

origin 6:10
  26:11
OS 53:18
outbreak 11:7
  15:15 18:6
  53:9
outcome 40:8
output 43:25
outside 3:10
over-ordered
  36:21
overnight 60:17
owe 66:1
Oxford 45:2

— P —
P.T.O 39:10
pace 41:4
paid 22:23
Pan-virus 28:6
pandemic 16:3
  18:5,9 26:11
  26:15,16 38:16
  41:3
pandemics 3:2
paper 61:23
papers 9:10
parallel 15:10
  15:13
part 8:4 32:4
  56:16,16 60:12
partially 34:19
particularly 2:4
partly 29:2
partner 11:16
  11:19 12:8
partnered 36:19
partnership
  5:21 10:5,7,12
  12:17
partnerships
  53:19 65:16
parts 22:19 34:4
party 49:11
pass 27:7
passing 3:6
passionate 11:18

12:6
patent 39:3,6,7,9
patents 38:11
  39:4,17
Paul 66:19
Pause 31:16
pay 15:19 20:14
  34:23 53:21
PCR 26:12
  27:21
Pease 67:6
peeking 3:4
Penn 8:19 57:9,9
  57:19
people 2:3 6:20
  9:3,8,13,21,21
  10:19 15:3,4
  15:15 17:2,6
  19:5 20:8,16
  20:25 21:7,18
  22:18,22 23:1
  23:3,18,20,22
  23:23 24:7,23
  24:25 25:2,11
  26:14,21,22,24
  27:19 28:22
  29:18 30:3
  31:13 32:1,18
  34:7,23 35:14
  35:15 36:17
  38:4 39:11,14
  40:19 41:11,13
  42:25 43:21
  45:12 48:11,12
  50:13,25 51:8
  51:8,22 52:25
  53:5 54:2 55:6
  55:11,19,20,24
  56:13,25 57:1
  57:16 58:17
  59:23 60:11,13
  60:25 61:1,8
  61:15,16,17,20
  61:22,24 63:23
  64:3,4,5,10,18
  64:23,25 65:2
  65:4,13 66:22

Case 1:22-cv-11378-RGS   Document 45-38   Filed 12/05/22   Page 79 of 85

10/25/2021                    ModernaTX, Inc. et al. v. Pfizer Inc. et al.              Audio Transcription

Page 78

people's 2:20
6:18 46:3,9
62:22 65:1
percent 7:16
23:20 25:23
26:9 28:21
35:1,11 47:15
47:16 49:2
61:20,22,24
perfectly 39:25
period 23:7 29:3
51:3
person 4:2
personal 64:25
personalized
55:3
personally 19:1
62:9
perspective
42:21
Peru 46:23
pet 66:5
Pfizer 1:8 2:17
25:24 33:3
44:17 45:15
pharma 7:10,22
37:7
pharmaceutical
40:11
pharmacy 7:13
phase 20:6 53:2
phone 16:12
46:4
phrase 55:18
physical 2:5
physically 14:23
57:21
pick 12:14
picked 14:3
pictured 15:3
piece 6:23 9:14
21:13 22:11
24:10 29:13
34:14 37:18
38:6 46:18
48:10 49:5
52:1,24

pieces 43:18
pill 50:12
place 3:16 4:19
14:9 28:10
32:19 50:24
places 24:13
37:16 51:16
56:21
planet 27:11
30:4 32:22
33:6,22 35:12
35:16 36:10
41:8,17 43:9
43:10,12 44:10
44:16,24 47:7
planning 21:8
25:7
plant 20:4,9,10
52:11,13,16
57:25 59:7,16
59:18
plants 56:20
58:1 63:14
platform 3:11
3:12,12,13,20
6:9 19:17 20:1
31:19 53:13,16
53:22 54:6
55:16 56:11
57:24 60:19,21
playing 4:24
please 38:13
49:11 52:8
54:5 67:16,17
pledged 50:15
plenty 42:9
plot 16:14
plus 27:16 31:6
42:3
podcast 66:23
67:5
podcasts 36:22
point 19:2 20:14
21:17 22:7
29:17 35:3
46:15 60:3
political 49:6

