# **EXHIBIT 39**

## Moderna's Updated Patent Pledge

Moderna is pioneering the development of messenger RNA (mRNA) vaccines and therapeutics. From Moderna's inception in 2010, we saw the potential of this new class of medicines to make a significant difference in patients' lives. Since its founding, Moderna has invested billions of dollars into research and development to make mRNA medicines a reality. When the COVID-19 pandemic struck, Moderna was an R&D-focused company with many medicines in various stages of preclinical and clinical development. Based on our experience, we believed our mRNA technology could make a difference in combatting the pandemic. Since 2020, we have mobilized our existing mRNA platform to develop, test and manufacture more than 825 million doses of an authorized, safe and effective COVID-19 vaccine, approximately 25% of which have been delivered to low- and middle-income countries.

As the pandemic surged in October 2020, we voluntarily committed that, "while the pandemic continues, Moderna will not enforce our COVID-19 related patents against those making vaccines intended to combat the pandemic." At that time, as a biotech company still working to develop its first commercial products, we understood that our portfolio of intellectual property was – and still is – an important asset[1] that allowed us to attract investment. Such private investment made our mRNA technology possible. Further, that very intellectual property and associated rights protect and enhance our ability to continue to develop innovative medicines. Nevertheless, we felt and continue to believe that we have a special obligation to remove any perceived impediments created by our intellectual property rights so that the world could be vaccinated during the pandemic. That is why we have also licensed our patents to several manufacturing partners and raised more than $1.9 billion in private capital to scale up our manufacturing capacity so that we can now make billions of doses of our vaccine each year.

To underscore our commitment to low-and middle-income countries, Moderna is now updating our patent pledge to never enforce our patents for COVID-19 vaccines against companies manufacturing in or for the 92 low- and middle-income countries in the Gavi COVAX Advance Market Commitment (AMC), provided that the manufactured vaccines are solely for use in the AMC 92 countries.

This commitment builds on Moderna's efforts to ensure equitable access across the world, including through our agreement with COVAX to provide up to 650 million doses of our vaccine through 2022 to low- and middle-income countries at our lowest-tiered price, with tens of millions of additional doses committed directly to the African Union. Moderna has also announced plans to establish a state-of-the-art mRNA manufacturing facility in Kenya, investing up to $500 million to produce up to 500 million doses each year for the African continent.

In non-AMC 92 countries, vaccine supply is no longer a barrier to access. In these countries, the Company expects those using Moderna-patented technologies will respect the Company's intellectual property. Moderna remains willing to license its technology for COVID-19 vaccines to manufacturers in these countries on commercially reasonable terms. Doing so enables

---

[1] A summary of our intellectual property can be found here. A selection of representative issued U.S. patents relevant to our mRNA-1273 vaccine against COVID-19 is available here.

Moderna to continue to invest in research to develop new vaccines, prepare for the next pandemic, and meet other pressing areas of unmet medical need.

Moderna is proud of what our team of more than 3,000 employees has accomplished since the pandemic began, and every single one of us is dedicated to increasing supply of our vaccine and combatting COVID-19 globally.

**Forward-Looking Statements**

This statement contains forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995, as amended, including regarding: the Company's development of its COVID-19 vaccine; the total manufacturing capacity for the Company's COVID-19 vaccine; the Company's commitment to not enforce its intellectual property rights against companies in the Gavi COVAX Advance Market Committement countries manufacturing COVID-19 vaccines for use in those countries; agreements to provide COVID-19 vaccines to COVAX and the African Union; the Company's plans to invest in manufacturing capacity in Kenya and the scale of production anticipated from that facility; and the Company's approach to intellectual property enforcement outside the GAVI COVAX AMC 92 countries.  The forward-looking statements here are neither promises nor guarantees, and you should not place undue reliance on these forward-looking statements because they involve known and unknown risks, uncertainties, and other factors, many of which are beyond Moderna's control and which could cause actual results to differ materially from those expressed or implied by these forward-looking statements. These risks, uncertainties, and other factors include those other risks and uncertainties described under the heading "Risk Factors" in Moderna's most recent Annual Report on Form 10-K filed with the U.S. Securities and Exchange Commission (SEC) and in subsequent filings made by Moderna with the SEC, which are available on the SEC's website at www.sec.gov. Except as required by law, Moderna disclaims any intention or responsibility for updating or revising any forward-looking statements contained in this press release in the event of new information, future developments or otherwise. These forward-looking statements are based on Moderna's current expectations and speak only as of the date hereof.