# EXHIBIT 40

Case 1:22-cv-11378-RGS   Document 45-40   Filed 12/05/22   Page 2 of 48

9/16/2022          ModernaTX, Inc. et al. v. Pfizer Inc. et al.          Audio Transcription

Page 1

UNITED STATE DISTRICIT COURT

FOR THE DISTRICT OF MASSACHUSETTS

_____

ModernaTX, Inc. et al.        )

                              )

v.                            )  Case No.

                              )  1:22-cv-11378

Pfizer Inc. et al.            )

_____)


TRANSCRIPTION OF VIDEO RECORDING

2022 CODE CONFERENCE - DR. NOUBAR AFEYAN

SEPTEMBER 16, 2022


_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Page 2

1    SEPTEMBER 16, 2022

2          DR. AFEYAN:  All right.  Coming up here I

3    was reminded of the old Monty Python line, "And now

4    for something completely different."

5          I don't give talks at tech or media

6    conferences.  I usually talk to audiences about

7    medicine, and biology, and innovation, and

8    entrepreneurship.  But I'm here today because I want

9    to try convince you that we are on the blink of a

10   revolution.

11          In fact, a digital revolution but in

12   molecular medicine.  In fact, a digital revolution,

13   but in molecular medicine.  Now, those of you who've

14   been in the digital world know that people talked

15   about revolutions 20 years ago, 40 years ago, and

16   you might be wondering why am I talking about a

17   digital revolution today.

18          Well, it turns out that the healthcare and

19   particularly the medicine section has been almost

20   untouched with the kind of power we see in other

21   areas.

22          So 150 years after the discovery of DNA, 70

23   years after we elucidated the structure of DNA, and

24   20 years after the full human genome sequenced, were

25   finally beginning to create code-based medicines

Page 3

1    based on the understanding of the code of life.

2              I'm Noubar Afeyan.  I'm the founder and CEO

3    of Flagship Pioneering and co-founder and chairman

4    of Moderna.  I've made it my life's work to build

5    companies that create breakthroughs in human health

6    and sustainability.

7              Thirty-five years into my journey, I have

8    to say I'm more excited than ever about the future

9    of molecular medicine and how we're building the key

10   pieces of that future.  And today I'll unveil here

11   for the first time, a genuinely disruptive

12   computational breakthrough that represents just the

13   beginning of what we think is coming next.

14             Now, throughout history, technological

15   revolutions have happened in complex fields when

16   they transition from expensive guesswork, control,

17   and error to systematic engineering based on a few

18   core principles.

19             As far back is the carno cycle, the

20   innovation of the steam engine, we've known that

21   once a set of principles can be applied predictably

22   and reproducibly to engineer a useful system,

23   entirely new fields are born.

24             Of course, nowhere has this been more

25   visible and experienced than the digital technology

Page 4

1  sector where engineered solutions have enabled us to

2  enjoy the benefits of an unrelenting pace of

3  technological progress.

4          Today, billions of people holding their

5  hands, the computing power that just a few decades

6  ago was available to only the largest of

7  organizations.

8          Yet the predictability and engineerability

9  of this digital revolution has not actually found a

10  way to become very relevant in the complex and

11  dynamic field of biology.  Because while we think

12  that humans engineer the most complicated things on

13  the planet, in fact, every cell in our body is to

14  date far more complex and incomprehensible than

15  anything humans have made.

16          A century of progress though has begun to

17  give us some glimpses of what all this complexity

18  may be about, and that's what gives us the optimism

19  to look forward.

20          Now we have a starting point, and the

21  starting point it turns out is the sequence of DNA.

22  When we discovered, actually, the basis for the code

23  that defines what it is to be a human cell, we

24  realized that there may be a path to bring in all

25  these powerful technologies.

Page 5

1          It taken us 20 years to get here, because

2     the fundamental tenant is that where there's code,

3     there's the possibility to program.  Programming in

4     the biology world can be done at the level of DNA or

5     at the level of RNA.

6          Our company chose to work on mRNA because

7     we consider it the biological software of life.  Our

8     DNA codes for it, and the mRNA instructs cells which

9     building blocks to actually string together to make

10    the functioning parts.

11          This linear string of amino acids twists

12    and folds into complex 3D structures creating a

13    protein with precise functions.

14          So if you zoom in at the nanometer scale,

15    what you'll find inside your cells are roughly

16    20,000 distinct proteins that do everything that

17    constitutes your living cell.

18          Now, my company flagship founded Moderna 12

19    years ago this month to pioneer what we hope will

20    become a new era of programmable biology based on

21    the premise that we could code directly in the

22    language of nucleic acids.

23          And over the past decade, we built a broad

24    platform, a word that's hardly ever used in medicine

25    or biology but very often used in this world.  We

Page 6

1    built a broad platform to design, make, and deliver

2    mRNA as a new medicinal modality.

3          What mRNA medicines can do is now familiar

4    to you and, in fact, to the entire world.  The COVID

5    pandemic impacted the whole world resulting in more

6    than 15 million deaths worldwide, massive economic

7    destruction, and potentially tens of millions who

8    are currently living with the after-effects with

9    long COVID.

10          This was and still is a major battle

11    between a code-based pathogen that is preying on our

12    social nature, the very social nature we're hearing

13    about today, to transmit itself against -- fighting

14    against a distributed individual immune system in

15    each and every one of us trying to protect us even

16    as the enemy mutates relentlessly to escape

17    detection.

18          That's the battle that produced the -- the

19    pandemic that we're experiencing.  Less than two

20    years ago, today we had no idea if we could have an

21    effective way to prevent or treat this plague.  We'd

22    relied on shutdowns, isolation, masks, and an

23    overwhelmed medical system to try to manage

24    widespread infections.

25          In January, 2020, just two days after we

Page 7

1   had the genetic sequence for the Novel Coronavirus,

2   working with colleagues at the NIH, our team at

3   Moderna completed the design of the mRNA vaccine.

4          Forty-two days later, we delivered the

5   first doses to the NIH for testing in humans.

6   Pictured here is the first human volunteer to

7   receive the very first COVID vaccine.  And just nine

8   months after that date, the FDA approved it for

9   emergency use.

10          We had already designed and successfully

11   tested nine previous mRNA vaccines in humans.  So

12   the speed and certainty, were a result of getting

13   better and better with this coding platform.

14          As we stand here today, more than 1 billion

15   doses of Moderna's mRNA vaccines have been delivered

16   worldwide.  It is estimated that over 1.5 million

17   lives were saved in 2021 alone as a result of this

18   vaccine.  And just -- thank you.  Thank you.

19          And just this past weekend, because the

20   fight's still going on, both Moderna and our

21   colleagues at Pfizer BioNTech, began rolling out

22   updated bivalent boosters that are reprogrammed to

23   address the new Omicron variants.

24          The key takeaway for you, should be that

25   from a technology standpoint, we can now envision

Page 8

1  the result we want to achieve and program a solution

2  to get there.

3          Completely ordinary thought process for

4  you, extremely extraordinary in the field of

5  medicine and biology.  With just the genetic

6  sequence of the virus that one piece of code, the

7  biological software that's mRNA, instructs our cells

8  to make the right protein to prime the immune system

9  within us.

10          This new model of drug development turns

11  biological prompts into digital prompts, and allows

12  us to rationally engineer optimal solutions just

13  like you do every day in the tech sector.

14          So what's next?  New therapeutic platforms

15  based on the idea of code-based medicines that go

16  well beyond just making a single protein with mRNA

17  are already under development.

18          We're seeing new approaches to gene

19  writing, what's called epigenetic control of gene

20  expression, individual cells changing the pattern by

21  which they express cells genes, and error correction

22  right as translation happens.

23          These are all things you're going to be

24  hearing about over the coming years.  We foresee a

25  future where these program-based, code-based

Page 9

1   technologies, will make developing drugs not a game

2   of chance where you have to take lots of shots on

3   goal in order to have something going, but in fact

4   to begin to think of a desired outcome and a pretty

5   high probability of achieving it.

6             If this trend continues, what will happen

7   is an industry that accepts at the early stage of

8   development five percent probability of success to

9   begin to transition to an industry that begins to

10  expect much higher chance of success in the

11  beginning and near certainty towards the end.

12  That's what we need to work towards and that's what

13  we think the marriage of digital and biology can

14  give the modern world of healthcare.

15            Now, what I've talked to you about so far

16  is how the programming of mRNA can code for a

17  specific protein, and that's at the level of a

18  sequence.  But what if we could go beyond sequence?

19  What if we could actually program for a protein

20  function?

21            Now, you might be wondering why am I

22  talking about proteins?  In short, they're the most

23  dynamic machines the world has ever seen.  They're

24  the smallest, their engines, motors, sensors within

25  our bodies that contract our muscles, power our

Page 10

```
 1   immune system, digest our food, and on and on and
 2   on.
 3              Because of their central role, most all
 4   drugs that we take today actually target proteins
 5   or, in fact, are themselves proteins antibodies.
 6              The industry for medicines that are based
 7   on proteins or biologics, is roughly 350 billion
 8   dollars a year of revenues.  It's projected to reach
 9   700 billion in 2030.  So we asked ourselves, what if
10   we weren't just restricted to known proteins and
11   known targets, but actually could generate our own
12   using computation.
13              Cracking the protein code, finding how to
14   get DNA sequence to encode new protein functions has
15   remained a long-term goal in molecular biology.
16              We haven't made that much progress in it,
17   but with big data and machine learning techniques,
18   you -- I'm sure many of you recently heard the
19   progress made at Alphabet's Deep Mind, where they
20   developed a predicted protein structure database of
21   some 200 million known protein sequences, a very
22   exciting development indeed.
23              Now they allowed us to create predicted
24   models of structure.  But what if instead of just
25   building the library of what exists, we were writing
```

Page 11

1   whole new books?  That's what, actually, I'd like to

2   talk to you about.

3              Scientists hypothesized that if we could

4   learn the rules of how protein function is encoded

5   into DNA, we could generate entirely new proteins

6   that have never existed before, that do precisely

7   what we need them to do, where we need them to do it

8   to solve diseases.

9              If we could do that, biology would then

10  become a truly engineerable principle, and

11  pharmaceutical development would again shift from

12  probabilistic to at least a desired state, nearly

13  deterministic.

