# EXHIBIT 41

Case 1:22-cv-11378-RGS   Document 45-41   Filed 12/05/22   Page 2 of 29

5/5/2022          ModernaTX, Inc. et al. v. Pfizer Inc. et al.          Audio Transcription

Page 1

UNITED STATE DISTRICIT COURT

FOR THE DISTRICIT OF MASSACHUSETTS

_____

ModernaTX, Inc. et al.        )

                             )

v.                           ) Case No.

                             ) 1:22-cv-11378

Pfizer Inc. et al.           )

_____)


Noubar Afeyan - Moderna Co-Founder and Chairman

Moderna discuesses Ethical Innovation

at Solve at MIT 2022

May 5, 2022

Audio Transcription


_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Page 2

1        (Recording begins)

2            UNIDENTIFIED:  Stage cofounder and Chairman

3    of Moderna, Noubar Afeyan.  And once again, our

4    moderator, Linda Henry.

5        (Applause)

6            MS. HENRY:  What an inspiring conversation

7    that was and what a fantastic conversation we have now

8    to look forward to with Noubar.  It is wonderful to be

9    with you again.

10            So Noubar is the ultimate solver.  He has

11    dedicated his career to improving the human condition

12    by systematically creating science-based innovations

13    that serve as the foundation for startup companies.  So

14    in the business world, we celebrate the serial

15    entrepreneur who's done, you know, one startup, and

16    then maybe they do another one, and then the super

17    prolific ones will have done three or four.

18            But during Noubar's career as an inventor, an

19    entrepreneur and CEO, he has cofounded and helped build

20    over 80 life science and technology startups.  And he

21    is still going.  As one of many brilliant, world

22    changing scientists, he is, of course, a graduate of

23    MIT.

24            So we just heard Uval's closing, that he's

25    thinking about ethical innovation through three rules.:

Page 3

1    Number one, that people's data shouldn't be used to

2    manipulate them; number two, data shouldn't be

3    concentrated in one place; and three, whenever top-down

4    surveillance increases, so too must bottom-up.

5            You describe your work at Flagship Pioneering

6    as always, starting with the question, "what if."

7    Moderna started with an idea, not a product, for

8    example.  What are your own rules that go along with

9    that question?

10           MR. AFEYAN:  Well, thanks, Linda.  Thanks for

11   having me back.  It's great to be back in person.  I

12   was there in the May '19 one, last one of these, so it

13   feels like just yesterday.

14           So indeed, we practice a particular kind of

15   innovation where we start out imagining what could be

16   and trying to see if we can attach that to value,

17   usually starting with neither science that is proven,

18   nor products that exist, or even needs that can be

19   demonstrated.  So it's very much a future-backwards way

20   of looking at things.  And even there, you have to keep

21   in mind the degree to which what you're enabling will

22   impact society, not just for the good, but also

23   unintended consequences.

24           So when we ask these what if questions, it

25   gives us the ability to first take some time imagining

Page 4

1    what will happen if what you're imagining becomes

2    reality, and long before you make it reality, you can

3    prepare for it.  You can prepare for it with

4    communication, for example, so people understand what

5    you're trying to enable.  You can prepare for it by

6    safeguards that you put in place, and many other

7    things.  So I think that's an integral part of creating

8    previously unimagined platforms, and I think the

9    experience with Moderna is a very important one,

10   because 12 years ago, when we started asking what-ifs,

11   the questions for us were, what if a patient could make

12   a drug, any drug, inside their body?  And there was no

13   way of doing that back 12 years ago.  In fact, many of

14   you still don't believe you can do that.  They're

15   willing to concede, we could do it with one vaccine,

16   but nothing else.

17            But in fact, we think you can make just about

18   any protein in the body and either activate the immune

19   system, or deactivate the immune system, or fight

20   different kinds of diseases and inflammation, et

21   cetera.  And when you're going to do that, you can

22   start thinking about, okay, what would safeguards be?

23   You know, how much measurement capability you need to

24   know where these molecules are going and what they're

25   doing, on and on.  We can talk more about it.

Page 5

 1          So we have our own kind of thinking about the
 2   incorporating I'd say almost futuristic ethical
 3   considerations because in order to create some of these
 4   technologies, it's almost going to be too late once
 5   it's enabled.  And you got to think about it in
 6   advance.  And we spent quite a bit of time on that.
 7          MS. HENRY: There are so many things on that
 8   last answer that I want to pull on.  One is that you
 9   use that very scientific term, imagination.  Can you
10   talk about that role in your innovation process?
11          MR. AFEYAN:  Yeah, I can.  You know, I came
12   down to MIT in 1983, and like a lot of graduate
13   students here, I had, you know, excelled in university.
14   I'd gone to McGill University, and, you know, I was
15   lucky enough to get in here.
16          And at the time, I thought of the biggest
17   kind of sign of success, like, you know, if you're a
18   basketball player, it's how many baskets you make, how
19   many points you score.  In academic science or in
20   research it's, you know, kind of how right you are, how
21   much knowledge you have, how reasonable, how good your
22   reasoning skills are.  And over time, 35 years later,
23   what I learned is those things are kind of necessary,
24   but not sufficient for big innovations.  Because it
25   turns out that, in my view, the biggest faculty we're

Page 6

1    given innately as humans is our ability to imagine.

2            And that, in addition to knowledge helping

3    us, and our reasoning skills helping us prosecute the

4    present, it also is a companion when you're imagining a

5    future, because your future imagination gets shaped by

6    how well you understand the present.  If you know laws

7    of physics, if you understand biologies as best you

8    can, it governs how you're going to imagine it.

9            Now, you might be sitting in the crowd

10   saying, well, jeez, wouldn't it be great if you don't

11   have any of that?  Because then you can even imagine

12   even bigger things.  You can imagine world without

13   gravity.  But the reality is -- or I can imagine myself

14   being 10 pounds, but the reality is that it turns out

15   to make practical things, you need to constrain your

16   imagination or at least accompany it.  So, hey, why do

17   I say that?

18           I'm using the word "imagination" more times

19   than I'm sure it's been used, at least in a scientific

20   context, at Kresge, for a long time in this hall.  And

21   yet I believe the thing that I never learned was the

22   degree to which imagination is something we have to

23   invest in and allow for, because imagination will allow

24   you to say things that don't seem reasonable, seem

25   completely unrealistic, unachievable, and you've got to

Page 7

1    be able to say that.

