AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| MODERNATX, INC. and MODERNA US, INC. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:22-cv-11378-RGS |
| PFIZER INC., BIOTECH SE, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Pfizer Inc.

Date:    December 16, 2022

*Attorney's signature*

Michael Xun Liu, admitted pro hac vice
*Printed name and bar number*

Williams & Connolly LLP
680 Maine Avenue SW
Washington, DC 20024

*Address*

mliu@wc.com
*E-mail address*

(202) 434-5706
*Telephone number*

(202) 434-5029
*FAX number*

## CERTIFICATE OF SERVICE

    I hereby certify that, on this 16th day of December 2022, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

_____

Michael Xun Liu