UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MODERNATX, INC. and MODERNA US, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PFIZER INC., BIONTECH SE, BIONTECH MANUFACTURING GMBH, and BIONTECH US INC., <br><br> Defendants. | Case No. 1:22-cv-11378-RGS |

### JOINT MOTION TO EXTEND RESPONSE DATE FOR PARTIES TO SUBMIT A JOINT PROPOSED PRE-TRIAL SCHEDULE

All parties hereby jointly move for a ten (10) day extension of time, until January 13, 2023, to submit a joint proposed pre-trial schedule. On December 19, 2022, the Court entered an order (Docket No. 57) requiring the parties to submit a joint pre-trial schedule, consistent with L.R. 16.6, no later than January 3, 2023. The parties seek additional time to facilitate the opportunity to work together in good faith prior to the filing in an effort to reduce issues presented to the Court. The additional time is necessitated by the unavailability of representatives of the clients and counsel, including due to travel, during the year-end holidays. The parties believe that the additional time will lead to a reduction in potential issues presented to the Court in their proposed pre-trial schedule submission.

WHEREFORE, the parties request that the Court grant this joint motion and extend the date for all parties to submit a joint proposed pre-trial schedule until January 13, 2023.

DEFENDANTS BIONTECH SE,
BIONTECH MANUFACTURING GMBH
AND BIONTECH US INC.

By their Counsel,

/s/ Jeffrey S. Robbins
_____
Jeffrey S. Robbins, BBO #421910
Jeffrey.Robbins@saul.com
Joseph D. Lipchitz, BBO #632637
Joseph.Lipchitz@saul.com
Gregory M. Boucher, BBO #665212
Gregory.Boucher@saul.com
SAUL EWING ARNSTEIN & LEHR LLP
131 Dartmouth Street, Suite 501
Boston, MA 02116
Tel: (617) 723-3300

Dated: December 21, 2022

ADMITTED PRO HAC VICE:
Bruce M. Wexler
Eric W. Dittmann
Young J. Park
Simon F. Kung
Rebecca A. Hilgar
Carl J. Minniti, III
Michael Ryan Meuth

PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
(212) 318-6000

*Attorneys for Defendants BioNTech US Inc.,
BioNTech SE, and BioNTech Manufacturing GmbH*

|  |  |
|---|---|
|  | DEFENDANT PFIZER INC. |
|  | By its Counsel, |
|  |  |
|  | /s/ Lee C. Bromberg |
| ADMITTED PRO HAC VICE: | _____ |
| Thomas H.L. Selby | Lee Carl Bromberg (BBO # 058480) |
| Stanley E. Fisher | Erik Paul Belt (BBO # 558620) |
| Kathryn S. Kayali | Wyley Proctor (BBO # 666613) |
| Michael Xun Liu | MCCARTER & ENGLISH, LLP |
| D. Shayon Ghosh | 265 Franklin Street |
| Julie Tavares | Boston, MA 02110 |
| Derrick M. Anderson | P: 617.449.6500 |
| Haylee Bernal Anderson | F: 617.607.9200 |
|  | lbromberg@mccarter.com |
| WILLIAMS & CONNOLLY LLP | ebelt@mccarter.com |
| 680 Maine Avenue, SW | wproctor@mccarter.com |
| Washington, DC 20024 |  |
| (202) 434-5000 | Dated: December 21, 2022 |
| tselby@wc.com |  |
| sfisher@wc.com |  |
|  |  |
| *Attorneys for Defendant Pfizer, Inc.* |  |
|  | PLAINTIFFS MODERNATX, INC. AND MODERNA US, INC. |
|  | By its Counsel, |
|  | /s/ Amy K. Wigmore |
|  | _____ |
|  | William F. Lee (BBO# 291960) |
|  | Emily R. Whelan (BBO# 646982) |
|  | Kevin S. Prussia (BBO# 666813) |
|  | Andrew J. Danford (BBO# 672342) |
|  | WILMER CUTLER PICKERING |
|  |   HALE AND DORR LLP |
|  | 60 State Street |
|  | Boston, MA  02109 |
|  | (617) 526-6000 |
|  | william.lee@wilmerhale.com |
|  | emily.whelan@wilmerhale.com |
|  | kevin.prussia@wilmerhale.com |
|  | andrew.danford@wilmerhale.com |
|  |  |
|  | Amy K. Wigmore (BBO# 629275) |

WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC  20006
(202) 663-6000
amy.wigmore@wilmerhale.com

*Attorneys for Plaintiffs ModernaTX, Inc. and Moderna US, Inc.*

Dated: December 21, 2022

## CERTIFICATE OF SERVICE

    I, Jeffrey S. Robbins, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 21, 2022.

                                                    /s/ *Jeffrey S. Robbins*
                                                   Jeffrey S. Robbins