# WILMERHALE

January 13, 2023

**Kevin S. Prussia**

+1 617 526 6243 (t)
+1 617 526 5000 (f)
kevin.prussia@wilmerhale.com

**Filed by CM/ECF**

Honorable Richard G. Stearns
United States District Judge
United States District Court for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Re:   *ModernaTX, Inc. and Moderna US, Inc. v. Pfizer Inc., BioNTech SE, BioNTech Manufacturing GmBH, and BioNTech US Inc.*
      Case No. 1:22-cv-11378-RGS (D. Mass.)

Dear Judge Stearns,

    We represent Plaintiffs in the above-captioned case and write on behalf of all parties. We write to inform the Court that the parties have met and conferred and have reached agreement on a substantial number of provisions of a Proposed Scheduling Order, which is enclosed herewith. However, the parties have not been able to agree on the case deadlines between the substantial completion of document production and trial. Pursuant to Local Rule 16.1(d), the parties have set forth their respective positions on those issues within the enclosed joint statement.

    To the extent the Court determines that a hearing would be helpful, the parties would welcome the opportunity and respectfully provide their joint availability the week of January 23rd:

- Tuesday, January 24, 2023
- Thursday, January 26, 2023

    Counsel can also be available at later dates at the Court's convenience.

Respectfully submitted,

*/s/ Kevin S. Prussia*

Kevin S. Prussia (BBO# 666813)

WILMERHALE

January 13, 2023
Page 2

Enclosure

cc: Counsel of Record (via CM/ECF)