IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MODERNATX, INC. and MODERNA US, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PFIZER INC., BIONTECH SE, BIONTECH MANUFACTURING GMBH, and BIONTECH US INC.,<br><br>Defendants. | C.A. No. 22-11378-RGS |

## JOINT CLAIM CONSTRUCTION STATEMENT

Pursuant to Local Rule 16.6(e)(1)(A) and the Court's January 17, 2023 Scheduling Order, Plaintiffs ModernaTX, Inc. and Moderna US, Inc. (collectively, "Plaintiffs") and Defendants Pfizer, Inc., BioNTech SE, BioNTech Manufacturing GmbH, and BioNTech US Inc. (collectively, "Defendants") hereby submit this joint claim construction statement.

The parties agree that, other than the claim terms identified in the charts below, no claim terms in U.S. Patent Nos. 10,898,574, 10,702,600, and 10,933,127 require construction. The parties further agree to defer resolution of any issues of indefiniteness until later in the litigation unless otherwise instructed by the Court.[1]

**I.     Agreed Constructions**

| U.S. Patent No. 10,933,127 ||
|---|---|
| **Term** | **Agreed Construction** |
| subject | "a mammal" |

---

[1] Nothing in this Joint Claim Construction Statement shall be construed as a waiver of any arguments with respect to validity or invalidity of any patent claim, including under 35 U.S.C. § 112.

## II. Disputed Constructions

| U.S. Patent No. 10,898,574 | | | |
|---|---|---|---|
| **Term** | **Plaintiffs' Construction** | **Defendants' Construction** | **Court's Construction** |
| mRNA | Plain and ordinary meaning, which is:<br><br>"messenger RNA, i.e., a ribonucleic acid (RNA) polynucleotide that encodes a polypeptide of interest and can be translated to produce the encoded polypeptide of interest." | "messenger ribonucleic acid, *i.e.*, a ribonucleic acid (RNA) that acts as a template for protein synthesis through the process of translation" | |
| unmodified mRNA | Plain and ordinary meaning, which is:<br><br>"mRNA prior to being changed." | "any mRNA molecule prior to being changed in any way; mRNA molecules may undergo a series of modifications whereby each modified mRNA molecule may serve as the unmodified starting mRNA molecule for a subsequent modification" | |
| **U.S. Patent Nos. 10,702,600 and 10,933,127** | | | |
| **Term** | **Plaintiffs' Construction** | **Defendants' Construction** | **Court's Construction** |
| betacoronavirus | Plain and ordinary meaning, which is:<br><br>"an enveloped, positive-sense, single stranded RNA virus of zoonotic origin that belongs to one of the four lineages of the betacoronavirus genus of the subfamily | "as of October 21, 2016, any of the enveloped, positive-sense, single stranded RNA viruses of zoonotic origin that belonged to one of the four lineages of the betacoronavirus genera of the subfamily Coronavirinae (*e.g.*, | |

| | | | |
|---|---|---|---|
| | Coronavirinae (e.g., OC43, HKU1, MERS-CoV, and SARS-CoV)" | OC43, HKU1, MERS-CoV, and SARS-CoV)" | |
| S protein | Plain and ordinary meaning, which is:<br><br>"spike protein" | "a structural protein encoded by a betacoronavirus genome that mediates virus binding to cells and virus entry via fusion of the virus and target cell membranes" | |
| open reading frame | Plain and ordinary meaning, which is:<br><br>"In a DNA, a continuous stretch of DNA beginning with a start codon, and ending with a stop codon and encodes a polypeptide, or, in an mRNA, a corresponding stretch of mRNA" | "a continuous stretch of DNA beginning with a start codon (e.g., methionine (ATG)), and ending with a stop codon (e.g., TAA, TAG or TGA) and encodes a polypeptide" | |

Date: May 8, 2023                                    Respectfully submitted,

/s/ *Wyley Proctor*                                     /s/ *Kevin S. Prussia*
Lee Carl Bromberg (BBO # 058480)        William F. Lee (BBO# 291960)
Erik Paul Belt (BBO # 558620)                 Emily R. Whelan (BBO# 646982)
Wyley Proctor (BBO # 666613)                Kevin S. Prussia (BBO# 666813)
**MCCARTER & ENGLISH, LLP**             Andrew J. Danford (BBO# 672342)
265 Franklin Street                                    WILMER CUTLER PICKERING
Boston, MA 02110                                      HALE AND DORR LLP
P: 617.449.6500                                         60 State Street
F: 617.607.9200                                         Boston, MA 02109
lbromberg@mccarter.com                       (617) 526-6000
ebelt@mccarter.com                                william.lee@wilmerhale.com
wproctor@mccarter.com                         emily.whelan@wilmerhale.com
                                                                    kevin.prussia@wilmerhale.com
OF COUNSEL:                                          andrew.danford@wilmerhale.com

Thomas H. L. Selby*                                Amy K. Wigmore (BBO# 629275)
Stanley E. Fisher*                                    WILMER CUTLER PICKERING
Kathryn S. Kayali*                                      HALE AND DORR LLP

Michael Xun Liu*
D. Shayon Ghosh*
Julie Tavares*
Derrick M. Anderson*
Haylee Bernal Anderson*
**WILLIAMS & CONNOLLY LLP**

680 Maine Avenue, S.W.
Washington, DC 20024
Telephone: 202-434-5000
Facsimile: 202-434-5029

*Attorneys for Defendant and Counter-Claim Plaintiff Pfizer Inc.*

/s/ *Gregory M. Boucher*
Jeffrey S. Robbins, BBO #421910
Jeffrey.Robbins@saul.com
Joseph D. Lipchitz, BBO #632637
Joseph.Lipchitz@saul.com
Gregory M. Boucher, BBO #665212
Gregory.Boucher@saul.com
**SAUL EWING ARNSTEIN & LEHR LLP**
131 Dartmouth Street, Suite 501
Boston, MA 02116
Tel: (617) 723-3300

OF COUNSEL:

Bruce M. Wexler*
Eric W. Dittmann*
Young J. Park*
Simon F. Kung*
Rebecca A. Hilgar*
Ryan Meuth*
**PAUL HASTINGS LLP**
200 Park Avenue
New York, NY 10166
(212) 318-6000

*Attorneys for Defendants and Counter-Claim Plaintiffs BioNTech SE, BioNTech Manufacturing GmbH, and BioNTech US, Inc.*

2100 Pennsylvania Avenue NW
Washington, DC 20037
(202) 663-6000
amy.wigmore@wilmerhale.com

*Counsel for Plaintiffs ModernaTX, Inc. and Moderna US, Inc.*

* Admitted pro hac vice

4

## CERTIFICATE OF SERVICE

I, Kevin Prussia, hereby certify that on May 8, 2023, I caused the foregoing Joint Claim Construction Statement to be electronically filed with the Clerk of the Court using the CM/ECF system, which will simultaneously serve notice of such filing to counsel of record to their registered electronic mail addresses.

/s/ *Kevin S. Prussia*
Kevin S. Prussia (BBO# 666813)