# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MODERNATX, INC. and MODERNA US, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PFIZER INC., BIONTECH SE, BIONTECH MANUFACTURING GMBH, and BIONTECH US INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) C.A. No. 1:22-11378-RGS ) ) ) ) ) ) ) |

## JOINT MOTION TO ENLARGE PAGE LIMITS FOR OPENING CLAIM CONSTRUCTION BRIEFS

Plaintiffs ModernaTX, Inc. and Moderna US, Inc. and Defendants Pfizer Inc., BioNTech SE, BioNTech Manufacturing GMBH, and BioNTech US Inc. (collectively, the "Parties") respectfully request that the Court modify the default page limits established by Local Rule 7.1(b)(4) in connection with the Parties' opening claim construction briefs, which are due on May 26, 2023 (Dkt. 62).

In support of this joint motion, the Parties state as follows:

1. The Parties both intend to submit opening claim construction briefs on May 26, 2023.

2. The page limits for opening claim construction briefs are subject to the page limit constraints of Local Rule 7.1(b)(4). *See* L.R. 16.6(e)(5).

3. Local Rule 7.1(b)(4) states that "[m]emoranda supporting or opposing allowance of motions shall not, without leave of court exceed 20 pages, double-spaced."

1

4. Across the three patents-in-suit, there are five terms to be construed. While the Parties are working diligently to present their arguments to the Court as concisely as possible in their forthcoming briefs, they require more than 20 pages, the default page limit set out in Local Rule 7.1(b)(4), to do so. The Parties believe that an additional three pages are necessary to provide the Court the opportunity to consider the Parties' full arguments regarding claim construction.

5. The Parties therefore respectfully and jointly request that the Court grant the Parties leave to file their opening claim construction briefs in excess of the default pages limits by three pages.

| | |
|---|---|
| Date:  May 23, 2023 | Respectfully submitted, |

MODERNATX, INC. and MODERNA US, INC.

By their attorneys,

*/s/ Kevin S. Prussia*

William F. Lee (BBO# 291960)
Emily R. Whelan (BBO# 646982)
Kevin S. Prussia (BBO# 666813)
Andrew J. Danford (BBO# 672342)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA  02109
(617) 526-6000
william.lee@wilmerhale.com
emily.whelan@wilmerhale.com
kevin.prussia@wilmerhale.com
andrew.danford@wilmerhale.com

Amy K. Wigmore (BBO# 629275)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
2100 Pennsylvania Avenue, NW
Washington DC, 20037
(202) 663-6000
amy.wigmore@wilmerhale.com

*Counsel for ModernaTX, Inc. and Moderna US, Inc.*

PFIZER INC., BIONTECH SE, BIONTECH MANUFACTURING GMBH, and BIONTECH US INC.

By their attorneys,

*/s/ Wyley Proctor*

Lee Carl Bromberg (BBO # 058480)
Erik Paul Belt (BBO # 558620)
Wyley Proctor (BBO # 666613)
MCCARTER & ENGLISH LLP
265 Franklin Street
Boston, MA 02110
P: 617.449.6500
F: 617.607.9200
lbromberg@mccarter.com
ebelt@mccarter.com
wproctor@mccarter.com

OF COUNSEL:

Thomas H. L. Selby
Stanley E. Fisher
Kathryn S. Kayali
Michael Xun Liu
D. Shayon Ghosh
Julie Tavares
Derrick M. Anderson
Haylee Bernal Anderson
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, DC 20024
Telephone: 202-434-5000
Facsimile: 202-434-5029

*Counsel for Pfizer Inc.*

*/s/ Gregory Boucher*
Jeffrey S. Robbins, BBO #421910
Jeffrey.Robbins@saul.com
Joseph D. Lipchitz, BBO #632637

3

        Joseph.Lipchitz@saul.com
        Gregory M. Boucher, BBO #665212
        Gregory.Boucher@saul.com
        SAUL EWING LLP
        131 Dartmouth Street, Suite 501
        Boston, MA 02116
        Tel: (617) 723-3300

        OF COUNSEL:

        Bruce M. Wexler
        Eric W. Dittmann
        Young J. Park
        Simon F. Kung
        Rebecca A. Hilgar
        Ryan Meuth
        PAUL HASTINGS LLP
        200 Park Avenue
        New York, NY 10166
        (212) 318-6000

        *Counsel for BioNTech SE, BioNTech Manufacturing GmbH, and BioNTech US, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2023, a true copy of the foregoing was served upon the attorneys of record for each other party by the CM/ECF electronic filing system and via e-mail.

                                  /s/ *Kevin S. Prussia*
                                  Kevin S. Prussia