# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MODERNATX, INC. and MODERNA US, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PFIZER INC., BIOTECH SE, BIONTECH MANUFACTURING GMBH, and BIONTECH US INC., <br><br> Defendants. | C.A. No. 1:22-11378-RGS |

## DECLARATION OF KEVIN S. PRUSSIA IN SUPPORT OF
## PLAINTIFFS' OPENING CLAIM CONSTRUCTION BRIEF

I, Kevin S. Prussia, declare as follows:

1. I am a partner at the law firm Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"), counsel for ModernaTX, Inc. and Moderna US, Inc. (together, "Plaintiffs") in the above-captioned action. I am a licensed attorney and a member in good standing of the Bars of the Commonwealth of Massachusetts and the State of New York. I respectfully submit this declaration in support of Plaintiffs' Opening Claim Construction Brief.

2. Attached hereto as Exhibit A is a true and correct excerpt from the patent prosecution history of U.S. Patent No. 10,933,127, dated September 18, 2020, bearing Bates stamps MOD_000291458 through MOD_000291466.

3. Attached hereto as Exhibit B is a true and correct excerpt from the patent prosecution history of U.S. Patent No. 10,933,127, dated December 18, 2020, bearing Bates stamps MOD_000291492 through MOD_000291494.

4. Attached hereto as Exhibit C is a true and correct copy of the Federal Drug Administration's full prescribing information label for Comirnaty® dated July 2022, bearing Bates stamps MOD_000000594 through MOD_000000621.

5. Attached hereto as Exhibit D is a true and correct copy of the article titled "Receptor Recognition Mechanisms of Coronaviruses: a Decade of Structural Studies," by Fang Li, dated February 2015.

6. Attached hereto as Exhibit E is a true and correct copy of the article titled "Dipeptidyl peptidase 4 is a functional receptor for the emerging human coronavirus-EMC," by V. Stalin Raj et al., dated March 14, 2013.

7. Attached hereto as Exhibit F is a true and correct excerpt of the patent prosecution file of U.S. Patent No. 10,702,600, dated May 12, 2020, bearing Bates stamps MOD_000032290 through MOD_000032299.

8. Attached hereto as Exhibit G is a true and correct copy of excerpts from Lewin's Cells (2d Ed.), dated 2011, including the chapter titled "Gene expression and regulation," by David G. Bear, and the entry for "open reading frame" in the Glossary.

9. Attached hereto as Exhibit H is a true and correct copy of excerpts from Virus Taxonomy: Classification and Nomenclature of Viruses, the Ninth Report of the International Committee on Taxonomy of Viruses, from 2012, including the chapter titled "Introduction to Virus Taxonomy," by Eric B. Carstens, and the chapter titled "Family Coronaviridae."

\*   \*   \*

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 26, 2023, in Boston, Massachusetts.

/s/ Kevin S. Prussia
Kevin S. Prussia

## CERTIFICATE OF SERVICE

I certify that on May 26, 2023, I filed the foregoing document with the United States District Court for the District of Massachusetts using the CM/ECF system, and caused it to be served on all registered participants via the notice of electronic filing (the "ECF").

*/s/ Kevin S. Prussia*
Kevin S. Prussia
