# EXHIBIT G

# LEWIN'S
# CELLS

### SECOND EDITION



## EDITORS

Lynne Cassimeris

Vishwanath R. Lingappa

George Plopper

QH581
.2
C445
2011
copy 1

## World Headquarters

Jones and Bartlett Publishers
40 Tall Pine Drive
Sudbury, MA 01776
978-443-5000
info@jbpub.com
www.jbpub.com

Jones and Bartlett Publishers
Canada
6339 Ormindale Way
Mississauga, Ontario L5V 1J2
Canada

Jones and Bartlett Publishers
International
Barb House, Barb Mews
London W6 7PA
United Kingdom

LIBRARY OF CONGRESS
MAY -4 2010

Jones and Bartlett's books and products are available through most bookstores and online booksellers. To contact Jones and Bartlett Publishers directly, call 800-832-0034, fax 978-443-8000, or visit our website, www.jbpub.com. Substantial discounts on bulk quantities of Jones and Bartlett's publications are available to corporations, professional associations, and other qualified organizations. For details and specific discount information, contact the special sales department at Jones and Bartlett via the above contact information or send an email to specialsales@jbpub.com.

Copyright © 2011 by Jones and Bartlett Publishers, LLC
All rights reserved. No part of the material protected by this copyright may be reproduced or utilized in any form, electronic or mechanical, including photocopying, recording, or by any information storage and retrieval system, without written permission from the copyright owner.

### Production Credits

Chief Executive Officer: Clayton Jones
Chief Operating Officer: Don W. Jones, Jr.
President, Higher Education and Professional Publishing: Robert W. Holland, Jr.
V.P., Sales: William J. Kane
V.P., Design and Production: Anne Spencer
V.P., Manufacturing and Inventory Control: Therese Connell
Publisher, Higher Education: Cathleen Sether
Acquisitions Editor: Molly Steinbach
Senior Editorial Assistant: Jessica S. Acox
Editorial Assistant: Caroline Perry
Production Manager: Louis C. Bruno, Jr.
Senior Marketing Manager: Andrea DeFronzo
Text Design: Anne Spencer
Cover Design: Kristin E. Parker
Illustrations: Imagineering Media Services, Inc., Newgen Imaging Systems
Photo Research and Permissions Manager: Kimberly Potvin
Composition and Production Services: Newgen Imaging Systems
Cover Image: © Paul D. Andrews, College of Life Sciences, University of Dundee
Printing and Binding: Courier Kendallville
Cover Printing: Courier Kendallville

### Library of Congress Cataloging-in-Publication Data

Cassimeris, Lynne.
  Lewin's cells. — 2nd ed. / Lynne Cassimeris, Vishwanath R. Lingappa, George Plopper.
    p. cm.
  ISBN-13: 978-0-7637-6664-1
  ISBN-10: 0-7637-6664-X
  Rev. ed. of: Cells / lead editors, Benjamin Lewin ... [et al.]. c2007.
  1. Cells. I. Lewin, Benjamin. II. Lingappa, Vishwanath R. III. Plopper, George. IV. Title. V. Title: Cells.
  QH581.2.C445 2011
  571.6—dc22
                            2010000314
6048

Printed in the United States of America
14  13  12  11  10    10  9  8  7  6  5  4  3  2  1

**About the cover:** *Xenopus* (frog) XLK2 cells. For each cell, a portion of the cell's internal skeleton is shown in green and the nucleus in red.

# Gene expression and regulation



## 4

David G. Bear

Department of Cell Biology and Physiology,
University of New Mexico School of Medicine,
Albuquerque, NM

**TRANSLATION OF A MESSENGER RNA (mRNA)** isolated from a cell in the salivary gland of an insect *Chironomous tentanis* in this digitally colored transmission electron micrograph. Translation is the process by which ribosomes (blue particles) translocate along the mRNA (pink strand) and read its sequence in three nucleotide units called codons. As the ribosome moves to each codon on the mRNA, it inserts the appropriate amino acid into the growing protein chain (green filaments). Photo © Dr. Elena Kiseleva/SPL/ Photo Researchers, Inc.

## CHAPTER OUTLINE



**4.1** Introduction

**4.2** Genes are transcription units

**4.3** Transcription is a multistep process directed by DNA-dependent RNA polymerase

**4.4** RNA polymerases are large multisubunit protein complexes

**4.5** Promoters direct the initiation of transcription

**4.6** Activators and repressors regulate transcription initiation

**4.7** Transcriptional regulatory circuits control eukaryotic cell growth, proliferation, and differentiation

**4.8** The 5' and 3' ends of mature mRNAs are generated by RNA processing

**4.9** Terminators direct the end of transcription elongation

**4.10** Introns in eukaryotic pre-mRNAs are removed by the spliceosome

**4.11** Alternative splicing generates protein diversity

**4.12** Translation is a three-stage process that decodes an mRNA to synthesize a protein

**4.13** Translation is catalyzed by the ribosome

**4.14** Translation is guided by a large number of protein factors that regulate the interaction of aminoacylated tRNAs with the ribosome

**4.15** Translation is controlled by the interaction of the 5' and 3' ends of the mRNA and by translational repressor proteins

**4.16** Some mRNAs are translated at specific locations within the cytoplasm

**4.17** Sequence elements in the 5' and 3' untranslated regions determine the stability of an mRNA

**4.18** Noncoding RNAs are important regulators of gene expression

**4.19** What's next?

**4.20** Summary

References

## 4.1 Introduction

**Key concepts**

- DNA functions as the template for the synthesis of RNA by RNA polymerase (transcription). Messenger RNA (mRNA) directs the synthesis of proteins by the ribosome (translation).
- The genetic code refers to the set of 64 base triplets (codons) that are read by the ribosome during translation.
- Each of the 61 codons codes for one of the 20 common amino acids while three of the codons cause the ribosome to stop translation
- In prokaryotes, transcription and translation of mRNA occur concomitantly in the same region of the cell
- In eukaryotes, transcription and mRNA processing occur concomitantly in the nucleus and translation occurs subsequent to the export of the mRNA to the cytoplasm.



**FIGURE 4.1** The Central Dogma of molecular biology. The Central Dogma states that the DNA serves as the template for the synthesis of RNA by the enzyme RNA polymerase (transcription), and the RNA transcript is decoded by the ribosome to synthesize a polypeptide (translation). The enzyme reverse transcriptase can synthesize DNA from RNA. Reverse transcription is a rare event in normal cells. Many RNA viruses contain a reverse-transcriptase gene in their genome.

Modern biology began in the early part of the 20th century with the direct examination of the structure and function of cells, first by improved microscopy techniques that permitted the detailed study of cell structure, and then by high-speed centrifugation methods that facilitated biochemical isolation and characterization of cytoplasmic and nuclear subcellular fractions. Geneticists focused on the relationship between the dynamic structure of chromosomes within the cell nucleus and mechanisms of genetic inheritance; this effort culminated with the elucidation of the structures of DNA and RNA and an understanding of the genetic code. The scientific revolution of molecular biology that took place in the mid-20th century provided a framework known as the **Central Dogma of Molecular Biology**: DNA functions as the template for the synthesis of RNA (**transcription**) and RNA directs the synthesis of protein by ribosomes (**translation**) as depicted in **FIGURE 4.1**.

Initially, molecular biology focused on reconciling the classical concept of the **gene**—the unit of information controlling inherited traits—with the more modern tenets of the Central Dogma. These studies led to the **One-Gene-One-Protein-Hypothesis** that posited a gene to be the unit of genetic information that directs the synthesis of a specific **messenger RNA** (**mRNA**), which in turn encodes an individual protein. Much of the early work on the Central Dogma was carried out using a nonpathogenic strain of the bacterium *Escherichia coli* (*E. coli*) because of the ease of genetic manipulation and the ability to easily fraction-

ate the cellular components for biochemical analysis. Studies with *E. coli* provided our first understanding of the mechanisms of transcription and translation, with details of the structural and functional properties of **RNA polymerases** that transcribe the genome and **ribosomes** that translate mRNA to make protein. This work also revealed that transcription and translation are coupled in bacteria—the mRNA is translated concomitantly as the newly synthesized RNA emerges from the active site of RNA polymerase (**FIGURE 4.2**).

In the latter half of the 20th century, investigations of gene expression in several eukaryotic model systems, including the yeast *Saccharomyces cerevisiae*, the insect *Drosophila melanogaster*, and the mammalian HeLa cultured cell line, showed that many of the fundamental mechanisms of gene expression are conserved among all organisms; however, there are some basic differences between prokaryotes and eukaryotes, particularly with regard to the posttranscriptional pathways of mRNA biosynthesis (**FIGURE 4.3**). One of the most surprising discoveries was that most protein-coding genes in higher eukaryotes are interrupted with DNA segments termed **introns** that are transcribed



**FIGURE 4.2** Gene expression in prokaryotes. Prokaryotes do not have a cell nucleus. Thus, transcription and translation take place in the same cellular compartment and occur concomitantly.



**FIGURE 4.3** Gene expression in eukaryotes. Eukaryotes contain a cell nucleus where transcription and RNA processing occur. The mRNA transcript is exported from the nucleus to the cytoplasm where translation takes place.

into RNA, but are removed prior to translation. **Ribonucleoprotein** (**RNP**) complexes referred to as **spliceosomes** were found to excise the introns from the original mRNA, or **pre-mRNA**, and to ligate the remaining expressed mRNA sequences, termed **exons**, together to form the **mature mRNA**. In addition to splicing, eukaryotic mRNAs undergo other posttranscription modifications including the addition of a **7-methylguanosine** (**7-MeG**) cap to the 5′ end and a **poly (A) tail** comprising 100–300 adenosine ribonucleotides on the 3′ end. Selected mRNAs may also have additional bases added posttranscriptionally in a process referred to as **mRNA editing**. Analogous to transcription-translation coupling in prokaryotes, almost all of the eukaryotic mRNA processing reactions are coupled to transcription.

Some of the greatest similarities, as well as some of the biggest differences, between prokaryotic and eukaryotic cells are at the final step of gene expression—translation. Prokaryotes lack a cell nucleus and the translation complex (ribosomes and associated factors) is in direct contact with the transcription apparatus on the chromosomal DNA, while in eukaryotes, the transcription and RNA processing reactions occur in the nucleus and translation occurs in the cytoplasm. This separation of RNA biosynthesis from translation necessitates the packaging of mRNA into an mRNA RNP (mRNP) complex that then must be exported through the pores of the nuclear envelope into the cytoplasm prior to translation. The details of this nucleocytoplasmic export process are presented in *9 Nuclear structure and transport*. In spite of the extra steps between transcription and translation in eukaryotes, the prokaryotic and eukaryotic translational machineries are very similar. In fact, some of the highest conservation of macromolecular structure and function among species is found in the ribosomes and associated translational factors.

The information contained in a mature mRNA for making a protein is decoded by the ribosome. The ribosome reads the mRNA sequence in three-nucleotide units that are referred to as **codons**. Because there are four different nucleotide bases in DNA and RNA—A, G, C, and T (U in RNA)—there are 64 possible codons (**FIGURE 4.4**). Each codon specifies the insertion by the ribosome of a specific amino acid into the protein. There are 20 amino acids that are commonly found in proteins; thus,

| First Position (5'-end) | Second Position | | | | Third Position (3'-end) |
|---|---|---|---|---|---|
| | U | C | A | G | |
| U | UUC Phe | UCU Ser | UAU Tyr | UGU Cys | U |
| | UCC Phe | UCC Ser | UAC Tyr | UGC Cys | C |
| | UUA Leu | UCA Ser | UAA Stop | UGA Stop | A |
| | UUG Leu | UCG Ser | UAG Stop | UGG Trp | G |
| C | CUU Leu | CCU Pro | CAU His | CGU Arg | U |
| | CUC Leu | CCC Pro | CAC His | CGC Arg | C |
| | CUA Leu | CCA Pro | CAA Gln | CGA Arg | A |
| | CUG Leu | CCG Pro | CAG Gln | CGG Arg | G |
| A | AUU Ile | ACU Thr | AAU Asn | AGU Ser | U |
| | AUC Ile | ACC Thr | AAC Asn | AGC Ser | C |
| | AUA Ile | ACA Thr | AAA Lys | AGA Arg | A |
| | AUG Met Start | ACG Thr | AAG Lys | AGG Arg | G |
| G | GUU Val | GCU Ala | GAU Asp | GGU Gly | U |
| | GUC Val | GCC Ala | GAC Asp | GGC Gly | C |
| | GUA Val | GCA Ala | GAA Glu | GGA Gly | A |
| | GUG Val | GCG Ala | GAG Glu | GGG Gly | G |
| Start Codon | | | | | |
| Stop Codon | | | | | |
| Nonpolar Side Chain | | | | | |
| Uncharged Polar Side Chain | | | | | |
| Charged Polar Side Chain | | | | | |

**FIGURE 4.4** The genetic code. The genetic code is nearly universal among all species. The table shows the 64 codons, 61 of which specify one of the 20 naturally occurring amino acids commonly found in proteins, while three codons do not code for an amino acid, but serve as signals for the ribosome to end translation (stop codons). The codon AUG codes for methionine and also serves as the initiation codon.



**FIGURE 4.5** mRNA structure in prokaryotes. Most prokaryotic mRNAs contain several tandem open reading frames coding for proteins and are said to be "polycistronic." The distance between the stop codon of one coding region and the start codon of the next coding region can vary from a one-base overlap (−1) up to about 40 bases.

some amino acids are specified by more than one codon. In general, codons that encode the same amino acid differ by only one base. The tendency for similar amino acids to be represented by related codons minimizes the effects of mutations and increases the probability that a single random base change will result in no amino acid substitution or one involving amino acids of similar character. For example, a mutation of CUC to CUG has no effect, because both codons represent leucine. A mutation of CUU to AUU results in replacement of leucine with isoleucine, a closely related amino acid.

With few exceptions, the genetic code is the same for all organisms. In most cases, the first codon that specifies a protein sequence is AUG, which specifies the amino acid methionine, and is referred to as the **start codon.** Three of the codons (UAA, UAG, and UGA) do not code for any amino acid, but instead cause the ribosome to terminate translation; each of these is referred to as a **stop codon.** The ribosome translocates along the mRNA in a 5' to 3' direction reading the codons in frame. The region between the start codon, AUG, and one of the stop codons is referred to as the **open reading frame** or **ORF,** and is generally synonymous with a peptide-coding region. The translation process carried out by the ribosome entails facilitating the base pairing of the **anticodon loop** of a **transfer RNA (tRNA)** carrying an amino acid with the codon sequence in the mRNA, followed by the transfer of the growing peptide chain located on the previous tRNA that docked with the mRNA onto the amino acid from the incoming tRNA, in what is known as the **peptidyl transferase reaction.**

An important difference between prokaryotic and eukaryotic mRNAs is the organization of the protein-coding sequences. Many genes in bacteria that code for proteins in the same functional pathway are tandemly arrayed as a single transcription unit called an **operon,** which yields a single large mRNA transcript carrying multiple ORFs separated by short spacer regions as shown in **FIGURE 4.5.** Prokaryotic operons with multiple ORFs are said to be **polycistronic.** Also, in some prokaryotic genes, it is possible to find overlapping translational ORFs that yield two entirely different proteins of different amino acid sequence and length from the same region of the genome. Thus, due to multiple protein-coding sequences residing in operons and overlapping ORFs, the number of proteins encoded by relatively compact prokaryotic genomes can be quite large. By contrast, most eukaryotic mRNAs do not contain more than one primary

start and stop codon, and are said to be **mono-cistronic** (**FIGURE 4.6**). However, eukaryotic mRNAs are often alternatively spliced so that there can be more than one protein made from the same transcript.

In addition to the protein-coding region, most mRNAs in both prokaryotes and eukaryotes contain sequences located before (upstream) and after (downstream) the protein-coding regions, referred to as the **5′ untranslated** and **3′ untranslated regions** (**UTRs**), respectively. 5′ UTRs often encode signals that regulate the translation initiation efficiency of the start codon and 3′ UTRs often contain sequence elements that regulate translational initiation efficiency as well as mRNA stability. The ability of 3′ UTR sequences to affect translation initiation suggests that proteins bound at the 5′ and 3′ ends of the mRNA mediate the formation of circularized mRNA. Also within the 5′ and 3′ UTRs are specific sites that are required for translational repression and RNA stabilization; the sites function as binding sites for specific RNA binding proteins and for small noncoding RNAs called **microRNAs** (**miRNAs**), which will be discussed later on.

The goal of this chapter is to present an overview of the basic molecular mechanisms of how genes are expressed and to provide a brief description of the strategies that the cell uses for regulation of gene expression. Other chapters in the book will describe how cellular structures organize and compartmentalize gene expression (7 *Membrane targeting of proteins* focuses on cytoplasmic structure and organization in protein synthesis; 9 *Nuclear structure and transport* discusses the spatiotemporal organization of genes and their expression inside the nucleus, and the nucleocytoplasmic trafficking of proteins and RNAs; 10 *Chromatin and chromosomes* provides an extensive overview of the importance of chromosome structural dynamics in the control of transcription; and 18 *Principles of cell signaling* explores the response of gene expression to cellular signaling). These chapters underscore the concept that gene expression behaves as an integrated system, which is self-organized into cellular membrane-bound compartments and nonmembranous subcompartments. This dynamic organization facilitates the regulation of gene expression during cell growth, proliferation, differentiation, and development, and in response to nutritional and physical stress or changes in the extracellular environment.



**FIGURE 4.6** mRNA structure in eukaryotes. Eukaryotic mRNAs must be processed from the primary transcript (pre-mRNA) to form the mature mRNA. Processing includes removal of the introns (splicing) as well as the addition of the 7-methylguanosine (7-MeG) cap and the poly(A) tail. In general, once a mature mRNA is formed, only a single protein is produced. The AUG start codon and the stop codon can be located in any of the exons.

**Concept and Reasoning Check**

1. List the steps in the expression of a protein-encoding gene in a eukaryotic cell and indicate the location within the cell that each of the steps takes place. What could be the advantage of performing these steps in separate cellular locations?

## 4.2 Genes are transcription units

**Key concepts**

- The number of genes within a genome is generally a function of the complexity of both the structure and life cycle of an organism.
- Eukaryotic cells have large nuclear genomes as well as smaller genomes associated with mitochondria and chloroplast cytoplasmic organelles.
- Most RNA transcription within eukaryotic cells generates RNA that does not encode proteins but that has other important functions. Thus, the most general definition of a gene is a segment of the genome that encodes a functional transcript.

Over the past two decades, the sequencing and functional analysis of prokaryotic and eukaryotic genomes, known as **genomics**, has led to an evolving definition of the term "gene." In this section, we will focus on both the structural and functional definitions of a gene and how genes are organized within the genome.

A surprising finding from genomic studies is that the exact number of genes in various organisms is often difficult to determine from the DNA sequence alone in the absence of information about the RNA transcripts and protein products. In prokaryotic organisms such as mycoplasma and bacteria, the genomes are quite compact, ranging in size from 0.6 to 7 Mb

with ~500 to ~8,000 genes. By comparison, the number of genes in eukaryotic genomes is estimated to be ~6,000 in yeasts, ~25,000 in humans, and ~30,000 in rice (FIGURE 4.7). The exact number of proteins in higher eukaryotes is still unknown, but is estimated to be 3 to 10 times more than the number of genes. In higher eukaryotes, most protein-coding genes encode mRNAs that are alternatively spliced to give rise to multiple protein species from a single gene. In some cases, the proteins derived from alternative splicing are related in structure and function, while in other cases, the proteins have significantly different sequences and functions. In addition, eukaryotic genes can give rise to more than one protein due to alternative transcriptional start sites or alternative translational start and stop sites. Thus, the size of a genome and the number of proteins encoded by the genome are not always correlated.

In eukaryotic organisms the majority of the genome is within the chromosomes located inside the nucleus. However, the cytoplasmic mitochondria and chloroplasts contain circular double-stranded DNAs, which are referred to as the **mitochondrial and chloroplast genomes**. Mitochondrial genomes vary in size from 80 to 100 kb in fungi and plants to less than 20 kb in mammals. The human mitochondrial genome is 16.6 kb and encodes 37 genes (FIGURE 4.8). Some mitochondrial genes in fungi and plants contain introns, while the much more compact mammalian mitochondrial genes do no have any introns and can overlap, similar to the organizations of genes in bacteria. Not all of the proteins required for mitochondrial function are contained in the mitochondrial genome; in fact, most mitochondrial proteins are encoded in the nuclear genome and synthesized in the cytoplasm, and then imported into the mitochondria. By contrast, chloroplast genomes are relatively large compared to mitochondrial genomes, with sizes of about 140 to 200 kb, and may be present in 20 to 40 copies with over 100 to 120 genes. The organelle genomes provide an additional number of proteins and RNA that are related to their compartmentalization within the cytoplasm.

Our concept of the gene has changed significantly with the recent discovery that most cellular RNAs do not encode proteins; in fact, much of the transcription that takes place in the cell is geared toward the production of **functional noncoding RNAs (ncRNAs)**.

| Species | Genomes (Mb) | Genes | Lethal loci |
|---|---|---|---|
| Mycoplasma genitalium | 0.58 | 470 | ~300 |
| Rickettsia prowazekii | 1.11 | 834 | |
| Haemophilus influenzae | 1.83 | 1,743 | |
| Methanococcus jannaschi | 1.66 | 1,738 | |
| B. subtilis | 4.2 | 4,100 | |
| E. coli | 4.6 | 4,288 | 1,800 |
| S. cerevisiae | 13.5 | 6,034 | 1,090 |
| S. pombe | 12.5 | 4,929 | |
| A. thaliana | 119 | 25,498 | |
| O. sativa (rice) | 466 | ~30,000 | |
| D. melanogaster | 165 | 13,601 | 3,100 |
| C. elegans | 97 | 18,424 | |
| H. sapiens | 3,300 | ~25,000 | |

**FIGURE 4.7** Genomes and gene numbers. The genome sizes and gene numbers have been determined for many common organisms. A number of "lethal loci," which correspond to essential genes, have been determined for several genetically tractable organisms.



**FIGURE 4.8** The mitochondrial genome. The human mitochondrial genome encodes 37 genes. However, the vast majority of mitochondrial proteins are encoded by nuclear genes and imported into the mitochondria.

| ncRNA Class | Function(s) |
|---|---|
| **ncRNAs Involved in Translation** | |
| **Ribosomal RNA (rRNA)** | Structural and functional components of the ribosome; some rRNAs have catalytic activities |
| **Transfer RNA (tRNA)** | Covalent attachment with amino acids for interaction with ribosome and mRNA during protein synthesis |
| **7SL RNA** | Co-translational translocation of secreted proteins into the endoplasmic reticulum |
| **ncRNAs Involved in Nuclear RNA Processing** | |
| **Small nuclear RNA (snRNA)** | RNA Processing—mRNA splicing and rRNA processing |
| **Small nucleolar RNA (snoRNAs)** | RNA Processing—Processing of ribosomal RNA; guidance of covalent modification of rRNA, tRNA, mRNA, and snRNA |
| **ncRNAs Involved in Regulation of Gene Expression** | |
| **Large noncoding RNA** | Suppression of transcription of specific gene loci on chromosomes |
| **Small interfering RNA (siRNA)** | Gene-specific mRNA degradation & transcriptional regulation |
| **MicroRNA (miRNA)** | Gene-specific mRNA degradation & translational repression/translational activation |
| **Short hairpin RNA (shRNA)** | mRNA degradation |
| **Piwi-Interacting RNA (piRNA)** | Transposon silencing |
| **Other ncRNAs** | |
| **Vault RNA** | Structural component of the cytoplasmic vault particle, which has been implicated in intracellular detoxification processes and intracellular transport |

**FIGURE 4.9** Noncoding RNAs. Most cellular RNAs do not code for proteins and are referred to as noncoding RNAs (ncRNAs).

Surprisingly, more than 70% of the human genome is transcribed, and much of this transcription results in ncRNAs that perform a wide range of functions (**FIGURE 4.9**). These include **ribosomal RNAs** (**rRNAs**) that become part of the ribosome, **tRNAs** that are involved in translation, **small nuclear RNAs** (**snRNAs**), **small nucleolar RNAs** (**snoRNAs**) that are part of the rRNA processing reactions, and various other RNAs that are involved in cellular structure and function. More recently, a large class of ncRNAs referred to as **miRNAs** has been identified. miRNAs regulate gene expression by base pairing to specific mRNAs, and inhibiting translation or stimulating degradation of mRNA. It is highly likely that discoveries of many new ncRNA functions will be made in the future.

In summary, the concept of the "gene" has evolved over the past century from the classical definition as a determinant of a genetic phenotype, to a protein-encoding segment of DNA, and finally to the more modern definition as the unit of information contained in the genome required for the transcription of a functional mRNA or ncRNA. In the next several sections, we will explore the process of transcription and its regulation in detail.

