# Exhibit E

**DANIEL GRIFFIN, MD, PhD CTropMed CTH**
23 Murray Ave
Port Washington, NY 11050
Cell# (347)-276-6116
DanielGriffinMD@gmail.com



**1-PREPARATION OF CV:** May 3, 2023

**PROFILE:**  A physician-scientist, board certified in Internal Medicine and Infectious Disease with expertise in Global Health, Tropical Medicine, Parasitology, and Virology including SARS-CoV2 (COVID-19). An active clinician and internationally invited speaker lecturing for multiple organizations including the University of Glasgow, the Peace Corp, University of Minnesota, Foundation for International Medical Relief of Children (FIMRC), Floating Doctors, and Remote Care Education, as well as for other groups in Asia, the Caribbean, Central America, Africa, and India. One of the hosts of the popular podcasts *This Week in Parasitism*, *This Week in Virology,* and *The IDPuscast.* One of the authors of Parasitic Diseases, now in its 7th Edition with thousands of copies distributed to over 100 countries throughout the world.

**2-PERSONAL DATA**
Name:  Daniel Griffin
Birth date: July 15, 1967
Birthplace: New York, NY
Citizenship: USA

**3-ACADEMIC APPOINTMENTS, HOSPITAL APPOINTMENTS, and other WORK EXPERIENCE**

INFECTIOUS DISEASE PHYSICIAN 1/1/2017-**CURRENT**
Chief, Division of Infectious Disease
Infectious Diseases and Travel Medicine
OPTUM TRI-STATE (Formerly ProHealth Care NY)
1 Dakota Drive Suite 205
Lake Success, NY 11042
Tel: (516)-656-6500
- Chief of Division at the largest physician owned multispecialty practice in the United States with ~3,000 physicians. Clinical Practice focusing on inpatient and outpatient consultations and care of HIV infected individuals, patients with general Infectious Diseases, and Travel Medicine.

COLUMBIA UNIVERSITY IRVING MEDICAL CENTER-4/23/2014-**CURRENT**
Instructor of Clinical Medicine/Infectious Disease Specialist
DEPARTMENT OF MEDICINE-DIVISION OF INFECTIOUS DISEASES
Associate Research Scientist
DEPARTMENT OF BIOCHEMISTRY & MOLECULAR BIOPHYSICS (4/23/2014-6/30/2020)
630 West 168th Street
New York, NY 10032-3723
Ph# +1 (646) 724-1061 (Contact Glendaly Menendez gm336@cumc.columbia.edu )
- Clinical Practice focusing on teaching and supervision of fellows, residents and medical students in the care of inpatient and outpatient HIV infected individuals and patients with general Infectious Diseases. Division Head Magdalena Sobieszczyk
- Research focusing on HIV and stem cell latency, Human HSPC lentiviral gene therapy, mechanisms driving B cell malignancies in HIV patients, SARS-CoV2.


PARASITES WITHOUT BORDERS, Inc. 6/3/2016-**CURRENT**
President-Director
23 Murray Ave
Port Washington, NY, 11050
Tel: (888)-963-8970
info@parasiteswithoutborders.com
-  A comprehensive, advanced educational resource and disseminator of basic and clinical information dealing with all aspects of the global problems associated with the acquisition of parasitic diseases that adversely affect people around the world. Providing textbooks and producing lectures on parasitic diseases and global health issues. >40,000 textbooks to >100 countries throughout the world

MicrobeTV 2019-**CURRENT**
Director
Daniel@microbe.tv
-  A science education organization producing multiple 5-star rated podcasts including: This Week in Virology, This Week in Parasitism, This Week in Microbiology, This Week in Neuroscience, This Week in Evolution, Urban Agriculture, Virus Watch and Immune
- Co-Host on This Week in Parasitism Podcast >2 million downloads and iTunes 5 star rated
- Featured weekly guest on This Week in Virology

2

## HOSPITAL APPOINTMENTS

**CURRENT**

New York Presbyterian Columbia University Medical Center-Consultation Privileges
7/1/2015-Current
630 West 168th Street
New York, NY 10032

Plainview Hospital Infectious Disease Consultation Privileges
1/2017-current
888 Old Country Road, Plainview, NY 11803
Medical Staff Office (516)-823-8855

North Shore University Hospital-Infectious Disease Consultation Privileges
9/16/2009-6/30/2013, 1/2017-current
300 Community Dr, Manhasset NY 11030
Medical Staff Office (516)-823-8855

Long Island Jewish Hospital- Infectious Disease Consultation Privileges
9/16/2009-6/30/2013, 2/17/2015-11/2015, 1-2017-current
270-05 76th Ave, New Hype Park, NY 11040
Medical Staff Office (516)-823-8855

Syosset Hospital Infectious Disease Consultation Privileges
1/2017-current
221 Jericho Turnpike, Syosset, NY 11791
Medical Staff Office (516)-823-8855

LIJ-Valley Stream Hospital Infectious Disease Consultation Privileges
11/14/2017-current
900 Franklin Ave, Valley Stream, NY 11580
Medical Staff Office (516)-823-8855

Saint Francis Hospital
07/24/2018 -current
100 Port Washington Boulevard
Roslyn, NY 11576
Medical Staff Office (516)-562-6000

Saint Joseph Hospital
06/16/2020-current
4295 Hempstead Turnpike
Bethpage, NY 11714
Medical Staff Office (516)-520-2387

**PRIOR**

Providence Alaska Medical Center-Internal Medicine Privileges
6/25/2010-2/2/2012
3200 Providence Dr, Anchorage, AK 99508
ph# (907) 212-3185, fax# (907) 212-4865 Debra.Wilsack@providence.org

Alaska Regional Hospital-Internal Medicine Privileges
12/1/2009-3/29/2012
2801 DeBarr Rd, Anchorage, AK 99508
ph# (907)-264-1261, fax# (907) 264-1143 kerry.gardner@hcahealthcare.com

Poudre Valley Hospital-Internal Medicine Privileges
6/23/1999-7/31/2009
1024 S Lemay Ave, Fort Collins, CO 80524
ph#970-495-7153 fax#970-495-7639  morgan.lael@uchealth.org

**PRIOR EMPLOYMENT**

UNITED HEALTH GROUP  3/2020-06/2022
Senior Fellow for Infectious Disease
UHG Global Research and Development
Minnetonka, MN 12700

INFECTIOUS DISEASE ATTENDING-7/1/2014-10/6/2015
HOFSTRA-NORTHSHORE-LIJ SCHOOL OF MEDICINE
DIVISION OF INFECTIOUS DISEASE
400 Community Drive,
Manhasset, NY 11030
 (516) 562-4280
- Clinical training and responsibilities for outpatient and inpatient care of individuals with various infectious diseases.  Research focusing on mortality in patients infected with retroviral infection (HIV).

ELMEZZI SCHOLAR and TEACHING ATTENDING INTERNAL MEDICINE RESIDENCY PROGRAM* ELMEZZI SCHOOL OF MOLECULAR MEDICINE /FEINSTEIN INSTITUTE/NSLIJ HEALTH SYSTEM  9/2/2008-5/24/2012
350 Community Drive,
Manhasset, NY 11030
(516) 562-1159
- Research focusing on the role of innate B cells in Cancer, Infectious disease, Degenerative Disease and Autoimmune Disease.
- PROBONO: Caring for patients and supervising and teaching Medical Students and Internal Medical Residents in an indigent clinic setting.

