# Exhibit F

# **EXHIBIT F**

**Materials Considered for Expert Declaration of Daniel O. Griffin, M.D., Ph.D.**

All documents cited or referenced in the attached expert declaration, incorporated herein

| **Document** |
| --- |
| U.S. Patent No. 10,898,574 |
| U.S. Patent No. 10,702,600 |
| U.S. Patent No. 10,933,127 |
| *Collins Dictionary of Science* 514 (2005) |
| Claude Fauquet, *Taxonomy, Classification and Nomenclature of Viruses*, ELSEVIER 9 (2008) |
| Dong Yang & Julian L. Leibowitz, *The structure and functions of coronavirus genomic 3' and 5' ends*, 206 Virus Research 120 (2015) |
| Joint Claim Construction Statement (D.I. 70) |