# Exhibit G

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MODERNATX, INC. and MODERNA US, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PFIZER INC., BIONTECH SE, BIONTECH MANUFACTURING GMBH, and BIONTECH US INC.,<br><br>Defendants. | C.A. No. 22-11378-RGS |

**PLAINTIFFS MODERNATX, INC. AND MODERNA US, INC.'S
LIST OF CLAIM TERMS TO BE CONSTRUED**

Pursuant to Local Rule 16.6(e)(1)(A) and the Court's January 17, 2023 Scheduling Order, Plaintiffs ModernaTX, Inc. and Moderna US, Inc. (collectively, "Moderna") hereby provide their list of claim terms to be construed and their proposed constructions to Pfizer, Inc., BioNTech SE, BioNTech Manufacturing GmbH, and BioNTech US Inc. (collectively, "Defendants").

Moderna submits that, based upon the evidence available to it at this time, no claim terms in U.S. Patent Nos. 10,898,574, 10,702,600, and 10,933,127 require construction.

Moderna's submission is based on information reasonably available to Moderna at this time.  Moderna reserves the right to amend, modify, or supplement its list of claim terms to be construed and their proposed constructions as appropriate based on discovery and the schedule in this case, including in response to terms and proposed constructions identified by Defendants, the parties' upcoming meet and confer concerning claim construction, and additional evidence uncovered during discovery.  Moderna further reserves the right to oppose the construction of and/or offer a construction for any claim terms identified for construction by Defendants and/or

to amend, modify, or supplement its list of claim terms to be construed as appropriate in response to any of Defendants' proposed terms or constructions, or upon conferring with Defendants.

| | |
|---|---|
| Date: April 24, 2023 | Respectfully submitted, |
| | /s/ William F. Lee |
| | William F. Lee (BBO# 291960)<br>Emily R. Whelan (BBO# 646982)<br>Kevin S. Prussia (BBO# 666813)<br>Andrew J. Danford (BBO# 672342)<br>WILMER CUTLER PICKERING<br> HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>(617) 526-6000<br>william.lee@wilmerhale.com<br>emily.whelan@wilmerhale.com<br>kevin.prussia@wilmerhale.com<br>andrew.danford@wilmerhale.com |
| | Amy K. Wigmore (BBO# 629275)<br>WILMER CUTLER PICKERING<br> HALE AND DORR LLP<br>2100 Pennsylvania Avenue NW<br>Washington, DC 20037<br>(202) 663-6000<br>amy.wigmore@wilmerhale.com |
| | *Counsel for Plaintiffs ModernaTX, Inc. and Moderna US, Inc.* |

## **CERTIFICATE OF SERVICE**

    I, Madeleine Laupheimer, hereby certify that on April 24, 2023, a true and correct copy of the foregoing List of Claim Terms To Be Construed was served by electronic means upon all counsel of record for Defendants.

/s/ *Madeleine Laupheimer*
Madeleine Laupheimer (BBO #696647)
