# Exhibit H



William Collins' dream of knowledge for all began with the publication of his first book in 1819. A self-educated mill worker, he not only enriched millions of lives, but also founded a flourishing publishing house. Today, staying true to this spirit, Collins books are packed with inspiration, innovation, and practical expertise. They place you at the centre of a world of possibility and give you exactly what you need to explore it.

**Collins. Do more.**

# Collins
# dictionary of
# Science


Collins

HarperCollins Publishers
Westerhill Road, Bishopbriggs,
Glasgow G64 2QT

www.collins.co.uk

© 2003 Research Machines Plc
Helicon Publishing is a division of Research Machines
Internet links © HarperCollins Publishers 2005

First published 2003
This edition published 2005

Reprint 10 9 8 7 6 5 4 3 2 1 0

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording or otherwise, without the prior permission of the publisher. This book is sold subject to the conditions that it shall not, by way of trade or otherwise, be lent, re-sold, hired out or otherwise circulated without the publisher's prior consent in any form of binding or cover other than that in which it is published and without a similar condition being imposed on the subsequent publisher.

A catalogue record for this book is available from the British Library

ISBN 13 978-0-00-720733-6
ISBN 10 0-00-720733-6

Typeset by Davidson Pre-Press Graphics Ltd, Glasgow.
Printed and bound in Italy by Legoprint

# Introduction

The *Collins Dictionary of Science* has been created to provide a guide to the vocabulary of modern science, and, by giving clear explanations of terms and concepts, it aims to enhance the reader's understanding of science.

Choosing entries for such a dictionary is a challenging enterprise as science covers such a large area of human endeavour. The dictionary provides entries that give a thorough background to the central sciences of physics, chemistry and biology, and also spreads the net more widely with a selection of significant entries from mathematics, computing and the internet, earth sciences, environmental sciences, astronomy and medicine.

A feature of this dictionary is the inclusion of long explanatory entries on a range of key topics – such as **DNA**, **molecule** or **relativity**. These review entries provide the reader with fuller understanding of the significance of these important areas of science.

The book is organized alphabetically, with each headword appearing in bold. The order is decided as if there are no spaces between words, f or example:

> **acid**
> **acid amide**
> **acid–base balance**
> **acidic oxide**
> **acidosis**
> **acid rain**

Cross references are indicated by an asterisk * in front of the entry being cross-referenced. Cross referencing is selective; a cross reference is shown when another entry contains material directly relevant to the subject matter of an entry, and to where the reader may not otherwise think of looking.

The text and illustrations for this book have been prepared by Helicon Publishing, a division of Research Machines Plc. The entries have been taken from their major educational encyclopedic database. Collins would like to thank Alice Goldie and Catherine Gaunt for their assistance in the selection of entries.

deposition of *sediment. Rivers are able to work on the landscape through erosion, transport, and deposition. The amount of potential energy available to a river is proportional to its initial height above sea level. A river follows the path of least resistance downhill, and deepens, widens and lengthens its channel by erosion. Up to 95% of a river's potential energy is used to overcome friction.

One way of classifying rivers is by their stage of development. An upper course is typified by a narrow V-shaped valley with numerous *waterfalls, *lakes, and rapids. Because of the steep gradient of the topography and the river's height above sea level, the rate of erosion is greater than the rate of deposition, and downcutting occurs by **vertical corrasion** (erosion or abrasion of the bed or bank caused by the load carried by the river).

In the middle course of a river, the topography has been eroded over time and the river's course has a shallow gradient. Such a river is said to be graded. Erosion and deposition are delicately balanced as the river meanders (gently curves back and forth) across the extensive *flood plain. **Horizontal corrasion** is the main process of erosion. The flood plain is an area of periodic flooding along the course of a river valley where fine silty material called *alluvium is deposited by the flood water. Features of a mature river (or the **lower course** of a river) include extensive *meanders, oxbow lakes, and braiding.

Many important flood plains, such as the Nile flood plain in Egypt, occur in arid areas where their exceptional fertility is very important to the local economy. However, using flood plains as the site of towns and villages involves a certain risk, and it is safer to use flood plains for other uses, such as agriculture and parks. Water engineers can predict when flooding is likely and take action to prevent it by studying hydrographs, which show how the discharge of a river varies with time.

**river blindness** another name for *onchocerciasis, a disease prevalent in some countries of the developing world.

**rms** in physics, abbreviation for *root-mean-square.

**RNA** abbreviation for ribonucleic acid, nucleic acid involved in the process of translating the genetic material *DNA into proteins. It is usually single-stranded, unlike the double-stranded DNA, and consists of a large number of nucleotides strung together, each of which comprises the sugar ribose, a phosphate group, and one of four bases (uracil, cytosine, adenine, or guanine). RNA is copied from DNA by the formation of *base pairs, with uracil taking the place of thymine.

RNA occurs in three major forms, each with a different function in the synthesis of protein molecules. **Messenger RNA** (mRNA) acts as the template for protein synthesis. Each *codon (a set of three bases) on the RNA molecule is matched up with the corresponding amino acid, in accordance with the *genetic code. This process (translation) takes place in the ribosomes, which are made up of proteins and **ribosomal RNA** (rRNA). **Transfer RNA** (tRNA) is responsible for combining with specific amino acids, and then matching up a special 'anticodon' sequence of its own with a codon on the mRNA.

Although RNA is normally associated only with the process of protein synthesis, it makes up the hereditary material itself in some viruses, such as *retroviruses.

**Roaring Forties** nautical expression for regions south of latitude 40°S, in the southern oceans, where strong westerly winds prevail.

**rock** constituent of the Earth's crust composed of *minerals or materials of organic origin that have consolidated into hard masses. There are three basic types of rock: *igneous, *sedimentary, and *metamorphic. Rocks are composed of a combination (or aggregate) of minerals, and the property of a rock will depend on its components. Where deposits of economically valuable minerals occur they are termed *ores. As a result of *weathering, rock breaks down into very small particles that combine with organic materials from plants and animals to form *soil. In *geology the