# Exhibit I

# The Penguin Dictionary of SCIENCE

Editor: M. J. Clugston
Author team:
N. J. Lord
B. T. Meatyard
J. A. Scarfe and
J. R. C. Whyte



PENGUIN BOOKS

Case 1:22-cv-11378-RGS   Document 76-9   Filed 05/26/23   Page 3 of 4

PENGUIN BOOKS

Published by the Penguin Group
Penguin Books Ltd, 80 Strand, London WC2R 0RL, England
Penguin Group (USA) Inc., 375 Hudson Street, New York, New York 10014, USA
Penguin Group (Canada), 90 Eglinton Avenue East, Suite 700, Toronto, Ontario, Canada M4P 2Y3
(a division of Pearson Penguin Canada Inc.)
Penguin Ireland, 25 St Stephen's Green, Dublin 2, Ireland (a division of Penguin Books Ltd)
Penguin Group (Australia), 250 Camberwell Road, Camberwell, Victoria 3124, Australia
(a division of Pearson Australia Group Pty Ltd)
Penguin Books India Pvt Ltd, 11 Community Centre, Panchsheel Park, New Delhi – 110 017, India
Penguin Group (NZ), 67 Apollo Drive, Rosedale, North Shore 0632, New Zealand
(a division of Pearson New Zealand Ltd)
Penguin Books (South Africa) (Pty) Ltd, 24 Sturdee Avenue, Rosebank, Johannesburg 2196, South Africa

Penguin Books Ltd, Registered Offices: 80 Strand, London WC2R 0RL, England

www.penguin.com

First published as the *New Penguin Dictionary of Science* 1998
Revised and updated second edition first published 2004
This revised and updated third edition first published 2009
1

Copyright © M. J. Clugston, 1998, 2004, 2009
All rights reserved

The moral right of the author has been asserted

Set in ITC Stone Sans and ITC Stone Serif
Typeset by Data Standards Ltd, Frome, Somerset
Printed in England by Clays Ltd, St Ives plc

Except in the United States of America, this book is sold subject
to the condition that it shall not, by way of trade or otherwise, be lent,
re-sold, hired out, or otherwise circulated without the publisher's
prior consent in any form of binding or cover other than that in
which it is published and without a similar condition including this
condition being imposed on the subsequent purchaser

ISBN: 978–0–141–03796–7

www.greenpenguin.co.uk



Penguin Books is committed to a sustainable future
for our business, our readers and our planet.
The book in your hands is made from paper
certified by the Forest Stewardship Council.

**Mesozoic** See table at ►era.

**messenger RNA (mRNA)** Single-stranded ►RNA which serves as the template for ►protein synthesis. DNA is copied into RNA by ►transcription; the resulting RNA molecules are processed (►splicing) to give mRNA, which is decoded by ►ribosomes and translated into ►protein (►translation). ►►genetic code.

**Met** Abbr. for ►methionine.

**meta** Symbol *m*-. A locant indicating the relative positions of two substituents on a benzene ring. A simple example is meta-dinitrobenzene (see the diagram). The groups are separated by one carbon atom, as opposed to being neighbours in the ►ortho isomer, or opposite in the ►para isomer.

meta-dinitrobenzene

**metabolic rate** The rate at which chemical reactions occur in the cells of an organism. Metabolic rates vary considerably with activity and type of organism. Generally, the more active an organism, the higher its metabolic rate. Endotherms (such as birds and ►mammals) have high energy costs and therefore rapid metabolic rates. Ectotherms (such as reptiles, fish and amphibians, as well as all nonvertebrates) of comparable body size have much lower metabolic rates because of their lower energy costs. Metabolic rate is usually measured as oxygen consumption per unit mass of body tissue in a given time. ►►homoiothermy; poikilothermy.

**metabolism** The totality of all the chemical reactions occurring in a cell, organ or organism. All living processes are based on complex series of chemical reactions under the control of ►enzymes, and may be grouped under two main headings: those that build up complex molecules from simpler ones (►anabolism), and those that degrade complex molecules into simpler ones (►catabolism).

**metabolite** Any chemical that takes part in any chemical reaction associated with living processes (►metabolism). In particular the term refers to specific substances which are required as basic raw materials for vital processes, such as ►glucose in ►respiration, or those compounds which occupy key positions in pathways such as the ►Krebs cycle.

**metal** A substance held together by ►metallic bonding and having the following characteristics, explained by the 'sea' of electrons: they are electrical and thermal conductors, malleable, ductile and shiny. The electrical conductivity arises because the sea of electrons can easily be made to move under the influence of an electric field, causing a current to flow.

The vast majority of the elements are metallic in their uncombined state. Except for the Group 1 elements, the main structures adopted by metals are cubic ►close packing and hexagonal close packing. The Group 1 metals are less closely packed, crystallizing as ►body-centred cubic.

**metaldehyde** A mixture of polymers, mainly the tetramer, of ►ethanal (acetaldehyde). It has two main uses, as a fuel and as a slug poison.

**metal fatigue** A long-term decrease in the strength of a metal or alloy caused by repeated elastic stresses.