# Exhibit J

# Webster's New World™

# Medical Dictionary

## Third Edition

*From the Doctors and Experts at WebMD*



This book was donated to the Chicago Public Library by the Salem Baptist Church of Chicago — 25th Anniversary — Pastor James T. Meeks



Wiley Publishing, Inc.

Webster's New World™ Medical Dictionary, Third Edition

Copyright © 2008 MedicineNet.com. All rights reserved.

Published by Wiley Publishing, Inc., Hoboken, New Jersey

No part of this publication may be reproduced, stored in a retrieval system or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, scanning or otherwise, except as permitted under Sections 107 or 108 of the 1976 United States Copyright Act, without either the prior written permission of the Publisher, or authorization through payment of the appropriate per-copy fee to the Copyright Clearance Center, 222 Rosewood Drive, Danvers, MA 01923, (978) 750-8400, fax (978) 646-8600, or on the web at www.copyright.com. Requests to the Publisher for permission should be addressed to the Legal Department, Wiley Publishing, Inc., 10475 Crosspoint Blvd., Indianapolis, IN 46256, (317) 572-3447, fax (317) 572-4355, or online at http://www.wiley.com/go/permissions.

The publisher and the author make no representations or warranties with respect to the accuracy or completeness of the contents of this work and specifically disclaim all warranties, including without limitation warranties of fitness for a particular purpose. No warranty may be created or extended by sales or promotional materials. The advice and strategies contained herein may not be suitable for every situation. This work is sold with the understanding that the publisher is not engaged in rendering legal, accounting, or other professional services. If professional assistance is required, the services of a competent professional person should be sought. Neither the publisher nor the author shall be liable for damages arising here from. The fact that an organization or Website is referred to in this work as a citation and/or a potential source of further information does not mean that the author or the publisher endorses the information the organization or Website may provide or recommendations it may make. Further, readers should be aware that Internet Websites listed in this work may have changed or disappeared between when this work was written and when it is read.

Trademarks: Wiley, the Wiley Publishing logo, Webster's New World, and all related trademarks, logos and trade dress are trademarks or registered trademarks of John Wiley & Sons, Inc. and/or its affiliates. All other trademarks are the property of their respective owners. Wiley Publishing, Inc. is not associated with any product or vendor mentioned in this book.

For general information on our other products and services or to obtain technical support, please contact our Customer Care Department within the U.S. at 800-762-2974, outside the U.S. at 317-572-3993, or fax 317-572-4002.

Wiley also publishes its books in a variety of electronic formats. Some content that appears in print may not be available in electronic books. For more information about Wiley products, please visit our web site at www.wiley.com.

Library of Congress Cataloging-in-Publication Data is available from the publisher upon request.

ISBN: 978-0-470-18928-3

Printed in the United States of America

10  9  8  7  6  5  4

Book production by Wiley Publishing, Inc. Composition Services

mental retardation include fetal alcohol syndrome and fetal alcohol effect; brain damage caused by the use of prescription or illegal drugs during pregnancy; brain injury and disease; and genetic disorders, such as Down syndrome and fragile X syndrome. Treatment of mental retardation depends on the underlying cause. In some cases, such as phenylketonuria and congenital hypothyroidism, special diets or medical treatments can help. In all cases, special education starting as early in infancy as possible can help people with mental retardation maximize their abilities.

**mental retardation, aphasia, shuffling gait, and adducted thumbs syndrome**  See *MASA syndrome*.

**mercury poisoning**  Disease resulting from exposure to the metallic element mercury. Mercury is toxic to humans, and poisoning can occur in both acute and chronic forms. Acute mercury poisoning (less common) is associated with ulcerations of the stomach and intestine and with toxic changes in the kidney. Chronic mercury poisoning can cause diarrhea, slowed reflexes, poor coordination, ataxia (wobbliness), tremor, impaired vision, and emotional instability. Mercury is discharged into the air by such sources as coal-burning power plants, incinerators, and mining. It eventually contaminates waterways where it is converted by bacteria into methyl mercury. This molecule collects in the fatty tissues of fish and the animals that eat fish. Fish are the major dietary source of mercury poisoning, but it can also enter the body in other ways.

**mesentery**  In general, a fold of tissue that attaches organs to the body wall. The word mesentery usually refers to the small bowel mesentery, which anchors the small intestines to the back of the abdominal wall. Blood vessels, nerves, and lymphatics branch through the mesentery to supply the intestine. Other mesenteries exist to support the sigmoid colon, appendix, transverse colon, and portions of the ascending and descending colon.

**mesoderm**  The middle of the three primary germ cell layers (the other two being the ectoderm and endoderm) that make up a very young embryo. The mesoderm differentiates (specializes) to give rise to a number of tissues and structures, including bone, muscle, connective tissue, and the middle layer of the skin. See also *differentiation; ectoderm; embryo; endoderm*.

**mesodermal**  Pertaining to the mesoderm or to tissues derived from the mesoderm.

**mesothelioma**  A malignant tumor of the mesothelium, the thin lining of the surface of the body cavities and the organs that are contained within them. Most mesotheliomas begin as one or more nodules that progressively grow to form a solid coating of tumor surrounding the lung, abdominal organs, or heart. Mesothelioma occurs most commonly in the chest cavity and is associated with exposure to asbestos in up to 90 percent of cases. The risk of mesothelioma increases with the intensity and duration of exposure to asbestos. Family members and others living with asbestos workers may also have an increased risk of developing mesothelioma and possibly other asbestos-related diseases. This risk may be the result of exposure to asbestos dust brought home on the clothing and hair of asbestos workers. Mesothelioma is currently difficult to treat in most cases, and carries a poor prognosis.

**messenger RNA**  The key intermediary in gene expression, which translates the DNA's genetic code into the amino acids that make up proteins. Abbreviated mRNA.

**metabolic disease**  A metabolism disorder, such as albinism, cystinuria, phenylketonuria (PKU), and some forms of gout, sun sensitivity, and thyroid disease. There are hundreds of known metabolic diseases. Advances in the diagnosis and treatment of metabolic diseases have improved the outlook for many of these conditions so that early diagnosis, if possible in infancy, can be helpful. Many metabolic diseases cause infants to have symptoms such as sluggishness (lethargy), poor feeding, apnea (stopping breathing) or tachypnea (fast breathing), and recurrent vomiting. Laboratory testing for metabolic disorders might include specific blood tests for known conditions or general tests that indicate metabolic problems. General indicators include hypoglycemia (low blood sugar), which is the predominant finding in a number of metabolic diseases, and jaundice (yellowing) or other evidence of liver disease. Specific patterns of birth defects characterize yet another group of inherited metabolic disorders. Also known as inborn error of metabolism.

**metabolic rate, basal**  See *basal metabolic rate*.

**metabolism**  The whole range of biochemical processes that occur within a living organism. Metabolism consists of anabolism (the buildup of substances) and catabolism (the breakdown of substances). The term metabolism is commonly used to refer specifically to the breakdown of food and its transformation into energy.