# Exhibit L

Docket No.: M1378.70053US07<br>
(PATENT)

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| First Named Inventor: | Giuseppe Ciaramella |
| Application No.: | 16/880,829 |
| Confirmation No.: | 9857 |
| Filed: | May 21, 2020 |
| For: | BETACORONAVIRUS MRNA VACCINE |
| Examiner: | N. E. Kinsey White |
| Art Unit: | 1648 |

---

**Certificate of Electronic Filing under 37 C.F.R. § 1.8**

I hereby certify that this paper (along with any paper referred to as being attached or enclosed) is being transmitted via the Office's electronic filing system in accordance with 37 C.F.R. § 1.6(a)(4).

Dated: December 18, 2020                    Electronic Signature for Katelyn R. Farmer:  /Katelyn R. Farmer/

---

## RESPONSE TO EXAMINER'S NOTE

Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

Dear Commissioner:

      Pursuant to 37 C.F.R. § 1.104(e), Applicant submits the following response to the Note following the Examiner's Reasons for Allowance (Sept. 18, 2020 Notice of Allowability at 4).

      Applicant respectfully disagrees with the Examiner's suggestion that the claims in this application are limited to betacoronaviruses that were known as of October 21, 2016 and thus exclude SARS-CoV-2 (COVID-19).  The claims include methods of administering mRNA comprising "an open reading frame encoding a betacoronavirus (BetaCoV) S protein or S protein subunit."  As the specification explains, betacoronaviruses constitute a genus of viruses.  *See, e.g.,* application as published, US2020/0282046 at para [0009] ("Betacoronaviruses (BetaCoVs) are one of four genera of coronaviruses of the subfamily Coronavirinae in the family Coronaviridae, of the order Nidovirales.").  The application does not limit betacoronaviruses only to members of that genus that were known as of October 21, 2016, and there is no basis to so limit the claims.  It is well-established that patent claims properly encompass embodiments that were not known at the

Application No.: 16/880,829 2 Docket No.: M1378.70053US07

time that the application was filed.  *See, e.g., Innogenetics, N.V. v. Abbott Labs.*, 512 F.3d 1363, 1370 (Fed. Cir. 2008) ("[A]s is well established, an applicant is not required to describe in the specification every conceivable and possible future embodiment of his invention."); *id.* at 1371-1372 ("Our case law allows for after-arising technology to be captured within the literal scope of valid claims that are drafted broadly enough.").  The disclosure in the specification supports the full scope of the claimed genus of coronaviruses, including for the reasons that Applicant has previously explained.  *See* Response to Office Action of July 17, 2020, at 6-10 (Aug. 4, 2020).  The claim term "betacoronavirus (BetaCoV)" therefore is not temporally limited and encompasses the entire genus of betacoronaviruses, including SARS-CoV-2 (COVID-19).

Applicant believes no fee is due with this Response, other than the issue fee. If an additional fee is occasioned by the filing of this Response, please charge our Deposit Account No. 23/2825, under Docket No. M1378.70053US07 from which the undersigned is authorized to draw.

Dated: December 18, 2020                    Respectfully submitted,

/Heather J. DiPietrantonio/
Heather J. DiPietrantonio, PhD
Registration No.: 65,843
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, Massachusetts  02210-2206
617.646.8000