# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MODERNATX, INC. and MODERNA US, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PFIZER INC., BIONTECH SE, BIONTECH MANUFACTURING GMBH, and BIONTECH US INC.,<br><br>Defendants. | C.A. No. 1:22-11378-RGS |

## MOTION TO ALLOW THE FILING OF TECHNOLOGY TUTORIALS IN ADVANCE OF THE CLAIM CONSTRUCTION HEARING

ModernaTX, Inc. and Moderna US, Inc. ("Moderna") hereby move to allow the parties to file technology tutorials in advance of the claim construction hearing, scheduled for July 27, 2023.

In support of this motion, Moderna states:

1. The Court has scheduled a claim construction hearing pertaining to the above-captioned case on July 27, 2023 at 10:00 a.m.

2. Pursuant to Local Rule 16.6(e)(6), "[a]t the court's request, the parties may exchange and file tutorials, preferably in the form of a short video or slide presentation, at least 14 days before the claim-construction hearing."

3. Fourteen days prior to July 27, 2023, is July 13, 2023.

4. Given the nature of the technology at issue, Moderna believes that a technology tutorial may aid the Court in resolving the disputed claim construction issues.

5. Defendants have stated that they do not agree to Moderna's request to submit a claim construction tutorial.

6. Moderna respectfully requests that the Court allow the parties to submit technology tutorials no later than July 13, 2023. Such tutorials shall not include any argument.

Date: June 16, 2023                                    Respectfully submitted,

<u>/s/ Kevin S. Prussia</u>

William F. Lee (BBO# 291960)
Emily R. Whelan (BBO# 646982)
Kevin S. Prussia (BBO# 666813)
Andrew J. Danford (BBO# 672342)
Kevin M. Yurkerwich (BBO# 689909)
Annaleigh E. Curtis (BBO# 696165)
Madeleine C. Laupheimer (BBO# 696647)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA  02109
(617) 526-6000
william.lee@wilmerhale.com
emily.whelan@wilmerhale.com
kevin.prussia@wilmerhale.com
andrew.danford@wilmerhale.com
kevin.yurkerwich@wilmerhale.com
annaleigh.curtis@wilmerhale.com
madeleine.laupheimer@wilmerhale.com

Amy K. Wigmore (BBO# 629275)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
2100 Pennsylvania Avenue, NW
Washington DC, 20037
(202) 663-6000
amy.wigmore@wilmerhale.com

*Counsel for ModernaTX, Inc. and Moderna US, Inc.*

**CERTIFICATION PURSUANT TO L.R. 7.1(a)(2)**

Pursuant to Local Rule 7.1(a)(2), counsel for Plaintiffs ModernaTX, Inc. and Moderna US, Inc. conferred in good faith with counsel for Defendants Pfizer Inc., BioNTech SE, BioNTech Manufacturing GmbH, and BioNTech US Inc., in an effort to resolve or narrow the issue presented in this motion, but were unable to reach an agreement. Defendants do not agree to Moderna's request that the Court allow the parties to submit technology tutorials in advance of the claim construction hearing.

*/s/ Kevin S. Prussia*
Kevin S. Prussia (BBO# 666813)

**CERTIFICATE OF SERVICE**

I, Kevin Prussia, hereby certify that on June 16, 2023, I caused the foregoing motion to be electronically filed with the Clerk of the Court using the CM/ECF system, which will simultaneously serve notice of such filing to counsel of record to their registered electronic mail addresses.

/s/ *Kevin S. Prussia*
Kevin S. Prussia (BBO# 666813)