IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MODERNATX, INC. and MODERNA US, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PFIZER INC., BIONTECH SE, BIONTECH MANUFACTURING GMBH, and BIONTECH US INC., <br><br> Defendants. | Case No. 1:22-cv-11378-RGS |

**DEFENDANTS' LIMITED OPPOSITION TO MOTION TO ALLOW THE FILING OF TECHNOLOGY TUTORIALS IN ADVANCE OF THE CLAIM CONSTRUCTION HEARING**

Defendants Pfizer Inc. ("Pfizer"), BioNTech SE, BioNTech Manufacturing GmbH, and BioNTech US Inc. ("BioNTech") (collectively, "Defendants") hereby oppose, on a limited basis, Plaintiffs ModernaTX, Inc. and Moderna US, Inc.'s ("Plaintiffs") Motion to Allow the Filing of Technology Tutorials in Advance of the Claim Construction Hearing (D.I. 84) ("Plaintiffs' Motion"), and wish to clarify Paragraph 5 in Plaintiffs' Motion as follows:

1. Defendants oppose Plaintiffs' request to submit technology tutorials before the *Markman* hearing because the record includes extensive briefing and expert declarations filed by the parties, including responsive briefing to be filed on July 7, 2023. (D.I. 62.)

2. As Defendants expressed to Plaintiffs before the filing of their motion, Plaintiffs do not oppose including background explanations about the patents-in-suit relating to the claim construction issues, as appropriate, at the *Markman* hearing on July 27, 2023. The record provides the parties ample material on which to base any such live discussions.

1

3. That said, Defendants stand prepared to file a tutorial submission about the patents-in-suit if the Court so requests.

Dated: June 16, 2023

| Respectfully submitted: | Respectfully submitted: |
|---|---|
| DEFENDANT AND COUNTERCLAIM-PLAINTIFF PFIZER INC. | DEFENDANTS AND COUNTERCLAIM-PLAINTIFFS BIONTECH SE, BIONTECH MANUFACTURING GMBH, AND BIONTECH US INC. |
| By their Counsel, | |
| | By their Counsel, |
| /s/ Michael Xun Liu | |
| | /s/ Gregory M. Boucher |
| Lee Carl Bromberg (BBO # 058480) | |
| Erik Paul Belt (BBO # 558620) | Jeffrey S. Robbins, BBO #421910 |
| Wyley Proctor (BBO # 666613) | Jeffrey.Robbins@saul.com |
| **MCCARTER & ENGLISH, LLP** | Joseph D. Lipchitz, BBO #632637 |
| 265 Franklin Street | Joseph.Lipchitz@saul.com |
| Boston, MA 02110 | Gregory M. Boucher, BBO #665212 |
| P: 617.449.6500 | Gregory.Boucher@saul.com |
| F: 617.607.9200 | SAUL EWING **LLP** |
| lbromberg@mccarter.com | 131 Dartmouth Street, Suite 501 |
| ebelt@mccarter.com | Boston, MA 02116 |
| wproctor@mccarter.com | Tel: (617) 723-3300 |
| OF COUNSEL: | OF COUNSEL: |
| Thomas H. L. Selby* | Bruce M. Wexler* |
| Stanley E. Fisher* | Eric W. Dittmann* |
| Kathryn S. Kayali* | Young J. Park* |
| Michael Xun Liu* | Simon F. Kung* |
| D. Shayon Ghosh* | Rebecca A. Hilgar* |
| Julie Tavares* | Ryan Meuth* |
| Derrick M. Anderson* | PAUL HASTINGS **LLP** |
| Haylee Bernal Anderson* | 200 Park Avenue |
| **WILLIAMS & CONNOLLY LLP** | New York, NY 10166 |
| | (212) 318-6000 |
| 680 Maine Avenue, S.W | |
| Washington, DC 20024 | *Attorneys for Defendants and Counter-Claim* |
| Telephone: 202-434-5000 | *Plaintiffs BioNTech SE, BioNTech* |
| | *Manufacturing GmbH, and BioNTech US, Inc.* |

Facsimile: 202-434-5029
* Admitted pro hac vice

*Attorneys for Defendant and Counter-Claim Plaintiff Pfizer Inc.*

## CERTIFICATE OF SERVICE

    I, Gregory M. Boucher, hereby certify that on June 16, 2023, I caused the foregoing motion to be electronically filed with the Clerk of the Court using the CM/ECF system, which will simultaneously serve notice of such filing to counsel of record to their registered electronic mail addresses.

                                   */s/ Gregory M. Boucher*
                                   Gregory M. Boucher (BBO# 665212)