# Exhibit 5

WILMERHALE

May 10, 2023

**Via E-Mail**

Ryan Meuth
Paul Hastings
200 Park Avenue
New York, NY 10166

Madeleine Laupheimer

+1 617 526 6107 (t)
+1 617 526 5000 (f)
madeleine.laupheimer@wilmerhale.com

Re: *ModernaTX, Inc. and Moderna US, Inc., v. Pfizer Inc., BioNTech SE, BioNTech Manufacturing GmbH, and BioNTech US Inc.*, Case No. 1:22-cv-11378-RGS, Plaintiff's Responses to Defendants' First Set of Common Interrogatories (Nos. 1-11)

Dear Mr. Meuth,

ModernaTX, Inc. and Moderna US, Inc. ("Moderna") are in receipt of Pfizer Inc. ("Pfizer"), BioNTech SE, BioNTech Manufacturing GmbH, and BioNTech US Inc.'s ("BioNTech") (collectively, "Defendants") April 28, 2023 letter regarding the parties' April 18, 2023 meet and confer on Moderna's objections and responses to Defendants' First Set of Common Interrogatories (Nos. 1-11). I write in response to the same.

## General Objections

Moderna maintains its objection that many of Defendants' Interrogatories are compound and that Defendants have exceeded 20 common interrogatories. Nevertheless, Moderna will not seek to reduce the number of Defendants' remaining common interrogatories on the ground that Defendants have already exceeded their common interrogatories. Moderna reserves the right to object to any future common interrogatories on the ground that those interrogatories are compound.

## Specific Objections

As an initial matter, Moderna objects to Defendants' selective characterization of the interrogatories throughout its letter. The full text of the interrogatories speaks for itself.

**Interrogatory Nos. 1, 2, 3, 4, and 7.** Defendants' letter states: "We understand that Plaintiffs are not amending or supplementing their current responses to these interrogatories." Letter at 2. That is not accurate. Although Moderna has no immediate plan to amend or supplement its responses to these interrogatories in response to the alleged deficiencies Defendants have identified, as Moderna explained in its written objections and responses, Moderna's responses are based on information presently known to Moderna after reasonable investigation. Moderna's discovery and investigation of facts relevant to this litigation are

WilmerHale

Ryan Meuth
Via E-Mail
Page 2

ongoing. Accordingly, Moderna reserves the right to amend, modify, or supplement its responses to these interrogatories and will do so if circumstances change.

**Interrogatory No. 5.** As discussed, Moderna's response to this interrogatory is based on information presently known to Moderna after reasonable investigation. Moderna's discovery and investigation of facts relevant to this litigation are ongoing. Accordingly, Moderna reserves the right to amend, modify, or supplement its responses to this interrogatory and will do so if circumstances change.

**Interrogatory No. 6.** As discussed, Moderna's response to this interrogatory is based on information presently known to Moderna after reasonable investigation. Moderna's discovery and investigation of facts relevant to this litigation are ongoing. Accordingly, Moderna reserves the right to amend, modify, or supplement its responses to this interrogatory and will do so if circumstances change. Defendants' letter states that "Plaintiffs anticipate supplementing their response to this interrogatory pursuant to Rule 33(d) based on documents found in the course of their fact investigation[.]" Letter at 2. Defendants are correct that Moderna anticipates supplementing its response, and Moderna anticipates that its supplementation will include citations to supporting documents. However, Moderna may or may not specifically invoke Rule 33(d) in its supplemented response.

**Interrogatory No. 8.** As discussed, Moderna stands by its response that the Patent Pledge was issued by Moderna, the company (not by any particular individual(s)), and that the nonprivileged reasons for its issuance are plain from the face of the pledge and described in the response Moderna has already provided. Moderna further maintains that Defendants' interrogatory—which seeks the reasons for issuing a pledge related to the enforcement of Moderna's intellectual property—is largely directed to privileged information, which Moderna will not produce. Nevertheless, Moderna will update its response to this interrogatory to identify one or more individuals most knowledgeable about non-privileged information regarding the Patent Pledge.

**Interrogatory No. 10.** As discussed, Moderna's response to this interrogatory is based on information presently known to Moderna after reasonable investigation. Moderna's discovery and investigation of facts relevant to this litigation are ongoing. Furthermore, Moderna anticipates that much of the information relating to the "underlying facts" supporting the "measure and calculation" of its damages will come from documents Defendants have yet to produce. Moderna anticipates that it will supplement its response to include the factual basis supporting its damages request before the close of fact discovery, provided that Defendants in fact produce the documents they have promised. However, Moderna maintains that this interrogatory also seeks premature disclosure of expert discovery and reserves the right to further amend, modify, or supplement its response to this interrogatory following expert discovery.

**WILMERHALE**

Ryan Meuth
Via E-Mail
Page 3

      **Interrogatory No. 11.** Moderna has considered Defendants' request for further supplementation of this interrogatory response and maintains that its response to this interrogatory is sufficient and appropriate. Moderna's response explains that "[t]he inventions claimed in the Asserted Patents were first commercially used and sold as Spikevax® (COVID-19 Vaccine, mRNA)," that "Moderna first contracted with the U.S. Government for the sale of Spikevax® in August 2020," and "[t]he first non-clinical-trial-related administration of Spikevax® in the United States occurred after the FDA issued an EUA for Spikevax® on December 18, 2020." Moderna's response further explains that Moderna is not aware of any public disclosure of the inventions claimed in the '574, '600, and '127 patents prior to their respective priority dates. Moderna does not plan to supplement that response at this time. But Moderna's discovery and investigation of facts relevant to this litigation are ongoing. Moderna reserves the right to amend, modify, or supplement its responses to this interrogatory and will do so if circumstances change.

Best regards,


*/s/ Madeleine Laupheimer*
Madeleine Laupheimer