## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| MODERNATX, INC. and MODERNA US, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | C.A. No. 1:22-11378-RGS |
| PFIZER INC., BIONTECH SE, BIONTECH MANUFACTURING GMBH, and BIONTECH US INC., | ) ) ) ) | |
| Defendants. | ) ) ) | |

## DECLARATION OF KEVIN S. PRUSSIA IN SUPPORT OF
## PLAINTIFFS' RESPONSIVE CLAIM CONSTRUCTION BRIEF

I, Kevin S. Prussia, declare as follows:

1.      I am a partner at the law firm Wilmer Cutler Pickering Hale and Dorr LLP

("WilmerHale"), counsel for ModernaTX, Inc. and Moderna US, Inc. (together, "Plaintiffs") in

the above-captioned action.  I am a licensed attorney and a member in good standing of the Bars

of the Commonwealth of Massachusetts and the State of New York.  I respectfully submit this

declaration in support of Plaintiffs' Responsive Claim Construction Brief.

2.      Attached hereto as Exhibit I is a true and correct copy of excerpts from the

Deposition Transcript of Dr. Daniel O. Griffin, conducted on June 23, 2023.

3.      Attached hereto as Exhibit J is a true and correct copy of excerpts from the

Deposition Transcript of David D. Ho, M.D., conducted on June 23, 2023.

4.      Attached hereto as Exhibit K is a true and correct copy of a press release titled

"Pfizer and BioNTech Granted FDA Emergency Use Authorization of Omicron BA.4/BA.5-

Adapted Bivalent COVID-19 Vaccine Booster for Ages 12 Years and Older," dated August 31,

2022, and downloaded from https://www.pfizer.com/news/press-release/press-release-detail/pfizer-and-biontech-granted-fda-emergency-use-authorization.

5.      Attached hereto as Exhibit L is a true and correct copy of an article by Sachi Fujimori titled "*Meet mRNA: How This Once Little-Known Molecule Is Disrupting Medicine*," dated June 2022, and downloaded from https://www.pfizer.com/news/behind-the-science/how-once-little-known-molecule-disrupting-medicine.

\*      \*      \*

I declare under penalty of perjury that the foregoing is true and correct.  Executed on July 7, 2023, in Boston, Massachusetts.

*/s/ Kevin S. Prussia*
Kevin S. Prussia

2

**CERTIFICATE OF SERVICE**

I certify that on July 7, 2023, I filed the foregoing document with the United States

District Court for the District of Massachusetts using the CM/ECF system and caused it to be

served on all registered participants via the notice of electronic filing (the "ECF").

/s/ *Kevin S. Prussia*
Kevin S. Prussia