# Exhibit J

Case 1:22-cv-11378-RGS   Document 95-2   Filed 07/07/23   Page 2 of 39

6/23/2023          ModernaTX, Inc. et al. v. Pfizer Inc. et al.          David D. Ho, M.D.

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT MASSACHUSETTS

---------------------------------------X

MODERNATX, INC., and MODERNA US, INC., :

                                        : C.A. No.

               Plaintiff,      : 1:22-cv-11378-RGS

        v.                     :

PFIZER INC., BIONTECH SE, BIONTECH    :

MANUFACTURING GMBH, and BIONTECH     :

US INC.,                        :

            Defendants.     :

---------------------------------------X


VIDEOTAPED DEPOSITION OF DAVID D. HO, M.D.

Friday, June 23, 2023

New York, New York

9:36 a.m.



Reported by:

Angela M. Shaw-Crockett, CCR, CRR, RMR, CSR


_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Case 1:22-cv-11378-RGS   Document 95-2   Filed 07/07/23   Page 3 of 39

6/23/2023          ModernaTX, Inc. et al. v. Pfizer Inc. et al.          David D. Ho, M.D.

Page 2

1                              June 23,2023

2                              9:36 a.m.

3

4              VIDEOTAPED DEPOSITION OF DAVID D. HO, M.D.,

5              held at the law office of WilmerHale, 7 World

6              Trade Center, 250 Greenwich Street, New York,

7              New York, before Angela M. Shaw-Crockett, a

8              Certified Court Reporter, Certified Realtime

9              Reporter, Registered Merit Reporter and Notary

10             Public of the States of New York, New Jersey,

11             and Connecticut.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
                                                          Page 3
 1   A P P E A R A N C E S:
 2   WILMERHALE
 3        Attorneys for Plaintiffs
          ModernaTX, Inc. and Moderna US, Inc.
 4        7 World Trade Center
 5        250 Greenwich Street
          New York, New York  10007
 6   BY:  KEVIN PRUSSIA, ESQ.
          WENLI GU, ESQ.
 7        kevin.prussia@wilmerhale.com
          wenli.gu@wilmerhale.com
 8

     PAUL HASTINGS LLP
 9        Attorneys for Defendants
          BioNTech SE, BioNTech Manufacturing GmbH,
10        and BioNTech US, Inc.
11        200 Park Avenue
          New York, New York  10166
12   BY:  BRUCE M. WEXLER, ESQ.
          RYAN MEUTH, ESQ.
13        brucewexler@paulhastings.com
          ryanmeuth@paulhastings.com
14

     WILLIAMS & CONNOLLY LLP
15        Attorneys for Defendant
          Pfizer Inc.
16        680 Maine Avenue SW
17        Washington, District of Columbia  20024
18   BY:  STANLEY E. FISHER, ESQ.
19        sfisher@wc.com
20
21   ALSO PRESENT:  Jonathan Juarez, The Videographer
22                  Thomas Phalen
23
24                  Vinny Lee, Patent Counsel Litigation
25                  BioNTech US Inc.
```

Page 4

