# Exhibit R

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - x

MODERNATX, INC. AND                    :

MODERNA US, INC.,                      :

      Plaintiffs,                   :

Counterclaim-Defendants,               :

      v.                            :

PFIZER INC., BIONTECH      : Case No.

SE, BIONTECH               :1:22-cv-11378-RGS

MANUFACTURING GMBH, AND    :

BIONTECH                   :

US INC.,                   :

      Defendants,                   :

Counterclaim-Plaintiffs.   :

- - - - - - - - - - - - - - - - - - - - - - x

Videotaped Deposition of DR. DANIEL O. GRIFFIN

New York, New York

*** CONFIDENTIAL ***

Friday, June 23, 2023

12:05 p.m.

Job No.: 497501

Pages: 1 - 191

Reported By: Anita M. Trombetta, RMR, CRR

1  correct?                                          12:55:28

2      A  My formal position at Columbia is as a     12:55:28

3  clinical instructor of medicine.                  12:55:35

4      Q  In what area do you currently interact     12:55:37

5  with Steve Goff on?                               12:55:41

6      A  As recent as this morning, we were         12:55:43

7  communicating about potential HIV research        12:55:48

8  projects.                                         12:55:50

9      Q  Have you ever conducted vaccine            12:55:53

10 development research?                             12:55:56

11     A  I have never conducted vaccine research -- 12:55:57

12 vaccine development research.                     12:56:04

13     Q  Have you ever conducted nucleic acid       12:56:05

14 research?                                         12:56:08

15     A  I've conducted nucleic acid research for   12:56:09

16 several decades.                                  12:56:13

17     Q  And does that research on nucleic acids    12:56:14

18 focus on any particular diseases or areas?        12:56:19

19     A  Yes.                                       12:56:22

20     Q  Which ones?                               12:56:26

21     A  My nucleic acid research focuses on many   12:56:27

22 diseases, as much of the work is very basic       12:56:32

23 science.                                          12:56:37

24     Q  Can you give us examples of diseases where 12:56:37

1   you've done nucleic acid research?                     12:56:41

2       A   Certainly.                                     12:56:43

3       Q   What are those?                                12:56:45

4       A   A lot of my research since coming to           12:56:46

5   Columbia has focused on HIV.                           12:56:50

6       Q   Any others?                                    12:56:55

7       A   A lot of the research also focussed on         12:56:56

8   using molecular techniques in the field of gene        12:57:01

9   therapy.                                               12:57:04

10      Q   Have you ever done any research on SARS         12:57:08

11  COVID?                                                 12:57:15

12      A   I've done extensive research on                12:57:16

13  SARS-COVID-2.                                          12:57:20

14      Q   When did that research begin?                  12:57:23

15      A   My research on SARS-COVID-2 began in 2020.     12:57:25

16      Q   Have you ever done research on                 12:57:32

17  SARS-COVID-1?                                          12:57:38

18      A   I've never done research on SARS-COV.          12:57:39

19      Q   Turning back to your list of publications      12:57:46

20  in your CV, which is Exhibit 6, that list of           12:57:52

21  publications begins on Page 12.  Do you see that?      12:57:55

22      A   That is true.                                  12:58:01

23      Q   And at the top of that list you refer to       12:58:05

24  37 original peer review -- peer reviewed articles.     12:58:08

1    delivery systems, and three, one or more              13:08:14

2    individuals with an advanced degree and experience    13:08:16

3    in vaccines and/or virology, molecular medicines      13:08:18

4    and/or infectious diseases."                          13:08:25

5         Do you see that?                                 13:08:26

6    A  I see that.                                        13:08:26

7    Q  Which, if any, of those three items, do            13:08:27

8    you satisfy in terms of relevant experience?          13:08:33

9    A  I would say that I meet and exceed all of          13:08:35

10   these relevant areas of experience.                   13:08:38

11   Q  Do you have experience with gene therapy?          13:08:43

12   A  I have extensive experience with gene              13:08:45

13   therapy.                                              13:08:48

14   Q  Do you have experience with modified mRNA?         13:08:48

15   A  I have extensive experience with modified          13:08:52

16   mRNA.                                                 13:08:55

17   Q  Can you describe generally your experience         13:08:55

18   with modified mRNA?                                   13:08:58

19   A  So experience working with it in the lab,          13:09:00

20   experience teaching about it, experiencing            13:09:05

21   weighing in on decisions at a policy level            13:09:09

22   regarding modified mRNA.                              13:09:12

23   Q  When did you first begin working on               13:09:14

24   modified mRNA?                                         13:09:16

1    A  I started doing molecular science in the          13:09:20

2    90s.                                                  13:09:24

3    Q  Do any of your publications relate to             13:09:25

4    modified mRNA?                                        13:09:28

5    A  A number of my publications relate to             13:09:30

6    modified mRNA.                                        13:09:33

7    Q  Just looking at the list of -- in your CV,        13:09:34

8    which is Exhibit 6, beginning at Page 12, did any    13:09:39

9    of the list of publications starting here address    13:09:44

10   modified mRNA?                                        13:09:51

11   A  They did.                                          13:09:53

12   Q  Which ones?  Just give me some examples.          13:09:55

13   I don't need every single one.                        13:09:57

14   A  Oh, okay.                                          13:09:58

15       So the first one, which just recently was        13:10:01

16   published -- actually, I think just about the day    13:10:03

17   of preparation of this -- so published May 3,        13:10:05

18   2023, Comparative Effectiveness of the               13:10:09

19   SARS-COVID-2 vaccines during Delta predominance,     13:10:13

20   was actually looking at different mRNA -- modified   13:10:17

21   mRNA-based vaccines in comparison.                    13:10:21

22       Then let's go to the next one.  So, five:        13:10:25

23   COVID-19, Using the Right Tools at the Right Time    13:10:37

24   also includes the subject matter.                     13:10:40

1      All of the references that are the            13:10:59

2  American Society of Hematology living guidelines   13:11:01

3  refer to the impact on vaccination or              13:11:04

4  nonvaccination, so use of modified mRNA            13:11:07

5  vaccination and the impact on our guidelines.      13:11:10

6      Thirteen, the Time to Offer Treatments for     13:11:13

7  COVID 19.  So this would be examples of most       13:11:16

8  recent ones.                                       13:11:22

9    Q   And let me just ask, do you have any         13:11:23

10  examples of publications relating to mRNA --      13:11:25

11  modified mRNA in which you were involved before   13:11:30

12  the COVID-19 pandemic began?                      13:11:34

13    A   Not that I see right off the top here.      13:11:40

14    Q   And turning back to your declaration,       13:11:54

15  Exhibit 1, we were looking at paragraph 19, and in 13:11:57

16  Item 3 of your POSA definition for the '600 and   13:12:04

17  '127 patents you refer to experience in vaccines  13:12:12

18  and/or virology, molecular medicine and/or        13:12:15

19  infectious diseases.                              13:12:19

20      Do you see that?                              13:12:20

21    A   I see that.                                 13:12:20

22    Q   And you have experience in virology; is     13:12:21

23  that right?                                        13:12:27

24    A   That is correct.                            13:12:27

1    Q   You have experience in molecular medicine;          13:12:28

2    is that right?                                          13:12:31

3    A   Experience and an advanced degree.                  13:12:31

4    Q   And you have experience with infectious             13:12:33

5    diseases; is that right?                                13:12:35

6    A   That is correct.                                     13:12:35

7    Q   Do you have any personal experience in              13:12:36

8    making or developing vaccines?                          13:12:40

9    A   I do not have any direct personal                   13:12:43

10   experience in vaccine development.                      13:12:48

11   Q   Are you familiar --                                 13:12:50

12   A   Sorry, I was just going to go on, at the            13:12:58

13   basic science level, but I was very involved in         13:13:02

14   the clinical trials of vaccines and the                 13:13:05

15   development of the readiness cohort when the            13:13:09

16   vaccines were being rolled out for COVID.               13:13:13

17   Q   So let me just make sure I understand what          13:13:16

18   you just said.                                          13:13:19

19   A   Yeah, okay.                                          13:13:20

20   Q   So you don't have experience yourself              13:13:22

21   developing vaccines; is that right?                     13:13:24

22   A   That is -- that is correct.  I do not have          13:13:26

23   experience myself in the development, preclinical       13:13:31

24   development of mRNA vaccines.                            13:13:34

1   Q   And before the COVID-19 pandemic, did you          13:13:36

2   have any experience with vaccines?                     13:13:39

3   A   Prior to the COVID-19 epidemic, I had              13:13:41

4   extensive experience with vaccines.                    13:13:49

5   Q   What was the nature of that experience?            13:13:50

