# Exhibit S

🇺🇸 An official website of the United States government    Here's how you know

[Back to home](#)    🛒 Order certified copies    🌐 Global Dossier    ⬇ Download    🖨 Print

# 16/897,734 | M1378.70053US08: COMBINATION HMPV/RSV RNA VACCINES

**PUBLIC VIEW**

| Application # | Confirmation # | Attorney Docket # | Patent # | Filing or 371 (c) date | Status |
|---|---|---|---|---|---|
| 16/897,734 | 6367 | M1378.70053US08 | - | 06/10/2020 | Final Rejection Mailed 05/10/2023 |

## Continuity

### Parent data

| Application # | Description | Parent application # | Filing or 371 (c) date | Status | Patent # | AIA |
|---|---|---|---|---|---|---|
| 16/897,734 | is a Continuation of | 16/368,270 | 03/28/2019 | Patented | 10702599 10702599 | Yes |
| 16/368,270 | is a Continuation of | 16/040,981 | 07/20/2018 | Patented | 10272150 10272150 | Yes |
| 16/040,981 | is a Continuation of | 15/674,599 | 08/11/2017 | Patented | 10064934 10064934 | Yes |
| 15/674,599 | is a Continuation of | PCT/US2016/058327 | 10/21/2016 | - | - | - |
| PCT/US2016/058327 | Claims priority from a provisional application | 62/247,362 | 10/28/2015 | Expired | - | - |
| PCT/US2016/058327 | Claims priority from a provisional application | 62/247,394 | 10/28/2015 | Expired | - | - |
| PCT/US2016/058327 | Claims priority from a provisional application | 62/247,483 | 10/28/2015 | Expired | - | - |
| PCT/US2016/058327 | Claims priority from a provisional application | 62/247,297 | 10/28/2015 | Expired | - | - |
| PCT/US2016/058327 | Claims priority from a provisional application | 62/244,802 | 10/22/2015 | Expired | - | - |
| PCT/US2016/058327 | Claims priority from a provisional application | 62/244,946 | 10/22/2015 | Expired | - | - |
| PCT/US2016/058327 | Claims priority from a provisional application | 62/244,813 | 10/22/2015 | Expired | - | - |
| PCT/US2016/058327 | Claims priority from a provisional application | 62/244,837 | 10/22/2015 | Expired | - | - |
| PCT/US2016/058327 | Claims priority from a provisional application | 62/245,031 | 10/22/2015 | Expired | - | - |

### Child data

No child data available for selected application