IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MODERNATX, INC. and MODERNA US, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PFIZER INC., BIONTECH SE, BIONTECH MANUFACTURING GMBH, and BIONTECH US INC., <br><br> Defendants. | Case No. 22-cv-11378-RGS |

**DECLARATION OF KEVIN S. PRUSSIA IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO COMPEL DISCOVERY**

I, Kevin. S. Prussia, declare as follows:

1. I am a partner at the law firm Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"), counsel for ModernaTX, Inc. and Moderna US, Inc. (together, "Plaintiffs") in the above-captioned action. I am a licensed attorney and a member in good standing of the Bars of the Commonwealth of Massachusetts and the State of New York. I respectfully submit this declaration in support of Plaintiffs' Opposition to Defendants' Motion to Compel Discovery.

2. Attached hereto as Exhibit A is a true and correct copy of an e-mail correspondence from Y. Park, Paul Hastings, to Counsel for Moderna, WilmerHale LLP, dated June 14, 2023.

3. Attached hereto as Exhibit B is a true and correct excerpt from the patent prosecution history of U.S. Patent No. 10,898,574, dated September 24, 2020, bearing Bates stamps MOD_000328962 through MOD_000328968.

4. Attached hereto as Exhibit C is a true and correct copy of Moderna's First Set of Common Interrogatories to Defendants, dated January 20, 2023.

5. Attached hereto as Exhibit D is a true and correct copy of Moderna's First Set of Common Requests for Production of Documents and Things, dated January 20, 2023.

\*     \*     \*

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 19, 2023, in Boston, Massachusetts.

*/s/ Kevin S. Prussia*
Kevin S. Prussia

**CERTIFICATE OF SERVICE**

     I certify that on July 19, 2023, I filed the foregoing document with the United States District Court for the District of Massachusetts using the CM/ECF system and caused it to be served on all registered participants via the notice of electronic filing (the "ECF").

*/s/ Kevin S. Prussia*
Kevin S. Prussia
