# EXHIBIT A

| | |
|---|---|
| **From:** | Park, Young J. <youngpark@paulhastings.com> |
| **Sent:** | Wednesday, June 14, 2023 9:35 PM |
| **To:** | Laupheimer, Madeleine C; Boucher, Gregory M.; Liu, Michael; Meuth, Ryan; Prussia, Kevin S; Danford, Andrew J; Whelan, Emily; Lee, William; Wigmore, Amy; Xu, Nora N.; WH_Moderna_Lit |
| **Cc:** | WH_Moderna_Lit; BioNTech-Moderna-PH; COVIDPatentPfizer; lbromberg@mccarter.com; ebelt@mccarter.com; wproctor@mccarter.com; LSS; Robbins, Jeffrey S.; Lipchitz, Joseph D. |
| **Subject:** | Moderna v. Pfizer et al - Moderna's Interrogatory Responses |

**EXTERNAL SENDER**

Counsel,

Please let us know, by close of business tomorrow, if Moderna's responses to BioNTech and Pfizer's Common Interrogatory Nos. 1 to 4 and 7 are confidential, such that it would require BioNTech and Pfizer to submit a motion to seal if presented to the Court in a discovery motion.

Sincerely,
Young

**PAUL HASTINGS**

**Young J. Park | Partner, Litigation Department**
Paul Hastings LLP | 200 Park Avenue, New York, NY 10166 | Direct: +1.212.318.6861 | M +1.212.318.6000 | Fax: +1.212.230.7761 | youngpark@paulhastings.com |
www.paulhastings.com

*********************************************************************************
This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments. If you reply to this message, Paul Hastings may collect personal information including your name, business name and other contact details, and IP address. For more information about Paul Hastings' information collection, privacy and security principles please click HERE. If you have any questions, please contact Privacy@paulhastings.com.