**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MODERNATX, INC. and MODERNA US, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PFIZER INC., BIONTECH SE, BIONTECH MANUFACTURING GMBH, and BIONTECH US INC.,<br><br>Defendants. | C.A. No. 22-11378-RGS<br><br>JURY TRIAL DEMANDED |

**DECLARATION OF KEVIN S. PRUSSIA IN SUPPORT OF PLAINTIFFS' MOTION**
**FOR LEAVE TO SUPPLEMENT ITS INFRINGEMENT CONTENTIONS**

I, Kevin. S. Prussia, declare as follows:

1.  I am a partner at the law firm Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"), counsel for ModernaTX, Inc. and Moderna US, Inc. (together, "Plaintiffs") in the above-captioned action. I am a licensed attorney and a member in good standing of the Bars of the Commonwealth of Massachusetts and the State of New York. I respectfully submit this declaration in support of Plaintiffs' Unopposed Motion for Leave to Supplement its Infringement Contentions.

2.  Attached hereto as Exhibit 1 is a true and correct copy of a document titled *Pfizer and BioNTech Submit Supplemental Biologics License Application for U.S. FDA Approval of Omicron BA.4/BA.5-Adapted Bivalent COVID-19 Vaccine for Ages 12 Years and Older as Primary Series or Booster*, Pfizer (Feb. 24, 2023), available at https://www.pfizer.com/news/pressrelease/press-release-detail/pfizer-and-biontech-submit-supplemental-biologics-license-1.

3.   Attached hereto as Exhibit 2 is a true and correct copy of a document titled *Pfizer-BioNTech COVID 19 Vaccines*, United States Food and Drug Administration, available at https://www.fda.gov/vaccines-blood-biologics/coronavirus-covid-19-cber-regulatedbiologics/pfizer-biontech-covid-19-vaccines.

4.   Attached hereto as Exhibit 3 is a true and correct copy of a document titled *Dosing schedule for ages 12 years and older with Pfizer-BioNTech COVID-19 Vaccine, Bivalent (Original and Omicron BA.4/BA.5)*, Comirnaty (Apr. 2023), available at https://webfiles.pfizer.com/covid19dosing12yr.

5.   Attached hereto as Exhibit 4 is a true and correct copy of a document titled *Coronavirus (COVID-19) Update: FDA Authorizes Changes to Simplify Use of Bivalent mRNA COVID-19 Vaccines*, United States Food and Drug Administration (Apr. 18, 2023), available at https://www.fda.gov/news-events/pressannouncements/coronavirus-covid-19-update-fda-authorizes-changes-simplify-use-bivalentmrna-covid-19-vaccines.

6.   Attached hereto as Exhibit 5 is a true and correct copy of an e-mail correspondence from G. Farrell, WilmerHale LLP, to Counsel for Defendants, dated June 12, 2023.

7.   Attached hereto as Exhibit 6 is a true and correct copy of an e-mail correspondence from M. Liu, Williams & Connelly LLP, to Counsel for Moderna, WilmerHale LLP, dated June 14, 2023.

8.   Attached hereto as Exhibit 7 is a true and correct copy of an e-mail correspondence regarding production of documents from W. McDougald, Litigation Support, Williams & Connelly LLP, to Counsel for Moderna, WilmerHale LLP, dated July 13, 2023.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on August 29, 2023, in Boston, Massachusetts.

Date:  August 29, 2023

Respectfully submitted,

*/s/ Kevin S. Prussia*
William F. Lee (BBO# 291960)
Emily R. Whelan (BBO# 646982)
Kevin S. Prussia (BBO# 666813)
Andrew J. Danford (BBO# 672342)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000
william.lee@wilmerhale.com
emily.whelan@wilmerhale.com
kevin.prussia@wilmerhale.com
andrew.danford@wilmerhale.com

Amy K. Wigmore (BBO# 629275)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
(202) 663-6000
amy.wigmore@wilmerhale.com

*Counsel for Plaintiffs ModernaTX, Inc. and Moderna US, Inc.*