# Exhibit 2

# Pfizer-BioNTech COVID-19 Vaccines

*Pfizer-BioNTech COVID-19 Vaccine, Bivalent Now Authorized For All Doses*



Pfizer-BioNTech Fact Sheets

Fact Sheet Translations

Vacunas contra el COVID-19 (https://www.fda.gov/about-fda/fda-en-espanol/vacunas-contra-el-covid-19)

On April 18, 2023, the Food and Drug Administration amended the emergency use authorization (EUA) of Pfizer-BioNTech COVID-19 Vaccine, Bivalent to simplify the vaccination schedule for most individuals. This action includes authorizing the current bivalent vaccine (Original and Omicron BA.4/BA.5 strains) to be used for all doses administered to individuals 6 months of age and older. The monovalent Pfizer-BioNTech COVID-19 Vaccine (/vaccines-blood-biologics/industry-biologics/coronavirus-covid-19-cber-regulated-biologics) is no longer authorized for use in the United States.

Pfizer-BioNTech COVID-19 Vaccine, Bivalent is now authorized for use as follows:

**Individuals 6 months through 4 years of age**:

- **Unvaccinated individuals**: Three doses of Pfizer-BioNTech COVID-19 Vaccine, Bivalent are administered over at least 11 weeks. The first two doses are administered three weeks apart. The third dose is administered at least 8 weeks after the second dose.

- **Individuals who have received one dose of the monovalent Pfizer BioNTech COVID-19 Vaccine**: Two doses of Pfizer-BioNTech COVID-19 Vaccine, Bivalent are administered. The first dose of Pfizer-BioNTech COVID-19 Vaccine, Bivalent is given three weeks after the monovalent Pfizer-BioNTech COVID-19 Vaccine and the second dose at least 8 weeks later.

- **Individuals who have received two doses of the monovalent Pfizer BioNTech COVID-19 Vaccine**: A single dose of Pfizer-BioNTech COVID 19 Vaccine, Bivalent is administered at least 8 weeks after the monovalent Pfizer-BioNTech COVID-19 Vaccine.

- **Individuals who have received three doses of the monovalent Pfizer BioNTech COVID-19 Vaccine**: A single dose of Pfizer-BioNTech COVID 19 Vaccine, Bivalent is administered at least 2 months after the monovalent Pfizer BioNTech COVID-19 Vaccine.

**Individuals 5 years of age and older:**

- **Unvaccinated individuals**: A single dose of Pfizer-BioNTech COVID-19 Vaccine, Bivalent.

- **Individuals who have received one or more doses of a monovalent COVID 19 vaccine**: A single dose of Pfizer-BioNTech COVID-19 Vaccine, Bivalent is administered at least 2 months after any monovalent COVID-19 vaccine.

- **Individuals 65 years of age and older who have received one dose of a bivalent COVID-19 vaccine**: A dose of Pfizer-BioNTech COVID-19 Vaccine, Bivalent may be administered at least 4 months after the dose of the bivalent COVID-19 vaccine.

**Immunocompromised individuals 6 months of age and older:**

- **Immunocompromised individuals 6 months through 4 years of age who have received three doses (Pfizer-BioNTech COVID-19 Vaccine or Pfizer BioNTech COVID-19 Vaccine, Bivalent)**: A fourth dose with Pfizer BioNTech COVID-19 Vaccine, Bivalent may be administered at least 1 month following the most recent dose; additional doses of Pfizer-BioNTech COVID-19 Vaccine, Bivalent may be administered at the discretion of the healthcare provider.

- **Immunocompromised individuals 5 years of age and older who have received one dose of a bivalent COVID-19 vaccine**: An additional dose with Pfizer-BioNTech COVID-19 Vaccine, Bivalent may be administered at least 2 months following the dose of the bivalent COVID-19 vaccine; additional doses may be administered at the discretion of the healthcare provider.

# Pfizer-BioNTech Fact Sheets

| Material | Audience | Last Updated |
|---|---|---|
| Fact Sheet (/media/167212/download?attachment) | Recipient and Caregiver | April 28, 2023 |
| Fact Sheet (/media/167211/download?attachment) | Healthcare Professional | July 14, 2023 |

Showing 1 to 2 of 2 entries

# Pfizer-BioNTech Regulatory Information (Emergency Use Authorization)

| Information | Date |
|---|---|
| Pfizer Granting Letter (/media/170277/download?attachment) | July 14, 2023 |
| Decision Memorandum (/media/167669/download?attachment) | April 28, 2023 |
| Decision Memorandum (/media/167258/download?attachment) | April 18, 2023 |
| Letter of Authorization (/media/150386/download?attachment) (Reissued) | April 28, 2023 |

Showing 1 to 4 of 4 entries

## Federal Register Notices

| Title | Date |
|---|---|
| Authorizations of Emergency Use of Two Biological Products During the COVID-19 Pandemic; Availability (https://www.federalregister.gov/documents/2021/01/19/2021-01022/authorizations-of-emergency-use-of-two-biological-products-during-the-covid-19-pandemic-availability) | January 19, 2021 |

Showing 1 to 1 of 1 entries

## Translations of the Fact Sheet for Recipients and Caregivers

| | |
|---|---|
| 关于具有紧急使用授权（EUA）的预防2019年冠状病毒疾病（Covid-19）的辉瑞生物技术二价COVID-19疫苗的受种者和照顾者情况说明书 (/media/168069/download?attachment) (April 28, 2023) | 中文 (Chinese, Simplified) |
| 코로나바이러스 감염증 2019(코로나19) 예방을 위한 긴급사용승인(EUA)을 받은 화이자-바이오엔테크 코로나19 2가 백신 접종자 및 보호자를 위한 사실 보고서 (/media/168074/download?attachment) (April 28, 2023) | 한국어 (Korean) |
| HOJA DE INFORMACIÓN PARA RECEPTORES Y CUIDADORES SOBRE LA VACUNA BIVALENTE CONTRA EL COVID-19 DE PFIZER-BIONTECH QUE CUENTA CON AUTORIZACIÓN DE USO DE EMERGENCIA (EUA) PARA PREVENIR LA ENFERMEDAD DEL CORONAVIRUS 2019 (COVID-19) (/media/168071/download?attachment) (April 28, 2023) | Español (Spanish) |

| | |
|---|---|
| FACT SHEET PARA SA MGA TAGATANGGAP AT TAGAPAG-ALAGA TUNGKOL SA BAKUNANG PFIZER-BIONTECH PARA SA COVID-19 NA MAY AWTORISASYON PARA SA PANG-EMERHENSYANG PAGGAMIT (EUA) UPANG MAIWASAN ANG SAKIT NA CORONAVIRUS 2019 (COVID-19) (/media/168072/download?attachment) (April 28, 2023) | Tagalog (Tagalog) |
| TỜ THÔNG TIN DÀNH CHO NGƯỜI NHẬN VÀ NGƯỜI CHĂM SÓC VỀ VẮC-XIN LƯỠNG TRỊ COVID-19 PFIZER-BIONTECH ĐÃ ĐƯỢC CẤP PHÉP SỬ DỤNG KHẨN CẤP (UEA) ĐỂ PHÒNG NGỪA BỆNH DO VI-RÚT CORONA 2019 (COVID-19) (/media/168073/download?attachment) (April 28, 2023) | Tiếng Việt (Vietnamese) |