# Exhibit 5

| | |
|---|---|
| **From:** | Farrell, Gillian |
| **To:** | BioNTech-Moderna-PH; COVIDPatentPfizer; lbromberg@mccarter.com; ebelt@mccarter.com; wproctor@mccarter.com; lss@saul.com; Jeffrey.Robbins@saul.com; Joseph.Lipchitz@saul.com; Gregory.Boucher@saul.com |
| **Cc:** | WH_Moderna_Lit |
| **Subject:** | ModernaTX, Inc. et al v. Pfizer Inc. et al -- Document Production Supplementation |
| **Date:** | Monday, June 12, 2023 7:42:50 PM |

Counsel,

It is Moderna's understanding that on February 24, 2023, Defendants announced that they had submitted a supplemental BLA for approval of their bivalent vaccine as both primary series and booster doses and that the FDA approved this new dosing schedule on April 18, 2023.  The FDA subsequently issued relevant EUA amendments.

As you are aware, several requests in Moderna's First Set of Common Requests for Production cover Defendants' BLA, including all amendments and/or supplements thereto, as well as documents and communications related to Defendants' BLA and sBLA submissions.  We have been unable to locate the documents related to the aforementioned events in Defendants' productions to date.  Please supplement your productions of BLA and EUA-related documents to include these latest changes by **Monday, June 19**.

Thank you,

Gillian

**Gillian T. Farrell | WilmerHale**

7 World Trade Center
250 Greenwich Street
New York, NY 10007 USA
+1 212 295 6536 (t)
+1 212 230 8888 (f)
gillian.farrell@wilmerhale.com

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.