# Exhibit 7

| | |
|---|---|
| **From:** | McDougald, Wesley |
| **To:** | Gulino, Anita; Cho, Jenny; Sterling, Leonard; Danford, Andrew J; Wigmore, Amy; Whelan, Emily; Lee, William; Prussia, Kevin S |
| **Cc:** | covidpatentpfizer@wc.com; biontech-moderna-ph@paulhastings.com; ebelt@mccarter.com; lbromberg@mccarter.com; ericdittmann@paulhastings.com; ryanmeuth@paulhastings.com; jeffrey.robbins@saul.com; carlminniti@paulhastings.com; simonkung@paulhastings.com; brucewexler@paulhastings.com; joseph.lipchitz@saul.com; rebeccahilgar@paulhastings.com; gregory.boucher@saul.com; WH_Moderna_Lit; wproctor@mccarter.com; youngpark@paulhastings.com |
| **Subject:** | ModernaTX, Inc. et al v. Pfizer Inc. et al: Production Volume 6 |
| **Date:** | Thursday, July 13, 2023 1:30:05 PM |

**EXTERNAL SENDER**



## McDougald, Wesley sent you a secure message

**Access message**

*On behalf of Defendants Pfizer Inc. BioNTech SE, BioNTech Manufacturing GmbH, and BioNTech US, Inc. (collectively, "Defendants"), Pfizer is ..*

Attachments expire on Jul 27, 2023

**3 compressed files**
PFE_006.part1.rar, PFE_006.part2.rar, PFE_006.part3.rar

This message requires that you sign in to access the message and any file attachments. Please note that Williams & Connolly may be notified when this content is downloaded.

If you have any questions, please contact the Help Desk at 202-434-5900 or helpdesk@wc.com. Thank you.



This message and any attachments are intended only for the addressee and may contain information that is privileged and confidential. If you have received this message in error, please do not read, use, copy, distribute, or disclose the contents of the message and any attachments. Instead, please delete the message and any attachments and notify the sender immediately. Thank you.