IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MODERNATX, INC. and MODERNA US, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PFIZER INC., BIONTECH SE, BIONTECH MANUFACTURING GMBH, and BIONTECH US INC.,<br><br>Defendants. | C.A. No. 22-11378-RGS<br><br>JURY TRIAL DEMANDED |

**MODERNA'S MOTION TO COMPEL RESPONSES TO
INTERROGATORY NOS. 7 AND 8**

Plaintiffs ModernaTX, Inc. and Moderna US, Inc. (collectively, "Moderna") file this motion to compel Defendants Pfizer Inc., BioNTech SE, BioNTech Manufacturing GmbH, and BioNTech US Inc. (collectively, "Defendants") to respond to Interrogatory Nos. 7 and 8.

Interrogatory Nos. 7 and 8 request information about Defendants' knowledge of Moderna's mRNA vaccine development and Defendants' awareness of Moderna's patent applications and patents. For the reasons set forth in the memorandum filed herewith, Moderna respectfully requests that the Court compel Defendants to supplement their interrogatory responses to provide the information requested by these interrogatories.

**REQUEST FOR ORAL ARGUMENT**

Plaintiffs would like to be heard on the issues presented in their motion and believe that oral argument can assist the Court in resolving the parties' dispute. Plaintiffs respectfully request that the Court order oral argument.

Date:  September 1, 2023                          Respectfully submitted,

/s/ Kevin S. Prussia
William F. Lee (BBO# 291960)
Emily R. Whelan (BBO# 646982)
Kevin S. Prussia (BBO# 666813)
Andrew J. Danford (BBO# 672342)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000
william.lee@wilmerhale.com
emily.whelan@wilmerhale.com
kevin.prussia@wilmerhale.com
andrew.danford@wilmerhale.com

Amy K. Wigmore (BBO# 629275)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
(202) 663-6000
amy.wigmore@wilmerhale.com

*Counsel for Plaintiffs ModernaTX, Inc. and Moderna US, Inc.*

## CERTIFICATION PURSUANT TO LOCAL RULES 7.1(a)(2) AND 37.1(b)

Pursuant to Local Rules 7.1(a)(2) and 37.1(b), on March 17, 2023 (letter), May 10, 2023 (letter), April 27, 2023 (telephone), June 14, 2023 (letter), August 15, 2023 (email), August 16, 2023 (email), August 17, 2023 (telephone), August 22, 2023 (email), and August 28, 2023 (letter) counsel for Moderna conferred in good faith with counsel for Defendants in an effort to resolve or narrow the issues presented in this motion, but were unable to reach an agreement, and have complied with Local Rules 7.1(a)(2) and 37.1(b).  Defendants have not agreed to fully supplement the answers to interrogatories as requested by Moderna.

## CERTIFICATE OF SERVICE

I certify that on September 1, 2023, I filed the foregoing document with the United States District Court for the District of Massachusetts and caused it to be served on all registered participants via email.

/s/ *Kevin S. Prussia*

Kevin S. Prussia (BBO# 666813)