**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MODERNATX, INC. and MODERNA US, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PFIZER INC., BIONTECH SE, BIONTECH MANUFACTURING GMBH, and BIONTECH US INC., <br><br> Defendants. | C.A. No. 22-11378-RGS |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL

Upon consideration of Plaintiffs' Motion to Compel Supplemental Responses to Interrogatory Nos. 7 and 8 ("Motion");

It is **HEREBY ORDERED**, that Plaintiffs' Motion is **GRANTED**;

It is **FURTHER ORDERED** that Defendants shall provide supplemental responses so that the interrogatories as phrased in Plaintiffs' Interrogatory Nos. 7 and 8 are answered.

**SO ORDERED**.

Dated: _____                          _____

                                                HON. RICHARD G. STEARNS