# EXHIBIT A

(12) INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)

(19) World Intellectual Property Organization
International Bureau

(43) International Publication Date
5 April 2012 (05.04.2012)

PCT

(10) International Publication Number
WO 2012/045082 A2

(51) International Patent Classification:
*A61K 39/395* (2006.01)    *C12P 21/08* (2006.01)

(21) International Application Number:
PCT/US2011/054636

(22) International Filing Date:
3 October 2011 (03.10.2011)

(25) Filing Language: English

(26) Publication Language: English

(30) Priority Data:
61/404,413    1 October 2010 (01.10.2010)    US

(72) Inventors; and
(71) Applicants : **SCHRUM, Jason** [US/US]; 4 Kent Court, Somerville, MA 02143 (US). **SIECZKIEWICZ, Gregory, J.** [—/US]; 273 Hayden Rowe Street, Hopkinton, MA 01748 (US). **EJEBE, Kenechi** [US/US]; 208 Pearl Street Apartment 1, Cambridge, MA 02138 (US). **ELBASHIR, Sayda** [DE/US]; 149 Grove Street, Cambridge, MA 02138 (US).

(74) Agent: **LU, Shihua**; Lando & Anastasi LLP, Riverfront Office Park, One Main Street, Suite 1100, Cambridge, MA 02142 (US).

(81) Designated States *(unless otherwise indicated, for every kind of national protection available)*: AE, AG, AL, AM, AO, AT, AU, AZ, BA, BB, BG, BH, BR, BW, BY, BZ, CA, CH, CL, CN, CO, CR, CU, CZ, DE, DK, DM, DO, DZ, EC, EE, EG, ES, FI, GB, GD, GE, GH, GM, GT, HN, HR, HU, ID, IL, IN, IS, JP, KE, KG, KM, KN, KP, KR, KZ, LA, LC, LK, LR, LS, LT, LU, LY, MA, MD, ME, MG, MK, MN, MW, MX, MY, MZ, NA, NG, NI, NO, NZ, OM, PE, PG, PH, PL, PT, QA, RO, RS, RU, RW, SC, SD, SE, SG, SK, SL, SM, ST, SV, SY, TH, TJ, TM, TN, TR, TT, TZ, UA, UG, US, UZ, VC, VN, ZA, ZM, ZW.

(84) Designated States *(unless otherwise indicated, for every kind of regional protection available)*: ARIPO (BW, GH, GM, KE, LR, LS, MW, MZ, NA, RW, SD, SL, SZ, TZ, UG, ZM, ZW), Eurasian (AM, AZ, BY, KG, KZ, MD, RU, TJ, TM), European (AL, AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI, FR, GB, GR, HR, HU, IE, IS, IT, LT, LU, LV, MC, MK, MT, NL, NO, PL, PT, RO, RS, SE, SI, SK, SM, TR), OAPI (BF, BJ, CF, CG, CI, CM, GA, GN, GQ, GW, ML, MR, NE, SN, TD, TG).

**Published**:
— *without international search report and to be republished upon receipt of that report (Rule 48.2(g))*



(54) Title: ENGINEERED NUCLEIC ACIDS AND METHODS OF USE THEREOF

(57) Abstract: Provided are compositions and methods for delivering biological moieties such as modified nucleic acids into cells to modulate protein expression. Such compositions and methods include the use of modified messenger RNAs, and are useful for production of proteins.

# Engineered Nucleic Acids and Methods of Use Thereof

## Cross-Reference to Related Applications

[0001] The present application claims the benefit of U.S. Provisional Application Number 61/404,413, filed October 1, 2010, the disclosure of which is considered part of (and is incorporated herein by reference in) the disclosure of this application.

## Background of the Invention

[0002] Naturally occurring RNAs are synthesized from four basic ribonucleotides: ATP, CTP, UTP and GTP, but may contain post-transcriptionally modified nucleotides. Further, approximately one hundred different nucleoside modifications have been identified in RNA (Rozenski, J, Crain, P, and McCloskey, J. (1999). The RNA Modification Database: 1999 update. Nucl Acids Res 27: 196-197). The role of nucleoside modifications on the immuno-stimulatory potential and on the translation efficiency of RNA, however, is unclear.

[0003] There are multiple problems with prior methodologies of effecting protein expression. For example, heterologous DNA introduced into a cell can be inherited by daughter cells (whether or not the heterologous DNA has integrated into the chromosome) or by offspring. Introduced DNA can integrate into host cell genomic DNA at some frequency, resulting in alterations and/or damage to the host cell genomic DNA. In addition, multiple steps must occur before a protein is made. Once inside the cell, DNA must be transported into the nucleus where it is transcribed into RNA. The RNA transcribed from DNA must then enter the cytoplasm where it is translated into protein. This need for multiple processing steps creates lag times before the generation of a protein of interest. Further, it is difficult to obtain DNA expression in cells; frequently DNA enters cells but is not expressed or not expressed at reasonable rates or concentrations. This can be a particular problem when DNA is introduced into cells such as primary cells or modified cell lines.

[0004] There is a need in the art for biological modalities to address the modulation of intracellular translation of nucleic acids.