# **EXHIBIT C**

NIH Public Access
**Author Manuscript**
*Nat Biotechnol*. Author manuscript; available in PMC 2014 June 15.

Published in final edited form as:
 *Nat Biotechnol*. 2013 October ; 31(10): 898–907. doi:10.1038/nbt.2682.

# Modified mRNA directs the fate of heart progenitor cells and induces vascular regeneration after myocardial infarction

**Lior Zangi**[1,2,3,4], **Kathy O. Lui**[1,2,9], **Alexander von Gise**[3], **Qing Ma**[3], **Wataru Ebina**[1,4], **Leon M. Ptaszek**[1,2,5], **Daniela Später**[1,2], **Huansheng Xu**[1,2,9], **Mohammadsharif Tabebordbar**[1,6], **Rostic Gorbatov**[7], **Brena Sena**[7], **Matthias Nahrendorf**[7], **David M. Briscoe**[8], **Ronald A. Li**[9,10], **Amy J. Wagers**[1,11], **Derrick J. Rossi**[1,4], **William T. Pu**[3,†], and **Kenneth R. Chien**[1,2,12,†]

[1] Department of Stem Cell and Regenerative Biology, Harvard University, Cambridge, MA 02138, USA

[2] Cardiovascular Research Center, Massachusetts General Hospital, Charles River Plaza/CPZN 3208, 185 Cambridge Street, Boston, MA 02114, USA

[3] Department of Cardiology, Children's Hospital Boston, Boston and Harvard Stem Cell Institute, Cambridge, Massachusetts, USA

[4] Immune Disease Institute and Program in Cellular and Molecular Medicine, Children's Hospital Boston

[5] Cardiac Arrhythmia Service, Massachusetts General Hospital, Boston, MA 02114, USA

[6] Biological and Biomedical Sciences Program, Harvard Medical School, Boston, MA 02115, USA

[7] Center for Systems Biology, Massachusetts General Hospital and Harvard Medical School, Boston, Massachusetts, USA

[8] Division of Nephrology, Children's Hospital Boston, Boston, MA, USA

[9] Stem Cell & Regenerative Medicine Consortium, LKS Faculty of Medicine, University of Hong Kong, Pokfulam, Hong Kong

[10] Cardiovascular Research Center, Mount Sinai School of Medicine, New York, NY

† Corresponding authors. Correspondence for reagents and protocols should be addressed to K.R.C. (kenneth.chien@ki.se) and for mouse models to W.T.P. (wpu@enders.tch.harvard.edu)..

Author contributions

L.Z. (lzangi@enders.tch.harvard.edu) worked in the Chien, Rossi, and Pu labs, and designed and carried out most of the experiments, analyzed most of the data, and wrote the manuscript. K.O.L in the Chien lab designed and performed experiments and analyzed the qRT-PCR and immunostaining data, and wrote the manuscript. Her contribution is similar in significance to the contributions of L.Z. A.V.G performed and analyzed the *Wt1*-related experiments. Q.M and R.G. carried out myocardial infarction experiments. W.E, carried out plasmid preparation. L.M.P, performed blinded analysis of imaging data and wrote the manuscript. D.S performed and analyzed skeletal muscle in vivo transfection. H.X performed isolation of neonatal mouse cardiomyocytes. M.T performed and analyzed in vitro transfection of mouse adult myotubes. B.S, carried out and analyzed the MRI experiment. M.N, D.M.B, R.A.L, A.J.W, designed experiments, analyzed data, and revised the manuscript. D.J.R. (Derrick.Rossi@childrens.harvard.edu) designed in vitro cardiomyocyte experiments and revised the manuscript. K.R.C. (kchien@harvard.edu; kenneth.chien@ki.se) conceived the initial project and experimental studies, and with W.T.P. (wpu@enders.tch.harvard.edu) designed further experiments, analyzed data, and wrote the manuscript.

Disclosures

K.R.C. and D.J.R. are co-founders of Moderna Therapeutics, a Cambridge, MA, company that is developing therapeutics based on modified-mRNA. K.R.C. is an advisor to Astrazeneca, which has an interest in cardiovascular therapeutic applications of modRNA..