# EXHIBIT U

## Exhibit C: Invalidity of U.S. Patent No. 10,702,600

### I.  Introduction

Pursuant to Patent L.R. 16.6(d)(4)(E), Defendants hereby provide the following Preliminary Prior Art Invalidity Contentions with respect to claims 1, 2, 4-6, 8-12, 16-17, 20- 21, 26 of U.S. Patent No. 10,702,600 (the "'600 Patent") identified in Plaintiffs Moderna TX Inc. and Moderna U.S. Inc.'s (hereinafter "Moderna") Preliminary Patent-Related Disclosures served February 17, 2023 (hereinafter, the "Asserted Claims").

The disclosed prior art references, alone and in various combinations, render the Asserted Claims of the '600 Patent invalid as explained in Charts A-U of the Preliminary Prior Art Invalidity Contentions and further explained below.  Defendants provide these disclosures based on information reasonably known and available to it at the present time.  To the extent the Court construes the claims in a manner different than Defendants' current understanding of the claim terms (or Plaintiff's apparent understanding of such claim terms), Defendants expressly reserve all rights to modify these Preliminary Prior Art Invalidity Contentions and/or to add or delete prior art references.

Furthermore, discovery is in its early stages.  Defendants reserve the right to amend these contentions in light of information obtained from Plaintiffs or third parties during the course of discovery.  Defendants also, by way of example, reserve the right to supplement, revise, or amend these contentions in light of claim construction or expert discovery (or the positions taken therein by Plaintiffs), or based on further investigation or analysis, discovery of new prior art or reevaluation of known prior art.  Defendants further reserve the right to supplement these contentions to the extent it becomes aware of any contentions by Plaintiffs regarding objective indicia of nonobviousness.

| Claim Language | Moderna US 2013/0266640 ("the '640 Publication") |
|---|---|
| | at ¶¶ [1191]-[1196] and Table 91 (Example 59); *id.* at ¶¶ [1204]-[1210] and Tables 93-94 (Example 63); *id.* at ¶ [1222] and Table 99 (Example 68); *id.* at ¶ [1223] and Table 100 (Example 69); *id.* at ¶¶ [1224]-[1226] and Table 101 (Example 70); *id.* at ¶¶ [1227]-[1242] and Tables 102-108 (Example 71); *id.* at ¶¶ [1266]-[1267] and Table 112 (Example 75); *id.* at ¶ [1268] and Tables 113-114 (Example 76); *id.* at ¶¶ [1269]-[1270] and Table 115 (Example 77); *id.* at ¶¶ [1271]-[1272] and Table 116 (Example 78); *id.* at ¶¶ [1275]-[1286] (Example 80); *id.* at ¶¶ [1287]-[1288] and Tables 119-120 (Example 81); *id.* at ¶¶ [1289]-[1291] and Tables 121-125 (Example 82); *id.* at ¶¶ [1292]-[1293] and Tables 126-128 (Example 83); *id.* at ¶¶ [1294]-[1295] (Example 84); *id.* at ¶¶ [1296]-[1297] and Tables 129-130 (Example 85); *id.* at ¶¶ [1298]-[1299] and Tables 131-132 (Example 86); *id.* at ¶¶ [1300]-[1301] and Table 133 (Example 87); *id.* at ¶ [1302] and Tables 134-135 (Example 88); *id.* at ¶¶ [1303]-[1305] and Table 136 (Example 89); *id.* at ¶¶ [1306]-[1307] and Tables 137-138 (Example 90); *id.* at ¶¶ [1308]-[1309] and Tables 139-140 (Example 91); *id.* at ¶¶ [1310]-[1320] and Tables 141-145 (Example 92); *id.* at ¶¶ [1323]-[1324] and Table 147 (Example 94); *id.* at ¶¶ [1325]-[1326] and Table 148 (Example 95); *id.* at ¶¶ [1327]-[1329] and Tables 149-150 (Example 96); *id.* at ¶ [1330] and Tables 151-152 (Example 97); Claims 1-12; Claims 25-36; Claims 42-45 |
| 9. The composition of claim 8, wherein the chemical modification is a 1-methylpseudouridine modification or a 1-ethylpseudouridine modification. | The '640 Publication discloses the composition of claim 8, wherein the chemical modification is a 1-methylpseudouridine modification or a 1-ethylpseudouridine modification. <br><br> The '640 Publication discloses the composition of claim 8, as set forth above; the disclosures relied upon above with respect to claim 8 are incorporated herein by reference. In addition, the '640 publication discloses the composition of claim 8 wherein the mRNA contains a 1-methylpseudouridine modification or a 1-ethylpseudouridine modification. <br><br> *See, e.g.*, '640 Publication at ¶ [0026] ("The nucleoside modification may include a compound selected from the group consisting of . . . 1-methylpseudouridine . . ."); *id.* at ¶¶ [0186]-[0206] ("Modified RNA (e.g. mmRNA) Molecules" section); *id.* at ¶¶ [0207]-[0287] (including, at paragraph 283, "In some embodiments, the modified nucleobase is a modified uracil . Exemplary nucleobases and nucleosides having a modified uracil include . . . 1-methylpseudouridine"); *id.* at ¶¶ [0315]-[0319] ("Combinations of nucleotides in mmRNA" section including Table 2, Table 3" listing N1-methylpseudouridine as modifications); *id.* at ¶ [0871] ("Pseudouridine: As used herein, pseudouridine refers to the C-glycoside isomer of the nucleoside uridine. A "pseudouridine analog" is any modification, variant, isoform or derivative of pseudouridine. For example, pseudouridine analogs include but are not limited to 1-carboxymethyl-pseudouridine, 1-propynyl- |

