# EXHIBIT 8

| | |
|---|---|
| **From:** | Xu, Nora N. |
| **To:** | Jung, Soyoung; Laupheimer, Madeleine C; Boucher, Gregory M.; Liu, Michael; Meuth, Ryan; Prussia, Kevin S; Danford, Andrew J; Whelan, Emily; Lee, William; Wigmore, Amy; WH_Moderna_Lit |
| **Cc:** | WH_Moderna_Lit; BioNTech-Moderna-PH; COVIDPatentPfizer; lbromberg@mccarter.com; ebelt@mccarter.com; wproctor@mccarter.com; LSS; Robbins, Jeffrey S.; Lipchitz, Joseph D. |
| **Subject:** | RE: ModernaTX, Inc. et al v. Pfizer Inc. et al - Discovery Responses |
| **Date:** | Wednesday, August 16, 2023 8:43:24 AM |

Soyoung,

Thank you for your email.  The parties' dispute regarding Defendants' responses to Moderna's Interrogatory Nos. 3, 7, 8, and 9 is reflected in multiple correspondence (identified below) and was discussed during a telephonic conference on April 27, 2023:

- March 17, 2023 Ltr. from K. Prussia to L. Bromberg and J. Robbins

- Apr. 10, 2023 Ltr. from R. Meuth to K. Prussia
- May 10, 2023 Ltr. from M. Laupheimer to R. Meuth
- June 14, 2023 Ltr. from M. Laupheimer to R. Meuth and M. Liu

Please let us know by 5pm ET today if Defendants' responses to Moderna's Interrogatory Nos. 3, 7, 8, and 9 are confidential, such that it would require Moderna to submit a motion to seal.

Best regards,
Nora

**From:** Jung, Soyoung <soyoungjung@paulhastings.com>
**Sent:** Tuesday, August 15, 2023 5:10 PM
**To:** Xu, Nora N. <Nora.Xu@wilmerhale.com>; Laupheimer, Madeleine C <Madeleine.Laupheimer@wilmerhale.com>; Boucher, Gregory M. <Gregory.Boucher@saul.com>; Liu, Michael <mliu@wc.com>; Meuth, Ryan <ryanmeuth@paulhastings.com>; Prussia, Kevin S <Kevin.Prussia@wilmerhale.com>; Danford, Andrew J <Andrew.Danford@wilmerhale.com>; Whelan, Emily <Emily.Whelan@wilmerhale.com>; Lee, William <William.Lee@wilmerhale.com>; Wigmore, Amy <Amy.Wigmore@wilmerhale.com>; WH_Moderna_Lit <WH_Moderna_Lit@wilmerhale.com>
**Cc:** WH_Moderna_Lit <WH_Moderna_Lit@wilmerhale.com>; BioNTech-Moderna-PH <BioNTech-Moderna-PH@paulhastings.com>; COVIDPatentPfizer <COVIDPatentPfizer@wc.com>; lbromberg@mccarter.com; ebelt@mccarter.com; wproctor@mccarter.com; LSS <LSS@saul.com>; Robbins, Jeffrey S. <jeffrey.robbins@saul.com>; Lipchitz, Joseph D. <joseph.lipchitz@saul.com>
**Subject:** RE: ModernaTX, Inc. et al v. Pfizer Inc. et al - Discovery Responses

**EXTERNAL SENDER**

Dear Nora,

We are considering your email.  In the meantime, Defendants are not aware of any dispute between the parties that would require Plaintiffs to file a motion to seal with respect to discovery requests.  Please let us know what the dispute is so that we may consider your request in context and

potentially determine if we can avoid burdening the Court with unnecessary disputation.

