# EXHIBIT C

**From:** ████ <████@pfizer.com>
**To:** <████@pfizer.com>; [numerous redacted @pfizer.com recipients]

**Sent:** 10/9/2020 6:48:21 PM
**Subject:** COVID-19 Landscape for the week ending October 9th, 2020

Here is the link to the most recent edition of my team's COVID-19 Landscape and supporting details, as well as to this week's "COVID-19 Flash Report" on Lilly submitting an initial request for an EUA of its LY-CoV555 (bamlanivimab) in higher-risk patients who have been recently diagnosed with mild-to-moderate COVID-19

For a quick read, here are the main updates we would like to highlight for the week ending October 9th, 2020 (slide 3):

- **Vaccines**
  - While **AstraZeneca's US-based Ph 3 trial of AZD1222 remains on hold**, the company resumed its Ph 1/2 study of the COVID-19 vaccine in Japan after receiving confirmation from the Japanese Pharmaceuticals and Medical Devices Agency; separately, the **European Medicines Agency (EMA)**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PFIZER_COMIR_01705454

initiated a 'rolling review' of AZD1222
- The Brazilian government signed a **$90M** contract with **Sinovac** to receive **46M** doses of its COVID-19 vaccine, with first shipments expected in **December 2020**
- The **White House accepted the new FDA COVID-19 vaccine development guidelines** that require developers to follow trial participants for at least two months for adverse events before seeking emergency authorization, making it unlikely that a vaccine will be authorized in the US ahead of the 2020 presidential election
- **J&J** signed an advance purchase agreement with the EU to supply **200M** doses of its COVID-19 vaccine, once authorized, with option rider for an additional 200M doses
- **Moderna** declared that it **will not enforce its vaccine patents during the pandemic** as it may "decrease the number of vaccines" available to the global population.
- **Moderna** announced an agreement with the Defense Advanced Research Projects Agency (DARPA), providing the biotech with up to $56M to develop a mobile, end-to-end manufacturing protype **capable of rapidly producing vaccines and therapeutics during future pandemics**
- **AstraZeneca** reportedly stated to the Brazilian Government that the company may consider the pandemic over as early as July 2021, thus limiting the period during which AZD1222 will be available at cost

## Therapeutics
- **Lilly submitted an "initial request" for emergency use authorization (EUA) of its monoclonal antibody LY-CoV555 (bamlanivimab)** in recently diagnosed higher-risk mild-to-moderate COVID-19 patients; the company anticipates suppling up to 1M does by the end of 2020, and has established a **collaboration with the Bill & Melinda Gates Foundation to distribute the therapy in low- and middle-income countries**, with Lilly's collaborators AbCellera, Junshi, and Columbia University each agreeing to waive their royalties on the Lilly's mAbs
- Additionally, **Lilly** shared **interim results from a trial testing the combination of LY-CoV555 and LY-CoV016 (etesevimab)** in patients with mild-to-moderate COVID-19, showing a significant reduction in viral load at day 11, as well as improvement in symptoms and COVID-related hospitalization and ER visits; Lilly anticipates a BLA submission for the combination as early as 2Q21
- **Regeneron** quietly revealed that it **submitted an EUA request to the FDA for its COVID-19 mAb cocktail REGN-COV2**, following HHS Secretary Alex Azar's suggestion, during Congressional testimony, that **the candidate "could be literally many weeks to a month or two from emergency authorization,"** while some financial analysts speculated that an authorization could be expedited and come "in a matter of days" after President Trump received the therapy last week, adding that "it is hard to use it [in the President] and not make it available to the general public"
- The **EMA will investigate "all available safety data" for remdesivir** after reports emerged of COVID-19 patients developing acute kidney injury while taking the antiviral
- **Merck posted two Ph 2/3 trials for its COVID-19 oral ribonucleoside analog molnupiravir (MK-4482)** in hospitalized and non-hospitalized participants, administering one of three dose levels to patients twice daily for five days and measuring the percentage who progress to hospitalization in a 1,450-ambulatory patient study, or time-to-sustained recovery in the 1,300-hospitalized patient trial; both trials have primary completion dates in April 2021
- **GSK and Vir will progress their COVID-19 mAb VIR-7831 into global Ph 3 studies** in 1,340 patients who are at high risk of hospitalization; interim data are expected "as early as the end of 2020"
- **Gilead** and the **European Commission signed a 6-month, extendible contract to provide Veklury (remdesivir)** to the European Union, European Economic Area, the UK, as well as six Balkan countries with up to 500,000 doses of the antiviral; the EU placed an immediate order of 3,400 courses of treatment

## Other
- **FDA granted an EUA** for Dascena's **machine learning algorithm** designed to assess the risk of hospitalized patients progressing to intubation, aiming to avoid poor outcomes resulting from emergency intubations

We continue to evolve the material and, as previously, have denoted new content accordingly. If there is information that you consider missing / errant or that you would like to see in a future release – incl. specific additional companies or programs, please let us know.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                                                 PFIZER_COMIR_01705455

Best,

[redacted]

Note: Those on this distribution have automatic permission to access to the file. If others require access, please email your request (incl. business rationale) to [redacted] on the CI Team.

[redacted]
Competitive Intelligence Lead
PDA | Chief Business Office

