IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MODERNATX, INC. and MODERNA US, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PFIZER INC., BIONTECH SE, BIONTECH MANUFACTURING GMBH, and BIONTECH US INC.,<br><br>Defendants. | C.A. No. 22-11378-RGS<br><br>JURY TRIAL DEMANDED |

**DECLARATION OF KEVIN S. PRUSSIA IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO SUPPLEMENT ITS INFRINGEMENT CONTENTIONS**

I, Kevin. S. Prussia, declare as follows:

1. I am a partner at the law firm Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"), counsel for ModernaTX, Inc. and Moderna US, Inc. (together, "Plaintiffs") in the above-captioned action. I am a licensed attorney and a member in good standing of the Bars of the Commonwealth of Massachusetts and the State of New York. I respectfully submit this declaration in support of Plaintiffs' Motion for Leave to Supplement its Infringement Contentions.

2. Attached hereto as Exhibit 1 is a true and correct copy of a document titled *Pfizer and BioNTech Submit Applications to U.S. FDA for Omicron XBB.1.5-Adapted Monovalent COVID-19 Vaccine*, Pfizer (June 23, 2023), available at https://www.pfizer.com/news/announcements/pfizer-and-biontech-submit-applications-us-fda-omicron-xbb15-adapted-monovalent.

3. Attached hereto as Exhibit 2 is a true and correct copy of a document titled *Pfizer-BioNTech COVID-19 Vaccine*, United States Food and Drug Administration (last visited Nov. 8, 2023), available at https://www.fda.gov/vaccines-blood-biologics/coronavirus-covid-19-cber-regulated-biologics/pfizer-biontech-covid-19-vaccine.

4. Attached hereto as Exhibit 3 is a true and correct copy of a document titled *Dosing Schedule for People 12 Years of Age & Older (2023-2024 Formula)*, Comirnaty (Oct. 2023), https://webfiles.pfizer.com/covid19dosing12yr.

5. Attached hereto as Exhibit 4 is a true and correct copy of a document titled *Fact Sheet for Healthcare Providers Administering Vaccine: Emergency Use Authorization of Pfizer-BioNTech COVID-19 Vaccine (2023-2024 Formula), for 6 Months Through 11 Years of Age*, United States Food and Drug Administration (Sept. 11, 2023), available at https://www.fda.gov/media/167211/download?attachment.

6. Attached hereto as Exhibit 5 is a true and correct copy of an e-mail correspondence regarding production of documents from C. Schimke, Williams & Connelly LLP, to Counsel for Moderna, WilmerHale LLP, dated October 6, 2023.

7. Attached hereto as Exhibit 6 is a true and correct copy of Defendant Pfizer Inc.'s First Set of Interrogatories (Nos. 1-4), served on October 18, 2023.

8. Attached hereto as Exhibit 7 is a true and correct copy of Moderna's First Set of Common Interrogatories to Defendants, served on January 20, 2023.

9. Attached hereto as Exhibit 8 is a true and correct copy of Moderna's First Set of Common Requests for Production of Documents to Defendants, served on January 20, 2023.

10. Attached hereto as Exhibit 9 is a true and correct copy of a March 17, 2023 Letter from Kevin Prussia, Counsel for Moderna, to Counsel for Defendants, Williams & Connolly LLP and Paul Hastings LLP.

11. Attached hereto as Exhibit 10 is a true and correct copy of a May 10, 2023 Letter from Madeleine Laupheimer, Counsel for Moderna, to Ryan Meuth, Counsel for Defendants.

12. Attached hereto as Exhibit 11 is a true and correct copy of a June 14, 2023 Letter from Madeleine Laupheimer, Counsel for Moderna, to Ryan Meuth and Michael Liu, Counsel for Defendants.

13. Attached hereto as Exhibit 12 is a true and correct copy of an excerpt of Moderna's Responses and Objections to Defendant Pfizer, Inc.'s First Set of Interrogatories to Moderna, served on November 17, 2023.

14. Attached hereto as Exhibit 13 is a true and correct copy of Moderna's proposed Supplemental Infringement Chart for U.S. Patent No. 10,933,127, which shows Moderna's proposed supplementation in redline.

15. Attached hereto as Exhibit 14 is a true and correct copy of Moderna's proposed Supplemental Infringement Chart for U.S. Patent No. 10,702,600, which shows Moderna's proposed supplementation in redline.

16. Attached hereto as Exhibit 15 is a true and correct copy of Moderna's proposed Supplemental Infringement Chart for U.S. Patent No. 10,898,574, which shows Moderna's proposed supplementation in redline.

17. Attached hereto as Exhibit 16 is a true and correct copy of a December 13, 2023 E-mail from Kelly Todd, Counsel for Moderna, to Kathryn Kayali, Counsel for Defendants.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 13, 2023, in Boston, Massachusetts.

Date: December 13, 2023

Respectfully submitted,

<u>/s/ Kevin S. Prussia</u>
William F. Lee (BBO# 291960)
Emily R. Whelan (BBO# 646982)
Kevin S. Prussia (BBO# 666813)
Andrew J. Danford (BBO# 672342)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000
william.lee@wilmerhale.com
emily.whelan@wilmerhale.com
kevin.prussia@wilmerhale.com
andrew.danford@wilmerhale.com

Amy K. Wigmore (BBO# 629275)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
(202) 663-6000
amy.wigmore@wilmerhale.com

*Counsel for Plaintiffs ModernaTX, Inc. and Moderna US, Inc.*