# Exhibit 2

# Pfizer-BioNTech COVID-19 Vaccine

*Pfizer-BioNTech COVID-19 Vaccine (2023-2024 Formula) Authorized For Individuals 6 Months through 11 Years of Age*



Pfizer-BioNTech Fact Sheets

Fact Sheet Translations

Vacunas contra el COVID-19 (https://www.fda.gov/about-fda/fda-en-espanol/vacunas-contra-el-covid-19)

On September 11, 2023, the Food and Drug Administration amended the emergency use authorization (EUA) of Pfizer-BioNTech COVID-19 Vaccine to include the 2023-2024 formula. The Pfizer-BioNTech COVID-19 Vaccine (2023-2024 Formula) includes a monovalent (single) component that corresponds to the Omicron variant XBB.1.5 of SARS-CoV-2. The Pfizer-BioNTech COVID-19 Vaccine (2023-2024 Formula) is authorized for all doses administered to individuals 6 months through 11 years of age to prevent COVID-19. The Pfizer-BioNTech COVID-19 Vaccine, Bivalent is no longer authorized for use in the United States.

Pfizer-BioNTech COVID-19 Vaccine (2023-2024 Formula) is authorized for use as follows:

**Individuals 6 months through 4 years of age:**

- **Unvaccinated individuals:** Three doses of Pfizer-BioNTech COVID-19 Vaccine (2023-2024 Formula) are administered. The first two doses are administered three weeks apart. The third dose is administered at least 8 weeks after the second dose.

- **Individuals who have received one dose of any Pfizer BioNTech COVID-19 Vaccine, including Pfizer-BioNTech COVID-19 Vaccine, Bivalent:** Two doses of Pfizer-BioNTech COVID-19 Vaccine (2023-2024 Formula) are administered. The first dose of Pfizer-BioNTech COVID-19 Vaccine (2023-2024 Formula) is administered three weeks after receipt of the previous dose and the second dose is administered at least 8 weeks later.

- **Individuals who have received two to four doses of any Pfizer BioNTech COVID-19 Vaccine, including Pfizer-BioNTech COVID-19 Vaccine, Bivalent:** A

single dose of Pfizer-BioNTech COVID 19 Vaccine (2023-2024 Formula) is administered at least 8 weeks after receipt of the last previous dose.

**Individuals 5 years through 11 years of age, regardless of vaccination status:**

- **A single dose of Pfizer-BioNTech COVID-19 Vaccine (2023-2024 Formula).** **If** previously vaccinated with any COVID-19 vaccine, administer at least 2 months after receipt of the last previous dose of any COVID-19 vaccine.

**Immunocompromised individuals 6 months through 11 years of age::**

- **Complete at least a three-dose series with a COVID-19 vaccine, each dose one month apart.** At least one dose should be with a COVID-19 vaccine (2023-2024 Formula).

# Pfizer-BioNTech COVID-19 Fact Sheets and Materials

| Material | Audience | Last Updated |
| --- | --- | --- |
| Fact Sheet (/media/167212/download?attachment) | Recipient and Caregiver | September 11, 2023 |
| Fact Sheet (/media/167211/download?attachment) | Healthcare Provider | December 8, 2023 |
| Dear Healthcare Provider Letter (/media/171951/download?attachment) | Healthcare Professionals | September 11, 2023 |

Showing 1 to 3 of 3 entries

# Pfizer-BioNTech Regulatory Information (Emergency Use Authorization)

| Information | Date |
| --- | --- |
| Granting Letter (/media/174650/download?attachment) | December 8, 2023 |
| Concurrence Letter (/media/173871/download?attachment) | November 15, 2023 |
| Decision Memorandum (/media/172019/download?attachment) | September 11, 2023 |
| Letter of Authorization (/media/150386/download?attachment) (Reissued) | September 11, 2023 |

Showing 1 to 4 of 4 entries

# Federal Register Notices

| Title ⬍ | Date ⬍ |
|---|---|
| Authorizations of Emergency Use of Two Biological Products During the COVID-19 Pandemic; Availability (https://www.federalregister.gov/documents/2021/01/19/2021-01022/authorizations-of-emergency-use-of-two-biological-products-during-the-covid-19-pandemic-availability) | January 19, 2021 |

Showing 1 to 1 of 1 entries

## Translations of the Fact Sheet for Recipients and Caregivers

| | |
|---|---|
| 关于具有紧急使用授权（EUA）的预防2019年冠状病毒疾病（Covid-19）的辉瑞生物技术二价COVID-19疫苗的受种者和照顾者情况说明书 (/media/168069/download?attachment) (September 11, 2023) | 中文 (Chinese, Simplified) |
| 코로나바이러스 감염증 2019(코로나19) 예방을 위한 긴급사용승인(EUA)을 받은 화이자-바이오엔테크 코로나19 2가 백신 접종자 및 보호자를 위한 사실 보고서 (/media/168074/download?attachment) (September 11, 2023) | 한국어 (Korean) |
| HOJA DE INFORMACIÓN PARA RECEPTORES Y CUIDADORES SOBRE LA VACUNA BIVALENTE CONTRA EL COVID-19 DE PFIZER-BIONTECH QUE CUENTA CON AUTORIZACIÓN DE USO DE EMERGENCIA (EUA) PARA PREVENIR LA ENFERMEDAD DEL CORONAVIRUS 2019 (COVID-19) (/media/168071/download?attachment) (September 11, 2023) | Español (Spanish) |
| FACT SHEET PARA SA MGA TAGATANGGAP AT TAGAPAG-ALAGA TUNGKOL SA BAKUNANG PFIZER-BIONTECH PARA SA COVID-19 NA MAY AWTORISASYON PARA SA PANG-EMERHENSYANG PAGGAMIT (EUA) UPANG MAIWASAN ANG SAKIT NA CORONAVIRUS 2019 (COVID-19) (/media/168072/download?attachment) (September 11, 2023) | Tagalog (Tagalog) |
| TỜ THÔNG TIN DÀNH CHO NGƯỜI NHẬN VÀ NGƯỜI CHĂM SÓC VỀ VẮC-XIN LƯỠNG TRỊ COVID-19 PFIZER-BIONTECH ĐÃ ĐƯỢC CẤP PHÉP SỬ DỤNG KHẨN CẤP (UEA) ĐỂ PHÒNG NGỪA BỆNH DO VI-RÚT CORONA 2019 (COVID-19) (/media/168073/download?attachment) (September 11, 2023) | Tiếng Việt (Vietnamese) |