# Exhibit 3


**(COVID-19 Vaccine, mRNA)**

## Dosing Schedule for People 12 Years of Age & Older
### (2023-2024 Formula)



COMIRNATY® (COVID-19 Vaccine, mRNA) is a vaccine for use in people 12 years of age and older to protect against coronavirus disease 2019 (COVID-19).

**COMIRNATY is administered as a single dose for people 12 years of age and older. People previously vaccinated with any COVID-19 vaccine should receive the dose of COMIRNATY at least 2 months after the last dose of COVID-19 vaccine.**

If you are immunocompromised, talk to your healthcare provider. Your immune response to COVID-19 vaccination may not be as strong as people who are not immunocompromised. Your healthcare provider may have different recommendations for COVID-19 vaccinations

*Vaccination with COMIRNATY may not protect everyone.*

COMIRNATY does not contain SARS-CoV-2, the virus that causes COVID-19. COMIRNATY cannot give you COVID-19.

**SELECT SAFETY INFORMATION**

You should **NOT** receive COMIRNATY® (COVID-19 Vaccine, mRNA) if you had a severe allergic reaction to a previous dose of COMIRNATY or any Pfizer-BioNTech COVID-19 vaccine* or to any ingredient in these vaccines

**Don't delay. Find a vaccine near you today. | COMIRNATY.COM/VACCINE-FINDER**

*COMIRNATY (2023-2024 Formula) is made the same way as Pfizer-BioNTech COVID-19 Vaccine (Original monovalent) and Pfizer-BioNTech COVID-19 Vaccine, Bivalent, but it encodes the spike protein of SARS-CoV-2 Omicron variant lineage XBB.1.5 (Omicron XBB.1.5).

## Important Safety Information and Indication

**IMPORTANT SAFETY INFORMATION**

- You should **NOT** receive COMIRNATY® (COVID-19 Vaccine, mRNA) if you had a severe allergic reaction to a previous dose of COMIRNATY or any Pfizer-BioNTech COVID-19 vaccine* or to any ingredient in these vaccines

    *COMIRNATY (2023-2024 Formula) is made the same way as Pfizer-BioNTech COVID-19 Vaccine (Original monovalent) and Pfizer-BioNTech COVID-19 Vaccine, Bivalent, but it encodes the spike protein of SARS-CoV-2 Omicron variant lineage XBB.1.5 (Omicron XBB.1.5).

- There is a remote chance that COMIRNATY could cause a severe allergic reaction. A severe allergic reaction would usually occur within a few minutes to 1 hour after getting a dose. For this reason, your vaccination provider may ask you to stay at the place where you received the vaccine for monitoring after vaccination. Signs of a severe allergic reaction can include:
    - Difficulty breathing
    - Swelling of your face and throat
    - A fast heartbeat
    - A bad rash all over the body
    - Dizziness and weakness

Please click here for full Prescribing Information and Patient Information for COMIRNATY



# Important Safety Information and Indication (cont'd)

- Myocarditis (inflammation of the heart muscle) and pericarditis (inflammation of the lining outside the heart) have occurred in some people who have received mRNA COVID-19 vaccines, including COMIRNATY and Pfizer-BioNTech COVID-19 vaccines. Myocarditis and pericarditis following COMIRNATY have occurred most commonly in adolescent males 12 through 17 years of age. In most of these individuals, symptoms began within a few days following vaccination. The chance of having this occur is very low. You should seek medical attention right away if you or your child have any of the following symptoms after receiving the vaccine, particularly during the 2 weeks after receiving a dose of the vaccine:
    - Chest pain
    - Shortness of breath
    - Feelings of having a fast-beating, fluttering, or pounding heart
- Fainting can happen after getting injectable vaccines including COMIRNATY. Your vaccination provider may ask you to sit or lie down for 15 minutes after receiving the vaccine
- People with weakened immune systems may have a reduced immune response to COMIRNATY
- COMIRNATY may not protect all vaccine recipients
- **Before getting COMIRNATY, tell your vaccination provider about all of your medical conditions, including if you:**
    - have any allergies
    - had a severe allergic reaction after receiving a previous dose of any COVID-19 vaccine
    - have had myocarditis (inflammation of the heart muscle) or pericarditis (inflammation of the lining outside the heart)
    - have a fever
    - have a bleeding disorder or are on a blood thinner
    - are immunocompromised or are on a medicine that affects your immune system
    - are pregnant, plan to become pregnant, or are breastfeeding
    - have received another COVID-19 vaccine
    - have ever fainted in association with an injection

Additional side effects that have been reported with COMIRNATY or Pfizer-BioNTech COVID-19 vaccines include:

Non-severe allergic reactions such as rash, itching, hives, or swelling of the face

Injection site reactions: pain, swelling, redness, arm pain

General side effects: tiredness, headache, muscle pain, chills, joint pain, fever, nausea, feeling unwell, lymph nodes (lymphadenopathy), decreased appetite, diarrhea, vomiting, dizziness.

These may not be all the possible side effects of COMIRNATY. Ask your healthcare provider about any side effects that concern you.

You may report side effects to the FDA/CDC Vaccine Adverse Event Reporting System (VAERS). The VAERS toll-free number is 1-800-822-7967 or report online to www.vaers.hhs.gov/reportevent.html. In addition, you can report side effects to Pfizer Inc. at 1-800-438-1985 or www.pfizersafetyreporting.com

## INDICATION

COMIRNATY® (COVID-19 Vaccine, mRNA) is a vaccine for use in people 12 years of age and older to protect against coronavirus disease 2019 (COVID-19).

**Please click here for full Prescribing Information and Patient Information for COMIRNATY**

© 2023 Pfizer Inc.     All rights reserved.     PP-CVV-USA-3582     October 2023

