# Exhibit 5

| | |
|---|---|
| **From:** | Schimke, Carl |
| **To:** | Gulino, Anita; Carrillo, Maritza; Whelan, Emily; Lee, William; Curtis, Annaleigh; Prussia, Kevin S; Danford, Andrew J; Wigmore, Amy; Xu, Nora N.; WH_Moderna_Lit; Laupheimer, Madeleine C; youngpark@paulhastings.com |
| **Cc:** | wmcdougald@wc.com; cschimke@wc.com; rfaustin@wc.com; covidpatentpfizer@wc.com; biontech-moderna-ph@paulhastings.com; wproctor@mccarter.com; rebeccahilgar@paulhastings.com; ryanmeuth@paulhastings.com; brucewexler@paulhastings.com; carlminniti@paulhastings.com; joseph.lipchitz@saul.com; simonkung@paulhastings.com; ericdittmann@paulhastings.com; jeffrey.robbins@saul.com; gregory.boucher@saul.com; ebelt@mccarter.com; lbromberg@mccarter.com |
| **Subject:** | ModernaTX, Inc. v. Pfizer Inc., et al., C.A. No. 1:22-11378 - Pfizer"s Production Vol. Nos. 15-19 |
| **Date:** | Friday, October 6, 2023 5:18:37 PM |

**EXTERNAL SENDER**



## Schimke, Carl sent you a secure message

Access message

*Counsel, You should have received a separate link to an FTP transfer of Pfizer's Production Volume Nos. 15-19, which consist of Bates Range ..*

Attachments expire on Oct 20, 2023



**5 compressed files**
PFE_015.rar, PFE_019.rar, PFE_016.rar, PFE_017.rar, PFE_018.rar

This message requires that you sign in to access the message and any file attachments. Please note that Williams & Connolly may be notified when this content is downloaded.

If you have any questions, please contact the Help Desk at 202-434-5900 or helpdesk@wc.com. Thank you.

This message and any attachments are intended only for the addressee and may contain information that is privileged and confidential. If you have received this message in error, please do not read, use, copy, distribute, or disclose the contents of the message and any attachments. Instead, please delete the message and any attachments and notify the sender immediately. Thank you.