# Exhibit 16

# Todd, Kelly

| | |
|---|---|
| **From:** | Todd, Kelly |
| **Sent:** | Wednesday, December 13, 2023 5:34 PM |
| **To:** | Kayali, Kathryn; lbromberg@mccarter.com; COVIDPatentPfizer; BioNTech-Moderna-PH; Belt, Erik Paul; wproctor@mccarter.com; Selby, Thomas; Fisher, Stanley; Liu, Michael; Boucher, Gregory M.; Ghosh, Shayon; Park, Young J.; Tavares, Julie; Anderson, Derrick; Kung, Simon; Meuth, Ryan; Bernal Anderson, Haylee; brucewexler@paulhastings.com; Robbins, Jeffrey S.; Lipchitz, Joseph D.; ericdittmann@paulhastings.com; Minniti, Carl |
| **Cc:** | WH_Moderna_Lit |
| **Subject:** | RE: Moderna v. Pfizer and BioNTech, 22-cv-11378 |Moderna's Supplemental Infringement Contentions |

Kat,

As you note, the parties have met and conferred on these issues earlier today. Accordingly, Moderna has fulfilled its obligations under Rule 7.1. Moderna will include the following in its motion to supplement and motion to seal:

> On December 12, 2023, Moderna notified Defendants of its intent to move to supplement its infringement contentions, the nature of its supplementation, and its intent to file certain exhibits under seal. The parties met and conferred regarding these issues on December 13, at which time Defendants indicated that they were considering Moderna's requests. Moderna requested that Defendants provide their positions by the end of the day, and Defendants failed to do so. Accordingly, Moderna considers the instant motion to be opposed by Defendants. Defendants' position is: "Plaintiffs gave notice of their intention to seek leave to serve amended contentions at 2PM on 12/12/2023. Defendants met and conferred with Plaintiffs this morning in order to understand the relief sought in the contemplated motion and the bases therefore. We are conferring with our clients and do not yet have a position."

Best,
Kelly

---

**From:** Kayali, Kathryn <KKayali@wc.com>
**Sent:** Wednesday, December 13, 2023 5:11 PM
**To:** Todd, Kelly <Kelly.Todd@wilmerhale.com>; lbromberg@mccarter.com; COVIDPatentPfizer <COVIDPatentPfizer@wc.com>; BioNTech-Moderna-PH <BioNTech-Moderna-PH@paulhastings.com>; Belt, Erik Paul <ebelt@McCarter.com>; wproctor@mccarter.com; Selby, Thomas <TSelby@wc.com>; Fisher, Stanley <SFisher@wc.com>; Liu, Michael <mliu@wc.com>; Boucher, Gregory M. <Gregory.Boucher@saul.com>; Ghosh, Shayon <sghosh@wc.com>; Park, Young J. <youngpark@paulhastings.com>; Tavares, Julie <jtavares@wc.com>; Anderson, Derrick <danderson@wc.com>; Kung, Simon <simonkung@paulhastings.com>; Meuth, Ryan <ryanmeuth@paulhastings.com>; Bernal Anderson, Haylee <HAnderson@wc.com>; brucewexler@paulhastings.com; Robbins, Jeffrey S. <jeffrey.robbins@saul.com>; Lipchitz, Joseph D. <joseph.lipchitz@saul.com>; ericdittmann@paulhastings.com; Minniti, Carl <carlminniti@paulhastings.com>
**Cc:** WH_Moderna_Lit <WH_Moderna_Lit@wilmerhale.com>
**Subject:** RE: Moderna v. Pfizer and BioNTech, 22-cv-11378 |Moderna's Supplemental Infringement Contentions

**EXTERNAL SENDER**

Kelly:

Please include the following in the Rule 7.1 statement:

"Defendants' position is: Plaintiffs gave notice of their intention to seek leave to serve amended contentions at 2PM on 12/12/2023. Defendants met and conferred with Plaintiffs this morning in order to understand the relief sought in the contemplated motion and the bases therefore. We are conferring with our clients and do not yet have a position."

