IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MODERNATX, INC. and MODERNA US, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PFIZER INC., BIONTECH SE, BIONTECH MANUFACTURING GMBH, and BIONTECH US INC.,<br><br>Defendants. | Case No. 1:22-cv-11378-RGS |

**WITHDRAWAL OF DEFENDANTS' EMERGENCY MOTION TO COMPEL PRODUCTION OF DOCUMENTS OR POSTPONE DEPOSITION**

In light of a production of certain documents from Moderna on Saturday, and further email representations by counsel on Sunday about the document productions, Defendants withdraw their December 15, 2023, emergency motion to compel production of documents or postpone the deposition of Dr. Jason Schrum. In doing so, Defendants do not waive, and specifically reserve, all rights relating to the cross-examination of Dr. Schum by deposition and/or live at trial.

1

Respectfully submitted,

| | |
|---|---|
| DEFENDANT AND COUNTERCLAIM-PLAINTIFF PFIZER INC. | DEFENDANTS AND COUNTERCLAIM-PLAINTIFFS BIONTECH SE, BIONTECH MANUFACTURING GMBH, AND BIONTECH US INC. |
| By their Counsel, | By their Counsel, |
| /s/ Kathryn S. Kayali | /s/ Gregory M. Boucher |
| Lee Carl Bromberg (BBO # 058480)<br>Erik Paul Belt (BBO # 558620)<br>Wyley Proctor (BBO # 666613)<br>**MCCARTER & ENGLISH, LLP**<br>265 Franklin Street<br>Boston, MA 02110<br>P: 617.449.6500<br>F: 617.607.9200<br>lbromberg@mccarter.com<br>ebelt@mccarter.com<br>wproctor@mccarter.com | Jeffrey S. Robbins, BBO #421910<br>Jeffrey.Robbins@saul.com<br>Joseph D. Lipchitz, BBO #632637<br>Joseph.Lipchitz@saul.com<br>Gregory M. Boucher, BBO #665212<br>Gregory.Boucher@saul.com<br>SAUL EWING LLP<br>131 Dartmouth Street, Suite 501<br>Boston, MA 02116<br>Tel: (617) 723-3300 |
| OF COUNSEL: | OF COUNSEL: |
| Thomas H. L. Selby*<br>Stanley E. Fisher*<br>Kathryn S. Kayali*<br>Michael Xun Liu*<br>D. Shayon Ghosh*<br>Julie Tavares*<br>Derrick M. Anderson*<br>Haylee Bernal Anderson*<br>**WILLIAMS & CONNOLLY LLP**<br><br>680 Maine Avenue, S.W<br>Washington, DC 20024<br>Telephone: 202-434-5000<br>Facsimile: 202-434-5029<br>* Admitted *pro hac vice*<br><br>*Attorneys for Defendant and Counter-Claim Plaintiff Pfizer Inc.* | Bruce M. Wexler*<br>Eric W. Dittmann*<br>Young J. Park*<br>Simon F. Kung*<br>Ryan Meuth*<br>**PAUL HASTINGS LLP**<br>200 Park Avenue<br>New York, NY 10166<br>(212) 318-6000<br><br>*Attorneys for Defendants and Counter-Claim Plaintiffs BioNTech SE, BioNTech Manufacturing GmbH, and BioNTech US, Inc.* |

December 17, 2023

## **CERTIFICATE OF SERVICE**

      I, Gregory M. Boucher, hereby certify that on December 17, 2023, I caused the foregoing motion to be electronically filed with the Clerk of the Court using the CM/ECF system, which will simultaneously serve notice of such filing to counsel of record to their registered electronic mail addresses.

                                                       */s/ Gregory M. Boucher*
                                                       Gregory M. Boucher (BBO# 665212)