AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| MODERNATX, INC. and MODERNA US, INC., <br> *Plaintiff* <br> v. <br> PFIZER INC., BIONTECH SE, BIONTECH MANUFACTURING GMBH, and BIONTECH US INC., <br> *Defendant* | ) ) ) ) ) ) Case No. 1:22-cv-11378 |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs ModernaTX, Inc. and Moderna US, Inc.                                           .

Date:   01/02/2024

/s/ *Reshma Gogineni*
*Attorney's signature*

Reshma Gogineni (BBO# 5762604)
*Printed name and bar number*
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
*Address*

reshma.gogineni@wilmerhale.com
*E-mail address*

(212) 295-6301
*Telephone number*

(212) 230-8888
*FAX number*