# Dkt. 218, Ex. 1

# Redacted Version

# EXHIBIT 1