# Dkt. 218, Ex. 2

# Redacted Version

# EXHIBIT 2

████████████████████████