# Dkt. 218, Ex. 8

# Redacted Version

# EXHIBIT 8

███████████████████████

# WilmerHale

November 8, 2023

Disha R. Patel

+1 617 526 6795 (t)
+1 617 526 5000 (f)
disha.patel@wilmerhale.com

Thomas H. L. Selby
Williams & Connolly LLP
680 Maine Avenue, S.W.
Washington, DC 20024
tselby@wc.com

Bruce M. Wexler
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
brucewexler@paulhastings.com

Re: *ModernaTX, Inc. et al v. Pfizer Inc. et al*, Case No. 1:22-cv-11378-RGS (D. Mass.): Plaintiff's Clawback

Counsel:

Pursuant to paragraph 9.2(f) of the Protective Order (Dkt. 67), please immediately destroy the original and all copies of one inadvertently produced document by Plaintiffs, Bates numbered MOD_000726024 – MOD_000726025. Please destroy any notes or other writings or recordings that summarize, reflect, or discuss the specific content of the document, and make no further use of the documents or the information contained therein. Plaintiffs will reproduce a redacted version of the document this week.

Regards,

*/s/ Disha Patel*

Disha Patel

+1 617-526-6795
disha.patel@wilmerhale.com

Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, Massachusetts 02109

Beijing   Berlin   Boston   Brussels   Denver   Frankfurt   London   Los Angeles   New York   Palo Alto   San Francisco   Washington