# Dkt. 218, Ex. 1

# Redacted Version

# EXHIBIT 11

██████████████████████

WILMERHALE

November 21, 2023

Disha R. Patel

+1 617 526 6795 (t)
+1 617 526 5000 (f)
disha.patel@wilmerhale.com

Thomas H. L. Selby
Williams & Connolly LLP
680 Maine Avenue, S.W.
Washington, DC 20024
tselby@wc.com

Bruce M. Wexler
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
brucewexler@paulhastings.com

Re: *ModernaTX, Inc. et al v. Pfizer Inc. et al*, Case No. 1:22-cv-11378-RGS (D. Mass.): Plaintiffs' Document Reproduction

Counsel:

Pursuant to paragraph 9.2 of the Protective Order (Dkt. 67), please immediately destroy the original and all copies of the documents produced by Plaintiffs at the following beginning Bates numbers, destroy any notes or other writings or recordings that summarize, reflect, or discuss the specific content of the document, and make no further use of the documents or the information contained therein.

Plaintiffs are herewith providing an overlay file for these documents.

MOD_000588961
MOD_000588987
MOD_001114879
MOD_001139474
MOD_001200260
MOD_001200266
MOD_001200369
MOD_001238207
MOD_001455458

Plaintiffs will reproduce a redacted version of the following documents next week.

# WILMERHALE

November 21, 2023
Page 2

MOD_001276947
MOD_001279172

In addition, Plaintiffs are herewith reproducing PowerPoints you identified as having unreadable elements in color, as referenced in the October 23, 2023 letter from A. Curtis.

Please note that some documents within this production have been designated "CONFIDENTIAL and "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order in this matter (Dkt. 67) and should be treated accordingly.

Via an emailed secure link, you will receive access to a share site containing documents Plaintiffs are reproducing in the above-referenced action.

The files have been password-protected, and the associated password is:
[REDACTED]

Regards,

*/s/ Disha Patel*

Disha Patel

+1 617-526-6795
disha.patel@wilmerhale.com