# Dkt. 218, Ex. 14
# Redacted Version

# EXHIBIT 14

# Troilo, Stefano

| | |
|---|---|
| **From:** | Salvatore, Jerry A. <Jerry.Salvatore@wilmerhale.com> |
| **Sent:** | Friday, December 15, 2023 11:27 AM |
| **To:** | lbromberg@mccarter.com; ebelt@mccarter.com; wproctor@mccarter.com; Selby, Thomas; Fisher, Stanley; Kayali, Kathryn; Liu, Michael; Ghosh, Shayon; Tavares, Julie; Anderson, Derrick; Bernal Anderson, Haylee; Jeffrey.Robbins@saul.com; Joseph.Lipchitz@saul.com; Gregory.Boucher@saul.com; Wexler, Bruce M.; Dittmann, Eric W.; Park, Young J.; Kung, Simon; rebeccahilgar@paulhastings.com; Minniti, Carl; Meuth, Ryan; COVIDPatentPfizer; 'BioNTech-Moderna-PH@paulhastings.com'; 'APodoll@wc.com' |
| **Cc:** | WH_Moderna_Lit |
| **Subject:** | [EXT] Moderna v. Pfizer and BioNTech, 22-cv-11378--Moderna Produced Document |

--- External Email ---

Counsel

Pursuant to paragraph 9.2(f) of the Protective Order (Dkt. 67), please immediately destroy the original and all copies of one inadvertently produced document by Plaintiffs, Bates numbered MOD_000332132–MOD_000332141. Please destroy any notes or other writings or recordings that summarize, reflect, or discuss the specific content of the document, and make no further use of the documents or the information contained therein. Please confirm your compliance within five days.

Best,
Jerry

**Jerry A. Salvatore | WilmerHale**
2100 Pennsylvania Avenue NW
Washington, DC 20037 USA
+1 202 663 6650 (t)
+1 202 663 6363 (f)
jerry.salvatore@wilmerhale.com

Please consider the environment before printing this email.

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.