# Dkt. 218, Ex. 15

# Redacted Version

# EXHIBIT 15

████████████████████

# Troilo, Stefano

| | |
|---|---|
| **From:** | Curtis, Annaleigh <Annaleigh.Curtis@wilmerhale.com> |
| **Sent:** | Monday, December 18, 2023 12:53 PM |
| **To:** | Mestitz, Michael; WH_Moderna_Lit; Xu, Nora N. |
| **Cc:** | COVIDPatentPfizer; BioNTech-Moderna-PH |
| **Subject:** | [EXT] RE: Moderna v. Pfizer & BNT - Redaction Inquiry |

--- External Email ---

Counsel:

Pursuant to the Protective Order (Dkt. 67), please immediately destroy the original and all copies of one inadvertently produced unredacted document by Plaintiffs, Bates numbered MOD_001278645. Please destroy any notes or other writings or recordings that summarize, reflect, or discuss the specific content of the document, and make no further use of the documents or the information contained therein. Please confirm your compliance within five days. We will produce a redacted version this week.

Best,
Annaleigh

**From:** Mestitz, Michael <MMestitz@wc.com>
**Sent:** Friday, December 15, 2023 4:09 PM
**To:** WH_Moderna_Lit <WH_Moderna_Lit@wilmerhale.com>; Curtis, Annaleigh <Annaleigh.Curtis@wilmerhale.com>; Xu, Nora N. <Nora.Xu@wilmerhale.com>
**Cc:** COVIDPatentPfizer <COVIDPatentPfizer@wc.com>; BioNTech-Moderna-PH <BioNTech-Moderna-PH@paulhastings.com>
**Subject:** Moderna v. Pfizer & BNT - Redaction Inquiry

**EXTERNAL SENDER**

Counsel,

We have noted an inconsistent redaction in your production between documents MOD_001278647 and MOD_001278645. Please state whether you maintain your assertion of privilege over MOD_001278647 and, if so, provide a basis for that claim so that we can meet and confer early next week.

Best,
Michael

**Michael Mestitz**
**Associate | Williams & Connolly LLP**
680 Maine Ave SW, Washington, DC 20024
202-434-5085 | www.wc.com/mmestitz
*he, him, his*

1

This message and any attachments are intended only for the addressee and may contain information that is privileged and confidential. If you have received this message in error, please do not read, use, copy, distribute, or disclose the contents of the message and any attachments. Instead, please delete the message and any attachments and notify the sender immediately. Thank you.