# Dkt. 218, Ex. 16

# Redacted Version

# EXHIBIT 16

# Troilo, Stefano

| | |
|---|---|
| **From:** | Laupheimer, Madeleine C <Madeleine.Laupheimer@wilmerhale.com> |
| **Sent:** | Wednesday, December 20, 2023 3:02 PM |
| **To:** | lbromberg@mccarter.com; ebelt@mccarter.com; wproctor@mccarter.com; Selby, Thomas; Fisher, Stanley; Kayali, Kathryn; Liu, Michael; Ghosh, Shayon; Tavares, Julie; Anderson, Derrick; Bernal Anderson, Haylee; Jeffrey.Robbins@saul.com; Joseph.Lipchitz@saul.com; Gregory.Boucher@saul.com; Wexler, Bruce M.; Dittmann, Eric W.; Park, Young J.; Kung, Simon; Hilgar, Rebecca A.; Minniti, Carl; Meuth, Ryan; BioNTech-Moderna-PH; lss@saul.com; McDougald, Wesley; Schimke, Carl |
| **Cc:** | WH_Moderna_Lit |
| **Subject:** | [EXT] ModernaTX, Inc. et al. v. Pfizer Inc. et al., 1:22-cv-11378-RGS - Moderna Documents |
| **Attachments:** | MOD_000797993.pdf |

--- External Email ---

Counsel:

As discussed on the record at ▮▮▮▮▮ deposition, Moderna inadvertently produced MOD_000797993, marked as Ex. 7 at ▮▮▮▮▮ deposition, in unredacted form. Pursuant to the Protective Order (Dkt. 67), please immediately destroy the original and all copies of the following documents that were inadvertently produced unredacted by Plaintiffs:

MOD_000797993
MOD_000939815

Please destroy any notes or other writings or recordings that summarize, reflect, or discuss the specific content of the document, and make no further use of the documents or the information contained therein. Please confirm your compliance within five days. A redacted copy of MOD_000797993 is attached to this email to replace ▮▮▮▮▮ Deposition Ex. 7. A redacted copy of MOD_000939815 will be forthcoming.

Best,
Madeleine

**Madeleine Laupheimer | WilmerHale**
60 State Street
Boston, MA 02109 USA
+1 617 526 6107 (t)
+1 617 526 5000 (f)
madeleine.laupheimer@wilmerhale.com

Please consider the environment before printing this email.

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.