# Dkt. 218, Ex. 18

# Redacted Version

# EXHIBIT 18