# Dkt. 218, Ex. 19

# Redacted Version

# EXHIBIT 19