# Dkt. 218, Ex. 20

# Redacted Version

# EXHIBIT 20

[redacted]

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

MODERNATX, INC. and MODERNA US, INC.,

Plaintiffs,

v.

PFIZER INC., BIONTECH SE, BIONTECH MANUFACTURING GMBH, and BIONTECH US INC.,

Defendants.

C.A. No. 1:22-11378-RGS

**MODERNA'S FIRST SET OF COMMON REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS**

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Plaintiffs ModernaTX, Inc. and Moderna US, Inc. (collectively, "Moderna") hereby request that Defendants Pfizer Inc. ("Pfizer"), BioNTech SE, BioNTech Manufacturing GmbH, and BioNTech US Inc. ("BioNTech US," together with BioNTech SE and BioNTech Manufacturing GmbH, "BioNTech") each respond to the following requests for production within thirty (30) days of service, in accordance with the Definitions and Instructions below. Documents should be produced at the law offices of WilmerHale LLP: Attn: Kevin S. Prussia, 60 State St., Boston, MA, 02109.

**DEFINITIONS**

1. Notwithstanding any definition set forth below, each word, term, or phrase used in these requests is intended to have the broadest meaning permitted under the Federal Rules of Civil Procedure.

**REQUEST NO. 57**

Documents related to compensation, monetary or otherwise, exchanged between or among Pfizer Inc., BioNTech SE, BioNTech Manufacturing GmbH, and BioNTech US Inc.

**REQUEST NO. 58**

Documents exchanged between or among any Defendants, or between any Defendant and any third party, concerning nucleoside-modified mRNA, compositions containing nucleoside-modified mRNA, carriers for nucleoside-modified mRNA, Comirnaty®, or any other COVID-19 vaccine product.

**REQUEST NO. 59**

Communications between or among Defendants concerning this action.

**REQUEST NO. 60**

Communications between or among Defendants concerning any Moderna patent or patent application.

**REQUEST NO. 61**

Documents related to interactions between or among any of the Defendants and Acuitas Therapeutics Inc., including without limitation any partnerships, agreements, licenses, or assignments relating to the development of any coronavirus vaccine product.

**REQUEST NO. 62**

Documents comprising or concerning any executed sales contracts or other sales agreements, including all amendments thereto, that relate to Comirnaty® or any other COVID-19 vaccine product, including with governmental or regulatory bodies, including without limitation all contracts or agreements, including documents relating to their negotiation, that Defendants have negotiated with any health care provider, pharmacy chain, or governmental, regulatory, or similar entity relating to the sale or reimbursement of Comirnaty® in any country.