# Dkt. 218, Ex. 21

# Redacted Version

# EXHIBIT 21

██████████████████████