# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MODERNATX, INC. and MODERNA US, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PFIZER INC., BIONTECH SE, BIONTECH MANUFACTURING GMBH, and BIONTECH US INC., <br><br> Defendants. | Case No. 22-cv-11378-RGS |

## DECLARATION OF CLAIRE M. SPECHT IN SUPPORT OF MODERNATX, INC.'S AND MODERNA US, INC.'S OPPOSITION TO DEFENDANTS' MOTION TO COMPEL PRODUCTION OF PRIVILEGED DOCUMENTS

I, Claire M. Specht, declare as follows:

1. I am a counsel at the law firm Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"), counsel for ModernaTX, Inc. and Moderna US, Inc. (together, "Moderna") in the above-captioned action. I am a licensed attorney and a member in good standing of the Bar of the Commonwealth of Massachusetts. I respectfully submit this declaration in support of Moderna's Opposition to Defendants' Motion to Compel Production of Privileged Documents.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the following webpage: https://www.flagshippioneering.com/companies/moderna/.

3. Attached hereto as **Exhibit 2** are true and correct excerpts from Amendment No. 2 to Form S-1 Registration Statement filed by Moderna, Inc. with the U.S. Securities and Exchange Commission on December 4, 2018, available at https://www.sec.gov/Archives/edgar/data/1682852/000119312518341958/d611137ds1a.htm.

4. Attached hereto as **Exhibit 3** is a true and correct excerpt from U.S. Patent No. 9,192,651.

5. Attached hereto as **Exhibit 4 [FILED UNDER SEAL]** is a true and correct copy of a document produced with Bates number SCHRUM_00002305 and corresponding metadata produced with that document.

6. Attached hereto as **Exhibit 5 [FILED UNDER SEAL]** are true and correct excerpts of the transcript of the December 20, 2023 deposition of Antonin de Fougerolles.

7. Attached hereto as **Exhibit 6 [FILED UNDER SEAL]** are true and correct excerpts of the transcript of the December 19, 2023 deposition of Jason P. Schrum.

\*     \*     \*

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on February 5, 2024, in Boston, Massachusetts.

*/s/ Claire M. Specht*
Claire M. Specht

- 3 -

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) this 5th day of February, 2024. I further certify that copies of exhibits to this document being filed under seal will be served on counsel of record via electronic mail on this 5th day of February, 2024.

 */s/ Claire M. Specht*
 Claire M. Specht