# EXHIBIT 3

US009192651B2

(12) **United States Patent**
Chakraborty et al.

(10) Patent No.: **US 9,192,651 B2**
(45) Date of Patent: **Nov. 24, 2015**

(54) **MODIFIED POLYNUCLEOTIDES FOR THE PRODUCTION OF SECRETED PROTEINS**

(71) Applicant: **Moderna Therapeutics, Inc.**, Cambridge, MA (US)

(72) Inventors: **Tirtha Chakraborty**, Medford, MA (US); **Antonin de Fougerolles**, Brookline, MA (US)

(73) Assignee: **Moderna Therapeutics, Inc.**, Cambridge, MA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 84 days.

(21) Appl. No.: **13/791,921**

(22) Filed: **Mar. 9, 2013**

(65) Prior Publication Data

US 2013/0259923 A1    Oct. 3, 2013

Related U.S. Application Data

(60) Provisional application No. 61/618,862, filed on Apr. 2, 2012, provisional application No. 61/681,645, filed

(Continued)

(51) Int. Cl.

| | |
|---|---|
| *C12N 15/85* | (2006.01) |
| *A61K 38/17* | (2006.01) |
| *C07K 14/47* | (2006.01) |
| *C07K 14/62* | (2006.01) |
| *A61K 48/00* | (2006.01) |
| *A61K 31/7115* | (2006.01) |
| *C12N 9/88* | (2006.01) |
| *A61K 9/127* | (2006.01) |
| *C12N 15/11* | (2006.01) |
| *C07K 14/705* | (2006.01) |
| *C07K 14/505* | (2006.01) |
| *C07K 14/535* | (2006.01) |
| *C12N 9/64* | (2006.01) |
| *C12N 9/10* | (2006.01) |
| *C12N 9/00* | (2006.01) |
| *C12N 9/42* | (2006.01) |
| *C12N 15/87* | (2006.01) |
| *C12P 13/04* | (2006.01) |
| *A61K 38/45* | (2006.01) |
| *C07K 14/005* | (2006.01) |
| *C12N 9/16* | (2006.01) |
| *C12N 9/24* | (2006.01) |
| *C12N 15/52* | (2006.01) |
| *C07K 14/435* | (2006.01) |
| *C12P 21/00* | (2006.01) |
| *C07K 14/485* | (2006.01) |
| *A61K 38/00* | (2006.01) |

(52) U.S. Cl.
CPC ............. ***A61K 38/177*** (2013.01); ***A61K 9/1271*** (2013.01); ***A61K 31/7115*** (2013.01); ***A61K 38/17*** (2013.01); ***A61K 38/45*** (2013.01); ***A61K 48/005*** (2013.01); ***A61K 48/0033*** (2013.01); ***A61K 48/0066*** (2013.01); ***C07K 14/005*** (2013.01); ***C07K 14/435*** (2013.01); ***C07K 14/47*** (2013.01); ***C07K 14/4705*** (2013.01); ***C07K 14/4713*** (2013.01); ***C07K 14/485*** (2013.01); ***C07K 14/505*** (2013.01); ***C07K 14/535*** (2013.01); ***C07K 14/62*** (2013.01); ***C07K 14/705*** (2013.01); ***C12N 9/1051*** (2013.01); ***C12N 9/16*** (2013.01); ***C12N 9/2402*** (2013.01); ***C12N 9/2445*** (2013.01); ***C12N 9/6451*** (2013.01); ***C12N 9/88*** (2013.01); ***C12N 9/93*** (2013.01); ***C12N 15/11*** (2013.01); ***C12N 15/52*** (2013.01); ***C12N 15/85*** (2013.01); ***C12N 15/87*** (2013.01); ***C12P 13/04*** (2013.01); ***C12P 21/00*** (2013.01); *A61K 38/00* (2013.01)

(58) Field of Classification Search
None
See application file for complete search history.

(56) References Cited

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,008,526 | A | 7/1935 | Wrappler et al. |
| 3,552,394 | A | 1/1971 | Horn et al. |
| 3,737,524 | A | 6/1973 | Ebel et al. |
| 3,766,907 | A | 10/1973 | Muenzer |
| 3,906,092 | A | 9/1975 | Hilleman et al. |
| 4,373,071 | A | 2/1983 | Itakura |
| 4,399,216 | A | 8/1983 | Axel et al. |
| 4,401,796 | A | 8/1983 | Itakura |
| 4,411,657 | A | 10/1983 | Galindo |
| 4,415,732 | A | 11/1983 | Caruthers et al. |
| 4,458,066 | A | 7/1984 | Caruthers et al. |
| 4,474,569 | A | 10/1984 | Newkirk |
| 4,500,707 | A | 2/1985 | Caruthers et al. |
| 4,579,849 | A | 4/1986 | MacCoss et al. |
| 4,588,585 | A | 5/1986 | Mark et al. |
| 4,668,777 | A | 5/1987 | Caruthers et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CA | 2376634 | 12/2000 |
| CA | 2473135 | 6/2003 |

(Continued)

OTHER PUBLICATIONS

International Search Report and Written Opinion, PCT/US2013/062531, dated Jul. 3, 2014, Inventors: Stephen G. Hoge, et al., Title: Signal-Sensor Polynucleotides for the Alteration of Cellular Phenotypes, Filing Date: Sep. 30, 2013.

(Continued)

*Primary Examiner* — Jim Ketter
*Assistant Examiner* — Antonio Galisteo Gonzalez
(74) *Attorney, Agent, or Firm* — DT Ward, P.C.; Donna T. Ward; Jennifer F. Bryan

(57) **ABSTRACT**

The invention relates to compositions and methods for the preparation, manufacture and therapeutic use of polynucleotides, primary transcripts and mmRNA molecules.

**9 Claims, 14 Drawing Sheets**