# Dkt. 219, Ex. 4

# Redacted Version

# EXHIBIT 4