Dkt. 219, Ex. 5

Redacted Version

# EXHIBIT 5

███████████