# Dkt. 219, Ex. 6

# Redacted Version

# EXHIBIT 6