**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MODERNATX, INC. and MODERNA US, INC., | |
| Plaintiffs, | |
| v. | Case No. 22-cv-11378-RGS |
| PFIZER INC., BIONTECH SE, BIONTECH MANUFACTURING GMBH, and BIONTECH US INC., | |
| Defendants. | |

**DECLARATION OF ANNALEIGH E. CURTIS IN SUPPORT OF PLAINTIFFS
MODERNATX, INC. AND MODERNA US, INC.'S MOTION TO SEAL OR REDACT
PORTIONS OF MOTIONS TO COMPEL, OPPOSITIONS, AND EXHIBITS THERETO
(DKTS. 205, 206, 207, 2019, 210, 211, 217, 218, 220)**

I, Annaleigh E. Curtis, declare as follows:

1.     I am a counsel at the law firm Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"), counsel for ModernaTX, Inc. and Moderna US, Inc. (together, "Plaintiffs") in the above-captioned action.  I am a licensed attorney and a member in good standing of the Bar of the Commonwealth of Massachusetts.  I respectfully submit this declaration in support of Plaintiffs ModernaTX, Inc. and Moderna US, Inc.'s Motion to Seal or Redact Portions of Motions to Compel, Oppositions, and Exhibits Thereto (Dkts. 205, 206, 207, 2019, 210, 211, 217, 218, 220).

2.     On January 18, 2024, Moderna moved for leave to file its motion to compel and exhibits thereto under seal.  Dkt. 199.  On January 19, 2024, Defendants moved for leave to file their motion to compel and exhibits thereto under seal.  Dkt. 203.  On February 2, 2024, Moderna and BioNTech each moved for leave to file their respective oppositions and exhibits thereto under seal.  Dkts. 213, 215.  The Court preliminarily granted each motion and directed the parties to file

any motion to seal within fourteen days of the Court's ruling on the merits of the motions to compel.  Dkts. 200, 204, 214, 216.

3.      To streamline the submissions for the Court, counsel for Moderna and Defendants have coordinated to submit a single set of proposed public versions of the filings at Dkts. 205, 206, 207, 2019, 210, 211, 217, 218, 220.

4.      Attached hereto as **Exhibit 1** is a proposed public version of Dkt. 205, Moderna's Motion to Compel Production of Documents Over Which BioNTech Has Waived Privilege. Counsel for Defendants have prepared redactions to this exhibit and will offer a motion in support thereof.

5.      Attached hereto as **Exhibit 2** is a proposed public version of Dkt. 206, Moderna's Memorandum in Support of Motion to Compel Production of Documents Over Which BioNTech Has Waived Privilege.  Counsel for Defendants have prepared redactions to this exhibit and will offer a motion in support thereof.

6.      Attached hereto as **Exhibit 3** is a proposed public version of Dkt. 207, Declaration of Annaleigh E. Curtis in Support of Plaintiffs' Motion to Compel Production of Documents Over Which BioNTech Has Waived Privilege.  Counsel for Defendants have prepared redactions to this exhibit and will offer a motion in support thereof.

7.      Attached hereto as **Exhibit 4** is a proposed public version of Dkt. 207, Exhibit 1. The parties agree that no substantive redactions are required and have redacted only the indication in the cover sheet that the document was initially filed under seal.

8.      Attached hereto as **Exhibit 5** is a proposed public version of Dkt. 207, Exhibit 2. Counsel for Defendants have indicated they will seek to seal the exhibit and will offer a motion in support thereof.

9.      Attached hereto as **Exhibit 6** is a proposed public version of Dkt. 207, Exhibit 3. Counsel for Defendants have indicated they will seek to seal the exhibit and will offer a motion in support thereof.

10.     Attached hereto as **Exhibit 7** is a proposed public version of Dkt. 207, Exhibit 4. Counsel for Defendants have indicated they will seek to seal the exhibit and will offer a motion in support thereof.

11.     Attached hereto as **Exhibit 8** is a proposed public version of Dkt. 207, Exhibit 5. Counsel for Defendants have indicated they will seek to seal the exhibit and will offer a motion in support thereof.

