# EXHIBIT 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MODERNATX, INC. and MODERNA US, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PFIZER INC., BIONTECH SE, BIONTECH MANUFACTURING GMBH, and BIONTECH US INC., <br><br> Defendants. | C.A. No. 22-11378-RGS <br><br> JURY TRIAL DEMANDED <br><br> ■■■■■■■■■■■■ |

## MODERNA'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS OVER WHICH BIONTECH HAS WAIVED PRIVILEGE

Plaintiffs ModernaTX, Inc. and Moderna US, Inc. (collectively, "Moderna") file this motion to compel Defendants BioNTech SE, BioNTech Manufacturing GmbH, and BioNTech US Inc. (collectively, "BioNTech") to produce documents clawed back as privileged which concern the same subject matter—■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■—as documents on which BioNTech has waived any privilege.

For the reasons set forth in the memorandum filed herewith, Moderna respectfully requests an order from the Court compelling production of all documents clawed back or withheld by BioNTech concerning ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■, including at least Entry Nos. 7-27 on BioNTech's Third Supplemental Privilege Log, Exhibit 12.

Moderna also respectfully requests that, if the Court orders production of documents improperly clawed back or withheld by BioNTech, that the Court order BioNTech to produce a corporate witness competent to testify about the documents.  The deposition could be completed in two hours or fewer.

## REQUEST FOR ORAL ARGUMENT

Plaintiffs would like to be heard on the issues presented in their motion and believe that oral argument can assist the Court in resolving the parties' dispute.  Plaintiffs respectfully request that the Court order oral argument.

Date:  January 19, 2024

Respectfully submitted,

*/s/ Kevin S. Prussia*
William F. Lee (BBO# 291960)
Emily R. Whelan (BBO# 646982)
Kevin S. Prussia (BBO# 666813)
Andrew J. Danford (BBO# 672342)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000
william.lee@wilmerhale.com
emily.whelan@wilmerhale.com
kevin.prussia@wilmerhale.com
andrew.danford@wilmerhale.com

Amy K. Wigmore (BBO# 629275)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
(202) 663-6000
amy.wigmore@wilmerhale.com

*Counsel for Plaintiffs ModernaTX, Inc. and Moderna US, Inc.*

## CERTIFICATION PURSUANT TO LOCAL RULES 7.1(a)(2) AND 37.1(b)

Pursuant to Local Rules 7.1(a)(2) and 37.1(b), on December 12, 2023 (letter), December 22, 2023 (letter), January 3, 2024 (letter), January 4, 2024 (telephone), January 8, 2024 (letter), January 9, 2024 (email), January 11, 2024 (letter), and January 17 (letter) counsel for Moderna conferred in good faith with counsel for Defendants in an effort to resolve or narrow the issues presented in this motion, but were unable to reach an agreement, and have complied with Local Rules 7.1(a)(2) and 37.1(b).

## CERTIFICATE OF SERVICE

I certify that on January 19, 2024, I filed the foregoing document with the United States District Court for the District of Massachusetts and caused it to be served on all registered participants via email.

/s/ *Kevin S. Prussia*

Kevin S. Prussia (BBO# 666813)