# EXHIBIT 3

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MODERNATX, INC. and MODERNA US, INC., <br><br>          Plaintiffs, <br><br>      v. <br><br> PFIZER INC., BIONTECH SE, BIONTECH MANUFACTURING GMBH, and BIONTECH US INC., <br><br>          Defendants. | Case No. 22-cv-11378-RGS <br><br> ███████████ |

**DECLARATION OF ANNALEIGH E. CURTIS IN SUPPORT OF PLAINTIFFS'
MOTION TO COMPEL PRODUCTION OF DOCUMENTS OVER WHICH BIONTECH
HAS WAIVED PRIVILEGE**

I, Annaleigh E. Curtis, declare as follows:

1.      I am a counsel at the law firm Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"), counsel for ModernaTX, Inc. and Moderna US, Inc. (together, "Plaintiffs") in the above-captioned action.  I am a licensed attorney and a member in good standing of the Bar of the Commonwealth of Massachusetts.  I respectfully submit this declaration in support of Plaintiff Moderna's Motion to Compel Production of Documents Over Which BioNTech Has Waived Privilege.

2.      Attached hereto as Exhibit 1 is a true and correct copy of an email chain among counsel dated October 12, 2023 to October 18, 2023.

3.      Attached hereto as Exhibit 2 is a true and correct copy of excerpts of the transcript of the December 4, 2023 deposition of ████████████.

4.      Attached hereto as Exhibit 3 is a true and correct copy of BNT_COMIR_1378186 – 1378187.

5.      Attached hereto as Exhibit 4 is a true and correct copy of ▮▮▮ Deposition Exhibit 20, which is comprised of BNT_COMIR_1379459 – 1379460 and a December 2, 2023 certified translation of BNT_COMIR_1379459 – 1379460.

6.      Attached hereto as Exhibit 5 is a true and correct copy of ▮▮▮ Deposition Exhibit 27, which is BNT_COMIR_1379496 – 1379497.

7.      Attached hereto as Exhibit 6 is a true and correct copy of ▮▮▮ Deposition Exhibit 26, which is BNT_COMIR_1379492.

8.      Attached hereto as Exhibit 7 is a true and correct copy of ▮▮▮ Deposition Exhibit 18, which is BNT_COMIR_1379559.

9.      Attached hereto as Exhibit 8 is a true and correct copy of ▮▮▮ Deposition Exhibit 1.

10.      Attached hereto as Exhibit 9 is a true and correct copy of ▮▮▮ Deposition Exhibit 3, which is an excerpted copy of Defendants' Supplemental Responses and Objections to Plaintiffs' First Set of Common Interrogatories to Defendants (Nos. 1, 2, 4, 5, 6, 7, 8, and 10).

11.      Attached hereto as Exhibit 10 is a true and correct copy of excerpts of the transcript of the December 6, 2023 deposition of ▮▮▮▮▮▮▮▮▮▮.

12.      Attached hereto as Exhibit 11 is a true and correct copy of a December 7-8, 2023 Email among counsel.

13.      Attached hereto as Exhibit 12 is a true and correct copy of BioNTech's Third Supplemental Privilege Log, dated December 8, 2023, with highlighting added to Entry Nos. 7-27.

14.      Attached hereto as Exhibit 13 is a true and correct copy of a December 12, 2023 Letter from Annaleigh E. Curtis to Bruce Wexler.

15.     Attached hereto as Exhibit 14 is a true and correct copy of a December 12, 2023 – January 3, 2024 Email among counsel.

16.     Attached hereto as Exhibit 15 is a true and correct copy of a December 22, 2023 Letter from Karthik Kasaraneni to Annaleigh E. Curtis.

17.     Attached hereto as Exhibit 16 is a true and correct copy of a January 3, 2024 Letter from Annaleigh E. Curtis to Karthik Kasaraneni and Ryan Meuth.

18.     Attached hereto as Exhibit 17 is a true and correct copy of a December 15, 2023 – January 18 Email among counsel.

19.     Attached hereto as Exhibit 18 is a true and correct copy of a January 8, 2024 Letter from Annaleigh E. Curtis to Young Park and Michael Liu.

20.     Attached hereto as Exhibit 19 is a true and correct copy of a January 11, 2024 Letter from Annaleigh E. Curtis to Karthik Kasaraneni.

21.     Attached hereto as Exhibit 20 is a true and correct copy of a January 17, 2024 Letter from Karthik Kasaraneni to Annaleigh E. Curtis.

22.     Attached hereto as Exhibit 21 is a true and correct copy of excerpts of Moderna's Responses and Objections to Pfizer's First Set of Interrogatories (Nos. 1-4).

23.     Attached hereto as Exhibit 22 is a true and correct copy of BioNTech's Privilege Log dated October 30, 2023.

24.     Attached hereto as Exhibit 23 is a true and correct copy of BioNTech's Second Supplemental Privilege Log dated November 28, 2023.

*       *       *

I declare under penalty of perjury that the foregoing is true and correct.  Executed on January 19, 2024, in Boston, Massachusetts.

3

*/s/ Annaleigh E. Curtis*
Annaleigh E. Curtis

**CERTIFICATE OF SERVICE**

I certify that on January 19, 2024, I filed the foregoing document with the United States District Court for the District of Massachusetts and caused it to be served on all registered participants via email.

*/s/ Annaleigh E. Curtis*
Annaleigh E. Curtis