# EXHIBIT 4

# EXHIBIT 1

| | |
|---|---|
| **From:** | Hilgar, Rebecca A. <rebeccahilgar@paulhastings.com> |
| **Sent:** | Wednesday, October 18, 2023 5:29 PM |
| **To:** | Curtis, Annaleigh; lbromberg@mccarter.com; ebelt@mccarter.com; wproctor@mccarter.com; Selby, Thomas; Fisher, Stanley; Kayali, Kathryn; Liu, Michael; Ghosh, Shayon; Tavares, Julie; Anderson, Derrick; Bernal Anderson, Haylee; Jeffrey.Robbins@saul.com; Joseph.Lipchitz@saul.com; Gregory.Boucher@saul.com; brucewexler@paulhastings.com; ericdittmann@paulhastings.com; Park, Young J.; Kung, Simon; Minniti, Carl; Meuth, Ryan; COVIDPatentPfizer; 'BioNTech-Moderna-PH@paulhastings.com' |
| **Cc:** | WH_Moderna_Lit |
| **Subject:** | RE: Moderna v. Pfizer and BioNTech, 22-cv-11378--BioNTech Documents |
| **Attachments:** | mg_info.txt |

**EXTERNAL SENDER**

Counsel,

In reply to your email, and without waiver of any rights should additional information or circumstances come to light, BioNTech does not presently make a claim of privilege over the five specific documents listed in your email below.  This response should not be construed, expressly or impliedly, as stating any position with respect to any other documents or information, including any documents or information that may be related to these documents.

Regards,

Rebecca

---

**PAUL HASTINGS**

**Rebecca Hilgar | Associate, Litigation Department**
Paul Hastings LLP | 200 Park Avenue, New York, NY 10166 | Direct: +1.212.318.6759 | M
+1.212.318.6000 | Fax: +1.212.230.7759 | rebeccahilgar@paulhastings.com |
www.paulhastings.com

**From:** Curtis, Annaleigh <Annaleigh.Curtis@wilmerhale.com>
**Sent:** Thursday, October 12, 2023 2:53 PM
**To:** lbromberg@mccarter.com; ebelt@mccarter.com; wproctor@mccarter.com; Selby, Thomas <TSelby@wc.com>; Fisher, Stanley <SFisher@wc.com>; Kayali, Kathryn <KKayali@wc.com>; Liu, Michael <mliu@wc.com>; Ghosh, Shayon <sghosh@wc.com>; Tavares, Julie <jtavares@wc.com>; Anderson, Derrick <danderson@wc.com>; Bernal Anderson, Haylee <HAnderson@wc.com>; Jeffrey.Robbins@saul.com; Joseph.Lipchitz@saul.com; Gregory.Boucher@saul.com; Wexler, Bruce M. <brucewexler@paulhastings.com>; Dittmann, Eric W. <ericdittmann@paulhastings.com>; Park, Young J. <youngpark@paulhastings.com>; Kung, Simon <simonkung@paulhastings.com>; Hilgar, Rebecca A. <rebeccahilgar@paulhastings.com>; Minniti, Carl <carlminniti@paulhastings.com>; Meuth, Ryan <ryanmeuth@paulhastings.com>; COVIDPatentPfizer <COVIDPatentPfizer@wc.com>; 'BioNTech-Moderna-PH@paulhastings.com'
**Cc:** WH_Moderna_Lit <WH_Moderna_Lit@wilmerhale.com>
**Subject:** [EXT] Moderna v. Pfizer and BioNTech, 22-cv-11378--BioNTech Documents

**--- External Email ---**

Counsel:

Please confirm whether you make any claim of privilege over the following documents and, if so, state the basis for your claim.

> BNT_COMIR_1339967
> BNT_COMIR_1378186
> BNT_COMIR_1379459
> BNT_COMIR_1379492
> BNT_COMIR_1379496

Best,
Annaleigh

**Annaleigh E. Curtis | WilmerHale**
**She/Her/Hers**
**60 State Street**
**Boston, MA 02109 USA**
**+1 617 526 6694 (t)**
**+1 617 526 5000 (f)**
annaleigh.curtis@wilmerhale.com

**Please consider the environment before printing this email.**

---

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.