# EXHIBIT 5

# EXHIBIT 2