# EXHIBIT 6

# EXHIBIT 3