# EXHIBIT 7

# EXHIBIT 4

███████████████████████