# EXHIBIT 8

# EXHIBIT 5