# EXHIBIT 9

# EXHIBIT 6

███████████████████████