# EXHIBIT 10

# EXHIBIT 7

███████████████████████