# EXHIBIT 11

# EXHIBIT 8

██████████████████████████

| Moderna Topic No. | Subject Area |
|---|---|
| 1 | Facts sufficient to identify any testing, analyses, and use of any mRNA comprising 1-methylpseudouridine before April 2, 2012 |
| 2 | Facts sufficient to identify any testing, analyses, and use of any mRNA comprising any modified nucleoside other than 1-methylpseudouridine before April 2, 2012 |
| 4 | Facts sufficient to identify when BioNTech first began developing a potential mRNA product |
| 7 | Facts sufficient to describe any attempts by BioNTech to develop a potential mRNA Product for a non-infectious disease comprising unmodified uridine |
| 22 | Facts sufficient to describe the function of the mRNA ingredients in Comirnaty® |
| 25 | Facts sufficient to describe BioNTech's testing, analyses, and studies on the mRNA sequence and/or any purification process in developing a COVID-19 vaccine, if any |
| 46 | Limited testimony identifying the products currently in preclinical or clinical trials that utilize mRNA comprising N1-methylpseudouridine for a non-infectious disease |
| 63 | Facts concerning the content of BioNTech's response to Moderna's Common Interrogatory No. 7 |
| 64 | Facts sufficient to describe BioNTech's first awareness of US 2012/0251618, which is a publication that is listed among the large group of continuations identified on the face of U.S. Patent No. 10,898,574 |
| 65 | Facts concerning the content of BioNTech's response to Moderna's Common Interrogatory No. 8 |