# EXHIBIT 12

# EXHIBIT 9

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MODERNATX, INC. and MODERNA US, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PFIZER INC., BIONTECH SE, BIONTECH MANUFACTURING GMBH, and BIONTECH US INC.,<br><br>Defendants. | Case No. 1:22-cv-11378-RGS<br><br> |

### DEFENDANTS' SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFFS' FIRST SET OF COMMON INTERROGATORIES TO DEFENDANTS (NOS. 1, 2, 4, 5, 6, 7, 8, AND 10)

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure and Local Rule 33.1, Defendants Pfizer Inc. ("Pfizer"), BioNTech SE, BioNTech Manufacturing GmbH, and BioNTech US Inc. (together with BioNTech SE and BioNTech Manufacturing GmbH, "BioNTech" and, collectively with Pfizer, "Defendants"), by their undersigned counsel, hereby object and respond as follows to Plaintiffs ModernaTX, Inc.'s and Moderna US, Inc.'s (collectively, "Plaintiffs") First Set of Common Interrogatories to Defendants (Nos. 1, 2, 4, 5, 6, 7, 8, and 10).

### GENERAL OBJECTIONS

Defendants' General Objections, Objections to Definitions, and Objections to Instructions contained in Defendants' Responses and Objections to Plaintiffs' First Set of Common Interrogatories to Defendants (Nos. 1-10), served on March 9, 2023, form a part of, and are hereby incorporated into, the response to the Interrogatory set forth below. Nothing in those responses, including any failure to recite a specific objection in response to a particular Interrogatory, should

1



without waiving the foregoing general and specific objections, Pfizer incorporates by reference its

Answers and Counterclaims, ECF No. 45, and the information, allegations, and defenses set forth

therein.   Pfizer further notes that discovery has only just commenced in this matter and its

investigation is ongoing.   Pfizer reserves the right to supplement this answer after the parties have

conducted additional discovery.

## SUPPLEMENTAL RESPONSE (9/29/23) TO INTERROGATORY NO. 6:

Subject to and without waiving the foregoing general and specific objections, Pfizer and

BioNTech further responds by identifying the following documents pursuant to Rule 33(d):

PFIZER_COMIR_00836195;     PFIZER_COMIR_00836197;     PFIZER_COMIR_00836211;

PFIZER_COMIR_00836432; PFIZER_COMIR_00836647; PFIZER_COMIR_02076248.

## INTERROGATORY NO. 7:

Identify and describe your knowledge of Moderna's development of mRNA vaccines,
including but not limited to your knowledge of Moderna's use of 1-methylpseudouridine; your
knowledge of Moderna's use of lipid nanoparticles in mRNA vaccines; your knowledge of
Moderna's development of mRNA vaccines for infectious diseases; your knowledge of Moderna's
development of mRNA vaccines for coronaviruses; your knowledge of Moderna's development
of an mRNA vaccine for COVID-19; and how, when (including the first awareness of such
development work), and who had such knowledge of Moderna's development work.

## RESPONSE TO INTERROGATORY NO. 7:

Defendants incorporate their General Objections as though set forth fully herein.

Defendants further object to this Interrogatory on the grounds that it is overly broad, unduly

burdensome, and seeks information not relevant to any party's claim or defense nor proportional

to the needs of the case, including because the Interrogatory seeks:  (1) information regarding

"Moderna's development of mRNA vaccines" generally rather than with respect to the Patents-at-

Issue or any COVID-19 vaccine product(s) and irrespective of whether or not such knowledge

relates to the alleged infringement of the Patents-at-Issue; (2) "how, when . . ., and who had

knowledge" of various topics without regard to whether information regarding such topics might

be more appropriately sought through document discovery; and (3) information after Plaintiffs' October 2020 Patent Pledge, as defined in Defendants' First Set of Common Requests for Production.

