# EXHIBIT 13

# EXHIBIT 10

█████████████████████