# EXHIBIT 14

# EXHIBIT 11

██████████████████████

| | |
|---|---|
| **From:** | Kasaraneni, Karthik <karthikkasaraneni@paulhastings.com> |
| **Sent:** | Friday, December 8, 2023 11:41 PM |
| **To:** | Salvatore, Jerry A.; Landes, Gabrielle; Curtis, Annaleigh; lbromberg@mccarter.com; ebelt@mccarter.com; wproctor@mccarter.com; Selby, Thomas; Fisher, Stanley; Kayali, Kathryn; Liu, Michael; Ghosh, Shayon; Tavares, Julie; Anderson, Derrick; Bernal Anderson, Haylee; Jeffrey.Robbins@saul.com; Joseph.Lipchitz@saul.com; Gregory.Boucher@saul.com; brucewexler@paulhastings.com; ericdittmann@paulhastings.com; Park, Young J.; Kung, Simon; Minniti, Carl; Meuth, Ryan; COVIDPatentPfizer; 'BioNTech-Moderna-PH@paulhastings.com'; Mays-Williams, Ashley |
| **Cc:** | WH_Moderna_Lit |
| **Subject:** | RE: Moderna v. Pfizer and BioNTech, 22-cv-11378--BioNTech Documents |
| **Attachments:** | BioNTech Third Supplemental Privilege Log, 12.08.2023.pdf |

**EXTERNAL SENDER**

Counsel,

Pursuant to the Protective Order (D.I. 67, ¶¶ 9.2-9.3), please immediately destroy the original and all copies of the following documents produced by BioNTech, destroy any notes or other writings or records that summarize, reflect, or discuss the specific contents of the document, and make no further use of the documents or the information contained therein.  Please also confirm your compliance within five days.  *Id*.  A supplemental privilege log is attached, which also includes documents referenced in our December 7, 2023 correspondence below, and excludes any documents that will be re-produced with redactions.

BNT_COMIR_0762911
BNT_COMIR_0762912
BNT_COMIR_0867908
BNT_COMIR_0880438
BNT_COMIR_0880451
BNT_COMIR_1369277
BNT_COMIR_1378083
BNT_COMIR_1378085
BNT_COMIR_1378166
BNT_COMIR_1378169
BNT_COMIR_1380657
BNT_COMIR_1380725
BNT_COMIR_1380727
BNT_COMIR_1380752
BNT_COMIR_1380776
BNT_COMIR_1380778
BNT_COMIR_1388845
BNT_COMIR_1388846
BNT_COMIR_1388847
BNT_COMIR_1388848
BNT_COMIR_1416836
BNT_COMIR_1416837
BNT_COMIR_1420116

BNT_COMIR_1420117

BNT_COMIR_1420475

Thank you,
Karthik


**From:** Salvatore, Jerry A. <Jerry.Salvatore@wilmerhale.com>
**Sent:** Friday, December 8, 2023 6:32 PM
**To:** Landes, Gabrielle <gabriellelandes@paulhastings.com>; Curtis, Annaleigh <Annaleigh.Curtis@wilmerhale.com>; lbromberg@mccarter.com; ebelt@mccarter.com; wproctor@mccarter.com; Selby, Thomas <TSelby@wc.com>; Fisher, Stanley <SFisher@wc.com>; Kayali, Kathryn <KKayali@wc.com>; Liu, Michael <mliu@wc.com>; Ghosh, Shayon <sghosh@wc.com>; Tavares, Julie <jtavares@wc.com>; Anderson, Derrick <danderson@wc.com>; Bernal Anderson, Haylee <HAnderson@wc.com>; Jeffrey.Robbins@saul.com; Joseph.Lipchitz@saul.com; Gregory.Boucher@saul.com; Wexler, Bruce M. <brucewexler@paulhastings.com>; Dittmann, Eric W. <ericdittmann@paulhastings.com>; Park, Young J. <youngpark@paulhastings.com>; Kung, Simon <simonkung@paulhastings.com>; Minniti, Carl <carlminniti@paulhastings.com>; Meuth, Ryan <ryanmeuth@paulhastings.com>; COVIDPatentPfizer <COVIDPatentPfizer@wc.com>; 'BioNTech-Moderna-PH@paulhastings.com'; Mays-Williams, Ashley <ashleymayswilliams@paulhastings.com>
**Cc:** WH_Moderna_Lit <WH_Moderna_Lit@wilmerhale.com>
**Subject:** [EXT] RE: Moderna v. Pfizer and BioNTech, 22-cv-11378--BioNTech Documents

