# EXHIBIT 15

# EXHIBIT 12

████████████████████