# EXHIBIT 16

# EXHIBIT 13

█████████████████████

# WILMERHALE

December 12, 2023

**Annaleigh E. Curtis**

+1 617 526 6694 (t)
+1 617 526 5000 (f)
annaleigh.curtis@wilmerhale.com

**By Email:**

Bruce Wexler
200 Park Avenue
New York, NY 10166
brucewexler@paulhastings.com

Re:   *ModernaTX, Inc. v. Pfizer Inc.*, C.A. No. 1:22-113878-RGS (D. Mass.)

Counsel:

We write in response to BioNTech's recent claw backs during the depositions of ▮▮▮▮, ▮▮▮▮, the claw backs via email that occurred on December 7 and December 8, BioNTech's use of similarly situated emails during the redirect examination of ▮▮▮▮, and BioNTech's apparent withholding of similarly situated emails. BioNTech cannot selectively assert privilege over certain documents, while also affirmatively waiving privilege with what appear to be analogous documents to help build up the narrative it wants. This is a classic "sword/shield" situation, in which BioNTech improperly seeks to cherry-pick documents it views as helpful while withholding others.

## I.   BioNTech's Knowledge of Documents Relating to ▮▮▮▮

*First*, on October 12, 2023, Moderna emailed BioNTech asking BioNTech to confirm whether BioNTech asserts any claim of privilege over five documents. *See* October 12, 2023 Email from Curtis.



---

[1] This document was produced in German. Moderna's representations in this letter rely upon a certified translation of the document.

WILMERHALE

December 12, 2023
Page 2



---

[2] This document was produced in German. Moderna's representations in this letter rely upon a certified translation of the document.

WILMERHALE

December 12, 2023
Page 3

█████████████████████████████████████
█████████████████████████████████████
█████████████████████████████████████

BioNTech, on October 18, 2023, responded it did not make any claim of privilege over the five documents identified.

***Second***, on November 17, 2023, Moderna cited in response to Pfizer's Interrogatory No 3—which sought Moderna's willfulness contentions as to both Pfizer and BioNTech—several documents related to ████████████████████████████, which included BNT_COMIR_1380677. *See* November 17, 2023 Response to Pfizer Interrogatory No. 3. BioNTech was thus on notice it had produced each of the documents Moderna cited at least by that date and the cited documents related to █████████████████████████. Despite this notice, it was not until several weeks later during ████████'s deposition that BioNTech clawed BNT_COMIR_1380677 back.

II.   ████████████████'s Depositions

On December 4, 2023, Moderna took the deposition of ████████. During the deposition of ████████, counsel for BioNTech clawed back documents with content similar to the documents identified in Moderna's October 12, 2023 email to BioNTech. *See* December 4, 2023 ████ Rough Tr. at 249:2-253:12. BioNTech's counsel attempted to justify its claw back based on counsel's interpretation that the document "was a document where outside counsel has asked ████████████████████ so that they can provide legal advice. It's reflecting legal—a request for legal opinion." *Id*. at 253:3-9. In response Moderna's counsel noted BioNTech appeared to be taking "inconsistent positions on privilege." *Id*. at 253:19-25. Off the record, BioNTech's counsel clawed back an additional document that had been marked as an exhibit with ████.

Two days later, during the deposition of ████████, counsel for BioNTech clawed back another document ██████████████████████████████████, again similar to the documents identified in Moderna's October 12, 2023 correspondence. *See* December 6, 2023 ████ Rough Tr. at 203:17-205:11. Counsel for BioNTech contended that this document was "reflecting request for legal advice" from "BioNTech's outside counsel." *Id*. at 203:23-204:5.

Notwithstanding BioNTech's claw back of certain documents that involved ████████ ██████████, BioNTech during its redirect examination of ████████, affirmatively ***introduced*** exhibits discussing ████████████████. *See, e.g.*, December 6, 2023 ████ Rough Tr. at 237:2-241:2 (introducing Exhibits 26 and 27). Exhibit 26 is BNT_COMIR_1379492 and Exhibit 27 is BNT_COMIR_1379496-BNT_COMIR_1379497—both documents that Moderna identified in its October 13, 2023 Letter. With respect to Exhibit 26, counsel for BioNTech asked ████

**WILMERHALE**

December 12, 2023
Page 4

questions about ▮▮▮. See December 6, 2023 ▮ Rough Tr. at 237:2-238:2. As for Exhibit 27, counsel attempted to elicit testimony about ▮▮▮. *Id.* at 238:4-241:2. Further, BioNTech waived privilege over its preparation of ▮ on ▮. *Id.* at 168:19-170:5. In addition, counsel for BioNTech stated in ▮ deposition that BioNTech does not claim privilege over ▮ communications per se, *id.* at 203:20-205:16, which makes sense because it is Moderna's understanding that ▮ is not an attorney.

### III. BioNTech Has Waived Attorney-Client Privilege Regarding ▮▮

A party cannot use attorney-client privilege as both a sword and a shield. *See, e.g., In re Keeper of the Records*, 348 F.3d 16, 24 (1st Cir. 2003). "Were the law otherwise, the client could selectively disclose fragments helpful to its cause, entomb other (unhelpful) fragments, and in that way kidnap the truth-seeking process." *Id.* "[A] subject matter waiver of work product material is appropriate where a party is attempting to use otherwise protected information as 'both a sword and a shield' in order to gain an unfair tactical advantage over the opposing party." *Columbia Data Prod., Inc. v. Autonomy Corp.*, No. CIV.A. 11-12077-NMG, 2012 WL 6212898, at *17 (D. Mass. Dec. 12, 2012).

Nevertheless, during the deposition of ▮, BioNTech affirmatively relied upon exhibits that consisted of email correspondence where ▮ and permitted questions regarding ▮. While BioNTech's privilege log entries for the clawed back exhibits from depositions[3] state ▮,[4] that same assertion could apply to the two documents used on redirect with ▮.

---

[3] BNT_COMIR_1165808, one of the documents BioNTech clawed back on December 7, does not appear on BioNTech's Third Supplemental Privilege Log. Moderna asked BioNTech about this document on December 11, 2023. At the time of this letter, Moderna has not heard back as to whether BioNTech still intends to claw this document back.

[4] For example, one of the entries in BioNTech's Third Supplemental Privilege Log for a document clawed back during ▮ deposition is: ▮

WILMERHALE

December 12, 2023
Page 5

     Moreover, BioNTech's selective assertion and waiver of privilege has called into question many of BioNTech's privilege log entries. There are numerous entries across BioNTech's privilege logs where documents were withheld that purportedly relate to legal advice and do not include an attorney in the "Author of From," "To," "CC," or "BCC" fields of BioNTech's privilege logs.

     To the extent BioNTech will not re-produce the documents it has clawed back or withheld, please promptly provide your availability for a meet and confer.

Best regards,

*/s/ Annaleigh E. Curtis*

Annaleigh E. Curtis