# EXHIBIT 20

# EXHIBIT 17

███████████████████████

| | |
|---|---|
| **From:** | Curtis, Annaleigh |
| **Sent:** | Thursday, January 18, 2024 12:17 PM |
| **To:** | Kasaraneni, Karthik; Salvatore, Jerry A.; Liu, Michael; Meuth, Ryan; Anderson, Derrick; WH_Moderna_Lit |
| **Cc:** | lbromberg@mccarter.com; ebelt@mccarter.com; wproctor@mccarter.com; Selby, Thomas; Fisher, Stanley; Kayali, Kathryn; Ghosh, Shayon; Tavares, Julie; Bernal Anderson, Haylee; Jeffrey.Robbins@saul.com; Joseph.Lipchitz@saul.com; Gregory.Boucher@saul.com; brucewexler@paulhastings.com; ericdittmann@paulhastings.com; Park, Young J.; Kung, Simon; Minniti, Carl; COVIDPatentPfizer; BioNTech-Moderna-PH; Podoll, A. Joshua |
| **Subject:** | RE: Moderna v. Pfizer and BioNTech, 22-cv-11378--Moderna Produced Document |

Karthik:

We'll respond to the balance of your letter in due course, but as to BioNTech's improper use of privilege as a sword and shield, the parties have been and continue to be at an impasse. Your letter repeats claims already discussed by the parties and confirms that BioNTech has no intention of producing its withheld documents involving ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. We intend to move to compel. The exhibits for that motion include documents, deposition transcripts, privilege logs, and discovery responses that BioNTech has marked as confidential or highly confidential subject to the protective order as well as correspondence discussing material that all parties have marked as such. We intend to move for leave to file the memorandum in support of our motion and exhibits thereto under seal. Please confirm by 5 PM ET today that you do not oppose our motion for leave to file under seal.

Best,
Annaleigh

**From:** Kasaraneni, Karthik <karthikkasaraneni@paulhastings.com>
**Sent:** Wednesday, January 17, 2024 10:57 PM
**To:** Salvatore, Jerry A. <Jerry.Salvatore@wilmerhale.com>; Curtis, Annaleigh <Annaleigh.Curtis@wilmerhale.com>; Liu, Michael <mliu@wc.com>; Meuth, Ryan <ryanmeuth@paulhastings.com>; Anderson, Derrick <danderson@wc.com>; WH_Moderna_Lit <WH_Moderna_Lit@wilmerhale.com>
**Cc:** lbromberg@mccarter.com; ebelt@mccarter.com; wproctor@mccarter.com; Selby, Thomas <TSelby@wc.com>; Fisher, Stanley <SFisher@wc.com>; Kayali, Kathryn <KKayali@wc.com>; Ghosh, Shayon <sghosh@wc.com>; Tavares, Julie <jtavares@wc.com>; Bernal Anderson, Haylee <HAnderson@wc.com>; Jeffrey.Robbins@saul.com; Joseph.Lipchitz@saul.com; Gregory.Boucher@saul.com; brucewexler@paulhastings.com; ericdittmann@paulhastings.com; Park, Young J. <youngpark@paulhastings.com>; Kung, Simon <simonkung@paulhastings.com>; Minniti, Carl <carlminniti@paulhastings.com>; COVIDPatentPfizer <COVIDPatentPfizer@wc.com>; BioNTech-Moderna-PH <BioNTech-Moderna-PH@paulhastings.com>; Podoll, A. Joshua <APodoll@wc.com>
**Subject:** RE: Moderna v. Pfizer and BioNTech, 22-cv-11378--Moderna Produced Document

**EXTERNAL SENDER**

Counsel,

Please see the attached letter.

Thank you,

Karthik

**From:** Salvatore, Jerry A. <Jerry.Salvatore@wilmerhale.com>
**Sent:** Thursday, January 11, 2024 5:40 PM
**To:** Kasaraneni, Karthik <karthikkasaraneni@paulhastings.com>; Curtis, Annaleigh <Annaleigh.Curtis@wilmerhale.com>; Liu, Michael <mliu@wc.com>; Meuth, Ryan <ryanmeuth@paulhastings.com>; Anderson, Derrick <danderson@wc.com>; WH_Moderna_Lit <WH_Moderna_Lit@wilmerhale.com>
**Cc:** lbromberg@mccarter.com; ebelt@mccarter.com; wproctor@mccarter.com; Selby, Thomas <TSelby@wc.com>; Fisher, Stanley <SFisher@wc.com>; Kayali, Kathryn <KKayali@wc.com>; Ghosh, Shayon <sghosh@wc.com>; Tavares, Julie <jtavares@wc.com>; Bernal Anderson, Haylee <HAnderson@wc.com>; Jeffrey.Robbins@saul.com; Joseph.Lipchitz@saul.com; Gregory.Boucher@saul.com; Wexler, Bruce M. <brucewexler@paulhastings.com>; Dittmann, Eric W. <ericdittmann@paulhastings.com>; Park, Young J. <youngpark@paulhastings.com>; Kung, Simon <simonkung@paulhastings.com>; Minniti, Carl <carlminniti@paulhastings.com>; COVIDPatentPfizer <COVIDPatentPfizer@wc.com>; BioNTech-Moderna-PH <BioNTech-Moderna-PH@paulhastings.com>; Podoll, A. Joshua <APodoll@wc.com>
**Subject:** [EXT] RE: Moderna v. Pfizer and BioNTech, 22-cv-11378--Moderna Produced Document

Counsel,

On behalf of Annaleigh Curtis, please see the attached correspondence.

