# EXHIBIT 25

# EXHIBIT 22

████████████████████