# EXHIBIT 26

# EXHIBIT 23

███████████████████████