# EXHIBIT 27

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MODERNATX, INC. and MODERNA US, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PFIZER INC., BIONTECH SE, BIONTECH MANUFACTURING GMBH, and BIONTECH US INC., <br><br> Defendants. | Case No. 1:22-cv-11378-RGS |

**DEFENDANTS' MOTION TO COMPEL MODERNA'S PRODUCTION OF
DOCUMENTS AND INFORMATION ERRONEOUSLY WITHHELD AS PRIVILEGE**

Defendants BioNTech SE, BioNTech Manufacturing GmbH, and BioNTech US Inc. (collectively, "BioNTech") and Pfizer Inc. ("Pfizer") (collectively, "Defendants") respectfully request that the Court compel ModernaTX, Inc. and Moderna US, Inc. (collectively, "Moderna") to produce the following two documents in unredacted form: (1) the document bearing Bates number MOD_000282515 ("the Schrum white paper"); and (2) the document bearing Bates number MOD_000332132 ("the de Fougerolles white paper"). Moderna improperly asserts privilege in connection with these two scientists' papers, which are directly relevant to their messenger RNA ("mRNA") research—the very scientific work upon which Moderna affirmatively relies in this case. At a minimum, Defendants respectfully request that the Court review *in camera* the redactions from the Schrum and de Fougerolles white papers pursuant to Fed. R. Civ. P. 26(b)(5)(B).

1

For the reasons set forth in the attached memorandum in support, Defendants respectfully request that the Court compel Moderna to produce both documents in full.  To the extent the Court declines to order production of the de Fougerolles white paper in full, Defendants request that Moderna be ordered to produce a redacted version, consistent with the Protective Order.  (D.I. 67, ¶ 9.3.)  In the alternative, to the extent the Court deems it necessary to resolve the parties' dispute, Defendants respectfully request that the Court order an *in camera* review pursuant to Fed. R. Civ. P. 26(b)(5)(B).

## REQUEST FOR ORAL ARGUMENT

BioNTech and Pfizer respectfully request that the Court order oral argument.  BioNTech and Pfizer would like to be heard on the issues presented in their motion and believe that oral argument can assist the Court in resolving the parties' dispute.

Respectfully submitted,

| | |
|---|---|
| DEFENDANT AND COUNTERCLAIM-PLAINTIFF PFIZER INC. | DEFENDANTS AND COUNTERCLAIM-PLAINTIFFS BIONTECH SE, BIONTECH MANUFACTURING GMBH, AND BIONTECH US INC. |
| By their Counsel, | By their Counsel, |
| */s/ Michael Xun Liu* | */s/ Gregory M. Boucher* |
| Chaloea M. Williams, BBO # 691154<br>cwilliams@wc.com<br>**WILLIAMS & CONNOLLY LLP**<br>680 Main Avenue SW<br>Washington, DC 20024<br>Tel: (202) 434-5623<br>Fax: (202) 434-5029 | Jeffrey S. Robbins, BBO #421910<br>Jeffrey.Robbins@saul.com<br>Joseph D. Lipchitz, BBO #632637<br>Joseph.Lipchitz@saul.com<br>Gregory M. Boucher, BBO #665212<br>Gregory.Boucher@saul.com<br>**SAUL EWING LLP**<br>131 Dartmouth Street, Suite 501<br>Boston, MA 02116<br>Tel: (617) 723-3300 |
| OF COUNSEL: | OF COUNSEL: |
| Thomas H. L. Selby*<br>Stanley E. Fisher*<br>Kathryn S. Kayali*<br>Michael Xun Liu*<br>D. Shayon Ghosh*<br>Julie Tavares*<br>Derrick M. Anderson*<br>Haylee Bernal Anderson*<br>**WILLIAMS & CONNOLLY LLP**<br>680 Maine Avenue SW<br>Washington, DC 20024<br>Tel: (202) 434-5000<br>Fax: (202) 434-5029 | Bruce M. Wexler*<br>Eric W. Dittmann*<br>Young J. Park*<br>Ashley N. Mays-Williams*<br>Scott F. Peachman<br>Karthik R. Kasaraneni*<br>Ryan Meuth*<br>**PAUL HASTINGS LLP**<br>200 Park Avenue<br>New York, NY 10166<br>Tel: (212) 318-6000 |
| * Admitted *pro hac vice* | |
| *Attorneys for Defendant and Counter-Claim Plaintiff Pfizer Inc.* | *Attorneys for Defendants and Counter-Claim Plaintiffs BioNTech SE, BioNTech Manufacturing GmbH, and BioNTech US, Inc.* |

**CERTIFICATION PURSUANT TO LOCAL RULES 7.1(a)(2) AND 37.1(b)**

Pursuant to Local Rules 7.1(a)(2) and 37.1(b), on January 4, 2024 at 2:00 p.m., counsel for Defendants participated in a telephone call with counsel for Moderna, but were unable to reach an agreement, and have complied with Local Rules 7.1(a)(2) and 37.1(b). The parties also exchanged letters relating to this dispute, which are attached as exhibits to this motion.

                                        */s/ Gregory M. Boucher*
                                        Gregory M. Boucher (BBO# 665212)

**CERTIFICATE OF SERVICE**

I, Gregory M. Boucher, hereby certify that on January 19, 2024, I caused the foregoing motion to be electronically filed with the Clerk of the Court via email pursuant to the Court's January 19, 2024 Order (Dkt. 204) granting in part Defendants' Motion to Seal (Dkt. 203), and I simultaneously served notice of such filing to all counsel of record to their registered electronic mail addresses.

                                        */s/ Gregory M. Boucher*
                                        Gregory M. Boucher (BBO# 665212)