# EXHIBIT 29

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MODERNATX, INC. and MODERNA US, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PFIZER INC., BIONTECH SE, BIONTECH MANUFACTURING GMBH, and BIONTECH US INC.,<br><br>Defendants. | Case No. 1:22-cv-11378-RGS |

**DECLARATION OF KARTHIK KASARANENI IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND INFORMATION ERRONEOUSLY WITHHELD AS PRIVILEGED**

I, Karthik Kasaraneni, hereby declare:

1. I am an attorney with the law firm Paul Hastings LLP, and counsel for Defendants BioNTech SE, BioNTech Manufacturing GmbH, and BioNTech US Inc. (together, "BioNTech"). I have personal knowledge of the facts contained in the declaration and, if called upon to do so, I could and would testify competently to the matters herein.

2. Attached hereto as **Exhibit A** is a true and correct copy of Defendants' 6th excerpted and annotated Supplemental Privilege Log, dated December 21, 2023.

3. Attached hereto as **Exhibit B** is a true and correct copy of an email thread between counsel for ModernaTX, Inc. and Moderna US, Inc. (collectively, "Moderna") and counsel for Defendants ranging from December 15, 2023 to January 9, 2023.

4. Attached hereto as **Exhibit C** is a true and correct excerpted copy of the transcript of Dr. Jason P. Schrum's deposition conducted on December 19, 2023.

5. Attached hereto as **Exhibit D** is a true and correct copy of a document redacted in part by ModernaTX, Inc. and Moderna US, Inc. (collectively, "Moderna") and titled "2010 Fellows - RNA Agonism," that was marked as Exhibit 13 at the deposition Dr. Jason P. Schrum, hereafter referred to as "the Schrum white paper." The Schrum white paper consists of the document produced by Moderna as MOD_000282515-MOD_000282525 in this litigation along with, as the last page, a subset of the metadata that Moderna produced with the document.

6. Attached hereto as **Exhibit E** is a true and correct copy of a letter dated October 16, 2023 sent by counsel for Defendants to counsel for Moderna.

7. Attached hereto as **Exhibit F** is a true and correct copy of a letter dated October 23, 2023 sent by counsel for Moderna to counsel for Defendants

8. Attached hereto as **Exhibit G** is a true and correct copy of an email thread between counsel for Moderna and counsel for Defendants ranging from October 23, 2023 to November 8, 2023.

9. Attached hereto as **Exhibit H** is a true and correct copy of Defendants' 5th Supplemental Privilege Log, dated November 17, 2023.

10. Attached hereto as **Exhibit I** is a true and correct copy of a letter dated November 22, 2023 sent by counsel for Defendants to counsel for Moderna.

11. Attached hereto as **Exhibit J** is a true and correct copy of a letter dated December 6, 2023 sent by counsel for Moderna to counsel for Defendants.

12. Attached hereto as **Exhibit K** is a true and correct annotated copy of the document produced by third party TriLink Biotechnologies, LLC as TRILINK000017-TRILINK000028 in this litigation.

13. Attached hereto as **Exhibit L** is a true and correct copy of the document produced by third party TriLink Biotechnologies, LLC as TRILINK000066 in this litigation.

14. Attached hereto as **Exhibit M** is a true and correct copy of a letter dated January 8 2024 sent by counsel for Moderna to counsel for Defendants.

15. Attached hereto as **Exhibit N** is a true and correct copy of a letter dated January 3 2024 sent by counsel for Moderna to counsel for Defendants.

16. Attached hereto as **Exhibit O** is a true and correct copy of a *Nature News Feature* titled, "THE BILLION-DOLLAR BIOTECH," dated June 4, 2015.

17. Attached hereto as **Exhibit P** is a true and correct copy of a letter dated January 11 2024 sent by counsel for Moderna to counsel for Defendants.

18. On January 4, 2024, I participated as counsel for BioNTech in a discovery conference with the other parties in this action, including counsel for Pfizer Inc. and Moderna. We discussed, *inter alia*, the improper redactions to the Schrum white paper and the de Fougerolles white paper, a document that Moderna originally produced with the beginning bates number MOD_000332132 in this litigation and subsequently clawed back. The parties also discussed their positions as set forth in their respective letters in regards to the Schrum and de Fougerolles white papers. (*e.g.*, **Ex**. **B** at 7-10; **Ex. N**.) The discussion, as I recall, is recounted in, *e.g.*, **Ex. B** at 1, 3.

19. The conference concluded as to the Schrum white paper with Moderna failing to provide any information that justified its basis for claiming privilege over the document. (*See* Ex. 2 at 3).

20. The conference concluded as to the de Fougerolles white paper with Moderna failing to provide any information that justified its basis for claiming privilege over the document.. (*See* Ex. 2 at 3).

I declare under penalty of perjury that the foregoing is true and correct. Executed this 19th day of January 2024, in Washington, District of Columbia.

/s/ Karthik R. Kasaraneni<br>
Karthik R. Kasaraneni

## **CERTIFICATE OF SERVICE**

I, Gregory M. Boucher, hereby certify that on January 19, 2024, I caused the foregoing motion to be electronically filed with the Clerk of the Court via email pursuant to the Court's January 19, 2024 Order (Dkt. 204) granting in part Defendants' Motion to Seal (Dkt. 203), and I simultaneously served notice of such filing to all counsel of record to their registered electronic mail addresses.

                                           */s/ Gregory M. Boucher*
                                           Gregory M. Boucher (BBO# 665212)