# EXHIBIT 30

# EXHIBIT "A"