# EXHIBIT 32

EXHIBIT "C"