# EXHIBIT 33

EXHIBIT "D"