# EXHIBIT 34

# EXHIBIT "E"

LAW OFFICES
# WILLIAMS & CONNOLLY LLP

DERRICK M. ANDERSON
(202) 434-5464
danderson@wc.com

680 MAINE AVENUE SW
WASHINGTON, DC 20024
(202) 434-5000
WWW.WC.COM

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

October 16, 2023

Via Email (kevin.prussia@wilmerhale.com)

Kevin S. Prussia, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

      Re:    <u>ModernaTX, Inc. v. Pfizer Inc., et al.</u>, C.A. No. 1:22-11378-RGS (D. Mass.)

Dear Kevin,

      On behalf of Defendants Pfizer Inc., BioNTech SE, BioNTech Manufacturing GmbH, and BioNTech US Inc., I write regarding the following deficiencies with Plaintiffs' recent productions, our review of which has been ongoing, which reflect a failure to comply with Fed. R. Civ. P. 26; D. Mass. L.R. 16.6, 26.1-26.2, and 26.5; D.I. 65 ¶¶ (1)(c)-(d), (1)(f), 2(b), 3(b), 3(j).

      Based on an ongoing review, Pfizer and BioNTech have discovered the absence of any documents from a named inventor (Antonin de Fougerolles), and limited productions from all the named inventors dating before the alleged priority dates of the asserted patents. Moderna also appears to have improperly redacted portions of numerous documents as containing privileged information. We have further detected (1) missing or incomplete metadata, (2) illegible PowerPoint presentations produced in black and white, (3) improperly marked or designated slip sheets, and an (4) inordinate numbers of duplicated files.

## Deficiencies with Named Inventor Productions

      ***Antonin de Fougerolles***: Plaintiffs have not produced any documents identifying named inventor Antonin de Fougerolles as a custodian. Please immediately (1) confirm a date certain on which his custodial files will be produced or (2) explain the search Plaintiffs have conducted to confirm that no such documents are in Plaintiffs' possession, custody, or control, including (a) the relevant details of any applicable document retention policy and (b) the identity of any other individuals or entities that may possess Dr. de Fougerolles' documents relating to the subject matter of the '574 patent.

WILLIAMS & CONNOLLY LLP

October 16, 2023
Page 2

***All Named Inventors Before Patent Filing Dates***: Plaintiffs have to date produced few electronic documents from the custodial files of any named inventors of the '574, '127, and '600 patents from the timeframe in which their work allegedly occurred. Specifically, Plaintiffs allege that the '127 and '600 patents are entitled to a priority date of October 22, 2015, but have produced zero emails and a combined total of 91 electronic documents dated 2015 or earlier from the custodial files of the two named inventors, ███████████████████████████████. Even including documents dated 2016, Plaintiffs have produced a total of 10 emails (all calendar invites) and a combined total of 133 electronic documents from the custodial files of the two named inventors discussed above. Plaintiffs likewise claim that the '574 patent is entitled to a priority date of April 2, 2012, but have produced zero emails and only 1,131 electronic documents (592 of which are non-responsive slip-sheets) dated 2012 or earlier from the custodial files of ███ ███████████████████████████████████████████████████████████████. Indeed, across *all* non-regulatory custodians, Plaintiffs have produced fewer than 150 emails dated 2015 or earlier. In view of these deficiencies, please immediately (1) confirm a date certain on which productions from the custodial files of the named inventors in these timeframes will be complete, (2) describe the search Moderna conducted to identify such documents (including the relevant details of any applicable document retention policy) in these timeframes, and (3) identify any other individuals or entities that may possess documents from the named inventors in these timeframes relating to the subject matter of the '574, '127 or '600 patents.

