# EXHIBIT 35

# EXHIBIT "F"

# Troilo, Stefano

| | |
|---|---|
| **From:** | Curtis, Annaleigh <Annaleigh.Curtis@wilmerhale.com> |
| **Sent:** | Monday, October 23, 2023 2:49 PM |
| **To:** | lbromberg@mccarter.com; ebelt@mccarter.com; wproctor@mccarter.com; Selby, Thomas; Fisher, Stanley; Kayali, Kathryn; Liu, Michael; Ghosh, Shayon; Tavares, Julie; Anderson, Derrick; Bernal Anderson, Haylee; Jeffrey.Robbins@saul.com; Joseph.Lipchitz@saul.com; Gregory.Boucher@saul.com; Wexler, Bruce M.; Dittmann, Eric W.; Park, Young J.; Kung, Simon; Hilgar, Rebecca A.; Minniti, Carl; Meuth, Ryan; COVIDPatentPfizer; 'BioNTech-Moderna-PH@paulhastings.com'; 'APodoll@wc.com' |
| **Cc:** | WH_Moderna_Lit |
| **Subject:** | [EXT] Moderna v. Pfizer and BioNTech, 22-cv-11378--Correspondence |
| **Attachments:** | 2023-10-23 Correspondence.pdf |

---

**--- External Email ---**

Counsel:

Please see the attached correspondence.

Best,
Annaleigh

**Annaleigh E. Curtis | WilmerHale**
She/Her/Hers
60 State Street
Boston, MA 02109 USA
+1 617 526 6694 (t)
+1 617 526 5000 (f)
annaleigh.curtis@wilmerhale.com

Please consider the environment before printing this email.

---

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

WILMERHALE

October 23, 2023

Annaleigh E. Curtis

+1 617 526 6694 (t)
+1 617 526 5000 (f)
annaleigh.curtis@wilmerhale.com

**Via E-Mail**

Derrick Anderson
Williams & Connolly
680 Maine Avenue SW
Washington, DC 20024

Re:  *ModernaTX, Inc. and Moderna US, Inc., v. Pfizer Inc., BioNTech SE, BioNTech Manufacturing GmbH, and BioNTech US Inc.*, Case No. 1:22-cv-11378-RGS

Counsel:

I write to respond to your October 16, 2023, letter and to follow up on several longstanding issues with defendants' productions.

**Issues in Pfizer's Productions**

First, in Mr. Liu's October 6, 2023 email regarding the PFE_COMIR_012 production, he asserted that the cross-reference file was intended to allow the files to become overlay files. However, adding unnecessary suffixes prevents these files from becoming overlays because they have a different Bates Begin number.  The system can only load these as *new* production files, thus the original 2,000 plus files with non-responsive redactions remain in our database.  Our team explained the technical issues surrounding the additional—as opposed to overlay—files in PFE_COMIR_012 to Mr. Liu and your vendor in a conference call on October 17, 2023. Regardless of these concerns and request for industry-standard overlay files, you served a second set of replacements, as opposed to overlay, files in PFE_COMIR_020 on October 19, 2023.

We request that your vendor provide the corrected PFE_COMIR_012 and PFE_COMIR_020 overlays, containing the original Bates numbers in the data load file, opt file, and csv file used for Images, Text and Native Paths, as well as on the images and text files to allow a true overlay.  We understand that suffixes will be needed in PFE_COMIR_020, as they appear to be attempted replacements for slipsheet files.  However, the first Bates number of the file should not have a suffix for the reasons above and discussed with Mr. Liu and your vendor On October 17, 2023.

Second, in my September 11, 2023, letter and September 25, 2023, email, we explained the need for you to provide the extracted text for all slipsheeted files (as both Moderna and BioNTech have done in this matter).  It is impossible for us to identify substantive files among the tens of thousands without metadata other than Bates numbers.  For example, Pfizer produced hard copy scans, e.g., PFIZER_COMIR_01839218, which have the same (lack of) metadata as slipsheets.  We understand that parties are not required to produce the same amount of metadata

WILMERHALE

October 23, 2023
Page 2

for hard copies as for ESI files under the ESI Order. However, your slipsheets are not hard copy documents. Pfizer's decision not to provide extracted text for these slipsheet files (File Could Not Be Processed or Withheld for Privilege or Withheld as Not Responsive) or otherwise identify them as slipsheet files in metadata severely prejudices our review of your productions because we cannot know without review of individual documents whether these tens of thousands of files are slipsheets or substantive, nor are we able to determine without document-by-document review whether Pfizer is withholding documents for non-responsiveness, technical issues, or privilege. Please confirm by October 27, 2023 that you will either provide extracted text for these slipsheet files or will provide a further metadata field identifying each slipsheet file.

Third, we have discovered a large number of email files in Pfizer's production that do not include metadata for the email subject line even though the emails do have subject lines. Indeed, there are 20,969 Pfizer production files with a document extension of either eml or msg, which include information in "to" and "from" fields, that do not include a Filename, Email Subject, or File Path. *See, e.g.*, PFIZER_COMIR_01349037.

**Issues in BioNTech's Productions**

In our September 11, 2023, letter we requested the most basic metadata for substantive files. BioNTech recently provided an overlay file for the BNT_COMIR_014 production that consists of one hard copy scanned notebook. This file now has a Custodian's name in the metadata, though the File Name still reflects only the beginning Bates number. On the other hand, the 30 files in BNT_COMIR_001 and 002 did not receive metadata updates and all have a Bates number listed as the File Name. The first production contains 26 scanned documents without a Custodian named, and the second production contains four electronic files without any of the required metadata. Please provide a second reproduction to update BNT_COMIR_001 and 002 as described above.

**October 16, 2023 Letter from Anderson**

First, with respect to your October 16, 2023, letter, we have already responded via email on the questions you raised about production of documents from the named inventors.

Second, we have reviewed the redactions you identified and have not determined that any of them are inappropriate. Many of them relate to redaction of IP strategy informed by counsel. For example, several of the documents you identify have a redaction to a slide containing legal analysis called "█████████," and several others redact cells or columns from spreadsheets that contain analysis of Moderna's patent counsel. Please provide any good cause you have for challenging the redactions subject to the ESI order.

WILMERHALE

October 23, 2023
Page 3

      Third, we will provide supplemental metadata, to the extent it is available, for the emails and calendar entries missing file extension values.

      Fourth, we have reviewed the documents you identified that do not contain "From/Sender" metadata. This metadata does not exist for the three documents you identified, likely because the documents are drafts.

      Fifth, we will reproduce the documents you identified as having unreadable elements in color. We will also produce PowerPoint files in color going forward and request that defendants do the same.

      Sixth, the documents with slip sheets marked "Intentionally Left Blank" are documents or families that were pulled from a production after it was run (for example, due to an imaging error), but which were later produced under other Bates numbers.

      Seventh, the document you identify as having been produced multiple times is not a duplicate file. A similar file was attached routinely to calendar invites for recurring meetings, so appears multiple times, including when the calendar invite changed, was canceled, or recurred.

Sincerely,

*/s/ Annaleigh E. Curtis*

Annaleigh E. Curtis