# EXHIBIT 36

# EXHIBIT "G"

Troilo, Stefano

| | |
|---|---|
| **From:** | Curtis, Annaleigh <Annaleigh.Curtis@wilmerhale.com> |
| **Sent:** | Wednesday, November 8, 2023 8:00 AM |
| **To:** | Kasaraneni, Karthik; Adams, Wendy K. |
| **Cc:** | WH_Moderna_Lit; lbromberg@mccarter.com; ebelt@mccarter.com; wproctor@mccarter.com; Selby, Thomas; Fisher, Stanley; Kayali, Kathryn; Liu, Michael; Ghosh, Shayon; Tavares, Julie; Anderson, Derrick; Bernal Anderson, Haylee; Jeffrey.Robbins@saul.com; Joseph.Lipchitz@saul.com; Gregory.Boucher@saul.com; Wexler, Bruce M.; Dittmann, Eric W.; Park, Young J.; Kung, Simon; Minniti, Carl; Meuth, Ryan; COVIDPatentPfizer; 'BioNTech-Moderna-PH@paulhastings.com'; 'APodoll@wc.com' |
| **Subject:** | [EXT] RE: Moderna v. Pfizer and BioNTech, 22-cv-11378--Correspondence |

--- External Email ---

Counsel:

We plan to do so.

Best,
Annaleigh

**From:** Kasaraneni, Karthik <karthikkasaraneni@paulhastings.com>
**Sent:** Tuesday, November 7, 2023 6:23 PM
**To:** Curtis, Annaleigh <Annaleigh.Curtis@wilmerhale.com>; Adams, Wendy K. <wendyadams@paulhastings.com>; McMahon, Liz <Liz.McMahon@wilmerhale.com>
**Cc:** WH_Moderna_Lit <WH_Moderna_Lit@wilmerhale.com>; lbromberg@mccarter.com; ebelt@mccarter.com; wproctor@mccarter.com; Selby, Thomas <TSelby@wc.com>; Fisher, Stanley <SFisher@wc.com>; Kayali, Kathryn <KKayali@wc.com>; Liu, Michael <mliu@wc.com>; Ghosh, Shayon <sghosh@wc.com>; Tavares, Julie <jtavares@wc.com>; Anderson, Derrick <danderson@wc.com>; Bernal Anderson, Haylee <HAnderson@wc.com>; Jeffrey.Robbins@saul.com; Joseph.Lipchitz@saul.com; Gregory.Boucher@saul.com; brucewexler@paulhastings.com; ericdittmann@paulhastings.com; Park, Young J. <youngpark@paulhastings.com>; Kung, Simon <simonkung@paulhastings.com>; Minniti, Carl <carlminniti@paulhastings.com>; Meuth, Ryan <ryanmeuth@paulhastings.com>; COVIDPatentPfizer <COVIDPatentPfizer@wc.com>; 'BioNTech-Moderna-PH@paulhastings.com'; 'APodoll@wc.com'
**Subject:** RE: Moderna v. Pfizer and BioNTech, 22-cv-11378--Correspondence

**EXTERNAL SENDER**

Counsel,

Thank you for confirming that you will supplement your privilege log to include the requested redactions. Can you please do so by the end of this week?

Thank you,

1

Karthik

**From:** Curtis, Annaleigh <Annaleigh.Curtis@wilmerhale.com>
**Sent:** Thursday, November 2, 2023 3:01 PM
**To:** Kasaraneni, Karthik <karthikkasaraneni@paulhastings.com>; Adams, Wendy K. <wendyadams@paulhastings.com>; McMahon, Liz <Liz.McMahon@wilmerhale.com>
**Cc:** WH_Moderna_Lit <WH_Moderna_Lit@wilmerhale.com>; lbromberg@mccarter.com; ebelt@mccarter.com; wproctor@mccarter.com; Selby, Thomas <TSelby@wc.com>; Fisher, Stanley <SFisher@wc.com>; Kayali, Kathryn <KKayali@wc.com>; Liu, Michael <mliu@wc.com>; Ghosh, Shayon <sghosh@wc.com>; Tavares, Julie <jtavares@wc.com>; Anderson, Derrick <danderson@wc.com>; Bernal Anderson, Haylee <HAnderson@wc.com>; Jeffrey.Robbins@saul.com; Joseph.Lipchitz@saul.com; Gregory.Boucher@saul.com; Wexler, Bruce M. <brucewexler@paulhastings.com>; Dittmann, Eric W. <ericdittmann@paulhastings.com>; Park, Young J. <youngpark@paulhastings.com>; Kung, Simon <simonkung@paulhastings.com>; Minniti, Carl <carlminniti@paulhastings.com>; Meuth, Ryan <ryanmeuth@paulhastings.com>; COVIDPatentPfizer <COVIDPatentPfizer@wc.com>; 'BioNTech-Moderna-PH@paulhastings.com'; 'APodoll@wc.com'
**Subject:** [EXT] RE: Moderna v. Pfizer and BioNTech, 22-cv-11378--Correspondence

**--- External Email ---**

Counsel:

While we disagree that defendants have shown good cause for logging of these redactions, we will provide a supplement log doing so. We expect that Pfizer and BioNTech will do the same if asked.

