# EXHIBIT 37

# EXHIBIT "H"