# EXHIBIT 38

# EXHIBIT "I"

LAW OFFICES
# WILLIAMS & CONNOLLY LLP

MICHAEL XUN LIU
(202) 434-5706
mliu@wc.com

680 MAINE AVENUE SW
WASHINGTON, DC 20024
(202) 434-5000
WWW.WC.COM

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

November 22, 2023

Via Email (annaleigh.curtis@wilmerhale.com)

Annaleigh E. Curtis, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Re: *ModernaTX, Inc. v. Pfizer Inc., et al.*, C.A. No. 1:22-11378-RGS (D. Mass.)

Counsel,

This concerns Moderna's privilege log, and the logs for third-parties you provided, which we continue to review. Below we identify improper claims and deficiencies. Please let us know your availability for a meet-and-confer Tuesday of next week to discuss the issues below.

1. Non-Privileged Communications with Third-Parties:

Please produce the following documents withheld by Moderna:

- ■■■■
- ■■■■
- ■■■■
- ■■■■

As to Flagship Pioneering (which is also represented by Wilmer Hale), please produce the following communications with third-parties: ■■■■ Please produce the unredacted slide deck.

WILLIAMS & CONNOLLY LLP

November 22, 2023
Page 2

In addition, please produce documents withheld by Moderna that were exchanged with third parties (some of which are identified by their domain names), and lift redactions of communications with them:



If Moderna claims a common legal interest with Flagship Ventures and/or Syndestine Biologics covering, inter alia, communications with Greg Sieczkiewicz, please identify that claim or produce the withheld documents. *E.g.*, Entry Nos. 3210-16, 3244, 3248.

2.  Entries for Whom There is No Author or Source:

Moderna's privilege log includes at least 313 entries that do not provide the "From or Author" field. Please provide an updated log with this information or produce those documents.

3.  The 62 Documents Identified Over a Month Ago

We are in receipt of Moderna's Fifth Supplemental Privilege Log with entries for the 62 documents that we identified on October 16 as not referencing any attorney, as being from a third-party, or as not, from context, clearly reflecting legal advice at each redaction. October 16, 2023 Letter from D. Anderson to K. Prussia at 2. Moderna had agreed to log these documents by November 10, but did not. November 16, 2023 Email from K. Kasaraneni to Counsel. Moderna then agreed to log them by November 17, and we requested that the relevant attorneys' names be specified in the description of a given entry to the extent they are not otherwise included in its other columns. November 17, 2023 Email from K. Kasaraneni to Counsel.

Moderna's Fifth Supplemental Privilege log fails to address the deficiencies raised. Most of the 62 new entries fail to identify any attorney. Thirty three entries generically state that the document "covey[s] or reflect[s] legal advice or analysis of Moderna Legal Department" without identifying any in-house attorneys. Four documents claim to reflect legal advice of only a third-party's attorney, Greg Sieczkiewicz, without showing a common legal interest. Entry Nos. 3213-15, 3244. Twenty-five allegedly reflect legal advice of only outside counsel ▆▆▆▆ while redacting factual information such as ENSG ID, gene sequences, project numbers, and docket numbers. Entry Nos. 3217, 3219-31, 3233, 3251-60.

All of the above is in the context of entries that continue to not clearly reflect actual legal advice at each redaction (e.g., certain names, dates, agenda items, descriptions, etc. are redacted).

WILLIAMS & CONNOLLY LLP

November 22, 2023
Page 3

                                                     Sincerely,

                                                     */s/ Michael Xun Liu*

                                                     Michael Xun Liu