# EXHIBIT 40

EXHIBIT "K"