# EXHIBIT 41

# EXHIBIT "L"