# EXHIBIT 47

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MODERNATX, INC. and MODERNA US, INC.,<br><br>　　　　　　　　Plaintiffs,<br>　　v.<br><br>PFIZER INC., BIONTECH SE, BIONTECH MANUFACTURING GMBH, and BIONTECH US INC.,<br><br>　　　　　　　　Defendants. | Case No. 1:22-cv-11378-RGS |

DECLARATION OF YOUNG PARK IN SUPPORT OF BIONTECH'S
OPPOSITION TO MODERNA'S MOTION TO COMPEL PRODUCTION
OF DOCUMENTS OVER WHICH BIONTECH HAS ASSERTED PRIVILEGE

I, Young J. Park, hereby declare:

1.　　I am a partner at the law firm Paul Hastings LLP, counsel for Defendants BioNTech SE, BioNTech Manufacturing GmbH, and BioNTech US Inc. (together, "BioNTech") in this matter. I have personal knowledge of the facts contained in the declaration and, if called upon to do so, I could and would testify competently to the matters herein.

2.　　Attached hereto as **Exhibit 1** is a true and correct copy of a document produced by BioNTech bearing the Bates number BNT_COMIR_1024901 – 1024903.

3.　　Attached hereto as **Exhibit 2** is a true and correct copy of the Declaration of ▮▮▮▮▮▮▮▮▮▮, in Support of BioNTech's Opposition to Moderna's Motion to Compel Production of Documents over Which BioNTech Has Asserted Privilege.

4.　　Attached hereto as **Exhibit 3** is a true and correct copy of an email sent from Counsel for Moderna to Counsel for BioNTech and Pfizer on July 19, 2023, requesting that

BioNTech and Pfizer immediately destroy certain documents produced by Moderna.

5. Attached hereto as **Exhibit 4** is a true and correct copy of a letter sent from Counsel for Moderna to Counsel for BioNTech and Pfizer on September 8, 2023, requesting that BioNTech and Pfizer immediately destroy certain documents produced by Moderna.

6. Attached hereto as **Exhibit 5** is a true and correct copy of a letter sent from Counsel for Moderna to Counsel for BioNTech and Pfizer on October 2, 2023, requesting that BioNTech and Pfizer immediately destroy certain documents produced by Moderna.

7. Attached hereto as **Exhibit 6** is a true and correct copy of a letter sent from Counsel for Moderna to Counsel for BioNTech and Pfizer on October 16, 2023, requesting that BioNTech and Pfizer immediately destroy certain documents produced by Moderna.

8. Attached hereto as **Exhibit 7** is a true and correct copy of a letter sent from Counsel for Moderna to Counsel for BioNTech and Pfizer on October 30, 2023, requesting that BioNTech and Pfizer immediately destroy certain documents produced by Moderna.

9. Attached hereto as **Exhibit 8** is a true and correct copy of a letter sent from Counsel for Moderna to Counsel for BioNTech and Pfizer on November 8, 2023, requesting that BioNTech and Pfizer immediately destroy certain documents produced by Moderna.

10. Attached hereto as **Exhibit 9** is a true and correct copy of a letter sent from Counsel for Moderna to Counsel for BioNTech and Pfizer on November 9, 2023, requesting that BioNTech and Pfizer immediately destroy certain documents produced by Moderna.

11. Attached hereto as **Exhibit 10** is a true and correct copy of a letter sent from Counsel for Moderna to Counsel for BioNTech and Pfizer on November 16, 2023, requesting that BioNTech and Pfizer immediately destroy certain documents produced by Moderna.

12. Attached hereto as **Exhibit 11** is a true and correct copy of a letter sent from

Counsel for Moderna to Counsel for BioNTech and Pfizer on November 21, 2023, requesting that BioNTech and Pfizer immediately destroy certain documents produced by Moderna.

13. Attached hereto as **Exhibit 12** is a true and correct copy of a letter sent from Counsel for Moderna to Counsel for BioNTech and Pfizer on November 30, 2023, requesting that BioNTech and Pfizer immediately destroy certain documents produced by Moderna.

14. Attached hereto as **Exhibit 13** is a true and correct copy of a letter sent from Counsel for Moderna to Counsel for BioNTech and Pfizer on December 4, 2023, requesting that BioNTech and Pfizer immediately destroy certain documents produced by Moderna.

15. Attached hereto as **Exhibit 14** is a true and correct copy of an email sent from Counsel for Moderna to Counsel for BioNTech and Pfizer on December 15, 2023, requesting that BioNTech and Pfizer immediately destroy certain documents produced by Moderna.

16. Attached hereto as **Exhibit 15** is a true and correct copy of an email sent from Counsel for Moderna to Counsel for BioNTech and Pfizer on December 18, 2023, requesting that BioNTech and Pfizer immediately destroy certain documents produced by Moderna.

17. Attached hereto as **Exhibit 16** is a true and correct copy of an email sent from Counsel for Moderna to Counsel for BioNTech and Pfizer on December 20, 2023, requesting that BioNTech and Pfizer immediately destroy certain documents produced by Moderna.

18. Attached hereto as **Exhibit 17** is a true and correct copy of an email sent from Counsel for Moderna to Counsel for BioNTech and Pfizer on January 17, 2024, requesting that BioNTech and Pfizer immediately destroy certain documents produced by Moderna.

19. Attached hereto as **Exhibit 18** is a true and correct excerpted copy of the transcript of ▓▓▓▓▓▓▓▓ deposition conducted on January 26, 2024.

20. Attached hereto as **Exhibit 19** is a true and correct excerpted copy of the

transcript of ▮▮▮▮▮▮▮▮ deposition conducted on January 23, 2024.

21. Attached hereto as **Exhibit 20** is a true and correct excerpted copy of Moderna's First Common Request for Production No. 60.

22. Attached hereto as **Exhibit 21** is a true and correct excerpted copy of the transcript of ▮▮▮▮▮▮▮▮ deposition conducted on December 6, 2023.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 2nd day of February 2024, in New York, NY.

                                                  */s/ Young J. Park*
                                                  Young J. Park
                                                  Partner
                                                  Paul Hastings LLP

## CERTIFICATE OF SERVICE

I, Gregory M. Boucher, hereby certify that on February 2, 2024 I caused the foregoing motion to be electronically filed with the Clerk of the Court via email pursuant to the Court's February 2, 2024 Order (Dkt. 214) granting Defendants' Motion to Seal (Dkt. 213), and I simultaneously served notice of such filing to all counsel of record to their registered electronic mail addresses.

*/s/ Gregory M. Boucher*
Gregory M. Boucher (BBO# 665212)