# EXHIBIT 48

# EXHIBIT 1

███████████████████