# EXHIBIT 49

# EXHIBIT 2

███████████████████████