# EXHIBIT 50

# EXHIBIT 3

███████████████████████

# Troilo, Stefano

| | |
|---|---|
| **From:** | Xu, Nora N. <Nora.Xu@wilmerhale.com> |
| **Sent:** | Wednesday, July 19, 2023 2:09 PM |
| **To:** | lbromberg@mccarter.com; ebelt@mccarter.com; wproctor@mccarter.com; tselby@wc.com; sfisher@wc.com; kkayali@wc.com; mliu@wc.com; sghosh@wc.com; jtavares@wc.com; danderson@wc.com; handerson@wc.com; Jeffrey.Robbins@saul.com; Joseph.Lipchitz@saul.com; Gregory.Boucher@saul.com; Wexler, Bruce M.; Dittmann, Eric W.; Park, Young J.; Kung, Simon; Hilgar, Rebecca A.; Minniti, Carl; Meuth, Ryan; BioNTech-Moderna-PH; lss@saul.com; McDougald, Wesley |
| **Cc:** | WH_Moderna_Lit |
| **Subject:** | [EXT] ModernaTX, Inc. et al v. Pfizer Inc. et al, 1:22-cv-11378-RGS Clawback |
| **Attachments:** | mg_info.txt |

Counsel:

Pursuant to paragraph 9.2 of the Protective Order (Dkt. 67), please immediately destroy the original and all copies of the documents produced by Plaintiffs at the following Bates numbers, destroy any notes or other writings or recordings that summarize, reflect, or discuss the specific content of the document, and make no further use of the document or the information contained therein:

- MOD_000280282–280292
- MOD_000281102–281112
- MOD_000281594–281608
- MOD_000281610–281624
- MOD_000282515–282525
- MOD_000283226–283265
- MOD_000283730–283744
- MOD_000284886–284896

Please confirm in writing your compliance.

Thank you,
Nora

**Nora N. Xu | WilmerHale**
2100 Pennsylvania Avenue NW
Washington, DC 20037 USA
+1 202 663 6084 (t)
+1 202 663 6363 (f)
nora.xu@wilmerhale.com

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.