politicians 48:12
poor 46:6
Pope 46:5
portion 20:20
56:8
position 4:23
42:14
positioned 22:4
positive 61:21
61:23,25 62:9
positively 60:6
possibility 25:1
possible 4:1 7:3
7:4
post 11:6
potentially 29:2
31:10 33:13
power 3:16
31:18
powerful 6:13
practical 5:4
42:7,12
predating 9:3
predictability
7:14
prepare 16:3
20:23
prepared 68:5
President/CEO
66:14
pressure 4:21
pretty 4:16
16:22 19:24
24:8 30:5
preventing
28:25
previous 58:18
price 48:21
primate 23:14
prime 41:11,13
priorities 10:10
private 48:20
probably 10:19
21:15 28:17
31:5 41:5
problem 38:2
42:15 43:10

55:10
process 5:9
22:25
processes 33:23
produce 31:24
67:7
producers 67:9
product 9:19
15:19 19:9
40:11,22 44:7
50:22 51:6
production 5:24
31:19 42:10
67:6
productive 5:23
products 19:8
37:10 45:18
49:11 53:14
profit 34:22
46:20 56:10
58:23 59:1,6
profit-making
56:11
profitable 63:8
program 54:6
programmed
30:12
programs 2:9
prokaryote 13:8
promise 55:16
55:22
promising 7:23
proposing 48:21
protect 7:1
47:20
protects 61:4
protein 6:18
7:11 9:16
12:14 14:3,3,5
14:5,19
proteins 6:21
proven 62:2
provide 54:8
provided 68:4
providing 2:9
public 11:11
42:24 49:3

66:17,17
public/private
53:19
publication
39:16
publish 24:13
published 32:6
61:23
pull 64:25
pulled 64:15,24
pump 63:1
purchases 50:24
pure 10:9
purify 9:17
purpose 40:24
41:22
purposeful 21:8
push 5:2 24:17
50:8
pushed 33:17
put 9:14,18
13:16,19 20:13
22:22 38:6,12
42:11 46:15
52:18 60:3
puzzling 60:5

**Q**

qualify 40:17
44:4
quarter 31:2
58:23
question 6:17
21:19 31:18
32:4,14 45:5
50:8 55:14,15
55:17
questions 2:19
4:17 18:24
31:22 34:15,16
34:17
quick 29:2 36:9
quickly 3:21
29:24 30:1
42:21 54:15,21
quite 6:12 26:19
33:24 45:14

Case 1:22-cv-11378-RGS   Document 45-38   Filed 12/05/22   Page 80 of 85

10/25/2021                 ModernaTX, Inc. et al. v. Pfizer Inc. et al.          Audio Transcription

Page  79

56:5,5
quote 48:14
quote/unquote
 60:17

**R**

R 16:14 68:1
R&D 58:25,25
 59:2,12 60:4
 63:14
races 14:16
raising 17:17
ramped 5:24
ramping 32:16
ran 3:10
random 30:10
 30:21,22
rare 46:4 57:8
 57:10
rate 16:14,16
 17:6 24:6 67:5
raw 40:18 41:24
reach 10:14,15
 10:18
reached 10:22
 12:7,16
react 56:22 60:6
reaction 8:9,14
 25:15
reactivation
 62:3
reactor 9:16
read 9:10 39:8
 39:16,16,18
ready 3:11 15:11
 31:12,13,24
realistic 54:11
 56:3
realities 3:3
reality 42:13
 56:1
realization 19:4
realizations 19:2
realize 19:6
realized 13:1,12
 17:9,13 18:4
really 2:19 5:23

7:5 8:3 16:23
 16:23,23 17:5
 18:5,6 22:4,6
 22:15 23:9
 24:17,17 29:9
 32:1,10,19
 33:7 35:2 43:8
 48:9,10 50:16
 51:6,7 52:2,18
 55:11,16 56:7
 58:2 63:21
 66:8,9
reason 8:10 13:4
 40:10 44:4
 49:24
reasons 35:5
receptor 30:17
 30:23
recipe 39:19
recommended
 14:7 20:3
record 50:15
recording 2:1
 67:19 68:4
recreate 62:23
regenerative
 63:3
regularly 64:13
regulators 65:16
reinfected 26:22
reinvent 60:24
related 29:5
relates 23:4
relevant 12:15
religion 43:12
remarkable
 23:18 65:7
remember 17:8
 17:11,17,18
 24:9 25:6
remind 17:19,20
remote 34:3
replicate 30:15
 30:19 39:12
replication
 51:17
replied 12:23