14             In other words, for the first time we would

15  go from discovering drugs to computer generating

16  them.  In 2018, we founded Generate Biomedicines to

17  do exactly this, combine cutting edge biological

18  research with vast amount of computing power and

19  advanced machine learning to understand how protein

20  function relates to the corresponding DNA sequence.

21             Using this platform, we're creating protein

22  structures that have never existed before, I've been

23  a show that is from scratch.  And these novel

24  proteins can be coded for desirable therapeutic

25  effect at scale, enabling us to optimize cost,

Page 12

1   potency, safety, and tolerability, all very

2   important things when you're thinking about new

3   medicines.

4           Generates platform essentially inverts the

5   code of nature.  Instead of DNA coding for protein

6   function, we can now select the protein function and

7   use it to dictate the DNA sequence that would render

8   it.  That code becomes our blueprint for making not

9   only new medicines but novel medicines that could

10  otherwise not exist in nature because evolution has

11  simply not sampled them yet.

12          What you see on the screen, shared here for

13  the first time, is the crystal structure of the

14  first ever computationally generated antibody built

15  from scratch.

16          From only the computed DNA sequence, this

17  protein forms the intended three-dimensional

18  structure that you see here in a binding region that

19  then makes it have the desired function.  In this

20  case, the desired function is binding of a molecule

21  called PD-1.

22          PD-1 is a cell surface receptor that

23  naturally dampens excessive immune response and,

24  therefore, is very important potentially in treating

25  autoimmune disease.  This antibody hasn't existed

Page 13

1    before nature and was designed computationally with

2    no other information than what the function is we

3    wanted it to do.

4            Our underlying platform continues to

5    improve and learn and each protein generates more

6    learnings and more scale every time, and this is

7    just the beginning.

8            I've shown you an autoimmune case.  We're

9    working on cancer.  We're working on Alzheimer's,

10   diabetes, HIV, and in fact, interestingly, it's

11   already being applied to go after this problematic

12   spike protein that we hear about, which keeps

13   mutating, because it turns out there's places on the

14   spike protein that are immune to mutation.  They

15   hide essentially, and the computer couldn't care

16   less where it is; it actually can go generate in

17   antibody against it.

18           Our bodies struggle to find those regions,

19   whereas we've been able to show that you could do

20   this computationally.

21           We think generate -- just the idea of

22   generative biology, computational generative will

23   democratize biologic medicines, just like Moore's

24   Law enabled democratization of computers.

25           So I've shown you how information

Page 14

1   technology is increasingly powering biotechnology,

2   and we think we're only just scratching the surface.

3   Could a computer help found the next biotech

4   company?

5          Imagine if it could learn biology in a

6   different way than humans learn it.  What if we fed

7   the data of every open database, published paper,

8   relevant patent, and many other sources information

9   that no human or no groups of human could ever

10  consume, let alone order.

11         That computer algorithm could then draw

12  connections between concepts and suggest hypotheses

13  that could lead to disruptive innovations.  After

14  all, that's what we do to found new companies is

15  come up with novel concepts.

16         What if we flip the script?  What if

17  instead of algorithms telling us how biology works?

18  Biology could tell algorithms how they should work.

19  In fact, as many of you know that in the earliest

20  days of AI neural networks were completely inspired

21  and modeled after actual neural networks.

22         Well, going beyond neurons, what about if

23  we could learn from the immune system?  Highly

24  evolved layer after layer of defense that we could

25  use to inform the design of robust and effective

Page 15

1   cybersecurity systems.  Think of it as a digital

2   immune system.

3           As in nature, the potential of what biology

4   as code, can enable us to do with technology is

5   seemingly limitless.  The tools and infrastructure

6   now within our graphs make the previously impossible

7   possible, enabling leaps in our efforts to improve

8   human health and even many sides of sustainability.

9           Our only limitation is our imagination and

10  our courage to ask what if and see where it takes

11  us.  Thank you very much.

12          KARA SWISHER:  Noubar, thank you.

13          DR. AFEYAN:  Thank you.

14          KARA SWISHER:  Thank you.  I'm going to ask

15  him a few questions.  Again, let me just say I'm

16  science-impaired.  I just am.  It's just the way it

17  is.  My brother happens to be a doctor.

18          But you talked about deep mind, and one of

19  the things I was noting that it's Google's parent

20  company is it's owned by Alphabet.  It's developed

21  artificial intelligence and machine learning system.

22          It could break three dimensional structure

23  of proteins as you noted that last year the system

24  had 350,000 entries.  Now they have 200 million,

25  nearly -- all nearly -- all the proteins cataloged

Page 16

 1   to science, including in humans, plants, bacteria,

 2   animal's organisms, and they're making them public

 3   and free.

 4            DR. AFEYAN:  Uh-huh (affirmative).

 5            KARA SWISHER:  It's called AlphaFold, this

 6   database.  They still own it?  This is one of the

 7   things is who gets to own this all this information?

 8   One of the things I'm recalling is many years ago

 9   when I was walking through Google with Larry Page,

10   they were taping.

11            There was a room of all these TVs, and they

12   were taping all of them, and of course, at Google

13   that was sort of normal to run by something weird

14   and I said, "What are you doing?"  He said, "Taping

15   all of television."  And I said, "Why?"  And he

16   goes, "To see if we can search it."

17            And they were using various search

18   techniques on it, mostly through closed captioning.

19   And I said, "Did you get permission to do that?"

20   And he goes, "Why do I need that?"  And I said,

21   "Because you don't own the content, and then if once

22   you do it, no one will do."

23            We had that conversation over the many

24   years over books, they were -- they were taking all

25   the books and everything.  So here they have this

Page 17

1    database called AlphaFold and -- which is someone

2    that's calling the equivalent of the James Webb

3    space telescope for biology, astounding views of

4    these worlds.  Who should own this, or who does own

5    this?

6              DR. AFEYAN:  Uh-huh (affirmative).  So I

7    think the analogy is up, but it breaks down a little

8    bit in that the actual three dimensional structure

9    of a protein, which is a difficult physics problem

10   and one that lots of computation and algorithms have

11   allowed them to actually solve --

12             KARA SWISHER:  Uh-huh (affirmative).

13             DR. AFEYAN:  -- basically is a

14   steppingstone to doing something useful with it.

15             KARA SWISHER:  Uh-huh (affirmative).

16             DR. AFEYAN:  Now, you could say it's just

17   part of science, so, you know, it doesn't have to be

18   useful.  And in that regard, it's a gift to the

19   world, and when they presented it, they said we're

20   just giving it as a gift to academia so you can

21   actually do work.  But to actually then turn around

22   and make a protein that does something in the body,

23   you need to know more than its structure.

24             You need to be able to take the desired

25   function and reverse engineer it back into the

Page 18

1   sequence.  And that turns out a lot of interesting

2   technologies now are being developed to do.  So when

3   you say who owns it, I think that the information on

4   the 3D structure, they've put out the open.  The

5   algorithms behind it to some extent in order to

6   publish, they have to release.

7           KARA SWISHER:  Uh-huh (affirmative).

8           DR. AFEYAN:  But of course, their use will

9   be to see what people do with it, and then learn

10  from that.

11          KARA SWISHER:  Right.

12          DR. AFEYAN:  And so to some extent there

13  will be some feedback of the utility that might

14  inform what they want to do.  They've created a spin

15  out company to try to do this --

16          KARA SWISHER:  Right.

17          DR. AFEYAN:  -- apply to pharma.  Our use

18  of it is quite different.  About four years ago we

19  started saying, instead of predicting structure, why

20  don't we just go straight from function to DNA at

21  the beginning --

22          KARA SWISHER:  Right.

23          DR. AFEYAN:  Yeah.

24          KARA SWISHER:  So you're instead of just

25  cataloging it in other words.

Page 19

1               DR. AFEYAN:  Yeah.  We just -- we just

2      wanted to like -- when we started, it was not at all

3      obvious that function would be encoded in DNA.

4               KARA SWISHER:  Uh-huh (affirmative).

5               DR. AFEYAN:  When I say it now, it makes

6      sense because our DNA is all that trans inherited --

7               KARA SWISHER:  Uh-huh (affirmative).

8               DR. AFEYAN:  -- and yet it makes these

9      marvelous proteins, but nobody can tell you how to

10     transfer that and invert it.  Our teams have been

11     working on that problem, and one of the useful

12     things about their database is that we can now

13     actually test new proteins we make using their

14     algorithms to see whether they fill what --

15              KARA SWISHER:  The building --

16              DR. AFEYAN:  -- we think it is.

17              KARA SWISHER:  -- like you're talking about

18     writing the book?

19              DR. AFEYAN:  Absolutely.

20              KARA SWISHER:  Great.  Does -- does one --

21     does it get a chance that one or two, is this very

22     competitive?  We've been talking a lot today about

23     competition because that one would assume that's how

24     things work.

25              DR. AFEYAN:  Absolutely.  And look, in our

Page 20

1    field some 20 years ago, I was involved in the early

2    work done in the human genome sequence.  And people

3    were also then worried about whether a sequence

4    would be hoarded.

5          KARA SWISHER:  Uh-huh (affirmative).

6          DR. AFEYAN:  And then a lot of government

7    research went into making it public and that

8    information was made public.  So in our world, a lot

9    of the underlying information gets publicly released

10   because academia works on it, whether companies have

11   done it already or not, and they release it.

12         Then the question is for the particular

13   things that you need to do to make a drug, there

14   you're looking at 5 to 10-year journey and several

15   hundred million dollars.  And that is something that

16   usually private industry undertakes, but there's

17   plenty of different companies that are going after

18   these new --

19         KARA SWISHER:  Uh-huh (affirmative).

20         DR. AFEYAN:  -- emerging targets.  So I

21   think competition is quite healthy and will continue

22   to be.

23         KARA SWISHER:  So the idea that government

24   probably should have done this versus Google could

25   not have happened without something like --

Page 21

1          DR. AFEYAN:  I can't say it --

2          KARA SWISHER:  -- Google.

3          DR. AFEYAN:  -- could not have because by

4    definition, once somebody does something, it could

5    have happened.