2              Now, you might say, why?  And the reason is

3    that most, I think, breakthrough innovations -- this is

4    a fundamental belief I have, and I have lots of data

5    for it.  Almost all, if not all, breakthrough

6    innovations, in my view, are not made by humans, they

7    emerge.  And they emerge through a process that is best

8    understood as Darwinian evolution, which is variation,

9    selection, iteration, more variation, more selection.

10   And at some point, those cycles gain some major

11   advantage, and they enable something that's really

12   valuable.  The people who happen to be there claim

13   their stakes of that innovation and describe it as some

14   unbelievable act of genius.

15             But in my experience, a lot of this is purely

16   emergent.  That's why we call this "emergent

17   innovation."  So you might say, what does that have to

18   do with imagination?  The thing that you need is to be

19   able to imagine variations, be able to subject them to

20   selection pressure, not only about the current world,

21   but in the future imaginary world, and then iterate,

22   iterate, iterate.

23             And so my belief is, and I hope you'll

24   consider it, that fantastic breakthroughs are the

25   descendants of really bad ideas.  If you don't believe

Page 8

 1   me, go online and look at the earliest form of the

 2   iPhone that Apple worked on, and you'll see that it's

 3   about yea big.  It looks like an iPad of today, but

 4   they were working on a phone, and it looks nothing like

 5   it.  It's an ugly breadboard.  And you would say, how

 6   could that give birth to an iPhone?  The answer is it

 7   does because of emergence.

 8          So this kind of descendent gain of knowledge

 9   and learning cycles in order to get to a really

10   powerful idea -- so if you believe that, the first step

11   in that is your ability to mentally leap.  If you just

12   stand pat where you are and you just explore

13   adjacencies, I don't think it can, in a short time

14   frame, lead you to breakthroughs.  Hence my belief that

15   we have to get people to be comfortable saying silly

16   things, crazy things, argue them and defend them, even

17   though they're not real, long enough that they start

18   giving birth to things worth innovating around.  That's

19   what I've learned.  It's taken me 35 years to learn it,

20   but that's what I've learned.

21          Now, you don't have to learn it for your own;

22   practice it five minutes a day.  Ask yourself, when's

23   the last time you said something unreasonable?  And

24   were you able to laugh it off instead of feel ashamed,

25   or have your colleagues make you feel like you don't

Page 9

1  know what you're talking about?  If you can learn how

2  to resist that discriminatory reaction to an imaginary

3  statement, that moment, you'll get a special

4  superpower, in my view, because you'll be on your path

5  to a fantastic derivative idea.  So that's why

6  imagination is so important.

7          MS. HENRY:  That is such a beautiful lesson.

8  And I like your advocacy for equal rights for

9  imagination.

10         (Applause)

11         MS. HENRY:  You talk about how imagination is

12 sort of really the root of innovation.  And I've also

13 heard you talk about how innovation, the way that we

14 approach innovation right now, which is really relevant

15 for this conference, is backwards from the way it

16 should be.  How should we approach innovation?

17         MR. AFEYAN:  So it's not all innovation.  So

18 I guess I'm trying to advocate for a form of innovation

19 that I'm describing a little bit but let me be more

20 explicit.

21         So the way I view, kind of, innovation is

22 that if you draw a circle around all current knowledge

23 and all current products in a space -- so you can draw

24 a circle around anything.  So that -- we can contain it

25 all in a circle.  The question is, where do people

Page 10

1   innovate relative to that circle?  Well, a lot of

2   people innovate inside the circle.  Those are called

3   "niche innovations," and they're filling particular

4   subsets of needs that they identified because the

5   circle is never really full.  So they say, if I just do

6   this on Tuesdays in blue, maybe I can get some people.

7   So that's kind of one kind of innovation.

8          The other kind of innovation is what I'll

9   call "adjacency-oriented innovation."  That is, you

10  explore the adjacent knowledge, the adjacent product,

11  and a subset of them might have value.  And that's

12  where 99 percent of the money goes in, whether it's

13  academic innovation, through grant making or venture

14  capital support innovation or large company innovation.

15  It's largely an act of exploring adjacencies.  If you

16  have enough resource, you can diversify your bets all

17  around the adjacency, and you don't have to bet on

18  which one point is going to succeed.  You hedge your

19  bet.

20          Now let's put in the element of time.  You

21  know that today's circle is going to look like another

22  circle 10, 20 years from now, and at that point,

23  adjacencies will be far away from today's, right?  So

24  the question is, why not work on a far-out idea that's

25  not in any zone of adjacency?  And then if you can

Page 11

1    imagine that, work backwards and say, okay, if I want

2    to be able to do this, how do I come back to the

3    present and find support for it?

4              Now, I know all of you are sitting here

5    saying it's hard enough to raise money on really

6    adjacent ideas.  How am I going to raise money for

7    these totally far-out?  And that's a good point.  But,

8    you know, if you could -- and I'll tell you, our whole

9    institution for actually pioneering exists to be able

10   to do this.  Because we realized that we went around 20

11   years ago and told people, give us money on these

12   ideas.  And they said what?  Are you crazy?  And we

13   said, yes, thank you very much.

14             MS. HENRY:  You're using your imagination.

15             MR. AFEYAN:  Yeah, we're using -- but what we

16   did is we decided we needed to have the capital, we

17   need to have the people, more importantly the culture,

18   and we need to have the mindsets and the ability to

19   invent.  And if you can pull all that together, you can

20   do this institutionally.  So I would simply say the

21   following as a broader challenge for you to think

22   about.

23             In any form, and when you're fighting social

24   injustice, when you're developing a whole new product

25   line or a whole new belief system, whatever, education,

Page 12

1   I would argue you have a choice of two alternatives and

2   innovation is no different.  You either work in the

3   present and whatever future results is the future that

4   results based on what you do today, or you first

5   envision the future you want.  You think really

6   carefully which is the best future you want to shoot

7   for, and then everything you do today is in support of

8   that future.  That's what I call "future backwards."