**Concept and Reasoning Check**

1. Why are the sizes of eukaryotic genomes significantly larger than the amount of DNA required to encode proteins and functional RNAs?

### 4.3  Transcription is a multistep process directed by DNA-dependent RNA polymerase

**Key concepts**

- Specific sequences referred to as "promoters" and "terminators" direct the location on the DNA template where RNA polymerase begins and ends transcription.
- The four phases of transcription are promoter recognition, initiation, elongation, and termination.
- During transcription, RNA polymerase opens duplex DNA and uses the template strand to direct the polymerization of ribonucleotides into a complementary RNA strand.

The first step in gene expression is the transcription of DNA to make RNA, which is carried out by the enzyme DNA-dependent RNA polymerase. RNA polymerases are found in all



Template recognition:
RNA polymerase binds to duplex DNA

DNA is unwound at promoter

Initiation: Very short chains
are synthesized and released

Elongation: polymerase synthesizes RNA

Termination:
RNA polymerase and RNA are released

**FIGURE 4.10** The transcription cycle. The transcription cycle has four phases.

cellular organisms and in mitochondria and chloroplasts. The transcription cycle can be separated into four different phases: promoter location, initiation, elongation, and termination as illustrated in **FIGURE 4.10**. They are as follows:

1. Promoter recognition—RNA polymerase initiates transcription at locations on the genome referred to as **promoters**. In prokaryotes, the promoter region is relatively small (~40 bp) and RNA polymerase can locate the promoter through direct recognition of the DNA sequence. In eukaryotes, the promoter regions are much larger (often more than 100 bp). A **preinitiation complex (PIC)**, consisting of a large number of initiation factors, assembles onto the promoter. The eukaryotic nuclear RNA poly-

merases recognize and bind to promoter regions through recognition of the PIC, rather than through direct recognition of a DNA sequence.

2. Initiation—To initiate RNA synthesis, RNA polymerase binds to the promoter and unwinds the DNA to produce a "bubble" of separated strands, exposing one of the strands to serve as the template for the RNA polymerization reaction. Unlike DNA polymerases, which initiate DNA synthesis using a short primer synthesized by a primase enzyme (see *3 DNA replication, repair, and recombination*), RNA polymerases do not require a primer to initiate polymerization of RNA from **ribonucleoside triphosphate** (**NTP**) precursors. Thus, because the first nucleotide in RNA synthesis is an NTP, there are three phosphate groups at the 5′ end of an RNA, while each phosphoester linkage in the internal sequence of the RNA contains a monophosphate and a ribose sugar. The template DNA strand directs the synthesis of a complementary strand of RNA in a 5′ to 3′ direction using NTPs as substrates. The 3′-OH group on the ribose at the growing 3′ end of the RNA is a nucleophile that attacks the α-phosphate group on the incoming NTP liberating the β-γ pyrophosphate group (**FIGURE 4.11**). The initiation phase of transcription can be dissected into the following steps: (1) binding of RNA polymerase to the core promoter region; (2) separation of the DNA strands by RNA polymerase to form the open complex—a process termed **isomerization**; and (3) RNA polymerase moving away from the promoter and down the DNA template—a process termed **promoter escape**. Initiation formally ends only when RNA polymerase succeeds in leaving the promoter region by extending the transcript to a length that more than fills its active site and moving the transcription bubble.

3. Elongation—The 12 to 14 bp transcription bubble of open DNA within the RNA polymerase is propagated inside RNA polymerase as it *translocates* along the DNA template (**FIGURE 4.12**). The transcription bubble remains es-



**FIGURE 4.11** The mechanism of RNA synthesis. RNA polymerase catalyzes the template-directed polymerization of RNA in the 5′ to 3′ direction. The 3′ hydroxyl group on the 3′ end of the RNA carries out a nucleophilic attack of the α-phosphate on the nucleoside triphosphate monomer, liberating pyrophosphate ($PP_i$). Adapted from J. M. Berg, et al. *Biochemistry, Fifth edition*. W. H. Freeman and Company, 2002.



**FIGURE 4.12** The active site of bacterial RNA polymerase. The catalytic pocket of RNA polymerase transiently unwinds a small region of the duplex DNA template creating a "bubble" that permits the template strand to direct transcription. As the polymerase moves along the DNA template, the region in front of the polymerase is unwound and the region behind the polymerase is rewound, thereby maintaining the bubble at a constant size of 10–14 base pairs.

sentially the same size throughout the elongation reaction: RNA polymerase unwinds the DNA in front of the bubble and rewinds the DNA at the back of the bubble, which creates a major change in the DNA topology dispersed over about one turn of the DNA helix. Within the bubble, 8 to 10 bases of the template strand are transiently paired with the transcript. During elongation, the enzyme moves along the DNA and extends the growing RNA chain at a rate that varies between 10 and 100 nucleotides per second. Transcription elongation does not occur at a constant rate; RNA polymerase can pause at specific sites for up to several minutes before resuming elongation. The nature of these pause sites is still under active investigation, but the purpose of the pausing is to facilitate the coordination of cotranslational processes such as translation (in prokaryotes) and RNA splicing (in eukaryotes).

4.  Termination—Termination of transcription involves three steps: (1) the cessation of RNA polymerase movement; (2) the release of the transcript; and (3) the release of RNA polymerase. Eukaryotic transcription termination can occur hundreds or thousands of nucleotides from the translational stop codon. The signals and proteins



Newly synthesized RNA strand

**FIGURE 4.13** The DNA transcription template. The conventions for describing transcription are the same for both prokaryotes and eukaryotes. The top strand is referred to as the nontemplate, coding, or sense strand, while the bottom strand is referred to as the template, noncoding, or nonsense strand. Because the RNA transcript is complementary to the template strand, it is the same sequence as the nontemplate or coding strand. In the RNA transcript, all monomer units are ribonucleoside monophosphates. In addition, the base thymine found in the DNA nontemplate strand is replaced with uracil in the RNA transcript. The direction in which the polymerase moves and transcribes the DNA template is referred to as downstream, while the opposite direction is referred to as upstream. The first base pair to be used as a template for the synthesis of the RNA is referred to as the transcription start site and is labeled as position +1. The next nucleotide is labeled as position +2, etc. The position immediately upstream of +1 is labeled as −1.

required for transcription termination in mammals are still being identified and characterized.

By convention, the DNA sequence of a DNA transcription unit is written such that the **coding strand** or **sense strand** is in the 5′ to 3′ direction and is the **top strand** in the sequence (**FIGURE 4.13**). Thus, the coding strand shares the same sequence as the RNA transcript—the only difference is that in RNA the base thymine (T) is replaced with the base uracil (U). The **bottom strand** is the **template** that directs the nucleotide specificity of polymerization by RNA polymerase and is written in the 3′ to 5′ direction. In most cases, when a DNA sequence is published, only the sense strand is written out—the template strand is easily inferred from the complementary base pairing rules. The **transcription start site**—the location on the template that directs the insertion of the first base in the RNA—is designated by convention as +1. The base on 5′ side of the start site (+1) is designated as −1 and the base on 3′ side of the start site is designated as +2 (notice that there is no "0" in this system). Sequences on the DNA template behind the transcribing polymerase (in the 5′ direction

on the sense strand of the template) are said to be **upstream**, while sequences located in the front of the transcribing polymerase (in the 3′ direction on the sense strand) are in the **downstream** direction.

In summary, the phases of the transcription process correlate with RNA polymerase recognizing the promoter, opening the duplex DNA to access the template strand, leaving the promoter and utilizing the template strand as a guide to polymerize the RNA transcript, and finally ending the transcription reaction by releasing the transcript and dissociating from the template. In the next section, we will examine how the structure of RNA polymerase relates to its function.

**Concept and Reasoning Check**

1. A number of prokaryotic and eukaryotic genomes contain genes that are overlapped, and which are transcribed by RNA polymerases using the opposite DNA strands as transcription templates. The promoters, which are located in front of each gene at opposite ends of the DNA sequence, are said to be "converging". What might be the biological consequences of convergent transcription? Draw a diagram with overlapping genes and convergent promoters, indicating which strands would be the sense strand and the nonsense strand for each gene.

**4.4  RNA polymerases are large multisubunit protein complexes**

**Key concepts**

- General aspects of RNA polymerase structure and function are conserved among prokaryotes and eukaryotes.
- Cellular RNA polymerases are comprised of multiple protein subunits that carry out structural, enzymatic, or regulatory functions.

The simplest RNA polymerases are those encoded by bacterial viruses, also called **bacteriophages**. Bacteriophage DNA-dependent RNA polymerases usually consist of a single subunit that is able to carry out all of the enzymatic functions of the much larger and more complicated cellular RNA polymerases discussed below, including being able to recognize the promoter and terminator sequences. However, the extra subunits of the cellular RNA polymerases facilitate the ability of transcription

| Subunit | Number of Subunits in Holoenzyme | Gene | Map Position | Molecular Mass (Da) | Function |
|---|---|---|---|---|---|
| alpha (α) | 2 | rpoA | 74.10 | 36,511 | Required for enzyme assembly; interacts with some regulatory proteins |
| beta (β) | 1 | rpoB | 90.08 | 150,616 | Forms a pincer and is the site of rifampicin action |
| beta' (β') | 1 | rpoC | 90.16 | 155,159 | Forms a pincer and provides an absolutely conserved -NADFDGD- motif that is essential for catalysis |
| omega (ω) | 1 | rpoZ | 82.34 | 10,105 | Helps in enzyme assembly but is not required for enzyme activity |
| sigma (σ) | 1 | rpoD | 69.21 | 70,263 | Directs enzyme to promoters but is not required for phospho-diester bond formation. |

**FIGURE 4.14** The *E. coli* RNA polymerase subunits. The subunits of *E. coli* RNA polymerase each have a functional role in transcription.

to respond to the environment and to be regulated during cell proliferation, growth, development, and differentiation.

Prokaryotes usually contain a single RNA polymerase that consists of two large subunits with molecular weights of 150 to 160 kDa named β' and β, as well as two copies of the smaller ~30 to 40 kDa α subunit. The β'βα₂ complex is referred to as the **core enzyme**. A fourth subunit type called ω is sometimes associated with the core enzyme, but is not present in stoichiometric ratios. ω is important in the transcription of specific genes when the bacterial cell is under nutritional or other forms of environmental stress. The molecular characteristics and function of each of these subunits are shown in **FIGURE 4.14**.

The bacterial core enzyme is capable of carrying out the RNA polymerization reaction, but requires an exchangeable subunit called **σ factor** to recognize the promoter. The core enzyme plus the σ factor are collectively referred to as the **holoenzyme**. Prokaryotes generally have a number of different exchangeable σ factors that permit the holoenzyme to recognize different classes of promoters. Transcription initiation of the majority of genes in the bacterium *E. coli* is carried out by RNA polymerase complexed to a σ factor with a molecular weight of 70 kDa referred to as σ⁷⁰. The crystal structure of a bacterial RNA polymerase enzyme (**FIGURE 4.15**) shows that the channel for DNA lies at the interface of the β' and β subunits



**FIGURE 4.15** The structure of a bacterial RNA polymerase. The bacterial core RNA polymerase has a claw-shaped structure. In this X-ray crystal structure of the *T. aquaticus* RNA polymerase the individual subunits are shown in separate colors as delineated in the color code below the structure. One α subunit is on one side of the structure and interacts with the β' subunit, while the other α subunit interacts with the β subunit on the other side. There are also Mg²⁺ and Zn²⁺ ions tightly associated with the RNA polymerase. The various structural domains of the largest subunit β' are delineated as C, E, F, and G. The ω subunit is hidden in this view of the structure. Modified from *Cell*, vol. 98, G. Zhang, et al., Crystal Structure of Thermus Aquaticus..., pp. 811–824, Copyright (1999) with permission from Elsevier [http://www.sciencedirect.com/science/journal/00928674]. Photo courtesy of Seth Darst, Rockefeller University.

| Enzyme | Location | RNA Products | Sensitivity to α-amanitin | Sensitivity to actinomycin D |
|---|---|---|---|---|
| RNA polymerase I | Nucleolus | Pre-rRNA (leading to 5.8S, 18S, and 28S rRNA | Resistant | Very sensitive |
| RNA polymerase II | Nucleoplasm | Pre-mRNA and some snRNAs | 50% inhibition at 0.02 µg/mL | Slightly sensitive |
| RNA polymerase III | Nucleoplasm | tRNA, 5S rRNA, U6 snRNA (spliceosome), and 7SL RNA (signal recognition particle) | 50% inhibition at 20 µg/mL | Slightly sensitive |

**FIGURE 4.16** The eukaryotic nuclear RNA polymerases. The three nuclear RNA polymerases each transcribe a different class of genes. RNA polymerase II is the target of α-amanitin, a toxin produced in the poisonous mushroom *Amanita pholloides*; the other forms of RNA polymerase are less sensitive to α-amanitin. Actinomycin D is an antibiotic that binds to DNA and blocks RNA polymerases. RNA polymerase I shows the greatest sensitivity to this drug.



**FIGURE 4.17** Comparison of the subunits of RNA polymerases across kingdoms. Nuclear eukaryal, archeal, and bacterial RNA polymerases display some homologies as well as significant differences in subunit size and function. The subunits of the RNA polymerases subunits are shown as they would appear on an SDS-polyacrylamide gel (the higher the band on the gel, the larger the molecular weight). Bands with the same color represent structural (and perhaps functional) homologs. Adapted from S. D. Bell and S. P. Jackson, *Nat. Struct. Mol. Biol.* 7 (2000): 703–705.

(the o subunits are not visible in this view). The DNA is unwound at the active site where the RNA transcript is being synthesized. The β' and β subunits contact DNA at many points downstream of the active site, as well as on the coding strand in the region of the transcription bubble, thereby stabilizing the separation of the strands. The α subunit is important for interacting with proteins that modulate RNA polymerase elongation. RNA is contacted largely in the region of the transcription bubble.

In contrast to prokaryotes, eukaryotes contain three RNA polymerases in the nucleus, designated RNA polymerases I, II, and III (**FIGURE 4.16**). Some plant species have two additional nuclear RNA polymerases that transcribe specific genes encoding small ncRNAs. RNA polymerase I is localized to the nucleolar compartment within the nucleus and transcribes the ribosomal RNA genes; RNA polymerase II transcribes genes encoding mRNAs and genes encoding many small RNAs involved in mRNA processing; RNA polymerase III transcribes the 5S ribosomal RNA genes, tRNA genes, and·genes encoding many small RNAs with different functions. These polymerases generally contain 10 to 12 subunits with a total molecular weight of >500 kDa. Each of the polymerases has subunits that are homologous in both structure and function to the core subunits in prokaryotes; in addition, the nuclear polymerases also have a large number of other small subunits with functions that are still under investigation (**FIGURE 4.17**). Some of the small core subunits

are common to all three nuclear RNA polymerases, while other subunits are unique to only one polymerase. The general structure of the eukaryotic RNA polymerase II enzyme, as typified in the yeast *S. cerevisiae*, is shown in FIGURE 4.18. The overall claw-like shape of the yeast RNA polymerase II is quite similar to bacterial RNA polymerase, but the dimensions of the yeast polymerase are larger due to the larger mass and number of the subunits. The largest subunit in RNA polymerase II has a carboxy-terminal domain (CTD) that consists of multiple repeats of the consensus sequence YSPTSPS. The sequence is unique to RNA polymerase II. There are ~25 repeats in lower eukaryotes ~50 repeats in mammals. The serine residues in the repeats are substrates for phosphorylation.

The mitochondrial and chloroplast cytoplasmic organelles each carry out transcription of their own genomes and utilize RNA polymerases that are distinct from the nuclear polymerases. The mitochondrial RNA polymerase core enzyme (also known as POLRMT) is a single subunit enzyme that displays significant structural similarities to bacteriophage RNA polymerases. However, unlike most bacteriophage-encoded RNA polymerases, POLRMT cannot recognize promoters by itself, and requires a transcription initiation factor, similar to the requirement of bacterial RNA polymerase for a σ factor. In most metazoan organisms, POLRMT is encoded by the nuclear genome and must be imported from the cytoplasm into the mitochondria. Chloroplasts contain two RNA polymerases: one called plastid-encoded RNA polymerase or PEP that is encoded by the chloroplast genome, and another called nuclear-encoded RNA polymerase or NEP that is encoded by the nuclear genome. PEP shares structural homologies to bacteria RNA polymerases and has several subunits homologous to the bacterial subunits β', β, and α. By contrast, NEP is monomeric and has structural similarities to mitochondrial RNA polymerase.

In summary, cellular RNA polymerases are large oligomeric proteins with two large subunits and a variable number of smaller subunits. There is only one form of the prokaryotic core RNA polymerase, but a number of different exchangeable σ factors can provide specificity for the initiation of the enzyme at different classes of gene promoters. By contrast, there are multiple forms of the eukaryotic nuclear core RNA polymerases. Each polymerase has a set of unique subunits, as well as subunits that are common to all the nuclear polymerases. In the next section, we will explore the structure and function of promoters in prokaryotes and eukaryotes in greater detail.

(a)



(b)



FIGURE 4.18 The structure of RNA polymerase II. The structure of eukaryotic RNA polymerase II is similar in overall shape to bacterial RNA polymerase. (a) A diagram of the interactions between the 12 yeast RNA polymerase II subunits. Note that the colors and numbers correspond to each of the subunits shown in (b). (b) This X-ray crystal structure of the *S. cerevisiae* enzyme (lacking 2 of the 12 subunits) shows the jaw, clamp, and cleft regions of the polymerase, all of which have counterparts in the bacterial enzyme. The carboxy-terminal domain (CTD) of the largest subunit is found on the right-hand side of the polymerase. Reproduced from P. Cramer, D. A. Bushnell, and R. D. Kornberg, *Science* 292 (2001): 1863–1876 [http://www.sciencemag.org]. Reprinted with permission from AAAS. Photo courtesy of Roger D. Kornberg, Stanford University School of Medicine.

**Concept and Reasoning Check**

1. The simplest RNA polymerases from bacterio-phages, bacteria, and the eukaryotic organelles are capable of carrying out the same basic catalytic re-action as the nuclear eukaryotic RNA polymerases, although the prokaryotic and organellar RNA polymerases contain far fewer subunits. Describe the possible functions for the extra subunits in the eukaryotic nuclear core RNA polymerases.

## 4.5  Promoters direct the initiation of transcription

**Key concepts**

- Promoters are DNA sequences that direct the ini-tiation of transcription by binding RNA polymerase and by promoting the melting of the duplex DNA strands to facilitate the exposure of the template strand to direct RNA polymerization.
- Promoters have conserved sequences that usu-ally differ from the consensus at one or more positions.
- Prokaryotic promoters contain several short con-served sequence elements dispersed over 40–50 bp that are recognized directly by the RNA polymerase holoenzyme.
- Each of the three nuclear RNA polymerases has dis-tinct promoter structures that consist of multiple sequence modules dispersed over a large region near the transcription start site.
- Unlike prokaryotic promoters, eukaryotic promot-ers are not recognized directly by RNA polymerase, but instead, assemble with transcription factors that form a PIC, which is in turn recognized by RNA polymerase holoenzyme.
- The transition from transcription initiation to elongation at RNA polymerase II promoters in-volves the phosphorylation of the CTD of the largest polymerase subunit.

Promoters are sequences that function to bind RNA polymerase and facilitate the initial RNA

polymerase-dependent strand separation or isomerization process. The most common strategy to identify promoter sequences has been to search promoter regions for common sequences that are present in most, if not all, promoters of the same classes of genes. Such a sequence is said to be **conserved**. However, a conserved sequence is not necessarily con-served at every single position; some varia-tion usually occurs. Putative promoters are defined in terms of an idealized sequence that represents the base most often present at each position. A consensus sequence is defined by aligning all known examples so as to maxi-mize their homology. For a sequence to be accepted as a consensus, each particular base must be reasonably predominant at its posi-tion, and most of the actual examples must be related to the consensus by only one or two substitutions. Once conserved nucleotides have been identified by sequence comparison, their importance in transcription initiation can be evaluated by mutagenesis or deletion. This approach was originally applied to bacte-rial promoters. There are several conserved features of prokaryotic promoters, typified by those found in the $\sigma^{70}$ promoters of *E. coli*, as shown in **FIGURE 4.19**. These sequences are the following:

- The **start site** is usually located at an adenosine or guanosine nucleotide (e.g., a common start site is C$\underline{A}$T). However, there are a number of ex-ceptions in many *E. coli* promoters.
- The **−10 hexamer** is centered ~10 bp upstream of the start site. The consen-sus sequence is summarized in the form $T_{80} A_{95} T_{45} A_{60} A_{50} T_{96}$, where the sub-script denotes the percent occurrence of the most frequently found base.



| Gene | −35 sequence<br>TTGACA | Consensus<br>sequences | −10 sequence<br>TATAAT | Transcription starts<br>+1 |
| --- | --- | --- | --- | --- |
| lac | TAGGCACCCCAGGC | TTTACACTTTAT | GCTTCCGGCTCG | TATGTTGTG  TGGAATTGTGAGC |
| lacI | GACACCATCGAATG | GCGCAAAACTT | TTCGCGGTATGG | CATGATAGCGCCCGGAAGAGAGT |
| trp | TCTGAAATGAGCTG | TTGACAATTAA | TCATCGAACTAG | TTAACTAGTACGCAAGTTCACGT |
| his | ATATAAAAAAGTTC | TTGCTTCTAAC | GTGAAAGTGGTT | TAGGTTAAAAGACATCAGTTGAA |
| leu | | GTTGACATCCGT | TTTTGTATCCAG | TAACTCTAAAAGCATATCGCATT |
| bio | GCCTTCTCCAAAAC | GTGTTTTTTGTT | GTTAATTCGGTG | TAGACTTGT  AAACCTAAATCT |
| recA | TTTCTACAAAACAC | TTGATACTGTA  | TGAGCATACAGT | ATAATTGC  TTCAACAGAACAT |

**FIGURE 4.19** The *E. coli* $\sigma^{70}$ promoters contain conserved sequences elements. Sequence elements at −10 and −35 from the start sites of several $\sigma^{70}$ RNA polymerase promoters are conserved. Much of the variation in promoter strength results from the differences between the consensus sequence and the actual sequence of the promoter element. In addition, the distance variations between the −10 and −35 regions also affect promoter strength.

- The **−35 hexamer** is centered ~35 bp upstream of the start site. The consensus is summarized as $T_{82} T_{84} G_{78} A_{65} C_{54} A_{45}$.
- The **spacer region** between the −35 and −10 hexamers is $17 \pm 1$ bp, although it can vary between 15 and 20 bp. The actual sequence in the intervening region appears to be unimportant, but the distance is important for optimal promoter function and deviations from the $17 \pm 1$ bp spacing decrease the strength of the promoter.
- Upstream elements can influence promoter strength. For example, the **UP element** is an A-T-rich sequence found within 50 bp upstream of the −35 hexamer in some promoters that are transcribed at high levels, such as the promoters for rRNA genes.

Based on these observations, the "consensus" *E. coli* promoter consists of the −35 hexamer and −10 hexamer separated by $17 \pm 1$ bp. It is important to emphasize that these consensus sequences represent the average of hundreds of different gene promoters, and no naturally occurring *E. coli* promoter actually has this exact sequence. However, in general, those promoters that are closest to the consensus sequence are highly efficient in stimulating transcription initiation; and, conversely, promoters that deviate significantly from the consensus sequence tend to be less efficient. Promoter strength (defined as the affinity of the promoter for RNA polymerase and the rate at which the promoter undergoes isomerization to the open complex) for a specific gene is "optimized" rather than "maximized" to provide the correct basal level of transcription for cell growth, proliferation, and homeostasis.

In contrast to prokaryotic promoters, eukaryotic promoters are much more complex; conserved sequences can be very difficult to identify by comparison alone. Part of the reason for the lack of sequence conservation is that nuclear RNA polymerases do not recognize the DNA sequence of the promoter region directly, but instead recognize an oligomeric protein complex called the **PIC** that assembles at the promoter. For RNA polymerases I and III, the PIC is relatively simple, being comprised of just a few proteins, while the PIC formed on RNA polymerase II promoters is extremely large, containing a number of transcription factors with multiple subunits.

In the case of the RNA polymerase I promoter, which controls the transcription of the ribosomal RNA precursor, the protein known as UBF binds to the promoter region as a dimer and recruits a second factor known as SL1/TIF1B to form the PIC (**FIGURE 4.20**). The PIC recruits RNA polymerase I bound to TIF1A. Once RNA polymerase I escapes the promoter and moves into the elongation phase, TIF1A is released.