OWNER AND PRIMARY CARE PHYSICIAN*ALPENGLOW MEDICAL  8/21/1999-6/27/2008
1006 Robertson St, Fort Collins, CO 80525
(970) 482-3820

4

- Sole owner of this 5 physician General Internal Medicine Clinic with management and clinical responsibilities.  This clinic was the highest volume Inpatient/Outpatient Internal Medicine clinic in Fort Collins with yearly collections approaching 2 million dollars.   This clinic had over 30,000 patient visits per year with average personal volume of 30-outpatient visits/day plus inpatient census ranging from 3-8 patients/day. Responsibilities also included supervising physician assistants and nurse practitioners, working with Residents, teaching medical students, and developing clinical practice guidelines.   (8/1998-8/1999 choosing location and setting up clinic with patient care started 9/1999)

**-PRIOR SECONDARY EMPLOYMENT**

ALASKA HOSPITALIST GROUP
6/25-6/27/2010 and 11/13-16/2010
4800 Cordova St #100 Anchorage, AK 99503
(907)-375-3355
- Worked shifts in Anchorage as a hospitalist physician admitting and managing inpatients at Providence Hospital and Alaska Regional Hospital

HIMSS DAVIES AWARD SELECTION COMMITTEE
Member 9/1/2006-12/31/2009
Chair 1/1/2010-6/30/2012

PRESIDENT * NORTHERN COLORADO IPA
9/1/2006-4/30/2008
1175 58th Ave., Greeley, CO 80634
970-495-0333
- President of Largest Independent Practice Association in Colorado with over 500 physician members.  Responsible for leadership in the development, implementation and monitoring of clinical practice guidelines, and contract negotiations for more than 250 million dollars in clinical contracts with health insurers. Oversaw and managed the capitated risk contract covering Northeastern Colorado, South Eastern Wyoming and Western Nebraska.

MEDICAL DIRECTOR*NORTHERN COLORADO IPA
9/1/2003-4/31/2008
1175 58th Avenue, Suite 202, Greeley, CO 80634
970-495-0333
- Chair of QAI and Chair of Contracting Committee; Responsible for negotiating all insurance contracts for the organization, credentialing of new and renewing members and head of Quality Assurance assessment and enforcement.

MEDICAL DIRECTOR * PREFERRED HOMECARE
2004 – 2006
6835 Sherman Street, Loveland CO 80538
(970) 356-5317
- Review and oversight of all clinical care performed by personnel.

MEDICAL DIRECTOR*SPRING CREEK HEALTH CENTER
2002-2003
1000 East Stuart Street Fort Collins, CO 80525
(970) 482-5712
- Review and oversight of all clinical care performed by personnel.

MEDICAL DIRECTOR*CORRECTIONAL HEALTH MANAGEMENT INC, FORT COLLINS, CO
2001-2002
2255 Midpoint Drive, Fort Collins, CO 80525
970-498-7000
Review of all clinical care at the facility and the development of treatment protocols.

OWNER & MEMBER-MANAGER*HARVEST MOON INVESTMENT
2/12/2001-4/3/2008
1006 Robertson Street, Fort Collins, CO 80525
(970) 482-3820
- Responsible for management of this commercial real-estate company with over a million dollars in assets, multiple tenants, and commercial building holdings.

COLLABORATING PHYSICIAN AND BUSINESS CONSULTANT*LIFESPAN FAMILY CARE
2002-2006
1217 Riverside Avenue, Fort Collins, CO 80524
(970) 484-9533
- Responsible for development of business plan and ongoing assistance in running this first free-standing independent nurse practitioner clinic in the state of Colorado as well as clinical over-site and teaching responsibilities for nurse practitioners and nurse practitioner students.

HOSPITALIST*FORT HARRISON VETERANS HOSPITAL HELENA, MT 1997-1998
1900 Williams Street, Helena, MT 59602
(406) 442-6410
- Sole weekend coverage for entire facility including ER, clinic, general patient, and ICU, periodic weekend shifts.

PHYSICIAN CONSULTANT*ALPENGLOW MEDICAL CONSULTING
7/1999-2008

- Consultant for research, development, translational medicine and marketing for several pharmaceutical and biotech companies and local and regional speaker for multiple pharmaceutical and biotech companies including; AMGEN, GSK, ROCHE, Boehringer Ingelheim, Novartis, and Proctor and Gamble on the topics of Hypertension, Congestive Heart Failure and Osteoporosis.

- *Medical Director of Primary Care Osteoporosis Division - Amgen* (Tasked with development of novel osteoporosis therapy based on RANKL pathway – resulted in development of Denosimab-(Prolia-Xgeva) and design of clinical trials for Denosimab-(Prolia-Xgeva))

6

## 4-EDUCATION

**University of Minnesota Global Health Course: Clinical Tropical, Migrant and Travel Medicine** -(8-module course including overseas module in southeast Asia-ASTMH approved course for eligibility to take the ASTMH Examination in Clinical Tropical Medicine and Traveler's Health via the Diploma Course pathway) completed August 2016

**(PHD) IN MOLECULAR MEDICINE** 9/1/2008-6/30/2012 Completed
ELMEZZI GRADUATE SCHOOL OF MOLECULAR MEDICINE/THE FEINSTEIN INSTITUTE/NSLIJHS
IDENTIFICATION OF THE PHENOTYPE OF THE HUMAN B1 CELL
-350 Community Dr, Manhasset, NY 11030 ph# (516) 562-3405 fax# (516) 562-1022
email: ehristis@nshs.edu

**CERTIFICATE IN THE BUSINESS OF MEDICINE** 11/1/1998-6/30/2000 Completed
JOHNS HOPKINS CAREY BUSINESS SCHOOL – 100 International Drive, Baltimore MD, 21202 ph# 410-234-9200

**(MD) MEDICINE DEGREE** 9/3/1990-5/26/1995 Completed
NEW YORK UNIVERSITY SCHOOL OF MEDICINE - 550 1st Ave, NY, NY 10016 ph# (212) 263-7300

**(BA) IN PHILOSOPHY** 9/2/1986-8/12/1989 Completed
UNIVERSITY OF COLORADO, BOULDER 2055 Regent Drive, Boulder, CO 80302 ph#303-492-1411

**MAJOR IN PHILOSOPHY MINOR MATHEMATICS** 9/3/1985-8/22/1986
UNIVERSITY MIAMI -1320 South Dixie Hwy, Coral Gables, FL 33146

## 5-POSTGRADUATE MEDICAL TRAINING

**FELLOWSHIP IN INFECTIOUS DISEASE** 7/1/2012-6/30/2014 Completed
NORTHSHORE-LIJ HEALTH SYSTEM/HOFSTRA NORTHSHORE-LIJ SCHOOL OF MEDICINE AT HOFSTRA UNIVERSITY -400 Community Drive, Manhasset, NY 11030 ph# (516) 562-3045 email: jmacdonald@nshs.edu

**CATEGORICAL INTERNAL MEDICINE RESIDENCY** 7/1/1995-6/30/1998 Completed
UNIVERSITY OF UTAH - SALT LAKE CITY, UTAH.  30 North 1900 East, Salt Lake City, UT 84132 Phone: (801) 581-7606, Fax: (801) 581-5393

## 6-EMPLOYMENT/TRAINING/EDUCATION GAPS

After graduating University in 8/1989 until 9/30/1990 I started a moving company (Cheap and Gentle Movers) and worked while I applied to Medical School.  December 1990 took a leave of absence from Medical School (failed marital engagement and financial challenges) returned to classes 9/1991 and completed my degree.  In July 1998 started a research ID fellowship at U of CO (7/1/98-8/14/98) but financial and staff issues for the University made them unable to provide the protected research time. I then interviewed for positions and spent the rest of this one-year period setting up a private practice that opened August 1999.  July

2008-August 2008 I moved my family to NY after selling my Practice in CO.