```
 1                      I N D E X
 2   EXAMINATION BY:                               PAGE
 3   MR. WEXLER                                       8
 4   MR. WEXLER                                     134
 5   MR. FISHER                                     187
 6   MR. PRUSSIA                                    209
 7
 8                   E X H I B I T S
 9   DEPOSITION          HO EXHIBIT                 PAGE
10   Exhibit 1   Declaration of Dr. David D. Ho in   11
11               Support of Plaintiffs ModernaTX,
12               Inc. and Moderna US, Inc.'s Opening
13               Claim Construction Brief
14   Exhibit 2   U.S. Patent 10,898,574             12
15   Exhibit 3   U.S. Patent 10,702,600             12
16   Exhibit 4   U.S. Patent 10,933,127             12
17   Exhibit 5   Exhibit C to the Declaration of    27
18               David D. Ho, M.D., Materials
19               Considered
20   Exhibit 6   Exhibit B to the Declaration of    29
21               David D. Ho, M.D., Curriculum Vitae
22   Exhibit 7   Exhibit A to the Declaration of    37
23               David D. Ho, M.D.
24
25
```

Page 5

1              H O   E X H I B I T S (CONT'D)

2    Exhibit 8   2004 NYT article entitled "AIDS          38

3                Researcher Partly Retracts Study

4                that Caused a Stir"

5    Exhibit 9   2005 "Vaccine" journal article          52

6    Exhibit 10  Transcript of an interview given to      57

7                Caltech by David D. Ho, M.D.

8    Exhibit 11  Immunogenicity and Structures of a       65

9                Rationally Designed Prefusion

10               MERS-CoV Spike Antigen

11   Exhibit 12  Document entitled "Central Dogma"        72

12   Exhibit 13  Exhibit 1 to DI45, 2005 paper            92

13               authored by Dr. Kati Kariko and Drew

14               Weissman

15   Exhibit 14  2008 article by Dr. Kariko and Dr.       93

16               Weissman, et al.

17   Exhibit 15  U.S. Patent 8,691,966                    95

18   Exhibit 16  Document from the Columbia               97

19               University website referring to the

20               2021 Horowitz Prize

21   Exhibit 17  Declaration of Daniel L. Griffin         101

22   Exhibit 18  Structure and Functions of              144

23               Coronavirus Genomic 3' and 5' Prime

24               Ends

25

6/23/2023          ModernaTX, Inc. et al. v. Pfizer Inc. et al.          David D. Ho, M.D.

Page 6

1              H O   E X H I B I T S (CONT'D)

2    Exhibit 19  Article entitled "The Species Severe    154
3                Acute Respiratory Syndrome-Related
4                Coronavirus: Classifying 2019-nCoV
5                and Naming it SARS-CoV-2"
6    Exhibit 20  Virus Taxonomy Classification and       157
7                Nomenclature of Viruses, 9th Report
8                of the ICTV
9    Exhibit 21  May 2020 consensus statement from       172
10               the ICTV
11   Exhibit 22  Notice of Allowability                  179
12   Exhibit 23  Paper titled "Recombinant Modified      191
13               Vaccinia Virus Ankara Expressing the
14               Spike Glycoprotein of Severe Acute
15               Respiratory Syndrome Coronavirus
16               Induces Protective Neutralizing
17               Antibodies Primarily Targeting the
18               Receptor Binding Region"
19   Exhibit 24  Paper titled "Uracil Within DNA: An     207
20               Actor of Antiviral Immunity"
21

22

23

24

25

Page 28

1   pages in preparing your opinions in this case?

2        A.   No.

3        Q.   So did you consider all ten provisional

4   patent applications in over ten years of patent

5   prosecution -- patent prosecution history in forming

6   your opinions in this case?

7        A.   No.

8             MR. PRUSSIA:  Object to the form.

9   BY MR. WEXLER:

10       Q.   So how did you determine what to consider

11  among the 80,000 pages that you say in Exhibit C

12  were considered?

13       A.   Basically, I read the three patents, and

14  then, depending on the matter that I was thinking

15  about, I would go back to the additional documents,

16  guided by counsel as to where to find them, and then

17  formulate my opinion.

18       Q.   Was there anything you yourself found

19  that's discussed in your declaration?

20       A.   Not so much on the first page but more the

21  scientific citations.

22       Q.   Well, which documents did you yourself

23  find that were not supplied by counsel, if any?

24       A.   The -- essentially not the legal

25  documents, but the scientific citations.  But I

Page 29

1   should clarify in saying that I mentioned certain

2   citations, but I didn't physically go find them.

3   They were then found by counsel and then provided to

4   me.

5        Q.   So you referenced like an article, and

6   counsel got it for you?

7        A.   Yeah, I would say "This is what I recall.

8   Could you get it?" and we went from there.

9        Q.   So on page 2, there are ten items that

10  appear to be articles or nonlegal materials, right?

11       A.   Correct.

12       Q.   Did you yourself find all ten of those?

13       A.   They were found in the manner I just

14  described.  I recall, for example, some of the basic

15  biology on DNA/RNA could be found in Lewin's

16  textbook.  And while I have a copy of that, I don't

17  have the newest edition or the edition of interest.

18  And it was the attorneys who acquired them.

19       Q.   And what about the other ones that are

20  more specific besides Lewin's?

21       A.   Same for referencing specific references

22  on coronaviruses or taxonomy.

23            MR. WEXLER:  Why don't we mark as