6   A   As an infectious disease specialist, I'm           13:13:52

7   required to administer, provide guidance, create       13:13:58

8   policies, select vaccine products for the              13:14:01

9   different seasons, really goes back 30 years' of       13:14:05

10  experience.                                            13:14:08

11  Q   So that's in the clinical context of               13:14:09

12  administering vaccines and deciding what vaccines      13:14:12

13  should be administered; is that right?                 13:14:16

14  A   Much of my experience in vaccines, almost          13:14:17

15  all of it prior to the COVID-19 vaccine was in the     13:14:20

16  clinical and educational arena.                        13:14:23

17  Q   So now focusing on the post COVID-19                13:14:25

18  pandemic, in that period, what was your role with      13:14:31

19  respect to vaccines?                                   13:14:35

20  A   So when the -- when the pandemic started,          13:14:36

21  I had several roles that impacted COVID vaccines.      13:14:41

22  Q   And what were those roles?                         13:14:46

23  A   So one role was I was the senior                   13:14:47

24  infectious disease fellow for UnitedHealth Group,      13:14:50

| | | |
|---|---|---|
| 1 | the largest healthcare company in the world, and I | 13:14:54 |
| 2 | was tasked with the educational activities around | 13:14:57 |
| 3 | mRNA technology regarding the assistance that we | 13:15:01 |
| 4 | might provide for vaccine development, both | 13:15:07 |
| 5 | financially and logistically. | 13:15:09 |
| 6 | Q  Any others? | 13:15:13 |
| 7 | A  Continuing in that role, I also helped | 13:15:14 |
| 8 | with logistics and ongoing education regarding the | 13:15:17 |
| 9 | vaccines from the point of being considered to the | 13:15:22 |
| 10 | point of the different phase trials and then even | 13:15:26 |
| 11 | in the post-EUA distribution. | 13:15:30 |
| 12 | Q  And by "EUA," you mean emergency use | 13:15:33 |
| 13 | authorization? | 13:15:37 |
| 14 | A  Yes, EUA meaning emergency use | 13:15:37 |
| 15 | authorization. | 13:15:40 |
| 16 | Q  And did you have any other roles in | 13:15:41 |
| 17 | vaccines after the beginning of the COVID-19 | 13:15:44 |
| 18 | pandemic? | 13:15:48 |
| 19 | A  I continued and continued to have ongoing | 13:15:49 |
| 20 | roles in vaccinology, including continuing to | 13:15:53 |
| 21 | serve at the national level with regard to ongoing | 13:16:00 |
| 22 | vaccine selections and also the very public | 13:16:03 |
| 23 | national level with ongoing education regarding | 13:16:06 |
| 24 | the vaccines. | 13:16:08 |

1    polypeptide, you have to have more than one amino              13:39:20

2    acid; is that right?                                          13:39:23

3        A   That is correct a polypeptide would have              13:39:24

4    more than one amino acid.                                     13:39:27

5        Q   And are all proteins polypeptides?                    13:39:29

6        A   All proteins are polypeptides.                        13:39:32

7        Q   Are all polypeptides proteins?                        13:39:36

8        A   Yes, all polypeptides are proteins.                   13:39:39

9        Q   Now, the body transcribed DNA into mRNA,              13:39:47

10   correct?                                                      13:39:54

11       A   So in a mammalian cell, DNA would be                  13:39:55

12   transcribed into mRNA.                                        13:39:59

13       Q   In the cytoplasm, a ribosome translates              13:40:01

14   the genetic code of the mRNA into a protein,                  13:40:08

15   correct?                                                      13:40:11

16       A   That is correct.                                      13:40:11

17       Q   The mRNA sequence itself is not replicated           13:40:13

18   in that processes, correct?                                   13:40:17

19       A   In that process, the RNA sequence is not             13:40:18

20   replicated.                                                   13:40:26

21       Q   The mRNA guides the translation of the               13:40:27

22   polypeptide it encodes, correct?                              13:40:29

23       A   That is correct.                                      13:40:33

24       Q   Now, you've offered an opinion on how a               13:40:34

1  enzymatic activity, and what makes something a                    13:44:31

2  messenger RNA is that it's actually serving as a                  13:44:35

3  template for protein synthesis.                                   13:44:38

4       Q  Would a person of ordinary skill in the                  13:44:40

5  art need that additional language after the i.e.,                 13:44:43

6  in order to understand the meaning of mRNA?                       13:44:49

7            MR. PARK:  Objection.  Outside the scope.               13:44:52

8       A  I think a -- speaking from the perspective                13:44:54

9  of or speaking to the perspective of a POSA, I                    13:45:03

10  think that they would understand that the term                   13:45:07

11  "messenger ribonucleic acid" is referring to                     13:45:10

12  ribonucleic acid with a specific function.  That                 13:45:14

13  function being messenger as opposed to silencing                 13:45:17

14  RNA as opposed to some other function, messenger                 13:45:22

15  ribonucleic acid might have other functions, but                 13:45:27

16  what makes it messenger RNA, what defines it as                  13:45:29

17  RNA is acting as a template for protein synthesis.               13:45:33

18       Q  So defendants' proposed construction                    13:45:37

19  incorporates a functional description; is that                   13:45:40

20  correct?                                                         13:45:46

21       A  The plaintiffs' proposed construction                   13:45:46

22  actually introduces a subjective aspect to the                   13:45:50

23  definition.                                                      13:45:55

24       Q  I just want you to focus on my question                 13:45:56

| | |
|---|---|
| 1 | A   That is correct. | 13:49:41 |
| 2 | Q   Is that publication, Collins 2005 the | 13:49:43 |
| 3 | source of the term "template" in your -- in the | 13:49:48 |
| 4 | defendants' proposed construction? | 13:49:53 |
| 5 | A   I don't know if it's the source of their | 13:49:58 |
| 6 | construction. | 13:50:00 |
| 7 | Q   The defendants', meaning your side of the | 13:50:01 |
| 8 | case? | 13:50:05 |
| 9 | A   So this reference is a nice example of the | 13:50:07 |
| 10 | use of that terminology. | 13:50:13 |
| 11 | Q   Now, there is nothing else in your | 13:50:17 |
| 12 | declaration, aside from Collins 2005 that you cite | 13:50:23 |
| 13 | in support of the language template for protein | 13:50:28 |
| 14 | synthesis, right? | 13:50:33 |
| 15 | A   Well, I don't cite it.  When I use the | 13:50:34 |
| 16 | word "template," I was reviewing the patents, | 13:50:41 |
| 17 | where template is used to refer to DNA template | 13:50:44 |
| 18 | and also a section where there is the reference to | 13:50:47 |
| 19 | RNA template.  So it seemed consistent with my | 13:50:49 |
| 20 | understanding and consistent with the patent | 13:50:52 |
| 21 | language. | 13:50:54 |
| 22 | Q   So is it your testimony that the patent | 13:50:55 |
| 23 | refers to RNA acting as a template for protein | 13:51:01 |
| 24 | synthesis? | 13:51:08 |

1    A   There is a point in one of the patents          13:51:10

2   where I recall seeing the terminology RNA and        13:51:13

3   template used.                                       13:51:16

4    Q   So let's look at the '574 patent again,         13:51:20

5   that's Exhibit 2, which should be in the pile to     13:51:24

6   your left, it's a thinner document.                  13:51:26

7    A   Yes.                                            13:51:29

8    Q   And I want to turn to paragraph -- I'm          13:51:30

9   sorry, column 85, the columns as you may know are    13:51:39

10   at the top.  Left- and right-hand sides of the      13:51:44

11   document.  This is Bates No. 4632, if that's        13:51:51

12   helpful.                                            13:51:56

13        And I want to direct your attention to         13:51:57

14   example 33 toward the bottom of column 85.  Do you  13:51:59

15   see that?                                           13:52:03

16    A   Is this the sentence "modified mRNA"?          13:52:03

17    Q   Yeah.                                          13:52:09

18    A   Yes.                                           13:52:11

19    Q   So the language says example 33,               13:52:11

20   "Synthesis of modified mRNA."                       13:52:13

21        Do you see that in the '574 patent?            13:52:17

22    A   I see that.                                    13:52:20

23    Q   Now, the first line under the heading          13:52:21

24   example 33 says, "Modified mRNA is generated from   13:52:24

| | | |
|---|---|---|
| 1 | A  I do see that. | 14:04:19 |
| 2 | Q  You do not explain anywhere in your | 14:04:22 |
| 3 | declaration what is unnecessarily complex about | 14:04:24 |
| 4 | plaintiffs' proposed construction, correct? | 14:04:27 |
| 5 | A  No. | 14:04:29 |
| 6 | Q  What -- | 14:04:34 |
| 7 | A  Well, I guess I should clarify the "no." | 14:04:35 |
| 8 | I do explain. | 14:04:37 |
| 9 | Q  Okay.  Where do you explain what is | 14:04:39 |
| 10 | unnecessarily complex? | 14:04:41 |
| 11 | A  In -- in the following sentence, I explain | 14:04:42 |
| 12 | that mRNA refers to a molecule that encodes all | 14:04:46 |
| 13 | different forms of proteins and that it's not | 14:04:50 |
| 14 | limited to a polypeptide of interest. | 14:04:53 |
| 15 | Q  And aside from that, what you just read, | 14:04:57 |
| 16 | is there any other reason the plaintiffs' proposed | 14:05:01 |
| 17 | construction is unnecessarily complex, in your | 14:05:04 |
| 18 | opinion? | 14:05:07 |
| 19 | A  I think this is an accurate communication | 14:05:07 |
| 20 | of the concern I have with the construction.  I | 14:05:31 |
| 21 | see in the construction here that this subjective | 14:05:38 |
| 22 | concept of a polypeptide of interest is | 14:05:42 |
| 23 | introduced, and a polypeptide, whether it's of | 14:05:47 |
| 24 | interest to me or who it's of interest to, would | 14:05:51 |