| Claim Language | Moderna US 2013/0266640 ("the '640 Publication") |
|---|---|
| | pseudouridine, 1-taurinomethyl-pseudouridine, 1-taurinomethyl-4-thio-pseudouridine, 1-methyl-pseudouridine (m$^1$ψ). . ."); *id.* at ¶¶ [1065]-[1080] and Tables 53-55 (Example 32) ("As shown in Table 55, 5-methylcytosine/N1-methylpseudouridine modified human G-CSF mRNA generally demonstrates increased human G-CSF protein production relative to 5-methylcytosine/pseudouridine modified human G-CSF mRNA."); *id.* at ¶¶ [1089]-[1100] (Example 38); *id.* at ¶¶ [1105]-[1107] and Table 63 (Example 40); *id.* at ¶¶ [1124]-[1135] and Tables 69-70 (Example 45) ("Production of G-CSF was significantly increased through the use of modified mRNA relative to unmodified mRNA, with the 5-methyl cytidine and N1-methyl pseudouridine containing G-CSF mmRNA showing the highest level of G-CSF production."); *id.* at ¶¶ [1169]-[1170] (Example 51) (describing test for innate immune response raised by mmRNA); *id.* at ¶¶ [1186]-[1190] and Tables 89-90 (Example 58); *id.* at ¶¶ [1191]-[1196] and Table 91 (Example 59) ("From the data it is evident that N1pU modified molecules produce more protein while concomitantly having little or no effect on IFN-alpha expression."); *id.* at ¶¶ [1197]-[1198] and Table 92 (Example 60); *id.* at ¶¶ [1204]-[1210] and Tables 93-94 (Example 63); *id.* at ¶ [1222] and Table 99 (Example 68); *id.* at ¶¶ [1224]-[1226] and Table 101 (Example 70); *id.* at ¶¶ [1266]-[1267] and Table 112 (Example 75); *id.* at ¶ [1268] and Tables 113-114 (Example 76); *id.* at ¶¶ [1269]-[1270] and Table 115 (Example 77); *id.* at ¶¶ [1271]-[1272] and Table 116 (Example 78); *id.* at ¶¶ [1275]-[1286] (Example 80); *id.* at ¶¶ [1287]-[1288] and Tables 119-120 (Example 81); *id.* at ¶¶ [1296]-[1297] and Tables 129-130 (Example 85); *id.* at ¶¶ [1300]-[1301] and Table 133 (Example 87); *id.* at ¶ [1302] and Tables 134-135 (Example 88); *id.* at ¶¶ [1303]-[1305] and Table 136 (Example 89); *id.* at ¶¶ [1306]-[1307] and Tables 137-138 (Example 90); *id.* at ¶¶ [1308]-[1309] and Tables 139-140 (Example 91); *id.* at ¶¶ [1310]-[1320] and Tables 141-145 (Example 92); *id.* at ¶¶ [1323]-[1324] and Table 147 (Example 94); *id.* at ¶¶ [1325]-[1326] and Table 148 (Example 95); *id.* at ¶¶ [1327]-[1329] and Tables 149-150 (Example 96); *id.* at ¶ [1330] and Tables 151-152 (Example 97); Claims 1-12; Claims 25-36; Claims 42-45. |
| 10. The composition of claim 8, wherein at least 80% of the uracil in the open reading frame has a chemical modification. | The '640 Publication discloses the composition of claim 8, wherein at least 80% of the uracil in the open reading frame of the mRNA has a chemical modification.<br><br>The '640 Publication discloses the composition of claim 8, as set forth above; the disclosures relied upon above with respect to claim 8 are incorporated herein by reference. In addition, the '640 publication discloses the composition of claim 8 at least 80% of the uracil in the open reading frame of the mRNA has a chemical modification. |