Best,
Soyoung

**From:** Xu, Nora N. <Nora.Xu@wilmerhale.com>
**Sent:** Tuesday, August 15, 2023 8:14 AM
**To:** Laupheimer, Madeleine C <Madeleine.Laupheimer@wilmerhale.com>; Boucher, Gregory M. <Gregory.Boucher@saul.com>; Liu, Michael <mliu@wc.com>; Meuth, Ryan <ryanmeuth@paulhastings.com>; Prussia, Kevin S <Kevin.Prussia@wilmerhale.com>; Danford, Andrew J <Andrew.Danford@wilmerhale.com>; Whelan, Emily <Emily.Whelan@wilmerhale.com>; Lee, William <William.Lee@wilmerhale.com>; Wigmore, Amy <Amy.Wigmore@wilmerhale.com>; WH_Moderna_Lit <WH_Moderna_Lit@wilmerhale.com>
**Cc:** WH_Moderna_Lit <WH_Moderna_Lit@wilmerhale.com>; BioNTech-Moderna-PH <BioNTech-Moderna-PH@paulhastings.com>; COVIDPatentPfizer <COVIDPatentPfizer@wc.com>; lbromberg@mccarter.com; ebelt@mccarter.com; wproctor@mccarter.com; LSS <LSS@saul.com>; Robbins, Jeffrey S. <jeffrey.robbins@saul.com>; Lipchitz, Joseph D. <joseph.lipchitz@saul.com>
**Subject:** [EXT] RE: ModernaTX, Inc. et al v. Pfizer Inc. et al - Discovery Responses

--- External Email ---

Counsel:

Please let us know by end of day tomorrow if Defendants' responses to Moderna's Interrogatory Nos. 3, 7, 8, and 9 are confidential, such that it would require Moderna to submit a motion to seal.

Best regards,
Nora

**From:** Laupheimer, Madeleine C <Madeleine.Laupheimer@wilmerhale.com>
**Sent:** Wednesday, June 14, 2023 12:41 PM
**To:** Boucher, Gregory M. <Gregory.Boucher@saul.com>; Liu, Michael <mliu@wc.com>; Meuth, Ryan <ryanmeuth@paulhastings.com>; Prussia, Kevin S <Kevin.Prussia@wilmerhale.com>; Danford, Andrew J <Andrew.Danford@wilmerhale.com>; Whelan, Emily <Emily.Whelan@wilmerhale.com>; Lee, William <William.Lee@wilmerhale.com>; Wigmore, Amy <Amy.Wigmore@wilmerhale.com>; Xu, Nora N. <Nora.Xu@wilmerhale.com>; WH_Moderna_Lit <WH_Moderna_Lit@wilmerhale.com>
**Cc:** WH_Moderna_Lit <WH_Moderna_Lit@wilmerhale.com>; BioNTech-Moderna-PH <BioNTech-Moderna-PH@paulhastings.com>; COVIDPatentPfizer <COVIDPatentPfizer@wc.com>; lbromberg@mccarter.com; ebelt@mccarter.com; wproctor@mccarter.com; LSS <LSS@saul.com>; Robbins, Jeffrey S. <jeffrey.robbins@saul.com>; Lipchitz, Joseph D. <joseph.lipchitz@saul.com>
**Subject:** RE: ModernaTX, Inc. et al v. Pfizer Inc. et al - Discovery Responses

Counsel,

Please see the attached correspondence.

Best regards,
Madeleine

**Madeleine Laupheimer | WilmerHale**
60 State Street
Boston, MA 02109 USA
+1 617 526 6107 (t)
+1 617 526 5000 (f)
madeleine.laupheimer@wilmerhale.com

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

**From:** Boucher, Gregory M. <Gregory.Boucher@saul.com>
**Sent:** Friday, May 19, 2023 5:40 PM
**To:** Liu, Michael <mliu@wc.com>; Meuth, Ryan <ryanmeuth@paulhastings.com>; Prussia, Kevin S <Kevin.Prussia@wilmerhale.com>; Danford, Andrew J <Andrew.Danford@wilmerhale.com>; Whelan, Emily <Emily.Whelan@wilmerhale.com>; Lee, William <William.Lee@wilmerhale.com>; Wigmore, Amy <Amy.Wigmore@wilmerhale.com>; Xu, Nora N. <Nora.Xu@wilmerhale.com>; WH_Moderna_Lit <WH_Moderna_Lit@wilmerhale.com>
**Cc:** WH_Moderna_Lit <WH_Moderna_Lit@wilmerhale.com>; BioNTech-Moderna-PH <BioNTech-Moderna-PH@paulhastings.com>; COVIDPatentPfizer <COVIDPatentPfizer@wc.com>; lbromberg@mccarter.com; ebelt@mccarter.com; wproctor@mccarter.com; LSS <LSS@saul.com>; Robbins, Jeffrey S. <jeffrey.robbins@saul.com>; Lipchitz, Joseph D. <joseph.lipchitz@saul.com>
**Subject:** RE: ModernaTX, Inc. et al v. Pfizer Inc. et al - Discovery Responses