Best,

Kat

From: Todd, Kelly <Kelly.Todd@wilmerhale.com<mailto:Kelly.Todd@wilmerhale.com>>
Date: Wednesday, Dec 13, 2023 at 4:34 PM
To: Kayali, Kathryn <KKayali@wc.com<mailto:KKayali@wc.com>>, lbromberg@mccarter.com <lbromberg@mccarter.com<mailto:lbromberg@mccarter.com>>, COVIDPatentPfizer <COVIDPatentPfizer@wc.com<mailto:COVIDPatentPfizer@wc.com>>, BioNTech-Moderna-PH <BioNTech-Moderna-PH@paulhastings.com<mailto:BioNTech-Moderna-PH@paulhastings.com>>, Belt, Erik Paul <ebelt@McCarter.com<mailto:ebelt@McCarter.com>>, wproctor@mccarter.com <wproctor@McCarter.com<mailto:wproctor@McCarter.com>>, Selby, Thomas <TSelby@wc.com<mailto:TSelby@wc.com>>, Fisher, Stanley <SFisher@wc.com<mailto:SFisher@wc.com>>, Liu, Michael <mliu@wc.com<mailto:mliu@wc.com>>, Boucher, Gregory M. <Gregory.Boucher@saul.com<mailto:Gregory.Boucher@saul.com>>, Ghosh, Shayon <sghosh@wc.com<mailto:sghosh@wc.com>>, Park, Young J. <youngpark@paulhastings.com<mailto:youngpark@paulhastings.com>>, Tavares, Julie <jtavares@wc.com<mailto:jtavares@wc.com>>, Anderson, Derrick <danderson@wc.com<mailto:danderson@wc.com>>, Kung, Simon <simonkung@paulhastings.com<mailto:simonkung@paulhastings.com>>, Meuth, Ryan <ryanmeuth@paulhastings.com<mailto:ryanmeuth@paulhastings.com>>, Bernal Anderson, Haylee <HAnderson@wc.com<mailto:HAnderson@wc.com>>, brucewexler@paulhastings.com <brucewexler@paulhastings.com<mailto:brucewexler@paulhastings.com>>, Robbins, Jeffrey S. <jeffrey.robbins@saul.com<mailto:jeffrey.robbins@saul.com>>, Lipchitz, Joseph D. <joseph.lipchitz@saul.com<mailto:joseph.lipchitz@saul.com>>, ericdittmann@paulhastings.com <ericdittmann@paulhastings.com<mailto:ericdittmann@paulhastings.com>>, Minniti, Carl <carlminniti@paulhastings.com<mailto:carlminniti@paulhastings.com>>
Cc: WH_Moderna_Lit <WH_Moderna_Lit@wilmerhale.com<mailto:WH_Moderna_Lit@wilmerhale.com>>
Subject: RE: Moderna v. Pfizer and BioNTech, 22-cv-11378 |Moderna's Supplemental Infringement Contentions

Counsel,

Following up on my email below. Please confirm whether Defendants' will oppose Moderna's motion to supplement and that Defendant's consent to filing the exhibits described below under seal by no later than 5:15pm ET. If we do not hear from you by 5:15pm ET, we will presume that Defendants oppose both the motion to seal and motion to supplement and will file accordingly.