12.     Attached hereto as **Exhibit 9** is a proposed public version of Dkt. 207, Exhibit 6. Counsel for Defendants have indicated they will seek to seal the exhibit and will offer a motion in support thereof.

13.     Attached hereto as **Exhibit 10** is a proposed public version of Dkt. 207, Exhibit 7. Counsel for Defendants have indicated they will seek to seal the exhibit and will offer a motion in support thereof.

14.     Attached hereto as **Exhibit 11** is a proposed public version of Dkt. 207, Exhibit 8. The parties agree that no substantive redactions are required and have redacted only the indication in the cover sheet that the document was initially filed under seal.

15.     Attached hereto as **Exhibit 12** is a proposed public version of Dkt. 207, Exhibit 9. Counsel for Defendants have prepared redactions to this exhibit and will offer a motion in support thereof.

16.     Attached hereto as **Exhibit 13** is a proposed public version of Dkt. 207, Exhibit 10. Counsel for Defendants have indicated they will seek to seal the exhibit and will offer a motion in support thereof.

17.     Attached hereto as **Exhibit 14** is a proposed public version of Dkt. 207, Exhibit 11. Counsel for Defendants have prepared redactions to this exhibit and will offer a motion in support thereof.

18.     Attached hereto as **Exhibit 15** is a proposed public version of Dkt. 207, Exhibit 12. Counsel for Defendants have indicated they will seek to seal the exhibit and will offer a motion in support thereof.

19.     Attached hereto as **Exhibit 16** is a proposed public version of Dkt. 207, Exhibit 13. Counsel for Defendants have prepared redactions to this exhibit and will offer a motion in support thereof.

20.     Attached hereto as **Exhibit 17** is a proposed public version of Dkt. 207, Exhibit 14. Counsel for Defendants have prepared redactions to this exhibit and will offer a motion in support thereof.

21.     Attached hereto as **Exhibit 18** is a proposed public version of Dkt. 207, Exhibit 15. Counsel for Defendants have prepared redactions to this exhibit and will offer a motion in support thereof.

22.     Attached hereto as **Exhibit 19** is a proposed public version of Dkt. 207, Exhibit 16, which is a letter from Annaleigh E. Curtis to counsel for Defendants dated January 3, 2024. Moderna seeks to redact the name of a former Moderna representative referenced in the exhibit in the interest of those individual's personal privacy.  The specific identity of the individual is not centrally relevant to the subject matter of either party's motion to compel or opposition, and

Moderna has narrowly tailored its redactions to preserve privacy, while leaving the nature of Defendants' claims available to public.  Public disclosure of the individual's name might subject them to unwarranted scrutiny unrelated to the subject matter of this case.  Counsel for Defendants have prepared additional redactions to this exhibit and will offer a motion in support thereof.  The substance of Exhibit 19 is the same as Exhibit 43.

23.     Attached hereto as **Exhibit 20** is a proposed public version of Dkt. 207, Exhibit 17, which is an email chain among counsel.  Moderna seeks to redact the name and role of a former Moderna representative referenced in the exhibit in the interest of those individual's personal privacy.  The specific identity of the individual is not centrally relevant to the subject matter of either party's motion to compel or opposition, and Moderna has narrowly tailored its redactions to preserve privacy, while leaving the nature of Defendants' claims available to public.  Public disclosure of the individual's name might subject them to unwarranted scrutiny unrelated to the subject matter of this case.  Counsel for Defendants have prepared additional redactions to this exhibit and will offer a motion in support thereof.