Defendants further object to this Interrogatory because it is compound, vague, and overly broad, insofar as it separately seeks the identities of anyone "who had such knowledge" on at least six separate topics without specifying any particular timeframe. Defendants further object to this Interrogatory to the extent it lacks foundation and assumes facts not in evidence, including whether Defendants had any knowledge of: "Moderna's development of mRNA vaccines" at any particular timeframe. Defendants further object to this Interrogatory as premature, as discovery is just beginning and Defendants' investigation is ongoing.

(1)     Subject to and without waiving the foregoing General and specific objections, Defendant BioNTech responds as follows: The fact that BioNTech and Moderna, among others, were developing COVID-19 vaccines was a matter of widespread publicity and public interest. BioNTech further notes that discovery has only just commenced in this matter and its investigation is ongoing. BioNTech reserves the right to supplement this answer after the parties have conducted additional discovery.

(2)     Subject to and without waiving the foregoing general and specific objections, Defendant Pfizer responds as follows: Moderna's development of an mRNA vaccine for COVID-19 was a matter of public knowledge based on Moderna's public announcements. Moderna also publicly pledged that it would not enforce any of its patents against vaccine manufacturers during the pandemic. Pfizer further notes that discovery has only just commenced in this matter and its investigation is ongoing. Pfizer reserves the right to supplement this answer after the parties have conducted additional discovery.

35

**THIRD SUPPLEMENTAL RESPONSE (9/29/23) TO INTERROGATORY NO. 7:**

(1)     Subject to and without waiving the foregoing general and specific objections, BioNTech further responds as follows:

BioNTech has been researching and developing mRNA for treatment of various diseases since it was founded in 2008. D.I. 45, Defs.' Countercl. ¶¶ 22-24. For example, years before the COVID-19 pandemic, BioNTech had already begun investigating the possibility of developing an mRNA vaccine for infectious diseases such as HIV and the flu. *Id.* When the pandemic struck, BioNTech was poised to, and did, successfully design its COVID-19 mRNA vaccine candidate, undertaking research efforts independent of Moderna, and then partnering with Pfizer to jointly bring the vaccine through clinical development, FDA approval, and into public use in the United States. *Id.*, Defs.' Countercl. ¶¶ 25-27.

BioNTech has known of the existence of Moderna since at least October 23-24, 2013, when the 1st International mRNA Health Conference was held in Tübingen, Germany. *See* University of Tübingen's 1st International mRNA Health Conference Program (Oct. 23-24 2013), https://www.mrna-conference.com/inhalt/uploads/2019/03/International_mRNA_Health_ Conference_2013_Program_Booklet.pdf. Representatives from both companies attended that conference, as well as representatives from the University of Tübingen, University of Pennsylvania, HS LifeSciences, Novartis, University of Bonn, University of Brussels, CureVac, ethris, Sangamo BioSciences, Novartis Institutes for BioMedical Research, dievini, Pfizer, Sanofi Pasteur, Tekmira Pharmaceuticals, Shire, Phase Rx, University of Salzburg, Ghent University, Federal Research Institute for Animal Health Germany, Twincore, and Paul-Ehrlich-Institute. *See generally id.* During that conference, unlike BioNTech, Moderna does not appear to have presented information about technology, but rather focused on the challenges of building a biotech

company, including the challenges of building a biotech company that was trying to develop mRNA drugs. *Id.* at 8.

Representatives from BioNTech and Moderna also attended the 3rd International mRNA Health Conference held in Berlin, Germany on November 11-12, 2015, along with representatives from the German Cancer Research Center, University of Maryland School of Medicine, CureVac, University of Pennsylvania, GSK Vaccines, DARPA, University of Tübingen, Paul-Ehrlich-Institute, Novartis Vaccines, PhaseRX, Georgia Institute of Technology, Arcturus Therapeutics, Acuitas Therapeutics, University Children's Hospital Munich, Ludwig-Maximillians-University Munich, Alexion, Novartis Institutes of BioMedical Research, ethris, Argos Therapeutics Inc., AstraZeneca, Massachusetts Institute of Technology. *See generally* 3rd International mRNA Health Conference Program (Nov. 11-12, 2015), https://www.mrna-conference.com/inhalt/uploads/2019/03/International_mRNA_Health_Conference_2015_Program_Booklet.pdf. At this time, the organizing committee for the conference consisted of representatives from BioNTech, Moderna, and CureVac. *Id.* at 3.