Counsel,

Moderna will comply with the paragraphs of the protective order you cite below and provide notice when the documents have been deleted. At this time, however, Moderna believes that BioNTech's claw back of these documents is improper, including for the reasons noted during the depositions of ███████ and ███████. Moderna reserves all rights, including those described in ¶ 9.3(a) of the Protective Order, to contest BioNTech's privilege claim over these documents. To streamline the process described in the Protective Order, we request that BioNTech promptly provide its basis for its claim of privilege over these documents that is described in ¶ 9.3(b) of the Protective Order.

Best,
Jerry

**From:** Landes, Gabrielle <gabriellelandes@paulhastings.com>
**Sent:** Thursday, December 7, 2023 3:22 PM
**To:** Curtis, Annaleigh <Annaleigh.Curtis@wilmerhale.com>; lbromberg@mccarter.com; ebelt@mccarter.com; wproctor@mccarter.com; Selby, Thomas <TSelby@wc.com>; Fisher, Stanley <SFisher@wc.com>; Kayali, Kathryn <KKayali@wc.com>; Liu, Michael <mliu@wc.com>; Ghosh, Shayon <sghosh@wc.com>; Tavares, Julie <jtavares@wc.com>; Anderson, Derrick <danderson@wc.com>; Bernal Anderson, Haylee <HAnderson@wc.com>; Jeffrey.Robbins@saul.com; Joseph.Lipchitz@saul.com; Gregory.Boucher@saul.com; brucewexler@paulhastings.com; ericdittmann@paulhastings.com; Park, Young J. <youngpark@paulhastings.com>; Kung, Simon <simonkung@paulhastings.com>; Minniti, Carl <carlminniti@paulhastings.com>; Meuth, Ryan <ryanmeuth@paulhastings.com>; COVIDPatentPfizer <COVIDPatentPfizer@wc.com>; 'BioNTech-Moderna-PH@paulhastings.com'; Mays-Williams, Ashley <ashleymayswilliams@paulhastings.com>
**Cc:** WH_Moderna_Lit <WH_Moderna_Lit@wilmerhale.com>
**Subject:** RE: Moderna v. Pfizer and BioNTech, 22-cv-11378--BioNTech Documents

**EXTERNAL SENDER**


Counsel,

2

Pursuant to the Protective Order (D.I. 67, ¶¶ 9.2-9.3), please immediately destroy the original and all copies of the following documents produced by BioNTech, destroy any notes or other writings or records that summarize, reflect, or discuss the specific content of the document, and make no further use of the documents or the information contained therein.  Please also confirm your compliance within 5 days.  *Id*.

- BNT_COMIR_1380677
- BNT_COMIR_1420474
- BNT_COMIR_1165808

Thank you,
Gabrielle

---



**Dr. Gabrielle Landes | Associate, Litigation Department**
Paul Hastings LLP | 200 Park Avenue, New York, NY 10166 | Direct: +1.212.318.6458 | +1.212.318.6000 | Fax: +1.212.319.4090 | gabriellelandes@paulhastings.com|
www.paulhastings.com

**********************************************************************************
This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments. If you reply to this message, Paul Hastings may collect personal information including your name, business name and other contact details, and IP address. For more information about Paul Hastings' information collection, privacy and security principles please click HERE. If you have any questions, please contact Privacy@paulhastings.com.