Best,
Jerry

**From:** Kasaraneni, Karthik <karthikkasaraneni@paulhastings.com>
**Sent:** Tuesday, January 9, 2024 11:37 PM
**To:** Curtis, Annaleigh <Annaleigh.Curtis@wilmerhale.com>; Liu, Michael <mliu@wc.com>; Meuth, Ryan <ryanmeuth@paulhastings.com>; Salvatore, Jerry A. <Jerry.Salvatore@wilmerhale.com>; Anderson, Derrick <danderson@wc.com>; WH_Moderna_Lit <WH_Moderna_Lit@wilmerhale.com>
**Cc:** lbromberg@mccarter.com; ebelt@mccarter.com; wproctor@mccarter.com; Selby, Thomas <TSelby@wc.com>; Fisher, Stanley <SFisher@wc.com>; Kayali, Kathryn <KKayali@wc.com>; Ghosh, Shayon <sghosh@wc.com>; Tavares, Julie <jtavares@wc.com>; Bernal Anderson, Haylee <HAnderson@wc.com>; Jeffrey.Robbins@saul.com; Joseph.Lipchitz@saul.com; Gregory.Boucher@saul.com; brucewexler@paulhastings.com; ericdittmann@paulhastings.com; Park, Young J. <youngpark@paulhastings.com>; Kung, Simon <simonkung@paulhastings.com>; Minniti, Carl <carlminniti@paulhastings.com>; COVIDPatentPfizer <COVIDPatentPfizer@wc.com>; BioNTech-Moderna-PH <BioNTech-Moderna-PH@paulhastings.com>; Podoll, A. Joshua <APodoll@wc.com>
**Subject:** RE: Moderna v. Pfizer and BioNTech, 22-cv-11378--Moderna Produced Document

**EXTERNAL SENDER**

Counsel:

Defendants are in receipt of your January 8 letter, are considering it, and will respond to each of the remaining issues therein. In the interim, I write separately on behalf of BioNTech with respect to the final issue raised in your letter: Moderna's improper assertion of privilege over portions of MOD_000282515 and all of MOD_000332132.

Thank you for your responses on this issue. First, regarding the redactions in Dr. Schrum's paper (MOD_000282515), we note that your letter expressly disclaims any common legal interest privilege between Moderna and Flagship Ventures. During last week's meet and confer, we asked that, to the extent Moderna's basis for asserting privilege over the redacted information was not common-interest privilege, you provide an engagement letter between Moderna and

Flagship or some other authority suggesting that disclosure of legal advice from Flagship to third party Moderna did not vitiate that privilege.  You now state that Moderna was both "founded by" and "operat[ing] as part of Flagship" in 2010, and that Flagship provided "legal counsel" to Moderna "at the time of the creation of" the Schrum paper (i.e., July 24, 2011 according to your Privilege Log), but identify no such contract or other authority.  Also, if there is anything further you wish to identify with respect to the redactions themselves reflecting legal advice in view of Dr. Schrum's testimony to the contrary, please let us know.  (*E.g.*, Schrum Tr. at 354:18-355:12.)

Second, regarding the May 19, 2013 de Fougerolles white paper (MOD_000332132), we asked if you had any evidence to support your belief that Dr. de Fougerolle's paper entirely reflects ▮▮▮▮▮ legal advice regarding intellectual property or was requesting such advice from her.  In response, you have cited seven entries from your Privilege Log dated from March 8 to April 30, 2013 as communications between ▮▮▮▮▮ and Dr. de Fougerolles, but provide no representations as to those entries' connection to the separate de Fougerolles white paper, or explain how they substantiate your refusal to produce the document, or even a redacted version of it.  Five of the entries are listed as emails with or without attachments "conveying or reflecting legal advice or analysis regarding intellectual property analysis or protection," and the remaining two are listed as emails with attachments "requesting legal advice or analysis regarding intellectual property analysis or protection."  (Moderna's 6th Suppl. Priv. Log.)  None of the emails is dated on or after May 19, 2013—the date of the white paper—and we cannot see how they support your claim.  (January 3 A. Curtis Letter to K. Kasaraneni and R. Meuth.)  In short, you have not identified any evidence that the de Fougerolles white paper in its entirety was communicated to ▮▮▮▮▮ and was done so to "seek[] additional legal advice from [her]," as you contend.  (*Id*.)  You have also declined our invitation to provide direct confirmation from, for example, ▮▮▮▮▮, that Dr. de Fougerolles prepared his white paper at her request for the purpose of providing legal advice to Moderna, that he included her specific legal advice in that paper, or that the white paper was itself a request to her for further legal advice.  We also note that your most recent letter corrects your misstatement at last week's meet and confer that ▮▮▮▮▮ had left an in-house counsel position at Moderna, and that you initially seemed to suggest her departure from this erroneous role was the reason you were unable to actually confirm the nature of the de Fougerolles white paper with her.

So that we have fully met and conferred before involving the Court:
- Please confirm that your position is that the de Fougerolles white paper <u>only</u> includes substance that "requests or reflects legal advice or analysis regarding intellectual property analysis or protection" from ▮▮▮▮▮ and nothing else
- Please confirm that you have no other evidence or authority in support of your privilege assertion over the entire de Fougerolles white paper or the redacted portions of the Schrum paper
- Please let us know if you disagree that we are at an impasse on these issues and if your forthcoming response may stand in for the Protective Order's meet and confer requirement (D.I. 67, ¶ 9.3(c)), or else propose a time for a brief call tomorrow or Thursday

Separately, Moderna has failed to address key questions about its position that we raised in our December 22 correspondence and during the parties' January 4 meet and confer with regard to Moderna's issue with BioNTech's withholding of privileged documents.  We intend to respond more fulsomely to the several new assertions you made for the first time yesterday regarding this issue when we respond to the remaining issues from your January 8 letter.