### Improper Redactions for Privilege

Plaintiffs have produced at least 103 documents to date that include redactions for allegedly privileged information. The documents identified in Attachment 2, however, were redacted for privilege even though the nature of the asserted privilege cannot be ascertained. Many do not appear to reference any attorney in the document, while others appear to be third-party documents or do not, from context, clearly reflect legal advice at each redaction. In all of these documents, it appears that the redacted portions do not all reflect privileged attorney-client communication, attorney work product, or any other protected information. Accordingly, Pfizer and BioNTech request that Moderna produce non-redacted versions of these documents forthwith. If Moderna continues to claim privilege, then, pursuant to Paragraph 1(f)(iii) of the ESI Order, please identify the documents and the bases of the privilege claims in Moderna's forthcoming privilege log, though, based on context, we question the legitimacy of any such claims and reserve the right to challenge them.

### Deficiencies More Generally

***First***, Plaintiffs failed to provide certain metadata fields required under the Court's ESI Order. *See* D.I. 65 ¶ 3(j). For example, Plaintiffs have produced approximately 14,028 of 38,556 emails, meeting requests, and calendar invites with missing "From/Sender" metadata. Those emails also do not include any "From/Sender" information in the imaged files to enable Pfizer and BioNTech to identify who sent the email. *See, e.g.,* MOD_000746172; MOD_000876128;

2

WILLIAMS & CONNOLLY LLP

October 16, 2023
Page 3

MOD_000331435.  Plaintiffs have also not produced the file extensions for roughly 44,879 documents.  Please provide this metadata immediately.

*Second*, Plaintiffs have produced certain PowerPoint presentations in which the words, figures, graphs, and/or charts are unreadable and/or unintelligible because they are in black and white.  In accordance with the ESI Order, Pfizer and BioNTech request that the documents with bates numbers listed in Attachment 1 be reproduced in the original color versions with the appropriate data files.  *See* Attachment 1.

*Third*, we note Plaintiffs have produced numerous slip sheets marked "Intentionally Left Blank," which neither indicate the basis on which a document was withheld nor include any metadata permitting Pfizer or BioNTech to understand with which family or parent documents the slip-sheeted documents should be associated.  *See* D.I. 65 ¶¶ 3(k), (m)-(n).  Please explain the reason such documents were withheld and provide all appropriate metadata.  *See, e.g.,* MOD_000705778; MOD_000722235; MOD_000767976; MOD_000772202; MOD_000828538; MOD_000842925; MOD_000858428; MOD_000911785; MOD_000922600.

*Fourth*, we note that Plaintiffs' recent production (MOD_019) contained 2,915 copies of the same three-page PowerPoint presentation.  *See* MOD_000927326-000927328.  Please identify the technical error that led to this result, confirm that no documents were inadvertently withheld due to the error, or otherwise explain why nearly three thousand versions of the same document were produced.

Pfizer and BioNTech continue to review Plaintiffs' productions and reserve the right to identify any additional deficiencies.  Please correct the deficiencies outlined above no later than Friday, October 20, 2023.