Best,
Annaleigh

**From:** Kasaraneni, Karthik <karthikkasaraneni@paulhastings.com>
**Sent:** Wednesday, November 1, 2023 11:54 AM
**To:** Adams, Wendy K. <wendyadams@paulhastings.com>; Curtis, Annaleigh <Annaleigh.Curtis@wilmerhale.com>; McMahon, Liz <Liz.McMahon@wilmerhale.com>
**Cc:** WH_Moderna_Lit <WH_Moderna_Lit@wilmerhale.com>; lbromberg@mccarter.com; ebelt@mccarter.com; wproctor@mccarter.com; Selby, Thomas <TSelby@wc.com>; Fisher, Stanley <SFisher@wc.com>; Kayali, Kathryn <KKayali@wc.com>; Liu, Michael <mliu@wc.com>; Ghosh, Shayon <sghosh@wc.com>; Tavares, Julie <jtavares@wc.com>; Anderson, Derrick <danderson@wc.com>; Bernal Anderson, Haylee <HAnderson@wc.com>; Jeffrey.Robbins@saul.com; Joseph.Lipchitz@saul.com; Gregory.Boucher@saul.com; brucewexler@paulhastings.com; ericdittmann@paulhastings.com; Park, Young J. <youngpark@paulhastings.com>; Kung, Simon <simonkung@paulhastings.com>; Minniti, Carl <carlminniti@paulhastings.com>; Meuth, Ryan <ryanmeuth@paulhastings.com>; COVIDPatentPfizer <COVIDPatentPfizer@wc.com>; 'BioNTech-Moderna-PH@paulhastings.com'; 'APodoll@wc.com'
**Subject:** RE: Moderna v. Pfizer and BioNTech, 22-cv-11378--Correspondence

**EXTERNAL SENDER**

Counsel,

We write regarding the redactions identified in our October 16 letter from Anderson to Prussia and addressed in your October 23 letter from Curtis to Anderson.

In Plaintiffs' Third Supplemental Privilege Log received Monday night, Plaintiffs declined to include any of the 89 documents that we identified in our October 16 letter among the 3197 entries. Our review of your privilege log continues, but we reiterate our limited request that Plaintiffs add these 89 entries so that Defendants might understand the individual claims of privilege and have a basis for determining whether they are justified.

Paragraph 1(f)(iii) of the ESI Order provides that, "[u]pon a showing of good cause (*e.g.*, that a file's sender, recipients, or nature of the asserted privilege cannot be ascertained), the Receiving Party may request that the Producing Party log a redacted document." D.I. 65. Our October 16 letter made that request. After reviewing each of Plaintiffs' 103 redacted documents, we identified 89 documents for which we could not determine the nature of the asserted privilege. As we stated in that letter, the documents do not "reflect privileged attorney-client communication, attorney work product, or any other protected information," either because they "do not appear to reference any attorney in the document," "appear to be third-party documents," or "do not, from context, clearly reflect legal advice at each redaction."

On October 23, you stated that you "have not determined that any of them are inappropriate" because "many of them relate to redaction of IP strategy informed by counsel" and—without citing any Bates numbers—asserted that the spreadsheets and a subset of the presentations we identified reflected legal advice. This was conclusory and also did not address most of the documents which we identified as "not appear[ing] to reference any attorney," "appear[ing] to be third-party documents," or "not, from context, clearly reflect[ing] legal advice at each redactions." Our request is within the ambit of Paragraph 1(f)(iii) of the ESI order.

Please let us know if you will promptly supplement. If not, please let us know when you are available to meet and confer.

Thank you,
Karthik

---

**Karthik R. Kasaraneni | Associate, Litigation Department**
Paul Hastings LLP | 2050 M Street NW, Washington, DC 20036 | Direct: +1.202.551.190
Main: +1.202.551.1700 | Fax: +1.202.551.0401 | karthikkasaraneni@paulhastings.com
www.paulhastings.com