report 37:4,6,12
reported 37:19
reproduce 39:8
requests 49:2
require 31:21
research 10:9
 18:18 20:21
 50:21 63:11
resources 36:12
respects 34:17
respiratory
 27:17 52:20
 61:1
respond 5:15
 29:4,7 43:22
response 24:1
responsibilities
 60:16
responsibility
 5:2 34:18
 51:12 58:5
responsible 59:6
rest 24:20
restrictions 48:1
return 57:1,13
Reuters 37:20
revaccinate 25:8
revascularize
 63:1
revenue 22:15
revenues 22:14
reviewed 48:5
revolutionize
 62:16
rich 48:11
Richard 15:25
 66:13
right 10:20 11:8
 13:25 14:1,15
 15:14 17:21
 25:20 28:10
 29:8 34:8
 35:11,24 36:2
 36:23 38:3
 41:20 44:25
 47:19,24 49:14
 52:19 53:7,15

55:13 57:3,17
 59:17,24,25
 63:12 65:25
 66:19
risk 15:15 21:14
 22:1,8 24:8
 29:18
risk-based 22:18
risks 60:14
RNA 3:11,19
 6:17 31:2
road 31:6
Robert 66:15
Rodriguez 67:8
role 4:24
rolling 50:9
room 40:21
 64:16
root 26:8
roughly 33:3
routes 3:5
RSV 28:4
run 15:19 19:16
 35:18 51:17
 56:16
running 45:24
runs 18:18,21
Russian 26:12
RZ 26:13

**S**

s 68:23
sacrifice 65:1
sad 37:18
safe 8:22 31:14
 31:23 67:17
safely 19:15
safety 7:24 23:5
 45:18 59:4
sales 22:14
 45:18 59:4
Sanofi 42:2 44:8
SARS 13:3 17:7
 18:8 26:18
 27:9
sat 3:14
satisfy 45:25
Saturday 65:20

**Saturdays** 6:4
save 24:17,17
 39:17 46:2
saved 9:20
saves 52:1,1
saving 46:9 51:6
saw 3:3 25:23
 51:8
saying 12:20
 22:17 38:13
 42:15
says 34:4
scalability 31:19
scalable 33:24
scale 45:21
scaling 34:12
scarce 45:20
 46:1
scary 5:12 53:10
scenario 43:6
scenes 63:25
school 28:1
science 7:2 8:21
 39:20 55:4
 63:8
scientific 8:18
 22:8 43:21
scientist 8:8 39:2
scientists 3:1,9
 3:13 4:1 7:23
 10:6 12:13
 21:9,9 26:10
 28:14,14 32:6
 66:4
sclerosis 61:21
scrambled 37:13
scratch 21:22
screen 15:2
search 39:4
second 4:11
 25:22,25 31:1
 32:14 45:10
seconds 8:12
see 10:24 10:10
 10:24 11:20
 12:11 22:4
 23:3 25:17

Case 1:22-cv-11378-RGS   Document 45-38   Filed 12/05/22   Page 81 of 85

10/25/2021                    ModernaTX, Inc. et al. v. Pfizer Inc. et al.                    Audio Transcription

Page 80

31:20 36:11
45:8 55:25
**seeing** 3:7
**seen** 23:4 28:10
**selfless** 66:6
**sell** 47:18 49:10
49:22
**selling** 46:20
**semi-dreamlike**
3:3
**semi-familiar**
3:2
**send** 10:23 11:19
15:12 34:23
**sense** 31:17
**sent** 12:25 37:21
**septicemia**
40:24
**sequence** 11:25
13:13,16 32:6
33:13 54:19
**serious** 24:19,22
**servants** 65:21
66:5
**service** 66:7
**services** 2:6,11
**serving** 51:23
**set** 15:14 17:4
29:7 43:19
60:15
**seven** 17:21,22
**sex** 43:11
**share** 42:16
58:24 64:11
67:17
**shareholder**
58:8,8
**shareholders**
45:25 56:4,22
**sharing** 38:24
**shift** 34:8
**ship** 37:3,9
**shipped** 35:21
37:22 40:16
**shipping** 33:13
**shoot** 12:20
**short** 42:8 60:24