6          KARA SWISHER:  Right.

7          DR. AFEYAN:  But I think that the fact that

8    Google took a lead in that side and our company

9    generate took a lead on the functional side, all of

10   these are part of a continual development of an

11   industry that really hasn't existed before, this

12   code-based medicine industry.

13         KARA SWISHER:  Uh-huh (affirmative).

14         DR. AFEYAN:   And we see instances all over

15   the place.  So I think the government's playing an

16   important role in advancing -- in funding basic

17   science, funding translational science, creating the

18   right regulatory environments within which some of

19   these new medicines can be tried.

20         And so in our field, especially during the

21   pandemic, there has been a really exemplary synergy

22   between what the government has done and what

23   private sector and academia has done.  And one of

24   the things that I 35 years into my journey, I'm

25   hoping for is that that continues.

Page 22

1            KARA SWISHER:  All right.  That's you and I
2    talking.
3            DR. AFEYAN:   Uh-huh (affirmative).
4            KARA SWISHER:  There's other people who
5    feel that Bill Gates has injected chips into
6    people's bloodstreams, and believe me, I've heard
7    from a lot of them.
8            DR. AFEYAN:  Uh-huh (affirmative).
9            KARA SWISHER:  How do you explain this to
10   them?
11           DR. AFEYAN:  So, you know -- yeah.  I think
12   -- look, it interests me to come to these talks
13   because I learn a lot about the underlying
14   mechanisms of fake information --
15           KARA SWISHER:  Uh-huh (affirmative).
16           DR. AFEYAN:  -- and how it gets propagated
17   and how it becomes an echo chamber.
18           KARA SWISHER:  Uh-huh (affirmative).
19           DR. AFEYAN:  And as a scientist and
20   biology, I'd love to avoid that world --
21           KARA SWISHER: Yeah.
22           DR. AFEYAN:  -- but it's unavoidable.
23           KARA SWISHER:  Yeah.
24           DR. AFEYAN:  And it was during the vaccine.
25           KARA SWISHER:  Yeah.

Page 23

1              DR. AFEYAN:  I would go around and people

2       that I knew, doctors, heads of hospitals, would

3       express concern about kind of vaccines and is it

4       tested.

5              So I think what you have to do, one of the

6       things you'll learn in our field as an entrepreneur

7       or innovator or scientist, is that you're not given

8       a pass on the need to communicate.

9              KARA SWISHER:  Uh-huh (affirmative).

10             DR. AFEYAN:  And if you show up and

11      communicate what you know and other people express

12      their views, then at least there's an exchange.

13      What worries me is that often people from the

14      sciences think they're not supposed to engage in

15      these discussions.

16             KARA SWISHER:  Uh-huh (affirmative).

17             DR. AFEYAN:  And they leave it to public

18      policy experts, health experts.  But in reality, in

19      new things, there are no experts.

20             KARA SWISHER:  Uh-huh (affirmative).

21             DR. AFEYAN:  Everybody is equally ignorant.

22             KARA SWISHER:  Uh-huh (affirmative).

23             DR. AFEYAN:  The scientists, the academies

24      everybody, which means they're equally

25      knowledgeable, and they have to engage.

Page 24

1          So all you can do is really just talk about
2     it and break it down and people will continue to
3     believe what they believe, but if you just gain a
4     few people over time, you might make progress.
5          KARA SWISHER:  So you didn't talk about
6     COVID that much here, but COVID was where this MRI
7     technology.  I interviewed the heads of BioNTech and
8     different -- have done different interviews on it,
9     and this is where it's shown for the first time.
10          DR. AFEYAN:  Uh-huh (affirmative).
11          KARA SWISHER:  But they had been working on
12     cancer drugs mostly, as I recall.
13          DR. AFEYAN:  Uh-huh (affirmative).
14          KARA SWISHER:  How do you get -- how do you
15     -- how do you get the communication be better?
16     Because I think most people really do feel the CDC
17     did not communicate well, and of course, there's all
18     kinds of issues around Trump and everything else and
19     bleach, etcetera.
20          But how do you get that through?  Because I
21     can easily see this devolving in the same kind of
22     politicization, that politicization that happened
23     here.  Was that something that was really a
24     hindrance?  Because most people eventually did get
25     vaccinated, many did.

9/16/2022          ModernaTX, Inc. et al. v. Pfizer Inc. et al.          Audio Transcription

                                                              Page 25

 1              DR. AFEYAN:  Yeah.

 2              KARA SWISHER:  Many stopped arguing over

 3    masks.  Many --

 4              DR. AFEYAN:  Uh-huh (affirmative).

 5              KARA SWISHER:  -- stopped arguing over

 6    vaccines, but there was a pushback that was --

 7              DR. AFEYAN:  Yeah.

 8              KARA SWISHER:  -- significant.

 9              DR. AFEYAN:  So look, my answer is a little

10    bit nuanced to what people say because everybody

11    wants to say there's a right and wrong.

12              KARA SWISHER:  Yeah.

13              DR. AFEYAN:  But when you're completely

14    surrounded by fog, that is uncertainty of what the

15    virus is -- what it's doing, how it's working, which

16    we had -- one of the things you have to do is be

17    super humble with what you're communicating.

18              KARA SWISHER:  Uh-huh (affirmative).

19              DR. AFEYAN:  Whether you're an expert or a

20    government official, you just have to just say, here

21    is what we know, and you have to be okay saying we

22    don't know other things.

23              KARA SWISHER:  Yeah.

24              DR. AFEYAN:  The problem is it's hard to be

25    a policy leader and project that kind of

Page 26

1  vulnerability, let alone a scientist or a company.

2          KARA SWISHER:  Uh-huh (affirmative).

3          DR. AFEYAN:  So in our case, one of the

4  things we wanted to do in our communications, as

5  best we could, is to actually say what we know and

6  what we don't know.

7          KARA SWISHER:  Uh-huh (affirmative).

8          DR. AFEYAN:  And as we learn new things, we

9  could then kind of say even more and we've been

10  very, very careful.  Now, the good news is the

11  regulator, in this case, the FDA, has very strict

12  limits on what you can and can say, in fact, a lot

13  more things we know that we could actually say.

14          KARA SWISHER:  Uh-huh (affirmative).

15          DR. AFEYAN:  -- And sometimes --

16          KARA SWISHER:  Like?

17          DR. AFEYAN:  Like how different vaccines

18  are working --

19          KARA SWISHER:  Uh-huh (affirmative).

20          DR. AFEYAN:  -- which ones are working in

21  one or another setting in more effective ways.  You

22  can't talk about that because in a pandemic, you

23  just have to get the most number of people

24  protected.

25          KARA SWISHER:  Uh-huh (affirmative).

Page 27

1           DR. AFEYAN:  What I'm saying is I think

2     that that communication is things that -- look, we

3     hadn't faced a pandemic before.

4           KARA SWISHER:  Uh-huh (affirmative).

5           DR. AFEYAN:  So as much as I'd like to say

6     in hindsight, you know, we got lucky.  We got lucky

7     that the technology had been developed for the

8     previous 12 years at the time the virus showed up.

9           KARA SWISHER:  Sure.

10          DR. AFEYAN:  In fact, one of the things the

11    audience should take away is: it's ironic that this

12    is an RNA virus.

13          KARA SWISHER:  Uh-huh (affirmative).

14          DR. AFEYAN:  This is a life form that

15    exists in nature that uses the same code molecule

16    that we use to defeat it, at least when it relates

17    to the vaccine.

18          KARA SWISHER:  Uh-huh (affirmative).

19          DR. AFEYAN:  And so that battle, I don't

20    think the virus had anticipated, and the good -- 10

21    years ago, this would've never happened.

22          KARA SWISHER:  Uh-huh (affirmative).

23          DR. AFEYAN:  And so that like figuring out

24    what are all the things we could throw at it; how do

25    we collaborate.  There's a lot of good things that

Page 28

1   happened.  It's been a lost in this shuffle because

2   there was a lot of panic, but I hope over time we'll

3   learn from the good; and we'll keep it alive.  My

4   biggest concern is that we're taking down all of our

5   defenses, surveillance defenses, vaccine defenses,

6   all of our defenses.

7            KARA SWISHER:  Uh-huh (affirmative).

8            DR. AFEYAN:  And that's going to make us

9   vulnerable to other --

10           KARA SWISHER:  Meaning post COVID?

11           DR. AFEYAN:  Post COVID, for sure.  People

12   really want this to be a bad dream that they can put

13   behind them.  And it's not like we don't want that

14   either, it's just that we think that there are ways

15   to make this less expensive the next time by

16   actually doing some things to learn from it.  And

17   that's what the next few years would be like.

18           KARA SWISHER:  So two questions.  Where are

19   we right now in that?  Because most people are like

20   that's enough.  That's like even, you know, you're

21   seeing polling even the most stringent COVID people

22   are now like okay, but now --

23           DR. AFEYAN:  I mean, look, you have a

24   massive rise in, in cases, for example, in Japan

25   right now --

Page 29

 1            KARA SWISHER:  Uh-huh (affirmative).

 2            DR. AFEYAN:  -- massive.

 3            KARA SWISHER:  Uh-huh (affirmative).

 4            DR. AFEYAN:  It seems like it's -- it's the

 5    -- the virus is showing up in very different places

 6    at different tempos and different levels of

 7    severity.  And it depends based on how much

 8    vaccination, how much natural immunity, how the

 9    separation is being done.  So I would say that we

10    should prepare for the worst and be really happy for

11    the best.

12            KARA SWISHER:  Yeah.

13            DR. AFEYAN:  We're doing the opposite,

14    which is that we're preparing for the best and then

15    we're hoping that the worst doesn't come.

16            KAKA SWISHER:  Uh-huh (affirmative).

17            DR. AFEYAN:  And so I think given the

18    variance that we're seeing, we believe with these

19    new bivalent vaccines that we have -- we will have

20    adequate protection for a while.  No one, no

21    scientists, no mathematician can tell us what if

22    there will be other serious variants.

23            Last Thanksgiving day, we were sitting

24    before dinner when we first saw the sequence of this

25    Omicron; it had mutated in 35 different places.  The

Page 30

1    previous bad versions had mutated in six, seven --

2              KARA SWISHER:  Uh-huh (affirmative).

3              DR. AFEYAN:  -- in the business part of the

4    virus.  Nobody could expect that.  So I just think

5    we have to be guarded.