9            I think that that ladder gets extremely

10  rarely used because people kind of feel like -- again,

11  like I said before, people can make fun of you.  So

12  that's what I mean.  Innovation, the way it's done

13  present forward, I think has certain limitations.

14           By the way, it's also crowded, right?

15  Because in that zone of adjacency, everybody is there

16  looking for value.  So you have to ask yourself, what's

17  my advantage, my competitive advantage?  If you're

18  honest, you don't have much.  Other people have money.

19  Other people can work hard, other people are smarter

20  than you.  However smart you think you are, other

21  people are smarter than you.  So what do you do?

22           I resorted to my life experience, which I'm

23  sure many looking in the room have the same, which is

24  I'm an immigrant.  And guess what?  As an immigrant,

25  you don't take any of those advantages for granted

Page 13

1    because you're not an incumbent.  You're largely an

2    entrant, a new entrant in the space.  So as an

3    immigrant you learn to just basically fight like hell,

4    survive, adapt and overcome the odds.  If you do that

5    with innovation, that is literally intellectually

6    immigrate to a far-off place, not your neighborhood,

7    then you have this advantage in that one, the natives

8    will never do that because they just feel, hey, I can

9    make money here.  Incumbents love adjacencies.

10            So your only core advantage is your

11   willingness to leap.  And that -- this may not make

12   sense, but if you just put it all together, I think

13   you'll realize that if you're willing to leap, then

14   you're going to be on your own.  People make fun of

15   you, but eventually if there's value and you find it

16   around where you land, then you're going to be able to

17   be the next incumbent.  Then your challenge is how do

18   you don't let the incumbency get to your head?  How do

19   you keep staying an immigrant and leaping again and

20   leaping again?  That's kind of how we think about it.

21            MS. HENRY:  I love the idea of an immigrant

22   mindset and connected to being an entrepreneur because

23   there really -- there are a lot of parallels there.

24            You also talked about in the beginning, and

25   these are such -- you know, you're just sharing so many

Page 14

1    great wisdom pointers that we can take with us, is that

2    you had talked about the word "ethical innovation" in

3    your first answer and how does that connect?

4              So the people here in this room and the

5    people watching are setting out to find ways to help

6    the world.  A lot of your products are doing exactly

7    that.  And so I think that when there's a lot of people

8    who are saying, we're doing good work by design in what

9    we're doing, how do you incorporate ethical innovation

10   beyond just doing a project that helps?

11             MR. AFEYAN:  Well, there's two ways to think

12   about it.  One is if your goal is having the impact on

13   society, and you can't work in the biotechnology field

14   and not have as your goal impacting society because

15   you're developing cures, you're developing prevention.

16   So that kind of comes with the territory.  The question

17   is can you do it, in addition, in a fair way?  Can you

18   do it -- so if you look, for example -- and we're going

19   to run out of time here, but if you look at the vaccine

20   development, very early on, Moderna basically slowed

21   down our clinical trials before we even knew our

22   vaccine worked in order to make sure that we had much

23   more diversity in the people who went through our

24   trials.  Never been done in the pharmaceutical

25   industry.  The diversity we achieved in our first trial

Page 15

1    were 30,000 subjects, volunteers, was significantly

2    different than what people were showing up to get

3    vaccinated in the trial centers.

4              So your choice is, you delayed launching the

5    vaccine.  All of you followed how Pfizer was competing

6    with time, et cetera.  So we slowed down by two months.

7    They beat us by two weeks.  We didn't have to slow down

8    by two months, but that would have been an ethical

9    burden we carried, because we would not have had a

10   diversified group.

11             Then we pledged in October 2020 to give away

12   our patents and not enforce them in the pandemic to

13   anybody working on a vaccine.  A month ago, we declared

14   that we will forever pledge our vaccines never to be

15   applied in the COVID case in low- and middle-income

16   countries.

17             Well, it's -- I mean, look, we're not --

18   frankly, we're not doing this to be -- to do -- we're

19   doing this because it's the right thing to do.  Every

20   company -- I'll say this one lastly.  Every company has

21   an implicit license to operate and that's the most

22   precious thing it has.  And if it loses that, then it

23   cannot have the kind of impact it's worked years and

24   years to have.

25             That's the best way to cause corporations to

Page 16

1    act ethically.  Not all the regulations, all the

2    complaints later.  At the end of the day, if people

3    want to have impact, they're going to want to preserve

4    their right to have impact.  And that comes from

5    considering all these things in.

6            So we're doing that; we're going to do even

7    more.  We just announced a month ago we're building a

8    plant in Kenya for subýSaharan Africa.  $500 million

9    we're going to spend building it.  And we'll keep doing

10   it.  Honestly, we're doing it because we think that's

11   our corporate responsibility.  And by the way, there's

12   3,000 people working in the company, not 300,000 like

13   big companies.  And those 3,000 people insist that we

14   do these things.  So we're really happy to be able to

15   have these kinds of discussions in a company that's not

16   yet too incumbent to worry about these things.

17           MS. HENRY:  So I'm ignoring the time because

18   this is just such a fantastic conversation.  And -- but

19   the last question should be what advice do you have to

20   the people here who are setting off to tackle some of

21   these really large problems?  You talked about

22   imagination, you talked about keeping that immigrant

23   mindset approach to entrepreneur, to not being an

24   incumbent.  What other advice do you give to this room?

25           MR. AFEYAN:  Boy.  How long do we have?

Page 17

1          MS. HENRY:  As much time --

2          MR. AFEYAN:  No.  So look, I know I'm saying

3    things that are kind of provocative and maybe may seem

4    even aloof or unrelated because you're struggling with

5    day-to-day issues and I don't think these are mutually

6    exclusive.  I think in addition to everything else

7    mindset wise, the thing you have to realize is one, you

8    have to have a core belief that what you're trying to

9    bring to life has so much impact that all the effort

10   and all the overcoming of it is worth it.

11          So first of all, understand one image.  Most

12   of the value left to be harvested in the future happens

13   to be very close to really dangerous spots.  Think of

14   this as the proximity of peril with rewards.  You know,

15   people didn't leave much value left away from peril.

16   So when you find yourself in a survival mode, don't

17   assume, boy, that must be very far away from where I'm

18   going to succeed.  Because in the startup world you're

19   constantly at the edge of utter failure or sometimes

20   remarkable success.