The PIC formed at RNA polymerase III promoters, which control the synthesis of a number of small RNAs of diverse functions, is slightly more complex than for the polymerase I PIC (**FIGURE 4.21**). The biggest difference is that the promoter elements are usually located, with some exceptions, within the transcribed region, downstream of the transcription start site. There are three types of RNA polymerase III promoters that are classified on the basis of the elements found in the internal or external control regions: Type 1 promoters are found in genes encoding 5S ribosomal RNA, and consist of three internal elements located within the gene beginning about 50-bp downstream from the transcription start site. Type 2 promoters are found in genes encoding tRNAs and



**FIGURE 4.20** The eukaryotic RNA polymerase I promoter. The RNA polymerase I promoter consists of a core element located just upstream of the transcriptional start site and the upstream promoter element (UPE) located approximately at −100 bp, which binds to the transcription factor UBF (homodimer). The transcription factors TBP and SL1 are also required for RNA polymerase bind the core promoter.

**Internal promoters**

(a) Type 1 promoter (5S rRNA genes)



(b) Type 2 promoter (transfer RNA genes)



**External promoters**

(c) Type 3 promoter (mammalian U6 snRNA gene)



**FIGURE 4.21** The three classes of RNA polymerase III promoters. The type 1 promoter directs transcription of 5S rRNA genes and contains internal consensus sequences. The type 2 promoter directs transcription of tRNA genes and also contains internal consensus sequences. The A box (red) is found in both type 1 and type 2 promoters, while the B box (yellow), C box (green), and IE (blue) are sequences specific to the promoter type. The type 3 promoter directs transcription of the genes encoding U6 snRNA, which is part of the spliceosome, and contains external consensus sequences located proximal and distal to the transcription start site. Adapted from M. R. Paule and R. J. White, *Nucleic Acids Res*. 28 (2000): 1283–1298.



**FIGURE 4.22** The modular structure of an eukaryotic RNA polymerase II core promoter. The eukaryotic RNA polymerase II core promoter consists of multiple short sequence elements located both upstream and downstream from the transcription start site. Any given RNA polymerase II promoter may have some, all or none of these elements. Adapted from S. T. Smale and J. T. Kadonaga, *Ann. Rev. Biochem*. 72 (2003): 449–479.

contain two internal elements beginning 8-bp downstream of the start site. By contrast, the type 3 promoters, which are found in genes encoding the U6 small RNA involved in mRNA splicing, contain upstream promoter elements located between −25 and −244 bp upstream of the transcription start site. Type 1 and 2 RNA polymerase III promoters use one or more of the transcription factors called TFIIIA, B, and C, while type 3 RNA polymerase promoters may use other transcription factors specific to each promoter.

Promoters utilized by RNA polymerase II show considerably more variation in sequence and location than those of RNA polymerases I and III, but have a similar modular organization. Short-sequence elements that function as transcription factor-binding sites are located upstream of the start site. There are four short **core promoter elements** located −40 to +40 relative to the transcriptional start site (**FIGURE 4.22**) that are critical for basal level transcription of the gene. These core promoter elements are rarely all found in a single promoter, and are more likely to be found in various combinations, depending on the level of the gene's expression. The **basal transcription factors**, also referred to as the **general transcription factors**, bind to the core promoter elements and/or to RNA polymerase. They are labeled with the prefix TFII to designate that they are general transcription factors for RNA polymerase II. Collectively, the promoter, the general transcription factors, and RNA polymerase are referred to as the **basal transcription apparatus**. The core promoter elements are the following:

- The **TATA box**, named for the consensus sequence (T)ATA, is usually found 25 to 30 bp upstream of the transcription start site. While the TATA box is often cited as a main feature of RNA polymerase II promoters, genes that are not highly expressed generally lack the TATA box. In fact, the TATA box is present in less than 35% of all RNA polymerase II promoters that have been characterized. The transcription factor involved in almost all RNA polymerase PICs is the multisubunit protein complex called TFIID. One of the components of TFIID is the TATA box-binding protein (TBP). However, TFIID also binds to promoters that do not contain a TATA box by interacting with one or more of the other core promoter elements. These interactions may involve the other subunits of TFIID called TATA-box binding protein associated factors (TAFs).
- The **BRE (TFIIB recognition element)** is a GC-rich heptanucleotide sequence that binds to TFIIB, the other basal transcription factor involved in PIC formation. The BRE is often located immediately adjacent to the TATA box (when there is one present) and helps to stabilize the binding of TFIID.

- Two other elements commonly found in core promoters, especially those lacking a TATA box, are the **INR** (**initiator region**), which overlaps the transcription start site, and the **DPE** (**downstream promoter element**), which is located ~30-bp downstream from the transcription start site. The combination of the INR and the DPE appears to compensate for the lack of a TATA box by interacting with the TAFs of the TFIID complex.

Once TFIID and TFIIB bind to the core promoter, the remaining basal transcription factors, TFIIA, TFIIF, TFIIE, as well as RNA polymerase II, assemble with a large complex of proteins (FIGURE 4.23). The proposed function of each of the basal transcription factors is shown in FIGURE 4.24. Transcription initiation commences upon complete assembly of the PIC and the polymerization of the first phosphodiester linkages of the RNA transcript.

During the transition between the initiation and elongation phases of transcription, many of the basal transcription factors dissociate from the initiation complex, but TFIIH plays an essential role in the transition. TFIIH possesses both kinase and helicase activities that are activities required for the isomerization process of melting the DNA and the phosphorylation of the CTD of the large subunit of RNA polymerase II. Phosphorylation converts the CTD into a target for the binding of RNA-processing proteins that are carried along with RNA polymerase II (FIGURE 4.25). The mRNA splicing and 3′ end processing factors bind to the CTD at various locations along the DNA template and transfer from the polymerase to the mRNA as the factor-binding sequences on the transcript emerge from the active site of the polymerase.

Once RNA polymerase II has left the promoter and entered the elongation phase, there are two important transcription factors that increase the fidelity and elongation rate of the polymerase. TFIIS (also known as SII) is a fidelity factor that causes RNA polymerase II to backtrack and remove any noncomplementary nucleotide that has been erroneously inserted. P-TEFb is an elongation factor that is a cyclin-dependent protein kinase (see 15 *Cell cycle regulation* for a complete discussion



**FIGURE 4.23** The assembly of the general transcription factors on an RNA polymerase II core promoter. The general transcription factors (TFIID, TFIIA, TFIIB, TFIIE, and TFIIH) assemble with TFIIF-RNA polymerase II to form the initiation complex at the core promoter. Adapted from R. G. Roeder, *Nature Med.* 9 (2003): 1239–1244.

| Factor | No. of Subunits | Functions |
|--------|-----------------|-----------|
| TFIIA | 2 | Stabilizes TBP and TFIID binding. Blocks inhibition by an inhibitory TAF subunit. |
| TFIIB | 1 | Binds TBP, RNA polymerase II, and promoter DNA. Its N-terminal region has a finger structure that inserts into the RNA polymerase II active site cleft. It helps fix the transcription initiation site. |
| TFIID (TBP and TAFs) | 1 14 | Binds TATA element and deforms promoter DNA. Platform for the assembly of TFIIB, TFIIA, and TAFs. Binds Inr and DPE promoter elements. |
| TFIIE | 2 | Binds promoter near transcription initiation site. May help to stabilize the transcription bubble in the open complex. |
| TFIIF | 3 | Prevents nonspecific DNA binding. Binds RNA polymerase II and is involved in recruiting RNA polymerase II to the preinitiation complex. It has regions that are homologous to the bacterial σ factor. |
| TFIIH | 10 | Functions in transcription and DNA repair. It has kinase and helicase activities and is essential for open complex formation. |

Adapted from Hahn, S., *Nat. Struct. Mol. Biol.* 11 (2004): 394–403.

**FIGURE 4.24** The function of the RNA polymerase II general transcription factors in yeast. The general transcription factors in yeast (*S. cerevisiae*) have specific functions. Adapted from S. Hahn, *Nat. Struct. Mol. Biol.* 11 (2004): 394–403.



CTD

TF$_{II}$J & TF$_{II}$H

CTD tail is phosphorylated

P
P

RNA polymerase transcribes →

P
P

P [YSPTSPS]$_n$

**FIGURE 4.25** Phosphorylation of the RNA polymerase II carboxy-terminal domain (CTD). The CTD of RNA polymerase II is phosphorylated by the kinase activity of TFIIH prior to the transition of the polymerase from the initiation phase to the elongation phase of transcription. The human CTD contains 52 repeats of the amino acid sequence YSPTSPS.

of CDKs). P-TEFb phosphorylates the CTD on the large subunit of RNA polymerase II, resulting in the inhibition of transcription inhibitory proteins, thereby stimulating RNA polymerase elongation.

In summary, the interaction of RNA polymerase with the promoter region can occur directly (in prokaryotes), or indirectly (in eukaryotes) through the formation of PICs using the general transcription factors. Both prokaryotic and eukaryotic promoters are constructed out of conserved short modular sequences that contact the individual subunits of RNA polymerase or the basal transcription factors. The variation in promoter structure is correlated with variation in promoter strength and can be regarded as the first level of gene-specific transcriptional control. Once RNA polymerase

leaves the promoter region, other transcription factors help the polymerase to avoid errors and inactivation. In the next section, we will explore the structure and function of the gene-specific transcription factors that activate or repress the basal level of transcription in response to the cellular environment and during cell growth, proliferation, differentiation, and development.

**Concept and Reasoning Check**

1. The following 80-nucleotide DNA sequence (sense strand) contains a classical RNA polymerase II core promoter. Identify the conserved sequence elements and nucleotide that most likely serves as the transcription start site (+1).

5′TCATACCTTCCTATCTCCGATCCTAGGCTATTTATAACCA
TGGTATTTCATGCATTACCTTCATTCCTGTGGCCTACGCA 3′

## 4.6 Activators and repressors regulate transcription initiation

**Key concepts**

- Transcription factors modulate RNA biosynthesis at the initiation phase by interacting with the basal transcription apparatus.
- Transcription factors bind to DNA sequences proximal or distal to the basal initiation complex at the core promoter region.
- Enhancers are transcription factor-binding sites located distal to the promoter that function to modulate transcription initiation through DNA looping.
- The *E. coli* lactose (*lac*) operon serves as a paradigm for understanding the general principles of regulation of transcription initiation. The *lac* repressor is a negative regulatory factor that represses transcription initiation at the *lac* promoter by blocking RNA polymerase, while the catabolite activator protein activates transcription by recruiting RNA polymerase to the *lac* promoter.
- Transcription factors are comprised of structural motifs that function in DNA recognition, dimerization of subunits, and protein-protein interactions with the basal transcription apparatus.
- The most common eukaryotic structural motifs are the helix-turn-helix (HTH) and zinc finger (ZF) DNA-binding domains and the helix-loop-helix (HLH) and basic leucine zipper (bZIP) dimerization domains.

Virtually every aspect of cell structure and function is directly or indirectly controlled by the coordinated regulation of gene expression. Gene regulation also directs the differentiation and development of all multicellular organisms

through its interface with signal transduction. It is now clear that regulation can occur at every level of gene expression including transcription, RNA processing, nucleocytoplasmic transport, translation, and RNA and protein degradation/recycling. However, we currently know the most about transcriptional regulation, and in particular, control of transcription factors that function as activators and repressors of the initiation step.

In addition to the core promoter and the basal factors, almost all protein-coding genes contain binding sites for transcription factors that direct the increase (upregulation) or decrease (downregulation) of transcription initiation. Transcription factor-binding sites may be located proximal (less than 10 bp) to the core promoter, facilitating short-range interactions between the transcription factor and the basal transcription apparatus; or the binding sites may be distally located (greater than 100 bp) from the core promoter. In general, those transcription factor-binding sites that function distal to the core promoter require that the intervening DNA sequence form a loop that brings the factor in proximity to the promoter. An important type of transcription factor-binding site that functions at such large distances from the core promoter is called an **enhancer**. Enhancers can function hundreds or even thousands of bp from the core promoter, and may be located either upstream or downstream. Due to the extreme flexibility of the large intervening DNA loop, enhancers can also function in either a forward or backward orientation (FIGURE 4.26). For enhancer-binding proteins to exert their effects on the basal transcription apparatus, other proteins called **coactivators** may facilitate the conformational rearrangement or the condensation of the DNA loop, thereby bringing the factor in close proximity to the core promoter. Some transcription factors, including enhancer-binding proteins, connect to the basal transcription apparatus through a large oligomeric protein complex called **Mediator**, which has a molecular weight of 1.2 MDa and is essential for transcription activation of almost all protein-coding genes (FIGURE 4.27). Because enhancers can function at such large distances and in both directions from the core promoter, there are also sequences called **silencers** that set boundaries providing limitations in both distance and directionality to the effects that enhancers exert on their promoter targets.



**FIGURE 4.26** Enhancer function through DNA looping. Enhancer-binding transcription factors contact the other transcription factors located proximal to the core promoter region via DNA looping.



**FIGURE 4.27** RNA polymerase II mediator. Mediator functions as a bridge between gene activator (ACT) transcription factors bound at distal sites and the basal transcription apparatus bound at the core promoter. Mediator has three oligomeric structural domains (head, middle, and tail). Each domain consists of several protein subunits. The entire mediator complex consists of more than two dozen subunits. The protein Srb8-11 (also known as Cdk8) can inhibit the interaction of mediator with RNA polymerase. Adapted from S. Björklund and C. M. Gustafson, *Cell* 30 (2005): 240–244.

The first biological regulatory circuit to be characterized genetically and biochemically was the **lactose (lac) operon** in *E. coli* (FIGURE 4.28), which has served as a paradigm for all other transcriptional regulatory systems. *E. coli* is a bacterium that inhabits the intestine of most mammals and utilizes the host's dietary intake of glucose as its primary source for energy metabolism. When glucose is scarce, the *E. coli* cell will induce the synthesis of several proteins for the utilization of lactose as an energy source—lactose is a disaccharide composed of glucose and galactose. The enzyme β-galactosidase cleaves the bond between glucose and galactose, while subsequent metabolic steps convert galactose to glucose, thereby yielding two molecules of glucose from a single lactose molecule. The *lac* operon contains three lactose utilization



**FIGURE 4.28** The *E. coli lac* operon. The *E. coli lac* operon (not drawn to scale) consists of three genes encoding proteins necessary for the utilization of lactose as an energy source (z = β-galactosidase; y = galactose permease; a = transacetylase). (a) The promoter region contains a negative regulatory site called the operator (o), which overlaps the *lac* promoter (p). (b) In the absence of lactose, the lac repressor, encoded by the repressor gene (i), binds to the operator and inhibits transcription. (c) In the presence of lactose, the lactose is converted to allolactose, which binds and stimulates the release of the repressor from the operator, permitting RNA polymerase to transcribe the operon.

genes arranged in tandem: the gene encoding β-galactosidase, which breaks down lactose; a gene encoding a lactose permease, which allows lactose to enter the cell; and a non-essential gene encoding a galactoside acetyl transferase, which acetylates a number of proteins, but whose biological function is still unclear. All three genes are encoded in a single polycistronic mRNA that is transcribed from the *lac* operon promoter called $P_{lac}$.

$P_{lac}$ is under both negative and positive regulation. Normally, when glucose levels are high and the lactose-utilizing enzymes are not needed, $P_{lac}$ is shut down by a protein called the **lac repressor**, which binds to the **operator region** adjacent to the promoter, and blocks binding and/or and promoter clearance by RNA polymerase. If glucose levels fall and lactose is detected in the surrounding medium, lactose is taken up by the *E. coli* cell. A small amount of β-galactosidase is constitutively present in the cell, and one of its minor catalytic activities is to convert some of the lactose to the compound allolactose. Allolactose acts as an **inducer** of the *lac* operon by binding to and eliciting a conformational change in the repressor, which causes the repressor to dissociate from the operator, thereby allowing RNA polymerase to transcribe the *lac* mRNA and produce the enzymes required to break down lactose.

A positive regulatory pathway for induction of the *lac* operon also functions in *E. coli*. When cellular glucose levels are low, the bacterium synthesizes the messenger molecule **cyclic AMP** (cAMP). cAMP binds to a transcription activator protein called the cAMP receptor protein (CRP), whose DNA-binding site is located adjacent to $P_{lac}$. The cAMP-CRP complex binds to the promoter region and significantly increases the affinity of RNA polymerase for $P_{lac}$, thereby enhancing transcription of the *lac* operon and resulting in the upregulation of the synthesis of the *lac* utilization enzymes (**FIGURE 4.29**). Thus, full induction of the *lac* operon genes requires both the absence of glucose and the presence of lactose.

The *lac* operon illustrates several important points that are applicable to virtually all other examples of transcriptional regulation in both prokaryotes and eukaryotes as given below:

- *There is a strong link between cellular signaling responses and transcription.* The low level of constitutive synthesis of lactose permease and β-galactosidase allows the cell to import lactose into the cell and for β-galactosidase to con-



**FIGURE 4.29**  Positive control of the *lac* operon. The *lac* operon is under positive regulatory control by the cAMP activator protein, also known as catabolite repressor protein (CRP). CRP binds to the site just upstream from the −35 hexamer in the lac promoter and binds to a carboxy-terminal domain of the α subunit of RNA polymerase (α-CTD); this interaction causes an allosteric conformational change that induces the interaction between the amino-terminal domain of the α subunit with large subunits, β′ and β. These protein-protein interactions strengthen the affinity of RNA polymerase for the *lac* promoter. Adapted from S. Busby and R. H. Ebright, *J. Mol. Biol.* 293 (1999): 199–213.

vert lactose to allolactose, which then induces the operon by causing *lac* repressor to dissociate from the promoter. The cAMP formed in response to a drop in intracellular levels of glucose induces the operon by increasing the affinity of RNA polymerase for the promoter. The relationship between cell signaling and gene expression will be discussed in greater detail in *18 Principles of cell signaling*.

- *Key protein-protein interactions between transcription factors and the basal transcription apparatus are mediated by DNA-protein interactions.* Both *lac* repressor and CRP interact with RNA polymerase. These protein-protein interactions are illustrative of three important mechanisms for transcription factor modulation of transcription: The first mechanism is referred to as **physical interference**. In the case of the *lac* operon, the operator lies just downstream of $P_{lac}$ and binding of the *lac* repressor to the operator physically blocks polymerase from binding to the promoter, although some studies have suggested that polymerase can still bind, but is unable to escape the promoter after initiation. The second mechanism, known as **recruitment**, is illustrated by the interaction of CRP with the CRP-binding site, located just upstream of $P_{lac}$. In this case, the transcription factor increases the affinity of RNA polymerase for the promoter. Eukaryotic transcription factors can also increase the local concentration of RNA polymerase II and the basal transcription apparatus at the core promoter. A

third key mechanism for transcription regulation is **allosteric modification**. Transcription factors can interact with polymerase or other components of the basal transcription apparatus and cause conformation changes in the core promoter complex, leading to a modulation of transcription initiation.

- *Transcriptional regulation often involves both positive and negative regulatory mechanisms.* The *lac* operon is an example of a gene system that is normally off due to constitutive repression by the *lac* repressor, and that requires that the repressor be released for transcription to occur. However, activation of RNA polymerase also occurs by cAMP-bound CRP. Transcriptional regulation of eukaryotic genes also involves both depression and activation. Most genes in eukaryotes are constitutively repressed by highly condensed chromatin near and at the core promoter region. Before basal transcription can occur, the chromatin in the promoter region must be rearranged and remodeled to allow access of the basal transcription apparatus to the DNA template. Thus, the transcription activation factors include a number of proteins that covalently modify histones to loosen their interaction with DNA within the chromatin. In addition, other activator proteins act to physically rearrange or move the histones away from the DNA. This subject will be discussed in greater detail in *10 Chromatin and chromosomes*.
- *Transcription activation may occur at proximal or distal sites.* While the CRP-binding

site and primary *lac* operator are located immediately adjacent to the promoter, there are other *lac* repressor-binding sites or **secondary operators** located about −100 bp and +400 bp on either side of the promoter that can facilitate the interaction of *lac* repressor with the primary operator. Thus, action at distance appears to be a universal strategy for transcription factor function in both prokaryotes and eukaryotes.

The regulation of mRNA transcription by RNA polymerase in eukaryotes is remarkably complex compared to the *lac* operon. There are thousands of transcription factors encoded in higher eukaryotic genomes that activate or repress transcription. A comprehensive discussion of eukaryotic transcription factors is beyond the scope of this chapter. However, a few general principles are important for understanding how transcription factors activate or repress transcription in response to the cellular environment and during cell growth, proliferation, development, and differentiation.

The range of different types of eukaryotic transcription factors is vast, but these proteins often share a number of structural features that have specific functions in activation or repression. Transcription factors commonly function as monomers or as dimers. For those transcription factors that interact directly with DNA, a distinct region of the three-dimensional structure of the transcription factor, referred to as a **domain**, interacts with a specific DNA sequence element, while another domain of the protein interacts directly with RNA polymerase or with some component of the basal transcription apparatus to increase the efficiency of initiation by RNA polymerase through recruitment or an allosteric effect. Thus, such transcription factors contain a **DNA-binding domain**, an **activation domain**, and in some cases a **dimerization domain**. Other transcription factors function as internal subunits of a multisubunit complex, and contain only domains that are involved in protein-protein interactions.

Transcription factors are often classified into families according to the specific combinations of secondary and tertiary structures of their functional domains that are the result of distinctive primary structures, that is, amino acid sequences, resulting in a structural fold or **structural motif**. Motifs are sometimes referred to as **super-secondary structures** to indicate that they contain a specific order of secondary structures. Although a large number of structural motifs have been identified in the crystal structures of transcription factors, four families of motifs are especially common: the helix-turn-helix, the zinc finger, the helix-loop-helix, and the leucine zipper.

The helix-turn-helix or **HTH motif** is found in many prokaryotic transcription factors, including the *lac* repressor and the bacteriophage λ cro and cI repressors. In the HTH motif, one α-helix interacts with the major groove of DNA and the other α-helix, which is separated from the first helix by a β turn, lies at an angle across the DNA. The amino acids within the α-helices contain functional groups that form hydrogen bonds and ionic interactions with functional groups on the nucleotides of the DNA.

In eukaryotes, a motif very similar to the HTH, called the **homeodomain**, is found in a number of transcription factors (**FIGURE 4.30**). The term homeodomain comes from a highly conserved gene sequence known as the **homeobox**, which codes for a 60 amino acid domain commonly found in transcription factors that regulate the development of the body plan of many animals. Examples of eukaryotic transcription factors with homeodomains include the POU family members Pit-1, Oct-1, and unc-86, as well as the HOX proteins involved in pattern formation during development.

The zinc finger or **ZF** motif is found in the DNA-binding domains of various eukaryotic transcription factors, including several nuclear hormone receptors. In addition, other tran-



**FIGURE 4.30** The homeodomain motif. The homeodomain found in a number of eukaryotic transcription factors important in development contains three α-helices. Helices 1 and 2 lie above the DNA, while helix 3 (the recognition helix) lies in the major groove and contains amino acids that make specific hydrogen bond contacts with bases in the DNA-binding site.

scription factors including **Sp1** and the **Wilms tumor protein** (WT-1) also contain ZF motifs. The ZF motif derives its name from the stable loop of amino acids that forms through the coordination of a zinc ion by cysteine and histidine residues (FIGURE 4.31). The finger itself comprises ~20–25 amino acids, and the linker between adjacent fingers is usually 7–8 amino acids. The finger sequences are usually organized into tandem arrays ranging from 2 to 9 finger repeats. Sp1 is an important transcription factor that binds to GC-rich segments located adjacent to the core promoter sequences of many highly expressed housekeeping genes. Sp1 contains three ZF motifs.

Many transcription factors function as homodimers or heterodimers. The subunits of these dimers are often the products of related gene families. Different combinations of the family members form heterodimers can create activating or inhibitory complexes with varying capacities to modulate transcription. In some cases, a family includes inhibitory members, whose participation in dimer formation prevents the partner from activating transcription.

The **basic helix-loop-helix or bHLH motif** is a common motif found in the dimerization domains of many transcription factors that regulate development in eukaryotes. Each amphipathic helix contains hydrophobic residues on one side and charged residues on the other side that enable proteins to dimerize, while a short segment of basic amino acids adjacent to the bHLH region contacts DNA by ionic interactions with the phosphodiester backbone (FIGURE 4.32). The two helices are separated by a relatively unstructured loop that allows the two helices to act independently of each other. Two classes of the many bHLH transcription factors are the MyoD family of proteins, which are involved in muscle cell differentiation, and the E-box proteins, which play important roles in the regulation of genes involved in cell growth and proliferation.