## 7-LICENSURE and BOARD CERTIFICATIONS
- New York Medical License#246745 dates-11/07/2007-current until 06/30/2021
- BOARD CERTIFIED in INFECTIOUS DISEASE (ABIM) 10/28/2014-current (certification through 2024)
- BOARD CERTIFIED INTERNAL MEDICINE-DIPLOMATE OF THE AMERICAN BOARD OF INTERNAL MEDICINE (ABIM) 10/28/1998-(recertified-2008 and 2018) current (certification through 12/31/2028) and current maintenance of certification (MOC)
- CERTIFIED in TRAVEL MEDICINE (CTM)-INTERNATIONAL SOCIETY OF TRAVEL MEDICINE (ISTM) 8/2/2014-current certification through 12/31/2024
- ASTMH CERTIFICATE OF KNOWLEDGE IN CLINICAL TROPICAL MEDICINE AND TRAVELER'S HEALTH (CTropMed) 11/12/2016

## 8-HONORS & AWARDS

- Lawrence Scherr Award for Scholarly Activity 2014 First Place
- Infectious Disease Society of New York: First Place Basic Science Category 2014
- Lawrence Scherr Award for Scholarly Activity 2013 Second Place
- Ruth and Leonard Litwin Fellowship Award 2011 – In recognition of an Outstanding Investigator in Medical Research
- Malcolm Baldridge National Quality Award 2008 awarded to Poudre Valley while serving as chair of Medicine and after tenure as Vice Chair of Medicine and Head of Hospital Quality Assurance
- Davies Award-2006 Winner (Best Implementation of an Electronic Health Record in an ambulatory clinic) International award given by HIMSS the largest health IT organization in the world
- Denver Business Journal Physician Champion Award 2007 - Recognized as one of the top state Physician Champions (One of three physicians recognized for their contributions to innovating healthcare in the state)
- DOQ-IT Best Practice Award 2005 (Doctor's Office Quality Information Technology)-recognized as model of 'best practice' due to best patient outcomes nationally, efficiency and electronic record implementation by CMS 2005
- CMS – Recognized as having clinical outcomes for CMS performance measures in the top 1 percent for any practitioner in the country 2005
- Colorado Foundation for Medical Care/CMS- speaker for the first Transformational Grand Rounds (National Teleconference on practice management and single piece flow) 'Single-Piece Flow in a Physician's Office-Interview with the Flute Player'
- Medical Records Institute (Host of TEPR) speaker for the EMR ROAD SHOW
- NYU School of Medicine Independent Research Project Award 1995

## 9-LEADERSHIP and ACADEMIC SERVICE

- OPTUM/UHG NATIONAL COVID-19 ADVISORY COMMITTEE 2020-***CURRENT***
  - Regular review and presentation at the national level of research results, guidance and presentation and creation of guidance and educational documents

8

- OPTUMCARE NATIONAL ID/VACCINES COMMITTEE 2020-**CURRENT**
  - Regular review and generation of vaccine recommendations and therapeutic recommendations for care deliver organizations across the U.S.
- AMERICAN SOCIETY of HEMATOLOGY 6/18/2020-**CURRENT**
  - ASH Guideline Panel on the Use of Anticoagulation in Patients With COVID-19 Infectious Disease Physician nominated by the Infectious Disease Society of America to serve on this panel creating evidence based graded recommendations for the use of anticoagulation in patients with COVID-19
- NSLIJ HEALTH SYSTEM INSTITUTIONAL REVIEW BOARD (IRB)
  - Voting Member 2009-2011
- MEDICAL DIRECTOR * NORTHERN COLORADO IPA
  - 9/1/2003-4/31/2008. Responsible for development, implementation and monitoring of clinical practice guidelines, and quality monitoring of members including review of all malpractice cases.
- CHAIR OF MEDICINE DEPARTMENT * POUDRE VALLEY HOSPITAL
  - 1/1/2008-3/31/2008
    1024 S. Lemay Avenue, Fort Collins, CO 80524
    (970) 495-7000
    Chair of the Department of Medicine the year the facility was awarded *Malcolm Baldridge National Quality Award 2008*.

- VICE CHAIR OF MEDICINE DEPARTMENT/HEAD OF HOSPITAL QUALITY ASSURANCE COMMITTEE * POUDRE VALLEY HOSPITAL
  1/1/2006-12/31/2007
  1024 S. Lemay Avenue, Fort Collins, CO 80524
  (970) 495-7000
  Chair of QAI committee and responsible for the development of system improvements resulting in improvements of publicly reported measures and improvements in individual practitioner's performance.  Served during the two years immediately prior to 2008 when facility was awarded the Malcolm Baldridge National Quality Award 2008.

- MEMBER OF HOSPITAL QAI * POUDRE VALLEY HOSPITAL
  9/1/1999-12/31/2005
  1024 S. Lemay Avenue   Fort Collins, CO 80524
  (970) 495-7000
  Internal Medicine Representative on QAI committee with responsibility for monitoring of individual practitioner's performance.


## 10-PROFESSIONAL ORGANIZATIONS, SOCIETIES and SERVICE

- AMERICAN MEDICAL ASSOCIATION (AMA) Lifetime member
- AMERICAN ASSOCIATION FOR THE ADVANCEMENT OF SCIENCE (AAAS) member
- INFECTIOUS DISEASES SOCIETY OF AMERICA (IDSA) member
- AMERICAN SOCIETY OF TROPICAL MEDICINE AND HYGIENE (ASTMH) member
- INTERNATIONAL SOCIETY FOR TRAVEL MEDICINE (ISTM) member
- AMERICAN SOCIETY OF PARASITOLOGISTS (ASP) member

- WILDERNESS MEDICAL SOCIETY (WMS) Lifetime member

**JOURNAL REVIEWER** (multiple journals, examples)
- Journal of AIDS & Clinical Research
- International Journal of Tropical Disease & Health
- CDC Emerging Infectious Diseases
- Mayo Clinic Proceedings
- The BMJ
- The International Journal of Pathogen Research
- American Journal of Tropical Medicine & Hygiene

## 11-FELLOWSHIP and GRANT SUPPORT

**Past-Completed Research Support**
Donald and Barbara Zucker Family Foundation Grant  Griffin (PI)   1/1/2015-6/30/2020
Gene therapy utilizing retroviral vectors.  Responsibilities: I design and performed the experiments, procure and isolated cells, produced pseudotyped viruses for gene transfer.
Role: PI

Howard Hughes                                                      Goff  (PI)           2013-2014
Investigations into the epidemiology of cancer deaths in HIV+ patients, diagnosis and management of serology negative human hepatic hydatidosis, and preliminary work on lentiviral restriction in human HSCs.  Responsibilities: I designed and performed the experiments with guidance and mentorship from Stephen Goff and members of his lab.
Role: Post-Doc/Infectious Disease Fellow

Ruth and Leonard Litwin Fellowship Award             Griffin (PI)           2012
Publication of methods for determining Human B1 cell frequency, and  isolation and analysis of human B1 cells.  Investigations regarding the potential role of human B1 cells and natural antibodies in HIV associated malignancies.  Sequencing and cloning of human B1 cell derived antibodies targeting phosphorylcholine, and abnormally phosphorylated tau protein.
Role: PI

Feinstein General Clinical Research Center (GCRC)  Griffin (PI)            2012
Demonstration that Human "orchestrator" CD11b(+) B1 cells spontaneously secrete IL-10 and regulate T cell activity.
Role: PI

Feinstein General Clinical Research Center (GCRC)  Griffin (PI)            2011
Isolation of a human homologue of murine B-1 cells, characterization of a small CD11b+ human B1 cell subpopulation that stimulates T cells and the evaluation of this cell subset in lupus.
Role: PI

**Pending Support-**none

---

**12-EDUCATIONAL CONTRIBUTIONS**
**Direct Teaching/Precepting/Supervising**
INSTRUCTOR OF CLINICAL MEDICINE DEPARTMENT OF MEDICINE/DIVISION OF
INFECTIOUS DISEASES
7/1/2015-CURRENT
Columbia University Medical Center
630 West 168th St PH 8W, Rm 876
New York, NY 10032
(212) 305-7185
- Caring for patients, supervising and teaching Medical Students, Internal Medical
  Residents, and Infectious Disease Fellows in both the inpatient and outpatient setting.

TEACHING ATTENDING INTERNAL MEDICINE RESIDENCY PROGRAM/NSLIJ HEALTH
SYSTEM   9/2/2008-5/24/2012
350 Community Dr,
Manhasset, NY 11030
(516) 562-1159
- Caring for patients, supervising and teaching Medical Students and Internal Medical
  Residents in an indigent clinic setting in Queens, NY.