24       Exhibit 6 your Exhibit B to your declaration.

25            (Ho Exhibit 6 was received and marked for

Page 30

1          identification, as of this date.)

2     BY MR. WEXLER:

3          Q.   Is Exhibit 6 your CV?

4          A.   It is as of April 2023.

5          Q.   Is there anything significant that would

6     need to be updated or changed?

7          A.   Just publications.

8          Q.   More publications?

9          A.   Yes.

10         Q.   Now, you've worked extensively studying

11    HIV and AIDS?

12         A.   That's correct.

13         Q.   + In 2012 would a POSA have been able to

14    make a vaccine effective in the prevention of AIDS

15    using Moderna's '574 patent technology?

16              MR. PRUSSIA:  Object to the form.  Outside

17         the scope.

18              What claim-construction issue are you

19         talking about?

20              MR. WEXLER:  Sorry?

21              MR. PRUSSIA:  What claim-construction

22         issue are you talking about?

23              MR. WEXLER:  This is also a technology

24         tutorial.  This is a very broad discussion.

25              MR. PRUSSIA:  So unless you can lay a

Page 31

1    foundation to the claim-construction issues,

2    I'm instructing the witness to not answer the

3    question.

4         MR. WEXLER:  You also have a technology

5    tutorial.  We went over a lot of background --

6         MR. PRUSSIA:  Your question is not on

7    that.

8         MR. WEXLER:  So please let me finish.

9         MR. PRUSSIA:  Go ahead.

10        MR. WEXLER:  My question is about the '574

11   patent and its background technology.  There's

12   an entire discussion of background technology

13   that weeds in betacoronavirus, traditional

14   vaccines, mRNA vaccines, and the '574 patent.

15   And I am certainly entitled to understand the

16   extent of the technology, and these

17   hypotheticals are fair.

18        And this is an expert deposition.  I'm

19   going to stay within my time frame.  And

20   there's no basis in the federal rules to

21   instruct the witness not to answer.

22        MR. PRUSSIA:  Everything that you just

23   said is fair.  Your question is not.  And for

24   that question, my instruction is to answer --

25   he's not answering that question.

Page 32

1              MR. WEXLER:  And what is the basis for

2       instructing a witness not to answer on a ground

3       other than privilege?

4              MR. PRUSSIA:  It's outside the scope of

5       the declaration.  This is a claim-construction

6       declaration.  He's offered no opinions on '112,

7       which is what your question is directed

8       towards.  Period.

9              MR. WEXLER:  My question is not about

10      '112.  My question is not about '112, and I

11      would say that the entire question, for

12      example, of betacoronavirus and some of these

13      other questions are bound up with appropriate

14      scope of the claim.

15             MR. PRUSSIA:  We'll take it question by

16      question.  The question that you just asked,

17      I'm not allowing him to answer.

18             MR. WEXLER:  I'm asking you what rule of

19      the Federal Rules of Civil Procedure authorizes

20      you to instruct a witness not to answer a

21      question during a deposition on a ground other

22      than privilege?

23             MR. PRUSSIA:  The Court's ruling in this

24      case, which is a local rule that allows you to

25      take a deposition about his claim-construction

6/23/2023          ModernaTX, Inc. et al. v. Pfizer Inc. et al.          David D. Ho, M.D.

                                                            Page 83

1                MR. PRUSSIA:  Object to the form.  Outside

2        the scope.

3    BY MR. WEXLER:

4        Q.   And uses mRNA?

5        A.   Well, I mean, your only effective ones

6    today include the Pfizer BioNTech one, as well as

7    Moderna.  And I referenced one in Thailand earlier,

8    but I don't know what's the delivery vehicle in that

9    particular one.

10       Q.   I just -- are you aware of any mRNA

11   vaccine that induces an immune response in vivo that

12   has a delivery -- that doesn't have a delivery

13   vehicle?

14               MR. PRUSSIA:  Object to the form.  Outside

15       the scope.

16       A.   I have not considered that as part of this

17   case, so I would need to go back and research that

18   before I could answer accurately.

19   BY MR. WEXLER:

20       Q.   Well, you do point out that Moderna and

21   BioNTech use an LNP for their vaccines, right?

22       A.   That's correct.

23       Q.   Why are you pointing that out?

24       A.   Because that's what's stated in the -- in

25   the patents, and I know that's what's used in the

Page 84

1   vaccine from my experience.

2        Q.   Is it your testimony that the particular

3   LNP used by Moderna or BioNTech is actually

4   disclosed in the patents?

5        A.   No.  I'm just saying the patents talk

6   about LNP.  '574 talks about that.

7        Q.   Right.

8             And LNP -- and in the '574, when it talks

9   about LNP, it's talking about lipoplexes and naked

10  mRNA, right?

11       A.   Well --

12            MR. PRUSSIA:  Object to the form.

13       A.   Lipid nanoparticles in general.

14  BY MR. WEXLER:

15       Q.   But the '574 patent from 2012 is not

16  talking about the kinds of LNP used in the Moderna

17  and BioNTech vaccine, right?

18            MR. PRUSSIA:  Object to the form.

19       A.   Say that again.

20  BY MR. WEXLER:

21       Q.   The '574 patent is not dealing with the

22  particular kinds of LNPs that we see in the Moderna

23  and BioNTech vaccines, right?