1    not cease to make something mRNA.  I looked          14:05:55

2    through the patent trying to understand what was     14:06:00

3    meant by polypeptide of interest, beyond the         14:06:02

4    subjective component, and was only able to find a    14:06:07

5    section where it's referred to as those              14:06:11

6    polypeptides encoded by the mammalian genome.        14:06:16

7        Q  So is it fair to say that your criticism      14:06:20

8    of the plaintiffs' proposed construction focuses     14:06:27

9    on the use of the words "of interest "in that        14:06:31

10   proposed construction?                               14:06:36

11       A  My issue is with the limitation of            14:06:41

12   messenger RNA to only those messenger RNAs that      14:06:46

13   encode polypeptides of interest.                     14:06:52

14       Q  So if the words "of interest" were removed    14:06:53

15   from the plaintiffs' proposed construction where     14:06:56

16   they appear and they appear twice, do you see        14:06:59

17   that?                                                14:07:01

18       A  I do see that they appear twice.              14:07:01

19       Q  If the words "of interest" were removed in    14:07:03

20   each of the two places in which they appear, would   14:07:06

21   you agree with the plaintiffs' proposed              14:07:08

22   construction?                                        14:07:11

23       MR. PARK:  Objection to form, and outside        14:07:11

24   the scope.                                           14:07:14

1    A  It would be ideal to see a revised          14:07:17

2  proposed construction and then review whether or  14:07:21

3  not I was comfortable with that.                  14:07:24

4    Q  But the part you have a concern about is    14:07:25

5  the "of interest" language, correct?             14:07:28

6    A  I'm only now sort of focusing on the word   14:07:31

7  "encodes," but I would have to think a bit more  14:07:45

8  once it was put together as a new construction if 14:07:48

9  it was something I was comfortable with.          14:07:51

10   Q  Putting aside the plaintiffs' proposed      14:07:52

11  construction, do you agree that mRNA encodes a    14:07:55

12  protein?                                          14:07:59

13   A  I think it's much clearer and more          14:08:02

14  accurate to say that the RNA acts as a template.  14:08:10

15  The term, encodes suggests a different function   14:08:13

16  for the mRNA other than the template.             14:08:20

17   Q  Can you explain that?  I'm not sure I       14:08:23

18  understood that answer.                           14:08:27

19   A  mRNA acts as the template.  It's actually   14:08:28

20  the ribosomes that are producing the polypeptide. 14:08:34

21   Q  Are ribosomes polynucleotides?              14:08:43

22   A  Ribosomes -- ribosomes are enzymatic RNA,   14:08:49

23  as opposed to messenger RNA.  So while messenger  14:09:04

24  RNA serves as a template for protein synthesis,   14:09:09

1  ribosomal RNA is enzymatic RNA and actually uses          14:09:16

2  the template to produce the polypeptides of                14:09:23

3  interest.                                                  14:09:26

4      Q  So --                                               14:09:26

5      A  Or any peptides that you're not interested          14:09:27

6  in.                                                        14:09:30

7      Q  And we'll come back to "interest," but I            14:09:30

8  want to focus on this "encodes" question first.  I         14:09:33

9  just want to make sure.  I think I understand your         14:09:36

10  point, but I want to make sure I do.                      14:09:38

11      So is your concern about "encodes," that              14:09:40

12  you believe that the mRNA doesn't encode the              14:09:46

13  polypeptide, the mRNA creates a template for the          14:09:51

14  ribosome that encodes the polypeptide?                    14:09:56

15      MR. PARK:  Objection to form.                         14:09:58

16      Q  And if that's not right, feel free to              14:10:00

17  clarify.                                                  14:10:03

18      A  Yeah, the mRNA serves as the template or           14:10:04

19  the blueprint, and it's the ribosome that's going         14:10:09

20  to actually take that blueprint and produce the           14:10:13

21  polypeptide.                                              14:10:15

22      Q  Okay.  Now, we were looking at the third           14:10:17

23  sentence of paragraph 34 of your declaration, and         14:10:22

24  we talked about the words "unnecessarily complex."        14:10:26

| | | |
|---|---|---|
| 1 | instead are used in research such as measuring | 14:20:08 |
| 2 | expression of other proteins. | 14:20:11 |
| 3 | Did I read that correctly? | 14:20:14 |
| 4 | A  You did. | 14:20:16 |
| 5 | Q  Is it your opinion that in order to be a | 14:20:17 |
| 6 | polypeptide of interest within the scope of the | 14:20:21 |
| 7 | '574 patent, a polypeptide must have therapeutic | 14:20:25 |
| 8 | value? | 14:20:29 |
| 9 | A  The only place where I could find any | 14:20:31 |
| 10 | clarification of what was meant by polypeptide of | 14:20:37 |
| 11 | interest was where it refers to those produced | 14:20:40 |
| 12 | within the mammalian genome. | 14:20:45 |
| 13 | Q  Where are you referring to? | 14:20:48 |
| 14 | A  I'm going to have to find that. | 14:20:49 |
| 15 | Q  Is that anywhere in your declaration? | 14:20:51 |
| 16 | A  I will find it. | 14:20:54 |
| 17 | Q  But let me ask the question first.  Did | 14:20:57 |
| 18 | you describe what you just indicated, that | 14:21:02 |
| 19 | language, did you identify that in your | 14:21:04 |
| 20 | declaration anywhere? | 14:21:05 |
| 21 | A  When I was preparing my declaration and | 14:21:06 |
| 22 | reviewing the patents as outlined in Exhibit F, I | 14:21:10 |
| 23 | did come across that one use of the term | 14:21:14 |
| 24 | "polypeptide of interest." | 14:21:16 |

1    Q  And we'll come back to that, but my          14:21:18

2    question is:  Did you identify that use of the    14:21:21

3    term in your declaration anywhere?                14:21:22

4    A  I did not.                                    14:21:26

5    Q  So feel free to look at the patent and let   14:21:27

6    me know what language you have in mind.          14:21:29

7    A  Okay.  So here column 5.                      14:21:31

8    Q  Column 5?                                      14:22:24

9    A  So we're at 574, column 5.                    14:22:26

10   Q  We are in Exhibit 2, just for the record.    14:22:30

11   A  Oh, sorry.  Exhibit 2, column 5.  I'll       14:22:32

12   give everyone a chance to get there.             14:22:38

13   Q  Okay.                                          14:22:40

14   A  And now I'm starting at line 41, and here    14:22:43

15   they say -- it's actually 42 -- "generally, the  14:22:47

16   polypeptides of interest are those which are     14:22:50

17   naturally occurring in the mammalian genome."    14:22:52

18   Q  So, and again, that language isn't cited     14:22:58

19   anywhere in your declaration, correct?           14:23:01

20   A  That is correct.                              14:23:03

21   Q  And is it that sentence from the '574        14:23:03

22   patent you're relying on to support the opinion  14:23:06

23   that a polypeptide of interest must have         14:23:09

24   therapeutic value?                               14:23:11

1      Q  If the context the '574 patent claims, a        14:26:21

2  POSA would program the mRNA to synthesize a          14:26:24

3  desired protein, correct?                            14:26:28

4      MR. PARK:  Same objection.                        14:26:36

5      A  Yeah, I'm still not getting that the POSA       14:26:37

6  would be -- yeah, can you ask again.  I'm sorry.      14:26:39

7      Q  Sure.  I can ask it a different way if          14:26:42

8  it's confusing.                                       14:26:45

9      The nature of the claims the '574 patent           14:26:46

10  relates to using mRNA to make proteins, right?       14:26:50

11      A  It is describing a method of producing a       14:26:58

12  polypeptide of interest using modified mRNA.         14:27:03

13      Q  And the polypeptide of interest is the         14:27:08

14  polypeptide one is seeking to make using the mRNA,   14:27:10

15  correct?                                             14:27:22

16      A  I need that one more time.                     14:27:22

17      Q  Let me go back.  The polypeptide of            14:27:25

18  interest, as referred to in the claims, is the       14:27:27

19  protein that one is seeking to make using mRNA,      14:27:31

20  correct?                                             14:27:36

21      A  So this is where it's not clear what's         14:27:36

22  meant by polypeptide of interest.  I have the area   14:27:41

23  we referred to, are we talking about something       14:27:45

24  that's produced within a mammalian genome or are     14:27:47

| | | |
|---|---|---|
| 1 | we talking about something that a particular | 14:27:52 |
| 2 | person is interested in making? | 14:27:54 |
| 3 |    Q  Let's assume it's the latter, if someone | 14:27:56 |
| 4 | is interested in making a protein using mRNA, that | 14:28:01 |
| 5 | protein would be a protein of interest, correct? | 14:28:07 |
| 6 |      MR. PARK:  Objection to form. | 14:28:14 |
| 7 |    A  Yeah, I'm not sure I'm getting that. | 14:28:18 |
| 8 | Yeah, ask again though, I'm sorry, I'm just not -- | 14:28:21 |
| 9 |    Q  That's okay.  You gave me sort of two | 14:28:25 |
| 10 | options when you were talking about polypeptides | 14:28:28 |
| 11 | of interest.  You said, "It's not clear whether | 14:28:31 |
| 12 | we're talking about something that's produced | 14:28:33 |
| 13 | within a mammalian genome or are we talking about | 14:28:35 |
| 14 | something that a particular person is interested | 14:28:39 |
| 15 | in making?" | 14:28:41 |
| 16 |      Do you recall giving that answer? | 14:28:43 |
| 17 |    A  I do.  I do. | 14:28:44 |
| 18 |    Q  So focusing on that second part of your | 14:28:45 |
| 19 | answer, a -- making a protein that a particular | 14:28:48 |
| 20 | person is interested in making. | 14:28:51 |
| 21 |    A  Yeah, if it's a polypeptide someone is | 14:28:55 |
| 22 | interested in, that's one interpretation of a | 14:28:58 |
| 23 | polypeptide of interest. | 14:29:00 |
| 24 |    Q  And then the second interpretation you | 14:29:01 |