**EXTERNAL SENDER**

Counsel,

Please see the attached for service:

- DEFENDANTS' FIRST SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFFS' FIRST SET OF COMMON INTERROGATORIES TO DEFENDANTS (NOS. 1, 2, 4, 5, 8)

Please note that the attached document has been designated confidential.  Thank you.

Greg

> **Gregory M. Boucher**
> Partner
> | Name Pronunciation: boo-shay
>
> **SAUL EWING LLP** | Boston
> **Office:** (617) 912-0931    **Cell:** (617) 777-3553

---

**From:** Liu, Michael <mliu@wc.com>
**Sent:** Thursday, March 9, 2023 6:00 PM
**To:** Meuth, Ryan <ryanmeuth@paulhastings.com>; Kevin.Prussia@wilmerhale.com; Danford, Andrew J <Andrew.Danford@wilmerhale.com>; emily.whelan@wilmerhale.com; william.lee@wilmerhale.com; Amy.Wigmore@wilmerhale.com; Nora.Xu@wilmerhale.com; WH_Moderna_Lit@wilmerhale.com
**Cc:** WH_Moderna_Lit <WH_Moderna_Lit@wilmerhale.com>; BioNTech-Moderna-PH <BioNTech-Moderna-PH@paulhastings.com>; COVIDPatentPfizer <COVIDPatentPfizer@wc.com>; lbromberg@mccarter.com; ebelt@mccarter.com; wproctor@mccarter.com; LSS <LSS@saul.com>; Robbins, Jeffrey S. <jeffrey.robbins@saul.com>; Lipchitz, Joseph D. <joseph.lipchitz@saul.com>; Boucher, Gregory M. <Gregory.Boucher@saul.com>
**Subject:** ModernaTX, Inc. et al v. Pfizer Inc. et al - Discovery Responses

**\*\*EXTERNAL EMAIL\*\* - This message originates from outside our Firm. Please consider carefully before responding or clicking links/attachments.**

Counsel,

Please see attached for service:

- Defendants' Objections and Responses to Plaintiffs' First Set of Interrogatories
- Defendants' Objections and Responses to Plaintiffs' First Set of Requests for Production

Please note that the attached documents have been designated confidential.  Thank you.

**Michael Xun Liu**

Associate | Williams & Connolly LLP

680 Maine Ave, S.W., Washington, DC 20024

(P) 202-434-5706 | (F) 202-434-5029

mliu@wc.com | www.wc.com

This message and any attachments are intended only for the addressee and may contain information that is privileged and confidential. If you have received this message in error, please do not read, use, copy, distribute, or disclose the contents of the message and any attachments. Instead, please delete the message and any attachments and notify the sender immediately. Thank you.


"Saul Ewing LLP (saul.com)" has made the following annotations:
+~~~~~~~~~~~~~~~~~~~~~~~+
This e-mail may contain privileged, confidential, copyrighted, or other legally protected information. If you are not the intended recipient (even if the e-mail address is yours), you may not use, copy, or retransmit it. If you have received this by mistake please notify us by return e-mail, then delete.
+~~~~~~~~~~~~~~~~~~~~~~~+


*******************************************************************************
This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments. If you reply to this message, Paul Hastings may collect personal information including your name, business name and other contact details, and IP address. For more information about Paul Hastings' information collection, privacy and security principles please click HERE. If you have any questions, please contact Privacy@paulhastings.com.