Thanks,

Kelly

From: Todd, Kelly
Sent: Wednesday, December 13, 2023 1:11 PM
To: Kayali, Kathryn <KKayali@wc.com>; lbromberg@mccarter.com; COVIDPatentPfizer <COVIDPatentPfizer@wc.com>; BioNTech-Moderna-PH <BioNTech-Moderna-PH@paulhastings.com>; Belt, Erik Paul <ebelt@McCarter.com>; wproctor@mccarter.com; Selby, Thomas <TSelby@wc.com>; Fisher, Stanley <SFisher@wc.com>; Liu, Michael <mliu@wc.com>; Boucher, Gregory M. <Gregory.Boucher@saul.com>; Ghosh, Shayon <sghosh@wc.com>; Park, Young J. <youngpark@paulhastings.com>; Tavares, Julie <jtavares@wc.com>; Anderson, Derrick <danderson@wc.com>; Kung, Simon <simonkung@paulhastings.com>; Meuth, Ryan <ryanmeuth@paulhastings.com>; Bernal Anderson, Haylee <HAnderson@wc.com>; brucewexler@paulhastings.com; Robbins, Jeffrey S. <jeffrey.robbins@saul.com>; Lipchitz, Joseph D. <joseph.lipchitz@saul.com>; ericdittmann@paulhastings.com; Minniti, Carl <carlminniti@paulhastings.com>
Cc: WH_Moderna_Lit <WH_Moderna_Lit@wilmerhale.com>
Subject: RE: Moderna v. Pfizer and BioNTech, 22-cv-11378 |Moderna's Supplemental Infringement Contentions

Counsel,

Thanks for the call earlier today. As discussed on the call, we understand that Defendants will confer with their clients regarding Moderna's forthcoming motion for leave to supplement its infringement contentions and endeavor to respond regarding whether Defendants will oppose Moderna's motion this afternoon. Per our call, should Defendants oppose Moderna's request for leave to supplement to add citations to regulatory documents for the new iteration of Comirnaty, please provide in your response (1) whether Defendants contend that they will be prejudiced by this addition and the basis for your claim, and (2) whether Defendants contend that the new iteration of Comirnaty has relevant differences from the prior iterations.

In the meantime, Moderna intends to file a motion to seal certain exhibits that will be attached to its forthcoming motion. Please confirm that Defendants do not oppose Moderna filing certain exhibits to its motion for leave to supplement, including the redlined claim charts and certain discovery correspondence, under seal.

Best,
Kelly

From: Todd, Kelly <Kelly.Todd@wilmerhale.com<mailto:Kelly.Todd@wilmerhale.com>>
Sent: Wednesday, December 13, 2023 10:36 AM
To: Kayali, Kathryn <KKayali@wc.com<mailto:KKayali@wc.com>>; lbromberg@mccarter.com<mailto:lbromberg@mccarter.com>; COVIDPatentPfizer <COVIDPatentPfizer@wc.com<mailto:COVIDPatentPfizer@wc.com>>; BioNTech-Moderna-PH <BioNTech-Moderna-PH@paulhastings.com<mailto:BioNTech-Moderna-PH@paulhastings.com>>; Belt, Erik Paul <ebelt@McCarter.com<mailto:ebelt@McCarter.com>>; wproctor@mccarter.com<mailto:wproctor@mccarter.com>>; Selby, Thomas <TSelby@wc.com<mailto:TSelby@wc.com>>; Fisher, Stanley <SFisher@wc.com<mailto:SFisher@wc.com>>; Liu, Michael <mliu@wc.com<mailto:mliu@wc.com>>; Boucher, Gregory M. <Gregory.Boucher@saul.com<mailto:Gregory.Boucher@saul.com>>; Ghosh, Shayon <sghosh@wc.com<mailto:sghosh@wc.com>>; Park, Young J. <youngpark@paulhastings.com<mailto:youngpark@paulhastings.com>>; Tavares, Julie <jtavares@wc.com<mailto:jtavares@wc.com>>; Anderson, Derrick <danderson@wc.com<mailto:danderson@wc.com>>; Kung, Simon <simonkung@paulhastings.com<mailto:simonkung@paulhastings.com>>; Meuth, Ryan <ryanmeuth@paulhastings.com<mailto:ryanmeuth@paulhastings.com>>; Bernal Anderson, Haylee <HAnderson@wc.com<mailto:HAnderson@wc.com>>; brucewexler@paulhastings.com<mailto:brucewexler@paulhastings.com>>; Robbins, Jeffrey S.