24.     Attached hereto as **Exhibit 21** is a proposed public version of Dkt. 207, Exhibit 18, which is a letter from Annaleigh E. Curtis to counsel for Defendants dated January 8, 2024.  Moderna seeks to redact the names and roles of current and former Moderna employees or representatives referenced in the exhibit in the interests of those individuals' personal privacy.  The specific identities of the individuals are not centrally relevant to the subject matter of either party's motion to compel or opposition, and Moderna has narrowly tailored its redactions to preserve privacy, while leaving the nature of Defendants' claims available to public.  Public disclosure of the individuals' names might subject them to unwarranted scrutiny unrelated to the subject matter of this case.  Moderna also seeks to redact confidential information regarding third parties (1)

Flagship Pioneering regarding the nature of its agreements with Moderna, and (2) Cellscript regarding confidential negotiations with Moderna.  This information is confidential to both Moderna and these third parties and its disclosure could negatively impact the commercial interests of each.  Counsel for Defendants have prepared additional redactions to this exhibit and will offer a motion in support thereof.  The substance of Exhibit 21 is the same as Exhibit 42.

25.    Attached hereto as **Exhibit 22** is a proposed public version of Dkt. 207, Exhibit 19, which is a letter from Annaleigh E. Curtis to counsel for Defendants dated January 11, 2024. Moderna seeks to redact the name of a former Moderna representative referenced in the exhibit in the interests of the individual's personal privacy.  The specific identity of the individual is not centrally relevant to the subject matter of either party's motion to compel or opposition, and Moderna has narrowly tailored its redactions to preserve privacy, while leaving the nature of Defendants' claims available to public.  Public disclosure of the individual's name might subject them to unwarranted scrutiny unrelated to the subject matter of this case.  Moderna also seeks to redact confidential information regarding third party Flagship Pioneering regarding the nature of its agreements with Moderna.  This information is confidential to both Moderna and Flagship and its disclosure could negatively impact the commercial interests of each.  The substance of Exhibit 22 is the same as Exhibit 45.

26.    Attached hereto as **Exhibit 23** is a proposed public version of Dkt. 207, Exhibit 20, which is a letter from Karthik Kasaraneni to counsel for Plaintiffs dated January 17, 2024. Moderna seeks to redact the name of a former Moderna representative referenced in the exhibit in the interests of the individual's personal privacy.  The specific identity of the individual is not centrally relevant to the subject matter of either party's motion to compel or opposition, and Moderna has narrowly tailored its redactions to preserve privacy, while leaving the nature of

Defendants' claims available to public.  Public disclosure of the individual's name might subject them to unwarranted scrutiny unrelated to the subject matter of this case.  Counsel for Defendants have prepared additional redactions to this exhibit and will offer a motion in support thereof.

27.     Attached hereto as **Exhibit 24** is a proposed public version of Dkt. 207, Exhibit 21. Counsel for Defendants have prepared redactions to this exhibit and will offer a motion in support thereof.

28.     Attached hereto as **Exhibit 25** is a proposed public version of Dkt. 207, Exhibit 22. Counsel for Defendants have indicated they will seek to seal the exhibit and will offer a motion in support thereof.

29.     Attached hereto as **Exhibit 26** is a proposed public version of Dkt. 207, Exhibit 23. Counsel for Defendants have indicated they will seek to seal the exhibit and will offer a motion in support thereof.

30.     Attached hereto as **Exhibit 27** is a proposed public version of Dkt. 209, Defendants' Motion to Compel Moderna's Production of Documents and Information Erroneously Withheld as Privilege.  The parties agree that no substantive redactions are required and have redacted only the indication in the caption that the document was initially filed under seal.

31.     Attached hereto as **Exhibit 28** is a proposed public version of Dkt. 210, Defendants' Memorandum in Support of Their Motion to Compel Moderna's Production of Documents and Information Erroneously Withheld as Privileged.  Moderna seeks to redact the names and roles of current and former Moderna employees or representatives referenced in the exhibit in the interests of those individuals' personal privacy.  The specific identities of the individuals are not centrally relevant to the subject matter of either party's motion to compel or opposition, and Moderna has narrowly tailored its redactions to preserve privacy, while leaving the nature of Defendants' claims

available to public.  Public disclosure of the individuals' names might subject them to unwarranted scrutiny unrelated to the subject matter of this case.

32.     Attached hereto as **Exhibit 29** is a proposed public version of Dkt. 211, Declaration of Karthik Kasaraneni in Support of Motion to Compel Production of Documents and Information Erroneously Withheld as Privileged.  The parties agree that no substantive redactions are required and have redacted only the indication in the caption that the document was initially filed under seal.