During the 3rd International mRNA Health Conference, Mr. Stéphane Bancel, CEO of Moderna, appears to have presented on Moderna's vaccine approaches. *Id.* at 10. Mr. Bancel appears to have explained, among other things, that Moderna started with a focus on protein therapeutics, but added other drug modalities with a team at Valera LLC focused on infectious disease vaccines. *Id.* He also appears to have stated that the company had partnered with Merck to develop new vaccines. *Id.*

By September 2013, BioNTech was aware that Moderna had announced it entered into an agreement with AstraZeneca to develop nucleoside-modified mRNA for protein replacement therapy. BNT_COMIR_0447203; BNT_COMIR_0447202. By October 2, 2013, Moderna had

publicly announced that it received a grant from DARPA to develop an mRNA vaccine against infectious diseases. Press Release, Moderna, DARPA Awards Moderna Therapeutics a Grant for up to $25 Million to Develop Messenger RNA Therapeutics (Oct. 2, 2013), https://investors.modernatx.com/news/news-details/2013/DARPA-Awards-Moderna-Therapeutics-a-Grant-for-up-to-25-Million-to-Develop-Messenger-RNA-Therapeutics/default.aspx.

By May 2015, BioNTech was aware of publicly available articles in which Mr. Bancel discussed Moderna's potential infectious disease vaccine platform. BNT_COMIR_1291421. By November 2015, BioNTech was aware that Moderna had published scientific articles purportedly relating to its efforts to develop mRNA vaccines. *See* BNT_COMIR_0019273; BNT_COMIR_0013452; BNT_COMIR_0020956; BNT_COMIR_0021003; BNT_COMIR_0023410; BNT_COMIR_0466158; BNT_COMIR_0176047; BNT_COMIR_0176059. By July 2016, BioNTech was aware of Moderna's deal with Merck to develop mRNA-based personalized cancer vaccines. BNT_COMIR_0789706; BNT_COMIR_1169836. By September 2016, BioNTech was aware of Moderna's public announcement that it received a funding award of $8 million with the potential of up to $125 million from the Biomedical Advanced Research and Development Authority (BARDA), a division of the Office of the Assistant Secretary for Preparedness and Response (ASPR) within the U.S. Department of Health and Human Services (HHS), to accelerate development of a novel Zika mRNA vaccine. BNT_COMIR_1020056.

By February 2017, BioNTech was aware that Moderna had published in the journal Cell regarding a Zika vaccine. BNT_COMIR_1089677. ████████████████████

████████████████████████████████

38

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

██████████████████████████████████████████████  ██

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

█████████████████████████

Later that year, in April 2017, BioNTech became aware of Moderna's publication "Preclinical and clinical demonstration of immunogenicity by mRNA Vaccines against H10N8 and H1N9 influenza viruses." BNT_COMIR_1021354. Also by April 2017, BioNTech was aware of Moderna's preclinical and clinical data for its flu vaccine. BNT_COMIR_1043775.

By September 2017, BioNTech was aware of Moderna's Pipeline Corporate Update, ████████
████████████████████████████████████████████████████.
BNT_COMIR_1043274. Also in September 2017, BioNTech was aware of Moderna's press release titled "Shedding light on our prophylactic vaccines' mechanism of action." BNT_COMIR_1042706. ██████████████████████████████

████████████████████████████████████████████████████

█████████████████████. BNT_COMIR_1044352.