Thank you,
Karthik


**From:** Curtis, Annaleigh <Annaleigh.Curtis@wilmerhale.com>
**Sent:** Monday, January 8, 2024 5:32 PM
**To:** Kasaraneni, Karthik <karthikkasaraneni@paulhastings.com>; Liu, Michael <mliu@wc.com>; Meuth, Ryan <ryanmeuth@paulhastings.com>; Salvatore, Jerry A. <Jerry.Salvatore@wilmerhale.com>; Anderson, Derrick <danderson@wc.com>; WH_Moderna_Lit <WH_Moderna_Lit@wilmerhale.com>
**Cc:** lbromberg@mccarter.com; ebelt@mccarter.com; wproctor@mccarter.com; Selby, Thomas <TSelby@wc.com>;

3

Fisher, Stanley <SFisher@wc.com>; Kayali, Kathryn <KKayali@wc.com>; Ghosh, Shayon <sghosh@wc.com>; Tavares, Julie <jtavares@wc.com>; Bernal Anderson, Haylee <HAnderson@wc.com>; Jeffrey.Robbins@saul.com; Joseph.Lipchitz@saul.com; Gregory.Boucher@saul.com; Wexler, Bruce M. <brucewexler@paulhastings.com>; Dittmann, Eric W. <ericdittmann@paulhastings.com>; Park, Young J. <youngpark@paulhastings.com>; Kung, Simon <simonkung@paulhastings.com>; Minniti, Carl <carlminniti@paulhastings.com>; COVIDPatentPfizer <COVIDPatentPfizer@wc.com>; BioNTech-Moderna-PH <BioNTech-Moderna-PH@paulhastings.com>; Podoll, A. Joshua <APodoll@wc.com>
**Subject:** [EXT] RE: Moderna v. Pfizer and BioNTech, 22-cv-11378--Moderna Produced Document

Counsel:

Please see the attached correspondence following up on our meet and confer on January 4, 2024.

Best,
Annaleigh

**From:** Kasaraneni, Karthik <karthikkasaraneni@paulhastings.com>
**Sent:** Friday, January 5, 2024 12:07 AM
**To:** Curtis, Annaleigh <Annaleigh.Curtis@wilmerhale.com>; Liu, Michael <mliu@wc.com>; Meuth, Ryan <ryanmeuth@paulhastings.com>; Salvatore, Jerry A. <Jerry.Salvatore@wilmerhale.com>; Anderson, Derrick <danderson@wc.com>; WH_Moderna_Lit <WH_Moderna_Lit@wilmerhale.com>
**Cc:** lbromberg@mccarter.com; ebelt@mccarter.com; wproctor@mccarter.com; Selby, Thomas <TSelby@wc.com>; Fisher, Stanley <SFisher@wc.com>; Kayali, Kathryn <KKayali@wc.com>; Ghosh, Shayon <sghosh@wc.com>; Tavares, Julie <jtavares@wc.com>; Bernal Anderson, Haylee <HAnderson@wc.com>; Jeffrey.Robbins@saul.com; Joseph.Lipchitz@saul.com; Gregory.Boucher@saul.com; brucewexler@paulhastings.com; ericdittmann@paulhastings.com; Park, Young J. <youngpark@paulhastings.com>; Kung, Simon <simonkung@paulhastings.com>; Minniti, Carl <carlminniti@paulhastings.com>; COVIDPatentPfizer <COVIDPatentPfizer@wc.com>; BioNTech-Moderna-PH <BioNTech-Moderna-PH@paulhastings.com>; Podoll, A. Joshua <APodoll@wc.com>
**Subject:** RE: Moderna v. Pfizer and BioNTech, 22-cv-11378--Moderna Produced Document

**EXTERNAL SENDER**

Counsel:

Thank you for the meet and confer this afternoon regarding BioNTech's concern that Moderna has improperly redacted MOD_000282515 and the entirety of MOD_000332132. (Dec. 22 Email from R. Meuth to G. Salvatore.)

Regarding MOD_000282515, in view of Dr. Schrum's testimony that he co-authored the document with another non-lawyer scientist (Schrum Dep. Tr. at 74:22-75:16), we again requested the basis for asserting a common legal interest between Moderna and Greg Sieczkiewicz, who worked for third party Flagship Ventures (and whom we also do not agree generated any basis for a privilege claim even with a common interest), after having not received one in Moderna's previous response to this request (Nov. 22 Letter from M. Liu to A. Curtis at 2; Dec. 6 Letter from A. Curtis to M. Liu at 1-2). You stated that you did not have that central information about the basis of your privilege assertion at hand, but would look into it further, consider our request, and promptly get back to us.