    Sincerely,

    */s/ Derrick M. Anderson*

    Derrick M. Anderson

## Attachment 1

| | | |
|---|---|---|
| MOD_000053775 | MOD_000329665 | MOD_000333127 |
| MOD_000053777 | MOD_000329923 | MOD_000333147 |
| MOD_000053779 | MOD_000329944 | MOD_000333587 |
| MOD_000054106 | MOD_000330107 | MOD_000333979 |
| MOD_000054112 | MOD_000330297 | MOD_000334096 |
| MOD_000054131 | MOD_000330341 | MOD_000334106 |
| MOD_000054149 | MOD_000330356 | MOD_000334116 |
| MOD_000054152 | MOD_000330385 | MOD_000334126 |
| MOD_000054159 | MOD_000330397 | MOD_000334136 |
| MOD_000054164 | MOD_000330482 | MOD_000334146 |
| MOD_000054191 | MOD_000330705 | MOD_000334156 |
| MOD_000055441 | MOD_000330776 | MOD_000334166 |
| MOD_000055500 | MOD_000330781 | MOD_000334341 |
| MOD_000055514 | MOD_000330797 | MOD_000334360 |
| MOD_000055522 | MOD_000330806 | MOD_000334369 |
| MOD_000055529 | MOD_000330859 | MOD_000336589 |
| MOD_000055631 | MOD_000330868 | MOD_000336605 |
| MOD_000055645 | MOD_000330877 | MOD_000336614 |
| MOD_000055675 | MOD_000330887 | MOD_000336687 |
| MOD_000055695 | MOD_000330894 | MOD_000336715 |
| MOD_000055709 | MOD_000330897 | MOD_000336786 |
| MOD_000055775 | MOD_000330954 | MOD_000336809 |
| MOD_000055812 | MOD_000330965 | MOD_000336939 |
| MOD_000055846 | MOD_000331400 | MOD_000337033 |
| MOD_000055897 | MOD_000331436 | MOD_000337084 |
| MOD_000055915 | MOD_000331480 | MOD_000337097 |
| MOD_000055935 | MOD_000331515 | MOD_000337103 |
| MOD_000055969 | MOD_000331683 | MOD_000337218 |
| MOD_000055990 | MOD_000331691 | MOD_000338155 |
| MOD_000055991 | MOD_000331699 | MOD_000338172 |
| MOD_000056021 | MOD_000332017 | MOD_000338181 |
| MOD_000056071 | MOD_000332045 | MOD_000338190 |
| MOD_000056090 | MOD_000332067 | MOD_000338212 |
| MOD_000056095 | MOD_000332087 | MOD_000339852 |
| MOD_000056104 | MOD_000332107 | MOD_000339926 |
| MOD_000056215 | MOD_000332411 | MOD_000339970 |
| MOD_000056281 | MOD_000332468 | MOD_000340272 |
| MOD_000329422 | MOD_000332496 | MOD_000340421 |
| MOD_000329451 | MOD_000332562 | MOD_000340436 |
| MOD_000329464 | MOD_000332892 | MOD_000340454 |
| MOD_000329549 | MOD_000332903 | MOD_000340467 |
| MOD_000329607 | MOD_000332913 | MOD_000340470 |
| MOD_000329647 | MOD_000333057 | MOD_000340473 |
| MOD_000329654 | MOD_000333087 | MOD_000340481 |