---

**From:** Adams, Wendy K. <wendyadams@paulhastings.com>
**Sent:** Monday, October 30, 2023 9:30 PM
**To:** 'Curtis, Annaleigh' <Annaleigh.Curtis@wilmerhale.com>; 'McMahon, Liz' <Liz.McMahon@wilmerhale.com>
**Cc:** WH_Moderna_Lit <WH_Moderna_Lit@wilmerhale.com>; lbromberg@mccarter.com; ebelt@mccarter.com; wproctor@mccarter.com; Selby, Thomas <TSelby@wc.com>; Fisher, Stanley <SFisher@wc.com>; Kayali, Kathryn <KKayali@wc.com>; Liu, Michael <mliu@wc.com>; Ghosh, Shayon <sghosh@wc.com>; Tavares, Julie <jtavares@wc.com>; Anderson, Derrick <danderson@wc.com>; Bernal Anderson, Haylee <HAnderson@wc.com>; Jeffrey.Robbins@saul.com; Joseph.Lipchitz@saul.com; Gregory.Boucher@saul.com; Wexler, Bruce M. <brucewexler@paulhastings.com>; Dittmann, Eric W. <ericdittmann@paulhastings.com>; Park, Young J. <youngpark@paulhastings.com>; Kung, Simon <simonkung@paulhastings.com>; Hilgar, Rebecca A. <rebeccahilgar@paulhastings.com>; Minniti, Carl <carlminniti@paulhastings.com>; Meuth, Ryan <ryanmeuth@paulhastings.com>; COVIDPatentPfizer <COVIDPatentPfizer@wc.com>; 'BioNTech-Moderna-PH@paulhastings.com'; 'APodoll@wc.com'
**Subject:** RE: Moderna v. Pfizer and BioNTech, 22-cv-11378--Correspondence

Hi Annaleigh and Liz,

Per my phone call with Liz on Friday, this will confirm the following:

3

1. BioNTech previously provided a metadata overlay for BNT_COMIR_002 on October 2. The provided metadata is compliant with the ESI order.
2. BioNTech provided .dat files for BNT_COMIR_001 and BNT_COMIR_014 earlier today. These .dat files contain basic metadata and a custodial value. No other metadata was provided since these documents are scans of hard copy materials.

Please let me know if you have any further questions.

Best regards,
Wendy


**PAUL HASTINGS**

**Wendy K. Adams** | Paralegal Coordinator, IP Life Sciences, Litigation
Paul Hastings LLP | 200 Park Avenue, New York, NY 10166 | Direct: +1.212.318.6501 | M
+1.212.318.6000 | Fax: +1.212.230.5101 | wendyadams@paulhastings.com |
www.paulhastings.com


**From:** Curtis, Annaleigh <Annaleigh.Curtis@wilmerhale.com>
**Sent:** Monday, October 23, 2023 2:49 PM
**To:** lbromberg@mccarter.com; ebelt@mccarter.com; wproctor@mccarter.com; Selby, Thomas <TSelby@wc.com>; Fisher, Stanley <SFisher@wc.com>; Kayali, Kathryn <KKayali@wc.com>; Liu, Michael <mliu@wc.com>; Ghosh, Shayon <sghosh@wc.com>; Tavares, Julie <jtavares@wc.com>; Anderson, Derrick <danderson@wc.com>; Bernal Anderson, Haylee <HAnderson@wc.com>; Jeffrey.Robbins@saul.com; Joseph.Lipchitz@saul.com; Gregory.Boucher@saul.com; Wexler, Bruce M. <brucewexler@paulhastings.com>; Dittmann, Eric W. <ericdittmann@paulhastings.com>; Park, Young J. <youngpark@paulhastings.com>; Kung, Simon <simonkung@paulhastings.com>; Hilgar, Rebecca A. <rebeccahilgar@paulhastings.com>; Minniti, Carl <carlminniti@paulhastings.com>; Meuth, Ryan <ryanmeuth@paulhastings.com>; COVIDPatentPfizer <COVIDPatentPfizer@wc.com>; 'BioNTech-Moderna-PH@paulhastings.com'; 'APodoll@wc.com'
**Cc:** WH_Moderna_Lit <WH_Moderna_Lit@wilmerhale.com>
**Subject:** [EXT] Moderna v. Pfizer and BioNTech, 22-cv-11378--Correspondence


**--- External Email ---**

Counsel:

Please see the attached correspondence.

Best,
Annaleigh

**Annaleigh E. Curtis | WilmerHale**
She/Her/Hers
60 State Street
Boston, MA 02109 USA
+1 617 526 6694 (t)

4

+1 617 526 5000 (f)
annaleigh.curtis@wilmerhale.com

**Please consider the environment before printing this email.**

---

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.


*******************************************************************************
This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments. If you reply to this message, Paul Hastings may collect personal information including your name, business name and other contact details, and IP address. For more information about Paul Hastings' information collection, privacy and security principles please click HERE. If you have any questions, please contact Privacy@paulhastings.com.

*******************************************************************************
This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments. If you reply to this message, Paul Hastings may collect personal information including your name, business name and other contact details, and IP address. For more information about Paul Hastings' information collection, privacy and security principles please click HERE. If you have any questions, please contact Privacy@paulhastings.com.