**short-term**
43:25
**shortage** 45:5
**shortchanged**
48:8
**shot** 27:24,25
28:6 55:9
**shots** 4:14
**show** 3:24 5:8
10:25 16:13
66:24 67:7,10
67:13
**showed** 11:5,15
64:17
**shower** 64:16
**showing** 61:24
**shown** 44:17
**shrink** 32:11
**sick** 7:2 8:15
26:22,24 27:1
55:12 61:2,5
62:14,15
**side** 32:3 37:4,7
37:12 42:11
62:19
**signed** 54:10
**simply** 25:2 29:3
**single** 27:17,22
27:24 61:3
**sit** 34:25
**sitting** 15:4
28:11 41:17
42:14
**situation** 28:12
46:4 50:4
**situations** 20:23
**Six** 47:17
**six-to-twelve-...**
40:13
**skilled** 39:7
**Slavitt** 1:14 2:14
2:15 5:20 6:6
8:23 9:2 10:4
11:3,8,22,24
12:10 14:24
15:3,8 16:20
17:24 18:1,24

20:13 21:16
22:17 24:24
25:4 27:2,7,24
28:3,6,8 31:17
33:23 35:23
36:2,23 38:20
39:11,21 41:20
42:6 43:15
44:25 48:24
49:14,17 50:3
50:7 53:7
54:11 55:13
59:14,19 60:2
63:12,19 66:3
66:13
**sleepy** 3:11
**slipping** 3:2
**slow** 66:1
**small** 3:17 4:2
7:9 10:8 23:17
**social** 58:4 66:23
67:13
**society** 66:2
**software** 3:13
6:23 53:17
**sold** 44:7 48:22
**solving** 42:15
**somebody** 32:22
37:11 39:7
42:2 43:15
45:16 48:5
**somebody's**
40:22
**someone's** 41:21
**soon** 62:21
**sort** 66:23
**sound** 68:4
**South** 31:5
56:20
**speak** 8:2 29:25
31:7 32:18,18
**specific** 19:4
**speculators**
55:25
**spend** 10:4 28:2
52:12 58:25
60:4

**spent** 3:1 16:4
**spike** 14:3,4,5,15
**spouse** 65:2
**spring** 30:4
**spun** 16:1
**stable** 8:12
61:10
**stage** 20:7
**stakeholder**
58:9
**stakeholders**
58:6,10
**standards** 40:17
**standpoint**
30:14,24 37:1
49:3,7
**start** 6:6,7 16:14
17:6 21:21
33:12 35:7
**started** 6:14 9:3
9:25 10:2 15:9
16:22 19:14
22:25 23:3
**starting** 15:16
**startup** 10:8
**STATE** 1:1
**statement** 38:6
38:21
**stay** 26:19 58:14
58:14 66:12
67:1,17
**Stephane** 1:13
2:15 3:23 4:20
5:15,17 8:24
43:16 49:21
66:7
**Stephanie** 67:9
**sterile** 40:23
**stock** 55:20,25
56:6 57:2,3
**stopping** 38:17
38:19
**storage** 34:2
**stories** 64:11,22
65:3
**story** 2:22 6:8,10
21:6,25 22:21

37:19 55:23
**strain** 29:11
30:10
**strange** 4:19
**street** 1:24 58:11
**strengths** 21:24
**stuck** 49:17
**studies** 13:5
**study** 15:17,20
20:7 23:17
24:11
**subject** 5:12
**success** 35:3
64:21
**successful** 19:7
**sue** 38:16 40:6,7
42:24
**suffering** 44:21
**sufficient** 34:3
**sufficiently**
31:23
**suggest** 20:18
**Suite** 1:24
**summer** 8:25
37:13
**Sunday** 18:16
**Sundays** 6:4
**supplied** 47:15
**supply** 45:20
48:19 49:4
**supplying** 48:15
**support** 40:1
42:22
**supposed** 18:11
**sure** 6:11 10:13
12:12 22:2 27:9
29:8 32:3
35:10 39:15
43:19 45:3
48:7 50:2,6,19
55:17 56:24
59:14 65:7
**surface** 3:5
**surprise** 34:7
49:1
**surprises** 23:4
25:13