6              Good news is if we're within this realm of

7    the current possible variants, we think we'll be

8    able to get some -- some protection and people are

9    alert.

10             KARA SWISHER:  With this latest booster?

11             DR. AFEYAN:  Right.  Now, if it changes,

12   the good news is, talking about code, that this is a

13   code-based molecule, and we can turn around and

14   change and adapt to it.

15             KARA SWISHER:  Quicker.

16             DR. AFEYAN:  And so if we don't need it

17   fantastic.

18             KARA SWISHER:  Uh-huh (affirmative).

19             DR. AFEYAN:  If we need it, we're poised,

20   and now we're poised for potentially the flu or

21   other viruses that are essentially doing the same

22   trick to us.

23             KARA SWISHER:  Uh-huh (affirmative).

24             DR. AFEYAN:  Historically we've ignored the

25   number of deaths from flu.  We've ignored that

Page 31

1  there's some seasons, 100,000 people who get the

2  flu.

3          KARA SWISHER:  Uh-huh (affirmative).

4          DR. AFEYAN:  That -- those kinds of things

5  I'm hoping will have some -- some spillover effect.

6          KARA SWISHER:  So last two questions.  One

7  is, therefore, what should we be doing now?  You're

8  saying we're preparing for the best and pretending

9  the worst isn't going to happen, which is

10  understandable given all these years, missing years

11  --

12          DR. AFEYAN:  Uh-huh (affirmative).

13          KARA SWISHER:  -- really for a lot of

14  people.  What should be done, if you could pick two

15  or three things --

16          DR. AFEYAN:  Uh-huh (affirmative).

17          KARA SWISHER:  -- the government should do,

18  the pharmaceutical companies, and regular citizens

19  should be doing.

20          DR. AFEYAN:  I'd say several things.  One

21  is they have to stay alert, particularly through

22  their healthcare providers and other sources that

23  they can be trusted in terms of the medical

24  information they're getting about the level of

25  threat where they are.

Page 32

1          KARA SWISHER:  Uh-huh (affirmative).

2          DR. AFEYAN:  The most serious kind of call

3     to action, just like the -- the alert we just

4     received, is when you actually have an increased

5     severity of threat.  That is being monitored, that

6     should be paid attention to.

7          Second, I think until we have more data,

8     the vaccines on any study that have been done have

9     been massively changing the outcome as it relates to

10    severe disease --

11         KARA SWISHER:  Right.

12         DR. AFEYAN:  -- and hospitalization and

13    death.  That if you look at the consequence of not

14    -- of having people willy-nilly get to those

15    conditions --

16         KARA SWISHER:  Uh-huh (affirmative).

17         DR. AFEYAN:  -- it's significant on the

18    economy, on people not being able to work.  So I

19    think that the protection continues.  When I say

20    that it seems self-serving, but --

21         KARA SWISHER:  Yeah.  Because a lot of

22    people say, you just want us to buy more vaccines.

23         DR. AFEYAN:  Listens, the good -- look,

24    here's the interesting thing.  You're not buying any

25    vaccines.  The government is providing them for

Page 33

1    free.

2              KARA SWISHER:  No.  I know, but you know

3    what I mean.

4              DR. AFEYAN:  No, no.  But what I'm just

5    saying is like I have a family.

6              KARA SWISHER:  Uh-huh (affirmative).

7              DR. AFEYAN:  I've lost a father-in-law to

8    COVID --

9              KARA SWISHER:  Uh-huh (affirmative).

10             DR. AFEYAN:  -- the first month of the

11   vaccine.  You think I'm going to say something

12   that's going to cause me to think, well do this,

13   except this is what's good for you.

14             KARA SWISHER:  Uh-huh (affirmative).

15             DR. AFEYAN:  I would say everybody, you

16   know, Burla, several of the other leaders in this

17   field, everybody has, in fact, been trying to deal

18   with the situation.  They have tens of thousands of

19   employees.  Every one of these employees lives at

20   some level matters --

21             KARA SWISHER:  Uh-huh (affirmative).

22             DR. AFEYAN:  -- to the decisions you're

23   making and what you're saying.

24             KARA SWISHER:  Uh-huh (affirmative).

25             DR. AFEYAN:  So I would say to your

Page 34

1  question, definitely I think we have to stay alert

2  as to the level of threat as it goes up, variants

3  being part of that.  The vaccination protection is

4  real, and I think it will continue to be --

5          KARA SWISHER:  To get the booster.

6          DR. AFEYAN:  -- to get -- to get a booster.

7  I think that's kind of -- depending on

8  immunocompromised state, it's really dangerous to be

9  fully exposed, I think.  But then I think the things

10 we have to do is to say, okay, what else can -- can

11 be coming around the corner?  How could we get ready

12 for that?

13         KARA SWISHER:  Uh-huh (affirmative).

14         DR. AFEYAN:  And then finally there was a

15 lot of discussion around making sure that there's

16 equity in the distribution of vaccines.

17         KARA SWISHER:  Yes.

18         DR. AFEYAN:  By the time those discussions

19 started, there already was a massive flood of

20 vaccine flowing to the low income countries, middle

21 income countries, and we participate in that.  But

22 what we've done, just in our case in Moderna, is

23 we're building a plant in Kenya for the -- for the

24 continent of Africa.

25         They all have the capacity to make enough

Page 35

1   vaccine for the entire continent.  It will make

2   vaccines of different kinds in the meantime, and

3   during a pandemic it can actually shift to make

4   those.  That local solution, we think, is a better

5   outcome than a central --

6            KARA SWISHER:  Yeah.

7            DR. AFEYAN:  -- kind of government

8   distribution which we were stuck doing the last

9   time.

10           KARA SWISHER:  And what are you most

11  worried about?  What's next?  Sorry to be doom

12  stalling here.

13           DR. AFEYAN:  You know -- yeah.  I mean,

14  it's -- look, mRNA wasn't developed to fight a

15  pandemic.

16           KARA SWISHER:  Uh-huh (affirmative).

17           DR. AFEYAN:  Generative biology is not

18  being developed to fight vaccine.  So there's a lot

19  of things we'll be able to do in other diseases.  To

20  be honest, if I can make one point, a pandemic is a

21  disease that afflicts the masses.  Well, we have an

22  obesity pandemic.  I suffer from it.  We have a

23  cancer pandemic.  We have a heart disease pandemic.

24  We don't treat them as pandemics.  We resign

25  ourselves to the fact that our number was called,

Page 36

1   and there's not much we can do about it.  What if we

2   actually went after these things as a pandemic,

3   which they are?

4          KARA SWISHER:  Uh-huh (affirmative).

5          DR. AFEYAN:  And what if we said, what are

6   the things we have to do to test things that are a

7   little bit bolder based on code, based on

8   programming and see if we can make it then.  So I'd

9   say we can't just obsess over infectious disease and

10  respiratory infectious disease, we have to broaden

11  the scope.

12         KARA SWISHER:  Uh-huh (affirmative).

13         DR. AFEYAN:  And I think that the impact of

14  -- of all the investments in molecular biology in

15  the last 50 years is just beginning to be felt.

16  Over the next 30, 40, 50 years, I think there's

17  going to be massive impact in ways that the current

18  medical world sometimes feels is either impossible

19  or undesirable or too expensive.

20         KARA SWISHER:  Uh-huh (affirmative).

21         DR. AFEYAN:  But actually if you do the

22  math on vaccines, it is by far the most cost

23  effective medicine on the planet, any vaccine.

24         KARA SWISHER:  Yeah.

25         DR. AFEYAN:  If you can get upstream of

Page 37

1   disease, same. So we have to think about these

2   things.  What is the value?  When Mark was

3   discussing today, what is the value that you're able

4   to deliver versus how do you convince people to buy

5   your drug at a very high price?  That -- those days

6   are limited.

7            KARA SWISHER:  Right.  Great.  And -- and

8   backstage, you can tell me why I've never gotten

9   COVID ever even though many COVID people have

10  coughed on me frequently and constantly.

11           DR. AFEYAN:  Purposely.

12           KARA SWISHER:  I went to White House

13  Correspondent Center.  Anyway, thank you so much.

14           DR. AFEYAN:  Thank you so much.

15           KARA SWISHER:  I appreciate it.

16           (END OF VIDEO FILE)

17

18

19

20

21

22

23

24

25

Page 38

1                    CERTIFICATE OF TRANSCRIPTIONIST

2              I certify that the foregoing is a true and

3       accurate transcript of the digital recording

4       provided to me in this matter.

5              I do further certify that I am neither a

6       relative, nor employee, nor attorney of any of the

7       parties to this action, and that I am not

8       financially interested in the action.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23       _____

24                    Julie Thompson, CET-1036

25

Case 1:22-cv-11378-RGS   Document 45-40   Filed 12/05/22   Page 40 of 48

9/16/2022          ModernaTX, Inc. et al. v. Pfizer Inc. et al.          Audio Transcription

Page 39

**A**
able 13:19 17:24
  30:8 32:18
  35:19 37:3
Absolutely
  19:19,25
academia 17:20
  20:10 21:23
academies 23:23
accepts 9:7
accurate 38:3
achieve 8:1
achieving 9:5
acids 5:11,22
action 32:3 38:7
  38:8
actual 14:21
  17:8
adapt 30:14
address 7:23
adequate 29:20
advanced 11:19
advancing 21:16
Afeyan 1:15 2:2
  3:2 15:13 16:4
  17:6,13,16
  18:8,12,17,23
  19:1,5,8,16,19
  19:25 20:6,20
  21:1,3,7,14
  22:3,8,11,16
  22:19,22,24
  23:1,10,17,21
  23:23 24:10,13
  25:1,4,7,9,13
  25:19,24 26:3
  26:8,15,17,20
  27:1,5,10,14
  27:19,23 28:8
  28:11,23 29:2
  29:4,13,17
  30:3,11,16,19
  30:24 31:4,12
  31:16,20 32:2
  32:12,17,23
  33:4,7,10,15
  33:22,25 34:6