21          So one, you have to make peace with that, the

22   surviving/thriving duality.  And then the other thing

23   is, at the end of the day you have two things you need

24   to have in order to be persistent, in my view.  One is

25   courage and the other one is conviction.  If you cannot

Page 18

1    state with conviction what it is that you imagine can

2    be done and why you're doing it, then you're not going

3    to have the courage, no amount of experts giving you

4    advice on this and that.  By the way, experts don't

5    suggest you do big bold things.  The experts tell you

6    to do things that they think are reasonable.

7               So courage, conviction, where do you get

8    that?  Not just by yourself.  You get that from your

9    team.  You get that from people you surround yourself

10   with.  And if you find that that's going, then it's

11   going to be very hard to counteract it.

12              So you got to find where am I going to get

13   this stuff?  And I'll say the last thing which is going

14   to sound even more bizarre being at MIT where I've

15   spent the last 35, 40 years now, more or less, is the

16   following.

17              You know, there's this notion of I was

18   looking up recently, the word "faith."  I call all of

19   these things, what we all do, as leaps of faith, right?

20   Leap of faith is not a very MIT terminology, right?  I

21   mean, it's like you're supposed to be your rigorous

22   measurement, but a leap of faith.  So what does faith

23   mean?  Have you ever asked yourself?  I'm not talking

24   about religious faith, I'm talking about just the word

25   "faith," right?

Page 19

1          Faith is belief without facts.  Belief

2    without facts.  If you cannot have belief without facts

3    about something that you're going to realize in the

4    future, then you're not going to convince anybody to

5    give you the resources to get the supporting facts to

6    support your belief, and then it's never going to be

7    fact.

8          So when you find yourself saying things that

9    cause people to feel like you're asking them to make a

10   leap of faith, you should not hide that.  You should

11   tell them, yeah, you're going to make a leap of faith.

12   We're going to end up in a place where I think there's

13   value.  It's going to be really close to danger.  So

14   that's the risk we're taking, and we're going to try to

15   get all the most efficient way of getting facts, and if

16   it turns out to be true, then we have created results.

17          And that's what Moderna did, because it was a

18   total leap of faith that you could inject mRNA in the

19   body and have your unsuspecting cells make an antigen

20   or spike.  I mean, just total leap of faith.  But the

21   leap of faith preceded faith.

22          And then I'll say one last thing, and then

23   I'll shut up; they'll kick me out.  You know, there's a

24   place where, when I remember when I was a graduate

25   student here, we used to have these, like, Star Trek

Page 20

1  marathons.  And you know, if you really want to be a

2  geek, be in a corridor watching, with a bunch of other

3  MIT students 40 years ago, Star Trek movies; that's

4  what I used to do.  And there's a genre of literature,

5  I'm going to call it -- called "science fiction."  And

6  outside of this and some other few places, that's a

7  very unserious activity, science fiction.  I don't know

8  there's any Nobel Prizes for science fiction.  And if

9  you ask yourself why is that, it's because people kind

10  of think fiction is somehow the derogatory topic.

11          Well, if you think about what all this

12  innovation is about, I would argue it's about creating

13  science fiction, and then working to take the fiction

14  out of science fiction.  If you take the fiction out of

15  science fiction, you have science.  And before you say,

16  oh, no, no, surely that's -- science is a different

17  thing, it's not, because when you go back and look at

18  most of the major scientific breakthroughs that are

19  reported today, there is a much, much earlier

20  suggestion of that, except people are afraid to say it,

21  because they thought it's going to be viewed as science

22  fiction.

23          So for you, if you can just make peace with

24  the fact that for a period of time, a bad idea is going

25  to be science fiction and a good idea is going to be

Page 21

1   science fiction, and it's just a question of what the

2   experiments show.  I think that will give you the

3   ability to have a much bigger impact.  So those are my

4   suggestions.

5           MS. HENRY:  Those are fantastic suggestions,

6   all of them.  So to summarize, so take the fiction out

7   of science fiction.  Take leaps of faith.  Have courage

8   and conviction of your ideas.  Rethink the innovation

9   model.  Do the right thing for your company and nurture

10  your imagination to see what can be possible.  So with

11  that, we say thank you so much.  We're going to welcome

12  back to the stage Alex and (indiscernible).

13          MR. AFEYAN:  Thank you.  Thank you so much.

14      (End of recording)

15                          * * * * *

16

17

18

19

20

21

22

23

24

25

Page 22

1                    C E R T I F I C A T I O N

2          I, Lisa Luciano, certified transcriber,

3    hereby certify that the foregoing is a correct

4    transcript from the electronic sound recording provided

5    for transcription and prepared to the best of my

6    ability.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22    _____

23    /s / Lisa Luciano

24    Lisa Luciano, AAERT NO. 327    Date:  October 26, 2022

25

Case 1:22-cv-11378-RGS   Document 45-41   Filed 12/05/22   Page 24 of 29

5/5/2022                    ModernaTX, Inc. et al. v. Pfizer Inc. et al.              Audio Transcription

Page 23

**A**

AAERT 22:24
ability 3:25 6:1
   8:11 11:18
   21:3 22:6
able 7:1,19,19
   8:24 11:2,9
   13:16 16:14
academic 5:19
   10:13
accompany 6:16
achieved 14:25
act 7:14 10:15
   16:1
activate 4:18
activity 20:7
adapt 13:4
addition 6:2
   14:17 17:6
adjacencies 8:13
   10:15,23 13:9
adjacency 10:17
   10:25 12:15
adjacency-ori...
   10:9
adjacent 10:10
   10:10 11:6
advance 5:6
advantage 7:11
   12:17,17 13:7
   13:10
advantages
   12:25
advice 16:19,24
   18:4
advocacy 9:8
advocate 9:18
Afeyan 1:12 2:3
   3:10 5:11 9:17
   11:15 14:11
   16:25 17:2
   21:13
afraid 20:20
Africa 16:8
ago 4:10,13
   11:11 15:13
   16:7 20:3

al 1:4,8
Alex 21:12
allow 6:23,23
aloof 17:4
alternatives
   12:1
amount 18:3
announced 16:7
answer 5:8 8:6
   14:3
antigen 19:19
anybody 15:13
   19:4
Applause 2:5
   9:10
Apple 8:2
applied 15:15
approach 9:14
   9:16 16:23
argue 8:16 12:1
   20:12
ashamed 8:24
asked 18:23
asking 4:10 19:9
assume 17:17
attach 3:16
Audio 1:16