The basic leucine zipper or **bZIP motif** is another example of a commonly encountered motif found in the dimerization domains of transcription factors. Each side of the "zipper" consists of a stretch of amino acids with a leucine residue in every seventh position on one monomer subunit that interacts with the corresponding region on the other monomer subunit to form the dimer. Adjacent to each zipper is a stretch of positively charged residues that is involved in binding to DNA, similar to the bHLH motif. The two sides of the leucine zipper in effect form a Y-shaped structure, in which the zipper motifs comprise the stem and the two basic regions protrude out to form the



**FIGURE 4.32** The helix-loop-helix motif. The helix-loop-helix motif is used by transcription factors to form homo- and heterodimers. In the structure shown above, the transcription factor MyoD is a homodimer with two recognition helices containing highly basic regions that contact specific bases in the DNA. Structure from Protein Data Bank 1MDY. P. C. Ma, et al., *Cell* 77 (1994): 451–459.



**FIGURE 4.31** The zinc-finger motif. Zinc fingers form through the chelation of $Zn^{2+}$ ion by histidine and/or cysteine amino acids. Often multiple zinc fingers are found within adjacent α-helices that insert into the major groove of the DNA.



Leucines on hydrophobic faces of helices interact

Basic region binds DNA

Basic region binds DNA

Subunit 1

Subunit 2

**FIGURE 4.33** The leucine zipper motif. The leucine zipper motif is used by many transcription factors to form homo- and heterodimers. The zippers are held together by hydrophobic interactions between the α-helical stretches of leucine residues on each monomer. The basic regions located near the leucine zipper motifs interact with specific bases within the transcription factor-binding site.

segments that interact with the DNA (**FIGURE 4.33**). As with the bHLH motif, zippers can be involved in either homodimer or heterodimer formation. An important example of a homodimer transcription factor is C/EBP, which binds to a sequence known as the CAAT box, usually located 50–100 bp from the core promoters of highly expressed genes. An example of a heterodimer that forms due to the bZIP motif is the Jun-Fos transcription factor known as AP1, which activates the transcription of a number of genes important in cell growth and proliferation. Mutations in the Jun and Fos subunits of AP1, which are oncoproteins, are associated with certain forms of cancer as discussed in greater detail in 17 *Cancer—Principles and overview*.

Aside from the use of structural motifs in the taxonomic classification of transcription factors, knowledge of the location of motif structures can be very useful in the assessment of potential effects of specific gene mutations, particularly disease-causing mutations. Molecular biology techniques are becoming increasingly important in diagnosis and prognosis of diseases, and are changing their entire classification systems. Diseases that were formerly classified on the basis of signs and symptoms are now being associated with gene mutations. Diagnosis and prognosis of various diseases based on specific mutations and levels of expression of specific genes (referred to as molecular biomarkers) are becoming increas-

ingly commonplace in medical practice. In many cases, some of the most deleterious disease-causing mutations associated with genes encoding transcription factors are found in the key structural motifs of the transcription factor functional domains.

In summary, the genomes of both prokaryotes and eukaryotes encode a large number of transcription factors that act to increase or decrease the basal level of transcription of specific genes, often in response to signals from the cellular environment or other cells. The mechanisms of transcriptional activation include recruitment of the basal transcription machinery, alteration of chromatin structure to clear the core promoter region, and allosteric activation of RNA polymerase. In the next section, we will discuss some specific examples of signal-mediated control of transcription initiation in mammalian cells.

**Concept and Reasoning Check**

1. Enhancers can function at very large distances to activate initiation at core promoters. There are often several different core promoters within the maximum distance for enhancer-mediated activation. Propose some possible mechanisms for selective activation of one promoter over another.

## 4.7 Transcriptional regulatory circuits control eukaryotic cell growth, proliferation, and differentiation

**Key concepts**

- A number of important transcription factors activate transcription by facilitating the displacement of nucleosomes from the core promoter region, thereby clearing the region for transcription initiation.
- cAMP-response element binding protein (CREB) and signal transducers and activators of transcription (STAT) are examples of transcription factors that are activated by signal-mediated phosphorylation. STAT is phosphorylated by the Janus kinase (JAK) and CREB is phosphorylated by protein kinase A (PKA).
- The members of the Myc family of proteins (Myc, Max, and Mad) form different combinations of heterodimers that act as activators or repressors depending on the dimer composition.
- The steroid hormone receptors are transcription factors that when bound to hormone activate transcription by binding to DNA sequences known as hormone-response elements within the promoters of hormone-responsive genes.

We previously discussed how transcription activation occurs in both prokaryotes and eukaryotes through interactions between the transcription factors and the basal transcription apparatus. Activation plays an especially important role in eukaryotes where the genome is constitutively repressed due to the assembly of the DNA with histone proteins to form **chromatin**. An important function of many transcription factors is to participate in the displacement of the **nucleosomes** from the core promoter region. The details of this process are discussed in detail in *10 Chromatin and chromosomes*. However, for our purposes here, it suffices to say that the chromatin remodeling process occurs in two steps: (1) the loosening of nucleosomes through covalent modification of specific histones including acetylation, phosphorylation, and methylation and (2) the physical displacement of the loosened histones from the core promoter region by ATP-dependent structural modification proteins. Some of the gene-specific transcription factors that we will discuss in this section carry out these activities.

In any given cell type within a tissue, a select set of transcription factors becomes activated in response to extracellular signals. Various combinations of transcription factors produce different levels of transcription of their target genes, thereby modulating the amount of mRNA and protein that is produced. We will discuss several examples to illustrate the linkage between cell signaling and transcription as a prelude to a detailed discussion of cancer

and signal transduction in *17 Cancer—Principles and overview* and *18 Principles of cell signaling* respectively.

A very important signal transduction-mediated, gene-specific transcription factor is the **CREB**. We saw previously in our discussion of the *E. coli lac* operon that cAMP is a messenger molecule that increases when bacterial cell glucose levels are low. Binding of cAMP to the catabolite activator protein CAP promotes the binding of CAP to the *lac* promoter, which activates transcription through the recruitment of RNA polymerase to the promoter. However, cAMP also plays an important role in eukaryotic cells by acting as a messenger molecule in response to different types of extracellular signals (see *18 Principles of cell signaling* for more details). When cAMP levels rise, cAMP binds and activates PKA in the cytoplasm. The cAMP-PKA complex enters the nucleus where it phosphorylates CREB. Phosphorylated CREB binds to the cAMP response element (CRE) within the promoters of a number of cAMP-response genes and activates their transcription (**FIGURE 4.34**). Activation of transcription by CREB does not occur through a direct interaction with the basal transcription apparatus; instead, CREB recruits a complex containing the CREB-binding protein complex, **CBP/p300** and the protein **PCAF**. The CREB-CBP/p300-PCAF complex acetylates the histones in the region of the core promoter, causing their displacement and thereby facilitating the assembly of the basal transcription apparatus at the core



CYTOSOL     NUCLEUS

activated PKA

nuclear pore

activated PKA

inactive CREB

CREB-binding protein (CBP)

activated, phosphorylated CREB

activated target gene

cyclic AMP response element (CRE)

TRANSCRIPTION

**FIGURE 4.34** Regulation of PKA-activated genes by CREB. The cyclic-AMP-dependent protein kinase (PKA) phosphorylates and activates the cyclic-AMP response element binding (CREB) protein. Phosphorylated CREB recruits the coactivator CBP, which as a complex activates a number of genes that are important in hormonal control of cellular metabolism and in brain function. Adapted from B. M. Alberts, et al. *Molecular Biology of the Cell, Fifth edition*. Garland Science, 2008.

promoter. Histone displacement occurs because acetylation of the amino groups on the side chains of lysine residues neutralizes their positive charges and reduces the electrostatic interactions between histones and the negatively charged backbone of DNA.

Another example of the signal-mediated control of transcription factor phosphorylation is the **JAK-STAT pathway**, which is stimulated by the binding of **cytokines** to their membrane-bound cytokine receptors (see *18 Principles of cell signaling* for a detailed discussion of the JAK-STAT signaling pathway). Cytokines are a class of small protein or peptide growth factors that bind to receptors in the plasma membrane of various cells in the immune system and stimulate cell proliferation and growth. Upon binding of the cytokine to the receptor, the receptor phosphorylates and activates a tyrosine kinase called **JAK** (a member of the Janus kinase family). JAK binds, phosphorylates, and activates a transcription factor known as **STAT**. Once phosphorylated, STAT forms a homodimer and translocates into the nucleus where it recognizes sequences known as **cytokine response elements** located within the promoter regions of a number of different genes involved in cell division (**FIGURE 4.35**). As in the case of CREB, STATs activate transcription indirectly by recruiting histone acetylases to clear nucleosomes from the promoter region.

The **c-Myc family** of proteins constitute another important group of transcription factors and include the proteins Myc, Max, and Mad. In highly differentiated nonproliferating



**FIGURE 4.35** JAK-STAT signaling. Cytokine signaling works via JAK-STAT transcriptional activation. A cytokine binds to the Janus receptor kinase (JAK) and stimulates the dimerization and autophosphorylation of tyrosines. The STAT subunits bind and are phosphorylated by the JAK dimer. The phosphorylated STAT dimer enters the nucleus and forms a complex with other transcription coactivator proteins to recognize the promoters for genes encoding the differentiation, growth, and proliferation of various blood cells. Adapted from B. M. Alberts, et al. *Molecular Biology of the Cell, Fifth edition.* Garland Science, 2008.



**FIGURE 4.36** Transcription activation by Myc family proteins. Myc is the founding member of a bHLH (basic helix-loop-helix) family of proteins that can form homo- and heterodimers. The Myc-Max dimer activates the transcription of genes involved in cell growth and proliferation. The Mad-Max dimer represses the transcription of these same genes. When cells differentiate, Mad levels increase, thereby increasing the formation of Mad-Max dimers and inhibiting the formation of Myc-Max dimers. The end result of the switch from Myc-Max to Mad-Max dimers is a decrease in cell growth and proliferation. Adapted from R. A. Weinberg. *The Biology of Cancer.* Garland Science, 2007.

cells, the expression of the Myc family genes is low. Upon stimulation of cells with growth factors, the Myc and Max genes are activated. All of the members of the Myc family contain a leucine zipper dimerization motif adjacent to a bHLH dimerization-DNA binding motif (**FIGURE 4.36**). Once synthesized, Myc and Max form a heterodimer transcription activation factor that binds to an E-box sequence in the promoter regions of specific genes involved in cellular growth and proliferation including the cyclin genes, thereby activating DNA synthesis and cell division. When growth factors are not present, Mad protein is synthesized and forms a heterodimer with Max. The Mad-Max dimer inhibits Myc-Max formation and also competes with Myc-Max for binding to the E-box sites, thereby acting as a transcriptional repressor to turn off cell proliferation and keep the cells in a quiescent, differentiated state. Thus, control of cell proliferation and differentiation is due to the maintenance of the correct ratio of Myc-Max to Max-Mad complexes. In certain forms of cancer, Myc is overexpressed leading to uncontrolled cell proliferation. In this regard, Myc is referred to as an **oncoprotein** (discussed in more detail in *17 Cancer—Principles and overview*.

Our final example of gene-specific transcription factors is the family of nuclear receptors that includes the steroid hormone receptors for estrogen, progesterone, and testosterone, as well as related nuclear receptors for vitamin D, retinoic acid, and cortisol. These hormones are small molecules that are partially soluble in water, but which freely diffuse across the cellular plasma membrane (**FIGURE 4.37**). Each



**FIGURE 4.37** Steroid and related compounds that activate transcription. Steroids and related small hydrophobic ligands bind to transcription factors that activate specific promoters.

# METHODS AND TECHNIQUES: GENE EXPRESSION PROFILING

For many years, the expression of genes was investigated one at a time. However, the study of gene expression during cell growth and proliferation and in development and different diseases has required a more global approach in which the temporal expression of a large number of genes can be measured simultaneously. These needs led to the development of two very powerful approaches for gene expression profiling: **microarrays** and the **quantitative reverse-transcriptase polymerase chain reaction (qRT-PCR)**.

Microarrays are arrays of small pieces of DNA from known segments of individual genes that are printed as individual spots on a solid support such as a silicon chip or a glass slide. A single microarray may have hundreds to tens of thousands of different spots representing all or a subset of the known genes in a genome (Figure 4.B1 in the *Methods and Techniques* box). The entire population of mRNAs isolated from cells is labeled with a fluorescent dye and placed in contact with the array. Each of the labeled mRNAs base pairs (**hybridizes**) with those arrayed DNA sequences derived from the gene from which the mRNA was transcribed, thereby causing the hybridized DNAs to fluoresce. A fluorescence-imaging device scans the microarray and records the color, fluorescence intensity, and position of the fluorescent spots, which provides an mRNA expression profile for the cell or tissue.

To compare the levels of mRNAs from different cell types or disease states, two different approaches can be taken. In the dual-color microarray experiment, the mRNAs are isolated from two different cell types, and each mRNA sample is labeled with a different fluorescent dye. The two samples are then mixed together and hybridized to the same microarray. An estimation of the relative differences in expression of specific genes between the two cell types is obtained by measuring the color ratio of the hybridized fluorescent RNAs. For example, the mRNA is isolated from cell type 1 is labeled with a dye that fluoresces red, while mRNA is isolated from cell type 2 is labeled with a dye that fluoresces green. The two samples of mRNA are mixed together and allowed to hybridize to the microarray. If a spot on the microarray fluoresces yellow (green and red produce yellow), one can interpret the result to mean that the mRNAs are present in equal amounts in the two cell types. However, if the spot is red, the gene is expressed at a higher level in cell type 1 than in cell type 2. A green spot would indicate the converse. A fluorescence micrograph of a typical microarray chip with mRNA hybridized using the dual-color approach is shown in **FIGURE 4.B1**. The significant decrease in the cost and increase in the quality of microarrays has led to a second approach in which each individual mRNA sample is hybridized to a separate array. The fluorescence intensities from corresponding spots on the different arrays can then be quantitatively compared by computer-assisted image analysis. This approach eliminates



**FIGURE 4.B1** A fluorescence microscopy image of a yeast (*S. cerevisiae*) genome microarray spotted with fragments of 6,000 different yeast genes. The microarray was hybridized to a mRNA sample isolated from yeast cells that were grown under two different metabolic conditions. The transcripts from each population were labeled with different fluorescent dyes (Cy3 and Cy5), mixed together and hybridized to the same array. The colors of the spots indicate that the level of expression of a particular mRNA was increased (red) or decreased (decreased) under one condition versus the other. Yellow indicates that there was no difference in expression between the two conditions. Photo courtesy of the University of New Mexico Health Sciences Keck UNM Genomic Resource (KUGR).

the necessity to have dual-color labeling. A display of the data obtained from a comparative microarray analysis is shown in **FIGURE 4.B2**.

Protocols have also been developed to increase the sensitivity of microarrays for detection of mRNAs that are expressed at very low levels. The enzyme reverse transcriptase is used to convert the isolated mRNA to complementary DNA (cDNA) that can be amplified by a millionfold by the PCR. The cDNA is used as a template to prepare RNA that can be detected by direct fluorescent labeling or by secondary fluorescent antibody or streptavidin labeling.

The use of DNA microarrays has been perfected over the past decade and is providing a wealth of information on the differential regulation of gene expression during cellular differentiation, proliferation, and development. Microarray analysis is also yielding clues to the changes in gene expres-

## METHODS AND TECHNIQUES: GENE EXPRESSION PROFILING



**FIGURE 4.B2** An example of an analysis of a microarray experiment. In this example, human fibroblast cells were profiled over time after stimulation with serum. Those mRNAs whose expression increased relative to unstimulated cells are shown in red, while mRNAs whose expression was decreased relative to unstimulated cells are shown in green. Black indicates no significant change in expression. Groups A–E delineate sets of genes that are grouped together by related functions and expression patterns. Reproduced from M. Eisen, et al., *Proc. Natl. Acad. Sci. USA* 95 (1998): 14863–14868. Copyright © 1998 National Academy of Sciences, U.S.A. Photo courtesy of Michael Eisen, University of California, Berkeley.



**FIGURE 4.B3** The TaqMan® polymerase chain reaction (PCR) assay (Applied Biosystems) is used to quantify the amount of a specific mRNA in an RNA sample. A labeled oligonucleotide probe, which hybridizes to a specific sequence in the interior part of the mRNA, is included in the PCR reaction, which contains a forward and a reverse primer. The probe contains a "reporter" fluorescent dye at one end of the oligonucleotide probe and a non-fluorescent "quencher" molecule at the other end. The quencher acts to strongly inhibit the fluorescence of the reporter in the intact oligonucleotide. During the PCR reaction, synthesis of the complementary strand displaces the oligonucleotide from the strand that is undergoing amplification. The DNA polymerase used in the PCR assay has a nuclease activity that cleaves the reporter from the quencher, resulting in significantly increased reporter fluorescence. The TaqMan® approach derives its name from the fact that the thermostable DNA polymerase used in the assay, Taq DNA polymerase, was originally isolated from the thermophilic bacterium *T. aquaticus*. Courtesy of Life Technologies, Carlsbad, CA.

sion that occur in various diseases including cancer, diabetes, and cardiovascular disease.

A companion technique to microarrays is the **real-time, quantitative reverse transcriptase PCR or qRT-PCR.** Standard **PCR** uses specific DNA oligonucleotide primers to initiate DNA replication across a specific section of the genome. By repeating this process for 20–40 cycles, one can amplify a very small amount of DNA from a specific segment of the genome. A variation of PCR is to use fluorescent dyes to monitor the PCR reaction and to quantify the amount of PCR product produced as a function of time (real-time), which is referred to as a **quantitative PCR or qPCR**. Under optimal conditions, the amount of PCR product is directly proportional to the amount of initial starting concentration of DNA at the beginning of the PCR reaction. The qPCR technique can determine the level of a specific mRNA in a specific cell type by using the enzyme reverse transcriptase, which copies mRNA into DNA. In qRT-PCR, total RNA is isolated

from a cell or tissue and is used to produce a **cDNA** copy of each mRNA transcript. The qRT-PCR reaction is carried out on the cDNA using primers to a specific mRNA of interest. Several housekeeping genes, whose mRNA expression levels are known to be relatively constant, are used as standards to obtain quantitative results.

## METHODS AND TECHNIQUES: GENE EXPRESSION PROFILING (CONT.)

There are two major approaches to quantifying the qRT-PCR reaction. In the first approach, a dye that fluoresces intensely upon binding to DNA is included in the reaction. The most common dye is Cyber Green. As the amount of amplified DNA increases during the qRT-PCR reaction, the amount of bound dye increases, thereby producing an increase in fluorescence. In the other approach, referred to as a TaqMan® assay (Applied Biosystems, CA), a labeled oligonucleotide, which hybridizes to a specific sequence in the interior part of the mRNA, is included in the PCR reaction. The probe contains a "reporter" fluorescent dye at one end of the oligonucleotide and a nonfluorescent "quencher" molecule at the other end (as shown in the **FIGURE 4.B3**). The quencher acts to strongly inhibit the fluorescence of the reporter in the intact oligonucleotide. During the course of the PCR, synthesis of the complementary strand from one of the primers displaces the labeled probe. The DNA polymerase used in the PCR assay has a nuclease activity that cleaves the probe, thereby separating the reporter from the quencher, resulting in significantly increased reporter fluorescence. The TaqMan® approach derives its name from the fact that the thermostable DNA polymerase used in the assay, **Taq DNA polymerase**, was originally isolated from the thermophilic bacterium *Thermus aquaticus*, which lives in hot springs and hydrothermal vents. Taq DNA polymerase can withstand the constant heating-cooling cycles of the PCR process.

The qRT-PCR method has become a popular and widespread approach to examine changes in the expression of specific genes in relationship to cell proliferation, differentiation, and tissue development. qRT-PCR is also frequently used to verify the changes in gene expression detected in large microarray studies. Used together, microarrays and qRT-PCR provide us with a quantitative profile of mRNA synthesis that facilitates the understanding of changes in gene expression. These technologies are revolutionizing our approach to the study of human disease. Many diseases that were previously classified based on physical signs and symptoms are now being classified according to molecular signatures based on differences in gene expression. These signatures are becoming invaluable in disease prognosis and evaluating treatment options.

compound is secreted by a specific cell type and plays a role in tissue-specific transcription activation. In contrast to the membrane-associated receptor signaling discussed in the previous examples, steroid hormone receptors usually bind their ligands in either the cytoplasm or the nucleus, depending upon the receptor. The resulting hormone-receptor complex is an active transcription factor that can bind to its specific activation sequence, known as a **hormone-response element**, located in the enhancer regions of target genes (**FIGURE 4.38**). Each steroid hormone receptor contains a ligand-binding domain near its C-terminus, a sequence-specific DNA-binding domain in the middle of the protein, and an activation domain at the N-terminus. The DNA-binding domains of most steroid hormone receptors contain a ZF motif located adjacent to a basic sequence that recognizes the specific hormone-response element DNA sequence. The steroid hormone-response elements consist of two short half sites separated by 1 to 5 bp; thus, the hormone receptors function only as dimers—some steroid receptors function as homodimers while others are heterodimers. In a manner very similar to CREB, the hormone-bound steroid receptor binds to its response element and recruits the



**FIGURE 4.38** Steroid-receptor transcription factors. The glucocorticoid receptor is an example of a steroid hormone-receptor transcription factor, which binds to cortisol and interacts with the glucocorticoid response element (GRE) located within the enhancers of promoters for specific genes.

coactivators PCAF and dimeric protein CBP/p300 to the promoter, causing acetylation of histones and displacement of nucleosomes within the core promoter regions of steroid hormone-responsive genes (**FIGURE 4.39**).



**FIGURE 4.39** Steroid receptors use coactivators and corepressors to control transcription activation. The retinoic acid receptor (RAR) binds the SMRT corepressor in the absence of retinoic acid, thereby repressing transcription. When retinoic acid binds to the RAR, SMRT is replaced by the co-activators complex containing the proteins PCAF, CBP, and p300, which leads to activation of the general transcription apparatus bound at the core promoter of retinoic acid-responsive genes.

In summary, we have seen examples of three different mechanisms for signal transduction-mediated regulation of transcription factor activation: phosphorylation in the cases of CREB and STAT, heterodimerization in the case of Myc-Max, and allosteric-induced conformational changes by hormone binding in the case of the steroid receptors. Although there are cases where transcription factors may interact directly to recruit or stabilize the assembly of the basal transcription apparatus, many activator proteins can function indirectly by promoting the displacement of nucleosomes and clearing the core promoter region for the assembly of the basal transcription apparatus and other transcription factors. Thus, transcription activation in metazoan cells is a complex process that is based on combinations and permutations of factors whose assembly and function are governed by signals from the cellular environment.

**Concept and Reasoning Check**

1. Some breast cancer cells express estrogen receptors that increase the growth rate of the tumor. A number of anticancer drugs are estrogen analogs that inhibit the binding of estrogen to the estrogen receptor. Over time, these drugs often lose their efficacy. Propose at least two different hypotheses for how the resistance to the drugs could develop.

## 4.8 The 5' and 3' ends of mature mRNAs are generated by RNA processing

**Key concepts**

- The 5' end of a eukaryotic mRNA is "capped" with a 7-MeG ribonucleotide that protects the 5' end of the transcript from enzymatic degradation, and functions as a binding site for proteins involved in mRNA export from the nucleus to the cytoplasm and for translation initiation factors in the cytoplasm.
- The 3' end of the mRNA is generated by an endonucleolytic cleavage reaction and the polymerization of a large number of adenosines to form the poly(A) tail. The poly(A) tail protects the 3' end of the transcript from degradation and modulates the efficiency of translation initiation.

Most mRNA transcripts in eukaryotic cells are not functional when first synthesized and must go through one or more steps to convert them into active forms. The initial transcript (also called the primary transcript or pre-mRNA) is converted to the active or mature transcript through a series of covalent modifications. The first processing reaction is the addition of the **7-MeG** cap; the second processing reaction is the addition of 50–300 adenine ribonucleotides onto the 3' end to form the poly(A) tail. In addition, most eukaryotic mRNAs are also spliced. In this section, the capping and polyadenylation processing reactions will be described, and in the following section, RNA splicing will be presented.