**13-REPORT of CLINICAL and PUBLIC HEALTH ACTIVITIES and INNOVATIONS**
- Floating Doctors–March 2022 –primary care to isolated indigenous population on
  islands of the coast of Northern Panama only accessible by water and presented
  lectures to volunteers/staff
- Foundation for International Medical Relief of Children (FIMRC) Bududa, Uganda near
  the Kenyan border, clinical care and presented lectures to volunteers/staff November
  2019
- Floating Doctors/Remote Care Education –March 2019 –primary care to isolated
  indigenous population on islands of the coast of Northern Panama only accessible by
  water and presented lectures to volunteers/staff
- Foundation for International Medical Relief of Children (FIMRC) Bududa, Uganda
  clinical care and presented lectures to volunteers/staff November 2018-December
  2018
- Floating Doctors/Remote Care Education –March 2018 –primary care to isolated
  indigenous population on islands of the coast of Northern Panama only accessible by
  water
- Remote Care Education March 2018-CURRENT-CME Instructor for program preparing
  clinicians to practice in remote settings
- Floating Doctors –October 2017 CURRENT–primary care to isolated indigenous
  population on islands of the coast of Northern Panama only accessible by water
- Foundation for International Medical Relief of Children (FIMRC) Dominican Republic
  near the Haitian border, clinical care and teaching November 2016-December 2016
- Foundation for International Medical Relief of Children (FIMRC) 2016-CURRENT
  providing clinical care and teaching

## 14-PATENTS and INVENTIONS

**HUMAN B1 CELLS AND USES THEREOF**
**Application number:** 20130202624
**Abstract:** The present invention is directed to isolated populations of human natural immunoglobulin-producing B1 lymphocytes, wherein the B1 lymphocytes display surface biomarkers CD20, CD43 and CD27 and are either CD11b+ or CD11b-. The present invention is also directed to a method of isolating human natural immunoglobulin producing B1 lymphocytes from a blood sample comprising isolating B lymphocytes from the sample that express surface biomarkers CD20, CD43 and CD27, and, optionally, CD11b. In addition, the present invention is directed to methods for diagnosing a B1 cell disorder in a patient, determining the prognosis of a patient having a B1 cell disorder, and treating a patient having a B1 cell disorder.
**Type:** Application
**Filed:** September 22, 2011
**Issued:** August 8, 2013
**Inventors:** Rothstein L. Thomas, Daniel O. Griffin, Nichol E. Holodick


## 15-PUBLICATIONS (37-Original Peer Reviewed articles)

### ORIGINAL, PEER REVIEWED ARTICLES

1. Griffin DO*, Islam, N*, Jarvis, MS, Cohen K: **Comparative effectiveness of the sars-CoV-2 vaccines during delta dominance**. Heliyon May 3, 2023 (*co-first authors) DOI: https://doi.org/10.1016/j.heliyon.2023.e16006 https://www.cell.com/heliyon/fulltext/S2405-8440(23)03213-9?_returnURL=https%3A%2F%2Flinkinghub.elsevier.com%2Fretrieve%2Fpii%2FS2405844023032139%3Fshowall%3Dtrue

2. Adam Cuker, Eric K. Tseng, Holger J. Schünemann, Pantep Angchaisuksiri, Clifton Blair, Kathryn Dane, Maria T. DeSancho, David Diuguid, Daniel O. Griffin, Susan R. Kahn, Frederikus A. Klok, Alfred Ian Lee, Ignacio Neumann, Ashok Pai, Marc Righini, Kristen M. Sanfilippo, Deborah M. Siegal, Mike Skara, Deirdra R. Terrell, Kamshad Touri, Elie A. Akl, Reyad Al Jabiri, Yazan Al Jabiri, Mary Boulos, Romina Brignardello-Petersen, Rana Charide, Luis E. Colunga-Lozano, Karin Dearness, Andrea J. Darzi, Samer G. Karam, Gian Paolo Morgano, Rami Z. Morsi, Binu A. Philip, Yetiani Roldan Benitez, Adrienne Stevens, Karla Solo, Wojtek Wiercioch, Reem A. Mustafa, Robby Nieuwlaat; **American Society of Hematology living guidelines on the use of anticoagulation for thromboprophylaxis for patients with COVID-19: March 2022 update on the use of anticoagulation in critically ill patients.** *Blood Adv* 2022; 6 (17): 4975–4982. doi: https://doi.org/10.1182/bloodadvances.2022007940

3. Daniel O.Griffin, Chase McNeil, James Okusa, Diana Berrent, Yinglong, Guo, Sarah E Daugherty, **Neutralizing Antibody Treatment for COVID-19 Reduces Risk of Hospitalization but May Not Prevent Clinical Sequelae: A Retrospective Cohort Study**, Under Review

4. Daniel O. Griffin*, Nazmul Islam*, Megan S Jarvis, Kenneth Cohen,**Comparative Effectiveness of the Sars-CoV-2 vaccines During Delta Dominance 2022** *co-first authors, Under review

5. <u>Griffin DO</u>. **COVID-19: Using the Right Tools at the Right Time**. Medical Research Archives, [S.I.], v.10,n. 8, aug. 2022 ISSN 2375-1924 doi: https://doi.org/10.18103/mra.v6i83041, <u>https://esmed.org/MRA/mra/article/view/3041</u>

6. Adam Cuker, Eric K. Tseng, Holger J. Schünemann, Pantep Angchaisuksiri, Clifton Blair, Kathryn Dane, Maria T DeSancho, David L Diuguid, <u>Daniel O. Griffin</u>, Susan R. Kahn, Frederikus A Klok, Alfred I Lee, Ignacio Neumann, Ashok Pai, Marc Righini, Kristen Sanfilippo, Deborah M Siegal, Mike Skara, Deirdra R Terrell, Kamshad Touri, Elie A. Akl, Reyad Nayif Al Jabiri, Yazan Nayif Al Jabiri, Mary Boulos, Romina Brignardello-Petersen, Rana Charide, Luis Enrique Colunga-Lozano, Karin Lee Dearness, Andrea J. Darzi, Samer G. Karam, Gian Paolo Morgano, Rami Z. Morsi, Binu A. Philip, Yetiani Roldan, Adrienne Stevens, Karla Solo, Wojtek Wiercioch, Reem A. Mustafa, Robby Nieuwlaat; **American Society of Hematology living guidelines on the use of anticoagulation for thromboprophylaxis in patients with COVID-19** Blood Adv, Jun 24, 2022; bloodadvances.2022007940.PMID 2022007940 doi: <u>https://doi.org/10.1182/bloodadvances.2022007940</u>

7. Cuker A, Tseng EK, Nieuwlaat R, Angchaisuksiri P, Blair C, Dane K, DeSancho MT, Diuguid DL, <u>Griffin DO</u>, Kahn SR, Klok FA, Lee AI, Neumann I, Pai A, Righini M, Sanfilippo K, Siegal DM, Skara M, Terrell DR, Touri K, Akl EA, Al Jabiri RN, Al Jabiri YN, Barbara AM, Bognanni A, Boulos M, Brignardello-Petersen R, Charide R, Colunga-Lozano LE, Dearness KL, Darzi AJ, Hussein H, Karam SG, Mansour R, Morgano GP, Morsi RZ, Muti-Schünemann G, Nadim MK, Philip BA, Qiu Y, Benitez YR, Stevens A, Solo K, Wiercioch W, Mustafa RA, Schünemann HJ. **American Society of Hematology living guidelines on the use of anticoagulation for thromboprophylaxis in patients with COVID-19: January 2022 update on the use of therapeutic-intensity anticoagulation in acutely ill patients.** Blood Adv. 2022 May 3:bloodadvances.2022007561. doi: 10.1182/bloodadvances.2022007561. PMID: 35503027 https://pubmed.ncbi.nlm.nih.gov/35503027/

8. Gabriel Johnson; Sarah Lim; <u>Daniel O Griffin</u>; Xiong Wang; Lida R Etemad, **The Impact or COVID-19 Monoclonal Antibody Therapy on Progression to Hospitalization in A Population with a High Percentage of the SARS-CoV-2 Alpha Variant** Medical Research Archives Feb 2022 vol 10 issue 2. https://esmed.org/MRA/mra/article/view/2703