24            MR. PRUSSIA:  Object to the form.

25       A.   I have not gone back to review what is

Page 85

1   actually in the commercial vaccines from either

2   company and compared it.  I have not considered

3   that.

4   BY MR. WEXLER:

5       Q.   So when you talked about the LNPs used in

6   the Moderna and BioNTech vaccine, you're not

7   actually familiar with what those LNPs actually are

8   composed of?

9       A.   No.  I would not be able to recite for you

10  the specific contents of the LNP in the current

11  vaccines.

12      Q.   And you didn't put that in your

13  declaration either, right?

14      A.   I did not address that.

15      Q.   And so you're not offering -- I'll

16  withdraw that.

17          Based on everything you know, do you have

18  any reason to believe that the Moderna and BioNTech

19  vaccines -- that one is a copy of the other?

20          MR. PRUSSIA:  Object to the form.  Outside

21      the scope.

22      A.   That's not part of what I've been

23  analyzing.  I've been focused on just claim

24  construction.  So I'm not sure I could answer this.

25

Page 86

1   BY MR. WEXLER:

2        Q.   From the time of the beginning of the

3   pandemic when you were working on and investigating

4   SARS-CoV-2 and you talked to Moderna about vaccines

5   and things like that, were you ever of the view that

6   the BioNTech vaccine or the Moderna vaccine -- that

7   one was a copy of the other in either direction?

8             Did you ever hold that view?

9             MR. PRUSSIA:  Object to the form.  Outside

10        the scope of the deposition declaration.

11       A.   The only view that I had as a sort of

12   working physician scientist in this field is that,

13   at a high level, the two vaccines are both

14   mRNA-based, and they both would deliver with lipid

15   nanoparticles.  The exact specifications within each

16   vaccine, I never studied that.

17   BY MR. WEXLER:

18       Q.   And so did you ever believe or hear or

19   have any feeling that the actual vaccine -- one was

20   a copy of the other?

21             MR. PRUSSIA:  Same objections.  Asked and

22        answered.

23       A.   I do not have such -- formulate any view

24   along that line.  I just knew that they produce

25   comparable levels of protection in people.

Page 87

1          MR. WEXLER:  Now in -- why don't we take a

2     break now?

3          THE WITNESS:  Okay.

4          THE VIDEOGRAPHER:  The time now is

5     11:24 a.m., and we're off the record.

6          (Recess.)

7          THE VIDEOGRAPHER:  The time right now is

8     11:40 a.m.  We're back on the record.

9   BY MR. WEXLER:

10     Q.   If we can go to paragraph -- I should say

11   "section" -- Section 4(b)2 on page 10.

12          We have a section entitled "Advantages of

13   mRNA Vaccines."

14          Do you see that?

15     A.   Yes.

16     Q.   And you go on for a few paragraphs,

17   talking about mRNA vaccines and the COVID-19 mRNA

18   vaccines at issue in this litigation.

19          Do you see that?

20     A.   Yes.

21     Q.   In paragraph 24, you refer to "Advances in

22   in-vitro transcription that allowed for artificial

23   synthesis of mRNA outside a living cell can encode a

24   polypeptide that is an antigen, such as a protein

25   that is part of a pathogen, such as a virus," right?

6/23/2023          ModernaTX, Inc. et al. v. Pfizer Inc. et al.          David D. Ho, M.D.

Page 98

1   August of 2021, right?

2          You were working there?

3      A.   Yes.

4      Q.   And had you ever heard of the Horowitz

5   Prize?

6      A.   Yes.

7      Q.   What is it?

8      A.   It's a scientific prize that Columbia

9   gives out for scientific achievements.

10     Q.   Is it considered prestigious?

11     A.   I would think so.

12     Q.   And were you aware that Dr. Kariko and

13  Dr. Weissman received the 2021 Horowitz Prize?

14     A.   Yes.

15     Q.   Did you go to the ceremony?

16     A.   I was there.

17     Q.   Great.  Did you meet them?

18     A.   I did.

19     Q.   It says -- if we go to the fourth page,

20  the last paragraph, can you read that to yourself?

21     A.   This page, right (indicating)?

22     Q.   Yeah, the last paragraph.

23     A.   (Witness complies.)

24          Yes.

25     Q.   Okay.  Columbia wrote in this

6/23/2023          ModernaTX, Inc. et al. v. Pfizer Inc. et al.          David D. Ho, M.D.

Page 99

1    award-related document that "Kariko and Weissman

2    discovered that modifying the nucleosides of RNA

3    prevents the molecules from being destroyed

4    prematurely, increasing their protein production

5    capacity and ability to appropriately activate the

6    immune system.  Their joint patent was used by

7    BioNTech/Pfizer and Moderna/NIH to create COVID-19

8    mRNA vaccines."

9            Do you see that?

10       A.   I do see that.

11       Q.   Do you have any reason to disagree with

12   the truthfulness of that?

13       A.   I could say as a scientist in this field,

14   the first sentence is generally okay.  The second

15   part, not knowing what transpired at BioNTech Pfizer

16   or Moderna, I just have no knowledge of that.

17       Q.   Well, I'm talking about Kariko and

18   Weissman, their research that they were given the

19   prize for.

20       A.   Right.  But the second sentence refers to

21   the companies.

22       Q.   No, no.  Not the -- oh, I'm sorry, the

23   second sentence.  Okay.

24            The first sentence, "Kariko and Weissman

25   discovered that modifying the nucleosides of RNA

Page 100

1    prevents the molecules from being destroyed