1  gave was something in the mammalian genome; is        14:29:04

2  that right?                                            14:29:09

3      A   In the patent there is this section where      14:29:09

4  they say, generally, that polypeptides of interest    14:29:12

5  are those which are naturally occurring in the        14:29:16

6  mammalian genome.                                     14:29:19

7      Q   And that's the language that you              14:29:20

8  identified earlier, but you did not include in        14:29:21

9  your declaration, correct?                            14:29:24

10     A   That is correct.                              14:29:25

11     Q   And are you relying on that language, that    14:29:26

12 sentence you just read from column five of the        14:29:30

13 '574 patent to suggest that there's a requirement     14:29:35

14 in Claim 1 that the polypeptide of interest be        14:29:41

15 naturally occurring in the mammalian genome?          14:29:45

16     A   It's --                                       14:29:51

17         MR. PARK:  Objection to form.                 14:29:53

18     A   It's not clear to me when I read the          14:29:56

19 plaintiffs' proposed construction what polypeptide    14:29:59

20 of interest means.  So I'm only getting direction     14:30:04

21 from what I see in the patent and trying to           14:30:09

22 understand who might be interested.                   14:30:13

23     Q   And again, looking at plaintiffs' proposed    14:30:16

24 construction on Page 11.                              14:30:19

1    constructions are substantially the same?                    14:34:31

2        A   I would agree with that.                             14:34:34

3        Q   So your only disagreement with the                   14:34:38

4    plaintiffs' proposed construction is that you                14:34:44

5    believe the term "as of October 21, 2016," should            14:34:46

6    be included at the beginning of the construction,            14:34:50

7    correct?                                                     14:34:53

8        MR. PARK:   Objection to form.                           14:34:55

9        A   I believe it's critical for a POSA to have           14:34:58

10   a fixed point in time in understanding of                    14:35:07

11   betacoronavirus.                                             14:35:15

12       And I'll explain.   The term                             14:35:17

13   "betacoronavirus" is not a definition, but really            14:35:20

14   a grouping.   And so as we outline here and as we            14:35:23

15   go on to outline, there are certain viruses that             14:35:28

16   use positive RNA as their genome, there are                  14:35:32

17   certain viruses that have envelopes, but which               14:35:36

18   viruses are grouped as betacoronavirus, what it              14:35:41

19   means to be a betacoronavirus changes over time.             14:35:45

20       In 2016, there was a certain criteria                    14:35:49

21   being applied to put a betacoronavirus -- put a              14:35:51

22   virus in the betacoronavirus group.   That changed           14:35:58

23   in 2018.   There was actually even a fifth lineage           14:36:01

24   that's been introduced since then.   So the term             14:36:06

1    "betacoronavirus" without a fixed point in time is         14:36:08

2    not something that has meaning.                            14:36:12

3         MS. WIGMORE:  I'll object and move to                 14:36:15

4    strike that entire answer as nonresponsive.                14:36:17

5         Q   We will come to those issues, Dr. Griffin,        14:36:20

6    but my question was much more simple.                      14:36:23

7         My question was:  Is the only criticism               14:36:25

8    that you have of the plaintiffs' proposed                  14:36:28

9    construction of betacoronavirus that it does not           14:36:32

10   contain the words "as of October 21, 2016"?               14:36:36

11        A   So my -- my issue is fixing this date             14:36:41

12   October 21, 2016.                                          14:36:46

13        Q   Okay.  And we'll now get into the reasons         14:36:47

14   for that opinion.                                          14:36:50

15        Now, do you agree the term                            14:36:56

16   "betacoronavirus" is commonly understood in the           14:37:01

17   field?                                                     14:37:03

18        A   I believe that a POSA would have an               14:37:08

19   understanding of the term "betacoronavirus."              14:37:12

20        Q   A POSA would understand the term                  14:37:15

21   "betacoronavirus" without having to look it up,           14:37:20

22   correct?                                                   14:37:22

23        A   A person would have a general                     14:37:22

24   understanding of the term "betacoronavirus," but          14:37:33

| | | |
|---|---|---|
| 1 | any sort of deeper understanding would require | 14:37:38 |
| 2 | going to some references. | 14:37:42 |
| 3 | Q  Betacoronaviruses are a genus of viruses, | 14:37:44 |
| 4 | correct? | 14:37:49 |
| 5 | A  That is correct. | 14:37:49 |
| 6 | Q  The genus of betacoronaviruses includes | 14:37:50 |
| 7 | OC43, correct? | 14:37:57 |
| 8 | A  That is correct. | 14:38:06 |
| 9 | Q  The genus of betacoronaviruses includes | 14:38:06 |
| 10 | HKU1, correct? | 14:38:10 |
| 11 | A  That is correct. | 14:38:17 |
| 12 | Q  The genus of betacoronaviruses includes | 14:38:18 |
| 13 | MERS-CoV or COV, however you choose to pronounce, | 14:38:25 |
| 14 | it, correct? | 14:38:31 |
| 15 | A  So all the correct are here as of 2023 and | 14:38:31 |
| 16 | today's date, yes. | 14:38:35 |
| 17 | Q  And the genus of betacoronaviruses | 14:38:37 |
| 18 | includes SARS-CoV, correct? | 14:38:41 |
| 19 | A  So the genus betacoronavirus, as of | 14:38:46 |
| 20 | June 2023 includes SARS-CoV. | 14:38:50 |
| 21 | Q  So if you could refer to paragraph 52 of | 14:38:56 |
| 22 | your declaration, Exhibit 1, it says: | 14:38:59 |
| 23 | "Accordingly, a POSA as of the time of the | 14:39:14 |
| 24 | asserted inventions of the '600 and '127 patents | 14:39:16 |

1    betacoronaviruses is limited to a specific time          14:44:31

2    period, correct?                                          14:44:35

3         MR. PARK:  Objection to form.                        14:44:36

4    A  If you could ask that again?  I'm sorry.               14:44:42

5    Q  Sure.                                                  14:44:45

6    A  Distracting.                                           14:44:45

7    Q  The specification of the '600 and '127                 14:44:46

8    patents does not state explicitly that the genus          14:44:49

9    of betacoronaviruses is limited to a specific time        14:44:53

10   period, correct?                                          14:44:58

11   A  The term "betacoronavirus" would be                    14:44:59

12   understood by a POSA with knowledge of taxonomy to        14:45:02

13   be contingent on the specific date with which             14:45:08

14   someone is using the term "betacoronavirus."              14:45:10

15   Q  I understand that's your opinion, but my               14:45:13

16   question is, does the specification say explicitly        14:45:16

17   that the genus of betacoronaviruses is limited to         14:45:19

18   a specific time period?                                   14:45:23

19   A  I do not recall any specific mention of                14:45:25

20   that.                                                     14:45:31

21   Q  So let's look now the '600 patent, which               14:45:33

22   is Exhibit 3.                                             14:45:40

23        MR. PARK:  Counsel, if you're going to               14:45:46

24   move on to a new line of questioning --                   14:45:47

| | | |
|---|---|---|
| 1 | THE WITNESS:  Take a little break? | 14:45:50 |
| 2 | MS. WIGMORE:  We can take a break now if | 14:45:52 |
| 3 | that would be helpful. | 14:45:54 |
| 4 | THE VIDEOGRAPHER:  We are going off the | 14:45:56 |
| 5 | record.  The time is 2:45 p.m. | 14:45:57 |
| 6 | (Recess.) | 14:46:00 |
| 7 | THE VIDEOGRAPHER:  We're going back on the | 15:10:57 |
| 8 | record.  The time is 3:11 p.m. | 15:11:10 |
| 9 | BY MS. WIGMORE: | 15:11:12 |
| 10 | Q  Dr. Griffin, your counsel indicated on the | 15:11:12 |
| 11 | break that you might want to make a statement or | 15:11:15 |
| 12 | amendment to something you testified about before; | 15:11:18 |
| 13 | is that right? | 15:11:22 |
| 14 | A  Oh, I was asked about if I had reviewed | 15:11:22 |
| 15 | any documents after the declaration, and after -- | 15:11:24 |
| 16 | well, I did review Dr. Ho's declaration, and after | 15:11:28 |
| 17 | reviewing Dr. Ho's declaration, I had requested | 15:11:31 |
| 18 | that they show me any relevant prosecution history | 15:11:34 |
| 19 | to look at. | 15:11:37 |
| 20 | Q  So you testified previously that you had | 15:11:38 |
| 21 | not reviewed the prosecution history in forming | 15:11:41 |
| 22 | your opinions in your declaration, that's correct, | 15:11:44 |
| 23 | right? | 15:11:47 |
| 24 | A  That is correct, I had not seen the | 15:11:47 |