<jeffrey.robbins@saul.com<mailto:jeffrey.robbins@saul.com>>; Lipchitz, Joseph D.
<joseph.lipchitz@saul.com<mailto:joseph.lipchitz@saul.com>>;
ericdittmann@paulhastings.com<mailto:ericdittmann@paulhastings.com>>; Minniti, Carl
<carlminniti@paulhastings.com<mailto:carlminniti@paulhastings.com>>
Cc: WH_Moderna_Lit <WH_Moderna_Lit@wilmerhale.com<mailto:WH_Moderna_Lit@wilmerhale.com>>
Subject: RE: Moderna v. Pfizer and BioNTech, 22-cv-11378 |Moderna's Supplemental Infringement Contentions

Thanks, Kat. We will speak with you then.

Best,
Kelly

From: Kayali, Kathryn <KKayali@wc.com<mailto:KKayali@wc.com>>
Sent: Wednesday, December 13, 2023 10:30 AM
To: Todd, Kelly <Kelly.Todd@wilmerhale.com<mailto:Kelly.Todd@wilmerhale.com>>;
lbromberg@mccarter.com<mailto:lbromberg@mccarter.com>; COVIDPatentPfizer
<COVIDPatentPfizer@wc.com<mailto:COVIDPatentPfizer@wc.com>>; BioNTech-Moderna-PH <BioNTech-Moderna-PH@paulhastings.com<mailto:BioNTech-Moderna-PH@paulhastings.com>>; Belt, Erik Paul
<ebelt@McCarter.com<mailto:ebelt@McCarter.com>>; wproctor@mccarter.com<mailto:wproctor@mccarter.com>;
Selby, Thomas <TSelby@wc.com<mailto:TSelby@wc.com>>; Fisher, Stanley
<SFisher@wc.com<mailto:SFisher@wc.com>>; Liu, Michael <mliu@wc.com<mailto:mliu@wc.com>>; Boucher, Gregory
M. <Gregory.Boucher@saul.com<mailto:Gregory.Boucher@saul.com>>; Ghosh, Shayon
<sghosh@wc.com<mailto:sghosh@wc.com>>; Park, Young J.
<youngpark@paulhastings.com<mailto:youngpark@paulhastings.com>>; Tavares, Julie
<jtavares@wc.com<mailto:jtavares@wc.com>>; Anderson, Derrick
<danderson@wc.com<mailto:danderson@wc.com>>; Kung, Simon
<simonkung@paulhastings.com<mailto:simonkung@paulhastings.com>>; Meuth, Ryan
<ryanmeuth@paulhastings.com<mailto:ryanmeuth@paulhastings.com>>; Bernal Anderson, Haylee
<HAnderson@wc.com<mailto:HAnderson@wc.com>>;
brucewexler@paulhastings.com<mailto:brucewexler@paulhastings.com>; Robbins, Jeffrey S.
<jeffrey.robbins@saul.com<mailto:jeffrey.robbins@saul.com>>; Lipchitz, Joseph D.
<joseph.lipchitz@saul.com<mailto:joseph.lipchitz@saul.com>>;
ericdittmann@paulhastings.com<mailto:ericdittmann@paulhastings.com>>; Minniti, Carl
<carlminniti@paulhastings.com<mailto:carlminniti@paulhastings.com>>
Cc: WH_Moderna_Lit <WH_Moderna_Lit@wilmerhale.com<mailto:WH_Moderna_Lit@wilmerhale.com>>
Subject: RE: Moderna v. Pfizer and BioNTech, 22-cv-11378 |Moderna's Supplemental Infringement Contentions

EXTERNAL SENDER

Kelly:

Defendants can be available at 11:30AM. Please circulate a dial in.