33.     Attached hereto as **Exhibit 30** is a proposed public version of Dkt. 211, Exhibit A, which is Moderna's Sixth Supplemental Privilege Log dated December 21, 2023.  Moderna seeks to maintain this exhibit under seal and attaches a slipsheeted version.  It is marked as highly confidential subject to the Court's protective order, Dkt. 67.  It contains descriptions of many highly confidential, privileged Moderna documents, the disclosure of which could harm Moderna's commercial and business interests.  In addition, it contains the names and email addresses of Moderna employees and third parties with whom Moderna has a common legal interest or other privilege.  This information is not central to either motion to compel or opposition thereto.

34.     Attached hereto as **Exhibit 31** is a proposed public version of Dkt. 211, Exhibit B, which is an email among counsel.  Moderna seeks to redact the name and role of a former Moderna representative referenced in the exhibit in the interest of those individual's personal privacy.  The specific identity of the individual is not centrally relevant to the subject matter of either party's motion to compel or opposition, and Moderna has narrowly tailored its redactions to preserve privacy, while leaving the nature of Defendants' claims available to public.  Public disclosure of the individual's name might subject them to unwarranted scrutiny unrelated to the subject matter

of this case.  Counsel for Defendants have prepared additional redactions to this exhibit and will offer a motion in support thereof.

35.     Attached hereto as **Exhibit 32** is a proposed public version of Dkt. 211, Exhibit C, which contains excerpts of the deposition of Jason P. Schrum, PhD.  Moderna seeks to maintain the exhibit under seal and attaches a slipsheeted version.  It is marked as highly confidential and contains confidential information about Moderna's technical development, the disclosure of which could harm Moderna's commercial interests.

36.     Attached hereto as **Exhibit 33** is a proposed public version of Dkt. 211, Exhibit D, which is a document titled "2010 Fellows – RNA Agonism."  Moderna seeks to maintain this exhibit under seal and attaches a slipsheeted version.  The document contains details of Moderna's research and competitive intelligence information.  Moderna produced the document as highly confidential subject to the Court's protective order, Dkt. 67.  Exhibit 33 is substantively the same as Exhibit 69.

37.     Attached hereto as **Exhibit 34** is a proposed public version of Dkt. 211, Exhibit E, which is an October 16, 2023 letter from Derrick Anderson to counsel for Moderna.  Moderna seeks to redact the names and roles of current Moderna employees or representatives referenced in the exhibit in the interests of those individuals' personal privacy.  The specific identities of the individuals are not centrally relevant to the subject matter of either party's motion to compel or opposition, and Moderna has narrowly tailored its redactions to preserve privacy, while leaving the nature of Defendants' claims available to public.  Public disclosure of the individuals' names might subject them to unwarranted scrutiny unrelated to the subject matter of this case.

38.     Attached hereto as **Exhibit 35** is a proposed public version of Dkt. 211, Exhibit F, which is an email and letter from Annaleigh E. Curtis to counsel for Defendants dated October 23,

2023.  Moderna seeks to redact a portion of the document quoting a document produced by Moderna.  The document contains details of Moderna's research and commercial strategy. Moderna produced the quoted document as highly confidential subject to the Court's protective order, Dkt. 67.

39.     Attached hereto as **Exhibit 36** is a proposed public version of Dkt. 211, Exhibit G. The parties agree that no redactions are required.

40.     Attached hereto as **Exhibit 37** is a proposed public version of Dkt. 211, Exhibit H, which is Moderna's Fifth Supplemental Privilege Log dated November 17, 2023.  Moderna seeks to maintain this exhibit under seal and attaches a slipsheeted version.  It is marked as highly confidential subject to the Court's protective order, Dkt. 67.  It contains descriptions of many highly confidential, privileged Moderna documents, the disclosure of which could harm Moderna's commercial and business interests.  In addition, it contains the names of Moderna employees and third parties with whom Moderna has a common legal interest or other privilege. This information is not central to either motion to compel or opposition thereto.