By February 2018, BioNTech was aware of Moderna's recent paper titled "Efficient Targeting and Activation of Antigen-Presenting Cells in vivo after Modified mRNA Vaccine Administration in Rhesus Macaques." BNT_COMIR_1116341. Later that year, in May 2018, BioNTech became aware of Moderna's expansion deal with Merck regarding its mRNA cancer vaccine. BNT_COMIR_0808872. By July 2018, BioNTech was aware of Moderna's Mid-Year Corporate Update, which mentioned mRNA development candidates, among other things. BNT_COMIR_1291415. In December, BioNTech became aware of an article discussing Moderna's IPO, which revealed that the FDA previously placed a hold on the CMV virus vaccine study for failing to meet internal quality controls. BNT_COMIR_0864560.

In January 2019, BioNTech was aware of Moderna's press release regarding its personalized cancer vaccine trials. BNT_COMIR_0656738. That same month, BioNTech became aware of Moderna data generated from the intramuscular delivery of mRNA for antibody expression. BNT_COMIR_1291449. In February 2019, BioNTech was aware of publicly available information showing that Moderna had intravenously injected the first patient with mRNA encoding fully human IgG antibody isolated from a subject that is immune to Chikungunya. BNT_COMIR_1252706. Also in February 2019, BioNTech was aware of Moderna's publication on LNP optimization for IM delivery of ID vaccine mRNA, BNT_COMIR_1117816, and Moderna's publication titled "Optimization of lipid nanoparticles for intramuscular administration of mRNA vaccines." BNT_COMIR_1117817. In May 2019, BioNTech was aware of Moderna's publication titled "mRNA vaccines against H10N8 and H1N9 influenza viruses of pandemic potential are immunogenic and well tolerated in healthy adults in phase 1 randomized clinical trials." BNT_COMIR_0654991. In that same timeframe, individuals within BioNTech were aware of statements made by Moderna on its investor call.

BNT_COMIR_0865204. Individuals within BioNTech were also aware of Moderna's publication of Phase 1 data for mRNA vaccines against two potential pandemic influenza strains, BNT_COMIR_0819594, and a Moderna science day slide that was part of a Moderna Form 8-K filing, BNT_COMIR_0865217.

Regarding COVID-19 vaccines more specifically, the general fact that BioNTech and Moderna, among others, were interested in developing COVID-19 vaccines was a matter of widespread publicity and public interest beginning in January 2020. Press Release, Moderna, Moderna Announces Funding Award from CEPI to Accelerate Development of Messenger RNA (mRNA) Vaccine Against Novel Coronavirus (Jan. 23, 2020), https://investors.modernatx.com/news/news-details/2020/Moderna-Announces-Funding-Award-from-CEPI-to-Accelerate-Development-of-Messenger-RNA-mRNA-Vaccine-Against-Novel-Coronavirus/default.aspx. In October 2020, BioNTech also became aware of Moderna's public pledge to relinquish the right to enforce its COVID-19 related patents. D.I. 45-33; Moderna Inc to Discuss Updates on Respiratory Syncytial Virus (RSV) Vaccine Program Call (Oct. 8, 2020), https://s29.q4cdn.com/435878511/files/doc_events/2020/10/08/Conference-Call-Update-Transcript-(10.08.20).pdf.

In June 2021, after BioNTech and Pfizer's COVID-19 vaccine (Comirnaty®) and Moderna's COVID-19 vaccine (SpikeVax®), were approved for emergency use, ███████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

████████████████████

BioNTech further identifies, in accordance with Federal Rule of Civil Procedure 33(d), the following documents describing awareness of Moderna's COVID-19 vaccine (SpikeVax®) development:     BNT_COMIR_0107328;   BNT_COMIR_0447198;   BNT_COMIR_0447200; BNT_COMIR_0447204;      BNT_COMIR_0447205;      BNT_COMIR_0090997; BNT_COMIR_0447206;      BNT_COMIR_0067063;      BNT_COMIR_0447220; BNT_COMIR_0242708; BNT_COMIR_0447377.