Regarding MOD_000332132, we restated that, upon the document being clawed back, BioNTech is surprised by the failure to have produced a redacted version in view of the Protective Order's requirement that partially privileged documents should be reproduced with redactions after being clawed back. (D.I. 67, ¶ 9.3.) We also noted that your stated basis for the privilege claim, including in view of your letter from yesterday that the entire document is "a memorandum reflecting or requesting legal advice or analysis regarding intellectual property analysis or protection"

4

from attorney ████████, was not a sufficiently convincing basis for completely withholding a white paper that was authored by Moderna scientist Dr. de Fougerolles and not itself a communication to anyone, let alone a lawyer. (Dec. 21 Email from G. Salvatore to Counsel; Jan. 3 Letter from A. Curtis to K. Kasaraneni & R. Meuth.) We asked for additional insight into your understanding that the document entirely reflected ████████ legal advice regarding intellectual property or was requesting such advice from her, and you explained only that, while ████████████████████████ you "believed" based on Dr. de Fougerolles position at the company at the time and the general nature of the interactions between him and ████████ that the document reflected her legal advice. We asked if you had actually checked your belief with ████████ and explained our understanding that she had been Moderna's ██████ ████████████████████████████████. We also asked if you had any other specific evidence to support your assertion that Dr. de Fougerolles specifically prepared this May 19, 2013 document using legal advice that had been communicated to him by ████████ and to request further legal advice on its subject matter from ████████, such as evidence of contemporaneous communications between them. You declined to answer these questions, but did say that you would look into it further, consider our request, and promptly get back to us.

We noted that the Protective Order imposes certain time requirements for our motion to the Court to challenge a claw-back, and you stated that you would not cite the PO's time limit to preclude us from moving the Court while a privilege challenge remains live, and that you do not intend to delay. Nor do we. We appreciate the courtesy and look forward to your response regarding the two documents above. Please endeavor to provide it by COB Monday. To the extent you decline or are unable to provide sufficient further support for your privilege assertion for either document on Monday, we will consider the parties to be at an impasse.

Thank you,
Karthik


**From:** Curtis, Annaleigh <Annaleigh.Curtis@wilmerhale.com>
**Sent:** Wednesday, January 3, 2024 9:30 AM
**To:** Kasaraneni, Karthik <karthikkasaraneni@paulhastings.com>; Liu, Michael <mliu@wc.com>; Meuth, Ryan <ryanmeuth@paulhastings.com>; Salvatore, Jerry A. <Jerry.Salvatore@wilmerhale.com>; Anderson, Derrick <danderson@wc.com>; WH_Moderna_Lit <WH_Moderna_Lit@wilmerhale.com>
**Cc:** lbromberg@mccarter.com; ebelt@mccarter.com; wproctor@mccarter.com; Selby, Thomas <TSelby@wc.com>; Fisher, Stanley <SFisher@wc.com>; Kayali, Kathryn <KKayali@wc.com>; Ghosh, Shayon <sghosh@wc.com>; Tavares, Julie <jtavares@wc.com>; Bernal Anderson, Haylee <HAnderson@wc.com>; Jeffrey.Robbins@saul.com; Joseph.Lipchitz@saul.com; Gregory.Boucher@saul.com; Wexler, Bruce M. <brucewexler@paulhastings.com>; Dittmann, Eric W. <ericdittmann@paulhastings.com>; Park, Young J. <youngpark@paulhastings.com>; Kung, Simon <simonkung@paulhastings.com>; Minniti, Carl <carlminniti@paulhastings.com>; COVIDPatentPfizer <COVIDPatentPfizer@wc.com>; BioNTech-Moderna-PH <BioNTech-Moderna-PH@paulhastings.com>; Podoll, A. Joshua <APodoll@wc.com>
**Subject:** [EXT] RE: Moderna v. Pfizer and BioNTech, 22-cv-11378--Moderna Produced Document

Thanks, Karthik. We can use this dial in:

+1 347-991-6404,,199428355#   United States, New York City
(833) 282-7926,,199428355#   United States (Toll-free)
Phone Conference ID: 199 428 355#

Best,
Annaleigh

**From:** Kasaraneni, Karthik <karthikkasaraneni@paulhastings.com>
**Sent:** Wednesday, January 3, 2024 9:04 AM
**To:** Curtis, Annaleigh <Annaleigh.Curtis@wilmerhale.com>; Liu, Michael <mliu@wc.com>; Meuth, Ryan

<ryanmeuth@paulhastings.com>; Salvatore, Jerry A. <Jerry.Salvatore@wilmerhale.com>; Anderson, Derrick <danderson@wc.com>; WH_Moderna_Lit <WH_Moderna_Lit@wilmerhale.com>
**Cc:** lbromberg@mccarter.com; ebelt@mccarter.com; wproctor@mccarter.com; Selby, Thomas <TSelby@wc.com>; Fisher, Stanley <SFisher@wc.com>; Kayali, Kathryn <KKayali@wc.com>; Ghosh, Shayon <sghosh@wc.com>; Tavares, Julie <jtavares@wc.com>; Bernal Anderson, Haylee <HAnderson@wc.com>; Jeffrey.Robbins@saul.com; Joseph.Lipchitz@saul.com; Gregory.Boucher@saul.com; brucewexler@paulhastings.com; ericdittmann@paulhastings.com; Park, Young J. <youngpark@paulhastings.com>; Kung, Simon <simonkung@paulhastings.com>; Minniti, Carl <carlminniti@paulhastings.com>; COVIDPatentPfizer <COVIDPatentPfizer@wc.com>; BioNTech-Moderna-PH <BioNTech-Moderna-PH@paulhastings.com>; Podoll, A. Joshua <APodoll@wc.com>
**Subject:** RE: Moderna v. Pfizer and BioNTech, 22-cv-11378--Moderna Produced Document

**EXTERNAL SENDER**

Hi Annaleigh,

Tomorrow at 2 PM also works for the BioNTech team.