WILLIAMS & CONNOLLY LLP

October 16, 2023
Page 5

| | | |
|---|---|---|
| MOD_000340485 | MOD_000341226 | MOD_000438261 |
| MOD_000340488 | MOD_000341278 | MOD_000438287 |
| MOD_000340492 | MOD_000341482 | MOD_000438298 |
| MOD_000340500 | MOD_000341516 | MOD_000438389 |
| MOD_000340506 | MOD_000341531 | MOD_000438423 |
| MOD_000340510 | MOD_000341552 | MOD_000438737 |
| MOD_000340514 | MOD_000341575 | MOD_000438757 |
| MOD_000340521 | MOD_000341586 | MOD_000438767 |
| MOD_000340523 | MOD_000341617 | MOD_000438787 |
| MOD_000340525 | MOD_000341633 | MOD_000439133 |
| MOD_000340528 | MOD_000341654 | MOD_000439216 |
| MOD_000340530 | MOD_000341665 | MOD_000439228 |
| MOD_000340534 | MOD_000341674 | MOD_000439357 |
| MOD_000340542 | MOD_000341680 | MOD_000439383 |
| MOD_000340545 | MOD_000341696 | MOD_000439400 |
| MOD_000340548 | MOD_000341794 | MOD_000439429 |
| MOD_000340550 | MOD_000341838 | MOD_000439458 |
| MOD_000340552 | MOD_000341873 | MOD_000439482 |
| MOD_000340558 | MOD_000341881 | MOD_000439499 |
| MOD_000340560 | MOD_000341984 | MOD_000439519 |
| MOD_000340562 | MOD_000342042 | MOD_000439563 |
| MOD_000340588 | MOD_000342072 | MOD_000439593 |
| MOD_000340633 | MOD_000342324 | MOD_000439614 |
| MOD_000340648 | MOD_000342352 | MOD_000439633 |
| MOD_000340649 | MOD_000342537 | MOD_000439655 |
| MOD_000340650 | MOD_000342628 | MOD_000439707 |
| MOD_000340651 | MOD_000342741 | MOD_000439744 |
| MOD_000340666 | MOD_000342778 | MOD_000439761 |
| MOD_000340676 | MOD_000342910 | MOD_000439778 |
| MOD_000340680 | MOD_000343004 | MOD_000439798 |
| MOD_000340689 | MOD_000343043 | MOD_000439825 |
| MOD_000340697 | MOD_000343052 | MOD_000439847 |
| MOD_000340711 | MOD_000343091 | MOD_000439883 |
| MOD_000340750 | MOD_000437884 | MOD_000439918 |
| MOD_000340758 | MOD_000437914 | MOD_000439955 |
| MOD_000341137 | MOD_000437938 | MOD_000439992 |
| MOD_000341145 | MOD_000437991 | MOD_000440036 |
| MOD_000341151 | MOD_000438025 | MOD_000440087 |
| MOD_000341152 | MOD_000438050 | MOD_000440140 |
| MOD_000341153 | MOD_000438184 | MOD_000440163 |
| MOD_000341185 | MOD_000438191 | MOD_000440208 |
| MOD_000341194 | MOD_000438214 | MOD_000440225 |
| MOD_000341209 | MOD_000438253 | MOD_000440280 |

WILLIAMS & CONNOLLY LLP

October 16, 2023
Page 6

| | | |
|---|---|---|
| MOD_000440303 | MOD_000442615 | MOD_000445865 |
| MOD_000440331 | MOD_000442634 | MOD_000445917 |
| MOD_000440363 | MOD_000442775 | MOD_000445927 |
| MOD_000440451 | MOD_000442786 | MOD_000445938 |
| MOD_000440481 | MOD_000442882 | MOD_000445953 |
| MOD_000440600 | MOD_000444733 | MOD_000445974 |
| MOD_000440934 | MOD_000444788 | MOD_000445987 |
| MOD_000440975 | MOD_000444794 | MOD_000445999 |
| MOD_000440994 | MOD_000444811 | MOD_000446014 |
| MOD_000441013 | MOD_000444830 | MOD_000446066 |
| MOD_000441033 | MOD_000444838 | MOD_000446077 |
| MOD_000441151 | MOD_000444864 | MOD_000446094 |
| MOD_000441193 | MOD_000444894 | MOD_000446111 |
| MOD_000441233 | MOD_000444929 | MOD_000446146 |
| MOD_000441249 | MOD_000444959 | MOD_000446183 |
| MOD_000441287 | MOD_000444984 | MOD_000446206 |
| MOD_000441433 | MOD_000445037 | MOD_000446229 |
| MOD_000441459 | MOD_000445070 | MOD_000446267 |
| MOD_000441595 | MOD_000445084 | MOD_000446278 |
| MOD_000441638 | MOD_000445098 | MOD_000446403 |
| MOD_000441675 | MOD_000445113 | MOD_000446421 |
| MOD_000441706 | MOD_000445226 | MOD_000446425 |
| MOD_000441783 | MOD_000445335 | MOD_000446436 |
| MOD_000441800 | MOD_000445364 | MOD_000446437 |
| MOD_000441846 | MOD_000445390 | MOD_000446441 |
| MOD_000441868 | MOD_000445399 | MOD_000446443 |
| MOD_000441923 | MOD_000445400 | MOD_000446449 |
| MOD_000441962 | MOD_000445453 | MOD_000446456 |
| MOD_000442023 | MOD_000445553 | MOD_000446460 |
| MOD_000442057 | MOD_000445568 | MOD_000446463 |
| MOD_000442117 | MOD_000445573 | MOD_000446473 |
| MOD_000442167 | MOD_000445590 | MOD_000446485 |
| MOD_000442213 | MOD_000445599 | MOD_000446490 |
| MOD_000442247 | MOD_000445617 | MOD_000446508 |
| MOD_000442291 | MOD_000445633 | MOD_000446524 |
| MOD_000442353 | MOD_000445657 | MOD_000446535 |
| MOD_000442403 | MOD_000445658 | MOD_000446542 |
| MOD_000442433 | MOD_000445659 | MOD_000446545 |
| MOD_000442461 | MOD_000445667 | MOD_000446557 |
| MOD_000442485 | MOD_000445730 | MOD_000446570 |
| MOD_000442510 | MOD_000445750 | MOD_000446631 |
| MOD_000442535 | MOD_000445779 | MOD_000446640 |
| MOD_000442585 | MOD_000445833 | MOD_000446653 |