Case 1:22-cv-11378-RGS   Document 45-38   Filed 12/05/22   Page 82 of 85

10/25/2021                     ModernaTX, Inc. et al. v. Pfizer Inc. et al.                    Audio Transcription

Page 81

surprising 23:6
survived 23:23
swimming 41:3
    42:7
Swisher 66:22
Switzerland
    2:25 48:3
symptoms 26:14
    29:1 62:5,6
Syndrome 11:13
system 21:20
    22:20 23:23
    37:4,11 61:13

———— T ————
T 68:1,1
take 6:9 7:23
    11:24 21:1,13
    21:19 22:9
    34:21 37:18
    42:18 45:9
    50:12 55:7,11
taken 2:16
takes 22:8 30:10
    30:20 40:20
    52:16 64:9
talk 4:11 23:4
    25:12 28:12
    29:5 45:16
    46:5,6 50:10
    52:9 53:6,8,10
    57:5 67:2
talked 38:7
    42:25 49:8
    62:17
talking 4:6
    12:24 25:7
    44:14 56:25
    57:4
taxes 20:15,15
    20:20
taxpayers 20:14
    21:10
team 6:3,16 8:7
    8:9 11:15
    12:11 13:20,22
    13:24 14:16,20

18:21 59:15
    61:23 65:14,18
    66:8
teams 14:2,7,14
    65:15
technically 7:8
technology 3:16
    7:9,10,11,17
    11:20 13:23
    14:13,16,17
    29:22 32:11
    40:12 43:18
    52:5 55:3
    57:10
teenagers 26:25
telehealth 2:10
tell 6:10 49:21
    49:25 60:19
    67:16
telling 45:7
ten 9:1 17:21,22
    22:13 40:15
    60:19 63:6,16
    64:13
term 42:8,9
    59:24
terms 13:8 22:6
    25:11
test 26:13 55:5
testing 15:11
    31:7
Thailand 17:12
thank 5:13,19,20
    6:2,5 21:7 64:7
    66:3,3,7,8,11
thankful 20:2,10
thanks 6:1 28:13
    34:11 67:4
theme 67:11
thing 5:7 12:20
    21:22 25:21
    28:16 38:17,24
    39:1 42:12,13
    43:13 46:1
    52:19 53:15
    54:16 59:24
    60:1

things 3:21,21
    4:12 5:11 11:2
    15:10 16:17
    20:16,21 21:25
    25:5 28:4
    30:25 32:7
    36:19,25 38:25
    39:17 45:2
    46:14 51:1,21
    56:13 59:10,25
    60:18,22
think 2:19 4:23
    4:24 5:5 9:11
    10:25 12:23
    13:17 17:4
    19:19,21 20:11
    21:13,21,22,23
    22:3,5 25:17
    27:13,15 28:13
    30:9 32:4,11
    32:15 33:7,9
    34:7,15,20,20
    35:6,10 38:21
    40:2,2,4,10
    41:12 42:6,11
    44:12 45:7
    46:11 50:14
    51:8,13 56:22
    58:2,3,7,8 59:5
    60:11,15,20
    62:11,15 63:17
    64:4,6 66:21
thinking 19:1
thinks 31:3
thought 4:7 8:4
    13:24 18:7,23
    20:4,8 25:13
    26:14 57:15
thoughtful 21:8
thousand 63:18
thousands 6:24
    14:17 19:8,8
    53:5 63:5
three 12:17
    16:11 26:25
    27:14 32:5,9
    32:12 36:4

41:9 65:19
three-to-four-...
    33:12
ticket 18:13
till 31:21
time 4:2 5:22,24
    6:11 7:18 9:2,6
    9:21 10:17,20
    11:4 12:22
    13:20 15:10
    16:18 19:19,21
    20:5,6 24:9,25
    25:13,16,18
    26:12,20 29:1
    29:15,17 31:20
    31:22 32:6,11
    33:8,12,17
    38:21 39:17
    40:13,25 41:2
    41:14 43:1
    44:25 48:2
    51:4 57:1 59:3
    59:11,25 63:6
    63:7,16,21
    66:25
times 12:17
    16:11
tiny 8:8 32:12
today 2:16 4:12
    21:5 22:24
    24:5 28:11
    34:10,25 35:13
    35:14 45:18
    55:20 67:16
today's 55:3
    58:16
told 13:15 27:12
    59:15 63:13
    64:20
toll 61:13
tomorrow 62:10
Tony 3:25 10:15
    10:20 20:25
tools 2:10 49:12
topic 34:6 40:9,9
    55:14
totally 37:23