34:14,18 35:7
  35:13,17 36:5
  36:13,21,25
  37:11,14
affirmative 16:4
  17:6,12,15
  18:7 19:4,7
  20:5,19 21:13
  22:3,8,15,18
  23:9,16,20,22
  24:10,13 25:4
  25:18 26:2,7
  26:14,19,25
  27:4,13,18,22
  28:7 29:1,3,16
  30:2,18,23
  31:3,12,16
  32:1,16 33:6,9
  33:14,21,24
  34:13 35:16
  36:4,12,20
afflicts 35:21
Africa 34:24
after-effects 6:8
ago 2:15,15 4:6
  5:19 6:20 16:8
  18:18 20:1
  27:21
AI 14:20
al 1:4,8
alert 30:9 31:21
  32:3 34:1
algorithm 14:11
algorithms
  14:17,18 17:10
  18:5 19:14
alive 28:3
allowed 10:23
  17:11
allows 8:11
Alphabet 15:20
Alphabet's
  10:19
AlphaFold 16:5
  17:1
Alzheimer's
  13:9

amino 5:11
amount 11:18
analogy 17:7
animal's 16:2
answer 25:9
antibodies 10:5
antibody 12:14
  12:25 13:17
anticipated
  27:20
Anyway 37:13
applied 3:21
  13:11
apply 18:17
appreciate 37:15
approaches 8:18
approved 7:8
areas 2:21
arguing 25:2,5
artificial 15:21
asked 10:9
assume 19:23
astounding 17:3
attention 32:6
attorney 38:6
audience 27:11
audiences 2:6
autoimmune
  12:25 13:8
available 4:6
avoid 22:20

**B**
back 3:19 17:25
backstage 37:8
bacteria 16:1
bad 28:12 30:1
based 3:1,17
  5:20 8:15 10:6
  29:7 36:7,7
basic 21:16
basically 17:13
basis 4:22
battle 6:10,18
  27:19
began 7:21
beginning 2:25

3:13 9:11 13:7
  18:21 36:15
begins 9:9
begun 4:16
believe 22:6 24:3
  24:3 29:18
benefits 4:2
best 26:5 29:11
  29:14 31:8
better 7:13,13
  24:15 35:4
beyond 8:16
  9:18 14:22
big 10:17
biggest 28:4
Bill 22:5
billion 7:14 10:7
  10:9
billions 4:4
binding 12:18
  12:20
biologic 13:23
biological 5:7
  8:7,11 11:17
biologics 10:7
biology 2:7 4:11
  5:4,20,25 8:5
  9:13 10:15
  11:9 13:22
  14:5,17,18
  15:3 17:3
  22:20 35:17
  36:14
Biomedicines
  11:16
BioNTech 7:21
  24:7
biotech 14:3
biotechnology
  14:1
bit 17:8 25:10
  36:7
bivalent 7:22
  29:19
bleach 24:19
blink 2:9
blocks 5:9

bloodstreams
  22:6
blueprint 12:8
bodies 9:25
  13:18
body 4:13 17:22
bolder 36:7
book 19:18
books 11:1
  16:24,25
booster 30:10
  34:5,6
boosters 7:22
born 3:23
break 15:22
  24:2
breaks 17:7
breakthrough
  3:12
breakthroughs
  3:5
bring 4:24
broad 5:23 6:1
broaden 36:10
brother 15:17
build 3:4
building 3:9 5:9
  10:25 19:15
  34:23
built 5:23 6:1
  12:14
Burla 33:16
business 30:3
buy 32:22 37:4
buying 32:24

**C**
call 32:2
called 8:19
  12:21 16:5
  17:1 35:25
calling 17:2
cancer 13:9
  24:12 35:23
capacity 34:25
captioning 16:18
care 13:15

Case 1:22-cv-11378-RGS   Document 45-40   Filed 12/05/22   Page 41 of 48

9/16/2022                    ModernaTX, Inc. et al. v. Pfizer Inc. et al.                    Audio Transcription

Page 40

**careful** 26:10
**carno** 3:19
**case** 1:6 12:20
    13:8 26:3,11
    34:22
**cases** 28:24
**cataloged** 15:25
**cataloging** 18:25
**cause** 33:12
**CDC** 24:16
**cell** 4:13,23 5:17
    12:22
**cells** 5:8,15 8:7
    8:20,21
**Center** 37:13
**central** 10:3
    35:5
**century** 4:16
**CEO** 3:2
**certainty** 7:12
    9:11
**CERTIFICATE**
    38:1
**certify** 38:2,5
**CET-1036** 38:24
**chairman** 3:3
**chamber** 22:17
**chance** 9:2,10
    19:21
**change** 30:14
**changes** 30:11
**changing** 8:20
    32:9
**chips** 22:5
**chose** 5:6
**citizens** 31:18
**closed** 16:18
**co-founder** 3:3
**code** 1:15 3:1
    4:22 5:2,21 8:6
    9:16 10:13
    12:5,8 15:4
    27:15 30:12
    36:7
**code-based** 2:25
    6:11 8:15,25
    21:12 30:13

**coded** 11:24
**codes** 5:8
**coding** 7:13 12:5
**collaborate**
    27:25
**colleagues** 7:2
    7:21
**combine** 11:17
**come** 14:15
    22:12 29:15
**coming** 2:2 3:13
    8:24 34:11
**communicate**
    23:8,11 24:17
**communicating**
    25:17
**communication**
    24:15 27:2
**communicatio...**
    26:4
**companies** 3:5
    14:14 20:10,17
    31:18
**company** 5:6,18
    14:4 15:20
    18:15 21:8
    26:1
**competition**
    19:23 20:21
**competitive**
    19:22
**completed** 7:3
**completely** 2:4
    8:3 14:20
    25:13
**complex** 3:15
    4:10,14 5:12
**complexity** 4:17
**complicated**
    4:12
**computation**
    10:12 17:10
**computational**
    3:12 13:22
**computationally**
    12:14 13:1,20
**computed** 12:16

**computer** 11:15
    13:15 14:3,11
**computers** 13:24
**computing** 4:5
    11:18
**concepts** 14:12
    14:15
**concern** 23:3
    28:4
**conditions** 32:15
**CONFEREN...**
    1:15
**conferences** 2:6
**connections**
    14:12
**consequence**
    32:13
**consider** 5:7
**constantly** 37:10
**constitutes** 5:17
**consume** 14:10
**content** 16:21
**continent** 34:24
    35:1
**continual** 21:10
**continue** 20:21
    24:2 34:4
**continues** 9:6
    13:4 21:25
    32:19
**contract** 9:25
**control** 3:16
    8:19
**conversation**
    16:23
**convince** 2:9
    37:4
**core** 3:18
**corner** 34:11
**Coronavirus** 7:1
**correction** 8:21
**Correspondent**
    37:13
**corresponding**
    11:20
**cost** 11:25 36:22
**coughed** 37:10

**countries** 34:20
    34:21
**courage** 15:10
**course** 3:24
    16:12 18:8
    24:17
**COURT** 1:1
**COVID** 6:4,9
    7:7 24:6,6
    28:10,11,21
    33:8 37:9,9
**Cracking** 10:13
**create** 2:25 3:5
    10:23
**created** 18:14
**creating** 5:12
    11:21 21:17
**crystal** 12:13
**current** 30:7
    36:17
**currently** 6:8
**cutting** 11:17
**cybersecurity**
    15:1
**cycle** 3:19

─────────────
        **D**
**D.C** 1:24
**dampens** 12:23
**dangerous** 34:8
**data** 10:17 14:7
    32:7
**database** 10:20
    14:7 16:6 17:1
    19:12
**date** 4:14 7:8
**day** 8:13 29:23
**days** 6:25 7:4
    14:20 37:5
**deal** 33:17
**death** 32:13
**deaths** 6:6 30:25
**decade** 5:23
**decades** 4:5
**decisions** 33:22
**deep** 10:19
    15:18

**defeat** 27:16
**defense** 14:24
**defenses** 28:5,5
    28:5,6
**defines** 4:23
**definitely** 34:1
**definition** 21:4
**deliver** 6:1 37:4
**delivered** 7:4,15
**democratization**
    13:24
**democratize**
    13:23
**depending** 34:7
**depends** 29:7
**design** 6:1 7:3
    14:25
**designed** 7:10
    13:1
**desirable** 11:24
**desired** 9:4
    11:12 12:19,20
    17:24
**destruction** 6:7
**detection** 6:17
**deterministic**
    11:13
**developed** 10:20
    15:20 18:2
    27:7 35:14,18
**developing** 9:1
**development**
    8:10,17 9:8
    10:22 11:11
    21:10
**devolving** 24:21
**diabetes** 13:10
**dictate** 12:7
**different** 2:4
    14:6 18:18
    20:17 24:8,8
    26:17 29:5,6,6
    29:25 35:2
**difficult** 17:9
**digest** 10:1
**digital** 1:23 2:11
    2:12,14,17

Case 1:22-cv-11378-RGS   Document 45-40   Filed 12/05/22   Page 42 of 48

9/16/2022                    ModernaTX, Inc. et al. v. Pfizer Inc. et al.                    Audio Transcription

Page  41

3:25 4:9 8:11
9:13 15:1 38:3
**dimensional**
15:22 17:8
**dinner** 29:24
**directly** 5:21
**discovered** 4:22
**discovering**
11:15
**discovery** 2:22
**discussing** 37:3
**discussion** 34:15
**discussions**
23:15 34:18
**disease** 12:25
32:10 35:21,23
36:9,10 37:1
**diseases** 11:8
35:19
**disruptive** 3:11
14:13
**distinct** 5:16
**distributed** 6:14
**distribution**
34:16 35:8
**DISTRICIT** 1:1
1:2
**DNA** 2:22,23
4:21 5:4,8
10:14 11:5,20
12:5,7,16
18:20 19:3,6
**doctor** 15:17
**doctors** 23:2
**doing** 16:14
17:14 25:15
28:16 29:13
30:21 31:7,19
35:8
**dollars** 10:8
20:15
**doom** 35:11
**doses** 7:5,15
**DR** 1:15 2:2
15:13 16:4
17:6,13,16
18:8,12,17,23