**B**

back 3:11,11
   4:13 11:2
   20:17 21:12
backwards 9:15
   11:1 12:8
bad 7:25 20:24
based 12:4
basically 13:3
   14:20
basketball 5:18
baskets 5:18
beat 15:7
beautiful 9:7
beginning 13:24
begins 2:1
belief 7:4,23
   8:14 11:25
   17:8 19:1,1,2,6

believe 4:14 6:21
   7:25 8:10
best 6:7 7:7 12:6
   15:25 22:5
bet 10:17,19
bets 10:16
beyond 14:10
big 5:24 8:3
   16:13 18:5
bigger 6:12 21:3
biggest 5:16,25
biologies 6:7
biotechnology
   14:13
birth 8:6,18
bit 5:6 9:19
bizarre 18:14
blue 10:6
body 4:12,18
   19:19
bold 18:5
bottom-up 3:4
boy 16:25 17:17
breadboard 8:5
breakthrough
   7:3,5
breakthroughs
   7:24 8:14
   20:18
brilliant 2:21
bring 17:9
broader 11:21
build 2:19
building 16:7,9
bunch 20:2
burden 15:9
business 2:14

**C**

C 22:1,1
call 7:16 10:9
   12:8 18:18
   20:5
called 10:2 20:5
capability 4:23
capital 10:14
   11:16

career 2:11,18
carefully 12:6
carried 15:9
case 1:6 15:15
cause 15:25 19:9
celebrate 2:14
cells 19:19
centers 15:3
CEO 2:19
certain 12:13
certified 22:2
certify 22:3
cetera 4:21 15:6
Chairman 1:12
   2:2
challenge 11:21
   13:17
changing 2:22
choice 12:1 15:4
circle 9:22,24,25
   10:1,2,5,21,22
claim 7:12
clinical 14:21
close 17:13
   19:13
closing 2:24
Co-Founder
   1:12
cofounded 2:19
cofounder 2:2
colleagues 8:25
come 11:2
comes 14:16
   16:4
comfortable
   8:15
communication
   4:4
companies 2:13
   16:13
companion 6:4
company 10:14
   15:20,20 16:12
   16:15 21:9
competing 15:5
competitive
   12:17

complaints 16:2
completely 6:25
concede 4:15
concentrated
   3:3
condition 2:11
conference 9:15
connect 14:3
connected 13:22
consequences
   3:23
consider 7:24
considerations
   5:3
considering 16:5
constantly 17:19
constrain 6:15
contain 9:24
context 6:20
conversation 2:6
   2:7 16:18
conviction 17:25
   18:1,7 21:8
convince 19:4
core 13:10 17:8
corporate 16:11
corporations
   15:25
correct 22:3
corridor 20:2
counteract
   18:11
countries 15:16
courage 17:25
   18:3,7 21:7
course 2:22
COURT 1:1
COVID 15:15
crazy 8:16 11:12
create 5:3
created 19:16
creating 2:12
   4:7 20:12
crowd 6:9
crowded 12:14
culture 11:17
cures 14:15

5/5/2022                     ModernaTX, Inc. et al. v. Pfizer Inc. et al.                     Audio Transcription

Page  24

current 7:20
  9:22,23
cycles 7:10 8:9

_____ D _____

D.C 1:24
danger 19:13
dangerous 17:13
Darwinian 7:8
data 3:1,2 7:4
Date 22:24
day 8:22 16:2
  17:23
day-to-day 17:5
deactivate 4:19
decided 11:16
declared 15:13
dedicated 2:11
defend 8:16
degree 3:21 6:22
delayed 15:4
demonstrated
  3:19
derivative 9:5
derogatory
  20:10
descendants
  7:25
descendent 8:8
describe 3:5
  7:13
describing 9:19
design 14:8
developing
  11:24 14:15,15
development
  14:20
different 4:20
  12:2 15:2
  20:16
DIGITAL 1:23
discriminatory
  9:2
discueses 1:13
discussions
  16:15
diseases 4:20

DISTRICIT 1:1
  1:2
diversified
  15:10
diversify 10:16
diversity 14:23
  14:25
doing 4:13,25
  14:6,8,9,10
  15:18,19 16:6
  16:9,10 18:2
draw 9:22,23
drug 4:12,12
duality 17:22

_____ E _____

E 22:1
earlier 20:19
earliest 8:1
early 14:20
edge 17:19
education 11:25
efficient 19:15
effort 17:9
either 4:18 12:2
electronic 22:4
element 10:20
emerge 7:7,7
emergence 8:7
emergent 7:16
  7:16
enable 4:5 7:11
enabled 5:5
enabling 3:21
enforce 15:12
entrant 13:2,2
entrepreneur
  2:15,19 13:22
  16:23
envision 12:5
equal 9:8
et 1:4,8 4:20
  15:6
ethical 1:13 2:25
  5:2 14:2,9 15:8
ethically 16:1
eventually 13:15

everybody 12:15
EVIDENCE
  1:23
evolution 7:8
exactly 14:6
example 3:8 4:4
  14:18
excelled 5:13
exclusive 17:6
exist 3:18
exists 11:9
experience 4:9
  7:15 12:22
experiments
  21:2
experts 18:3,4,5
explicit 9:20
explore 8:12
  10:10
exploring 10:15
extremely 12:9