Capping of the RNA transcript with 7-MeG is unique to RNA polymerase II transcripts. The cap is important for mRNA stability and translation, and also plays a role in mRNA nucleocytoplasmic transport. The cap is added to the 5' end of the transcript as soon as the RNA emerges from the active site of RNA polymerase II. The structure of the 7-MeG cap is shown in **FIGURE 4.40** and the steps in the capping process are shown in **FIGURE 4.41**. In the first step, an RNA triphosphatase removes the γ-phosphate of the triphosphate group on the first base at the 5' end (which is usually a purine, A or G). Then a guanylyltransferase puts a GMP on the 5' end. This reaction is not the conventional 5' to 3' linkage found in all other types of nucleotidyl transfer reactions; instead, the linkage is 5' to 5'. In the final step, the enzyme N7G-methyltransferase transfers a methyl group from S-adenosylmethionine to the N7 position

FIGURE 4.40 Structure of the 7-methylguanosine cap. The 7-methylguanosine (7-MeG) cap contains a methyl group on the 7-position of guanine and on the 2′ position of the ribose on the base of the original 5′ end of the mRNA. The 7-MeG cap is attached to the 5′ end via an unusual 5′→5′ triphosphate linkage.

Messenger RNA 5′ -cap structure



FIGURE 4.41 Pathway for the synthesis of the 7-MeG cap. The γ-phosphate on the 5′ end of the pre-mRNA is removed by a RNA triphosphatase. Guanalyltransferase catalyzes the addition of guanosine monophosphate to the 5′ end of the pre-mRNA. N⁷G-methyltransferase catalyzes the methylation of the terminal guanosine.

of the added guanine at the 5′ end. Subsequent to the addition of the G, the 5′ end becomes the substrate for several methylation events. While every mRNA in the cell is capped, the proportions of the different methylated types of cap are characteristic for a particular organism.

In addition to the 7-MeG cap, almost all mRNAs undergo an additional posttranslational modification in which a poly(A) tail is added to the 3′ end of the transcript (histone mRNAs are an important exception). The poly(A) tail is not encoded by the gene sequence, but is added by the enzyme poly(A) polymerase in concert with a number of polyadenylation factors. The polyadenylation reaction occurs in the following two steps:

1. In the first step, a large complex consisting of more than a dozen proteins recognizes the **polyadenylation signal** AAUAAA on the pre-mRNA and directs the cleavage of the transcript just after the first CA dinucleotide located within 10 to 30 nucleotides downstream of the beginning of the AAUAAA (**FIGURE 4.42**).

2. In the second step, poly(A) polymerase adds the poly(A) tail. The initial length of the poly(A) tail ranges from 50 to 80 adenines in lower eukaryotes such as yeasts to 200 to 300 adenines in mammals. Elements located upstream and downstream from the polyadenylation



**FIGURE 4.42** Polyadenylation signals in mammals and yeast. (a) The poly(A) signal in mammals is comprised of the highly conserved sequence AAUAAA located 10–30 nucleotides upstream of the cleavage site. In most cases, additional polyadenylation enhancer elements are located upstream and downstream of the cleavage site. (b) The poly(A) signal in yeast is comprised of elements that are more variable than mammals. Part A adapted from G. M. Gilmartin, *Genes Dev.* 19 (2005): 2517–2521. Part B adapted from J. Zhao, L. Hyman, and C. Moore, *Mol. Biol. Rev.* 63 (1999): 405–445.

| Factor | Processing Step | Function |
|---|---|---|
| CPSF cleavage/polyadenylation specificity factor | Cleavage and poly(A) addition | Contains four subunits. CPSF-73 probably cleaves pre-mRNA at the poly(A) site. CPSF-160 binds to AAUAAA and CPSF-30 and CPSF-100 subunits increase specificity. |
| CstF cleavage stimulation factor | Cleavage | Contains three subunits (CstF-77, CstF-64, and CstF-50). CstF-64 binds to the U-rich sequence; CstF-77 bridges CstF-64 and CstF-50 and contacts CstF-160. |
| CFI cleavage factor I | Cleavage | Recognizes sequence elements in poly(A) site. |
| CFII cleavage factor II | Cleavage | Unknown |
| PAP poly(A) polymerase | Cleavage and poly(A) addition | Catalyzes poly(A) formation. |
| PAB II poly(A) binding protein | Poly(A) elongation | Binds poly(A) and CPSF-30; responsible for processive poly(A) elongation and for the tail length |
| CTD Carboxyl terminal domain of large subunit in RNA polymerase II | Cleavage | Binds CPSF and CstF. |
| Ssu72 and PC4 | Cleavage | Ssu72 and PC4 proteins interact with the general transcription factor TFIIB and with components of cleavage/polyadenylation machinery. |
| Symplekin | Cleavage and poly(A) addition | Symplekin helps to assemble or stabilize the CstF complex and there by helps to hold the complete cleavage/polyadenylation machinery together. |

**FIGURE 4.43** Components of the mammalian cleavage/polyadenylation machinery.

signal can enhance the efficiency of the polyadenylation reaction.

Several additional proteins are also required for cleavage and polyadenylation as depicted in **FIGURE 4.43**. The key protein involved in mammalian polyadenylation is the **cleavage/polyadenylation specificity factor** (**CPSF**), which binds to the AAUAAA sequence and directs both cleavage and polyadenylation (**FIGURE 4.44**). Homologs of CPSF are found in



**FIGURE 4.44** The mammalian polyadenylation machinery. The black diamonds indicate experimentally confirmed protein-protein interactions between specific components of the complex. CPSF-160 is bound to the AAUAAA signal and CstF-64 is bound to U-rich downstream element. The complex is assembled with the aid of the carboxyl-terminal domain (CTD) of the largest subunit of RNA polymerase II. Adapted from O. Calvo and J. L. Manley, *Genes and Dev.* 17 (2003): 1321–1327.

all eukaryotes. Mammalian CPSF consists of four subunits, CPSF-160, CPSF-100, CPSF-73, and CPSF-30. CPSF-73 is thought to be the actual cleavage enzyme that cuts the mRNA just after the CA dinucleotide to form the 3′ end for the addition of the poly(A) tail. The cleavage stimulatory factor CStF binds to a GU-rich sequence downstream of the AAUAAA site and participates only in the cleavage reaction. Two other components, **cleavage factors I and II (CFI and CFII)** are required to stimulate the cleavage reaction. The second function of CPSF is to hold the poly(A) polymerase on the end of the poly(A) tail so that the polymerization proceeds rapidly without the polymerase falling off the end. The first ~10 adenines are added slowly, but once these are polymerized, the reaction proceeds rapidly to produce the full 200 to 300-residue length tail.

Another protein important for the regulation of poly(A) tail length is the nuclear poly(A) binding protein, PABPN1. PABPN1 binds to the poly(A) tail as a linear array of monomers as the tail is synthesized and helps CPSF to maintain the speed of the reaction. However, once the tail has reached the 200 to 300 adenine length, the poly(A)-bound PABPN1 condenses into an oligomeric particle that functions to dissociate poly(A) polymerase from CPSF and the 3′ end of the poly(A) tail, thereby terminating the polyadenylation reaction. PABPN1 remains bound to the poly(A) tail for the duration of the time that the mRNA is in the nucleus, but dissociates from the mRNA poly(A) tail dur-

ing or shortly after the transcript is exported to the nucleus.

In summary, eukaryotic mRNAs are posttranscriptionally modified to add a 7-MeG cap to the 5′ end and a poly(A) tail to the 3′ end. The role of the cap and poly(A) tail in mRNA export will be discussed in *9 Nuclear structure and transport*. In the next section, we will explore how RNA polymerase terminates the transcription reaction.

> **Concept and Reasoning Check**
>
> 1. All RNAs synthesized by RNA polymerase II are capped, regardless of whether or not they function as mRNAs or are ncRNAs. What might be the function of cap for RNAs that do not encode proteins?

## 4.9 Terminators direct the end of transcription elongation

> **Key concepts**
>
> - Transcription terminators are sequences that signal RNA polymerase to pause, release the RNA transcript, and dissociate from the polymerase.
> - There are two classes of prokaryotic transcription terminators: intrinsic terminators that are RNA structures that do not require protein factors for function, and factor-dependent terminators. Intrinsic terminators consist of a GC-rich stem-loop structure followed by 4–8 uridine residues. The most common type of factor-dependent terminator requires the ATP-dependent Rho helicase for transcript release.
> - Each of the three eukaryotic nuclear RNA polymerases uses a different transcription termination strategy. RNA polymerase I uses a combination of DNA sequences and DNA-binding proteins. RNA polymerase III uses RNA sequences. RNA polymerase II couples transcription termination to cleavage and polyadenylation of the transcript.

Although transcription initiation is of central importance in gene regulation, transcription termination is an essential process for ensuring that adjacent genes are transcribed in an independent and orderly manner and that the transcription apparatus is recycled once synthesis of the transcript has been completed. The termination reaction is comprised of three steps: (1) the cessation of RNA polymerase elongation, (2) the dissociation of the transcript from the DNA template, and (3) the dissociation of RNA polymerase from the template. The sequence that directs this process is called the **transcription termination signal**, and the **transcription stop site** is the last nucleotide



**FIGURE 4.45** The structure of a bacterial intrinsic terminator. Intrinsic terminators in bacteria have an RNA structure that includes a thermodynamically stable GC-rich stem-loop structure followed by several uridine nucleotides.

in the template that directs the synthesis of the transcript. In prokaryotes, termination generates the 3′ termini of most transcripts, although some transcripts may be processed by endo- and exonucleases. However, in eukaryotes, the 3′ termini of nearly all species of RNAs are generated by posttranscriptional processing, which may include endonucleolytic or exonucleolytic cleavages, and in the case of mRNAs addition of a poly(A) tail. In this section, we will focus on the signals and proteins responsible for transcription termination.

Terminators are classified in prokaryotes according to whether or not RNA polymerase requires additional protein factors to recognize the termination signal. If RNA polymerase efficiently terminates transcription at specific locations on the DNA in the absence of any other factors, these sites are called **intrinsic terminators**. Intrinsic prokaryotic terminators have two structural features (**FIGURE 4.45**): there is a stable GC-rich stem-loop structure followed by a stretch of U residues; both features are required for termination. The



**FIGURE 4.46** A model for Rho-dependent transcription termination. The Rho-dependent transcription termination reaction occurs in four steps. Step 1: The amino-terminal domain of Rho in the open-ring conformation binds the Rho-utilization (rut) sequence on mRNA. Step 2: The ring closes and rho binds a second site on the mRNA, thereby activating the rho ATPase. Step 3: Rho reels the mRNA through its hexamer ring by coupling its helicase activity to the hydrolysis of ATP. Step 4: the mRNA-Rho complex is dissociated from RNA polymerase, which disengages RNA polymerase from the DNA. Adapted from D. L. Kaplan and M. J. O'Donnell, *Curr. Biol.* 13 (2003): R714–R716.

stem-loop structure signals RNA polymerase to pause while the U-rich region increases the instability of the DNA-RNA hybrid inside the active site of the polymerase, promoting the dissociation of the transcript from the ternary complex. Often, the actual termination event takes place at any one of several positions toward or at the end of the U-rich region.

Rho is the most common bacterial transcription termination factor, and is an ATP-dependent helicase comprised of six identical subunits. **FIGURE 4.46** depicts the current model for how Rho functions. First Rho binds to the **rho-utilization (*rut*) sequence** within the the RNA transcript, which stimulates the Rho ATP-dependent helicase activity. Rho remains tethered to the *rut* site while translocating along RNA transcript in a process referred to as **tethered tracking**. RNA polymerase continues to transcribe the template until it stops at a strong pause site, allowing Rho to catch up and release the transcript and RNA polymerase from the DNA template.

Our understanding of transcription termination in eukaryotes is less detailed than in prokaryotes. RNA polymerase I transcription termination involves a sequence-specific DNA-binding protein called transcription termination factor (TTF-1) that functions as a blockade to pause the polymerase. In concert with the transcription release factor PTRF, RNA polymerase I releases the transcript 10–12 bp upstream of the binding site (**FIGURE 4.47**).

RNA polymerase III terminates at a location containing a series of uridine residues,

similar to prokaryotic intrinsic terminators. Other sequences adjacent to the U run are important for pausing the polymerase. The role of protein factors in RNA polymerase III transcription termination remains obscure.

Transcription termination of RNA polymerase II is much more complicated. Most importantly, RNA polymerase II transcripts are processed by an internal cleavage reaction that releases the transcript from the polymerase as discussed previously. In the case of almost all mRNAs, polyadenylation occurs immediately after cleavage. Termination of RNA polymerase II transcription occurs downstream of the site where the RNA cleavage reaction took place—sometimes thousands of nucleotides downstream of the cleavage site. At first glance, this leaves the impression that termination may be somewhat superfluous during RNA polymerase II transcription. However, experimental evidence demonstrates that the cleavage and polyadenylation reactions are tightly coupled to transcription termination.

**FIGURE 4.48** shows to primary models of how coupling of transcription termination to polyadenylation might occur. In the "anti-termination" model, positive elongation/antitermination factors assemble onto the CTD of the large subunit of RNA polymerase II as the polymerase leaves the promoter. Upon pausing at the polyadenylation signal during the cleavage reaction, the positive elongation/antitermination factors are replaced by the negative elongation/termination factors. In the "torpedo" model of RNA polymerase II termination, an exonuclease called RAT1/Xrn2 binds to the newly generated 5′ end of the remaining RNA transcript after cleavage at the poly(A) site. As the transcript continues to be transcribed after cleavage, RAT1/Xrn2 degrades the RNA faster than the transcript is synthesized. Once the exonuclease has reached RNA polymerase II, the nuclease interacts with proteins bound to the CTD on the large subunit of the polymerase, which triggers the release of the polymerase and the transcript from the DNA template. This model is similar to how bacterial transcription termination factor Rho functions and explains why the termination sites for RNA polymerase II are not specific sites—the exact location of termination is determined by the rate of elongation of RNA polymerase on the specific gene sequence and the speed at which the exonuclease degrades the specific transcript. In both models, the



**FIGURE 4.47** Mammalian RNA polymerase I transcription termination. The mammalian RNA polymerase I terminator contains a run of A-T base pairs followed by a run of G-C base pairs, which causes the RNA polymerase I to pause on the DNA template. These sequence elements are located upstream of the binding site for the transcription termination factor TTF-1, which helps to release RNA polymerase I from the DNA template. Adapted from R. H. Reeder and W. H. Lang, *Trends Biochem. Sci.* 22 (1997): 473–477.



(a) "Antitermination" model

(b) "Torpedo" model

**FIGURE 4.48** Two models for termination of RNA polymerase II transcription. (a) The "antitermination model" proposes that elongation factors are loaded onto the phosphorylated CTD of RNA polymerase II, thereby preventing premature termination during transcription elongation. Once RNA polymerase II passes the poly(A) site, termination factors replace the elongation factors and stimulate termination. (b) The "torpedo" model proposes that when cleavage of the transcript occurs at the poly(A) site, the exonuclease RAT1/Xrn2 digests the nascent transcript from the uncapped 5' end in a 5'→3' direction, leading to the dissociation of RNA polymerase from the DNA template. Adapted from S. Buratowski, *Curr. Opin. Cell Biol.* 17 (2005): 257–261.

cleavage event provides an indirect trigger for termination of transcription at a distal site from the polyadenylation signal. The intricacy of the coupling between polyadenylation and termination suggests that transcription termination is extremely important to the cell, most likely for the elimination of interference by nonterminated RNA polymerase II complexes in the process of transcribing adjacent genes, and for the recycling of RNA polymerase II molecules for new rounds of transcription.

**Concept and Reasoning Check**

1. Why is it necessary to terminate transcription of RNA polymerase II if the transcript is already released by the cleavage step in polyadenylation?

### 4.10 Introns in eukaryotic pre-mRNAs are removed by the spliceosome

**Key concepts**

- Splicing of introns from pre-mRNAs is a highly conserved process found in all eukaryotic organisms. Almost all mRNAs in eukaryotic organisms contain a number of introns ranging from 1 to 2 per gene in yeast to an average of 8 per gene in mammals. However, some genes have hundreds of introns.
- Most exon-intron junctions have the sequence AG/GU at the 5′ boundary and AG/G at the 3′ boundary.
- The major steps of splicing are: (1) cleavage of the 5′ exon-intron junction, (2) covalent attachment of the 5′ end of the intron to the branch point located just upstream of the 3′ exon-intron junction, (3) cleavage at the 3′ exon-intron junction, and (4) ligation of the upstream exon to the downstream exon.



**FIGURE 4.49** Splicing signals in yeast. The 5′ splice site is defined by the sequence AG/GU (the / denotes the boundary between the exon and intron). The branching nucleotide is the A denoted in red inside the branch site. The 3′ splice site is defined by the sequence AG/G (the / denotes the boundary between the intron and exon). The sequence $(Y)_{8-12}$ denotes a tract of pyrimidines (C or U) that enhances splicing.

(a) Human GU-AG introns



(b) Human AU-AC introns



**FIGURE 4.50** Splicing signals in mammals. There are two classes of introns in mammals named on the basis of the 5′ intron boundary sequences: (a) the major class designated GU-AG introns and (b) a minor class designated AU-AC introns. The splicing signals in mammals are less conserved than in yeast. Y designates a pyrimidine base (U or C) and R designates a purine base (G or A).

The removal of introns from pre-mRNA transcripts is a critical intermediate step in the expression of protein-coding genes. All organisms or the viruses that infect them have interrupted genes in their genomes, although introns are very rare in prokaryotes and are found in only a small proportion of unicellular eukaryotic genes. However, in higher eukaryotes introns in protein-coding genes are the rule rather than the exception, with the average human gene containing ~8 introns. At least a dozen genes in the human genome have more than 100 introns. The sizes of mammalian introns range between ~1,000 and 700,000 nucleotides, with the average being 1,000 to 2,000 nucleotides. Removal of the introns from pre-mRNA produces mature mRNAs that range in size from ~1,000 to 100,000 nucleotides. Although introns were originally thought to correspond to specific structural or functional domains in proteins, introns can be found in the UTRs as well as ncRNA genes. Thus, the origins and purposes of introns remain unclear. In this section, the biochemical mechanisms and macromolecular assemblies involved in pre-mRNA splicing will be discussed.

The spliceosome is a very large RNP complex that functions to recognize the splicing signals in the pre-mRNA that delineate exon-intron boundaries and to catalyze the cleavage and ligation reactions in the splicing pathway. Three short conserved RNA sequences known as **splicing signals** are required for splicing. The splicing signals in yeast are shown in **FIGURE 4.49** while the analogous signals in mammals are shown in **FIGURE 4.50**: the **5′ splice junction** that determines the 5′ end of the intron; the **3′ splice junction** that determines the 3′ end of the intron; and the **branch point**, which is a sequence where the 5′ end forms a covalent linkage at an internal segment of the intron to form a lariat-like RNA intermediate. The mechanism of splicing involves **transesterification** reactions catalyzed by RNA-protein components of the spliceosomes as shown in **FIGURE 4.51**. While only mRNA splicing in higher eukaryotes will be discussed in this chapter, there are ncRNAs that can autocatalyze the removal of their own introns by transesterification reaction mechanisms very similar to those in pre-mRNA splicing. Thus, it appears that RNA splicing is a highly conserved process that has evolved in complexity throughout biological evolution.

Exon-intron boundaries are identified by the splicing apparatus through recognition



**FIGURE 4.51** The transesterification steps in mRNA splicing. The mRNA splicing reaction consists of two transesterification steps. In the first step, the 2' hydroxyl group on the branching nucleotide (and adenosine) carries out a nucleophilic attack on the first nucleotide on the intronic side of the 5' splice junction (usually a uridine). In the second step, the hydroxyl group on the cleaved 3' end of the exon carries out a nucleophilic attack on the last nucleotide on the intronic side of the 3' splice junction, thereby joining the two exons and releasing a covalently closed lariat intermediate.

of short 5' and 3' splice site and branch point consensus sequences. Figure 4.50 shows the two major classes of mammalian exon-intron boundary sequences. In the most commonly found splice sites, the 5' exon-intron boundary is AG/GU, where the last two nucleotides at the 3' end of the exon are AG and the first two nucleotides of the 5' end of the intron are GU. Likewise, the 3' exon-intron boundary is AG/G, where the last two nucleotides of the 3' end of the intron are AG and the first nucleotide of the 5' end of the next exon is G. Thus, the intron defined by these signals begins with the dinucleotide GU and ends with the dinucleotide AG. It is obvious that these sequences alone cannot be the entire story for exon-intron recognition—the random chance of encountering the sequence AGGU is on average once per 256 nucleotides, and even more frequent for the sequence AGG. However, other regions of the transcript that are not easily identifiable by sequence alone play an important part in exon-intron recognition. The capacity of RNA to form stem-loop secondary structure and higher-order conformation guide the splicing reaction so that the correct splice sites are recognized and the appropriate introns are removed and the exons are spliced together in the correct order.

The steps in the mRNA splicing reaction pathway are shown in **FIGURE 4.52**. It is important to keep in mind that the fragments generated in the splicing reaction are held together during splicing by the spliceosome, and

not released until after splicing has been completed. The splicing apparatus contains both proteins and small RNAs (in addition to the pre-mRNA). The five small nuclear RNAs are referred to as **snRNAs**, and include the U1, U2, U4, U5, and U6 snRNAs. There are $10^5$ to $10^6$ copies of each of these snRNAs per cell. Each of the snRNAs exists as a complex with a set of specific proteins; these **small nuclear RNP complexes** (**snRNPs**) are sometimes referred to as **snurps**. The snRNPs assemble with a large number of other proteins into a complex with the pre-mRNA to form the spliceosome, which has a size greater than 50 to 60S (see *4.13 Translation is catalyzed by the ribosome* for an explanation of the S value). By point of reference, ribosomes range in size from 50 to 80S. The snRNP particles are involved in the recognition of the splice junctions and the branch point and interact to guide the assembly of the other protein components to form the complete spliceosome. There is significant evidence to suggest that the snRNAs play a more direct role in the catalysis of the splicing reaction, while the proteins help the snRNAs and pre-mRNA adopt active conformations and promote the formation of critical base-pairing interactions necessary for spliceosome assembly and function.

In the first step of the splicing reaction, cleavage occurs at the 5' end of the exon-intron splice junction, resulting in the separation of the 5' end of the intron from the 3' end of the left exon. Next, the 5' end of the intron forms



**FIGURE 4.52** Spliceosome assembly. The spliceosome is comprised of five snRNA ribonucleoprotein complexes (snRNPs), as well as a large number of auxiliary proteins, including SF1 and U2AF, which help guide the splicing reaction. The steps of splicing are designated according to the spliceosome intermediates, which can be isolated by biochemical techniques. In the formation of the E complex, the U1 snRNP binds to the 5' splice site. SF1 binds to the branch point guided by U2AF, which binds to the polypyrimidine tract near the 3' splice junction. The U2 snRNP displaces SF1 to form the A complex. The U4/U6 · U5 snRNP complex joins the spliceosome to form the B complex. Upon release of the U4 and U1 snRNPs, the C complex containing U2, U5 (not shown), and U6 completes the splicing reaction to yield the mature mRNA. Adapted from K. J. Hertel and B. R. Graveley, *Trends Biochem. Sci.* 30 (2005): 115–118.



**FIGURE 4.53** The structure of the lariat branch formed during mRNA splicing. The transesterification reaction described in Figure 17.23 yields a 2'→5' branch that joins the 2' ribose of the branching nucleotide to the nucleotide on the intronic site of the 5' splice junction.

a 5'–2' linkage with a specific adenine within the interior of the intron in a region known as the branch site, forming the lariat intron intermediate (**FIGURE 4.53**). Next, a cleavage takes place at the 3' end of the exon-intron splice junction, resulting in the separation of the lariat intron intermediate from the downstream exon. Finally, the left exon and the right exon are ligated together. The lariat intermediate is "debranched" and usually degraded by specific nucleases within the cell. Although these reactions are described for illustrative purposes as occurring sequentially, they actually occur very rapidly in a highly coordinated fashion. The branch site plays a critical role in determining the 3' splice junction and has a highly conserved sequence in yeast, which is UACUAAC; however, in higher eukaryotes, the branch site sequence is less conserved, as shown in Figure 4.49 and Figure 4.50. In general, the branch site in most introns is located 20 to 40 nucleotides upstream of the 3' splice junction, and in higher eukaryotes this prox-

imity is important in defining which sequence serves as the branch site.

It is evident from our discussion that the spliceosome is a very large and dynamic complex of proteins and RNAs, which assembles sequentially on the pre-mRNA. In fact, several assembly intermediates can be isolated by biochemical analysis. Splicing occurs only after all of the components have assembled. The known intermediates in this assembly process are shown in Figure 4.52.

One of the most intriguing questions is how 5′ and 3′ end processing (capping and polyadenylation) and splicing occur in an orderly and progressive manner, especially considering that some genes must splice together many dozens or even hundreds of exons. As alluded to previously, the phosphorylated form of the CTD of the large subunit of RNA polymerase II becomes a platform for the attachment of RNA processing factors, including splicing proteins, to RNA polymerase. Once bound to the CTD, some of the splicing factors can transfer to the nascent RNA transcript as the splicing regulatory sites become exposed after being synthesized in the active site of the enzyme (FIGURE 4.54).