9. Cuker, A., E. K. Tseng, R. Nieuwlaat, P. Angchaisuksiri, C. Blair, K. Dane, J. Davila, M. T. DeSancho, D. Diuguid, <u>Griffin D. O.</u>, S. R. Kahn, F. A. Klok, A. I. Lee, I. Neumann, A. Pai, M. Righini, K. M. Sanfilippo, D. Siegal, M. Skara, D. R. Terrell, K. Touri, E. A. Akl, R. N. Al Jabiri, Y. N. Al Jabiri, A. M. Barbara, A. Bognanni, I. Bou Akl, M. Boulos, R. Brignardello-Petersen, R. Charide, M. Chan, L. E. Colunga-Lozano, K. Dearness, A. J. Darzi, H. Hussein, S. G. Karam, P. Kolb, R. Mansour, G. P. Morgano, R. Z. Morsi, G. Muti-Schünemann, M. Nadim, A. Noori, B. A. Philip, T. Piggott, Y. Qiu, Y. R. Benitez, F. Schünemann, A. Stevens, K. Solo, W. Wiercioch, R. A. Mustafa & H. J. Schünemann (2022) **American Society of Hematology living guidelines on the use of anticoagulation for thromboprophylaxis in patients with COVID-19: July 2021 update on postdischarge thromboprophylaxis**. Blood Advances, Jan 21, 2022, 6, 664-671. https://ashpublications.org/bloodadvances/article/6/17/4915/485124/American-Society-of-Hematology-living-guidelines

10. Johnson G, Lim S, <u>Griffin DO</u>, Wang X, Etemad LR. **The Impact of COVID-19 Monoclonal Antibody Therapy on Progression to Hospitalization in A Population**

**with a High Percentage of the SARS-CoV-2 Alpha Variant**. JMRA February 2, 2022, Vol 10 Issue 2, DOI: https://doi.org/10.18103/mra.v10i2.2703
https://esmed.org/MRA/mra/article/view/2703

11. Cuker, A., E. K. Tseng, R. Nieuwlaat, P. Angchaisuksiri, C. Blair, K. Dane, J. Davila, M. T. DeSancho, D. Diuguid, D. O. Griffin, S. R. Kahn, F. A. Klok, A. I. Lee, I. Neumann, A. Pai, M. Pai, M. Righini, K. M. Sanfilippo, D. Siegal, M. Skara, K. Touri, A. A. E, I. Bou Akl, M. Boulos, R. Brignardello-Petersen, R. Charide, M. Chan, K. Dearness, A. J. Darzi, P. Kolb, L. E. Colunga-Lozano, R. Mansour, G. P. Morgano, R. Z. Morsi, A. Noori, T. Piggott, Y. Qiu, Y. Roldan, F. Schunemann, A. Stevens, K. Solo, M. Ventresca, W. Wiercioch, R. A. Mustafa & H. J. Schunemann (2021) **American Society of Hematology 2021 guidelines on the use of anticoagulation for thromboprophylaxis in patients with COVID-19**. *Blood Adv,* Oct 14, 2021, 5**,** 872-888.

12. Cuker A, Tseng EK, Nieuwlaat R, Angchaisuksiri P, Blair C, Dane K, Davila J, DeSancho MT, Diuguid DL, Griffin DO, Kahn SR, Klok FA, Lee AI, Neumann I, Pai A, Righini M, Sanfilippo K, Siegal DM, Skara M, Terrell DR, Touri K, Akl EA, Al Jabiri RN, Al Jabiri YN, Barbara AM, Bognanni A, Bou Akl I, Boulos M, Brignardello-Petersen R, Charide R, Chan M, Colunga-Lozano LE, Dearness KL, Darzi AJ, Hussein H, Karam SG, Kolb P, Mansour R, Morgano GP, Morsi RZ, Muti-Schünemann G, Nadim MK, Noori A, Philip BA, Piggott T, Qiu Y, Benitez YR, Schünemann F, Stevens A, Solo K, Wiercioch W, Mustafa RA, Schünemann HJ. **American Society of Hematology living guidelines on the use of anticoagulation for thromboprophylaxis in patients with COVID-19: July 2021 update on post-discharge thromboprophylaxis.** Blood Adv. 2021 February 9, 2021:bloodadvances.2021005945. doi: 10.1182/bloodadvances.2021005945. PMID: 34727173.
https://pubmed.ncbi.nlm.nih.gov/34727173/

13. Binh T. Ngo, Paul Marik, Pierre Kory, Leland Shapiro, Raphael Thomadsen, Jose Iglesias, Stephen Ditmore, Marc Rendell, Joseph Varon, Michael Dubé, Neha Nanda, Gino In, Daniel Arkfeld, Preet Chaudhary, Vito M. Campese, Diana L. Hanna, David E. Sawcer, Glenn Ehresmann, David Peng, Miroslaw Smogorewski, April Armstrong, Rajkumar Dasgupta, Fred Sattler, Denise Brennan-Rieder, Cristina Mussini, Oriol Mitja, Vicente Soriano, Nicolas Peschanski, Gilles Hayem, Marco Confalonieri, Maria Carmela Piccirillo, Antonio Lobo-Ferreira, Iraldo Bello Rivero, Eivind H. Vinjevoll, Daniel Griffin, Ivan FN Hung **The Time to Offer Treatments for COVID-19.** Expert Opinion on Investigational Drugs , 23 April 2021, https://doi.org/10.1080/13543784.2021.1901883
https://www.ncbi.nlm.nih.gov/pmc/articles/PMC8074648/

14. Lyng, G, Sheils N, Kennedy C, Griffin DO, Berke E. **Identifying Optimal COVID-19 Testing Strategies for School and Businesses: Balancing testing frequency, individual test technology, and cost**. PLOS ONE 2021 Mar 25; 16(3): e0248783. doi:10.1371/journal.pone.0248783. PMID: 33764982
https://journals.plos.org/plosone/article?id=10.1371/journal.pone.0248783

15. Daniel O. Griffin, Denise Brennan-Rieder, Binh Ngo, Pierre Kory**,** Marco Confalonieri**,** Jose Iglesias**,** Michael Dube**,** Neha Nanda**,** Daniel Arkfeld**,** Diana Hanna**,** David Sawcer**,** David Peng**,** Preet Chaudhary**,** Eivind H.Vinjevoll, Cristina Mussini, Oriol Mitjà**,** Vincente Soriano**,** Nicolas Peschanski, António Lobo-Ferreira,  Iraldo B. Rivero**,** Marc Rendell**,** Stephen Ditmore, Rajkumar Dasgupta, Gino In, Gilles Hayem,  Leland Shapiro, Joseph Varon**,** Maria Carmela Piccirillo**,** Paul Marik. **The Importance of Understanding the Stages of COVID-19 in Treatment and Trials.** AIDS Rev 2021

14

2021/02/09. DOI: 10.24875/AIDSRev.200001261.
https://pubmed.ncbi.nlm.nih.gov/33556957/

16. Griffin DO, Jensen A, Khan M, Chin J, Chin K, Saad J, Parnell R, Awwad C, Patel D **Cytokine storm of a different flavor: the different cytokine signature of SARS-CoV2 the cause of COVID-19 from the original SARS outbreak** -Journal of Global Antimicrobial Resistance (2020) -*doi:* *https://doi.org/10.1016/j.jgar.2020.11.005*
https://pubmed.ncbi.nlm.nih.gov/33242672/

17. Shimotsu ST, Johnson ARL, Berke EM, Griffin DO. **COVID-19 infection control measures in long-term care facility, Pennsylvania, USA**. Emerg Infect Dis. 2021 Feb 2 https://pubmed.ncbi.nlm.nih.gov/33211994/

18. Adam Cuker, Eric Tseng, Robby Nieuwlaat, Panted Angchaisuksiri, Clifton Blair, Kathryn Dane, Jennifer Davila, Maria DeSancho, David Diuguid, Daniel Griffin, Susan Kahn, FA Klok, Alfred Lee, Ignacio Neumann, Ashok Pai, Menaka Pai, Marc Righini, Kristen Sanfilippo, Deborah Siegal, Mike Skara, Kamshad Touri, Elie Akl, Imad Bouakl, Mary Boulos, Romina Brignardello-Petersen, Rana Charide, Matthew Chan, Karen Dearness, Andrea Darzi, Philipp Kolb, Luis Lozano, Razan Mansour, Gian Paolo Morgano, Rami Morsi, Atefeh Noori, Thomas Piggott, Yuan Qiu, Yetiani Roldan, Finn Schünemann, Adrienne Stevens, Karla Solo, Matthew Ventresca, Wojtek Wiercioch, Reem A. Mustafa, and Holger J. Schünemann. **American Society of Hematology 2021 guidelines on the use of anticoagulation for thromboprophylaxis in patients with COVID-19**. Blood Adv 2021; 5 (3): 872–888. doi: https://doi.org/10.1182/bloodadvances.2020003763