2    prematurely, increasing their protein-producing

3    capacity and ability to appropriately activate the

4    immune system."

5              You're okay with that sentence?

6              MR. PRUSSIA:  Object to the form.

7         A.   As a sort of a general summary, I'm okay

8    with that.

9    BY MR. WEXLER:

10        Q.   Is it your testimony that a particular

11   scientist at Moderna was the first to discover that

12   chemically modifying a nucleotide in mRNA would

13   increase protein production?

14             MR. PRUSSIA:  Object to the form.  Outside

15        the scope of the declaration.

16        A.   Yeah, I don't believe I have addressed

17   that in the declaration.

18   BY MR. WEXLER:

19        Q.   All right.  Let's talk about the '574

20   patent.  You can put that aside.

21        A.   (Witness complies.)

22        Q.   Ho Exhibit 2.  You understand this patent

23   was filed in 2012, right?

24        A.   Yes.

25        Q.   And I want to talk about the mRNA

Page 101

1  molecules that were actually made and tested in the

2  '574 patent, okay?

3       A.   Okay.

4            MR. WEXLER:  Dr. Griffin -- let's mark his

5       exhibit, which I don't think I've marked yet.

6            (Ho Exhibit 17 was received and marked for

7       identification, as of this date.)

8  BY MR. WEXLER:

9       Q.   I've marked as Exhibit 17 the Declaration

10  of Daniel L. Griffin?

11           Do you know anything about Dr. Griffin?

12      A.   He's -- yes, I met him over Zoom before.

13      Q.   And do you consider him to be a respected

14  scientist in the field?

15      A.   From the Zoom meetings I did not form much

16  of an impression, but I'm part of the Columbia

17  faculty.  I've heard people talk about Dr. Griffin

18  as a respected infectious disease physician.

19      Q.   And in paragraph -- can we go to -- sorry.

20  Withdraw.

21           Exhibit 17 is the declaration you reviewed

22  that we talked about earlier today, right?

23      A.   The Griffin declaration, yes, I have

24  reviewed that.

25      Q.   Okay.  Let's go to section 6 -- Roman 6.

Page 102

1              Dr. Griffin starts talking about the '574

2       patent.

3              Do you see that?

4       A.   Yes.

5       Q.   And he has an overview and technical

6       background.

7              Do you see that?

8       A.   Yes.

9       Q.   And Dr. Griffin, here, is focusing on an

10      overview and technical background specifically about

11      the '574 patent, right?

12      A.   Right.

13      Q.   Now, in your overview and technical

14      background, you talked about the COVID-19 vaccines

15      and you talked about the betacoronaviruses.  So it

16      was broader than just talking about the '574 patent,

17      right, in the overview that you gave, correct?

18      A.   In the context of trying to get at the

19      claims construction.

20      Q.   Yes?

21      A.   So I reviewed the background that's

22      relevant for that consideration.

23      Q.   But I'm saying, your overview of the

24      technical background has a large discussion about

25      COVID-19 vaccines and that kind of thing.

Page 130

1    understood is of "unmodified," right?

2         A.    Again, I just did not consider that

3    because I was just following the guidance given to

4    me.

5         Q.    So can you tell -- let's turn then to the

6    claims, Claim 1.

7               Let me know when you're there.

8         A.    Yes.

9         Q.    Can you tell from looking at the claims,

10   what the structures of the mRNA are that are defined

11   by this claim -- all the different structures?

12              MR. PRUSSIA:   Object to the form.   Outside

13         the scope of the declaration.

14        A.    I don't understand what you mean by

15   "structure."

16   BY MR. WEXLER:

17        Q.    MRNAs have structures, right?

18        A.    Are you talking about three-dimensional

19   structures?

20        Q.    Three-dimensional structures, sure.

21              MRNA has a structure.   It's a physical

22   thing, right?

23        A.    Yes.

24        Q.    Okay.   Can you tell us what the structures

25   are of the mRNAs based on looking at Claim 1?

6/23/2023          ModernaTX, Inc. et al. v. Pfizer Inc. et al.          David D. Ho, M.D.

Page 131

1          MR. PRUSSIA:  Same objection.  Outside the

2     scope of the declaration.

3     A.   Are we talking about any particular mRNA

4     structure?  If you give me a particular RNA

5     structure, there are methods that could be applied

6     to understand its three-dimensional structure.  But

7     I doubt that's what you're asking.

8     BY MR. WEXLER:

9     Q.   I'm saying, does the claims give you any

10    structures for the mRNA other than its function to

11    encode a polypeptide of interest?

12         MR. PRUSSIA:  Same objection.

13    A.   That --

14         MR. PRUSSIA:  Object to the form.

15         Go ahead.

16    A.   That tells me which RNA to be used.  Not

17    the structure, but which RNA sequence to be used.

18    BY MR. WEXLER:

19    Q.   Well, but this is not specifying the

20    polypeptide either, right?

21    A.   Polypeptide of interest.

22    Q.   So does this give you a structure and a

23    specific polypeptide of interest that you can then

24    have a specific RNA structure for?

25    A.   There are thousands of proteins made by

Page 132

1    thousands of mRNA.  The structures are seldom

2    solved.  So I think the usage of the word

3    "structure" is inappropriate.

4          Q.   So how do you know whether a particular

5    mRNA has -- is an mRNA in this claim?

6               Does it depend on the fact that it encodes