1   prosecution history until actually earlier this        15:11:49

2   week.                                                   15:11:51

3       Q   And you're not relying on the prosecution      15:11:52

4   history in support of your claim construction          15:11:55

5   opinions, correct?                                     15:11:57

6       A   That is correct.  I am not relying on the      15:11:58

7   prosecution history.                                   15:12:01

8       Q   And have any of your opinions changed in       15:12:01

9   view of the your review of the documents you just      15:12:05

10  mentioned?                                             15:12:08

11      A   None of my opinions changed after review       15:12:10

12  of those documents.                                    15:12:12

13      Q   And did you speak with your counsel about      15:12:13

14  this issue during the break?                           15:12:15

15      A   Yes.                                           15:12:17

16      Q   Did you speak with counsel about any other     15:12:19

17  aspects of your testimony during the break?            15:12:21

18      A   I did not.                                      15:12:24

19      Q   And does that answer apply to all of the       15:12:25

20  breaks we've had so far today?                         15:12:28

21      A   That answer applies to all the breaks.         15:12:30

22  Apparently, I've talked about sailing and they         15:12:32

23  know nothing about sailing, so it was gibberish to     15:12:35

24  them.                                                  15:12:38

1    Q  Well, after the deposition is over I'm          15:12:38

2  more than happy to talk to you about sailing,         15:12:42

3  being a sailor myself.                                15:12:44

4    A  Okay.                                            15:12:44

5    Q  We were talking about the term                   15:12:46

6  "betacoronavirus" before the break, and I think I     15:12:47

7  just asked you to refer back the '600 patent,         15:12:52

8  which is Exhibit 3.  And just, you know, as a         15:12:56

9  reminder that the specification of the '600 patent    15:13:01

10  is essentially the same as that for the '127         15:13:03

11  patent.                                              15:13:06

12      Do you recall that?                              15:13:08

13    A  That is -- that is correct.                     15:13:08

14    Q  So we'll use the '600 patent                    15:13:11

15  specification.  If at any point you want to look     15:13:14

16  at the '127, you're welcome to, but we'll use them   15:13:17

17  for purposes of discussing this term.                15:13:20

18      Is that okay?                                    15:13:22

19    A  That is great.                                  15:13:23

20    Q  Okay.  So within Exhibit 3, I'd like to         15:13:25

21  refer you to column seven.  This one is a little     15:13:29

22  bulky, so it might take a while to page through.     15:13:36

23  And let me know when you get to column seven.  And   15:13:47

24  I want to focus your attention on line 52.  The      15:13:50

1    sentence beginning, "Some embodiments."          15:13:59

2         Do you see that?                            15:14:03

3    A  I see that.                                   15:14:03

4    Q  And the next line refers to                  15:14:04

5    betacoronavirus vaccines.                        15:14:10

6         Do you see that?                            15:14:13

7    A  I see that.                                   15:14:14

8    Q  And if we turn to -- that sentence           15:14:19

9    contains a number of examples of betacoronaviruses   15:14:28

10   in parenthetical, correct?                       15:14:32

11   A  Sort of.                                      15:14:35

12   Q  And it includes --                            15:14:36

13   A  It includes some betacoronaviruses, but      15:14:37

14   there also are some alphacoronaviruses thrown in  15:14:41

15   there.                                           15:14:44

16   Q  And which are the alphas?                     15:14:44

17   A  So the NL63 and the NL -- I believe the NH   15:14:46

18   is also an alpha.  Yeah.                          15:14:51

19   Q  But you agree that MERS-CoV, SARS-CoV?       15:14:54

20   A  Yeah, as of 2016 and --                       15:14:59

21   Q  Sorry.  I just need to let you --             15:15:00

22   A  Oh, sorry.                                    15:15:01

23   Q  -- finish my question.                        15:15:02

24        MR. PARK:  Dr. Griffin, please give         15:15:03

| | | |
|---|---|---|
| 1 | counsel a second. | 15:15:05 |
| 2 | THE WITNESS:  Talking about coronavirus, I | 15:15:08 |
| 3 | got excited, I apologize. | 15:15:09 |
| 4 | MR. PARK:  But please give her a second to | 15:15:10 |
| 5 | finish her question before you start responding. | 15:15:12 |
| 6 | MS. WIGMORE:  Okay. | 15:15:15 |
| 7 | BY MS. WIGMORE: | 15:15:16 |
| 8 | Q  So let me just back up so we are all in | 15:15:16 |
| 9 | the same place.  We're talking about column seven | 15:15:19 |
| 10 | of the '600 patent, the sentence beginning at | 15:15:21 |
| 11 | line 52.  And the first part of that sentence | 15:15:26 |
| 12 | says, "Some embodiments of the pressure disclosure | 15:15:30 |
| 13 | provide betacoronavirus," and then there is a | 15:15:33 |
| 14 | parenthetical with an e.g., and several items | 15:15:36 |
| 15 | listed or a combination thereof, "vaccines that | 15:15:40 |
| 16 | include at least one RNA, e.g., mRNA | 15:15:44 |
| 17 | polynucleotide having an open reading frame, | 15:15:48 |
| 18 | encoding at least one betacoronavirus."  And then | 15:15:51 |
| 19 | there is another list of examples. | 15:15:54 |
| 20 | Do you see that? | 15:15:58 |
| 21 | Do you have that language in mind? | 15:15:59 |
| 22 | A  I do. | 15:16:02 |
| 23 | Q  And we were looking at the first e.g. | 15:16:03 |
| 24 | parenthetical, and you had pointed out that some | 15:16:06 |

| | | |
|---|---|---|
| 1 | of the viruses in that list are, in fact, | 15:16:09 |
| 2 | alphacoronaviruses. | 15:16:14 |
| 3 | Was that your testimony? | 15:16:14 |
| 4 | A  So some of the viruses listed here as | 15:16:15 |
| 5 | betacoronaviruses are currently, in 2023, | 15:16:21 |
| 6 | classified as alphacoronaviruses. | 15:16:24 |
| 7 | Q  Which ones? | 15:16:29 |
| 8 | A  So the NL63, the NL, and I think the NH is | 15:16:30 |
| 9 | also an alphacoronavirus. | 15:16:38 |
| 10 | Q  And was it also true that those were | 15:16:42 |
| 11 | alphacoronaviruses as of October 2016? | 15:16:46 |
| 12 | A  I did look into that, and yes, they were | 15:16:48 |
| 13 | classified as alphacoronaviruses in 2016. | 15:16:51 |
| 14 | Q  So a person of skill in the art reading | 15:16:55 |
| 15 | this patent would have understood at the time that | 15:16:57 |
| 16 | those three you mentioned were alphacoronaviruses, | 15:17:00 |
| 17 | not betacoronaviruses; is that right? | 15:17:05 |
| 18 | MR. PARK:  Objection to form.  Outside the | 15:17:06 |
| 19 | scope. | 15:17:11 |
| 20 | A  So reading this in 2016, it would have | 15:17:11 |
| 21 | been a little confusing that they refer to | 15:17:25 |
| 22 | betacoronaviruses and then they list several | 15:17:28 |
| 23 | alphacoronaviruses. | 15:17:31 |
| 24 | Q  Understood, but putting aside this | 15:17:31 |

1      A   Can you ask that again?                          15:25:07

2      Q   Yeah, let me ask it a different way.             15:25:12

3      A   Yeah.                                            15:25:15

4      Q   Your opinion is that the term                    15:25:16

5    "betacoronavirus" in the '600 patent should be         15:25:18

6    coextensive with viruses known as of October 21 of     15:25:20

7    2016, correct?                                         15:25:24

8      A   I think that the definition of                   15:25:27

9    betacoronavirus needs to be fixed at a point in        15:25:35

10   time, and fixed based upon the known viruses at        15:25:39

11   that point in time.                                    15:25:48

12     Q   But you agree that the patentee in the           15:25:48

13   specification said that the disclosure is not          15:25:52

14   limited by a particular strain of either SARS,         15:25:54

15   CoV, or MERS-CoV, correct?                             15:25:58

16     A   That is correct.                                 15:26:01

17     Q   You agree that the patentee never made any       15:26:02

18   statements expressly limiting the definition of        15:26:12

19   betacoronavirus to viruses known as of a certain       15:26:17

20   period of time?                                        15:26:21

21         MR. PARK:  Objection to form.                    15:26:25

22     A   Yeah, the term "betacoronavirus" is              15:26:27

23   implicitly connected to a point in time because        15:26:33

24   it's not a definition as much as a grouping based      15:26:36

| | | |
|---|---|---|
| 1 | upon the point in time, the criteria that apply at | 15:26:40 |
| 2 | that point in time, the known viruses, the agreed | 15:26:45 |
| 3 | upon homology between the known viruses.  So by | 15:26:48 |
| 4 | using the term "betacoronavirus," a POSA would | 15:26:53 |
| 5 | understand that we were speaking about a specific | 15:26:56 |
| 6 | point in time and that was based upon known | 15:26:58 |
| 7 | viruses at the time. | 15:27:02 |
| 8 | MS. WIGMORE:  I'll object and move to | 15:27:03 |
| 9 | strike the entire answer as nonresponsive and ask | 15:27:04 |
| 10 | my question again. | 15:27:07 |
| 11 | Q  The patentee never made any statements | 15:27:08 |
| 12 | expressly limiting the definition of | 15:27:15 |
| 13 | betacoronavirus to viruses known as of a certain | 15:27:19 |
| 14 | period of time, correct? | 15:27:24 |
| 15 | MR. PARK:  Objection.  Asked and answered. | 15:27:25 |
| 16 | A  The term "betacoronavirus" as a grouping | 15:27:26 |
| 17 | requires that one look at a particular point in | 15:27:38 |
| 18 | time and the working group's criteria for | 15:27:41 |
| 19 | classifying those viruses. | 15:27:45 |
| 20 | MS. WIGMORE:  Object and move to strike as | 15:27:48 |
| 21 | nonresponsive. | 15:27:49 |
| 22 | Q  I'm asking you specifically about | 15:27:50 |
| 23 | statements made by the patentee.  Do you have that | 15:27:52 |
| 24 | in mind? | 15:27:55 |