Best,

Kat

From: Todd, Kelly
<Kelly.Todd@wilmerhale.com<mailto:Kelly.Todd@wilmerhale.com<mailto:Kelly.Todd@wilmerhale.com%3cmailto:Kelly.Todd@wilmerhale.com>>>
Date: Tuesday, Dec 12, 2023 at 5:42 PM
To: Kayali, Kathryn <KKayali@wc.com<mailto:KKayali@wc.com<mailto:KKayali@wc.com%3cmailto:KKayali@wc.com>>>,

4

lbromberg@mccarter.com<mailto:lbromberg@mccarter.com> <lbromberg@mccarter.com<mailto:lbromberg@mccarter.com<mailto:lbromberg@mccarter.com%3cmailto:lbromberg@mccarter.com>>>, COVIDPatentPfizer <COVIDPatentPfizer@wc.com<mailto:COVIDPatentPfizer@wc.com<mailto:COVIDPatentPfizer@wc.com%3cmailto:COVIDPatentPfizer@wc.com>>>, BioNTech-Moderna-PH <BioNTech-Moderna-PH@paulhastings.com<mailto:BioNTech-Moderna-PH@paulhastings.com<mailto:BioNTech-Moderna-PH@paulhastings.com%3cmailto:BioNTech-Moderna-PH@paulhastings.com>>>, Belt, Erik Paul <ebelt@McCarter.com<mailto:ebelt@McCarter.com<mailto:ebelt@McCarter.com%3cmailto:ebelt@McCarter.com>>>, wproctor@mccarter.com<mailto:wproctor@mccarter.com> <wproctor@McCarter.com<mailto:wproctor@McCarter.com<mailto:wproctor@McCarter.com%3cmailto:wproctor@McCarter.com>>>, Selby, Thomas <TSelby@wc.com<mailto:TSelby@wc.com<mailto:TSelby@wc.com%3cmailto:TSelby@wc.com>>>, Fisher, Stanley <SFisher@wc.com<mailto:SFisher@wc.com<mailto:SFisher@wc.com%3cmailto:SFisher@wc.com>>>, Liu, Michael <mliu@wc.com<mailto:mliu@wc.com<mailto:mliu@wc.com%3cmailto:mliu@wc.com>>>, Boucher, Gregory M. <Gregory.Boucher@saul.com<mailto:Gregory.Boucher@saul.com<mailto:Gregory.Boucher@saul.com%3cmailto:Gregory.Boucher@saul.com>>>, Ghosh, Shayon <sghosh@wc.com<mailto:sghosh@wc.com<mailto:sghosh@wc.com%3cmailto:sghosh@wc.com>>>, Park, Young J. <youngpark@paulhastings.com<mailto:youngpark@paulhastings.com<mailto:youngpark@paulhastings.com%3cmailto:youngpark@paulhastings.com>>>, Tavares, Julie <jtavares@wc.com<mailto:jtavares@wc.com<mailto:jtavares@wc.com%3cmailto:jtavares@wc.com>>>, Anderson, Derrick <danderson@wc.com<mailto:danderson@wc.com<mailto:danderson@wc.com%3cmailto:danderson@wc.com>>>, Kung, Simon <simonkung@paulhastings.com<mailto:simonkung@paulhastings.com<mailto:simonkung@paulhastings.com%3cmailto:simonkung@paulhastings.com>>>, Meuth, Ryan <ryanmeuth@paulhastings.com<mailto:ryanmeuth@paulhastings.com<mailto:ryanmeuth@paulhastings.com%3cmailto:ryanmeuth@paulhastings.com>>>, Bernal Anderson, Haylee <HAnderson@wc.com<mailto:HAnderson@wc.com<mailto:HAnderson@wc.com%3cmailto:HAnderson@wc.com>>>, brucewexler@paulhastings.com<mailto:brucewexler@paulhastings.com> <brucewexler@paulhastings.com<mailto:brucewexler@paulhastings.com<mailto:brucewexler@paulhastings.com%3cmailto:brucewexler@paulhastings.com>>>, Robbins, Jeffrey S. <jeffrey.robbins@saul.com<mailto:jeffrey.robbins@saul.com<mailto:jeffrey.robbins@saul.com%3cmailto:jeffrey.robbins@saul.com>>>, Lipchitz, Joseph D. <joseph.lipchitz@saul.com<mailto:joseph.lipchitz@saul.com<mailto:joseph.lipchitz@saul.com%3cmailto:joseph.lipchitz@saul.com>>>, ericdittmann@paulhastings.com<mailto:ericdittmann@paulhastings.com> <ericdittmann@paulhastings.com<mailto:ericdittmann@paulhastings.com<mailto:ericdittmann@paulhastings.com%3cmailto:ericdittmann@paulhastings.com>>>, Minniti, Carl <carlminniti@paulhastings.com<mailto:carlminniti@paulhastings.com<mailto:carlminniti@paulhastings.com%3cmailto:carlminniti@paulhastings.com>>>
Cc: WH_Moderna_Lit <WH_Moderna_Lit@wilmerhale.com<mailto:WH_Moderna_Lit@wilmerhale.com<mailto:WH_Moderna_Lit@wilmerhale.com%3cmailto:WH_Moderna_Lit@wilmerhale.com>>>
Subject: RE: Moderna v. Pfizer and BioNTech, 22-cv-11378 |Moderna's Supplemental Infringement Contentions