41.     Attached hereto as **Exhibit 38** is a proposed public version of Dkt. 211, Exhibit I, which is a November 22, 2023 letter from Michael Liu to counsel for Moderna.  The letter (1) describes several entries on Moderna's privilege log, which in turn describe communications and identify individuals from third parties with whom Moderna has a common legal interest, and (2) describes and quotes a highly confidential document produced by third party Flagship Pioneering regarding financing and investment.  The referenced information is generally kept in confidence, and the underlying documents referenced are marked as confidential or highly confidential subject to the Court's protective order, Dkt. 67.  This information is confidential to both Moderna and

these third parties and its disclosure could negatively impact the commercial interests of each.  The redacted information is not central to either motion or opposition thereto.

42.     Attached hereto as **Exhibit 39** is a proposed public version of Dkt. 211, Exhibit J, which is a letter from Annaleigh E. Curtis to counsel for Defendants.  Moderna seeks to redact confidential information regarding third party Flagship Pioneering's agreements with Moderna.  Moderna also seeks to redact portions of the exhibit describing Moderna's business, commercial, and legal relationships with multiple other third parties, including some with whom Moderna shares a common legal interest or other privilege.  Moderna also seeks to redact a portion of the document quoting several documents produced by Moderna.  The document contains details of Moderna's research and commercial strategy.  Moderna produced the quoted document as highly confidential subject to the Court's protective order, Dkt. 67.  Moderna also seeks to redact the name of a former Moderna representative referenced in the exhibit in the interest of the individual's personal privacy.  The specific identity of the individual is not centrally relevant to the subject matter of either party's motion to compel or opposition, and Moderna has narrowly tailored its redactions to preserve privacy, while leaving the nature of Defendants' claims available to public.  Public disclosure of the individual's name might subject them to unwarranted scrutiny unrelated to the subject matter of this case.  Counsel for Defendants have prepared additional redactions to this exhibit and will offer a motion in support thereof.

43.     Attached hereto as **Exhibit 40** is a proposed public version of Dkt. 211, Exhibit K, which is a document produced by third party Trilink.  Moderna seeks to maintain the exhibit under seal and attaches a slipsheeted version.  The document contains confidential communications between Moderna and third party Trilink, the disclosure of which could harm Moderna's

11

commercial and business interests.  The document was produced by Trilink as highly confidential subject the Court's protective order, Dkt. 67.

44.     Attached hereto as **Exhibit 41** is a proposed public version of Dkt. 211, Exhibit L, which is a document produced by third party Trilink.  Moderna seeks to maintain the exhibit under seal and attaches a slipsheeted version.  The document contains confidential communications between Moderna and third party Trilink, the disclosure of which could harm Moderna's commercial and business interests.  The document was produced by Trilink as highly confidential subject the Court's protective order, Dkt. 67.

45.     Attached hereto as **Exhibit 42** is a proposed public version of Dkt. 211, Exhibit M, which is a letter from Annaleigh E. Curtis to counsel for Defendants dated January 8, 2024. Moderna seeks to redact the names and roles of current and former Moderna employees or representatives referenced in the exhibit in the interests of those individuals' personal privacy.  The specific identities of the individuals are not centrally relevant to the subject matter of either party's motion to compel or opposition, and Moderna has narrowly tailored its redactions to preserve privacy, while leaving the nature of Defendants' claims available to public.  Public disclosure of the individuals' names might subject them to unwarranted scrutiny unrelated to the subject matter of this case.  Moderna also seeks to redact confidential information regarding third parties (1) Flagship Pioneering regarding the nature of its agreements with Moderna, and (2) Cellscript regarding confidential negotiations with Moderna.  This information is confidential to both Moderna and these third parties and its disclosure could negatively impact the commercial interests of each.  Counsel for Defendants have prepared additional redactions to this exhibit and will offer a motion in support thereof.  The substance of Exhibit 21 is the same as Exhibit 42.