As discussed above, while BioNTech was generally aware of certain public statements made relating to Moderna's efforts to commercialize an mRNA vaccine using lipid nanoparticles, including vaccine candidates using naturally occurring modified uridines, which includes 1-methylpseudouridine, BioNTech is not aware of any use of any Moderna product, patent, patent application, or disclosure, in the development of BioNTech's COVID-19 vaccine. In fact, the COVID-19 vaccines designed by BioNTech and Moderna are different. Moderna has conceded this. In opposing discovery about its copying allegations, Moderna represented that it is not asserting that BioNTech and Pfizer's COVID-19 vaccine copied from Moderna's COVID-19 vaccine. D.I. 99, Opposition to Motion to Compel, at 12-13 ("[Moderna] has never asserted that Defendants copied the Spikevax® mRNA sequence.").

In being ordered to disclose when and where Moderna first published its mRNA vaccine structure, Moderna identified publications first dated long *after* BioNTech had already designed its COVID-19 vaccine. *See* Moderna's Second Supplemental Responses and Objections to Defendant's First Set of Common Interrogatories, at 70-72 (supplementing its response to Interrogatory No. 7) (citing *Full nucleotide base sequences for all of the COVID vaccines approved    by    the    MRHA*,   What   Do   They   Know, https://www.whatdotheyknow.com/request/full_nucleotide_base_sequences_f_2?utm_campaign

=alaveteli-

experiments87&utm_content=sidebar_similar_requests&utm_medium=link&utm_source=whatd

otheyknow (last visited Aug. 3, 2023) and U.S. Patent Application Publication No. 2021/0228707).

In sum, BioNTech designed its COVID-19 vaccine based on preclinical studies screening

numerous vaccine candidates and by conducting clinical tests to obtain head-to-head data that

would allow for determining which candidate to take further into clinical development.

BioNTech's awareness is based on a reasonable search of documents produced on or before

September 29, 2023.

BioNTech reserves the right to supplement this answer further after the parties have

conducted additional discovery.

(2)     Subject to and without waiving the foregoing general and specific objections, Pfizer

further responds as follows:

████████████████████████████████████████

████████████████████████████  As part of this search, scientists at Pfizer were

generally aware that companies such as ████████████████  were conducting research

into mRNA technology.   *Id.* at PFIZER_COMIR_01496471; *see also* PFIZER_COMIR_

01134326. With respect to Moderna, scientists at Pfizer noted ████████████████

████████████████████████████████ ████

██ ███████ █ ████ ████ ███ ████ ████ ████

████████████████████████████████████████

██████████████████████████████

████████████████████████

████████████████████████████████████████



███████████████████████████████████████████

███████████████████████████████████████████

████████████████████   ██████████████   ████████████

█████████, ████████

Based on its reasonable investigation, Pfizer states that it is not aware of receiving any information regarding Moderna's use of mRNA containing a 1-methylpseudouridine modification

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

████████████████████████████████

█████████████████████████████████████

██████████   ███████████████   ███████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

████████████████████████████████   ███████████

███████████████████████████████████████████

██████████████████████████

████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

█████████████████████   ███████████████████

██████████████████████████

45



By 2018, Pfizer had selected BioNTech as a partner to develop an mRNA based flu vaccine.



Over the next two years, Pfizer worked with BioNTech to develop a mRNA based flu vaccine.

Based on a reasonable investigation, Pfizer states that it , but would have received information that Moderna's COVID-19 vaccine used mRNA including such a modification at least by December 2020 based on public information released by Moderna. PFIZER_COMIR_01479183.

Pfizer further states that its investigation is ongoing and reserves the right to supplement this interrogatory response.

**INTERROGATORY NO. 8:**

Identify and describe your awareness or tracking of the prosecution or issuance of the patent applications leading to the Patents-in-Suit or any other Moderna patent or patent application, including when, where, and how you first became aware of such patent or patent application, and identify all persons with knowledge of those circumstances and all documents (by Bates range) relating to those circumstances.