Thanks,
Karthik

**From:** Curtis, Annaleigh <Annaleigh.Curtis@wilmerhale.com>
**Sent:** Wednesday, January 3, 2024 8:54 AM
**To:** Liu, Michael <mliu@wc.com>; Meuth, Ryan <ryanmeuth@paulhastings.com>; Salvatore, Jerry A. <Jerry.Salvatore@wilmerhale.com>; Kasaraneni, Karthik <karthikkasaraneni@paulhastings.com>; Anderson, Derrick <danderson@wc.com>; WH_Moderna_Lit <WH_Moderna_Lit@wilmerhale.com>
**Cc:** lbromberg@mccarter.com; ebelt@mccarter.com; wproctor@mccarter.com; Selby, Thomas <TSelby@wc.com>; Fisher, Stanley <SFisher@wc.com>; Kayali, Kathryn <KKayali@wc.com>; Ghosh, Shayon <sghosh@wc.com>; Tavares, Julie <jtavares@wc.com>; Bernal Anderson, Haylee <HAnderson@wc.com>; Jeffrey.Robbins@saul.com; Joseph.Lipchitz@saul.com; Gregory.Boucher@saul.com; Wexler, Bruce M. <brucewexler@paulhastings.com>; Dittmann, Eric W. <ericdittmann@paulhastings.com>; Park, Young J. <youngpark@paulhastings.com>; Kung, Simon <simonkung@paulhastings.com>; Minniti, Carl <carlminniti@paulhastings.com>; COVIDPatentPfizer <COVIDPatentPfizer@wc.com>; BioNTech-Moderna-PH <BioNTech-Moderna-PH@paulhastings.com>; Podoll, A. Joshua <APodoll@wc.com>
**Subject:** [EXT] RE: Moderna v. Pfizer and BioNTech, 22-cv-11378--Moderna Produced Document

Michael:

We're available at 2 PM tomorrow. If that works for the BioNTech team as well, please circulate a dial-in.

Best,
Annaleigh

**From:** Liu, Michael <mliu@wc.com>
**Sent:** Tuesday, January 2, 2024 9:49 PM
**To:** Curtis, Annaleigh <Annaleigh.Curtis@wilmerhale.com>; Meuth, Ryan <ryanmeuth@paulhastings.com>; Salvatore, Jerry A. <Jerry.Salvatore@wilmerhale.com>; Kasaraneni, Karthik <karthikkasaraneni@paulhastings.com>; Anderson, Derrick <danderson@wc.com>; WH_Moderna_Lit <WH_Moderna_Lit@wilmerhale.com>
**Cc:** lbromberg@mccarter.com; ebelt@mccarter.com; wproctor@mccarter.com; Selby, Thomas <TSelby@wc.com>; Fisher, Stanley <SFisher@wc.com>; Kayali, Kathryn <KKayali@wc.com>; Ghosh, Shayon <sghosh@wc.com>; Tavares, Julie <jtavares@wc.com>; Bernal Anderson, Haylee <HAnderson@wc.com>; Jeffrey.Robbins@saul.com;

Joseph.Lipchitz@saul.com; Gregory.Boucher@saul.com; brucewexler@paulhastings.com; ericdittmann@paulhastings.com; Park, Young J. <youngpark@paulhastings.com>; Kung, Simon <simonkung@paulhastings.com>; Minniti, Carl <carlminniti@paulhastings.com>; COVIDPatentPfizer <COVIDPatentPfizer@wc.com>; BioNTech-Moderna-PH <BioNTech-Moderna-PH@paulhastings.com>; Podoll, A. Joshua <APodoll@wc.com>
**Subject:** RE: Moderna v. Pfizer and BioNTech, 22-cv-11378--Moderna Produced Document

**EXTERNAL SENDER**

Annaleigh,

Pfizer is not available tomorrow afternoon to discuss the issues you reference below. Would your team be available at 2pm on Thursday (1/4) instead?

**Michael Xun Liu**
Associate | Williams & Connolly LLP
680 Maine Ave, S.W., Washington, DC 20024
(P) 202-434-5706 | (F) 202-434-5029
mliu@wc.com | www.wc.com

**From:** Curtis, Annaleigh <Annaleigh.Curtis@wilmerhale.com>
**Sent:** Friday, December 29, 2023 12:03 PM
**To:** Meuth, Ryan <ryanmeuth@paulhastings.com>; Salvatore, Jerry A. <Jerry.Salvatore@wilmerhale.com>; Kasaraneni, Karthik <karthikkasaraneni@paulhastings.com>; Anderson, Derrick <danderson@wc.com>; WH_Moderna_Lit <WH_Moderna_Lit@wilmerhale.com>
**Cc:** lbromberg@mccarter.com; ebelt@mccarter.com; wproctor@mccarter.com; Selby, Thomas <TSelby@wc.com>; Fisher, Stanley <SFisher@wc.com>; Kayali, Kathryn <KKayali@wc.com>; Liu, Michael <mliu@wc.com>; Ghosh, Shayon <sghosh@wc.com>; Tavares, Julie <jtavares@wc.com>; Bernal Anderson, Haylee <HAnderson@wc.com>; Jeffrey.Robbins@saul.com; Joseph.Lipchitz@saul.com; Gregory.Boucher@saul.com; brucewexler@paulhastings.com; ericdittmann@paulhastings.com; Park, Young J. <youngpark@paulhastings.com>; Kung, Simon <simonkung@paulhastings.com>; Minniti, Carl <carlminniti@paulhastings.com>; COVIDPatentPfizer <COVIDPatentPfizer@wc.com>; BioNTech-Moderna-PH <BioNTech-Moderna-PH@paulhastings.com>; Podoll, A. Joshua <APodoll@wc.com>
**Subject:** RE: Moderna v. Pfizer and BioNTech, 22-cv-11378--Moderna Produced Document

Ryan,

We are available on 1/3 between 1-3 PM ET to meet and confer on the following issues:

- BioNTech's improper use of privilege as a sword and shield;
- BioNTech and Pfizer's failure to adequately prepare witnesses and produce documents;
- Moderna's requests for samples;
- Timing for production of documents from ███████████
- Moderna's claim of privilege over the two documents you identify below.