WILLIAMS & CONNOLLY LLP

October 16, 2023
Page 7

| | | |
|---|---|---|
| MOD_000446673 | MOD_000448755 | MOD_000449818 |
| MOD_000446742 | MOD_000448759 | MOD_000449867 |
| MOD_000446754 | MOD_000448771 | MOD_000449874 |
| MOD_000446965 | MOD_000448775 | MOD_000449883 |
| MOD_000447029 | MOD_000448780 | MOD_000449896 |
| MOD_000447038 | MOD_000448785 | MOD_000449908 |
| MOD_000447049 | MOD_000448806 | MOD_000449912 |
| MOD_000447064 | MOD_000448833 | MOD_000449914 |
| MOD_000447089 | MOD_000448848 | MOD_000449919 |
| MOD_000447102 | MOD_000448867 | MOD_000449936 |
| MOD_000447127 | MOD_000448885 | MOD_000449942 |
| MOD_000447131 | MOD_000448894 | MOD_000449950 |
| MOD_000447139 | MOD_000448898 | MOD_000449956 |
| MOD_000447187 | MOD_000448936 | MOD_000449966 |
| MOD_000447206 | MOD_000448941 | MOD_000449990 |
| MOD_000447279 | MOD_000448946 | MOD_000450000 |
| MOD_000447328 | MOD_000448991 | MOD_000450055 |
| MOD_000447330 | MOD_000449041 | MOD_000450063 |
| MOD_000447359 | MOD_000449094 | MOD_000450071 |
| MOD_000447592 | MOD_000449147 | MOD_000450087 |
| MOD_000447666 | MOD_000449178 | MOD_000450089 |
| MOD_000447746 | MOD_000449230 | MOD_000450112 |
| MOD_000447830 | MOD_000449369 | MOD_000450114 |
| MOD_000447843 | MOD_000449388 | MOD_000450116 |
| MOD_000447919 | MOD_000449423 | MOD_000450121 |
| MOD_000448004 | MOD_000449451 | MOD_000450123 |
| MOD_000448025 | MOD_000449468 | MOD_000450124 |
| MOD_000448053 | MOD_000449471 | MOD_000450127 |
| MOD_000448081 | MOD_000449479 | MOD_000450152 |
| MOD_000448114 | MOD_000449490 | MOD_000450161 |
| MOD_000448126 | MOD_000449509 | MOD_000450162 |
| MOD_000448187 | MOD_000449537 | MOD_000450163 |
| MOD_000448193 | MOD_000449564 | MOD_000450164 |
| MOD_000448232 | MOD_000449604 | MOD_000450165 |
| MOD_000448250 | MOD_000449665 | MOD_000450166 |
| MOD_000448259 | MOD_000449671 | MOD_000450167 |
| MOD_000448273 | MOD_000449681 | MOD_000450173 |
| MOD_000448288 | MOD_000449690 | MOD_000450207 |
| MOD_000448302 | MOD_000449711 | MOD_000450217 |
| MOD_000448401 | MOD_000449721 | MOD_000450219 |
| MOD_000448492 | MOD_000449731 | MOD_000450220 |
| MOD_000448588 | MOD_000449779 | MOD_000450222 |
| MOD_000448739 | MOD_000449792 | MOD_000450225 |