tough 34:16
track 50:15
trade 39:22 57:1
    57:2
trade-offs 46:8
tradeoff 59:21
traditional 7:13
    7:22
tragedy 52:17
train 40:19
training 41:25
transcriber 68:2
transcript 68:4
transcription
    1:16 68:5
transfer 43:19
transformative
    22:23
transition 4:15
translate 59:4
transportation
    34:2
travel 3:5
treated 25:11
treatment 62:19
tremendous
    60:15
trial 7:15 22:25
    29:25 43:6
    57:13
tried 5:2 9:8,21
    44:19
trip 12:18
tropical 53:1
    57:6 62:17,18
true 39:8 41:19
    47:14 58:3
    65:3,7,8
Trust 15:25 16:2
try 13:21 21:14
trying 16:17
    20:23 30:14
    39:12,22,25
    53:19 55:4
    59:20
Tuesday 67:2
tumor 54:19

Case 1:22-cv-11378-RGS   Document 45-38   Filed 12/05/22   Page 83 of 85

10/25/2021                    ModernaTX, Inc. et al. v. Pfizer Inc. et al.            Audio Transcription

Page 82

tuned 67:1
turned 4:8
turns 5:3
TV 43:7
Twitter 67:15
two 15:9,23 16:4
  16:7 25:21,25
  26:3,23 29:19
  31:7,21 33:4
  33:11 35:1,18
  36:4,25 37:4
  41:7,9,11,15
  53:2 60:18
  61:1,8 65:19
type 7:24 12:22
  13:9 33:9 39:3
  49:19

_____

**U**

U 57:9
U.S 2:3 17:16
  21:19 26:10
  28:17 36:6,12
  36:20 37:6,9
  37:14,20 39:3
  39:10 47:14,16
  47:19,20 49:10
  50:18,20,21,22
ubiquitous 63:5
ultimately 60:6
ultra 57:8
uncertainty 45:1
under-allocati...
  4:22
understand 35:6
  38:22
understandable
  40:1
understood 8:20
undoable 7:8
unenviable 4:23
unfair 64:10
unfortunately
  9:24 11:11
  16:21 49:17
UNICEF 47:1
UNIDENTIFI...

2:13
uniquely 22:4
UNITED 1:1
unquote 48:14
unstable 8:11
unsung 64:4
  65:17
unused 37:23
unusual 4:23
up-front 54:7
update 61:7
urgent 50:3
use 6:17,24 23:2
  30:23 53:13
  57:25 58:1

_____

**V**

v 1:6
vaccinate 33:21
  33:21 34:10
  46:25
vaccinated
  28:22 29:18
  35:1,2,12,15
  43:10,13 50:1
  50:13
vaccination
  29:13 34:1
  36:9 51:17
vaccine 2:20 6:9
  9:25 11:4,6,13
  11:14 12:15
  13:5,21,22
  14:8,15,18
  15:16 18:18,21
  18:22 19:25
  20:11 23:1,3
  23:11 24:12,15
  24:19,22 25:2
  25:24 26:2
  28:24,25 29:3
  29:7,11,20,21
  31:14,21 32:22
  32:24,25 33:5
  33:6,17,25
  34:5 35:12
  36:4,24 37:1