19:1,5,8,16,19
19:25 20:6,20
21:1,3,7,14
22:3,8,11,16
22:19,22,24
23:1,10,17,21
23:23 24:10,13
25:1,4,7,9,13
25:19,24 26:3
26:8,15,17,20
27:1,5,10,14
27:19,23 28:8
28:11,23 29:2
29:4,13,17
30:3,11,16,19
30:24 31:4,12
31:16,20 32:2
32:12,17,23
33:4,7,10,15
33:22,25 34:6
34:14,18 35:7
35:13,17 36:5
36:13,21,25
37:11,14
**draw** 14:11
**dream** 28:12
**drug** 8:10 20:13
37:5
**drugs** 9:1 10:4
11:15 24:12
**dynamic** 4:11
9:23

———————
**E**
**earliest** 14:19
**early** 9:7 20:1
**easily** 24:21
**echo** 22:17
**economic** 6:6
**economy** 32:18
**edge** 11:17
**effect** 11:25 31:5
**effective** 6:21
14:25 26:21
36:23
**efforts** 15:7
**either** 28:14

36:18
**elucidated** 2:23
**emergency** 7:9
**emerging** 20:20
**employee** 38:6
**employees** 33:19
33:19
**enable** 15:4
**enabled** 4:1
13:24
**enabling** 11:25
15:7
**encode** 10:14
**encoded** 11:4
19:3
**enemy** 6:16
**engage** 23:14,25
**engine** 3:20
**engineer** 3:22
4:12 8:12
17:25
**engineerability**
4:8
**engineerable**
11:10
**engineered** 4:1
**engineering** 3:17
**engines** 9:24
**enjoy** 4:2
**entire** 6:4 35:1
**entirely** 3:23
11:5
**entrepreneur**
23:6
**entrepreneurs...**
2:8
**entries** 15:24
**environments**
21:18
**envision** 7:25
**epigenetic** 8:19
**equally** 23:21,24
**equity** 34:16
**equivalent** 17:2
**era** 5:20
**error** 3:17 8:21
**escape** 6:16

especially 21:20
**essentially** 12:4
13:15 30:21
**estimated** 7:16
**et** 1:4,8
**etcetera** 24:19
**eventually** 24:24
**everybody** 23:21
23:24 25:10
33:15,17
**EVIDENCE**
1:23
**evolution** 12:10
**evolved** 14:24
**exactly** 11:17
**example** 28:24
**excessive** 12:23
**exchange** 23:12
**excited** 3:8
**exciting** 10:22
**exemplary** 21:21
**exist** 12:10
**existed** 11:6,22
12:25 21:11
**exists** 10:25
27:15
**expect** 9:10 30:4
**expensive** 3:16
28:15 36:19
**experienced**
3:25
**experiencing**
6:19
**expert** 25:19
**experts** 23:18,18
23:19
**explain** 22:9
**exposed** 34:9
**express** 8:21
23:3,11
**expression** 8:20
**extent** 18:5,12
**extraordinary**
8:4
**extremely** 8:4

———————
**F**

**faced** 27:3
**fact** 2:11,12 4:13
6:4 9:3 10:5
13:10 14:19
21:7 26:12
27:10 33:17
35:25
**fake** 22:14
**familiar** 6:3
**family** 33:5
**fantastic** 30:17
**far** 3:19 4:14
9:15 36:22
**father-in-law**
33:7
**FDA** 7:8 26:11
**fed** 14:6
**feedback** 18:13
**feel** 22:5 24:16
**feels** 36:18
**felt** 36:15
**field** 4:11 8:4
20:1 21:20
23:6 33:17
**fields** 3:15,23
**fight** 35:14,18
**fight's** 7:20
**fighting** 6:13
**figuring** 27:23
**FILE** 37:16
**fill** 19:14
**finally** 2:25
34:14
**financially** 38:8
**find** 5:15 13:18
**finding** 10:13
**first** 3:11 7:5,6,7
11:14 12:13,14
24:9 29:24
33:10
**five** 9:8
**flagship** 3:3 5:18
**flip** 14:16
**flood** 34:19
**flowing** 34:20
**flu** 30:20,25 31:2
**fog** 25:14

Case 1:22-cv-11378-RGS   Document 45-40   Filed 12/05/22   Page 43 of 48

9/16/2022                    ModernaTX, Inc. et al. v. Pfizer Inc. et al.                    Audio Transcription

Page 42

folds 5:12
food 10:1
foregoing 38:2
foresee 8:24
form 27:14
forms 12:17
Forty-two 7:4
forward 4:19
found 4:9 14:3
   14:14
founded 5:18
   11:16
founder 3:2
four 18:18
free 16:3 33:1
frequently 37:10
full 2:24
fully 34:9
function 9:20
   11:4,20 12:6,6
   12:19,20 13:2
   17:25 18:20
   19:3
functional 21:9
functioning 5:10
functions 5:13
   10:14
fundamental 5:2
funding 21:16
   21:17
further 38:5
future 3:8,10
   8:25

_____ G _____

gain 24:3
game 9:1
Gates 22:5
gene 8:18,19
generate 10:11
   11:5,16 13:16
   13:21 21:9
generated 12:14
generates 12:4
   13:5
generating
   11:15

generative 13:22
   13:22 35:17
genes 8:21
genetic 7:1 8:5
genome 2:24
   20:2
genuinely 3:11
getting 7:12
   31:24
gift 17:18,20
give 2:5 4:17
   9:14
given 23:7 29:17
   31:10
gives 4:18
giving 17:20
glimpses 4:17
go 8:15 9:18
   11:15 13:11,16
   18:20 23:1
goal 9:3 10:15
goes 16:16,20
   34:2
going 7:20 8:23
   9:3 14:22
   15:14 20:17
   28:8 31:9
   33:11,12 36:17
good 26:10
   27:20,25 28:3
   30:6,12 32:23
   33:13
Google 16:9,12
   20:24 21:2,8
Google's 15:19
gotten 37:8
government
   20:6,23 21:22
   25:20 31:17
   32:25 35:7
government's
   21:15
graphs 15:6
Great 19:20
   37:7
GROUP 1:23
groups 14:9

guarded 30:5
guesswork 3:16

_____ H _____

hands 4:5
happen 9:6 31:9
happened 3:15
   20:25 21:5
   24:22 27:21
   28:1
happens 8:22
   15:17
happy 29:10
hard 25:24
heads 23:2 24:7
health 3:5 15:8
   23:18
healthcare 2:18
   9:14 31:22
healthy 20:21
hear 13:12
heard 10:18
   22:6
hearing 6:12
   8:24
heart 35:23
help 14:3
hide 13:15
high 9:5 37:5
higher 9:10
Highly 14:23
hindrance 24:24
hindsight 27:6
Historically
   30:24
history 3:14
HIV 13:10
hoarded 20:4
holding 4:4
honest 35:20
hope 5:19 28:2
hoping 21:25
   29:15 31:5
hospitalization
   32:12
hospitals 23:2
House 37:12

human 2:24 3:5
   4:23 7:6 14:9,9
   15:8 20:2
humans 4:12,15
   7:5,11 14:6
   16:1
humble 25:17
hundred 20:15
hypotheses
   14:12
hypothesized
   11:3

_____ I _____

idea 6:20 8:15
   13:21 20:23
ignorant 23:21
ignored 30:24
   30:25
imagination
   15:9
Imagine 14:5
immune 6:14
   8:8 10:1 12:23
   13:14 14:23
   15:2
immunity 29:8
immunocomp...
   34:8
impact 36:13,17
impacted 6:5
important 12:2
   12:24 21:16
impossible 15:6
   36:18
improve 13:5
   15:7
including 16:1
income 34:20,21
incomprehens...
   4:14
increased 32:4
increasingly
   14:1
individual 6:14
   8:20
industry 9:7,9

10:6 20:16
   21:11,12
infections 6:24
infectious 36:9
   36:10
inform 14:25
   18:14
information
   13:2,25 14:8
   16:7 18:3 20:8
   20:9 22:14
   31:24
infrastructure
   15:5
inherited 19:6
injected 22:5
innovation 2:7
   3:20
innovations
   14:13
innovator 23:7
inside 5:15
inspired 14:20
instances 21:14
instructs 5:8 8:7
intelligence
   15:21
intended 12:17
interested 38:8
interesting 18:1
   32:24
interestingly
   13:10
interests 22:12
interviewed 24:7
interviews 24:8
invert 19:10
inverts 12:4
investments
   36:14
involved 20:1
ironic 27:11
isolation 6:22
issues 24:18

_____ J _____

James 17:2

Case 1:22-cv-11378-RGS   Document 45-40   Filed 12/05/22   Page 44 of 48

9/16/2022                     ModernaTX, Inc. et al. v. Pfizer Inc. et al.                     Audio Transcription

Page 43

**January** 6:25
**Japan** 28:24
**journey** 3:7
   20:14 21:24
**Julie** 38:24
_____

**K**

**KAKA** 29:16
**KARA** 15:12,14
   16:5 17:12,15
   18:7,11,16,22
   18:24 19:4,7
   19:15,17,20
   20:5,19,23
   21:2,6,13 22:1
   22:4,9,15,18
   22:21,23,25
   23:9,16,20,22
   24:5,11,14
   25:2,5,8,12,18
   25:23 26:2,7
   26:14,16,19,25
   27:4,9,13,18
   27:22 28:7,10
   28:18 29:1,3
   29:12 30:2,10
   30:15,18,23
   31:3,6,13,17
   32:1,11,16,21
   33:2,6,9,14,21
   33:24 34:5,13
   34:17 35:6,10
   35:16 36:4,12
   36:20,24 37:7
   37:12,15
**keep** 28:3
**keeps** 13:12
**Kenya** 34:23
**key** 3:9 7:24
**kind** 2:20 23:3
   24:21 25:25
   26:9 32:2 34:7
   35:7
**kinds** 24:18 31:4
   35:2
**knew** 23:2
**know** 2:14 14:19

17:17,23 22:11
   23:11 25:21,22
   26:5,6,13 27:6
   28:20 33:2,2
   33:16 35:13
**knowledgeable**
   23:25
**known** 3:20
   10:10,11,21
_____