_____ F _____

F 22:1
fact 4:13,17 19:7
  20:24
facts 19:1,2,2,5
  19:15
faculty 5:25
failure 17:19
fair 14:17
faith 18:18,19,20
  18:22,22,24,25
  19:1,10,11,18
  19:20,21,21
  21:7
fantastic 2:7
  7:24 9:5 16:18
  21:5
far 10:23 17:17
far-off 13:6
far-out 10:24
  11:7
feel 8:24,25
  12:10 13:8
  19:9
feels 3:13

fiction 20:5,7,8
  20:10,13,13,14
  20:14,15,22,25
  21:1,6,7
field 14:13
fight 4:19 13:3
fighting 11:23
filling 10:3
find 11:3 13:15
  14:5 17:16
  18:10,12 19:8
first 3:25 8:10
  12:4 14:3,25
  17:11
five 8:22
Flagship 3:5
followed 15:5
following 11:21
  18:16
foregoing 22:3
forever 15:14
form 8:1 9:18
  11:23
forward 2:8
  12:13
foundation 2:13
four 2:17
frame 8:14
frankly 15:18
full 10:5
fun 12:11 13:14
fundamental 7:4
future 6:5,5 7:21
  12:3,3,5,6,8,8
  17:12 19:4
future-backw-
  3:19
futuristic 5:2

_____ G _____

gain 7:10 8:8
geek 20:2
genius 7:14
genre 20:4
getting 19:15
give 8:6 11:11
  15:11 16:24

  19:5 21:2
given 6:1
gives 3:25
giving 8:18 18:3
go 3:8 8:1 20:17
goal 14:12,14
goes 10:12
going 2:21 4:21
  4:24 5:4 6:8
  10:18,21 11:6
  13:14,16 14:18
  16:3,6,9 17:18
  18:2,10,11,12
  18:13 19:3,4,6
  19:11,12,13,14
  20:5,21,24,25
  21:11
good 3:22 5:21
  11:7 14:8
  20:25
governs 6:8
graduate 2:22
  5:12 19:24
grant 10:13
granted 12:25
gravity 6:13
great 3:11 6:10
  14:1
group 1:23
  15:10
guess 9:18 12:24

_____ H _____

hall 6:20
happen 4:1 7:12
happens 17:12
happy 16:14
hard 11:5 12:19
  18:11
harvested 17:12
head 13:18
heard 2:24 9:13
hedge 10:18
hell 13:3
help 14:5
helped 2:19
helping 6:2,3

5/5/2022                    ModernaTX, Inc. et al. v. Pfizer Inc. et al.            Audio Transcription

Page 25

helps 14:10
Henry 2:4,6 5:7
  9:7,11 11:14
  13:21 16:17
  17:1 21:5
hey 6:16 13:8
hide 19:10
honest 12:18
Honestly 16:10
hope 7:23
human 2:11
humans 6:1 7:6

**I**

idea 3:7 8:10 9:5
  10:24 13:21
  20:24,25
ideas 7:25 11:6
  11:12 21:8
identified 10:4
ignoring 16:17
image 17:11
imaginary 7:21
  9:2
imagination 5:9
  6:5,16,18,22
  6:23 7:18 9:6,9
  9:11 11:14
  16:22 21:10
imagine 6:1,8,11
  6:12,13 7:19
  11:1 18:1
imagining 3:15
  3:25 4:1 6:4
immigrant
  12:24,24 13:3
  13:19,21 16:22
immigrate 13:6
immune 4:18,19
impact 3:22
  14:12 15:23
  16:3,4 17:9
  21:3
impacting 14:14
implicit 15:21
important 4:9
  9:6

importantly
  11:17
improving 2:11
incorporate 14:9
incorporating
  5:2
increases 3:4
incumbency
  13:18
incumbent 13:1
  13:17 16:16,24
Incumbents
  13:9
indiscernible
  21:12
industry 14:25
inflammation
  4:20
inject 19:18
injustice 11:24
innately 6:1
innovate 10:1,2
innovating 8:18
innovation 1:13
  2:25 3:15 5:10
  7:13,17 9:12
  9:13,14,16,17
  9:18,21 10:7,8
  10:9,13,14,14
  12:2,12 13:5
  14:2,9 20:12
  21:8
innovations 2:12
  5:24 7:3,6 10:3
inside 4:12 10:2
insist 16:13
inspiring 2:6
institution 11:9
institutionally
  11:20
integral 4:7
intellectually
  13:5
invent 11:19
inventor 2:18
invest 6:23
iPad 8:3

iPhone 8:2,6
issues 17:5
iterate 7:21,22
  7:22
iteration 7:9

**J**

jeez 6:10

**K**

keep 3:20 13:19
  16:9
keeping 16:22
Kenya 16:8
kick 19:23
kind 3:14 5:1,17
  5:20,23 8:8
  9:21 10:7,7,8
  12:10 13:20
  14:16 15:23
  17:3 20:9
kinds 4:20 16:15
knew 14:21
know 2:15 4:23
  4:24 5:11,13
  5:14,17,20 6:6
  9:1 10:21 11:4
  11:8 13:25
  17:2,14 18:17
  19:23 20:1,7
knowledge 5:21
  6:2 8:8 9:22
  10:10
Kresge 6:20

**L**

ladder 12:9
land 13:16
large 10:14
  16:21
largely 10:15
  13:1
lastly 15:20
late 5:4
laugh 8:24
launching 15:4
laws 6:6
lead 8:14

leap 8:11 13:11
  13:13 18:20,22
  19:10,11,18,20
  19:21
leaping 13:19,20
leaps 18:19 21:7
learn 8:19,21 9:1
  13:3
learned 5:23
  6:21 8:19,20
learning 8:9
leave 17:15
left 17:12,15
lesson 9:7
let's 10:20
license 15:21
life 2:20 12:22
  17:9
limitations
  12:13
Linda 2:4 3:10
line 11:25
Lisa 22:2,23,24
literally 13:5
literature 20:4
little 9:19
long 4:2 6:20
  8:17 16:25
look 2:8 8:1
  10:21 14:18,19
  15:17 17:2
  20:17
looking 3:20
  12:16,23 18:18
looks 8:3,4
loses 15:22
lot 5:12 7:15
  10:1 13:23
  14:6,7
lots 7:4
love 13:9,21
low- 15:15
Luciano 22:2,23
  22:24
lucky 5:15

**M**

M 1:24
major 7:10
  20:18
making 10:13
manipulate 3:2
marathons 20:1
MASSACHU...
  1:2
McGill 5:14
mean 12:12
  15:17 18:21,23
  19:20
measurement
  4:23 18:22
mentally 8:11
middle-income
  15:15
million 16:8
mind 3:21
mindset 13:22
  16:23 17:7
mindsets 11:18
minutes 8:22
MIT 1:14 2:23
  5:12 18:14,20
  20:3
mode 17:16
model 21:9
moderator 2:4
Moderna 1:12
  1:13 2:3 3:7
  4:9 14:20
  19:17
ModernaTX 1:4
molecules 4:24
moment 6:25
money 10:12
  11:5,6,11
  12:18 13:9
month 15:13
  16:7
months 15:6,8
movies 20:3
mRNA 19:18
mutually 17:5