In summary, splicing occurs through the recognition of the 5′ and 3′ splice sites and the branch site by the dynamic assembly of the components of the spliceosome. However, splicing is a much more complicated than merely removing all the introns and splicing together all the exons. In genes with multiple exons and introns, splicing can be regulated to produce a diverse set of transcripts where different combinations of exons and introns are retained in the mature mRNAs. In the next section, we will explore this process of alternative splicing in greater detail.

> **Concept and Reasoning Check**
>
> 1. The following RNA transcript sequence contains a 5′ and 3′ splice junction and a branch point sequence. Identify these sequences and write the sequence of the exon–exon fusion that occurs after splicing.
>
> 5′UCAGGUUUACAUAAUGACCCUGAACGCGCGCGUGCU AACCGCAUGCCCCCAUGCCCUUCCAGGCAACAG3′

## 4.11 Alternative splicing generates protein diversity

> **Key concepts**
>
> - More than one protein can be generated from a single transcription unit through alternative splicing, resulting in the inclusion or elimination of specific introns or exons, and the modification of the amino acid sequence in the resulting protein product.
> - Alternative splicing is controlled by splicing activator and repressor proteins that bind to enhancer and silencer sequences near exon-intron boundaries.
> - Splicing activator and repressor proteins are expressed in a cell-type-specific manner that leads to tissue-specific expression of mRNA species encoding alternative proteins.

Although most mammalian genomes contain ~25,000 genes, hundreds of thousands of proteins can be derived from these genes because of alternative splicing. Tissue-specific alternative splicing results in the expression of different protein products in different cell types with the same gene sequences. The alternative inclusion of some introns as exons, or the skipping of some exons, may result in multiple mRNA species with different ORFs. In some cases, different amino acids encoded by the included intron may be inserted into the interior segment of the ORF, and translation of the new mRNA will result in a protein with a different amino acid sequence and a longer or shorter length. In other cases, the alternative inclusion of the intronic sequences may result in either the generation or the loss of a start or a stop codon, resulting in an mRNA with either a completely new reading frame or a longer reading frame. FIGURE 4.55 shows the diversity of mRNA products that can be gener-



**FIGURE 4.54** The carboxy-terminal domain (CTD) helps to load splicing factors onto the pre-mRNA from the CTD. The CTD of the largest subunit of RNA polymerase II serves as a staging platform for specific splicing factors that help to assemble the spliceosome onto the pre-mRNA.

(a) An optional exon (blue) can be skipped or included



(b) Only one exon in an array of optional exons (blue and green) may be included in mature mRNA



(c) An intron (yellow) may be retained or excluded



(d) An exon may have alternative splice sites at its 3'-end



(e) An exon may have alternative splice sites at its 5'-end



**FIGURE 4.55** Alternative splicing. Alternative splicing generates protein diversity by including or excluding selected introns as exons. The red boxes correspond to constitutive exons that are always included in the mature mRNA, while the blue and green boxes correspond to optional exons that may or may not be retained. The yellow boxes correspond to introns that may be either retained or excluded in the mature mRNA. The cyan boxes designate regions within the constitutive exons that have alternative 3' or 5' splice sites, and which can lead to larger or smaller constitutive exons. The gray regions correspond to introns. Adapted from B. R. Graveley, *Trends Genet.* 17 (2001): 100–107.

ated through alternative splicing from a single gene. The myriad of different RNA and protein products that may be produced through alternative splicing can blur the distinction between introns and exons. The term "exon" refers to those RNA segments that are found in the final mature mRNA transcript, and the exons will be different for each of the different mRNA species that is generated from a transcription unit.

More than 70% of all human genes encode alternatively spliced mRNAs, underscoring the importance of splicing in the regulation of gene expression. While the mechanisms that control alternative splicing remain under intensive study, it is clear that the decision to splice at any given potential intron-exon boundary in a pre-mRNA is not simple. Similar to the regulation of transcription, there are specific sequences and binding proteins that activate or repress splicing of introns. As one might expect, these protein-binding sites are strategically located to enhance or inhibit the use of specific splice sites. Subtle shifts in the binding of specific proteins to these sites can influence the likelihood that the splice event will occur. For example, if a splice site junction signal or a branch point deviates from the canonical sequence or is located in an RNA stem-loop structure, proteins that increase the affinity of the spliceosome components for the sequence or that denature the stem-loop structure can increase the likelihood that the intron will be spliced out. Such sequences are sometimes referred to as **splicing enhancers**, which can be located within the exon (exonic) or within the intron (intronic). Similarly, proteins can shield the splicing junction and branch point signals from the spliceosome, resulting in repression or silencing of splicing of the intron and the inclusion of the intron within the mRNA—these sites are sometimes referred to as **splicing silencers**.

There are several examples of splicing regulatory proteins that play important roles in exon/intron definition. One example is the mRNA-binding protein **ASF/SF2**—a member of the **SR family** of proteins with amino acid sequences that contain segments rich in the amino acids serine (S) and arginine (R), known as **RS domains**. More than 10 different SR proteins have been found in human cells. In addition to the serine/arginine-rich domain, the SR proteins also contain one or more segments referred to as an RNA recognition motif or **RRM**. Because ASF/SF2 was discovered by different groups of investigators who gave the protein different names before the proteins were shown to be the same, the hybrid designation of ASF/SF2 is commonly used. ASF/SF2 can form multimeric complexes on the exon sides of 5' and 3' splice junctions and interact with the splicing components to promote splicing at weak splice sites. In particular, ASF/SF2 can interact with the U1 snRNP. Another important splicing regulatory protein is U2AF, which binds to polypyrimidine tracts often located within introns between the branch site and the 3' splice junction. U2AF is a heterodimer consisting of 65 and 35 kDa subunits and can interact with the U2 snRNP as well as with the SR proteins to help recruit spliceosome components to the pre-mRNA.



**FIGURE 4.56** Regulation of splice site recognition. The SR proteins bind to exonic splicing enhancers (ESEs) and intronic splicing enhancers (ISEs) to increase the affinity of the snRNPs for the splice junctions and branch site. The splicing factor U2AF, which binds to the polypyrimidine tract acts in conjunction with the SR proteins to enhance lariat formation during the splicing reaction. Adapted from T. Maniatis and B. Tasic, *Nature* 418 (2002): 236–243.

**FIGURE 4.56** shows a model of how ASF/SF2 works in conjunction with the SR and U2AF proteins to regulate splicing.

In summary, the regulation of splicing to produce mRNA diversity, in turn leading to multiple proteins from the same transcription unit, is a key strategy in generating protein diversity. In the next several sections, we will explore the translation of the mature mRNA transcript.

### Concept and Reasoning Check

1. How might the proteins involved in the regulation of mRNA splicing play a role in ensuring that mRNAs are correctly spliced before they leave the nucleus?

## 4.12 Translation is a three-stage process that decodes an mRNA to synthesize a protein

### Key concepts

- The translation reaction takes place in three steps: initiation, elongation, and termination.
- The key biochemical reactions in protein synthesis are: (1) the assembly of the ribosome and the initiator tRNA at the mRNA initiation codon, (2) aminoacyl tRNA-mRNA codon recognition, (3) the peptidyl transferase reaction, (4) ribosome translocation from one codon to another along the mRNA, (5) stop codon recognition, and (6) cleavage of the complete polypeptide from the peptidyl tRNA.

The final step in the expression of protein-coding genes is the translation of the mRNA to synthesize a polypeptide chain. Translation is catalyzed by ribosomes, which are large RNP complexes comprised of several rRNA species and 50 to 80 proteins. There are three phases



**FIGURE 4.57** The three phases of translation. Translation can be divided into three phases: initiation, elongation, and translation.

to the translation process: initiation, elongation, and termination as discussed below (**FIGURE 4.57**):

1. **Initiation** involves those reactions that lead up to the polymerization of the first two amino acids. The steps include the dissociation of the small and

large subunits from the ribosome, the binding of the small ribosomal subunit to the initiation codon on the mRNA, the joining of the large subunit to the complex, and the binding of the initiator aminoacyl tRNA to the P-site of the ribosome. Initiation is a relatively slow step in protein synthesis and usually determines the rate at which an mRNA is translated.

2. **Elongation** includes those reactions from synthesis of the first peptide bond to addition of the last amino acid. The peptidyl transferase step transfers the peptide from the previous step in elongation to the incoming aminoacyl tRNA. During elongation, the mRNA moves through the ribosome as each of the codons is translated. Elongation is the most rapid step in translation.

3. **Termination** encompasses the recognition of one of three different stop codons by the ribosome, the cleavage of the complete polypeptide from the last peptidyl tRNA, and the dissociation of the ribosome from the mRNA.

In the next several sections, we will explore the translation process in greater detail. Other chapters will detail the relationship between intracellular cellular protein trafficking and protein synthesis (see *7 Membrane targeting of proteins* and *8 Protein trafficking between membranes*).

## 4.13 Translation is catalyzed by the ribosome

### Key concepts

- The ribosome is the site of protein synthesis (translation) in both prokaryotes and eukaryotes, and consists of 3 to 4 RNAs and 50 to 80 proteins.
- The translation reactions are carried out in large part by the ribosomal RNAs, although the ribosomal proteins and translation factors are necessary cofactors in the process.
- Translation is an RNA-guided process, involving interactions among tRNAs, rRNAs, and the mRNA. The peptidyl transferase reaction results in the polymerization of the polypeptide chain and is catalyzed by ribosomal RNA.
- tRNAs are 70 to 95 nucleotides in length and contain a number of covalently modified nucleotides. All tRNAs fold into similar secondary and tertiary structures.
- tRNAs function as adapter molecules that covalently attach to amino acids and allow the ribosome to decode the mRNA through tRNA anticodon base pairing with the mRNA codon.

The ribosome is perhaps the most complex and interesting of all biological supramolecular assemblies. All ribosomes are composed of two multiprotein subunits—a large subunit with proteins designated by the prefix "L" and a small subunit with proteins designated "S." *E. coli* ribosomes have a molecular weight of ~2.5 MDa. The small ribosomal subunit consists of a single RNA (16S rRNA) and 21 (S1–S21) proteins; the large subunit contains two RNAs (5S and 23S rRNAs) and 34 (L1–L34) proteins (**FIGURE 4.58**). Eukaryotic ribosomes are somewhat larger; mammalian ribosomes have a molecular weight of more than 3 MDa. In mammals, the small subunit consists of a single RNA (18S rRNA) and more than 30 proteins, while the large subunit has three RNAs (5S, 5.8S, and 28S rRNAs) and more than 45 proteins. Historically, ribosomes and their components have been named according to their rate of sedimentation in an ultracentrifuge, using the unit of the sedimentation coefficient called the Svedberg coefficient or "S value." The S value is based on both the molecular mass of the particle as well as its shape. Bacterial ribosomal subunits sediment as 30S and 50S particles and combine to form 70S particles. Ribosomal subunits in higher eukaryotes sediment as 40S and 60S particles and combine to form 80S particles. Because the S value is determined by both mass and shape, the final size of the ribosome is not simply the sum of the S values for the individual subunits, but reflects the change in overall shape that occurs when the small and large subunits interact. While a few of the roles of the individual ribosomal proteins have been defined in specific steps of the translation reactions, as we saw in the case of

| Ribosomes | | rRNAs | r-proteins |
|---|---|---|---|
| Bacterial (70S) mass: 2.5 MDa 66% RNA | 50S | 23S = 2904 bases 5S = 120 bases | 31 |
| | 30S | 16S = 1542 bases | 21 |
| Mammalian (80S) mass: 4.2 MDa 60% RNA | 60S | 28S = 4718 bases 5.8S = 160 bases 5S = 120 bases | 49 |
| | 40S | 18S = 1874 bases | 33 |

**FIGURE 4.58** Ribosome structure and composition. Both prokaryotic and eukaryotic ribosomes contain a large and a small subunit comprised of a number of proteins and 1–3 rRNAs. The "S value" refers to the sedimentation coefficient and reflects both molecular weight and shape.

the spliceosome, most of the proteins appear to be involved in promoting the conformational rearrangements and changes in base pairing between various RNA molecules.

Over the past two decades, it has become apparent that the steps of translation are guided by a combination of RNA-RNA and protein-RNA interactions. Most importantly, rRNA catalyzes the central reaction of translation, the peptidyl transferase step, which catalyzes the polymerization of the polypeptide chain. RNA is thought to have preceded proteins in biomolecular evolution; thus, in hindsight, it is not surprising that RNA catalysis is necessary for protein synthesis; however, it took many decades to prove this experimentally. Through a series of elegant studies carried out in a number of laboratories, translation has been shown to consist of a set of dynamic RNA-mediated reactions among rRNAs, tRNAs, and the mRNAs that are modulated by ribosomal proteins and protein factors. During the steps of translation, the rRNAs, tRNAs, and mRNAs change conformations to facilitate the formation and disruption of specific base-pairing interactions between the RNAs. Remarkably, in spite of some differences in the size and organization of the ribosomes and some of the regulatory protein factors, translation is the most highly conserved step in gene expression. Almost all of the RNAs and proteins involved in translation have both structural and functional homologs that can be readily identified among all prokaryotes, eukaryotes, and archaea.

The tRNAs function as adapters to bring the correct amino acids to the reactive center of the ribosome as directed by the mRNA codon sequence. The tRNAs are 70–95 nucleotides in length and have three levels of structure. The primary structure of the tRNA is the linear sequence of nucleotides, which in addition to the conventional bases A, G, C, and U contains a number of bases that are modified posttranscriptionally by a series of tRNA modification enzymes. The secondary structure of a tRNA is determined by the intramolecular base pairing, which results in the formation of adjacent stem-loop structures. All tRNAs can be formed into a similar secondary structure referred to as the **cloverleaf structure** (FIGURE 4.59). The tertiary structure of the tRNA refers to the three-dimensional folding of the entire molecule, which is stabilized by specific base pairs between nonadjacent nucleotides and by base-stacking interactions. The tRNA cloverleaf secondary structure folds into a three-



FIGURE 4.59 The tRNA cloverleaf secondary structure. All tRNAs can be folded into a conserved secondary structure that contains short base-paired helical regions (dots). Some positions contain invariant pyrimidine (Y) or purine (R) bases, or contain modified bases such as pseudouridine (Ψ) or methylated bases (*), while other positions contain nucleotides that vary between specific tRNAs. Adapted from D. Voet, J. G. Voet, and C. W. Pratt. *Fundamentals of Biochemistry, First edition.* John Wiley & Sons, Ltd., 1999.

dimensional (tertiary) structure that has an overall general L-shape, as shown in FIGURE 4.60. Each tRNA has a slightly different tertiary structure, but the anticodon loop is always located at the top of the L, while the aminoacyl acceptor stem is located at the foot of the L. The L-shape maximizes stacking of the bases by the formation of a helix containing the anticodon arm and the D arm, as well as the formation of a perpendicular helix containing the TΨC arm and the acceptor arm (see Figure 4.60 and FIGURE 4.61).

Thus, tRNAs have the following two functional ends:

1. The **3′ CCA end**: The amino acids to be polymerized into the polypeptide chain come to the ribosome as covalent adducts to the 3′ ends of tRNAs. The OH group at the end of the CCA sequence



**FIGURE 4.60** The tRNA L-shaped tertiary structure. All tRNAs can be folded into a conserved L-shaped tertiary structure that stacks the helices of the secondary structure as shown. The tertiary structure is stabilized by base pairing between distal nucleotides on regions that are brought into proximity by the folding of the tRNA. Adapted from J. G. Arnez and D. Moras, *Trends Biochem. Sci.* 22 (1997): 211–216.



**FIGURE 4.61** The folding of tRNA secondary structure into L-shaped tertiary structure. The helical regions of secondary structure stack with one another to form extended helices, which are perpendicular to each other.



**FIGURE 4.62** The interaction between the tRNA anticodon and the mRNA codon. The base pairing between the anticodon loop of the tRNA (magenta) and the codon of the mRNA (green) is antiparallel. Thus, the anticodon sequence is designated as 5'-GAU-3' in keeping with the convention that all nucleic acids are written in the 5'→3' direction. Adapted from D. C. Nelson and M. M. Cox. *Lehninger Principles of Biochemistry, Third edition.* W. H. Freeman & Company, 2000.

forms an acyl linkage with the amino group on the amino acid. The covalent conjugate between an amino acid and its cognate tRNA is called an **aminoacyl tRNA**. The aminoacylation of the tRNA is catalyzed by an **aminoacyl-tRNA synthetase**, which has to match the specific tRNA with the correct amino acid before the aminoacyl reaction can take place. Each tRNA has its own tRNA synthetase to catalyze its aminoacylation with the correct amino acid.

2. The **anticodon loop:** The anticodon loop base pairs with the complementary mRNA codon, thereby "reading" the genetic code embedded in the mRNA sequence, as shown in **FIGURE 4.62**. As discussed previously, there are 64 different codons and 61 of the codons specify one of the 20 amino acids commonly used in proteins; thus, there should be 61 different anticodons and thus, in theory there should be 61 different tRNAs. However, there are actually many more than 61 tRNAs; each has a different sequence in the remainder of the molecule but has the same anticodon loop. The three termination codons do not have cognate tRNAs.



Intersubunit space

(a) Intact ribosome

30S

50S

(b) 30S subunit          (c) 50S subunit

**FIGURE 4.63** Cryo-electron microscopy reconstruction of the *E. coli* 70S ribosome and its constituent subunits. The image shows the reconstruction of the *E. coli* ribosome from electron micrographs at a resolution of 25 Å. Reproduced from J. Frank, R. K. Agarwal, and A. Verschoor, Ribosome structure and shape, Encyclopedia of Life Sciences, December 12, 2001 [doi: 10.1038/npg. els.0000534]. Copyright © 2001 John Wiley & Sons, Ltd. Reproduced with permission of Blackwell Publishing Ltd. Photos courtesy of Joachim Frank, HHMI/HRI, Wadsworth Center.

The initiation codon in both prokaryotes and eukaryotes is generally AUG, although a few genes use another triplet. AUG specifies the amino acid methionine. However, in prokaryotes, there are two tRNAs with an anticodon for AUG, which is CAU (remember that codon-anticodon base pairing conforms to the same rules as all other nucleic acid base pairing in that one sequence is 5′ to 3′ and the other is 3′ to 5′, but all sequences are always written 5′ to 3′). One of the prokaryotic tRNA^met species is called the initiator tRNA, and carries a methionine that has been covalently modified with a formyl group to yield *N*-formylmethionine; it is designated tRNA^f-met. For the insertion of all other methionines in the polypeptide chain, a noninitiator (elongator) tRNA^met is utilized. By contrast, in eukaryotes, there is only one tRNA^met that serves as both the initiator and elongator tRNA for methionine.

The details of the structure of prokaryotic and eukaryotic ribosomes have emerged from several high-resolution electron microscopy and X-ray diffraction studies. An example of the structure of a bacterial ribosome derived



**FIGURE 4.64** The tRNA binding sites of the bacterial ribosome. The structure of the ribosome form the thermophilic bacterium *Thermus thermophilus* was determined to 5.5 Å resolution by X-ray crystallography. The rendering shows the relative locations of the A-site (red), P-site and peptidyl transferase site (purple), and E-site (cyan). Structure from Protein Data Bank IJGO. G. Z. Yusupova, et al., *Cell* 106 (2001): 233–241. Protein Data Bank 1GIY. M. M. Yusupova, et al., *Science* 292 (2001): 883–896.

from high-resolution electron microscopy is shown in **FIGURE 4.63**. There are three binding sites for the aminoacyl tRNAs on the prokaryotic ribosome are depicted in **FIGURE 4.64**: The A-site binds the incoming aminoacyl tRNA that now carries the next amino acid to be added to the growing polypeptide chain, the P-site or peptidyl tRNA site contains the tRNA that was previously in the A-site and which carries the polypeptide chain, and E-site is the exit site where the tRNA that previously carried the polypeptide chain leaves the ribosome. The P- and E-sites do not appear to be distinct separate sites in eukaryotic ribosomes.

In summary, the key reaction in protein synthesis is the transfer of the peptidyl tRNA in the P-site to the new aminoacyl tRNA in the A-site, catalyzed by the **peptidyl transferase** activity of the ribosomal RNAs, followed by the movement of the peptidyl tRNA in the A-site to the P-site, and the dissociation of the tRNA from the ribosome (**FIGURE 4.65**). Different sets of accessory factors assist the ribosome at each stage. Energy is provided at various stages by the hydrolysis of guanine triphosphate (GTP). In the next section, we will explore each step in translation in greater detail and describe the roles of a myriad of accessory protein factors that guide the process.

**FIGURE 4.65** The peptidyl transferase reaction. The peptidyl transferase reaction is the central biochemical reaction that takes place during protein synthesis. The aminoacyl-tRNA enters the A-site on the ribosome. The growing polypeptide chain on the tRNA in the P-site is transferred to the aminoacyl-tRNA in the A-site and translocation of the ribosome to the next codon on the mRNA moves the peptidyl-tRNA to the P-site and the deacylated tRNA from the P-site to the E-site.

---

**Concept and Reasoning Check**

1. Trace the steps in the occupation of the aminoacylated tRNA-binding sites required to synthesize the tripeptide, met-val-lys.

---

### 4.14 Translation is guided by a large number of protein factors that regulate the interaction of aminoacylated tRNAs with the ribosome

**Key concepts**

- The energy source for translation is the hydrolysis of GTP by G-protein translation factors.
- The translation initiation factors control the assembly of the small ribosomal subunit with the mRNA and the location of translation initiation site.
- The translation elongation factors control the assembly of the aminoacylated tRNAs with the ribosome.
- The translation termination factors control the cessation of the elongation reaction and the release of the completed polypeptide chain from the ribosome.

Here, we will briefly discuss the roles of the translation factors in the various steps of protein synthesis, and describe the important role of GTP in the translation process.

During initiation, the small ribosomal subunit binds to mRNA (the 30S ribosomal subunit in prokaryotes and the 40S subunit in eukaryotes). In prokaryotes, recognition of the start codon occurs through the base pairing of the 16S rRNA within the 30S subunit to a short sequence on the mRNA immediately upstream of the start codon, commonly referred to as the **ribosome-binding site** or the **Shine-Dalgarno sequence**, and named after the investigators who discovered the site (**FIGURE 4.66**). The initiation factors IF1, IF2, and IF3 (**FIGURE 4.67**) are required for this recognition process to occur. IF3 keeps the 30S subunit from reassociating with the 50S subunit, an event that inhibits initiation, and facilitates the 16S RNA-mRNA interaction. IF2 binds the initiator tRNA, which carries a formylmethionine, and controls the binding of the formylmethionine tRNA to the empty P-site on the 30S subunit. IF2 also promotes the association of the 50S subunit with the 30S-mRNA-tRNA^f-met complex, and the subsequent release of all of the initiation factors. This process requires energy, and IF2 is a ribosome-dependent GTPase. This initiation step is the only time when an entering aminoacylated tRNA binds to the P-site; all other aminoacyl tRNAs that subsequently bind to the ribosome enter at the A-site. To make sure the A-site is not available for this initial tRNA interaction, the initiation factor IF1 blocks the A-site.

The translation initiation reaction in higher eukaryotes is very similar in most respects to the prokaryotic reaction, although there are more than 12 eukaryotic initiation factors compared with just three in bacteria. As mentioned earlier, another major difference is that in eukaryotes the first amino acid to be incorporated in response to the AUG start codon is methionine, as opposed to formylmethionine in prokaryotes.



**FIGURE 4.66** The prokaryotic ribosome-binding site on mRNA. During the initiation phase of translation, the 30S ribosomal subunit binds to a sequence that includes the AUG start codon as well as an adjacent upstream region called the Shine-Dalgarno sequence, named after its discoverers.



**FIGURE 4.67** The prokaryotic translation initiation reaction. The initiation factors IF1 and IF3 stabilize the interaction of the 30S ribosomal subunit with the ribosome-binding site on the mRNA, and IF2 stimulates the binding of the tRNA to the 30S-mRNA complex.

**FIGURE 4.68** shows that the eukaryotic initiation pathway can be broken down into five stages as follows:

1. Stage 1 consists of the dissociation of the 80S ribosome by the initiation factors eIF1A and eIF3. eIF2 binds to the aminoacylated tRNA$^{met}$ along with GTP, analogous to prokaryotic IF2, and interacts with eIF5 and eIF1 to form the 43S preinitiation complex.

2. Stage 2 is when the 43S preinitiation complex assembles with the mRNA. In contrast to the ability of the prokaryotic 30S ribosome to recognize internal ribosome-binding sites, in most cases, the 43S preinitiation complex must first bind to a complex of initiation factors located at the 5′ 7-MeG cap on the mRNA.