19. Griffin DO, Jensen A, Khan M, Chin J, Chin K, Saad J, Parnell R, Awwad C, Patel D. **Arterial thromboembolic complications in COVID-19 in low-risk patients despite prophylaxis.** Br J of Haematol 2020 May 6. DOI: 10.1111/bjh. 16792
https://pubmed.ncbi.nlm.nih.gov/32374029/

20. Griffin DO, Jensen A, Khan M, Chin J, Chin K, Saad J, Parnell R, Awwad C, Patel D. **Pulmonary embolism and increased levels of D-dimer in patients with coronavirus disease.** Emerg Infect Dis. 2020 Aug.
https://doi.org/10.3201/eid2608.201477 https://pubmed.ncbi.nlm.nih.gov/32348233/

21. Sebrow J, Goff S.P., Griffin DO. **Successfully Transfected Primary Peripherally Mobilized Human CD34+ Hematopoietic Stem and Progenitor Cells (HSPCs) Demonstrate Increased Susceptibility to Retroviral Infection** - Virology Journal (2020) 17:22 DOI:10.1186/s12985-020-1297-3
https://virologyj.biomedcentral.com/articles/10.1186/s12985-020-1297-3

22. Natasha Spottiswoode, M.D., D.Phil., Susan L. Bartlett, D.V.M., Dipl. A.C.Z.M., Kenneth J. Conley, D.V.M., Dipl. A.C.V.P., Tracie A. Seimon, Ph.D. Daniel O. Griffin M.D., Ph.D., John M. Sykes IV, D.V.M., Dipl. A.C.Z.M. **ANALYSIS OF *PLASMODIUM* LINEAGES IDENTIFIED IN CAPTIVE PENGUINS (*SPHENISCIFORMES spp.*), EIDERS (*SOMATERIA spp.*), AND INCA TERNS (*LAROSTERNA INCA*) IN A NORTH AMERICAN ZOOLOGICAL COLLECTION** - Journal of Zoo and Wildlife Medicine (2019)12/2019 https://pubmed.ncbi.nlm.nih.gov/32212557/

23. Griffin DS, Muhlbauer G, and Griffin DO. **Adolescents trust physicians for vaccine information more than their parents or religious leaders**. Heliyon 4 (2018) e01006. DOI: 10.1016/j.heliyon.2018.201006. https://pubmed.ncbi.nlm.nih.gov/30619955/

24. Griffin DO, Metzger M, Bharti B, Dharsee A, Rico JC, McGowan J. **Co-infection with Hepatitis C Virus Increases Mortality in HIV-1 Infected Patients Through Increased Liver-Related Deaths Rather Than By Increasing Malignancy Related Deaths.** J AIDS and Clin Res 2016, 7:4.DOI: 10.1097/QAD.0000000000001646.

15

25. Griffin, DO and Goff, S.P. **Restriction of HIV-1-based Lentiviral Vectors in Adult Primary Marrow-Derived and Peripheral Mobilized Human CD34+ Hematopoietic Stem and Progenitor Cells Occurs Prior to Viral DNA Integration**. Retrovirology 2016 (1);14. PMID 26945863, DOI: 10.1186/s12977-016-0246-0.
https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4779582/

26. Rico JC, Schwartz RM, McGowan J, Griffin DO. **The Presence of a Malignant Comorbidity is a Significant Predictor of Increased 30-Day Hospital Readmission Rates in HIV-1 Infected Individuals**. J AIDS and Clin Res 2015, 6:12. DOI: 10.4172/2155-6113.1000532

27. Griffin DO, Metzger M, Poeth K, Deng K, Dharsee A, Rico JC, McGowan J. **Malignancies, Particularly B-Cell Lymphomas, Are a Frequent Cause of Mortality in Human Immunodeficiency Virus-1 Patients Despite Highly Active Antiretroviral Therapy**. *OFID* 2015,**2**:ofv147. DOI: 10.1093/ofid/ofv147
https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4630453/

28. Cui X., Zhang L., Magli A. R., Catera R., Yan X. J., Griffin DO, Rothstein T. L., Barrientos J., Kolitz J. E., Allen S. L., Rai K. R., Chiorazzi N. and Chu C. C. (2015) **Cytoplasmic myosin exposed apoptotic cells appear with caspase-3 activation and enhance CLL cell viability.** Leukemia 2015 July 29. DOI: 10.1038/leu.2015.204.

29. Griffin, DO and Goff, S.P. **HIV-1 is Restricted Prior to Integration in Primary Cord-Derived Human CD34+ Cells**. J Virol 2015 May 20. Pii JVI.0.01044-15.
https://www.nature.com/articles/leu2015204

30. Griffin, DO, Dharsee, A., Rico, J.C., McGowan, J., **The Increasing Frequency of Deaths Due to Malignancy in HIV+ Patients is Associated with Poor Viral Suppression, Low CD4 Counts, Decreased Vitamin D Levels and Integrase Inhibitor Therapy**. Journal of Health Science 2 (2014) 240-247. DOI: 10.17265/2328-7136/2014.05.005

31. Griffin, DO and T.L. Rothstein, **Human "orchestrator" CD11b(+) B1 cells spontaneously secrete IL-10 and regulate T cell activity**. Molecular Medicine, 2012 Sep 7;18:1003-8. PMID 22634719
https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3459484/

32. Griffin, DO and T.L. Rothstein, **Human B1 cell Frequency: Isolation and Analysis of Human B1 Cells**. Frontiers in Immunology, 2012. **3**(122): p. 1-10. Epub 2012 May25. PMID 22634719 https://www.frontiersin.org/articles/10.3389/fimmu.2012.00122/full

33. Griffin, DO, T. Quach, F. Batliwalla, N.E. Holodick, and T.L. Rothstein. 2012. **Human CD11b⁺ B1 cells are not monocytes: A reply to "Gene profiling of CD11b⁺ and CD11b⁻ B1 cell subsets reveals potential cell sorting artifacts".** *J Exp Med*. 209:434-436. PMID 22412176 https://rupress.org/jem/article/209/3/434/41323/Human-CD11b-B1-cells-are-not-monocytes-A-reply-to

34. Griffin, DO, and T.L. Rothstein. 2011. **A small CD11b+ human B1 cell subpopulation stimulates T cells and is expanded in lupus**. *J Exp Med*. 208:2591-8. PMID 22110167

35. Griffin, DO, N.E. Holodick, and T.L. Rothstein. 2011. **Human B1 cells are CD3-: A reply to "A human equivalent of mouse B-1 cells?" and "The nature of circulating CD27+CD43+ B cells".** *J Exp Med*. 208:2566-9. PMID 22184682

36. Griffin, DO, N.E. Holodick, and T.L. Rothstein. 2011. **Human B1 cells in umbilical cord and adult peripheral blood express the novel phenotype CD20+CD27+CD43+CD70-.** *J Exp Med*. 208:67-80. PMID 21220451

37. Doing A, Griffin D, Jacobson JA, Amber IJ, Gilbert E. 2001, **B-cell function in chronic heart failure: antibody response to pneumococcal vaccine**. J Card Fail 7:318-21.