7    the polypeptide of interest?

8          A.   Let's say I'm interested in the gene for

9    G-CSF.  Then that has a -- what we call a "primary

10   sequence," okay, so that we know the sequence of the

11   four-nucleotide basis.  That tells you what gene

12   that is and what protein will be made.  Has nothing

13   to do with structure.

14         Q.   Well, if you're trying to build an mRNA,

15   you have to build a structure; don't you?

16              You're trying to synthesize it?

17         A.   I think your usage to that word is

18   different than our scientific usage, and perhaps,

19   that's part of the confusion.

20         Q.   Okay.  But if you look at the claims we're

21   talking about, these are not limiting themselves to

22   a particular polypeptide, right?

23         A.   It's saying, if you're interested in a

24   polypeptide, go use the mRNA of that polypeptide.

25   That's -- I think a POSA would easily understand

Page 133

1    that.

2         Q.   But there's no constraints on what the

3    polypeptides are, which then will tell you what

4    mRNAs to use to get there; is that fair?

5         A.   It's the polypeptide of interest to the

6    person who's reading this.

7         Q.   Well, how do you know what the polypeptide

8    of interest is?  Is it specified in the claims?

9         A.   If I'm a virologist, there are a number of

10   viral polypeptides I would be interested in.  And if

11   I want to produce it, I could follow such a method.

12        Q.   And those polypeptide may not be of

13   interest, then, let's say, to me, right?

14             I'll withdraw it.

15             MR. WEXLER:  Okay.  We can keep -- why

16        don't we take a break.  I think I'm going to

17        move on to the '600 patent.  I think now would

18        be a good time for a break.

19             THE VIDEOGRAPHER:  The time right now is

20        12:48 p.m., and we are -- we're off the record.

21             (At 12:48 p.m. a luncheon recess was

22        taken.)

23             (At 1:34 p.m. the deposition resumes.)

24

25

Page 134

1    **************************************************

2             A F T E R N O O N    S E S S I O N

3    **************************************************

4             THE VIDEOGRAPHER:   The time right now is

5        1:34 p.m., and we're back on the record.

6    CONTINUED EXAMINATION

7    BY MR. WEXLER:

8        Q.   Okay, Dr. Ho.  Let's move on to the '600

9    and '127 patents and technology and overview

10   relating to those patents.

11            And you have the copy of the '600 patent

12   in front of you?

13       A.   Yes.

14       Q.   Why don't we just go to Dr. Griffin's

15   declaration.  I'm going to see if I can do this a

16   little more quickly if we go to Dr. Griffin's

17   declaration paragraph 39.

18            Tell me when you're there.

19       A.   Yes.

20       Q.   And just to level-set, Dr. Griffin, in

21   this section the declaration -- it's in a Roman

22   numeral -- about the '600 and '127 patents.

23            Do you see that?

24       A.   Yes.

25       Q.   So in paragraph 39, Dr. Griffin is talking

Page 135

1   about the topic of chemical modifications, which we

2   talked about earlier, with regard to the '574 patent

3   and the technology overview relating to that.

4             Do you see that?

5        A.   Yes.

6        Q.   Okay.  And he says that "Earlier in the

7   patent," referring to the '600 patent, "Moderna had

8   suggested that chemical modifications were not

9   necessary," citing the patent for the following

10  statement:  "In some embodiments the nucleic acid

11  vaccines described herein are chemically modified.

12  In other embodiments, the nucleic acid vaccines are

13  unmodified."

14            Do you see that?

15       A.   I do see that.

16       Q.   Do you disagree with Dr. Griffin's opinion

17  that the '600 patent is allowing for chemical

18  modifications, or unmodified mRNA, in connection

19  with the vaccines of that patent?

20       A.   Well, patents talking about vaccines

21  constructed with modified ribonucleic acids, as well

22  as unmodified.

23       Q.   But is there -- I'm focusing now on the

24  '600 and '127 patents in particular.

25            Is this patent requiring that for the

6/23/2023          ModernaTX, Inc. et al. v. Pfizer Inc. et al.          David D. Ho, M.D.

Page 150

1   "I agree with the statements in the specification

2   which explains that," and then you have a block-hold

3   from the specification, correct?

4        A.   Where are you reading from?

5        Q.   It's paragraph 56.

6        A.   56.  Yes, I agree with the beta.

7        Q.   Okay.  And the part of the patent

8   specification you're quoting is column 2, lines 46

9   to 59, right?

10       A.   Right.

11       Q.   And those are the -- that's the

12  description we were just talking about, correct?

13       A.   Correct.

14       Q.   Okay.  So just to clarify, when the claims

15  say "betacoronavirus," you're ascribing to the word

16  in the claims, the meaning that we were just talking

17  about in column 2, lines 46 to 59, correct?

18            MR. PRUSSIA:  Object to form.

19       A.   Well, I stand by this particular statement

20  I have in the declaration.

21  BY MR. WEXLER:

22       Q.   And is that consistent with your proposed

23  construction?

24       A.   I believe so.

25       Q.   And so your proposed construction is that

Page 151

1    the betacoronavirus of the claims is an enveloped,

2    positive-sense, single-stranded RNA virus of

3    zoonotic origin that belongs to one of the four