| | | |
|---|---|---|
| 1 | A  I have that in mind. | 15:27:57 |
| 2 | Q  Is there any express statement by the | 15:27:58 |
| 3 | patentee in this specification or anywhere else | 15:28:01 |
| 4 | that says, We are limiting the term | 15:28:06 |
| 5 | betacoronavirus to viruses that exist as of a | 15:28:09 |
| 6 | certain period of time?  Yes or no? | 15:28:13 |
| 7 | MR. PARK:  First of all, I'll object.  I | 15:28:16 |
| 8 | object to the tone that you're using with the | 15:28:20 |
| 9 | witness right now, which seems pretty aggressive, | 15:28:22 |
| 10 | and I'll also object to the question being asked | 15:28:25 |
| 11 | and answered right now three times. | 15:28:29 |
| 12 | MS. WIGMORE:  It has not been answered, | 15:28:30 |
| 13 | unless I ask it again. | 15:28:32 |
| 14 | MR. PARK:  We can certainly agree to | 15:28:33 |
| 15 | disagree on that one, Ms. Wigmore. | 15:28:35 |
| 16 | A  Can you ask it a different way? | 15:28:39 |
| 17 | Q  I'm going to ask the question the way I | 15:28:41 |
| 18 | asked it.  If there is something you don't | 15:28:43 |
| 19 | understand about it, you can let me know, but it's | 15:28:45 |
| 20 | pretty clear. | 15:28:48 |
| 21 | I'm asking you whether the patentee of the | 15:28:49 |
| 22 | '600 and '127 patents expressly stated anywhere in | 15:28:52 |
| 23 | the patent that the term "betacoronavirus" was | 15:28:58 |
| 24 | limited to viruses known as of a certain date; yes | 15:29:03 |

1   or no?                                              15:29:10

2       MR. PARK:  Again, same objections.  And         15:29:10

3   I'll also object to Ms. Wigmore's statement that,   15:29:12

4   "I think it's pretty clear."                        15:29:17

5       MS. WIGMORE:  I'm happy to rephrase the         15:29:20

6   question without that.  So I will do so.            15:29:22

7   BY MS. WIGMORE:                                     15:29:24

8       Q  Did the patentee of the '600 and '127        15:29:24

9   patents expressly state anywhere in the patent      15:29:29

10  that the term "betacoronavirus" was limited to      15:29:33

11  viruses known as of a certain date?  Yes or no?     15:29:37

12      MR. PARK:  Same objections.                     15:29:42

13      A  The term betacoronavirus as a grouping,      15:29:43

14  not as a definition, intrinsically contained a      15:29:51

15  reference to a specific time.                       15:29:56

16      Q  I understand that's your opinion, but I'm    15:29:57

17  asking about statements by the patentee.            15:29:59

18      Do you have that in mind?                       15:30:01

19      A  I have that in mind.                         15:30:02

20      Q  Can you identify any statement by the        15:30:03

21  patentee, anywhere in these two patents, that       15:30:06

22  expressly says, We are limiting the term            15:30:10

23  betacoronaviruses to viruses that exist as of       15:30:13

24  October 21, 2016?                                   15:30:19

1      MR. PARK:  Objection to the question as          15:30:21

2  compound.                                            15:30:23

3      A  So the term "betacoronavirus" is             15:30:29

4  specifically linked to a point in time.  Without     15:30:36

5  that point in time, the term "betacoronavirus"       15:30:40

6  lacks any meaning, so every time they use            15:30:44

7  betacoronavirus in this application, a person of      15:30:47

8  skill, of ordinary skill in the art would know       15:30:50

9  that they were speaking about betacoronavirus as      15:30:53

10  that term is used at a particular time.              15:30:55

11      MS. WIGMORE:  I object and move to strike        15:30:58

12  as nonresponsive.                                    15:30:59

13      Q  Show me where in this patent the patentee     15:31:01

14  says the term "betacoronavirus" is limited to        15:31:04

15  viruses that exist as of October 21, 2016?           15:31:08

16      A  Was that a question?                          15:31:11

17      Q  Yes.                                          15:31:19

18      A  If you could ask again, please.              15:31:20

19      Q  Please identify by column and line number     15:31:23

20  where in either of the '600 or '127 patents, which   15:31:25

21  share the same specification, the patentee           15:31:29

22  expressly limited the term "betacoronavirus" to      15:31:32

23  viruses that were known to exist as of October 21,   15:31:38

24  2016?                                                15:31:57

1      A   So I will refer you to column 36.                15:31:57

2      Q   What lines?                                       15:32:03

3      A   We will go through line 33 and onward.            15:32:04

4      Q   Until when?                                       15:32:11

5      A   Let me see how far.                               15:32:12

6      Q   While you're doing that, are you in the           15:32:19

7  '600 patent, Exhibit 3?                                   15:32:22

8      A   I'm sorry.  I'm in the '600 patent.  I'm          15:32:22

9  on column 36.  I'm at line 33.                            15:32:25

10     Q   And where in that paragraph does the              15:32:29

11 patentee expressly state that betacoronaviruses           15:32:34

12 are limited to those existing as of October 21,           15:32:38

13 2016?                                                     15:32:46

14     A   So here in the first sentence where it is         15:32:46

15 written --                                                15:32:49

16     Q   You just need to read slowly for the              15:32:53

17 record.                                                   15:32:55

18     A   So here, column 36, we are at line 33,            15:32:55

19 "Human coronavirus OC43 is an enveloped                   15:33:08

20 positive-sense, single-stranded RNA virus in the          15:33:11

21 species betacoronavirus 1, genus betacoronavirus,         15:33:15

22 subfamily coronavirinae, order nidovirales."              15:33:19

23         At this point, it's clear that the use of         15:33:24

24 betacoronavirus that they are referring to the            15:33:26

| | | |
|---|---|---|
| 1 | definition of betacoronaviruses as of 2016. | 15:33:32 |
| 2 | Q  That paragraph you just read relates to | 15:33:36 |
| 3 | the OC43 human coronavirus, correct? | 15:33:40 |
| 4 | A  It uses the term "species betacoronavirus" | 15:33:44 |
| 5 | and informs about the use of the language. | 15:33:48 |
| 6 | Q  The paragraph begins, "Human coronavirus | 15:33:50 |
| 7 | OC43 is an enveloped positive-sense, | 15:33:52 |
| 8 | single-stranded RNA virus in the species | 15:33:57 |
| 9 | betacoronavirus 1," and goes on to give the genus | 15:34:01 |
| 10 | and subfamily in order, correct? | 15:34:05 |
| 11 | A  That is correct. | 15:34:06 |
| 12 | Q  That's all referring to the OC43 | 15:34:07 |
| 13 | betacoronavirus, correct? | 15:34:12 |
| 14 | A  It actually informs us regarding the use | 15:34:14 |
| 15 | of the term "betacoronavirus." | 15:34:17 |
| 16 | Q  The paragraph immediately preceding the | 15:34:18 |
| 17 | one you just read -- in fact, the heading below -- | 15:34:21 |
| 18 | the heading above the paragraph you just read is | 15:34:25 |
| 19 | HCoV-OC43, correct? | 15:34:30 |
| 20 | A  That is correct. | 15:34:31 |
| 21 | Q  And that entire paragraph appears below | 15:34:32 |
| 22 | that heading, correct? | 15:34:34 |
| 23 | A  That is correct. | 15:34:36 |
| 24 | Q  And the paragraph immediately preceding | 15:34:36 |

| | | |
|---|---|---|
| 1 | would inform us regarding the current standards of | 15:45:03 |
| 2 | the time and whether or not the influenza would be | 15:45:07 |
| 3 | classified as a new strain or an existing strain. | 15:45:11 |
| 4 | Q  And the ICTV can do the same with respect | 15:45:16 |
| 5 | to any new variants of SARS-CoV-2, correct? | 15:45:20 |
| 6 | A  Yes. | 15:45:23 |
| 7 | Q  Now, I want to return here to your | 15:45:27 |
| 8 | declaration, Exhibit 1, and refer you to | 15:45:31 |
| 9 | paragraph 50, which appears on Page 18. | 15:45:35 |
| 10 | A  Start to reassemble this? | 15:45:42 |
| 11 | Q  I think, I don't want it promise you, but | 15:45:45 |
| 12 | for now we're done with the '600 patent. | 15:45:47 |
| 13 | A  Maybe move it away. | 15:45:49 |
| 14 | Q  We may come back to it. | 15:45:51 |
| 15 | A  I'm going to hold you to that.  All right. | 15:45:53 |
| 16 | Q  Let me know, do you have paragraph 50? | 15:45:58 |
| 17 | A  Not yet. | 15:45:59 |
| 18 | I am there at 50. | 15:46:11 |
| 19 | Q  So in paragraph 50, you say, "The criteria | 15:46:13 |
| 20 | for which viruses belong to the betacoronavirus | 15:46:18 |
| 21 | genus changes over time." | 15:46:22 |
| 22 | Do you see that? | 15:46:24 |
| 23 | A  I see that. | 15:46:25 |
| 24 | Q  What specific changes -- change or changes | 15:46:28 |