Counsel,

Please provide a time before 11 am Eastern tomorrow when Defendants are available to meet and confer.

Thanks,

Kelly


From: Kayali, Kathryn <KKayali@wc.com<mailto:KKayali@wc.com>>
Sent: Tuesday, December 12, 2023 4:51 PM
To: Todd, Kelly <Kelly.Todd@wilmerhale.com<mailto:Kelly.Todd@wilmerhale.com>>; lbromberg@mccarter.com<mailto:lbromberg@mccarter.com>; COVIDPatentPfizer <COVIDPatentPfizer@wc.com<mailto:COVIDPatentPfizer@wc.com>>; BioNTech-Moderna-PH <BioNTech-Moderna-PH@paulhastings.com<mailto:BioNTech-Moderna-PH@paulhastings.com>>; Belt, Erik Paul <ebelt@McCarter.com<mailto:ebelt@McCarter.com>>; wproctor@mccarter.com<mailto:wproctor@mccarter.com>; Selby, Thomas <TSelby@wc.com<mailto:TSelby@wc.com>>; Fisher, Stanley <SFisher@wc.com<mailto:SFisher@wc.com>>; Liu, Michael <mliu@wc.com<mailto:mliu@wc.com>>; Boucher, Gregory M. <Gregory.Boucher@saul.com<mailto:Gregory.Boucher@saul.com>>; Ghosh, Shayon <sghosh@wc.com<mailto:sghosh@wc.com>>; Park, Young J. <youngpark@paulhastings.com<mailto:youngpark@paulhastings.com>>; Tavares, Julie <jtavares@wc.com<mailto:jtavares@wc.com>>; Anderson, Derrick <danderson@wc.com<mailto:danderson@wc.com>>; Kung, Simon <simonkung@paulhastings.com<mailto:simonkung@paulhastings.com>>; Meuth, Ryan <ryanmeuth@paulhastings.com<mailto:ryanmeuth@paulhastings.com>>; Bernal Anderson, Haylee <HAnderson@wc.com<mailto:HAnderson@wc.com>>; brucewexler@paulhastings.com<mailto:brucewexler@paulhastings.com>; Robbins, Jeffrey S. <jeffrey.robbins@saul.com<mailto:jeffrey.robbins@saul.com>>; Lipchitz, Joseph D. <joseph.lipchitz@saul.com<mailto:joseph.lipchitz@saul.com>>; ericdittmann@paulhastings.com<mailto:ericdittmann@paulhastings.com>; Minniti, Carl <carlminniti@paulhastings.com<mailto:carlminniti@paulhastings.com>>
Cc: WH_Moderna_Lit <WH_Moderna_Lit@wilmerhale.com<mailto:WH_Moderna_Lit@wilmerhale.com>>
Subject: RE: Moderna v. Pfizer and BioNTech, 22-cv-11378 |Moderna's Supplemental Infringement Contentions

EXTERNAL SENDER


Counsel:


We are in receipt of your email sent at 2:05PM today and the redlined, proposed amended contentions sent thereafter. We will require more than the three-hour's notice you have offered in order to review the new material and confer with our clients, who are in different time zones. Local Rule 7.1(a)(2) requires Moderna to "certify that they have conferred and have attempted in good faith to resolve or narrow the issue" before filing a motion—we therefore trust Moderna will not file until we have had a chance for meaningful review and an opportunity to speak with our clients. In the interim, we are available to meet and confer tomorrow.