46.     Attached hereto as **Exhibit 43** is a proposed public version of Dkt. 211, Exhibit N, which is a letter from Annaleigh E. Curtis to counsel for Defendants dated January 3, 2024. Moderna seeks to redact the name of a former Moderna representative referenced in the exhibit in the interest of the individual's personal privacy.  The specific identity of the individual is not centrally relevant to the subject matter of either party's motion to compel or opposition, and Moderna has narrowly tailored its redactions to preserve privacy, while leaving the nature of Defendants' claims available to public.  Public disclosure of the individual's name might subject them to unwarranted scrutiny unrelated to the subject matter of this case.  Counsel for Defendants have prepared additional redactions to this exhibit and will offer a motion in support thereof.  The substance of Exhibit 43 is the same as Exhibit 19.

47.     Attached hereto as **Exhibit 44** is a proposed public version of Dkt. 211, Exhibit O. The parties agree that no redactions are required.

48.     Attached hereto as **Exhibit 45** is a proposed public version of Dkt. 211, Exhibit P, which is a letter from Annaleigh E. Curtis to counsel for Defendants dated January 11, 2024. Moderna seeks to redact the name of a former Moderna representative referenced in the exhibit in the interests of the individual's personal privacy.  The specific identity of the individual is not centrally relevant to the subject matter of either party's motion to compel or opposition, and Moderna has narrowly tailored its redactions to preserve privacy, while leaving the nature of Defendants' claims available to public.  Public disclosure of the individual's name might subject them to unwarranted scrutiny unrelated to the subject matter of this case.  Moderna also seeks to redact confidential information regarding third party Flagship Pioneering regarding the nature of its agreements with Moderna.  This information is confidential to both Moderna and Flagship and

its disclosure could negatively impact the commercial interests of each. The substance of Exhibit 45 is the same as Exhibit 22.

49.     Attached hereto as **Exhibit 46** is a proposed public version of Dkt. 217, BioNTech's Opposition to Moderna's Motion to Compel Production of Documents Over Which BioNTech Has Asserted Privilege. Counsel for Defendants have prepared redactions to this exhibit and will offer a motion in support thereof.

50.     Attached hereto as **Exhibit 47** is a proposed public version of Dkt. 218, Declaration of Young Park in Support of BioNTech's Opposition to Moderna's Motion to Compel Production of Documents Over Which BioNTech Has Asserted Privilege. Counsel for Defendants have prepared redactions to this exhibit and will offer a motion in support thereof.

51.     Attached hereto as **Exhibit 48** is a proposed public version of Dkt. 218, Exhibit 1. Counsel for Defendants have indicated they will seek to seal the exhibit and will offer a motion in support thereof.

52.     Attached hereto as **Exhibit 49** is a proposed public version of Dkt. 218, Exhibit 2. Counsel for Defendants have indicated they will seek to seal the exhibit and will offer a motion in support thereof.

53.     Attached hereto as **Exhibit 50** is a proposed public version of Dkt. 218, Exhibit 3. The parties agree that no substantive redactions are required and have redacted only the indication in the cover sheet that the document was initially filed under seal.

54.     Attached hereto as **Exhibit 51** is a proposed public version of Dkt. 218, Exhibit 4, which is a letter from Disha R. Patel to counsel for Defendants dated September 8, 2023. Moderna seeks to redact passwords for encrypted files produced to Defendants' counsel and containing material designated confidential or highly confidential under the Court's protective order, Dkt. 67.

The passwords could be used to access these produced files.  The underlying files in these productions are not at issue in either motion or opposition.

55.     Attached hereto as **Exhibit 52** is a proposed public version of Dkt. 218, Exhibit 5, which is a letter from Disha R. Patel to counsel for Defendants dated October 2, 2023.  Moderna seeks to redact passwords for encrypted files produced to Defendants' counsel and containing material designated confidential or highly confidential under the Court's protective order, Dkt. 67.  The passwords could be used to access these produced files.  The underlying files in these productions are not at issue in either motion or opposition.