**RESPONSE TO INTERROGATORY NO. 8:**

Defendants incorporate their General Objections as though set forth fully herein. Defendants object to this Interrogatory to the extent it seeks information protected by the attorney-client privilege, attorney work product doctrine, the common interest privilege and/or any other applicable privilege. Defendants further object to this Interrogatory to the extent that it calls for a legal conclusion. Defendants further object to this Interrogatory to the extent it seeks discovery of advice of counsel prior to the deadlines set forth in Local Rule 16.6(f).

Defendants further object to this Interrogatory on the grounds that it is overly broad, unduly burdensome, and seeks information not relevant to any party's claim or defense nor proportional to the needs of the case, including because the Interrogatory seeks: (1) "all persons" and "all documents" that concern Defendants' knowledge and first awareness of the "Patents-in-Suit or any other Moderna patent or patent application;" and (2) "when, where, and how [Defendants] became aware" of various topics without regard to whether information regarding such topics might be more appropriately sought through document discovery.

Defendants further object to this Interrogatory on the grounds that it is compound, vague, and ambiguous, including with respect to whether "awareness" or "tracking" applies to "prosecution" or "issuance" of the patent applications leading to the Patents-in-Suit, or in the alternative, to "any other Moderna patent or patent application." Defendants further object to this Interrogatory because it is compound, vague, overly broad, insofar as it separately seeks the identities of "all persons with knowledge" on variety of separate topics.

(1)     Subject to and without waiving the foregoing general and specific objections, Defendant BioNTech responds as follows:  This request seeks information protected by the attorney-client privilege and attorney work product doctrine. BioNTech further states that, to the

48

extent Moderna is seeking disclosure of advice of counsel, such a request is premature pursuant to Local Rule 16.6(f), which requires such disclosure to be made not later than 28 days after entry of the Court's claim-construction ruling.

(2)    Subject to and without waiving the foregoing General and specific objections, Defendant Pfizer responds as follows:  This request seeks information protected by the attorney-client privilege and attorney work product doctrine.  Pfizer further states that, to the extent Moderna is seeking disclosure of advice of counsel, such a request is premature pursuant to Local Rule 16.6(f), which requires such disclosure to be made not later than 28 days after entry of the Court's claim-construction ruling.

**FOURTH SUPPLEMENTAL RESPONSE (9/29/23) TO INTERROGATORY NO. 8:**

(1)    Subject to and without waiving the foregoing general and specific objections, BioNTech further responds as follows:

BioNTech became aware of ████████████, which is a publication of a patent application that it is listed among the large group of continuation applications identified on the face of U.S. Patent No. 10,898,574 ("the '574 patent"), ████████. Based on a reasonable search for information, BioNTech was not aware of a patent or patent application related to the '574 patent at an earlier date.  BioNTech became aware of U.S. Patent No. 10,702,600 ("the '600 patent"), which is also related to U.S. Patent No. 10,933,127 ("the '127 patent"), ████████. Based on a reasonable search for information, BioNTech was not aware of a patent or patent application related to the '600 or '127 patent at an earlier date.

(2)    Subject to and without waiving the foregoing general and specific objections, Pfizer further responds as follows:



Pfizer became generally aware of Moderna's published patent applications around
██. By around ██████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████ Pfizer also states

that it would have been generally aware of the '574, '127, and '600 patents ██████████

██████████████████████████████████████████████████. Pfizer

further states that its investigation is ongoing and reserves the right to supplement this

interrogatory response.