Please confirm your availability.

Best,
Annaleigh

**From:** Meuth, Ryan <ryanmeuth@paulhastings.com>
**Sent:** Friday, December 22, 2023 7:37 PM
**To:** Curtis, Annaleigh <Annaleigh.Curtis@wilmerhale.com>; Salvatore, Jerry A. <Jerry.Salvatore@wilmerhale.com>; Kasaraneni, Karthik <karthikkasaraneni@paulhastings.com>; Anderson, Derrick <danderson@wc.com>; WH_Moderna_Lit <WH_Moderna_Lit@wilmerhale.com>
**Cc:** lbromberg@mccarter.com; ebelt@mccarter.com; wproctor@mccarter.com; Selby, Thomas <TSelby@wc.com>; Fisher, Stanley <SFisher@wc.com>; Kayali, Kathryn <KKayali@wc.com>; Liu, Michael <mliu@wc.com>; Ghosh, Shayon <sghosh@wc.com>; Tavares, Julie <jtavares@wc.com>; Bernal Anderson, Haylee <HAnderson@wc.com>; Jeffrey.Robbins@saul.com; Joseph.Lipchitz@saul.com; Gregory.Boucher@saul.com; brucewexler@paulhastings.com; ericdittmann@paulhastings.com; Park, Young J. <youngpark@paulhastings.com>; Kung, Simon <simonkung@paulhastings.com>; Minniti, Carl <carlminniti@paulhastings.com>; COVIDPatentPfizer <COVIDPatentPfizer@wc.com>; BioNTech-Moderna-PH <BioNTech-Moderna-PH@paulhastings.com>; Podoll, A. Joshua <APodoll@wc.com>
**Subject:** RE: Moderna v. Pfizer and BioNTech, 22-cv-11378--Moderna Produced Document

**EXTERNAL SENDER**

Thanks, Annaleigh.  We accept your proposal to meet and confer the week following the New Year holiday.  We request January 3 or 4 and look forward to receiving your availability.  Happy holidays, again.

Thanks,
Ryan


**From:** Curtis, Annaleigh <Annaleigh.Curtis@wilmerhale.com>
**Sent:** Friday, December 22, 2023 4:16 PM
**To:** Meuth, Ryan <ryanmeuth@paulhastings.com>; Salvatore, Jerry A. <Jerry.Salvatore@wilmerhale.com>; Kasaraneni, Karthik <karthikkasaraneni@paulhastings.com>; Anderson, Derrick <danderson@wc.com>; WH_Moderna_Lit <WH_Moderna_Lit@wilmerhale.com>
**Cc:** lbromberg@mccarter.com; ebelt@mccarter.com; wproctor@mccarter.com; Selby, Thomas <TSelby@wc.com>; Fisher, Stanley <SFisher@wc.com>; Kayali, Kathryn <KKayali@wc.com>; Liu, Michael <mliu@wc.com>; Ghosh, Shayon <sghosh@wc.com>; Tavares, Julie <jtavares@wc.com>; Bernal Anderson, Haylee <HAnderson@wc.com>; Jeffrey.Robbins@saul.com; Joseph.Lipchitz@saul.com; Gregory.Boucher@saul.com; Wexler, Bruce M. <brucewexler@paulhastings.com>; Dittmann, Eric W. <ericdittmann@paulhastings.com>; Park, Young J. <youngpark@paulhastings.com>; Kung, Simon <simonkung@paulhastings.com>; Minniti, Carl <carlminniti@paulhastings.com>; COVIDPatentPfizer <COVIDPatentPfizer@wc.com>; BioNTech-Moderna-PH <BioNTech-Moderna-PH@paulhastings.com>; Podoll, A. Joshua <APodoll@wc.com>
**Subject:** [EXT] RE: Moderna v. Pfizer and BioNTech, 22-cv-11378--Moderna Produced Document

Ryan:

We are in receipt of the email you sent late in the afternoon the Friday before Christmas.  We have already provided the necessary information with respect to the privileged document BioNTech improperly attempted to mark at Dr. de Fougerolles' deposition.  Your assertions regarding the redacted document marked in Dr. Schrum's deposition are incorrect.  We will respond further on both documents following the holiday.

Best,
Annaleigh

**From:** Meuth, Ryan <ryanmeuth@paulhastings.com>
**Sent:** Friday, December 22, 2023 3:20 PM
**To:** Salvatore, Jerry A. <Jerry.Salvatore@wilmerhale.com>; Kasaraneni, Karthik <karthikkasaraneni@paulhastings.com>; Anderson, Derrick <danderson@wc.com>; WH_Moderna_Lit <WH_Moderna_Lit@wilmerhale.com>
**Cc:** lbromberg@mccarter.com; ebelt@mccarter.com; wproctor@mccarter.com; Selby, Thomas <TSelby@wc.com>; Fisher, Stanley <SFisher@wc.com>; Kayali, Kathryn <KKayali@wc.com>; Liu, Michael <mliu@wc.com>; Ghosh, Shayon <sghosh@wc.com>; Tavares, Julie <jtavares@wc.com>; Bernal Anderson, Haylee <HAnderson@wc.com>; Jeffrey.Robbins@saul.com; Joseph.Lipchitz@saul.com; Gregory.Boucher@saul.com; brucewexler@paulhastings.com; ericdittmann@paulhastings.com; Park, Young J. <youngpark@paulhastings.com>; Kung, Simon <simonkung@paulhastings.com>; Minniti, Carl <carlminniti@paulhastings.com>; COVIDPatentPfizer <COVIDPatentPfizer@wc.com>; BioNTech-Moderna-PH <BioNTech-Moderna-PH@paulhastings.com>; Podoll, A. Joshua <APodoll@wc.com>
**Subject:** RE: Moderna v. Pfizer and BioNTech, 22-cv-11378--Moderna Produced Document

**EXTERNAL SENDER**

Hi Jerry,

Thank you for your email.