WILLIAMS & CONNOLLY LLP

October 16, 2023
Page 8

| | | |
|---|---|---|
| MOD_000450231 | MOD_000451028 | MOD_000452884 |
| MOD_000450259 | MOD_000451031 | MOD_000452942 |
| MOD_000450269 | MOD_000451035 | MOD_000452947 |
| MOD_000450318 | MOD_000451098 | MOD_000452952 |
| MOD_000450324 | MOD_000451167 | MOD_000452959 |
| MOD_000450328 | MOD_000451179 | MOD_000452963 |
| MOD_000450347 | MOD_000451208 | MOD_000452988 |
| MOD_000450359 | MOD_000451316 | MOD_000453064 |
| MOD_000450365 | MOD_000451620 | MOD_000453096 |
| MOD_000450373 | MOD_000451666 | MOD_000453180 |
| MOD_000450385 | MOD_000451684 | MOD_000453230 |
| MOD_000450395 | MOD_000451699 | MOD_000453357 |
| MOD_000450396 | MOD_000451715 | MOD_000453362 |
| MOD_000450509 | MOD_000451772 | MOD_000453365 |
| MOD_000450548 | MOD_000451777 | MOD_000453395 |
| MOD_000450574 | MOD_000451849 | MOD_000453401 |
| MOD_000450585 | MOD_000451868 | MOD_000453413 |
| MOD_000450647 | MOD_000451895 | MOD_000453431 |
| MOD_000450670 | MOD_000451919 | MOD_000453441 |
| MOD_000450693 | MOD_000451933 | MOD_000453445 |
| MOD_000450716 | MOD_000451941 | MOD_000453453 |
| MOD_000450738 | MOD_000451986 | MOD_000453463 |
| MOD_000450759 | MOD_000451998 | MOD_000453472 |
| MOD_000450773 | MOD_000452016 | MOD_000453480 |
| MOD_000450789 | MOD_000452073 | MOD_000453516 |
| MOD_000450804 | MOD_000452148 | MOD_000453587 |
| MOD_000450833 | MOD_000452151 | MOD_000453626 |
| MOD_000450838 | MOD_000452190 | MOD_000453635 |
| MOD_000450842 | MOD_000452202 | MOD_000453644 |
| MOD_000450876 | MOD_000452268 | MOD_000453667 |
| MOD_000450883 | MOD_000452313 | MOD_000453684 |
| MOD_000450905 | MOD_000452394 | MOD_000453721 |
| MOD_000450907 | MOD_000452466 | MOD_000453778 |
| MOD_000450909 | MOD_000452537 | MOD_000453835 |
| MOD_000450911 | MOD_000452565 | MOD_000453850 |
| MOD_000450912 | MOD_000452587 | MOD_000453867 |
| MOD_000450914 | MOD_000452716 | MOD_000453950 |
| MOD_000450916 | MOD_000452741 | MOD_000454021 |
| MOD_000450918 | MOD_000452796 | MOD_000454053 |
| MOD_000450924 | MOD_000452833 | MOD_000454102 |
| MOD_000450934 | MOD_000452842 | MOD_000454172 |
| MOD_000450941 | MOD_000452853 | MOD_000454178 |
| MOD_000450984 | MOD_000452880 | MOD_000454179 |