38:10,13,15
41:2,4,11,14
41:15,21 42:3
43:3,7,8 44:10
44:16,18,24
45:3,20,21
46:5 47:1,7,9
47:12 48:22
50:13 52:8
53:2,2,20,22
53:25 54:8,12
54:18,23 55:2
55:8 60:9 61:3
61:15,19 62:16
62:17 64:20
65:25 66:1
vaccines 1:12
  4:13 10:22
  12:9,15 13:10
  13:11 14:9
  19:22,23 25:19
  34:10,23 36:17
  36:21 41:18
  42:8 44:9,18
  44:22 47:9
  48:5,6,16
  49:23 53:1
  54:15,16 55:3
  55:6 60:24
  62:15
vaccinology 11:1
vaccinology 11:1
valuable 46:1
  52:22
values 66:17
variant 31:20
  65:25
variation 31:6
vast 51:5
Veronica 67:8
versa 46:17
version 15:6
  29:24 30:18
  32:8 33:14
  52:8 60:24
versus 46:9
vessels 62:23,25
vial 9:18 31:8,9

vice 46:17
videoconference
  31:2
Vietnam 17:12
village 64:9
viral 13:11
virus 11:14
  12:14,21,23
  13:1,12,14,18
  14:22,23 23:12
  23:12,14 24:4
  26:4,4,17,20
  27:10,12,18
  28:18 30:2,6
  30:12,13,14,18
  30:19 31:12
  32:6 38:18,19
  52:20 53:1
  61:1,9,18,18
  65:10
viruses 11:17
  13:7,7 27:18
  43:11 61:5,9
  61:12 62:7
voices 66:16
volume 44:9
vouch 45:1

_____

**W**

Wachs 67:9
wait 13:13 33:8
waiver 40:6
wake 46:12
  60:18
walk 44:12
  58:10
walking 45:12
waning 28:24
  29:14,17
want 4:4 5:6,8
  5:13,20,25
  11:16 14:19
  15:7 27:17,21
  31:14 32:11,19
  34:8 42:11
  45:16 48:2
  49:15 55:15,16

58:5,12 59:11
60:4,17 61:2
63:19,22,23,25
64:1,7,11
wanted 4:5
  37:14 43:1
wants 32:22
  33:6 42:18
  65:25
warmup 4:7
Washington
  1:24 18:13
wasn't 28:8
waste 37:15
wasteful 20:17
wave 30:4
way 5:23 8:21
  9:13 12:5
  13:25 15:7
  21:20 33:20
  41:7 45:15
  48:22 49:18,21
  51:9,11,13,23
  57:18
we'll 2:21 11:18
  11:19 16:14
  19:16 21:7
  31:8 44:13
  55:1,6
we're 10:25
  14:10 19:15
  27:11 30:1,8
  31:5,6,11
  32:10,17 33:2
  33:7 38:8 41:3
  42:7,9,20
  43:16 44:15
  46:21 52:18,21
  52:24,25 53:14
  53:18,25 54:1
  54:2 55:4 56:8
  56:10,14,15,17
  56:18,19 57:5
  57:6,15,19,20
  59:16,20 60:24
  62:15,21 63:3
  63:3 66:24

Case 1:22-cv-11378-RGS   Document 45-38   Filed 12/05/22   Page 84 of 85

10/25/2021                 ModernaTX, Inc. et al. v. Pfizer Inc. et al.              Audio Transcription

Page 83

67:5
we've 12:17
  19:22 20:2,18
  21:5,6 40:5,14
  43:17,17 45:5
  48:11 62:12
weaknesses
  21:23
wealthy 51:6
website 39:3
  42:25
Wednesday
  16:22,24 66:13
  66:21 67:2
week 15:22 16:4
  16:5 42:4
  66:21
weekends 65:19
weeks 18:7
  37:20,22 41:15
  52:11 57:8
Welcome 2:14
  5:17
wellbeing 2:6
Wellcome 15:24
  16:2
went 18:19,19
  18:20 20:3
  22:24 23:1,1
  45:17 48:6,6
  57:18 64:16
West 17:15
whammy 29:16
White 45:15
  49:23
who've 55:24
wife 45:14
wild 51:18
willing 11:18
winter 28:2 61:6
wish 43:8 49:5,7
Wittels 67:9
wonder 25:13
wonderful 6:20
Wood 66:15
work 3:6 5:21
  7:20 8:10 9:3