**L**

**language** 5:22
**largest** 4:6
**Larry** 16:9
**latest** 30:10
**Law** 13:24
**layer** 14:24,24
**lead** 14:13 21:8
   21:9
**leader** 25:25
**leaders** 33:16
**leaps** 15:7
**learn** 11:4 13:5
   14:5,6,23 18:9
   22:13 23:6
   26:8 28:3,16
**learning** 10:17
   11:19 15:21
**learnings** 13:6
**leave** 23:17
**level** 5:4,5 9:17
   31:24 33:20
   34:2
**levels** 29:6
**library** 10:25
**life** 3:1 5:7 27:14
**life's** 3:4
**limitation** 15:9
**limited** 37:6
**limitless** 15:5
**limits** 26:12
**line** 2:3
**linear** 5:11
**Listens** 32:23
**little** 17:7 25:9
   36:7
**lives** 7:17 33:19

**living** 5:17 6:8
**local** 35:4
**long** 6:9
**long-term** 10:15
**look** 4:19 19:25
   22:12 25:9
   27:2 28:23
   32:13,23 35:14
**looking** 20:14
**lost** 28:1 33:7
**lot** 18:1 19:22
   20:6,8 22:7,13
   26:12 27:25
   28:2 31:13
   32:21 34:15
   35:18
**lots** 9:2 17:10
**love** 22:20
**low** 34:20
**lucky** 27:6,6
_____

**M**

**M** 1:24
**machine** 10:17
   11:19 15:21
**machines** 9:23
**major** 6:10
**making** 8:16
   12:8 16:2 20:7
   33:23 34:15
**manage** 6:23
**Mark** 37:2
**marriage** 9:13
**marvelous** 19:9
**masks** 6:22 25:3
**MASSACHU...**
   1:2
**masses** 35:21
**massive** 6:6
   28:24 29:2
   34:19 36:17
**massively** 32:9
**math** 36:22
**mathematician**
   29:21
**matter** 38:4
**matters** 33:20

**mean** 28:23 33:3
   35:13
**Meaning** 28:10
**means** 23:24
**mechanisms**
   22:14
**media** 2:5
**medical** 6:23
   31:23 36:18
**medicinal** 6:2
**medicine** 2:7,12
   2:13,19 3:9
   5:24 8:5 21:12
   36:23
**medicines** 2:25
   6:3 8:15 10:6
   12:3,9,9 13:23
   21:19
**middle** 34:20
**million** 6:6 7:16
   10:21 15:24
   20:15
**millions** 6:7
**mind** 10:19
   15:18
**missing** 31:10
**modality** 6:2
**model** 8:10
**modeled** 14:21
**models** 10:24
**modern** 9:14
**Moderna** 3:4
   5:18 7:3,20
   34:22
**Moderna's** 7:15
**ModernaTX** 1:4
**molecular** 2:12
   2:13 3:9 10:15
   36:14
**molecule** 12:20
   27:15 30:13
**monitored** 32:5
**month** 5:19
   33:10
**months** 7:8
**Monty** 2:3
**Moore's** 13:23

**motors** 9:24
**MRI** 24:6
**mRNA** 5:6,8 6:2
   6:3 7:3,11,15
   8:7,16 9:16
   35:14
**muscles** 9:25
**mutated** 29:25
   30:1
**mutates** 6:16
**mutating** 13:13
**mutation** 13:14
_____

**N**

**nanometer** 5:14
**natural** 29:8
**naturally** 12:23
**nature** 6:12,12
   12:5,10 13:1
   15:3 27:15
**near** 9:11
**nearly** 11:12
   15:25,25
**need** 9:12 11:7,7
   16:20 17:23,24
   20:13 23:8
   30:16,19
**neither** 38:5
**networks** 14:20
   14:21
**neural** 14:20,21
**neurons** 14:22
**never** 11:6,22
   27:21 37:8
**new** 3:23 5:20
   6:2 7:23 8:10
   8:14,18 10:14
   11:1,5 12:2,9
   14:14 19:13
   20:18 21:19
   23:19 26:8
   29:19
**news** 26:10 30:6
   30:12
**NIH** 7:2,5
**nine** 7:7,11
**normal** 16:13

Case 1:22-cv-11378-RGS   Document 45-40   Filed 12/05/22   Page 45 of 48

9/16/2022                ModernaTX, Inc. et al. v. Pfizer Inc. et al.              Audio Transcription

Page   44

noted 15:23
noting 15:19
Noubar 1:15 3:2
  15:12
novel 7:1 11:23
  12:9 14:15
nuanced 25:10
nucleic 5:22
number 26:23
  30:25 35:25
NW 1:24

O
obesity 35:22
obsess 36:9
obvious 19:3
official 25:20
okay 25:21
  28:22 34:10
old 2:3
Omicron 7:23
  29:25
once 3:21 16:21
  21:4
ones 26:20
open 14:7 18:4
opposite 29:13
optimal 8:12
optimism 4:18
optimize 11:25
order 9:3 14:10
  18:5
ordinary 8:3
organisms 16:2
organizations
  4:7
outcome 9:4
  32:9 35:5
overwhelmed
  6:23
owned 15:20
owns 18:3

P
pace 4:2
Page 16:9
paid 32:6

pandemic 6:5,19
  21:21 26:22
  27:3 35:3,15
  35:20,22,23,23
  36:2
pandemics
  35:24
panic 28:2
paper 14:7
parent 15:19
part 17:17 21:10
  30:3 34:3
participate
  34:21
particular 20:12
particularly
  2:19 31:21
parties 38:7
parts 5:10
pass 23:8
patent 14:8
path 4:24
pathogen 6:11
pattern 8:20
PD-1 12:21,22
people 2:14 4:4
  18:9 20:2 22:4
  23:1,11,13
  24:2,4,16,24
  25:10 26:23
  28:11,19,21
  30:8 31:1,14
  32:14,18,22
  37:4,9
people's 22:6
percent 9:8
permission
  16:19
Pfizer 1:8 7:21
pharma 18:17
pharmaceutical
  11:11 31:18
physics 17:9
pick 31:14
Pictured 7:6
piece 8:6
pieces 3:10

pioneer 5:19
Pioneering 3:3
place 21:15
places 13:13
  29:5,25
plague 6:21
planet 4:13
  36:23
plant 34:23
plants 16:1
platform 5:24
  6:1 7:13 11:21
  12:4 13:4
platforms 8:14
playing 21:15
plenty 20:17
point 4:20,21
  35:20
poised 30:19,20
policy 23:18
  25:25
politicization
  24:22,22
polling 28:21
possibility 5:3
possible 15:7
  30:7
post 28:10,11
potency 12:1
potential 15:3
potentially 6:7
  12:24 30:20
power 2:20 4:5
  9:25 11:18
powerful 4:25
powering 14:1
precise 5:13
precisely 11:6
predictability
  4:8
predictably 3:21
predicted 10:20
  10:23
predicting 18:19
premise 5:21
prepare 29:10
preparing 29:14

31:8
presented 17:19
pretending 31:8
pretty 9:4
prevent 6:21
previous 7:11
  27:8 30:1
previously 15:6
preying 6:11
price 37:5
prime 8:8
principle 11:10
principles 3:18
  3:21
private 20:16
  21:23
probabilistic
  11:12
probability 9:5
  9:8
probably 20:24
problem 17:9
  19:11 25:24
problematic
  13:11
process 8:3
produced 6:18
program 5:3 8:1
  9:19
program-based
  8:25
programmable
  5:20
programming
  5:3 9:16 36:8
progress 4:3,16
  10:16,19 24:4
project 25:25
projected 10:8
prompts 8:11,11
propagated
  22:16
protect 6:15
protected 26:24
protection 29:20
  30:8 32:19
  34:3

protein 5:13 8:8
  8:16 9:17,19
  10:13,14,20,21
  11:4,19,21
  12:5,6,17 13:5
  13:12,14 17:9
  17:22
proteins 5:16
  9:22 10:4,5,7
  10:10 11:5,24
  15:23,25 19:9
  19:13
provided 38:4
providers 31:22
providing 32:25
public 16:2 20:7
  20:8 23:17
publicly 20:9
publish 18:6
published 14:7
Purposely 37:11
pushback 25:6
put 18:4 28:12
Python 2:3

Q
question 20:12
  34:1
questions 15:15
  28:18 31:6
Quicker 30:15
quite 18:18
  20:21

R
rationally 8:12
reach 10:8
ready 34:11
real 34:4
reality 23:18
realized 4:24
really 21:11,21
  24:1,16,23
  28:12 29:10
  31:13 34:8
realm 30:6
recall 24:12

Case 1:22-cv-11378-RGS   Document 45-40   Filed 12/05/22   Page 46 of 48

9/16/2022                ModernaTX, Inc. et al. v. Pfizer Inc. et al.        Audio Transcription

Page 45

recalling 16:8
receive 7:7
received 32:4
receptor 12:22
recording 1:14
    38:3
regard 17:18
region 12:18
regions 13:18
regular 31:18
regulator 26:11
regulatory 21:18
relates 11:20
    27:16 32:9
relative 38:6
release 18:6
    20:11
released 20:9
relentlessly 6:16
relevant 4:10
    14:8
relied 6:22
remained 10:15
reminded 2:3
render 12:7
represents 3:12
reproducibly
    3:22
reprogrammed
    7:22
research 11:18
    20:7
resign 35:24
respiratory
    36:10
response 12:23
restricted 10:10
result 7:12,17
    8:1
resulting 6:5
revenues 10:8
reverse 17:25
revolution 2:10
    2:11,12,17 4:9
revolutions 2:15
    3:15
right 2:2 8:8,22

18:11,16,22
    21:6,18 22:1
    25:11 28:19,25
    30:11 32:11
    37:7
rise 28:24
RNA 5:5 27:12
robust 14:25
role 10:3 21:16
rolling 7:21
room 16:11
roughly 5:15
    10:7
rules 11:4
run 16:13