**N**

Case 1:22-cv-11378-RGS   Document 45-41   Filed 12/05/22   Page 27 of 29

5/5/2022                    ModernaTX, Inc. et al. v. Pfizer Inc. et al.                    Audio Transcription

Page 26

**N** 22:1
**natives** 13:7
**necessary** 5:23
**need** 4:23 6:15
    7:18 11:17,18
    17:23
**needed** 11:16
**needs** 3:18 10:4
**neighborhood**
    13:6
**neither** 3:17
**never** 6:21 10:5
    13:8 14:24
    15:14 19:6
**new** 11:24,25
    13:2
**niche** 10:3
**Nobel** 20:8
**notion** 18:17
**Noubar** 1:12 2:3
    2:8,10
**Noubar's** 2:18
**number** 3:1,2
**nurture** 21:9
**NW** 1:24

**O**

**O** 22:1
**October** 15:11
    22:24
**odds** 13:4
**oh** 20:16
**okay** 4:22 11:1
**once** 2:3 5:4
**ones** 2:17
**online** 8:1
**operate** 15:21
**order** 5:3 8:9
    14:22 17:24
**outside** 20:6
**overcome** 13:4
**overcoming**
    17:10

**P**

**pandemic** 15:12
**parallels** 13:23

**part** 4:7
**particular** 3:14
    10:3
**pat** 8:12
**patents** 15:12
**path** 9:4
**patient** 4:11
**peace** 17:21
    20:23
**people** 4:4 7:12
    8:15 9:25 10:2
    10:6 11:11,17
    12:10,11,18,19
    12:19,21 13:14
    14:4,5,7,23
    15:2 16:2,12
    16:13,20 17:15
    18:9 19:9 20:9
    20:20
**people's** 3:1
**percent** 10:12
**peril** 17:14,15
**period** 20:24
**persistent** 17:24
**person** 3:11
**Pfizer** 1:8 15:5
**pharmaceutical**
    14:24
**phone** 8:4
**physics** 6:7
**pioneering** 3:5
    11:9
**place** 3:3 4:6
    13:6 19:12,24
**places** 20:6
**plant** 16:8
**platforms** 4:8
**player** 5:18
**pledge** 15:14
**pledged** 15:11
**point** 7:10 10:18
    10:22 11:7
**pointers** 14:1
**points** 5:19
**possible** 21:10
**pounds** 6:14
**powerful** 8:10

**practical** 6:15
**practice** 3:14
    8:22
**preceded** 19:21
**precious** 15:22
**prepare** 4:3,3,5
**prepared** 22:5
**present** 6:4,6
    11:3 12:3,13
**preserve** 16:3
**pressure** 7:20
**prevention**
    14:15
**previously** 4:8
**Prizes** 20:8
**problems** 16:21
**process** 5:10 7:7
**product** 3:7
    10:10 11:24
**products** 3:18
    9:23 14:6
**project** 14:10
**prolific** 2:17
**prosecute** 6:3
**protein** 4:18
**proven** 3:17
**provided** 22:4
**provocative** 17:3
**proximity** 17:14
**pull** 5:8 11:19
**purely** 7:15
**put** 4:6 10:20
    13:12

**Q**

**question** 3:6,9
    9:25 10:24
    14:16 16:19
    21:1
**questions** 3:24
    4:11
**quite** 5:6

**R**

**R** 22:1
**raise** 11:5,6
**rarely** 12:10

**reaction** 9:2
**real** 8:17
**reality** 4:2,2
    6:13,14
**realize** 13:13
    17:7 19:3
**realized** 11:10
**really** 7:11,25
    8:9 9:12,14
    10:5 11:5 12:5
    13:23 16:14,21
    17:13 19:13
    20:1
**reason** 7:2
**reasonable** 5:21
    6:24 18:6
**reasoning** 5:22
    6:3
**recording** 2:1
    21:14 22:4
**regulations** 16:1
**relative** 10:1
**relevant** 9:14
**religious** 18:24
**remarkable**
    17:20
**remember** 19:24
**reported** 20:19
**research** 5:20
**resist** 9:2
**resorted** 12:22
**resource** 10:16
**resources** 19:5
**responsibility**
    16:11
**results** 12:3,4
    19:16
**Rethink** 21:8
**rewards** 17:14
**right** 5:20 9:14
    10:23 12:14
    15:19 16:4
    18:19,20,25
    21:9
**rights** 9:8
**rigorous** 18:21
**risk** 19:14

**role** 5:10
**room** 12:23 14:4
    16:24
**root** 9:12
**rules** 2:25 3:8
**run** 14:19

**S**

**s** 22:23
**safeguards** 4:6
    4:22
**saying** 6:10 8:15
    11:5 14:8 17:2
    19:8
**science** 2:20
    3:17 5:19 20:5
    20:7,8,13,14
    20:15,16,21
    20:25 21:1,7
**science-based**
    2:12
**scientific** 5:9
    6:19 20:18
**scientists** 2:22
**score** 5:19
**see** 3:16 8:2
    21:10
**selection** 7:9,9
    7:20
**sense** 13:12
**serial** 2:14
**serve** 2:13
**setting** 14:5
    16:20
**shaped** 6:5
**sharing** 13:25
**shoot** 12:6
**short** 8:13
**show** 21:2
**showing** 15:2
**shut** 19:23
**sign** 5:17
**significantly**
    15:1
**silly** 8:15
**simply** 11:20
**sitting** 6:9 11:4

Case 1:22-cv-11378-RGS   Document 45-41   Filed 12/05/22   Page 28 of 29

5/5/2022                    ModernaTX, Inc. et al. v. Pfizer Inc. et al.            Audio Transcription