3. Stage 3 occurs independently of stage 1, and encompasses the formation of the cap-binding complex, which consists of initiation factor eIF4E bound directly to the cap and also bound to eIF4G and EIF4A. The cap-binding complex requires energy in the form of ATP hydrolysis to unwind any stable stem-loop structures in the mRNA that might interfere with initiation codon recognition.

4. Stage 4 is when the 43S preinitiation complex joins the cap-binding complex and scans the mRNA in the 5′ to 3′ direction searching for the first AUG that is in the proper sequence context. In contrast to prokaryotes, there is no easily recognized ribosome-binding sequence analogous to the Shine-Dalgarno sequence in eukaryotes. The nucleotides immediately adjacent on the 5′ and 3′ sides of the AUG appear to be critical to whether or not the initiation complex chooses to use the sequence to initiate translation. The consensus sequence for an AUG in the proper context to be used as an initiation codon is NNPuNNAUGG, where N is any one of the four nucleotides and Pu is a purine (A or G).

5. Stage 5 is when eIF5 and eIF5B each catalyze the hydrolysis of GTP to stimu-



**FIGURE 4.68** The eukaryotic translation initiation pathway. The eukaryotic translation initiation reaction can be subdivided into five stages. The stages are guided by the eukaryotic initiation factors (eIFs). In stage 1, the 80S is dissociated into the 40S and 60S subunits by eIF1A and eIF3A. In stage 2, eIF1 and eIF5 stimulate the eIF2-GTP-tRNA$^{met}$ complex to join the eIF1A-eIF3-40S complex to form the 43S preinitiation complex. In stage 3, the eIF4E-eIF4G-eIF4A complex interacts with the 5′ end of the mRNA and eIF4B and eIF4H catalyze the ATP hydrolysis-dependent unwinding of any mRNA secondary structure located between the mRNA 5′ end and the initiation site. In stage 4, the 43S preinitiation complex joins the eIF4E-eIF4G-eIF4A-mRNA complex. The entire assembly scans in the 5′→3′ direction until it locates the initiation site, at which time eIF2 hydrolyzes its bound GTP to GDP and is released resulting in the formation of the 48S preinitiation complex. In stage 5, additional hydrolysis of GTP results in the dissociation of all remaining initiation factors from the 40S-mRNA complex and the assembly of the 60S subunit onto the 40S subunit to form the initiated 80S-mRNA complex. Adapted from R. J. Jackson, *Biochem. Soc. Trans.* 33 (2005): 1231–1241.



**FIGURE 4.69** The translation elongation pathway. The translation elongation pathway in bacteria can be divided into nine steps. Step 1: EF-Tu · GTP-tRNA complex binds to the A-site on the ribosome. Step 2: The EF-Tu GTPase activity is activated. Step 3: The ribosome catalyzes the hydrolysis of GTP and the release of EF-Tu · GDP. Another factor, EF-Ts (not shown) mediates the regeneration of EF-Tu · GDP back to EF-Tu · GTP. Step 4: The acylated amino acid on the 3′ end of the tRNA in the A-site moves next to the 3′ end of the polypeptidyl-tRNA sitting in the P-site. Step 5: The polypeptide is transferred to the aminoacyl tRNA in the A-site. Step 6: EF-G · GTP binds to the peptidyl tRNA in the A-site. Step 7: GTP is hydrolyzed to form the EF-G · GDP complex. Step 8: The polypeptidyl tRNA translocates from the A-site to the P-site and the deacylated tRNA to the E-site. Step 9: EF-G dissociates from the A-site to yield an empty A-site for the next aminoacylated tRNA. The steps in eukaryotic translation elongation are very similar; however, the eukaryotic homologs of EF-Tu and EF-G are named EF1A and EF2, respectively. Adapted from V. Ramakrishnan, *Cell* 108 (2002): 557–572.

late the assembly of the 60S ribosomal subunit onto the initiation complex and the dissociation of the initiation factors.

Eukaryotic initiation usually occurs by the scanning mechanism as previously outlined; however, there is an alternative means of ini-

tiation, used especially by certain viral RNAs, in which a 40S subunit associates directly with an internal site called an IRES, bypassing any upstream AUG codons. There are few sequence homologies between known IRES elements, but their use is especially important in specific types of viral infections where the virus inhibits

host protein synthesis by destroying 7-MeG cap structures on the 5′ end of the mRNAs and inhibiting the initiation factors that bind them.

Once the complete ribosome has assembled at the initiation codon, the transition to the elongation phase occurs. As in the case of initiation, the prokaryotic and eukaryotic steps in elongation are very similar. There are three elongation factors that function to modulate the elongation reactions. The steps in the prokaryotic elongation reaction are illustrated in **FIGURE 4.69**. These steps are nearly identical in eukaryotes.

At the beginning of the elongation phase, the A-site of the ribosome is vacant due to the loss of the initiation factor that blocked it from occupancy by the initiator tRNA. The aminoacyl tRNA with the amino acid to be inserted at the next position of the polypeptide binds to the A-site of a ribosome, as the P-site is occupied by initiator peptidyl-tRNA. In prokaryotes, entry of the aminoacyl tRNA into the A-site is mediated by elongation factor EF-Tu (also called EF1A). EF-Tu is a highly conserved protein throughout prokaryotes and eukaryotes and is an example of a monomeric GTP-binding protein called a G-protein. We will encounter various examples of monomeric G-proteins that are involved in nucleocytoplasmic trafficking (see *9 Nuclear structure and transport*) and involved in receptor-mediated signal transduction (see *18 Principles of cell signaling*). All G-proteins work by a common set of principles as follows:

- When GTP is present, the protein is in its active state.
- When the GTP is hydrolyzed to GDP, the factor becomes inactive.
- Activity is restored when the GDP is replaced by GTP, which is an exchange reaction—this is not the result of phosphorylation of the GDP by the G-protein.

The binary complex of EF-Tu · GTP binds aminoacyl-tRNA to form a ternary complex of aminoacyl-tRNA-EF-Tu · GTP. The ternary complex binds only to the A-site of the ribosome when the P-site is already occupied by peptidyl-tRNA. This is the critical reaction in ensuring that the aminoacyl-tRNA and peptidyl-tRNA are correctly positioned for peptide bond formation during the peptidyl transferase reaction. The aminoacyl-tRNA is loaded into the A-site in two steps: First, the anticodon end binds to the A-site of the small subunit. Then, codon-anticodon recognition triggers a change in the conformation of the ribosome,

which stabilizes the tRNA binding and causes EF-Tu to hydrolyze its bound GTP. The CCA end of the tRNA now moves into the A-site on the 50S subunit. The EF-Tu · GDP complex, which is now inactive due to its low affinity for aminoacyl-tRNA, is released. Another factor, EF-Ts (also called EF1B), mediates the regeneration of EF-Tu · GDP back to the active EF-Tu · GTP complex.

In the next step of the elongation reaction, which is the actual peptidyl transferase step, the polypeptide chain is transferred from the polypeptide attached to the tRNA in the P-site to the aminoacyl-tRNA in the A-site. As mentioned earlier, a large body of research indicates that the peptidyl transferase reaction is catalyzed by the 23S RNA in the prokaryotic 50S subunit, but supported by ribosomal proteins that hold the 23S RNA in the correct conformation for its catalytic function. By analogy, it is hypothesized that the peptidyl transferase reaction in eukaryotes is catalyzed by the 28S RNA in the 60S ribosomal subunit, although studies to unequivocally demonstrate this are still in progress. The peptidyl transferase reaction is triggered when EF-Tu releases the aminoacyl end of its tRNA. The aminoacyl end of the tRNA in the A-site then pivots into proximity with the end of the peptidyl-tRNA in the P-site, whereupon there is a rapid transfer of the polypeptide chain from the tRNA in the P-site to the aminoacyl-tRNA in the A-site.

The cycle of addition of amino acids to the growing polypeptide chain is completed by translocation, when the ribosome advances three nucleotides along the mRNA with the concomitant expulsion of the uncharged tRNA from the P-site, so that the newly formed peptidyl-tRNA can enter from the A-site. The empty A-site is then ready to accept a new aminoacyl-tRNA corresponding to the next codon. In prokaryotes, the discharged tRNA is transferred from the P-site to the E-site and then to the cytoplasm, while in eukaryotes the discharged tRNA is expelled directly into the cytoplasm. This translocation step requires another monomeric G-protein called EF-G (also called EF2). EF-G · GTP stimulates the transition of the movements of both the deacylated tRNA and the peptidyl tRNA. The mechanism by which EF-G drives this transition reaction is still under investigation; there is evidence supporting the movement through energy derived from the hydrolysis of the GTP, as well as other evidence that supports a more indirect role in which the EF-G · GTP stabilizes the pretranslocation state,

while EF-G · GDP stabilizes the posttranslocation state. EF-G is a major constituent of the cell, present at ~1 copy per ribosome.

The final step in translation is termination, which is stimulated when the ribosome encounters one of the three stop codons, UAG, UAA, or UGA. The strength of these codons in terminating translation is dependent on the base on either side.

Translation termination is a two-step process that requires release factors (FIGURE 4.70). Bacteria have two classes of release factors. Class 1 release factors include RF1 and RF2, while RF3 is a class 2 release factor. RF1 specifically recognizes termination codon UAG, while RF2 recognizes termination codon UGA. Both recognize termination codon UAA. RF1 and RF2 function in the first step of translation termination by interacting directly with the termination codons on the mRNA to block tRNAs from entering the A-site. Specific domains of the class 1 release factors have structural homologies to tRNAs, allowing these domains to fit into the A-site on the ribosome. Additionally, the RFs stimulate the intrinsic ribosomal peptidyl hydrolase activity that cleaves the polypeptide from peptidyl tRNA and releases the polypeptide from the ribosome. The class 2 release factor RF3 stimulates the release of RF1 or RF2 from the ribosome. Although the general mechanism of termination is similar in prokaryotes and eukaryotes, there are some differences in the details. The eukaryotic class 1 release factor, eRF1, is a protein that recognizes all three termination codons. Its sequence is unrelated to the bacterial factors. The class 2 eukaryotic release factor is called eRF2 and it appears to have the same activity as prokaryotic RF3.

Once translation termination has occurred, the mRNA and deacylated tRNA remain associated with the ribosome. A ribosome-recycling factor acts in conjunction with EF2 bound to GTP to dissociate the tRNA, mRNA, and the small and large subunits, using energy from the hydrolysis of the GTP.

In summary, translation is a complex process guided by a large number of translation factors. The translation reaction mechanism and the structure and function of the transla-



**FIGURE 4.70** The translation termination pathway. The translation termination reaction in bacteria is regulated by one of several release factors (in this case, RF2). When the ribosome encounters a stop codon (UGA, UAA, UAG), the release factor binds to the stop codon in the A-site. The ribosome hydrolyzes the aminoacyl linkage between the tRNA in the P-site and the polypeptide, thereby releasing the polypeptide from the ribosome. The RF3-GDP complex binds to RF2, causing the dissociation of the GDP. RF2 binds to a GTP molecule and dissociates from the ribosome. RF3 binds a GTP, and the subsequent hydrolysis of GTP results in the dissociation of RF3. The deacylated tRNA remains bound to the P-site until the complex is dissociated by the binding of ribosome release factor (RRF) to the A-site. Adapted from L. Kisselev, et al. *EMBO J.* 22 (2003): 175–182.

tional components are conserved across species. The different roles of mRNA, tRNA, and rRNA in the mechanisms of the various steps of translation provide the best evidence that cells have evolved from a primordial RNA world. In the next section, we will explore some examples of the regulation of gene expression at the level of translation.

**Concept and Reasoning Check**

1. Trace the steps in translation that are regulated by G-proteins and GTP hydrolysis and explain the function of each of the translation elongation factors.

### 4.15 Translation is controlled by the interaction of the 5′ and 3′ ends of the mRNA and by translational repressor proteins

**Key concepts**

- The cytoplasmic poly(A) binding protein, PABPC1, functions as a translation initiation factor by binding to the poly(A) tail at the 3′ end of the transcript and interacting with the cap-binding proteins on the 7-MeG cap at the 5′ end of the transcript, via looping of the mRNA back on itself to form a circular structure.
- The mTOR pathway is an example of how the cell can modulate translation in response to the availability of amino acids for protein synthesis.
- Translational repressors, such as the iron-response element binding protein, can regulate translation initiation by binding to specific RNA sites within the 5′ UTR and blocking the 40S ribosome from locating the initiation codon.

While most of our previous discussion of gene regulation has focused on control of mRNA biosynthesis and processing, gene expression can also be regulated at the level of translation. Although there are examples where translation elongation and termination are regulated in both prokaryotes and eukaryotes, we will focus our discussion on the control of translation initiation.

In prokaryotes, the most important factors that control translational initiation are the intrinsic strength and physical accessibility of the Shine-Dalgarno sequence within the ribosome-binding site, which are in turn influenced by both the sequence and secondary structure of the mRNA. Those initiation sites whose Shine-Dalgarno sequences deviate greatly from the consensus sequence, or whose Shine-Dalgarno sequences are located in regions of stable RNA secondary structure, require translational activators to increase the affinity of the 30S ribosomal subunit for the ribosome-binding site. These activators interact directly with the 30S ribosomal subunit or function to denature the RNA secondary structure around the initiation site.

In contrast to the regulation of prokaryotic translation initiation, in eukaryotes the principle strategies are either to modulate the formation of the initiation complex at the 7-MeG cap or to inhibit or enhance the ability of the 40S ribosome to locate and properly initiate translation at the initiation codon. Control signals for these strategies can be found at both the 5′ and 3′ ends of the eukaryotic mRNA. As discussed in the previous section, the eukaryotic initiation factors eIF4E, eIF4G, eIF4A, and eIF4B form the 7-MeG cap-binding complex that prepares the mRNA for assembly with the 43S complex consisting of eIF2, eIF3, tRNAmet, and the 40S ribosomal subunit. The activity of the cap-binding complex can be greatly enhanced by the cytoplasmic poly(A) tail binding protein, PABPC1. It is proposed that this stimulation occurs by the interaction of the PABPC1-bound poly(A) tail at the 3′ end of the mRNA with the initiation factor complex on the cap at the 5′ end through the looping of the poly(A) tail to form a circular mRNA (**FIGURE 4.71**).

An important example of a translational regulatory system that targets the formation of the eukaryotic translation initiation complex is the mTOR signal transduction pathway. mTOR stands for mammalian target of rapamycin. Rapamycin is an antibiotic that binds to mTOR and inhibits its function. mTOR is a protein that forms a complex with two other proteins, GβL



**FIGURE 4.71** The looping of mRNA during translation. During translation initiation, mRNA circularizes through the interaction between the poly(A) binding protein on the poly(A) tail and the eIF4E-eIF4G-eIF4A complex on the 5′ 7-MeG cap. Adapted from T. Preiss and M. W. Hentze, *Bioessays* 25 (2003): 1201–1211.

and Raptor (FIGURE 4.72). Together this complex is an active protein kinase and the node for the intersection of a number of different receptor-mediated signaling pathways that are involved in the regulation of cell growth and stress responses to nutrient deprivation. When cells are deprived of nutrients, including amino acids, the cell shuts down translation. Two important repressors of protein synthesis are the eIF4E-binding protein called 4E-BP1, which binds to eIF4E and blocks its assembly with the 7-MeG cap, and the S6 kinase, which phosphorylates ribosomal protein S6 causing inhibition of the 43S ribosomal preinitiation complex. Under normal conditions when nutrients are plentiful and there is active translation, various cellular signaling pathways result in an increase in the kinase activity of the mTOR-Raptor-GβL complex. The two primary targets of the kinase are 4E-BP1 and the S6 kinase. Thus, the mTOR-Raptor-GβL complex acts to block the translational inhibitory effects of 4E-BP1 and S6 kinase.

Another important example of translational regulation in eukaryotes is the control of iron levels in mammals by the proteins **ferritin** and **transferrin**. Because iron is a toxic metal that can cause oxidative damage to cellular components, it is important to keep excess iron stored safely as a complex with ferritin in the blood stream until needed for synthesis of hemoglobin and other iron-containing enzymes. Transferrin helps iron enter cells through transferrin receptor-mediated endocytosis. When iron levels are low, it is advantageous to the cell to inhibit the levels of ferritin so that any remaining free iron can be available for endocytic transport by transferrin via the transferrin receptor.

To reduce the levels of ferritin and increase the levels of transferrin receptor, there is a family of iron regulatory proteins called IRPs, which bind to a site located on both the ferritin and the transferrin receptor mRNAs called the **iron-response element** or **IRE**. The IRE is comprised of consensus sequence elements and a distinct stable RNA secondary structure, and is located upstream of the translation initiation site on ferritin mRNA (FIGURE 4.73). When the IRE is bound by the IRP, the complex blocks the scanning 40S ribosome from reaching the start codon.

In the case of the transferrin receptor, there are multiple IREs located in the 3′ UTR. Binding of an IRP to the IREs in the transferrin receptor 3′ UTR greatly stabilizes the receptor's normally



FIGURE 4.72 The mTOR pathway regulates translation in eukaryotes. The mammalian target of rapamycin (mTOR) signal transduction pathway regulates translation in mammalian cells. Rapamycin is an antibiotic that binds to mTOR and inhibits its function. mTOR, GβL, and Raptor assemble into a complex to form an active protein kinase that specifically inactivates two inhibitors of protein synthesis, 4E-BP1 and S6 kinase. 4E-BP1 binds to eIF4E and blocks its assembly with the 7-MeG cap, and the S6 kinase phosphorylates ribosomal protein S6 causing inhibition of the 43S ribosomal preinitiation complex. mTOR-Raptor-GβL complex acts to block the translational inhibitory effects of 4E-BP1 and S6 kinase. When cellular nutrients are plentiful and there is active translation, various cellular signaling pathways result in an increase in the kinase activity of the mTOR-Raptor-GβL complex. Under conditions of starvation, mTOR activity is downregulated, and 4e-BP1 and S6 kinase act to inhibit protein synthesis. Adapted from M. B. Mathews, N. Sonenberg, and J. W. B. Hershey (eds.). *Transitional Control in Biology and Medicine, Third edition*. Cold Spring Harbor Laboratory Press, 2007.

unstable mRNA. Thus, when iron levels are low in the blood, the cell acts to decrease the level of ferritin translation initiation and to increase the stability of the transferrin receptor mRNA. The IRP has an iron-binding site; when the iron-binding site on the IRP is filled with iron, the affinity of IRP for the IRE is significantly reduced. Consequently, when iron levels are high in the blood, ferritin synthesis is increased to enhance iron storage. High iron levels also release the binding of IRPs to the transferrin receptor IREs and thereby stimulate the degradation of IRP.

In summary, translational control plays an important role in the regulation of specific genes, using a set of activator and repressor proteins and specific sequences to modulate



**FIGURE 4.73** Regulation of ferritin mRNA translation initiation by the iron-response element-binding protein. The binding of an iron regulatory protein (IRP) to the iron-response element (IRE) in the 5' untranslated region of the mRNA encoding ferritin blocks translation initiation. When the IRE is bound by the IRP, the complex blocks the scanning 40S ribosome from reaching the start codon. When iron levels are low in the blood, IRP binds tightly to the IRE and inhibits translation of ferritin mRNA. When iron levels are high in the blood, iron binds to the IRP and causes it to dissociate from the IRE site on the mRNA, thereby increasing ferritin synthesis to enhance iron storage. Adapted from J. M. Cooper and R. E. Hausman. *The Cell: A Molecular Approach, Fourth edition*. Sinauer Associates, Inc., 2006.

ribosome assembly with mRNA and the recognition of the translation initiation site. Another very common strategy for regulating translation initiation is to modulate the interaction of the 43S complex or the poly(A) tail with the cap-binding complex. The levels of translation are directly related to the amount of mRNA available. In the next section, we will explore another type of cellular control of protein synthesis—the localization of mRNAs to specific regions of the cell for the purpose of site-specific translation.

<div style="border:1px solid #000;">
**Concept and Reasoning Check**

1. How might translational control be achieved at the other steps in translation subsequent to initiation?
</div>

## 4.16 Some mRNAs are translated at specific locations within the cytoplasm

**Key concepts**

- Translation of selected mRNAs in specific regions of cells generates structural and functional cell polarity.
- Zipcode-binding proteins (ZBPs) bind to zipcodes in the mRNA and help to deliver some proteins to specific sites in the cytoplasm for translation using the microfilament and microtubule cytoskeletal systems.

In the last section, we saw how mRNA-binding proteins could regulate translation. However, not only can translation of mRNA be controlled temporally, it can also be regulated spatially; that is, some mRNAs are localized to specific regions in the cytoplasm before translation occurs. mRNA localization leads to spatially restricted translation of an mRNA, allowing for multiple rounds of translation of the same mRNA and providing a large localized concentration of newly synthesized protein at a specific cellular location and time. The localization of protein synthesis to the site where the proteins will be used is much more efficient than transporting the protein from a large number of spatially unrestricted translation sites to a specific cellular location.

One of the best examples of mRNA localization is β-actin mRNA. Fibroblast cells can move along substrates by extending out processes called lamellipodia. Lamellipodia form at the leading edge of a cell, extend forward and adhere to the surface in front of the cell, and then pull the cell toward the adhesion point. This movement is governed by the local synthesis and polymerization of β-actin into filaments at the site of lamellipodium formation. β-actin mRNA is localized to the leading edge of the cell and translated where the lamellipodium is to be formed. The following mechanism based on studies of β-actin mRNA



**FIGURE 4.74** Cytoplasmic localization and site-specific translation of mRNA. mRNAs that are to be localized to specific regions of the cytoplasm contain a sequence in the 3' UTR called a zip-code, which binds to proteins called zipcode-binding proteins. After export to the nucleus, the mRNP complex assembles into granular aggregates that are transported to specific locations in the cytoplasm by dynein or kinesin along microtubules or by myosin along actin filaments. Reprinted from *Cell*, vol. 136, K. C. Martin and A. Ephruss, mRNA Localization..., pp. 719–730, Copyright (2009) with permission from Elsevier [http://www.sciencedirect.com/science/journal/00928674].

localization (**FIGURE 4.74**) may also be applicable to many localized mRNAs:

- Located within the 3' UTR of the localized mRNA is a sequence element known as a **zipcode**, which binds to a protein known as a **zipcode-binding protein**.
- The mRNA together with the ZBP-zipcode complex is exported to the cytoplasm where the mRNP is remodeled and several mRNPs assemble into an **RNP granule**.
- The ZBP-containing RNP granule binds motor proteins **dynein** or **kinesin**, which move molecular cargo along the **microtubule** cytoskeleton (see *11 Microtubules*). Alternatively, the RNP granule can bind to the motor protein **myosin**, which moves cargo along the

**actin microfilament** cytoskeleton (see *12 Actin*). Both types of motor proteins utilize ATP as an energy source for the mechanochemical transport of the RNP granule.

Other examples of mRNA localization include the localization of specific mRNAs to the axons and dendrites of neurons and the movement of specific mRNAs to distinct locations in *Drosophila* embryos during the early stages of development.

**Concept and Reasoning Check**

1. During the localization of mRNAs to specific sites in the cytoplasm, translation of the mRNA is inhibited. Suggest a mechanism for this inhibition and for activation of translation once the mRNA reaches its final destination.

## 4.17 Sequence elements in the 5′ and 3′ untranslated regions determine the stability of an mRNA

**Key concepts**

- The 5′ and 3′ UTRs of the mRNA contain sequences that regulate translation, mRNA stability, and mRNA localization in the cytoplasm.
- Degradation of mRNAs occurs primarily by two pathways that both begin with the degradation of the poly(A) tail: The first mechanism involves decapping followed by 5′ to 3′ exonucleolytic degradation of the mRNA, and the second mechanism involves 3′ to 5′ exonucleolytic degradation of the mRNA by a complex of proteins called the exosome.

An additional strategy for the regulation of translation is mRNA decay. The lifetimes of specific mRNAs are often carefully controlled by the cell to optimize the level of protein synthesis. Proteins that are required in only small amounts due to their potential cytotoxic effects at higher levels, or proteins that are needed for only specific periods in the cell cycle, are encoded by mRNAs that contain signals for rapid and effective degradation. Another function of mRNA decay is the quality control of mRNAs. Genes that have accumulated nonsense mutations or mutations in translation termination codons can produce proteins with abnormal lengths (shorter or longer than normal), which may be highly toxic to the cell. In addition, errors during mRNA synthesis (transcription and processing) can produce various types of mutations that could potentially lead to toxic proteins. Specific protein complexes divert the faulty mRNAs into various decay pathways.