PMID 11782854

**REVIEWS**

1. Griffin DO. **The Challenge of Malignancies in HIV-1, Beyond Immune Activation and Back to Decreased Immune Surveillance**. J AIDS and Clin Res 2016, 7:1 p535 doi:10.4172/2155-613.1000535 https://www.hilarispublisher.com/open-access/the-challenge-of-malignancies-in-hiv1-beyond-immune-activation-andback-to-decreased-immune-surveillance-2155-6113-1000535.pdf
2. Rothstein, T.L., D.O. Griffin, N.E. Holodick, T.D. Quach, and H. Kaku. 2013. **Human B-1 cells take the stage.** *Annals of the New York Academy of Sciences* 2013 May;1285:97-114. PMID 23692567

**BOOKS and CHAPTERS**

1. Textbook of SARS-CoV-2 and COVID-19: Epidemiology, Etiopathogenesis, Immunology, Clinical Manifestations, Treatment, Complications, and Preventive Measures 2024 Elsevier Inc. (Authored Chapter 4 COVID-19: Natural History and Spectrum of Disease and Chapter 18 Vaccine Basics and the Development and Rollout of COVID-19 Vaccines)
2. Committee on Infectious Diseases; American Academy of Pediatrics; Red Book 2021 (Primary contributor and leading content expert for the chapters: Parasitic Diseases-150 and Enterobius vermicularis-159.)
3. Long S, Prober C, Fischer M (Griffin-Chapter on Tissue Nematodes). Principles and Practice of Pediatric Infectious Diseases, 6th Edition 2020 Expert Consult.
4. Griffin DO. The Medical Handbook for Limited Resource Settings V1. 2019 Parasites Without Borders, Inc, NY.
5. Despommier D, Griffin DO, Gwadz R, Hotez J, Knirsch C. Enfermedades Parasitarias Sexta Edoción, 2017 Parasites Without Borders, Inc, NY.
6. Despommier D, Griffin DO, Gwadz R, Hotez J, Knirsch C. Parasitic Diseases 7th Edition, 2019 Parasites Without Borders, Inc, NY.
7. Despommier D, Griffin DO, Gwadz R, Hotez J, Knirsch C. Parasitic Diseases 6th Edition, 2017 Parasites Without Borders, Inc, NY.
8. Long S, Prober C, Fischer M (Griffin-Chapter on Tissue Nematodes). Principles and Practice of Pediatric Infectious Diseases, 5th Edition 2017 Expert Consult.
9. Griffin DO Babbitt NR, Collins D, Diamond LH, Drury BM, Duke JR, Heichert S, Jacobs BR, Loveys A, McColm D, Ott J, Schulte M, Wise PB, 2010, *Go-Live: Smart Strategies from Davies Award-Winning EHR Implementations*, Healthcare Information and Management Systems.

**CASE REPORTS**

1. Griffin, DO 2018. **The diagnosis of symptomatic acute antiretroviral syndrome during the window period with antigen/antibody testing and HIV viral load.** IDCases, 2018 May 23.
2. Griffin, DO, Donaghy, H.J., Edwards, E. 2014. **Management of Serology Negative Human Hepatic Hydatidosis (Caused by Echinococcus Granulosis) in a Young Woman from Bangladesh in a Resource Rich Setting: A Case Report**. IDCases, 2014 March 2.

**ABSTRACTS**

1. 2019 Cold Spring Harbor Retroviruses Meeting *Abstract/Poster* **Electroporation nonspecifically increases susceptibility of CD34+ cells to retroviral infection**
2. 2018 Cold Spring Harbor Retroviruses Meeting *Abstract/Poster* **Susceptibility of Human CD34+ Hematopoietic Stem and Progenitor Cells to HIV-1-based Lentiviral Vectors Correlates with expression of various Cellular Cytoskeleton Genes: THBS1, GDF15, TUBB1, KRT79, HDB, and SPTB**
3. 2017 Cold Spring Harbor Retroviruses Meeting *Abstract/Poster* **Susceptibility of Adult Peripheral Mobilized Human CD34+ Hematopoietic Stem and Progenitor Cells to HIV-1-based Lentiviral Vectors Correlates with Levels of Various Genes Involved in the Cellular Cytoskeleton**
4. 2014 Infectious Disease Society of New York Annual Meeting: Hot Topics in Infectious Diseases. Albert Einstein College of Medicine Montefiore Medical Center: *Speaker, Abstract* **Human Hematopoietic Stem Cells Block Retroviruses Prior to Integration**
5. *2014 Columbia University Stem Cell Initiative (CSCI) New York, NY Speaker, Abstract* **Restriction Factors Limiting Human Lentiviral Vector Based Gene Therapy** *March 2014*
6. 2014 New York City Epidemiology Forum: *Poster, Abstract* **Increasing Cancer Deaths in a Well Characterized HIV+ Cohort**
7. 2013 Infectious Disease Society of New York Meeting. Albert Einstein College of Medicine Montefiore Medical Center: *Abstract and Poster* Presentation **Human "orchestrator" CD11b(+) B1 cells spontaneously secrete IL-10 and regulate T cell activity**
8. 2012 Immunotherapy 2012: Therapeutic Manipulation of the Inflammatory Microenvironment.  Havana, Cuba. *Abstract and Speaker* **Harnessing Natural Antibodies for Novel Therapeutics:** *The Potential Role of Human B1 Cells and Natural Antibodies in HIV Associated Malignancies*
9. *2011 Keystone Conference B Cells: New Insights into Normal versus Dysregulated Function. Whistler, British Columbia, Canada.  Abstract, Poster and Speaker* **Human B1 Cells Effectively Target** *Streptococcus Pneumoniae*
10. 2010 Mohonk Retreat -Feinstein Institute of Molecular medicine- New Palz, NY. *Abstract, Poster* **Human B1 Cells are Identified in Umbilical Cord Blood**

## 16-PRESENTATIONS (just some examples)
1. **What Does our COVID Future Look Like** (Keynote Speaker at the Hilcrest Sundance 2023) February 2023
2. **Global Health Cases from around the World** (University of Glasgow-DTMH program) Glasgow Scotland-January 2023
3. **Cases from around the World** (University of Glasgow-DTMH program) Glasgow Scotland-January 2022
4. **Cases from around the World** (University of Glasgow-DTMH program) Glasgow Scotland-January 2021
5. **COVID-19: Understanding the Disease Impacts** (International Affairs Conference of Star Island) Providing information on COVID-19 missteps in NY, clinical phases, testing and approaches to school openings
6. **COVID-19: The Health Crisis and Community** (University of California, Santa Barbara) May 2020 Providing information on COVID-19 relevant to University Communities

7. **Guidance for COVID-19** (ProHealth Care Associates) March 2020 Hosted Webinars providing guidance, scripting and information to hundreds of clinicians on the latest information on SARS-CoV2 and care of potentially infected patients

8. **Cases from around the World** (University of Glasgow-DTMH program) Glasgow Scotland-January 2020

9. **Cases from Southeast Asia** (University of Glasgow-DTMH program) Glasgow Scotland-January 2020

10. **Cases from India** (University of Glasgow-DTMH program) Glasgow Scotland-January 2020

11. **Cases from Central and South America** (University of Glasgow-DTMH program) Glasgow Scotland-January 2020

12. **Cases from Africa** (University of Glasgow-DTMH program) Glasgow Scotland-January 2020

13. **Case** (University of Glasgow-DTMH program) Glasgow Scotland-January 2020

14. **Lice and Scabies** (Plainview Hospital Northwell Residency Program) Plainview, NY-January 2020

15. **Lecture Series – Medical Care in Resource Limited Settings (Sexually transmitted Diseases, Cholera, Dehydration, Tuberculosis, Upper Respiratory Infections, and Lower Respiratory Infections** (Foundation International Medical Relief of Children (FIMRC)) Bududa, Uganda-November 2019

16. **Parasitic Diseases** (Floating Doctors 3/2019)

17. **Cases from around the World** (University of Glasgow-DTMH program) Glasgow Scotland-January 2019

18. **Cases from Southeast Asia** (University of Glasgow-DTMH program) Glasgow Scotland-January 2019

19. **Cases from India** (University of Glasgow-DTMH program) Glasgow Scotland-January 2019

20. **Cases from Central and South America** (University of Glasgow-DTMH program) Glasgow Scotland-January 2019

21. **Cases from Africa** (University of Glasgow-DTMH program) Glasgow Scotland-January 2019

22. **Rational Approach to Antibiotic Utilization in a Resource Limited Region of Uganda** (Foundation International Medical Relief of Children (FIMRC)) Bududa, Uganda-December 2018