4    lineages of the betacoronavirus genus of the

5    subfamily Coronavirinae, correct?

6          A.    For example, OC43, HKU1, MERS, and SARS.

7          Q.    Is that correct?

8          A.    Correct.

9          Q.    And that is consistent with what you

10   quoted in paragraph 56 of your declaration, which is

11   the specification at 2, 46 to 59, right?

12         A.    I agree with the specification, yes.

13         Q.    And that statement and specification we

14   just talked about was written in October 22 --

15   sorry -- October 21, 2016.

16               That's the date of the filing of the

17   patent, right?

18         A.    That's correct.

19         Q.    Now, you then -- the question.

20               In your declaration, I think there's some

21   discussion about strains of virology viruses.  And I

22   want to explore that a little bit.

23               Is SARS-CoV-2, the virus that causes

24   COVID-19, considered a strain of SARS-CoV?

25               MR. PRUSSIA:  Object to the form.  Outside

Page 152

1      the scope.

2      A.    The scientific answer is no.

3    BY MR. WEXLER:

4      Q.    And is SARS-CoV-2 considered a strain of

5    MERS-CoV?

6          MR. PRUSSIA:   Same objection.

7      A.    It's not a strain, but they are all within

8    the betacoronavirus category.

9    BY MR. WEXLER:

10     Q.    That's -- that's what is reported today,

11   correct, that SARS-CoV-2 is within the

12   betacoronaviruses category?

13     A.    SARS-CoV-2 sequences were posted in the

14   first week of January in 2020 by scientists in

15   China.  And, instantly, the whole world recognized

16   that as a betacoronavirus.

17     Q.    It was classified as betacoronavirus, but

18   I'm asking you a different question now.

19          I want to focus on this question of

20   "strain," which is something that you talk about in

21   your specification.

22     A.    Perhaps you're using the word "strain"

23   differently from how a virologist would use the word

24   "strain."

25          For us, a strain means a SARS-CoV-2

Page 153

1    isolated from you and a SARS-CoV-2 isolated from me.

2    They may differ in a few positions, but it's

3    SARS-CoV-2.  That's -- that's how I think of the

4    strain.  Perhaps you're using it differently.

5         Q.   No.  That's -- there's no disagreement

6    amongst us.  I was just trying to understand.

7         A.   But you asked me if SARS-CoV is a

8    different strain --

9         Q.   I'm sorry.  I'll reask it.

10             All I was asking is, is SARS-CoV-2

11   considered a strain of MERS-CoV?

12        A.   It's not.

13        Q.   Okay.  That's all I was asking.

14        A.   Okay.

15        Q.   I was not suggesting it was.  I wanted to

16   know the answer.

17             SARS-CoV-2 has been referred to as a

18   "novel coronavirus," right?

19        A.   That was one of the initial names given to

20   it.

21        Q.   And why was it called a "novel

22   coronavirus"?

23        A.   Because we have not seen it before.

24        Q.   And when you say "before," you mean before

25   2019, right?

Page 154

1        A.    Before COVID-19 emerged.

2        Q.    And that was in 2019, as we all know,

3    right?

4        A.    Yes, sometime -- well, it emerged in

5    humans in 2019.

6        Q.    And do you have any idea when it emerged

7    in nonhumans?

8        A.    Well, these viruses have evolved over

9    probably hundreds of thousands of years.  So we

10   don't know exactly in what animals.  Most likely,

11   bats, but that's just based on our understanding of

12   the prevalence of these types of viruses in various

13   animal populations.

14       Q.    Can we agree that the time when SARS-CoV-2

15   became known to humans about its existence was in

16   late 2019?

17       A.    We can.

18       Q.    And so we can also agree that in 2016,

19   when Moderna filed the '600 patent, SARS-CoV-2 was

20   not known to anybody, right?

21       A.    That's correct.

22             MR. WEXLER:  So I want to go to the -- I

23       want to mark an article from March of 2020.

24             (Ho Exhibit 19 was received and marked for

25       identification, as of this date.)

Page 165

1       Q.   In 2016, if there was a virus and it was

2    determined -- all the information was gathered about

3    what that virus is, it would be objective criteria

4    that would be used, including identity to other

5    components of viruses -- what have you -- but there

6    would be objective criteria that would be used to

7    divide the line between whether it's inside

8    betacoronavirus or in some other genus, right?

9            MR. PRUSSIA:  Same objections.  Asked and

10       answered.

11      A.   I guess your question simply is not clear

12   to me what you're asking for.

13   BY MR. WEXLER:

14      Q.   In 2016, when there was a virus, it was

15   not subjective what class -- what genus it would go

16   into, right?

17      A.   Most definitely not.  Most definitely, it

18   would be classified once the sequence is known.

19      Q.   Okay.  And so once the sequence is known

20   and you're trying to assign it a class and a genus

21   from all the genuses from all the different viruses,

22   one of the things you'd need to look at is identity

23   towards aspects of the existing genus, correct?

24           MR. PRUSSIA:  Objection to form.

25      A.   Absolutely correct.

Page 166

1   BY MR. WEXLER:

2        Q.   Okay.   That -- those specific criteria,

3   all -- the sum total of all those criteria, in 2020,

4   the standard of the sum total of all of those

5   criteria was not exactly the same as in 2016,