1   are you referring to there?                    15:46:32

2        A   Periodically the ICT -- ICTV will readjust    15:46:33

3   the percent homology required to be in a          15:46:44

4   particular category.  In this case               15:46:48

5   betacoronavirus.  They will also periodically even  15:46:52

6   revise the entire hierarchy of what goes in there.  15:46:56

7        Q   So breaking down that answer, at any time  15:47:01

8   since October 2016, has the percent homology      15:47:05

9   required to be a betacoronavirus changed?         15:47:11

10       A   The percent homology was changed in 2018.  15:47:17

11       Q   How was the percent homology changed?     15:47:22

12       A   In 2016 and 2018 it was a different        15:47:26

13  percent homology required by the ICTV to be       15:47:31

14  classified as a betacoronavirus.                  15:47:34

15       Q   How did the number change?                15:47:38

16       A   I would be guessing, but it went from --   15:47:39

17  it went from 36 to 28, roughly a change of about  15:47:45

18  ten percent.                                      15:47:50

19       Q   And where in your declaration do you      15:47:51

20  indicate where that change can be found?          15:47:55

21       A   In my declaration on Page 17, I refer to  15:47:57

22  the change in the ICTV class classification.  So  15:48:06

23  classification.                                   15:48:16

24       Q   Can you say what paragraph again?         15:48:17

| | | |
|---|---|---|
| 1 | A  So we are in mine, we're on Page 17, we're | 15:48:19 |
| 2 | in Section 48, and we're in that first sentence | 15:48:23 |
| 3 | where I refer to. | 15:48:30 |
| 4 | Q  You're referring to -- | 15:48:35 |
| 5 | A  The fact that the classification changed | 15:48:37 |
| 6 | in 2018. | 15:48:40 |
| 7 | Q  I'm sorry, are you -- | 15:48:43 |
| 8 | A  So the prior classification existed up | 15:48:45 |
| 9 | until 2018 when it was changed by the ICTV. | 15:48:47 |
| 10 | Q  Okay.  And just so I'm clear which part of | 15:48:51 |
| 11 | paragraph 48 you're in, is it the sentence that | 15:48:55 |
| 12 | says: "For example, since 2018, the ICTV | 15:48:56 |
| 13 | classified betacoronavirus as belonging to the | 15:49:00 |
| 14 | order nidovirales, suborder cornidovirinaea, | 15:49:03 |
| 15 | family coronaviridae, subfamily | 15:49:10 |
| 16 | orthocoronavirinae, and genus betacoronavirus." | 15:49:14 |
| 17 | Is that the part you were referring to | 15:49:17 |
| 18 | just now? | 15:49:19 |
| 19 | A  Yes. | 15:49:20 |
| 20 | Q  So it's your testimony that that change | 15:49:23 |
| 21 | described in that sentence of your declaration | 15:49:26 |
| 22 | involved a change to the homology required to be a | 15:49:31 |
| 23 | betacoronavirus? | 15:49:35 |
| 24 | A  There were two changes that occurred in | 15:49:37 |