Best,

Kat

Kathryn S. Kayali
Associate | Williams & Connolly LLP
680 Maine Avenue S.W., Washington, DC 20024

(P) 202-434-5644 | (F) 202-434-5029
kkayali@wc.com<mailto:kkayali@wc.com<mailto:kkayali@wc.com%3cmailto:kkayali@wc.com>> |
www.wc.com<http://www.wc.com><http://www.wc.com/<http://www.wc.com>>

From: Todd, Kelly <Kelly.Todd@wilmerhale.com<mailto:Kelly.Todd@wilmerhale.com<mailto:Kelly.Todd@wilmerhale.com%3cmailto:Kelly.Todd@wilmerhale.com>>>
Sent: Tuesday, December 12, 2023 2:05 PM
To: lbromberg@mccarter.com<mailto:lbromberg@mccarter.com<mailto:lbromberg@mccarter.com%3cmailto:lbromberg@mccarter.com>>; COVIDPatentPfizer <COVIDPatentPfizer@wc.com<mailto:COVIDPatentPfizer@wc.com<mailto:COVIDPatentPfizer@wc.com%3cmailto:COVIDPatentPfizer@wc.com>>>; BioNTech-Moderna-PH <BioNTech-Moderna-PH@paulhastings.com<mailto:BioNTech-Moderna-PH@paulhastings.com<mailto:BioNTech-Moderna-PH@paulhastings.com%3cmailto:BioNTech-Moderna-PH@paulhastings.com>>>; Belt, Erik Paul <ebelt@McCarter.com<mailto:ebelt@McCarter.com<mailto:ebelt@McCarter.com%3cmailto:ebelt@McCarter.com>>>; wproctor@mccarter.com<mailto:wproctor@mccarter.com<mailto:wproctor@mccarter.com%3cmailto:wproctor@mccarter.com>>; Selby, Thomas <TSelby@wc.com<mailto:TSelby@wc.com<mailto:TSelby@wc.com%3cmailto:TSelby@wc.com>>>; Fisher, Stanley <SFisher@wc.com<mailto:SFisher@wc.com<mailto:SFisher@wc.com%3cmailto:SFisher@wc.com>>>; Kayali, Kathryn <KKayali@wc.com<mailto:KKayali@wc.com<mailto:KKayali@wc.com%3cmailto:KKayali@wc.com>>>; Liu, Michael <mliu@wc.com<mailto:mliu@wc.com<mailto:mliu@wc.com%3cmailto:mliu@wc.com>>>; Boucher, Gregory M. <Gregory.Boucher@saul.com<mailto:Gregory.Boucher@saul.com<mailto:Gregory.Boucher@saul.com%3cmailto:Gregory.Boucher@saul.com>>>; Ghosh, Shayon <sghosh@wc.com<mailto:sghosh@wc.com<mailto:sghosh@wc.com%3cmailto:sghosh@wc.com>>>; Park, Young J. <youngpark@paulhastings.com<mailto:youngpark@paulhastings.com<mailto:youngpark@paulhastings.com%3cmailto:youngpark@paulhastings.com>>>; Tavares, Julie <jtavares@wc.com<mailto:jtavares@wc.com<mailto:jtavares@wc.com%3cmailto:jtavares@wc.com>>>; Anderson, Derrick <danderson@wc.com<mailto:danderson@wc.com<mailto:danderson@wc.com%3cmailto:danderson@wc.com>>>; Kung, Simon <simonkung@paulhastings.com<mailto:simonkung@paulhastings.com<mailto:simonkung@paulhastings.com%3cmailto:simonkung@paulhastings.com>>>; Meuth, Ryan <ryanmeuth@paulhastings.com<mailto:ryanmeuth@paulhastings.com<mailto:ryanmeuth@paulhastings.com%3cmailto:ryanmeuth@paulhastings.com>>>; Bernal Anderson, Haylee <HAnderson@wc.com<mailto:HAnderson@wc.com<mailto:HAnderson@wc.com%3cmailto:HAnderson@wc.com>>>; brucewexler@paulhastings.com<mailto:brucewexler@paulhastings.com<mailto:brucewexler@paulhastings.com%3cmailto:brucewexler@paulhastings.com>>; Robbins, Jeffrey S. <jeffrey.robbins@saul.com<mailto:jeffrey.robbins@saul.com<mailto:jeffrey.robbins@saul.com%3cmailto:jeffrey.robbins@saul.com>>>; Lipchitz, Joseph D. <joseph.lipchitz@saul.com<mailto:joseph.lipchitz@saul.com<mailto:joseph.lipchitz@saul.com%3cmailto:joseph.lipchitz@saul.com>>>; ericdittmann@paulhastings.com<mailto:ericdittmann@paulhastings.com<mailto:ericdittmann@paulhastings.com%3cmailto:ericdittmann@paulhastings.com>>; Minniti, Carl <carlminniti@paulhastings.com<mailto:carlminniti@paulhastings.com<mailto:carlminniti@paulhastings.com%3cmailto:carlminniti@paulhastings.com>>>
Cc: WH_Moderna_Lit <WH_Moderna_Lit@wilmerhale.com<mailto:WH_Moderna_Lit@wilmerhale.com<mailto:WH_Moderna_Lit@wilmerhale.com%3cmailto:WH_Moderna_Lit@wilmerhale.com>>>
Subject: Moderna v. Pfizer and BioNTech, 22-cv-11378 |Moderna's Supplemental Infringement Contentions