56.     Attached hereto as **Exhibit 53** is a proposed public version of Dkt. 218, Exhibit 6, which is a letter from Disha R. Patel to counsel for Defendants dated October 16, 2023.  Moderna seeks to redact passwords for encrypted files produced to Defendants' counsel and containing material designated confidential or highly confidential under the Court's protective order, Dkt. 67.  The passwords could be used to access these produced files.  The underlying files in these productions are not at issue in either motion or opposition.

57.     Attached hereto as **Exhibit 54** is a proposed public version of Dkt. 218, Exhibit 7, which is a letter from Disha R. Patel to counsel for Defendants dated October 30, 2023.  Moderna seeks to redact passwords for encrypted files produced to Defendants' counsel and containing material designated confidential or highly confidential under the Court's protective order, Dkt. 67.  The passwords could be used to access these produced files.  The underlying files in these productions are not at issue in either motion or opposition.

58.     Attached hereto as **Exhibit 55** is a proposed public version of Dkt. 218, Exhibit 8.  The parties agree that no substantive redactions are required and have redacted only the indication in the cover sheet that the document was initially filed under seal.

59.     Attached hereto as **Exhibit 56** is a proposed public version of Dkt. 218, Exhibit 9, which is a letter from Disha R. Patel to counsel for Defendants dated November 9, 2023.  Moderna seeks to redact passwords for encrypted files produced to Defendants' counsel and containing material designated confidential or highly confidential under the Court's protective order, Dkt. 67.  The passwords could be used to access these produced files.  The underlying files in these productions are not at issue in either motion or opposition.

60.     Attached hereto as **Exhibit 57** is a proposed public version of Dkt. 218, Exhibit 10, which is a letter from Disha R. Patel to counsel for Defendants dated November 16, 2023.  Moderna seeks to redact passwords for encrypted files produced to Defendants' counsel and containing material designated confidential or highly confidential under the Court's protective order, Dkt. 67.  The passwords could be used to access these produced files.  The underlying files in these productions are not at issue in either motion or opposition.

61.     Attached hereto as **Exhibit 58** is a proposed public version of Dkt. 218, Exhibit 11, which is a letter from Disha R. Patel to counsel for Defendants dated November 21, 2023.  Moderna seeks to redact passwords for encrypted files produced to Defendants' counsel and containing material designated confidential or highly confidential under the Court's protective order, Dkt. 67.  The passwords could be used to access these produced files.  The underlying files in these productions are not at issue in either motion or opposition.

62.     Attached hereto as **Exhibit 59** is a proposed public version of Dkt. 218, Exhibit 12, which is a letter from Disha R. Patel to counsel for Defendants dated November 30, 2023.  Moderna seeks to redact passwords for encrypted files produced to Defendants' counsel and containing material designated confidential or highly confidential under the Court's protective

order, Dkt. 67.  The passwords could be used to access these produced files.  The underlying files in these productions are not at issue in either motion or opposition.

63.     Attached hereto as **Exhibit 60** is a proposed public version of Dkt. 218, Exhibit 13, which is a letter from Disha R. Patel to counsel for Defendants dated December 4, 2023.  Moderna seeks to redact passwords for encrypted files produced to Defendants' counsel and containing material designated confidential or highly confidential under the Court's protective order, Dkt. 67. The passwords could be used to access these produced files.  The underlying files in these productions are not at issue in either motion or opposition.

64.     Attached hereto as **Exhibit 61** is a proposed public version of Dkt. 218, Exhibit 14. The parties agree that no substantive redactions are required and have redacted only the indication in the cover sheet that the document was initially filed under seal.

65.     Attached hereto as **Exhibit 62** is a proposed public version of Dkt. 218, Exhibit 15. The parties agree that no substantive redactions are required and have redacted only the indication in the cover sheet that the document was initially filed under seal.

66.     Attached hereto as **Exhibit 63** is a proposed public version of Dkt. 218, Exhibit 16, which is an email from Madeleine C. Laupheimer to counsel for Defendants dated December 20, 2023.  Moderna seeks to redact the name of a Moderna employee referenced in the email in the interests of that employee's personal privacy.  The specific identity of the individual is not centrally relevant to the subject matter of either party's motion to compel or opposition, and Moderna has narrowly tailored its redactions to preserve privacy, while leaving the nature of Defendants' claims available to public.  Public disclosure of the employee's name might subject that employee to unwarranted scrutiny unrelated to the subject matter of this case.