**INTERROGATORY NO. 10:**

Identify on a quarterly and annual basis (inside and outside the United States separately) the gross unit sales, net unit sales, gross revenue, net revenue, cost of goods sold, gross profit, net profit, gross profit margin, net profit margin, and analysis, forecast or projection of sales, including but not limited to projected revenues, projected gross and net profits, and projected prices and costs, including development, manufacturing, marketing and selling expenses, of all Comirnaty® made at least in part in the United States, and identify the person(s) most knowledgeable about such financial information (and the subject matter(s) known by them) and all documents (by Bates range) setting forth or otherwise reflecting such financial information.

**RESPONSE TO INTERROGATORY NO. 10:**

Defendants incorporate their General Objections as though set forth fully herein.

Defendants further object to this request on the grounds that it is overly broad, unduly

burdensome, and seeks documents and things not relevant to any party's claim or defense nor

proportional to the needs of the case (in accordance with Federal Rules of Civil

Procedure 26(b)(1)), including because it seeks "[a]ll documents" concerning a broad subject

matter.

(1)     Subject to and without waiving the foregoing General and specific objections,

Defendant BioNTech responds as follows:  BioNTech intends to rely on Pfizer's response to this

Request as it relates to sales and cost information because Pfizer is generally responsible for the

Dated:  September 29, 2023

DEFENDANT AND COUNTERCLAIM-
PLAINTIFF PFIZER INC.

By their Counsel,

/s/ Michael Xun Liu

_____
Lee Carl Bromberg (BBO # 058480)
Erik Paul Belt (BBO # 558620)
Wyley Proctor (BBO # 666613)
**MCCARTER & ENGLISH, LLP**
265 Franklin Street
Boston, MA 02110
P: 617.449.6500
F: 617.607.9200
lbromberg@mccarter.com
ebelt@mccarter.com
wproctor@mccarter.com


OF COUNSEL:

Thomas H. L. Selby*
Stanley E. Fisher*
Kathryn S. Kayali*
Michael Xun Liu*
D. Shayon Ghosh*
Julie Tavares*
Derrick M. Anderson*
Haylee Bernal Anderson*
**WILLIAMS & CONNOLLY LLP**

680 Maine Avenue, S.W
Washington, DC 20024
Telephone: 202-434-5000
Facsimile: 202-434-5029
* Admitted pro hac vice

*Attorneys for Defendant and Counter-
Claim Plaintiff Pfizer Inc.*

Respectfully submitted:

DEFENDANTS AND COUNTERCLAIM-
PLAINTIFFS BIONTECH SE, BIONTECH
MANUFACTURING GMBH, AND BIONTECH
US INC.

By their Counsel,

/s/ Gregory M. Boucher

_____
Jeffrey S. Robbins, BBO #421910
Jeffrey.Robbins@saul.com
Joseph D. Lipchitz, BBO #632637
Joseph.Lipchitz@saul.com
Gregory M. Boucher, BBO #665212
Gregory.Boucher@saul.com
**SAUL EWING LLP**
131 Dartmouth Street, Suite 501
Boston, MA 02116
Tel: (617) 723-3300


OF COUNSEL:

Bruce M. Wexler*
Eric W. Dittmann*
Young J. Park*
Simon F. Kung*
Rebecca A. Hilgar*
Ryan Meuth*
**PAUL HASTINGS LLP**
200 Park Avenue
New York, NY 10166
(212) 318-6000

*Attorneys for Defendants and Counter-Claim
Plaintiffs BioNTech SE, BioNTech
Manufacturing GmbH, and BioNTech US, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2023, I caused true and correct copies of the

foregoing document to be served on the following counsel by email:

William F. Lee (BBO# 291960)
Emily R. Whelan (BBO# 646982)
Kevin S. Prussia (BBO# 666813)
Andrew J. Danford (BBO# 672342)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000
william.lee@wilmerhale.com
emily.whelan@wilmerhale.com
kevin.prussia@wilmerhale.com
andrew.danford@wilmerhale.com

Amy K. Wigmore (BBO# 629275)
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
(202) 663-6000
amy.wigmore@wilmerhale.com

_/s/ Michael Xun Liu_
_Michael Xun Liu_

53