Yes, as the parties' counsel discussed off the record at Dr. de Fougerolles' deposition, the attempt to introduce MOD_000332132 after Wilmer's claw-back notice three business days earlier was inadvertent. The prep set had been prepared in advance of your claw-back and the document did not on its face mention privilege. Upon your identifying this as a copy of the clawback we promptly avoided using it and confirmed destruction.

We are in receipt of your stated basis for maintaining privilege over the entire document, but we continue to dispute the claw-back. We also dispute the failure to redact/withholding of the entire document. If there is anything more to the claim of privilege you are willing to state, please do so today by reply email before the holidays. You've now had a significant amount of time since the claw-back.

The Protective Order required Moderna to "reproduce any document or ESI that is comprised only partially of Privileged Information with the Privileged Information redacted." (D.I. 67, ¶ 9.3.) We therefore understand your claim to cover the entirety of the document.

Finally, the deposition of Dr. Schrum on December 19 has shown that Schrum Ex. 13, which is MOD_000282515 and Entry No. 3215 of Moderna's Privilege Log, was improperly redacted.

Please provide your availability to meet and confer about this claw-back and the Schrum Exhibit on Thursday, December 28, pursuant to D.I. 67, ¶ 9.3(c). If the holidays create a conflict, we can agree to a brief extension until the following week, per D.I. 67, ¶ 9.3(d).

Thanks again,
Ryan


**From:** Salvatore, Jerry A. <Jerry.Salvatore@wilmerhale.com>
**Sent:** Thursday, December 21, 2023 3:07 PM
**To:** Kasaraneni, Karthik <karthikkasaraneni@paulhastings.com>; Anderson, Derrick <danderson@wc.com>; WH_Moderna_Lit <WH_Moderna_Lit@wilmerhale.com>
**Cc:** lbromberg@mccarter.com; ebelt@mccarter.com; wproctor@mccarter.com; Selby, Thomas <TSelby@wc.com>; Fisher, Stanley <SFisher@wc.com>; Kayali, Kathryn <KKayali@wc.com>; Liu, Michael <mliu@wc.com>; Ghosh, Shayon

<sghosh@wc.com>; Tavares, Julie <jtavares@wc.com>; Bernal Anderson, Haylee <HAnderson@wc.com>; Jeffrey.Robbins@saul.com; Joseph.Lipchitz@saul.com; Gregory.Boucher@saul.com; Wexler, Bruce M. <brucewexler@paulhastings.com>; Dittmann, Eric W. <ericdittmann@paulhastings.com>; Park, Young J. <youngpark@paulhastings.com>; Kung, Simon <simonkung@paulhastings.com>; Minniti, Carl <carlminniti@paulhastings.com>; Meuth, Ryan <ryanmeuth@paulhastings.com>; COVIDPatentPfizer <COVIDPatentPfizer@wc.com>; BioNTech-Moderna-PH <BioNTech-Moderna-PH@paulhastings.com>; Podoll, A. Joshua <APodoll@wc.com>
**Subject:** [EXT] RE: Moderna v. Pfizer and BioNTech, 22-cv-11378--Moderna Produced Document

Counsel,

Thank you for confirming that BioNTech has now complied with the Protective Order. We trust that counsel's attempt during the December 20 deposition of Dr. de Fougellero to introduce the document we clawed back on December 15 was inadvertent.

We disagree that a redacted version of MOD_000332132 is required and will not be providing one. We also disagree that based on your 5:04 pm on Wednesday December 20, Moderna is required to provide its basis for its privilege claim by the end of the week. Nevertheless, Moderna's basis for withholding the document is below.

The document is a memorandum requesting or reflecting legal advice or analysis regarding intellectual property analysis or protection. The attorney whose advice was requested was ████████.

Best,
Jerry

**From:** Kasaraneni, Karthik <karthikkasaraneni@paulhastings.com>
**Sent:** Wednesday, December 20, 2023 5:04 PM
**To:** Anderson, Derrick <danderson@wc.com>; WH_Moderna_Lit <WH_Moderna_Lit@wilmerhale.com>
**Cc:** Salvatore, Jerry A. <Jerry.Salvatore@wilmerhale.com>; lbromberg@mccarter.com; ebelt@mccarter.com; wproctor@mccarter.com; Selby, Thomas <TSelby@wc.com>; Fisher, Stanley <SFisher@wc.com>; Kayali, Kathryn <KKayali@wc.com>; Liu, Michael <mliu@wc.com>; Ghosh, Shayon <sghosh@wc.com>; Tavares, Julie <jtavares@wc.com>; Bernal Anderson, Haylee <HAnderson@wc.com>; Jeffrey.Robbins@saul.com; Joseph.Lipchitz@saul.com; Gregory.Boucher@saul.com; brucewexler@paulhastings.com; ericdittmann@paulhastings.com; Park, Young J. <youngpark@paulhastings.com>; Kung, Simon <simonkung@paulhastings.com>; Minniti, Carl <carlminniti@paulhastings.com>; Meuth, Ryan <ryanmeuth@paulhastings.com>; COVIDPatentPfizer <COVIDPatentPfizer@wc.com>; 'BioNTech-Moderna-PH@paulhastings.com'; 'APodoll@wc.com'
**Subject:** RE: Moderna v. Pfizer and BioNTech, 22-cv-11378--Moderna Produced Document