**WILLIAMS & CONNOLLY** LLP

October 16, 2023
Page 9

| | | |
|---|---|---|
| MOD_000454222 | MOD_000485556 | MOD_000577086 |
| MOD_000454477 | MOD_000488329 | MOD_000577103 |
| MOD_000454481 | MOD_000488823 | MOD_000577673 |
| MOD_000454530 | MOD_000491633 | MOD_000577736 |
| MOD_000454579 | MOD_000491736 | MOD_000577883 |
| MOD_000454741 | MOD_000492584 | MOD_000592245 |
| MOD_000454910 | MOD_000492603 | MOD_000592280 |
| MOD_000454941 | MOD_000492799 | MOD_000593565 |
| MOD_000454949 | MOD_000492819 | MOD_000595410 |
| MOD_000454958 | MOD_000496962 | MOD_000595891 |
| MOD_000454980 | MOD_000498351 | MOD_000595933 |
| MOD_000454997 | MOD_000501144 | MOD_000599369 |
| MOD_000455026 | MOD_000501158 | MOD_000609635 |
| MOD_000455033 | MOD_000501184 | MOD_000609690 |
| MOD_000455049 | MOD_000501207 | MOD_000611029 |
| MOD_000455065 | MOD_000502396 | MOD_000611145 |
| MOD_000455079 | MOD_000507292 | MOD_000611223 |
| MOD_000455095 | MOD_000507322 | MOD_000611367 |
| MOD_000455113 | MOD_000507400 | MOD_000612977 |
| MOD_000455120 | MOD_000508084 | MOD_000612995 |
| MOD_000455184 | MOD_000512301 | MOD_000615143 |
| MOD_000456342 | MOD_000517342 | MOD_000617048 |
| MOD_000458737 | MOD_000527105 | MOD_000617609 |
| MOD_000465758 | MOD_000528173 | MOD_000617651 |
| MOD_000466916 | MOD_000529865 | MOD_000617691 |
| MOD_000470052 | MOD_000530895 | MOD_000617747 |
| MOD_000470739 | MOD_000542812 | MOD_000618387 |
| MOD_000473479 | MOD_000544621 | MOD_000662596 |
| MOD_000477405 | MOD_000546469 | MOD_000665813 |
| MOD_000477916 | MOD_000547402 | MOD_000667687 |
| MOD_000478383 | MOD_000549754 | MOD_000667962 |
| MOD_000478566 | MOD_000550554 | MOD_000668132 |
| MOD_000480119 | MOD_000550835 | MOD_000668606 |
| MOD_000481000 | MOD_000550891 | MOD_000673041 |
| MOD_000481281 | MOD_000550975 | MOD_000673598 |
| MOD_000482103 | MOD_000551042 | MOD_000674368 |
| MOD_000482221 | MOD_000559796 | MOD_000674383 |
| MOD_000482485 | MOD_000569794 | MOD_000675001 |
| MOD_000482528 | MOD_000570472 | MOD_000678374 |
| MOD_000482673 | MOD_000570973 | MOD_000679298 |
| MOD_000484090 | MOD_000572123 | MOD_000679705 |
| MOD_000484350 | MOD_000576399 | MOD_000679865 |
| MOD_000485187 | MOD_000576690 | MOD_000679976 |