10:19 13:22
  15:14 17:9
  19:3 21:4 25:2
  25:4,5,8 28:14
  43:9 47:10
  51:24 54:24
  56:9,18,18
  58:11
worked 12:4
  19:23 29:24
  64:15 65:18
workforce 58:17
working 2:20
  4:13 6:3 11:4
  12:9 14:10
  27:16 30:8
  31:11 32:10
  39:15 43:7
  44:9 52:25
  53:3,3,25 63:3
  63:4,25 64:17
workplace 28:1
works 7:19
  11:20 43:19
  49:18 55:6
world 3:8 6:20
  8:18 9:9 12:13
  16:1 22:9
  23:17 24:21
  26:18 27:19
  28:9 29:9 32:7
  34:4 36:9 37:8
  38:9 39:15,21
  46:6,16,25
  47:6 49:8,18
  50:4,25 52:1,7
  56:13 57:12
  58:7,16,20
  60:20,21 64:21
worry 30:3
  35:11 43:1
worse 16:24
worth 4:19,20
  21:11 45:18
  55:22
wouldn't 46:16
Wow 11:22,24

63:19
wrestling 45:9
wrong 21:20
  58:8 62:12
wrote 42:24
Wuhan 2:24 3:7
  16:9,25 17:9
  17:11,13

_____

X

_____

Y

yeah 17:25 18:3
  22:17 24:24
  25:18 27:8,8
  42:6 46:18
  50:6 51:19
  60:2,2 64:8
year 8:23 26:22
  26:23 27:5,25
  32:19,20 33:4
  33:11 37:25
  40:8 43:5,8
  44:3,5,10,14
  46:2 47:8,15
  47:23,25 52:14
  52:15 53:5
  55:1,7 57:23
  58:23,25 59:2
  61:7 62:10
  63:11 65:3
years 5:21 7:10
  7:11 9:1,5,8
  10:2,13,21
  12:17 16:5
  20:14 22:13
  26:3,5,25
  27:14 38:11
  39:18 40:15,21
  42:3 52:16
  59:16 60:19
  61:16 62:13
  63:7
years' 63:16
yellow 53:4
Yep 20:13 59:19
young 24:11

yous 64:7

_____

Z

zero 45:17,18
  47:17 61:20,24
Zika 11:6,7 53:1
  53:9,20 54:13
Zurich 18:10,11

_____

0

_____

1

1.3 35:21
1.3- 35:17
1.4 35:17
1:22-cv-11378
  1:7
10 13:18 26:9
10,000 27:18
100 23:20 28:23
  35:10 45:19
  46:8 49:2
  57:22 63:16
100,000 48:13
  64:25
120 56:14
130 4:20 56:14
15- 41:5
150 7:10 62:13
150,000,000 20:5
  59:8
1730 1:24
18 23:16 27:5
18-year-old
  24:14
180 57:18
1890 26:11
18s 26:25
1918 18:4

_____

2

2 26:18 27:9
  60:9
2- 32:20 33:10
20 6:4 15:22
  20:7 33:18,19
  41:6
20-40 23:17

20036 1:24
2010 6:15 9:4
  10:3
2011 9:1
2016 20:3
202 1:25
2020 2:23 11:25
  24:5 33:18
  38:7 44:6,6,15
2021 1:15 44:21
  47:6
2022 31:11 41:6
  41:7,12 68:24
21 40:11
22 32:20 40:11
232-0646 1:25
25 1:15
25-year 12:5
26 68:24

_____

3

3 22:12 32:20
  33:10 35:18
  60:9
3,000,000,010
  39:18
3.77 35:14
30 35:20,25
30,000 45:10
30,000-odd 23:1
300 33:11
327 68:24

_____

4

4 58:25 59:2,3
  60:4,7
40 59:16
400,000 37:22
4000 14:6
40s-ish 26:23

_____

5

5 35:1,15 59:8
  59:11
50 7:11 9:8 26:5
  42:3
500 36:20 44:11
  46:9 52:13,14

Case 1:22-cv-11378-RGS   Document 45-38   Filed 12/05/22   Page 85 of 85

10/25/2021          ModernaTX, Inc. et al. v. Pfizer Inc. et al.          Audio Transcription

Page 84

63:10
**54** 27:3,4

---
**6**
**60** 9:8 26:21
  47:15,16 54:18
**60-** 20:11

---
**7**
**7** 33:4
**70** 9:8 20:12
**70s** 6:19
**75** 28:21
**75-year-old**
  24:14

---
**8**
**80** 28:21
**800** 4:2 37:11
  64:23
**812** 1:24

---
**9**
**90** 7:15 61:19,22
  61:24
**95** 25:23
**99** 9:25