_____ S _____

safety 12:1
sampled 12:11
saved 7:17
saw 29:24
saying 18:19
    25:21 27:1
    31:8 33:5,23
scale 5:14 11:25
    13:6
science 16:1
    17:17 21:17,17
science-impai...
    15:16
sciences 23:14
scientist 22:19
    23:7 26:1
scientists 11:3
    23:23 29:21
scope 36:11
scratch 11:23
    12:15
scratching 14:2
screen 12:12
script 14:16
search 16:16,17
seasons 31:1
Second 32:7
section 2:19
sector 4:1 8:13
    21:23

see 2:20 12:12
    12:18 15:10
    16:16 18:9
    19:14 21:14
    24:21 36:8
seeing 8:18
    28:21 29:18
seemingly 15:5
seen 9:23
select 12:6
self-serving
    32:20
sense 19:6
sensors 9:24
separation 29:9
SEPTEMBER
    1:16 2:1
sequence 4:21
    7:1 8:6 9:18,18
    10:14 11:20
    12:7,16 18:1
    20:2,3 29:24
sequenced 2:24
sequences 10:21
serious 29:22
    32:2
set 3:21
setting 26:21
seven 30:1
severe 32:10
severity 29:7
    32:5
shared 12:12
shift 11:11 35:3
short 9:22
shots 9:2
show 11:23
    13:19 23:10
showed 27:8
showing 29:5
shown 13:8,25
    24:9
shuffle 28:1
shutdowns 6:22
side 21:8,9
sides 15:8
significant 25:8

32:17
simply 12:11
single 8:16
sitting 29:23
situation 33:18
six 30:1
smallest 9:24
social 6:12,12
software 5:7 8:7
solution 8:1 35:4
solutions 4:1
    8:12
solve 11:8 17:11
somebody 21:4
Sorry 35:11
sort 16:13
sources 14:8
    31:22
space 17:3
specific 9:17
speed 7:12
spike 13:12,14
spillover 31:5
spin 18:14
stage 9:7
stalling 35:12
stand 7:14
standpoint 7:25
started 18:19
    19:2 34:19
starting 4:20,21
state 1:1 11:12
    34:8
stay 31:21 34:1
steam 3:20
steppingstone
    17:14
stopped 25:2,5
straight 18:20
Street 1:24
strict 26:11
string 5:9,11
stringent 28:21
structure 2:23
    10:20,24 12:13
    12:18 15:22
    17:8,23 18:4

18:19
structures 5:12
    11:22
struggle 13:18
stuck 35:8
study 32:8
success 9:8,10
successfully
    7:10
suffer 35:22
suggest 14:12
Suite 1:24
super 25:17
supposed 23:14
sure 10:18 27:9
    28:11 34:15
surface 12:22
    14:2
surrounded
    25:14
surveillance
    28:5
sustainability
    3:6 15:8
SWISHER
    15:12,14 16:5
    17:12,15 18:7
    18:11,16,22,24
    19:4,7,15,17
    19:20 20:5,19
    20:23 21:2,6
    21:13 22:1,4,9
    22:15,18,21,23
    22:25 23:9,16
    23:20,22 24:5
    24:11,14 25:2
    25:5,8,12,18
    25:23 26:2,7
    26:14,16,19,25
    27:4,9,13,18
    27:22 28:7,10
    28:18 29:1,3
    29:12,16 30:2
    30:10,15,18,23
    31:3,6,13,17
    32:1,11,16,21
    33:2,6,9,14,21

Case 1:22-cv-11378-RGS   Document 45-40   Filed 12/05/22   Page 47 of 48

9/16/2022                 ModernaTX, Inc. et al. v. Pfizer Inc. et al.                Audio Transcription

Page 46

33:24 34:5,13
34:17 35:6,10
35:16 36:4,12
36:20,24 37:7
37:12,15
synergy 21:21
system 3:22 6:14
6:23 8:8 10:1
14:23 15:2,21
15:23
systematic 3:17
systems 15:1

**T**
take 9:2 10:4
17:24 27:11
takeaway 7:24
taken 5:1
takes 15:10
talk 2:6 11:2
24:1,5 26:22
talked 2:14 9:15
15:18
talking 2:16
9:22 19:17,22
22:2 30:12
talks 2:5 22:12
taping 16:10,12
16:14
target 10:4
targets 10:11
20:20
team 7:2
teams 19:10
tech 2:5 8:13
techniques
10:17 16:18
technological
3:14 4:3
technologies
4:25 9:1 18:2
technology 3:25
7:25 14:1 15:4
24:7 27:7
telescope 17:3
television 16:15
tell 14:18 19:9

29:21 37:8
telling 14:17
tempos 29:6
tenant 5:2
tens 6:7 33:18
terms 31:23
test 19:13 36:6
tested 7:11 23:4
testing 7:5
thank 7:18,18
15:11,12,13,14
37:13,14
**Thanksgiving**
29:23
therapeutic 8:14
11:24
thing 32:24
things 4:12 8:23
12:2 15:19
16:7,8 19:12
19:24 20:13
21:24 23:6,19
25:16,22 26:4
26:8,13 27:2
27:10,24,25
28:16 31:4,15
31:20 34:9
35:19 36:2,6,6
37:2
think 3:13 4:11
9:4,13 13:21
14:2 15:1 17:7
18:3 19:16
20:21 21:7,15
22:11 23:5,14
24:16 27:1,20
28:14 29:17
30:4,7 32:7,19
33:11,12 34:1
34:4,7,9,9 35:4
36:13,16 37:1
thinking 12:2
**Thirty-five** 3:7
**Thompson**
38:24
thought 8:3
thousands 33:18

threat 31:25
32:5 34:2
three 15:22 17:8
31:15
three-dimensi...
12:17
throw 27:24
time 3:11 11:14
12:13 13:6
24:4,9 27:8
28:2,15 34:18
35:9
today 2:8,17
3:10 4:4 6:13
6:20 7:14 10:4
19:22 37:3
tolerability 12:1
tools 15:5
trans 19:6
transcript 38:3
**TRANSCRIP...**
1:14
**TRANSCRIP...**
38:1
transfer 19:10
transition 3:16
9:9
translation 8:22
translational
21:17
transmit 6:13
treat 6:21 35:24
treating 12:24
trend 9:6
trick 30:22
tried 21:19
true 38:2
truly 11:10
**Trump** 24:18
trusted 31:23
try 2:9 6:23
18:15
trying 6:15
33:17
turn 17:21 30:13
turns 2:18 4:21
8:10 13:13

18:1
TVs 16:11
twists 5:11
two 6:19,25
19:21 28:18
31:6,14

**U**
Uh-huh 16:4
17:6,12,15
18:7 19:4,7
20:5,19 21:13
22:3,8,15,18
23:9,16,20,22
24:10,13 25:4
25:18 26:2,7
26:14,19,25
27:4,13,18,22
28:7 29:1,3,16
30:2,18,23
31:3,12,16
32:1,16 33:6,9
33:14,21,24
34:13 35:16
36:4,12,20
unavoidable
22:22
uncertainty
25:14
underlying 13:4
20:9 22:13
understand
11:19
understandable
31:10
understanding
3:1
undertakes
20:16
undesirable
36:19
**UNITED** 1:1
unrelenting 4:2
untouched 2:20
unveil 3:10
updated 7:22
upstream 36:25

use 7:9 12:7
14:25 18:8,17
27:16
useful 3:22
17:14,18 19:11
uses 27:15
usually 2:6
20:16
utility 18:13

**V**
v 1:6
vaccinated
24:25
vaccination 29:8
34:3
vaccine 7:3,7,18
22:24 27:17
28:5 33:11
34:20 35:1,18
36:23
vaccines 7:11,15
23:3 25:6
26:17 29:19
32:8,22,25
34:16 35:2
36:22
value 37:2,3
variance 29:18
variants 7:23
29:22 30:7
34:2
various 16:17
vast 11:18
versions 30:1
versus 20:24
37:4
**VIDEO** 1:14
37:16
views 17:3 23:12
virus 8:6 25:15
27:8,12,20
29:5 30:4
viruses 30:21
visible 3:25
volunteer 7:6
vulnerability

Case 1:22-cv-11378-RGS   Document 45-40   Filed 12/05/22   Page 48 of 48

9/16/2022                    ModernaTX, Inc. et al. v. Pfizer Inc. et al.                    Audio Transcription

Page  47

26:1
vulnerable 28:9

**W**
walking 16:9
want 2:8 8:1
  18:14 28:12,13
  32:22
wanted 13:3
  19:2 26:4
wants 25:11
Washington
  1:24
wasn't 35:14
way 4:10 6:21
  14:6 15:16
ways 26:21
  28:14 36:17
we'll 28:2,3 30:7
  35:19
we're 3:9 6:12
  6:19 8:18
  11:21 13:8,9
  14:2 17:19
  28:4 29:13,14
  29:15,18 30:6
  30:19,20 31:8
  34:23
we've 3:20 13:19
  19:22 26:9
  30:24,25 34:22
Webb 17:2
weekend 7:19
weird 16:13
went 20:7 36:2
  37:12
weren't 10:10
White 37:12
who've 2:13
widespread 6:24
willy-nilly 32:14
wondering 2:16
  9:21
word 5:24
words 11:14
  18:25
work 3:4 5:6

9:12 14:18
  17:21 19:24
  20:2 32:18
working 7:2
  13:9,9 19:11
  24:11 25:15
  26:18,20
works 14:17
  20:10
world 2:14 5:4
  5:25 6:4,5 9:14
  9:23 17:19
  20:8 22:20
  36:18
worlds 17:4
worldwide 6:6
  7:16
worried 20:3
  35:11
worries 23:13
worst 29:10,15
  31:9
would've 27:21
writing 8:19
  10:25 19:18
wrong 25:11

**X**

**Y**
yeah 18:23 19:1
  22:11,21,23,25
  25:1,7,12,23
  29:12 32:21
  35:6,13 36:24
year 10:8 15:23
years 2:15,15,22
  2:23,24 3:7 5:1
  5:19 6:20 8:24
  16:8,24 18:18
  20:1 21:24
  27:8,21 28:17
  31:10,10 36:15
  36:16

**Z**
zoom 5:14

**0**

**1**
1 7:14
1.5 7:16
1:22-cv-11378
  1:7
10 27:20
10-year 20:14
100,000 31:1
12 5:18 27:8
15 6:6
150 2:22
16 1:16 2:1
1730 1:24

**2**
20 2:15,24 5:1
  20:1
20,000 5:16
200 10:21 15:24
20036 1:24
2018 11:16
202 1:25
2020 6:25
2021 7:17
2022 1:15,16 2:1
2030 10:9
232-0646 1:25

**3**
30 36:16
35 21:24 29:25
350 10:7
350,000 15:24
3D 5:12 18:4

**4**
40 2:15 36:16

**5**
5 20:14
50 36:15,16

**6**

**7**
70 2:22

**700** 10:9

**8**
812 1:24