Page 27

skills 5:22 6:3
slow 15:7
slowed 14:20
  15:6
smart 12:20
smarter 12:19
  12:21
social 11:23
society 3:22
  14:13,14
Solve 1:14
solver 2:10
sort 9:12
sound 18:14
  22:4
space 9:23 13:2
special 9:3
spend 16:9
spent 5:6 18:15
spike 19:20
spots 17:13
stage 2:2 21:12
stakes 7:13
stand 8:12
Star 19:25 20:3
start 3:15 4:22
  8:17
started 3:7 4:10
starting 3:6,17
startup 2:13,15
  17:18
startups 2:20
state 1:1 18:1
statement 9:3
staying 13:19
step 8:10
Street 1:24
struggling 17:4
student 19:25
students 5:13
  20:3
stuff 18:13
subject 7:19
subjects 15:1
subset 10:11
subsets 10:4
subýSaharan

16:8
succeed 10:18
  17:18
success 5:17
  17:20
sufficient 5:24
suggest 18:5
suggestion 20:20
suggestions 21:4
  21:5
Suite 1:24
summarize 21:6
super 2:16
superpower 9:4
support 10:14
  11:3 12:7 19:6
supporting 19:5
supposed 18:21
sure 6:19 12:23
  14:22
surely 20:16
surround 18:9
surveillance 3:4
survival 17:16
survive 13:4
surviving/thri...
  17:22
system 4:19,19
  11:25
systematically
  2:12

T
T 22:1,1
tackle 16:20
take 3:25 12:25
  14:1 20:13,14
  21:6,7
taken 8:19
talk 4:25 5:10
  9:11,13
talked 13:24
  14:2 16:21,22
talking 9:1
  18:23,24
team 18:9
technologies 5:4

technology 2:20
tell 11:8 18:5
  19:11
term 5:9
terminology
  18:20
territory 14:16
thank 11:13
  21:11,13,13
thanks 3:10,10
thing 6:21 7:18
  15:19,22 17:7
  17:22 18:13
  19:22 20:17
  21:9
things 3:20 4:7
  5:7,23 6:12,15
  6:24 8:16,16
  8:18 16:5,14
  16:16 17:3,23
  18:5,6,19 19:8
think 4:7,8,17
  5:5 7:3 8:13
  11:21 12:5,9
  12:13,20 13:12
  13:20 14:7,11
  16:10 17:5,6
  17:13 18:6
  19:12 20:10,11
  21:2
thinking 2:25
  4:22 5:1
thought 5:16
  20:21
three 2:17,25 3:3
time 3:25 5:6,16
  5:22 6:20 8:13
  8:23 10:20
  14:19 15:6
  16:17 17:1
  20:24
times 6:18
today 8:3 12:4,7
  20:19
today's 10:21,23
told 11:11
top-down 3:3

topic 20:10
total 19:18,20
totally 11:7
transcriber 22:2
transcript 22:4
transcription
  1:16 22:5
Trek 19:25 20:3
trial 14:25 15:3
trials 14:21,24
true 19:16
try 19:14
trying 3:16 4:5
  9:18 17:8
Tuesdays 10:6
turns 5:25 6:14
  19:16
two 3:2 12:1
  14:11 15:6,7,8
  17:23

U
ugly 8:5
ultimate 2:10
unachievable
  6:25
unbelievable
  7:14
understand 4:4
  6:6,7 17:11
understood 7:8
UNIDENTIFI...
  2:2
unimagined 4:8
unintended 3:23
UNITED 1:1
university 5:13
  5:14
unrealistic 6:25
unreasonable
  8:23
unrelated 17:4
unserious 20:7
unsuspecting
  19:19
use 5:9
usually 3:17

utter 17:19
Uval's 2:24

V
v 1:6
vaccinated 15:3
vaccine 4:15
  14:19,22 15:5
  15:13
vaccines 15:14
valuable 7:12
value 3:16 10:11
  12:16 13:15
  17:12,15 19:13
variation 7:8,9
variations 7:19
venture 10:13
view 5:25 7:6 9:4
  9:21 17:24
viewed 20:21
volunteers 15:1

W
want 5:8 11:1
  12:5,6 16:3,3
  20:1
Washington
  1:24
watching 14:5
  20:2
way 3:19 4:13
  9:13,15,21
  12:12,14 14:17
  15:25 16:11
  18:4 19:15
ways 14:5,11
we'll 16:9
we're 5:25 11:15
  14:8,9,18
  15:17,18,18
  16:6,6,7,9,10
  16:14 19:12,14
  19:14 21:11
weeks 15:7
welcome 21:11
went 11:10
  14:23

Case 1:22-cv-11378-RGS   Document 45-41   Filed 12/05/22   Page 29 of 29

5/5/2022                    ModernaTX, Inc. et al. v. Pfizer Inc. et al.                    Audio Transcription

Page  28

**what-ifs** 4:10
**when's** 8:22
**willing** 4:15
  13:13
**willingness**
  13:11
**wisdom** 14:1
**wise** 17:7
**wonderful** 2:8
**word** 6:18 14:2
  18:18,24
**work** 3:5 10:24
  11:1 12:2,19
  14:8,13
**worked** 8:2
  14:22 15:23
**working** 8:4
  15:13 16:12
  20:13
**world** 2:14,21
  6:12 7:20,21
  14:6 17:18
**worry** 16:16
**worth** 8:18
  17:10
**wouldn't** 6:10

**X**

**Y**

**yea** 8:3
**yeah** 5:11 11:15
  19:11
**years** 4:10,13
  5:22 8:19
  10:22 11:11
  15:23,24 18:15
  20:3
**yesterday** 3:13

**Z**

**zone** 10:25 12:15

**0**

**1**

**1:22-cv-11378**
  1:7

**10** 6:14 10:22
**12** 4:10,13
**1730** 1:24
**19** 3:12
**1983** 5:12

**2**

**20** 10:22 11:10
**20036** 1:24
**202** 1:25
**2020** 15:11
**2022** 1:14,15
  22:24
**232-0646** 1:25
**26** 22:24

**3**

**3,000** 16:12,13
**30,000** 15:1
**300,000** 16:12
**327** 22:24
**35** 5:22 8:19
  18:15

**4**

**40** 18:15 20:3

**5**

**5** 1:15
**500** 16:8

**6**

**7**

**8**

**80** 2:20
**812** 1:24

**9**

**99** 10:12