The decay of mRNA can occur by exonucleases that degrade the mRNA from either the 5′ end or the 3′ end. Thus, the two most important structural features of mRNAs that protect the transcript from premature degradation are the 7-MeG cap and the poly(A) tail; consequently, the mRNA decay pathways are regulated by proteins bound to sites located in the 5′ and 3′ UTRs of the transcript (**FIGURE 4.75**). These two pathways, which are found in most eukaryotic cells, including mammalian cells, both begin with the 3′ to 5′ exonucleolytic degradation of the poly(A) tail by specific nucleases that are still under intensive investigation. Once the poly(A) tail has been degraded to less than 10 adenine residues, the remainder of the mRNA is degraded by one of the two following sets of events:

1. Removal of the 5′ 7-MeG cap followed by 5′ to 3′ exonucleolytic digestion of the remaining body of the mRNA.
2. 3′ to 5′ exonucleolytic digestion of the rest of the poly(A) tail followed by the remaining body of the mRNA.

While there are a number of specific protein-binding sites involved in mRNA stability, the best-characterized and most common protein-binding site is the **AU-rich element** or **ARE** (**FIGURE 4.76**). AREs range between 50 and 150 nucleotides in length and represent a diverse set of nucleotide sequences. Many AREs contain numerous copies of the short sequence element AUUUA or the longer sequence UUAUUUAUU along with one or more stretches of uridine residues. More than 15 ARE-binding proteins have been identified in mammalian cells. ARE elements are most of-



**FIGURE 4.75** Two pathways for eukaryotic mRNA decay. The decay of mRNA can occur by exonucleases that degrade the mRNA from either the 5′ end or the 3′ end. The 7-MeG cap and the poly(A) tail protect the mRNA from degradation while the mRNA is translated. Decay of the mRNA in both pathways begins with the 3′→5′ exonucleolytic degradation of the poly(A) tail by specific nucleases that are still under intensive investigation. Once the poly(A) tail has been degraded to less than 10 adenine residues, the remainder of the mRNA is degraded by either removal of the 7-MeG cap followed by 5′→3′ exonucleolytic digestion of the remaining body of the mRNA by the Xrn1 nuclease, or by 3′→5′ exonucleolytic digestion of the rest of the poly(A) tail followed by degradation remaining body of the mRNA by the exosome. Adapted from C. J. Wilusz and J. Wilusz, *Trends Genet.* 20 (2004): 491–497.

**Sequences involved in mRNA post-transcriptional regulation**



FIGURE 4.76 AU-rich elements control mRNA stability. AU-rich elements (AREs) are found in the 3' UTRs of mRNAs that have short half-lives. The ARE binds to one of several different ARE-binding proteins, which stimulates the degradation of the mRNA. Courtesy of Rebecca Hartley, University of New Mexico School of Medicine. Reproduced from an illustration by Rebecca Hartley, University of New Mexico School of Medicine.

ten found in mRNAs encoding proteins whose levels must be carefully controlled and whose expression is only desirable for a specific short period during the cell cycle. Some ARE-binding proteins are expressed in all tissues, while others are tissue-specific. In addition, some ARE-binding proteins are present at only specific stages of the cell cycle. ARE-binding proteins can function to either stabilize or destabilize the mRNA transcript, depending upon the ARE-binding protein and the presence of other mRNA stability proteins associated with the 3' UTR. A complex called the **exosome**, which contains multiple exonucleases, has been found in most eukaryotic cells and has been shown to be involved in the 3' to 5' nucleolytic degradation of mRNAs. The exosome has a preference for mRNAs that contain AREs.

In addition to regulating the levels and temporal expression of specific proteins, mRNA decay is an importance surveillance mechanism to identify and remove mRNAs containing mutations that could lead to the production of proteins that are deleterious to the cell. Such mutations include premature stop codons caused by frameshift mutations that occur due to mRNA splicing errors. The normal ORFs of protein-coding regions are normally protected through evolution from acquiring inherited stop codons that would cause premature translation termination and truncated proteins. However, if an aberrant splicing event occurs that generates a frame shift mutation, the chances of encountering a stop codon becomes 3/64 or about 1 in 20 for every codon that is read by the ribosome. Thus, it is almost inevitable that a truncated protein will result from a splicing error.

To avoid the generation of potentially deleterious truncated proteins, the cell uses a pathway called **nonsense-mediated decay** or **NMD** (FIGURE 4.77). The NMD complex assembles with a ribosome to carry out a single round of nonproductive translation that scans the mRNA for premature stop codons. It is clear that not all mRNAs go through this "pioneer round" of translation; the conditions that govern which mRNAs go through this surveillance are still unclear.

A pathway similar to NMD detects the lack of a translation termination signal, called **nonstop-mRNA decay**. Nonstop-mRNA decay protects the cell against the production of potentially deleterious proteins that arise from a lack of a stop codon, and ensures that ribosomes and other translational components are not tied up in unproductive protein synthesis and are properly recycled.

In summary, mRNA decay is an important mechanism for controlling the amount of mRNA available for translation. The signals that control mRNA decay are located in the 5' and 3' UTRs of the transcript and interact with a variety of proteins that in turn interact with various mRNA binding proteins. In addition, mRNA decay plays a critical role in mRNA



**FIGURE 4.77** A model for nonsense-mediated mRNA decay. The nonsense-mediated decay (NMD) pathway is an mRNA quality control process to degrade mRNAs that contain a premature termination codon (PTC). PTCs usually result from splicing defects caused by mutations in splicing signals, and can lead to the synthesis of deleterious proteins. After mRNA splicing, the NMD core protein UPF3 binds as part of the exon junction complex (EJC) marking each junction between adjacent exons. After cytoplasmic export, UPF2 joins UPF3. If a ribosome encounters a premature termination codon, four other proteins, UPF1, SMG1, eRF1, and eREF3 form a complex at the stalled ribosome called SURF. UPF1 binds to UPF2 at the nearest EJC and causes SMG1 to phosphorylate UPF1, leading to the assembly of SMG5 and SMG7, and to the subsequent degradation of the mRNA. Reprinted from *Trends Genet.*, vol. 24, L. Linde and B. Kerem, Introducing sense into nonsense..., pp. 552–563, Copyright (2008) with permission from Elsevier [http://www.sciencedirect.com/science/journal/01689525].

quality control to prevent the production of deleterious proteins. In the next section, we will explore another mechanism for control of mRNA utilization.

> **Concept and Reasoning Check**
>
> 1. What would be the advantages of regulating gene expression at the level of mRNA stability versus transcription?

### 4.18 Noncoding RNAs are important regulators of gene expression

> **Key concepts**
>
> - RNA interference (RNAi) is a recently discovered set of pathways that use small ncRNAs to inhibit expression of mRNAs.
> - Small interfering RNAs (siRNAs) are double-stranded RNAs (dsRNAs) found in plant cells and some animal cells; they contain sequences complementary to specific mRNAs. siRNAs as part of the protein containing RNA-induced silencing complex (RISC) base pair to the mRNA and induce mRNA decay. Synthetic siRNAs can be used to knockdown gene expression in mammalian cells.
> - miRNAs are originally generated as precursors from segments of introns or from their own transcription units and are processed in the cytoplasm to mature 23 nucleotides RNAs that can function as part of the RISC to promote mRNA decay or can inhibit translation.

Perhaps the single most important event in molecular cell biology during the past decade has been the discovery of two classes of ncRNAs that cause sequence-specific gene silencing by a process known as RNA interference or **RNAi**. The first class of small regulatory ncRNAs to be identified was the **siRNAs**. Originally identified in virus-infected plants and in nematodes, siRNAs are derived from larger dsRNA precursors that are transcribed and processed in the nucleus into shorter dsRNAs; these short dsRNAs are in turn exported to the cytoplasm for further trimming by a complex, including the nuclease **Dicer**, to short 21–23 bp siRNAs (**FIGURE 4.78**). The duplex siRNA is denatured and one strand, known as the **guide strand**, assembles with one of several members of the **Argonaute (Ago)** protein family to form the **RNAi complex** or **RISC**. The RISC uses the guide strand to recognize and cleave specific mRNAs in the cytoplasm. Only a few naturally occurring mammalian siRNAs have been

reported thus far, but synthetic siRNAs have emerged as a powerful tool for the study of mammalian gene expression. Synthetic siRNAs can be designed to target specific mRNAs and can be transfected directly into mammalian cells or synthesized inside the cell in situ on transfected expression plasmid vectors. Once inside the cell, an siRNA can assemble in the RISC and degrade the mRNA target, often resulting in a near elimination or at least a significant decrease (knockdown) in a specific protein.

The second class of ncRNAs, known as **miRNAs**, has been discovered with very similar properties to siRNAs, and has had a profound effect on our understanding of gene regulation. It is estimated that there may be over 1,000 different mammalian miRNAs. As in the case of siRNAs, miRNAs bind to specific mRNAs through complementary base pairing. Although the miRNA target sequences are most often found in the 3′ UTR, targets may be located in any region of the mRNA, including the 5′ UTR and the coding region. The identification of target sequences for miRNAs is under very active investigation, and more than 500 different target sequences have been identified. In vertebrates, individual miRNAs have been found to play important roles in differentiation and development. miRNAs can function to either destabilize mRNAs through the RISC complex or can repress translation.

The original precursor of miRNAs can come from a primary transcript (**pri-miRNA**), synthesized from its own promoter or from an excised mRNA intron. Pri-miRNAs and intronic miRNA precursors are processed into **pre-miRNAs** within the nucleus by an enzymatic complex including the nuclease **Drosha** and the **DCGR8 protein**. The pre-miRNA is exported to the cytoplasm, where the same Dicer complex that was used for siRNA generation processes the pre-miRNA into the 18–23 nucleotide final miRNA product (**FIGURE 4.79**). The miRNA assembles along with an Ago protein into the RISC, similar to the siRNA pathway. Depending on the miRNA and its target sequence, the attachment of the miRNA-RISC leads to mRNA degradation or to translational interference. Interaction between the miRNA and the target mRNA is mediated by base pairing between the target site on the mRNA and an 8-nt segment on the miRNA referred to as the **guide sequence** (**FIGURE 4.80**). Computer algorithms have been developed to identify



**FIGURE 4.78** The siRNA pathway. Small interfering RNAs (siRNAs) target and degrade specific mRNAs. Naturally occurring siRNAs are derived from larger double-stranded RNA (dsRNA) precursors, made in the nucleus and processed in the cytoplasm by the nuclease Dicer, to a final 21–23 bp siRNA product. siRNAs can also be synthesized in the laboratory as short double-stranded products and transfected into cells. The siRNA is unwound and one strand, known as the guide strand, along with one of the Argonaute (Ago) family proteins, assembles into what is known as the RNA interference complex or RISC. The RISC uses the guide strand to recognize and cleave specific mRNAs in the cytoplasm. Reprinted by permission from Macmillan Publishers Ltd: *Nat. Rev. Mol. Cell Biol.*, T. M. Rana, Illuminating the silence..., 2007, vol. 8 (1): 23–36.

potential miRNA target sites in mammalian genomes, and it is common to encounter at least a half-dozen different miRNA targets within any given mRNA 3′ UTR or 5′ UTR; confirmation of the target site is carried out experimentally.

The study of the role of miRNAs in cell differentiation and embryonic development is one of the most active areas of investigation in cell biology. It is now clear that miRNAs are also



**FIGURE 4.79** The miRNA pathway. MicroRNAs (miRNAs) can be derived from intronic regions of mRNA transcripts or can be transcribed from their own promoters. In this figure, the primary transcript, called a pri-mRNA, is transcribed from its own promoter and processed into a pre-miRNA within the nucleus by an enzymatic complex including the nuclease Drosha and the DCGR8 protein. The pre-miRNA is exported to the cytoplasm, where the Dicer complex processes the pri-miRNA into an 18–23 nucleotide final miRNA product. The miRNA assembles along with an Argonaute protein into the RISC in a manner similar to the siRNA pathway. Depending on the degree of complementarity between the miRNA and its target mRNA sequence, the attachment of the miRNA-RISC leads to mRNA degradation or to translational interference. Adapted from A. Esquela-Kerscher and F. J. Slack, *Nat. Rev. Cancer* 6 (2006): 259–269.



**FIGURE 4.80** The miRNA "seed" sequence. Interaction between a miRNA and its target mRNA is mediated by base pairing between the target site on the mRNA and an 7–8 nucleotide segment on the miRNA guide strand referred to as the seed sequence. (a) Perfect complementarity between the miRNA miR-375 seed sequence and the myotrophin mRNA target, but imperfect complementarity outside the seed sequence. (b) Imperfect complementarity between miRNA let-7 and lin-41 mRNA, but more extensive complementarity outside of the seed sequence. Adapted from N. Rajewsky, *Nat. Genet.* 38 (2006): S8–S13.

involved in many disease processes including cancer and cardiovascular disease.

Concept and Reasoning Check

1. A number of mRNAs contain several different miRNA target sites in their 3′ UTR regions. How might the presence of multiple sites be important in cellular development?

## 4.19  What's next?

In this chapter, we have reviewed the individual events in gene expression and considered how each step is regulated. However, these events do not occur as individual biochemical processes, but function as an **integrated, complex dynamic system**, linked together by regulatory factors that act in multiple steps to keep the reactions coupled to each other, facilitating feedback and autoregulatory behavior. It is also important to emphasize that gene expression is not monotonic; in other words, genes are not simply on or off, but have a dynamic range of expression. By using multiple layers of regulation at different stages of expression, it is possible to control RNA and protein levels temporally with a much larger dynamic range. In addition to temporal regulation, gene expression is controlled spatially within the context of the structural organization of the cell. Trafficking of RNAs and proteins between the various membrane-bound organelles as well as the nonmembranous subcompartments will be more fully explored elsewhere in the book, but it suffices to say that the interplay between temporal and spatial regulation adds an increasing level of complexity to control of gene expression.

While there are a plethora of applications and implications for studies of gene regulatory systems, some of the most compelling are in medicine. There are more than 210 distinct cell types in the adult human body. Each of the cells in the body contains the same linear sequence of DNA—the same set of genes (the same genome). However, it is the gene expression pattern of the genome that determines the differentiation state and structural and metabolic homeostasis of each of these cell types. We will see in other chapters of the book that the failure to control the growth, proliferation, and differentiation of just a single cell can have enormous ramifications for the health of the entire organism. The complete understanding of the pathways that lead to cellular growth, proliferation, and differentiation will provide

us with great capabilities for understanding the nature of health and disease at the levels of the organism and population.

Ultimately, by understanding gene expression at the integrative systems level, it may be possible to modify and correct aberrant gene expression to treat a variety of human diseases. **Stem cells** are **pluripotent** cells that can differentiate into a wide variety of different cell types. Programming stem cells to differentiate into functional tissues and organs will pave the way for effective disease intervention strategies. It may even be possible to partially or completely reprogram differentiated cells to change cell types. However, even the ability to repair an inherited mutation in a single faulty master regulatory gene would have enormous benefits.

What would be necessary to successfully intervene in the control of cellular gene expression? First, we will need to know the expression states at the multicellular level—not just at the single cell level. We are also becoming increasingly aware that cells do not exist as isolated entities. Even prokaryotes can function as communities of cells, communicating their functional states between one another through intercellular signaling pathways (see *20 Prokaryotic cell biology* for a further discussion). For eukaryotic metazoans, this communication includes not only interacting as individual cells, but also interacting physically to build the next levels of biological structure within the organism—tissues and organs. Thus, the expression of genes in one cell must be coordinated with the expression of genes in other cells in its immediate neighborhood as well as in tissues and organs located at a significant distance. These **intercellular gene control** pathways are almost a complete mystery at the moment, but understanding them at this higher level will be critical if we are to be able to exploit our knowledge of gene regulation to the fullest extent in the promotion of health in organisms and populations.

To address the future challenges of understanding the coordinated function of cellular genomes at the organism and population levels, we will have to combine experimental biology with mathematical and computational approaches. We are just beginning to see the application of sophisticated computer algorithms and network theory to analyze global gene regulatory systems. The first attempts using these approaches are being applied to the understanding of networks of transcription activators and repressors involved in cell differentiation, devel-

opment, and cancer. However, as we have seen in this chapter, it is now clear that alternative splicing, mRNA stability, and ncRNAs are also very important and common pathways in gene regulation and will have to be integrated into truly comprehensive modeling of gene expression systems. The iterative approach of testing theoretical models experimentally and using the results to modify the models will increase our level of understanding of how gene expression systems provide the direction for complex dynamic structural and functional integrity of the cell—in the context of its physical environment and in the context of a tissue and organ within the organism. Thus, the biggest challenge for the future of the study of gene expression and regulation at the systems level will require effective collaborative efforts between experimental and theoretical scientists and mathematicians in which members of the research teams will have to learn new vocabularies, approaches, instrumentation, and tools.

## 4.20 Summary

In this chapter, we have focused on the basic mechanisms of gene expression and regulation. The modern definition of the gene is a chromosomal or organellar DNA sequence that encodes the information to transcribe a functional RNA. The RNA transcript may code for a protein or be an ncRNA with structural, regulatory, or catalytic functions. In the first step of gene expression, the gene is transcribed to produce the primary RNA transcript; however, the vast majority of primary RNA transcripts, especially in eukaryotes, must be processed into mature transcripts. In the case of eukaryotic protein-coding genes, RNA processing includes 5′ capping, 3′ polyadenylation, and the removal of intronic sequences. Transcription and RNA processing occur in the nucleus, and are directly coupled to mRNA export to the cytoplasm where translation, localization, storage, and degradation occur. The export of mRNAs from the nucleus to the cytoplasm is regulated to ensure that only functional mRNAs leave the nucleus and are translated at the correct time and location within the cytoplasm. Translation, mRNA stability, and mRNA cytoplasmic localization are regulated by proteins and small ncRNAs. Many of the gene regulatory systems in eukaryotic

cells are targets of signaling mechanisms that connect the extracellular environment, cell growth, proliferation, and differentiation to gene expression. It is clear that aberrant regulation of gene expression is a major mechanism of inherited and acquired diseases. Throughout the remainder of this book, we will encounter numerous examples of how cell cellular structure and function are inextricably linked to gene expression and regulation.

**http://biology.jbpub.com/lewin/cells**
To explore these topics in more detail, visit this book's Interactive Student Study Guide.

## References

Carthew, R. W., and Sontheimer, E. J. 2009. Origins and mechanisms of miRNAs and siRNAs. *Cell* v. 136 p. 642–655.

Danckwardt, S., Hentze, M. W., and Kulozik, A. E. 2008. 3′ end mRNA processing: molecular mechanisms and implications for health and disease. *EMBO J.* v. 27 p. 482–498.

Davidson, E. H. 2006. *The Regulatory Genome: Gene Regulatory Networks in Development and Evolution.* Burlington, MA: Academic Press.

Kornberg, R. D. 2007. The molecular basis of eukaryotic transcription. *Cell Death Different* v. 14 p. 1989–1997.

Krebs, J. E., Goldstein, E. S., and Kilpatrick, S. T. 2010. *Lewin's Essential Genes.* 2nd Ed. Sudbury, MA: Jones and Bartlett.

Martin, K. C., and Ephrussi, A. 2009. mRNA localization: gene expression in spatial dimension. *Cell* v. 136 p. 719–730.

Scherer, S. 2008. *A Short Guide to the Human Genome.* Cold Spring Harbor, NY: Cold Spring Harbor Press.

Sonenberg, N., and Hinnenbusch, A. G. 2009. Regulation of translation initiation in eukaryotes: mechanisms and biological targets. *Cell* v. 136 p. 731–745.

Thomas, M. C., and Chiang, C. M. 2006. The general transcription machinery and general cofactors. *Crit. Rev. Biochem. Mol. Biol.* v. 41 p. 105–178.

Tropp, B. 2008. *Molecular Biology: Genes to Proteins.* 3rd Ed. Sudbury, MA: Jones and Bartlett

Wahl, M. C., Will, C. L., and Lührman, R. 2009. The spliceosome: design principles of a dynamic RNP machine. *Cell* v. 136 p. 701–718.

**Nonjunctional proteins** are proteins that are not contained in cell-cell junctions (e.g., tight junctions, adherens junctions, etc.). Most cellular proteins are nonjunctional.

**Nonsense-mediated decay** (**NMD**) is a pathway that degrades an mRNA that has acquired a nonsense mutation prior to the last exon.

**Nonstop mRNA decay** is a pathway that rapidly degrades an mRNA that lacks an in-frame termination codon.

The **nuclear envelope** is made of two concentric membranes (the inner and outer nuclear membranes) and is the boundary between the nucleus and the cytoplasm. Beneath the nuclear envelope is an intermediate filament lattice (the nuclear lamina), and proteins embedded in the inner nuclear membrane contact the lamina. The nuclear envelope is penetrated by nuclear pores, which are also sites where the inner and outer nuclear membranes are fused. The outer membrane is continuous with the membrane of the rough endoplasmic reticulum.

The **nuclear envelope lumen** is the space between the inner and outer nuclear membranes and is continuous with the lumen of the endoplasmic reticulum.

A **nuclear export signal** (**NES**) is a protein domain (usually a short amino acid sequence) that interacts with an exportin, resulting in the transport of the protein from the nucleus to the cytoplasm.

The **nuclear lamina** is an organized proteinaceous layer on the nucleoplasmic side of the nuclear envelope. It consists of (up to) three related intermediate filament proteins called lamins.

A **nuclear localization signal** (**NLS**) is a protein domain (usually a short amino acid sequence) that interacts with an importin, allowing the protein to be transported into the nucleus.

The **nuclear matrix** is the name given to the observed network of fibers that remains when the nucleus has been treated to remove all soluble proteins, all lipids, and almost all DNA. It is only observed after such extraction. It may provide structure and organization for the nucleus, but its existence is controversial.

A **nuclear pore complex** (**NPC**) is a very large, proteinaceous structure that extends through the nuclear envelope, providing a channel for bidirectional transport of molecules and macromolecules between the nucleus and the cytosol.

**Nucleating proteins** help initiate and control the formation of polymers, such as actin filaments, in cells. The Arp2/3 complex and formins are the two main types of nucleating protein complexes.

**Nucleation** refers to the step in a polymerization reaction in which formation of a small multimer (nucleus) allows for the elongation of the polymer. For example, nucleation occurs in the assembly of microtubules and actin filaments.

The **nucleoid** is the structure in a prokaryotic cell that contains the genome. The DNA is bound to proteins and is not enclosed by a membrane.

The **nucleolus** (*plural*: nucleoli) is a discrete region of the nucleus where ribosomes are produced and some additional nuclear functions take place.

The **nucleoplasm** refers to the content of the nucleus, excluding the nucleolus.

**Nucleoporin** was the term originally used to describe those components of the nuclear pore complex that bind to the inhibitory lectins, but now is used to mean any polypeptide component of the nuclear pore complex.

**Nucleoside diphosphokinase** (**NDP kinase**) is an enzyme-catalyzing transfer of phosphoryl groups from ATP to a nucleoside diphosphate.

The **nucleosome** is the basic structural unit of chromatin in the interphase chromosome. The nucleosome core particle consists of ~140 bp of DNA and two copies each of the histones (H2A, H2B, H3 and H4).

**Nucleosome positioning** describes the placement of nucleosomes at defined sequences of DNA instead of at random locations with regard to sequence.

A **nucleotide** is a component of a nucleic acid consisting of a carbohydrate molecule, a phosphate group, and a nitrogenous base.

**Nucleotide excision repair** (**NER**) is a repair system that recognizes and repairs bulky lesions in DNA.

The **nucleus** is a cellular organelle that contains the genomic DNA. It is surrounded by a nuclear envelope consisting of a double layer of membranes and is the site of DNA replication, gene transcription, and most RNA processing.

**Okazaki fragments** are short stretches of 1000–2000 bases produced during discontinuous bacterial DNA replication, which are later joined into a covalently intact strand by DNA ligase.

**Oligosaccharyltransferase** (**OST**) is a multisubunit complex in the membrane of the endoplasmic reticulum. It transfers carbohydrate groups onto proteins as they are translocated into the ER.

**Oncogenes** are genes whose products have the ability to transform eukaryotic cells so that they grow in a manner analogous to tumor cells.

An **oncoprotein** is the product of a gene (oncogene) that when overexpressed or mutated can lead to unregulated cell growth and proliferation and cancer.

The **One Gene, One Protein Hypothesis** states that a gene us the unit of genetic information that directs the synthesis of a specific messenger RNA (mRNA). With the discovery of alternative splicing and noncoding RNAs (ncRNAs), this hypothesis is only of historical significance.

An **open reading frame** (**ORF**) is the complete set of codons read by the ribosome in an mRNA that begins with an initiation (start) codon and ends with a termination (stop) codon.

**Open systems** are those which can exchange energy and matter with their surroundings.

An **operon** is a cluster of genes within a bacterial genome that encodes proteins or RNAs belonging to the same functional path-