23. **Approaches to Management of Stroke and Hypertension in a Resource Limited Region of Uganda** (Foundation International Medical Relief of Children (FIMRC)) Bududa, Uganda-November 2018

24. **Susceptibility of Human CD34+ Hematopoietic Stem and Progenitor Cells to HIV-1-based Lentiviral Vectors Correlates with the Expression of Various Cellular Cytoskeleton Genes** (Columbia University Stem Cell Initiative (CSCI) NY, NY 4/2018)

25. **Parasitic Diseases** (Floating Doctors 3/2018)

26. **Introduction to Leishmaniasis** (Floating Doctors 10/2017)

27. **Cutaneous Leishmaniasis** (Floating Doctors 10/2017)

28. **Muco-cutaneous Leishmaniasis** (Floating Doctors 10/2017)

29. **Melioidosis: Clinical Aspects** (University of Minnesota Global Health Course 5/2017)

30. **HTLV-1: A Clinical Perspective and Basic Science** (University of Minnesota Global Health Course 5/2017)

31. **HIV Prevention: Focus on the Dominican Republic and Haiti** (University of Minnesota Global Health Course 5/2017)

32. **Chief Complaints in the Developing World: Clinical Cases** (University of Minnesota Global Health Course 5/2017)
33. **Chief Complaints FROM the Developing World: Clinical Cases** (University of Minnesota Global Health Course 5/2017)
34. **HTLV-1 Diagnosis and Management** (Columbia University Department of Medicine, Division of Infectious Diseases December 2016)
35. **Hepatitis B and SIDA** (Foundation International Medical Relief of Children (FIMRC)) Restaurcíon, Dominican Republic December 2016
36. **Diabetic Foot Infections** (Foundation International Medical Relief of Children (FIMRC)) Restaurcíon, Dominican Republic -November 2016
37. **HIV Diagnosis and Management** (Columbia University Department of Medicine
38. **Infections Associated with Outdoor Exposures** (Lecture NSLIJHS ID Division May 2014)
39. **Management of Serology Negative Human Hepatic Hydatidosis (Caused by Echinococcus Granulosis) in a Young Woman from Bangladesh in a Resource Rich Setting: A Case Report** (Presentation at Long Island Infection Disease Society March 2014)
40. **Dengue/Chikungunya** (Lecture NSLIJHS ID Division January 2014)
41. **Sepsis** (Lecture NSLIJHS Internal Medicine House Staff January 2014)
42. **Tuberculosis: Presentation, Diagnosis and Treatment** (Lecture NSLIJHS ID Division October 2013)
43. **Leptospira/Lyme and other Borrelia: Clinical Manifestation, Diagnosis and Treatment** (Lecture NSLIJHS ID Division June 2013)
44. **Hemorrhagic Fevers: Arenaviruses, Bunyaviruses, Flaviviruses and Filoviruses** (Lecture NSLIJHS ID Division April 2013)

## DISASTER/OVERSEAS EXPERIENCE/GLOBAL HEALTH TRAINING/EXPERIENCE

- Foundation for International Medical Relief of Children (FIMRC) Bududa, *Uganda*, clinical care and teaching December 2022
- TROPEMEX – Visiting hospitals, clinics, research centers and villages in *Uganda*, seeing patients and meeting with clinicians. December 2022
- OPTUM COVID-19 Response Core Team March 2020-CURRENT The Infectious Disease Physician on the Core Team managing the response of OPTUM Tristate (the largest physician owned multispecialty practice in the U.S. ~3,000 physicians, 2-3 million patients in NYC-tristate area) (managing the dissemination of information, updating clinicians on appropriate response, creating scripting for offices, urgent care centers and phone triage and guidance on management)
- Floating Doctors/Remote Care Education –March 2022 –primary care to isolated indigenous population on islands of the coast of *Panama* only accessible by water
- TROPEMEX – Visiting hospitals, clinics, research centers and villages in *Ghana*, seeing patients and meeting with clinicians. January-February 2022
- Foundation for International Medical Relief of Children (FIMRC) Bududa, *Uganda* near the Kenyan border, clinical care and teaching November 2019
- Floating Doctors/Remote Care Education –March 2019 –primary care to isolated indigenous population on islands of the coast of Northern *Panama* only accessible by water
- Foundation for International Medical Relief of Children (FIMRC) Bududa, *Uganda* near

the Kenyan border, clinical care and teaching November 2018-December 2018
- Floating Doctors/Remote Care Education –March 2018 –primary care to isolated indigenous population on islands of the coast of Northern *Panama* only accessible by water
- Floating Doctors –October 2017 –primary care to isolated indigenous population on islands of the coast of Northern Panama only accessible by water
- Foundation for International Medical Relief of Children (FIMRC) *Dominican Republic* near the Haitian border, clinical care and teaching November 2016-December 2016
- Asian Tropical Medicine Training (Bangkok, *Thailand* and Siem Reap *Cambodia*) July 2016-August 2016
- Christian Medical College Infectious Diseases Training and Research Center, (Vellore, *India*) International Short Course in Clinical Tropical Medicine November 2015
- Gorgas Institute Advanced Course in Clinical Tropical Medicine (Lima, *Peru*) August 2015
- University of Minnesota Global Health Course: Clinical Tropical, Migrant and Travel Medicine- (8-module course including overseas module in southeast Asia-ASTMH approved course for eligibility the ASTMH Examination in Clinical Tropical Medicine and Traveler's Health via the Diploma Course pathway) completed August 2016
- Triage and performance of Infectious Disease Care during Hurricane Sandy and following in the New York Area October 2012-February 2012 NSLIJHS Health System
- Site Visit Kamuzu Central Hospital, Light House Trust HIV Clinic (Lilongwe, *Malawi*) 1/2014
- Clinical Rotation Bir Hospital (Kathmandu, *Nepal*) 1/31/1994-2/26/1994

**STATES WITH CURRENT ACTIVE MEDICAL LICENSURE**
- New York 11/07/2007-current until 06/30/2021

**CLINICAL TRIALS**
- At-Home Infusion Using Bamlanivimab in Participants With Mild to Moderate COVID-19 (1/4/2021-4/18/2021) enrollment 4000-participants ID:2020-0081 ClinicalTrials.gov Identifier NCT4656691role: Principal Investigator
  - Open-label, pragmatic, single-dose study using matched controls in participants with mild to moderate COVID-19. Participants will track for developing symptoms while at home and upon reporting of symptoms will test for COVID-19. If positive for COVID-19, a one-time at-home infusion of Bamlanivimab (LY3819253) will be provided by Optum Infusion. Participants will then track for 28 days to assess for any additional medical care needed or if hospitalization was required.
- PATCH 2&3: Prevention & Treatment of COVID-19 (Severe Acute Respiratory Syndrome Coronavirus 2) With Hydroxychloroquine (4/7/2020-7/11/2020) ClinicalTrials.gov Identifier NCT04353037 role: Principal Investigator
  - The proposed hypothesis is that high doses of hydroxychloroquine (HCQ) for at least 2 weeks can be effective antiviral medication both as a treatment in ambulatory patients and prophylaxis/treatment in health care workers because it impairs lysosomal function and reorganizes lipid raft (cholesterol and sphingolipid rich microdomains in the plasma membrane) content in cells, which are both critical determinants of Emerging Viral Disease (EVD) infection. This hypothesis is based on a growing literature linking chloroquine to antiviral

21

activity. It is estimated that enough information exists to launch a clinical trial of hydroxychloroquine for COVID-19.

- Investigations Regarding B-cell Subsets in Humans (6/23/2009-8/26/2015) ClinicalTrials.gov Identifier NCT00926692 role: Principal Investigator
  - The specific aim of this research project is to define the human equivalent of mouse B1 cells. This will be done by evaluating IgM secretion, surface markers, functional characteristics, V gene usage, N-region addition, and phosphorylation status of intracellular proteins, gene expression, sequencing of immunoglobulin genes, determination of antigenic specificity, replication history, and response to different stimuli. The goal of this project is to begin to the translation of decades of basic science research and research in the mouse model into the human system. It is believed that properly defining this B cell subset in humans will lead to better therapeutics, prognostics and prevention for a number of diseases including infections, autoimmune disease, and cancer.