6   correct?

7             MR. PRUSSIA:   Same objections.   Objection

8        to form, scope, asked and answered.

9             Go ahead.

10       A.   I have not gone back to the publications

11  from ICTV to compare 2016 to 2020.   So how can I

12  answer that accurately?

13  BY MR. WEXLER:

14       Q.   Dr. Griffin, in his declaration, has

15  explained that the criteria changed somewhat over

16  time.

17            Do you disagree with that?

18       A.   I disagree with that.

19       Q.   And do you have anything you can cite to

20  say that all the criteria for assigning a virus into

21  the genus betacoronavirus are exactly the same in

22  2020 as they were in 2016?

23       A.   I've been looking at the phylogenetic

24  trees for betacoronaviruses since the SARS outbreak.

25  The position of the viruses -- there have been

6/23/2023          ModernaTX, Inc. et al. v. Pfizer Inc. et al.          David D. Ho, M.D.

Page 167

1    additions, but the positions don't change.  Because

2    that's simply the genetic sequence.  It could not

3    change.

4              Yes, the names could change and people

5    might say, "Okay, let's call this subbranch a new

6    name."  So that, I think, is what he's referring to,

7    but the science doesn't change.

8         Q.   I'm asking about a new virus that's never

9    been classified, so you can't look at existing

10   classifications.  The hypothetical is a brand-new

11   virus that has never been classified and needs to be

12   classified into a genus.

13             Is it your testimony that the criteria

14   used for a given virus was identical -- I'm not

15   asking about name in particular; I'm asking about

16   all of the scientific criteria for judging

17   similarity to the genus, all of the criteria that's

18   necessary to put it into a genus -- was that exactly

19   the same in 2020 as it was in 2016?

20             MR. PRUSSIA:  Same objections.  Asked and

21        answered.

22        A.   The tree would look exactly the same in

23   2016 and 2020 or 2023.  How you give assigned names,

24   that could vary.  So I'm quite certain that's what

25   Dr. Griffin is referring to.

Page 168

1            That's -- let me give you one example.

2            XBB.1.5, the FDA just decided to make a

3      vaccine based on that subvariant of SARS-CoV-2,

4      right?  That was in the news last week.  Is that not

5      SARS-CoV-2?  That, clearly, is SARS-CoV-2.

6            It's a virus that emerged later, but it's

7      clearly SARS-CoV-2.  Nobody disputes that.  I'm

8      pretty sure Pfizer, Moderna, BioNTech do not dispute

9      that.  Same thing with HIV-1.  That name was given

10     in the 1980s, but we have clade C HIV-1 that emerged

11     decades later.  Nobody disputes that's HIV-1.

12            And there are numerous -- each year, we

13     have a variant of influenza.  Nobody disputes that's

14     a different virus because the genome position

15     remains the same in the phylogenetic tree.

16     BY MR. WEXLER:

17        Q.   I'm now looking to ask the same question,

18     because there's a misunderstanding, and I want to be

19     very clear about my question.

20            It is a hypothetical for a previously

21     unknown virus that's brand-new and it's novel.  It's

22     never been assigned to any genome.  It's not like

23     it's been assigned in 2016 and I'm asking about

24     changes.  It's never been assigned.

25            In 2016, a person sits down to assign it

Page 169

1    into a genus.  And they're asking "Would it fit into

2    betacoronavirus?"  In 2020, the person is looking at

3    that virus and asking if it would fit into the genus

4    betacoronavirus.  That's my hypothetical.

5            Are all the criteria that would be applied

6    in answering that question exactly the same in the

7    two time frames in terms of how you analyze the

8    sequence and compare it to existing members?

9            So the actual criteria for the dividing

10   line, are they exactly the same --

11           MR. PRUSSIA:  Same objections.

12   BY MR. WEXLER:

13       Q.   -- or did that change?

14       A.   I think I answered that, but I'll repeat

15   it.

16           If you give me the sequence of that new

17   virus, it will fit into the tree in exactly the same

18   position, whether you're doing it in 2016, 2020, or

19   2023.  It would not change.

20       Q.   What --

21       A.   The only thing that might change is the

22   committee might give it different names, but the

23   position, the scientific fact, does not change.

24       Q.   I'm asking, what if virus is on the --

25   on -- an outlier, right on the edge of two different

Page 211

```
 1                    CERTIFICATE

 2

 3   STATE OF NEW YORK  )

 4                  :  ss

 5          I, Angela M. Shaw-Crockett, a Certified Court

 6   Reporter, Registered Merit Reporter and Notary Public within

 7   and for the States of New York, New Jersey and Connecticut,

 8   do hereby certify:

 9          That DAVID D. HO, M.D., the witness whose

10   deposition is herein before set forth, was duly sworn by me

11   and that such deposition is a true record of the testimony

12   given by such witness.

13          I further certify that I am not related to any of

14   the parties to this action by blood or marriage and that I

15   am in no way interested in the outcome of this matter.

16          In witness whereof, I have hereunto set my hand

17   this 26th day of June, 2023.

18

19   -------------------------------------------

20   ANGELA M. SHAW-CROCKETT, CCR, CRR, RMR, CSR

21   LICENSE NO. XI00218400

22

23

24

25
```