1    2018.  One was actually a whole change in the          15:49:40

2    hierarchy of classification, and in the same ICTV       15:49:44

3    restructuring that was also a change in the             15:49:50

4    percent homology required to classify something as      15:49:53

5    a betacoronavirus.                                      15:49:56

6        Q  And where in your declaration do you refer       15:49:58

7    to that change in homology required to classify         15:50:00

8    something as a betacoronavirus?                         15:50:05

9        A  This is the only reference that I see to         15:50:08

10   the 2018 change in classification.                      15:50:19

11       Q  And in that sentence, there is no                15:50:22

12   reference to change in homology percentage,             15:50:24

13   correct?                                                15:50:27

14       A  That is correct.                                 15:50:28

15       Q  Now, you mentioned earlier, in addition to       15:50:29

16   changes in homology, there could be changes to the      15:50:33

17   entire hierarchy.  Do you recall that?                  15:50:38

18       A  Yes.                                             15:50:39

19       Q  First of all, what do you mean by "changes       15:50:40

20   to the entire hierarchy"?                               15:50:42

21       A  So going back to referring to patent '600,       15:50:43

22   on column 36, and I'm going to go back to line 35       15:51:18

23   and just by comparison, when this patent was            15:51:29

24   written in 2016, the way the structure for              15:51:34

1   coronaviruses was nidovirales as the order.          15:51:38

2       We then had a family coronaviridae.  Since        15:51:52

3   2016, a suborder has been actually introduced         15:52:02

4   between nidovirales and the family.  And the          15:52:06

5   suborder is cornidovirinaea,                          15:52:09

6   C-O-R-N-I-D-O-V-I-R-I-N-A-E-A.                        15:52:19

7       We then have the same family,                     15:52:20

8   coronaviridae.  And then we introduce a new           15:52:23

9   subfamily in 2018, the orthocoronavirinae, which      15:52:31

10  is O-R-T-H-O-C-O-R-O-N-A-V-I-R-I-N-A-E.               15:52:36

11      And then we finally get to genus                   15:52:45

12  betacoronavirus in both the 2016 classification       15:52:49

13  and the updated 2018 hierarchy.                       15:52:53

14      Moving even forward to more recent, even          15:52:58

15  as you get into the betacoronavirus as we move        15:53:02

16  from four to five different subcategories of          15:53:05

17  betacoronaviruses.                                    15:53:08

18      Q  So the change that you focus on here in        15:53:10

19  paragraph 48 is the creation of the new subfamily     15:53:13

20  orthocoronavirinae, is that right?                    15:53:23

21      A  My focus is on the term "betacoronavirus"      15:53:24

22  changing over time.                                   15:53:27

23      Q  You would agree that everything that was       15:53:29

24  a -- in the betacoronavirus genus as of               15:53:33

1    Q   And you have not identified any changes to          15:56:14

2    the genus betacoronavirus to that level of the          15:56:19

3    hierarchy between October 2016 and the present,         15:56:24

4    correct?                                                15:56:29

5        MR. PARK:  Objection to form.                       15:56:29

6    A   No.  I have identified differences in the           15:56:32

7    genus betacoronavirus.                                  15:56:36

8    Q   And what are those differences?                     15:56:38

9    A   The two most important differences in               15:56:39

10   genus betacoronavirus beyond the hierarchy is the       15:56:45

11   different demands as far as homology to be in the       15:56:52

12   betacoronavirus classification, the addition now        15:56:58

13   of a fifth subgroup within betacoronavirus, and         15:57:01

14   now the addition of more viruses that play a part       15:57:06

15   in assigning categorization or grouping within the      15:57:11

16   betacoronavirus.                                        15:57:14

17   Q   So breaking that down, the difference --            15:57:15

18   different demands in terms of homology are not          15:57:18

19   identified anywhere in your declaration, as you         15:57:21

20   testified previously, correct?                          15:57:23

21   A   That is correct.                                    15:57:25

22   Q   The fifth subgroup, which subgroup are you          15:57:26

23   referring to with that statement?                       15:57:33

24   A   There is now a hibeco (phonetic) subgroup           15:57:34

1    in the betacoronavirus genus.                       15:57:39

2        Q   And that's not mentioned in your            15:57:43

3    declaration, correct?                               15:57:44

4        A   That is correct.                            15:57:45

5        Q   And then the third thing you mentioned was  15:57:48

6    more viruses have been identified.                  15:57:50

7            What were you referring to there?           15:57:52

8        A   As more betacoronaviruses are identified,   15:57:54

9    these are introduced into the analysis by the ICTV  15:58:00

10   working group.                                      15:58:07

11       Q   And what specific more viruses have         15:58:08

12   occurred since October 2016?                        15:58:11

13       A   Many viruses, many new viruses have been    15:58:13

14   identified since 2016.                              15:58:20

15       Q   And where are they referred to in your      15:58:22

16   declaration?                                        15:58:25

17       A   I did refer to SARS-CoV-2, which has been   15:58:26

18   identified since 2016.                              15:58:34

19       Q   Any others?                                 15:58:37

20       A   I believe SARS-CoV-2 is the only newly      15:58:38

21   identified virus that I referred to in my           15:58:52

22   declaration.                                        15:58:55

23       Q   Can you identify any virus that was in the  15:58:56

24   genus betacoronavirus as of October 2016 that is    15:59:05

1   infection, correct?                                      16:52:52

2       A   That is correct.                                 16:52:54

3       Q   Now, the spike protein encoded in the mRNA       16:52:55

4   compositions can bind to cell receptors, correct?        16:53:00

5       A   That is correct.                                 16:53:05

6       Q   The spike protein encoded in these mRNA          16:53:06

7   compositions can stimulate antibody production,          16:53:09

8   correct?                                                 16:53:12

9       A   That is correct.                                 16:53:13

10      Q   And the purpose of the inventions                16:53:14

11  described in the '600 and 127 patents is to              16:53:17

12  protect the body from future infection by the            16:53:21

13  actual virus, correct?                                   16:53:25

14      A   Not quite.                                       16:53:32

15      Q   So let's look at paragraph 38 of your            16:53:36

16  declaration again.  Paragraph 38 begins by               16:53:41

17  discussing the '600 and '127 patents, correct?           16:53:51

18      A   That is true.                                    16:53:57

19      Q   And it describes in the third sentence the       16:53:58

20  patents state that:  The mRNA compositions which         16:54:06

21  produce the antigen protein may be administered to       16:54:09

22  protect the subject against the virus from which         16:54:12

23  the antigenic protein was derived, correct?              16:54:14

24      A   That is correct.                                 16:54:18

1    addition to a number of times that DNA template          17:23:38

2    was used in the patent.                                  17:23:41

3         Q   Okay.  Can you pull up Exhibit Number 2.        17:23:43

4         A   Yes.  This is three, this is two over           17:23:47

5    here.                                                    17:23:54

6         Q   It's the '574 patent.                           17:23:57

7         A   Okay.  I have it here.                          17:24:00

8         Q   Exhibit 2 is what we've been referring to       17:24:02

9    as the '574 patent, correct?                             17:24:05

10        A   That is correct.                                17:24:07

11        Q   Can I get you to turn to column 48.  And I      17:24:09

12   want to direct your attention to line 64.  And I         17:24:28

13   would like you to read into the record the               17:24:37

14   paragraph that starts on column 48, line 64, and         17:24:40

15   ends on column 49, line 4.                               17:24:46

16        A   "Expression as used herein, in quotes,          17:24:52

17   "expression" of a nucleic acid sequence refers to        17:24:59

18   one or more of the following events; one,                17:25:02

19   production of an RNA template from a DNA sequence,        17:25:06

20   e.g., by transcription; two, processing of an RNA        17:25:12

21   transcript, e.g., by splicing, editing -- that's         17:25:18

22   editing, five prime cap formation, and/or three          17:25:26

23   prime end processing; three, translation of an RNA       17:25:35

24   into a polypeptide or protein; and four,                 17:25:43

| | | |
|---|---|---|
| 1 | post-translational modification of a polypeptide | 17:25:49 |
| 2 | or protein." | 17:25:53 |
| 3 | Q  How, if at all, does this paragraph that | 17:25:56 |
| 4 | you just read from the '574 patent impact your | 17:25:59 |
| 5 | opinion regarding the construction of mRNA? | 17:26:05 |
| 6 | A  This section is consistent with the | 17:26:09 |
| 7 | defendants' proposed construction. | 17:26:17 |
| 8 | Q  How so? | 17:26:21 |
| 9 | A  Here we are seeing specifically the term | 17:26:21 |
| 10 | "RNA template" being used in the context of RNA as | 17:26:27 |
| 11 | a template. | 17:26:32 |
| 12 | Q  Let me get you to turn to column 35 of the | 17:26:35 |
| 13 | '574 patent -- I'm sorry, apologies.  I meant the | 17:27:03 |
| 14 | '600 patent. | 17:27:06 |
| 15 | A  Okay.  Which exhibit is that?  Is that | 17:27:12 |
| 16 | three? | 17:27:15 |
| 17 | Q  Yes.  Exhibit 3? | 17:27:16 |
| 18 | A  Give me just a second because my Exhibit 3 | 17:27:20 |
| 19 | is kind of in shambles. | 17:27:23 |
| 20 | Q  Sure.  Take your time. | 17:27:31 |
| 21 | A  Okay.  My Exhibit 3 is now back intact. | 17:27:52 |
| 22 | Q  Well, you're going to have to get it | 17:27:55 |
| 23 | unintact because I'll need you to turn to column | 17:27:58 |
| 24 | 35 of Exhibit 3. | 17:28:01 |

| | | |
|---|---|---|
| 1 | A   Okay.  So I'm now at column 35. | 17:28:17 |
| 2 | Q   Okay.  Can I get you to turn to line -- | 17:28:22 |
| 3 | can you read into the record the paragraph | 17:28:27 |
| 4 | starting from line 45 and ending in line 49? | 17:28:29 |
| 5 | A   "The present disclosure is not limited by | 17:28:37 |
| 6 | a particular strain of MERS-CoV.  The strain of | 17:28:42 |
| 7 | MERS-CoV used in a vaccine may be any strain of | 17:28:48 |
| 8 | MERS-CoV.  Nonlimiting examples of strains | 17:28:55 |
| 9 | MERS-CoV for use as provide herein include Riyadh, | 17:29:00 |
| 10 | underline 14, underline 2013, and 2, little C, | 17:29:06 |
| 11 | big E, big M, big C, forward slash 2012, space, | 17:29:14 |
| 12 | capital H, little A, little S, little A, | 17:29:21 |
| 13 | underline 1, underline 2013. | 17:29:26 |
| 14 | Q   How -- what is the -- was there | 17:29:30 |
| 15 | information available as of 2016 regarding the | 17:29:44 |
| 16 | strains of MERS-CoV? | 17:29:49 |
| 17 | A   There was. | 17:29:56 |
| 18 | Q   What information -- at least what | 17:29:58 |
| 19 | information was known about strains of MERS-CoV as | 17:30:00 |
| 20 | of 2016? | 17:30:05 |
| 21 | MS. WIGMORE:  Objection.  Form. | 17:30:08 |
| 22 | A   At least as included here, there was | 17:30:09 |
| 23 | knowledge about these two strains of MERS-CoV 2 -- | 17:30:24 |
| 24 | or MERS-CoV.  Sorry. | 17:30:29 |

| | | |
|---|---|---|
| 1 | Q  Earlier during the day, do you recall | 17:31:01 |
| 2 | testifying or being asked ribonucleotides consist | 17:31:08 |
| 3 | of -- I'm sorry. | 17:31:19 |
| 4 | So do you recall testimony that you gave | 17:31:21 |
| 5 | earlier in the day where you were asked the body | 17:33:22 |
| 6 | transcribed DNA into mRNA, correct, and you | 17:33:28 |
| 7 | responded, "so in a mammalian cell, DNA would be | 17:33:31 |
| 8 | transcribed into mRNA." | 17:33:37 |
| 9 | Do you remember? | 17:33:42 |
| 10 | A  I remember that. | 17:33:43 |
| 11 | Q  And you were also asked the mRNA sequence | 17:33:44 |
| 12 | itself is not replicated in that process, correct? | 17:33:50 |
| 13 | And you replied, "in that process, the | 17:33:57 |
| 14 | mRNA sequence is not replicated." | 17:34:00 |
| 15 | Do you remember hearing that testimony? | 17:34:04 |
| 16 | A  I remember hearing that testimony. | 17:34:07 |
| 17 | Q  How, if at all, would that process apply | 17:34:10 |
| 18 | to self-replicating mRNA? | 17:34:13 |
| 19 | MS. WIGMORE:  Objection.  Form. | 17:34:16 |
| 20 | A  Can you clarify? | 17:34:26 |
| 21 | Q  Sure.  Are you -- do you know what | 17:34:27 |
| 22 | self-replicating mRNA is? | 17:34:31 |
| 23 | A  Yes. | 17:34:33 |
| 24 | Q  How at all does self-replicating mRNA | 17:34:36 |

| | | |
|---|---|---|
| 1 | relate to the testimony that you gave earlier | 17:34:44 |
| 2 | regarding mRNA? | 17:34:46 |
| 3 | MS. WIGMORE:  Objection.  Form. | 17:34:48 |
| 4 | A  If the RNA was self-replicating but served | 17:34:51 |
| 5 | as mRNA, as a template for a protein synthesis, it | 17:34:59 |
| 6 | would be a subset of a type of mRNA, it would be | 17:35:04 |
| 7 | included in a class of mRNA. | 17:35:07 |
| 8 | Q  And how, if at all, does that relate to | 17:35:09 |
| 9 | the claim construction that you've given or how if | 17:35:13 |
| 10 | at all does that relate to the claim construction | 17:35:17 |
| 11 | that defendants have proposed in this case? | 17:35:21 |
| 12 | MS. WIGMORE:  Objection.  Form. | 17:35:24 |
| 13 | A  I think the claim construction remains | 17:35:26 |
| 14 | consistent with messenger RNA, i.e., a ribonucleic | 17:35:38 |
| 15 | acid RNA, that acts as the template for protein | 17:35:45 |
| 16 | synthesis through the process of translation and | 17:35:49 |
| 17 | just describes certain situations where that mRNA | 17:35:51 |
| 18 | may be self-replicating. | 17:35:57 |
| 19 | Q  Let me get you to turn to the portion -- | 17:35:59 |
| 20 | do you remember testifying -- being asked about | 17:36:07 |
| 21 | what are the four naturally occurring nucleobases | 17:36:10 |
| 22 | typically found in DNA? | 17:36:14 |
| 23 | A  I remember testifying about that. | 17:36:17 |
| 24 | Q  Can uracil appear in DNA? | 17:36:19 |

| | | |
|---|---|---|
| 1 | A   Yes. | 17:36:31 |
| 2 | Q   And can you give a little explanation as | 17:36:32 |
| 3 | to why or how? | 17:36:36 |
| 4 | A   Uracil is probably present in most DNA. | 17:36:37 |
| 5 | It's most common mutagenic change, so, yes, most | 17:36:45 |
| 6 | DNA contains uracil, which originally derive from | 17:36:50 |
| 7 | the C in the ACGT. | 17:36:55 |
| 8 | MR. PARK:  No further questions.  Thank | 17:37:28 |
| 9 | you, Dr. Griffin. | 17:37:31 |
| 10 | CONTINUED EXAMINATION BY | 17:37:31 |
| 11 | MS. WIGMORE: | 17:37:31 |
| 12 | Q   Just, I think one follow-up question, | 17:37:33 |
| 13 | Dr. Griffin.  You gave some testimony in response | 17:37:35 |
| 14 | to Mr. Park's questions about self-replicating | 17:37:39 |
| 15 | RNA. | 17:37:43 |
| 16 | Do you recall that? | 17:37:44 |
| 17 | MR. PARK:  Self-replicating mRNA. | 17:37:44 |
| 18 | MS. WIGMORE:  Let me ask the question | 17:37:46 |
| 19 | again. | 17:37:47 |
| 20 | Q   In response to one of Mr. Park's | 17:37:49 |
| 21 | questions, you gave some testimony about | 17:37:51 |
| 22 | self-replicating mRNA. | 17:37:53 |
| 23 | Do you recall that? | 17:37:55 |
| 24 | A   I recall that. | 17:37:56 |