Counsel,

We will be filing a motion for leave to supplement Moderna's infringement contentions in light of: (1) regulatory documents relating to a new iteration of Comirnaty that were not produced until after the time for Moderna to amend its contentions without leave of Court had passed, (2) deposition testimony and documents regarding testing of Comirnaty produced by Defendants' witnesses after the deadline for Moderna to amend its contentions without leave of Court had passed, and (3) documents concerning Defendants' knowledge of the patents-in-suit that were not produced until after the time for Moderna to amend its contentions without leave of Court had passed.

Please confirm, by 5pm ET on today, whether Defendants oppose Moderna's motion to supplement. To facilitate Defendants' consideration, Moderna will shortly be providing, under separate cover, PDF redlines showing the supplementation to its infringement contentions claim charts. Please note that Moderna is providing these materials subject to its final review, and that there are placeholders for Bates numbers for certain of Defendants' publicly available materials concerning the new iteration of Comirnaty® that Moderna will insert prior to service. If Defendants oppose Moderna's motion to supplement, please confirm that Defendants consent to Moderna filing supplemental infringement charts as exhibits to its motion to supplement under seal.

Best,
Kelly



Kelly A Todd | WilmerHale
7 World Trade Center
250 Greenwich Street
New York, NY 10007 USA
+1 212 937 7583 (t)
+1 212 230 8888 (f)
kelly.todd@wilmerhale.com<mailto:kelly.todd@wilmerhale.com<mailto:kelly.todd@wilmerhale.com%3cmailto:kelly.todd@wilmerhale.com>>

Please consider the environment before printing this email.
_____
This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com<mailto:postmaster@wilmerhale.com>—and<mailto:postmaster@wilmerhale.com%3cmailto:postmaster@wilmerhale.com%3e—and> destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com<http://www.wilmerhale.com/>.
—


_____

This message and any attachments are intended only for the addressee and may contain information that is privileged and confidential. If you have received this message in error, please do not read, use, copy, distribute, or disclose the contents of the message and any attachments. Instead, please delete the message and any attachments and notify the sender immediately. Thank you.