67.     Attached hereto as **Exhibit 64** is a proposed public version of Dkt. 218, Exhibit 17. The parties agree that no substantive redactions are required and have redacted only the indication in the cover sheet that the document was initially filed under seal.

68.     Attached hereto as **Exhibit 65** is a proposed public version of Dkt. 218, Exhibit 18. Counsel for Defendants have indicated they will seek to seal the exhibit and will offer a motion in support thereof.

69.     Attached hereto as **Exhibit 66** is a proposed public version of Dkt. 218, Exhibit 19. Counsel for Defendants have indicated they will seek to seal the exhibit and will offer a motion in support thereof.

70.     Attached hereto as **Exhibit 67** is a proposed public version of Dkt. 218, Exhibit 20. The parties agree that no substantive redactions are required and have redacted only the indication in the cover sheet that the document was initially filed under seal.

71.     Attached hereto as **Exhibit 68** is a proposed public version of Dkt. 218, Exhibit 21. Counsel for Defendants have indicated they will seek to seal the exhibit and will offer a motion in support thereof.

72.     Attached hereto as **Exhibit 69** is a proposed public version of Dkt. 219, Exhibit 4. which is a document titled "2010 Fellows – RNA Agonism."  Moderna seeks to maintain this exhibit under seal and attaches a slipsheeted version.  The document contains details of Moderna's research and competitive intelligence information.  Moderna produced the document as highly confidential subject to the Court's protective order, Dkt. 67.  Exhibit 69 is substantively the same as Exhibit 33.

73.     Attached hereto as **Exhibit 70** is a proposed public version of Dkt. 219, Exhibit 5, which contains excerpts of the deposition of Antonin de Fougerolles, PhD.  Moderna seeks to

maintain the exhibit under seal and attaches a slipsheeted version.  It is marked as highly confidential and contains confidential information about Moderna's technical development, the disclosure of which could harm Moderna's commercial interests.

74.     Attached hereto as **Exhibit 71** is a proposed public version of Dkt. 219, Exhibit 6, which contains excerpts of the deposition of Jason P. Schrum, PhD.  Moderna seeks to maintain the exhibit under seal and attaches a slipsheeted version.  It is marked as highly confidential and contains confidential information about Moderna's technical development, the disclosure of which could harm Moderna's commercial interests.

75.     Attached hereto as **Exhibit 72** is a proposed public version of Dkt. 220, ModernaTX, Inc. and Moderna US, Inc.'s Opposition to Defendants' Motion to Compel Production of Privileged Documents.  Moderna seeks to redact the names and roles of current Moderna employees or representatives referenced in the exhibit in the interests of those individuals' personal privacy.  The specific identities of the individuals are not centrally relevant to the subject matter of either party's motion to compel or opposition, and Moderna has narrowly tailored its redactions to preserve privacy, while leaving the nature of Defendants' claims available to public.  Public disclosure of the individuals' names might subject them to unwarranted scrutiny unrelated to the subject matter of this case.  Moderna also seeks to redact confidential information regarding its retention of custodial files for a former employee.  Moderna also seeks to redact confidential information regarding third party Flagship Pioneering regarding the nature of its agreements with Moderna.  This information is confidential to both Moderna and Flagship and its disclosure could negatively impact the commercial interests of each.

*       *       *

I declare under penalty of perjury that the foregoing is true and correct.  Executed on February 21, 2024, in Boston, Massachusetts.

*/s/ Annaleigh E. Curtis*
Annaleigh E. Curtis

## <u>CERTIFICATE OF SERVICE</u>

I certify that on February 21, 2024, I filed the foregoing document with the United States District Court for the District of Massachusetts using the CM/ECF system and caused it to be served on all registered participants via the notice of electronic filing (the "ECF").

<u>*/s/ Kevin S. Prussia*</u>
Kevin S. Prussia