**EXTERNAL SENDER**

Jerry,

BioNTech also confirms that the original and all copies of the document beginning at MOD_000332132 have now been destroyed, as have any notes or other writings or recordings that summarize, reflect, or discuss the specific content of those documents as requested in your December 15 email below. However, BioNTech contests Moderna's claw-back of this document pursuant to D.I. 67, ¶ 9.3(a). Please produce a redacted copy of the document this week and state the basis for your privilege claim, including by identifying the attorney whose legal advice is purportedly reflected in the redacted portions of the document.

Thank you,

Karthik

**From:** Anderson, Derrick <danderson@wc.com>
**Sent:** Wednesday, December 20, 2023 12:45 PM
**To:** WH_Moderna_Lit <WH_Moderna_Lit@wilmerhale.com>
**Cc:** Salvatore, Jerry A. <Jerry.Salvatore@wilmerhale.com>; lbromberg@mccarter.com; ebelt@mccarter.com; wproctor@mccarter.com; Selby, Thomas <TSelby@wc.com>; Fisher, Stanley <SFisher@wc.com>; Kayali, Kathryn <KKayali@wc.com>; Liu, Michael <mliu@wc.com>; Ghosh, Shayon <sghosh@wc.com>; Tavares, Julie <jtavares@wc.com>; Bernal Anderson, Haylee <HAnderson@wc.com>; Jeffrey.Robbins@saul.com; Joseph.Lipchitz@saul.com; Gregory.Boucher@saul.com; Wexler, Bruce M. <brucewexler@paulhastings.com>; Dittmann, Eric W. <ericdittmann@paulhastings.com>; Park, Young J. <youngpark@paulhastings.com>; Kung, Simon <simonkung@paulhastings.com>; rebeccahilgar@paulhastings.com; Minniti, Carl <carlminniti@paulhastings.com>; Meuth, Ryan <ryanmeuth@paulhastings.com>; COVIDPatentPfizer <COVIDPatentPfizer@wc.com>; 'BioNTech-Moderna-PH@paulhastings.com'; 'APodoll@wc.com'
**Subject:** [EXT] RE: Moderna v. Pfizer and BioNTech, 22-cv-11378--Moderna Produced Document

Counsel,

On behalf of Defendant Pfizer Inc., we confirm that the original and all copies of the documents produced by Plaintiffs have been destroyed, as well as any notes or other writings or recordings that summarize, reflect, or discuss the specific content of those documents, pursuant to your December 15, 2023 email.

**Derrick M. Anderson**
**Associate | Williams & Connolly LLP**
680 Maine Avenue, S.W., Washington, DC 20024
202-434-5464 | danderson@wc.com | www.wc.com

**From:** Salvatore, Jerry A. <Jerry.Salvatore@wilmerhale.com>
**Sent:** Friday, December 15, 2023 11:27 AM
**To:** lbromberg@mccarter.com; ebelt@mccarter.com; wproctor@mccarter.com; Selby, Thomas <TSelby@wc.com>; Fisher, Stanley <SFisher@wc.com>; Kayali, Kathryn <KKayali@wc.com>; Liu, Michael <mliu@wc.com>; Ghosh, Shayon <sghosh@wc.com>; Tavares, Julie <jtavares@wc.com>; Anderson, Derrick <danderson@wc.com>; Bernal Anderson, Haylee <HAnderson@wc.com>; Jeffrey.Robbins@saul.com; Joseph.Lipchitz@saul.com; Gregory.Boucher@saul.com; brucewexler@paulhastings.com; ericdittmann@paulhastings.com; youngpark@paulhastings.com; simonkung@paulhastings.com; rebeccahilgar@paulhastings.com; carlminniti@paulhastings.com; ryanmeuth@paulhastings.com; COVIDPatentPfizer <COVIDPatentPfizer@wc.com>; 'BioNTech-Moderna-PH@paulhastings.com'; 'APodoll@wc.com'
**Cc:** WH_Moderna_Lit <WH_Moderna_Lit@wilmerhale.com>
**Subject:** Moderna v. Pfizer and BioNTech, 22-cv-11378--Moderna Produced Document

Counsel

Pursuant to paragraph 9.2(f) of the Protective Order (Dkt. 67), please immediately destroy the original and all copies of one inadvertently produced document by Plaintiffs, Bates numbered MOD_000332132–MOD_000332141. Please destroy any notes or other writings or recordings that summarize, reflect, or discuss the specific content of the document, and make no further use of the documents or the information contained therein. Please confirm your compliance within five days.

Best,
Jerry

**Jerry A. Salvatore | WilmerHale**
2100 Pennsylvania Avenue NW
Washington, DC 20037 USA
+1 202 663 6650 (t)
+1 202 663 6363 (f)
jerry.salvatore@wilmerhale.com

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

This message and any attachments are intended only for the addressee and may contain information that is privileged and confidential. If you have received this message in error, please do not read, use, copy, distribute, or disclose the contents of the message and any attachments. Instead, please delete the message and any attachments and notify the sender immediately. Thank you.

*********************************************************************************
This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments. If you reply to this message, Paul Hastings may collect personal information including your name, business name and other contact details, and IP address. For more information about Paul Hastings' information collection, privacy and security principles please click HERE. If you have any questions, please contact Privacy@paulhastings.com.