WILLIAMS & CONNOLLY LLP

October 16, 2023
Page 10

| | | |
|---|---|---|
| MOD_000680069 | MOD_000745947 | MOD_000875726 |
| MOD_000680390 | MOD_000747363 | MOD_000875791 |
| MOD_000680516 | MOD_000747376 | MOD_000875847 |
| MOD_000680569 | MOD_000750319 | MOD_000875866 |
| MOD_000680581 | MOD_000751396 | MOD_000881241 |
| MOD_000680652 | MOD_000752177 | MOD_000881341 |
| MOD_000684531 | MOD_000753047 | MOD_000892146 |
| MOD_000685475 | MOD_000753346 | MOD_000909031 |
| MOD_000686613 | MOD_000765370 | MOD_000912247 |
| MOD_000687334 | MOD_000766230 | MOD_000927326 |
| MOD_000687375 | MOD_000773413 | |
| MOD_000689276 | MOD_000773563 | |
| MOD_000690569 | MOD_000775471 | |
| MOD_000691200 | MOD_000778255 | |
| MOD_000701444 | MOD_000778333 | |
| MOD_000705049 | MOD_000778389 | |
| MOD_000705290 | MOD_000786067 | |
| MOD_000705351 | MOD_000787086 | |
| MOD_000705480 | MOD_000789388 | |
| MOD_000705696 | MOD_000789808 | |
| MOD_000705950 | MOD_000791499 | |
| MOD_000706047 | MOD_000791572 | |
| MOD_000706085 | MOD_000798795 | |
| MOD_000706142 | MOD_000799080 | |
| MOD_000706364 | MOD_000801561 | |
| MOD_000707293 | MOD_000802530 | |
| MOD_000707500 | MOD_000822946 | |
| MOD_000726014 | MOD_000827087 | |
| MOD_000728440 | MOD_000831414 | |
| MOD_000734652 | MOD_000833158 | |
| MOD_000734870 | MOD_000836814 | |
| MOD_000736965 | MOD_000854660 | |
| MOD_000744316 | MOD_000855172 | |
| MOD_000744511 | MOD_000859391 | |
| MOD_000744584 | MOD_000865124 | |
| MOD_000744934 | MOD_000871247 | |
| MOD_000744980 | MOD_000873125 | |
| MOD_000745029 | MOD_000873203 | |
| MOD_000745078 | MOD_000874186 | |
| MOD_000745130 | MOD_000874923 | |
| MOD_000745278 | MOD_000875364 | |
| MOD_000745340 | MOD_000875377 | |
| MOD_000745458 | MOD_000875417 | |

**Attachment 2**

| | |
|---|---|
| MOD_000055812 | MOD_000764558 |
| MOD_000055846 | MOD_000764574 |
| MOD_000055935 | MOD_000764516 |
| MOD_000280282 | MOD_000764590 |
| MOD_000281102 | MOD_000926460 |
| MOD_000282515 | MOD_000939305 |
| MOD_000284886 | MOD_000942401 |
| MOD_000281594 | MOD_000959985 |
| MOD_000281610 | MOD_000961924 |
| MOD_000283730 | MOD_000970447 |
| MOD_000283226 | MOD_000970455 |
| MOD_000438298 | MOD_000970463 |
| MOD_000466633 | MOD_000970493 |
| MOD_000466674 | MOD_000970501 |
| MOD_000439563 | MOD_000970509 |
| MOD_000442855 | MOD_000972317 |
| MOD_000465965 | MOD_001015251 |
| MOD_000466610 | MOD_001024214 |
| MOD_000597343 | MOD_001067289 |
| MOD_000597344 | MOD_001249968 |
| MOD_000597345 | MOD_000987237 |
| MOD_000597346 | MOD_000987239 |
| MOD_000597347 | MOD_001015585 |
| MOD_000597348 | MOD_001020026 |
| MOD_000597349 | MOD_001021317 |
| MOD_000597350 | MOD_001086347 |
| MOD_000597351 | MOD_001020565 |
| MOD_000597352 | MOD_001022201 |
| MOD_000597353 | MOD_001022588 |
| MOD_000597354 | MOD_001023204 |
| MOD_000597355 | MOD_001098878 |
| MOD_000597356 | MOD_001118098 |
| MOD_000597357 | MOD_001135259 |
| MOD_000597358 | MOD_001135263 |
| MOD_000597359 | MOD_001141671 |
| MOD_000597360 | MOD_001141683 |
| MOD_000597361 | MOD_001145743 |
| MOD_000597362 | MOD_001145857 |
| MOD_000728616 | MOD_001159546 |
| MOD_000728617 | MOD_001201427 |
| MOD_000728651 | MOD_001244019 |
| MOD_000466611 | MOD_001177786 |
| MOD_000598794 | MOD_001177793 |
| MOD_000764500 | MOD_001220391 |
| MOD_000764542 | |