# EXHIBIT 51

# EXHIBIT 4

# WILMERHALE

September 8, 2023

**Disha R. Patel**

+1 617 526 6795 (t)
+1 617 526 5000 (f)
disha.patel@wilmerhale.com

Thomas H. L. Selby
Williams & Connolly LLP
680 Maine Avenue, S.W.
Washington, DC 20024
tselby@wc.com

Bruce M. Wexler
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
brucewexler@paulhastings.com

Re: *ModernaTX, Inc. et al v. Pfizer Inc. et al*, Case No. 1:22-cv-11378-RGS (D. Mass.): Plaintiffs' Document Reproduction and Clawback

Counsel:

Pursuant to paragraph 9.2 of the Protective Order (Dkt. 67), please immediately destroy the original and all copies of the documents produced by Plaintiffs at the following beginning Bates numbers, destroy any notes or other writings or recordings that summarize, reflect, or discuss the specific content of the document, and make no further use of the document or the information contained therein:

MOD_000457639
MOD_000466610
MOD_000466611
MOD_000275460
MOD_000279751
MOD_000279957
MOD_000280038
MOD_000280859
MOD_000331580
MOD_000342666
MOD_000597343
MOD_000597344
MOD_000597345

WILMERHALE

September 8, 2023
Page 2


MOD_000597346
MOD_000597347
MOD_000597348
MOD_000597349
MOD_000597350
MOD_000597351
MOD_000597352
MOD_000597353
MOD_000597354
MOD_000597355
MOD_000597356
MOD_000597357
MOD_000597358
MOD_000597359
MOD_000597360
MOD_000597361
MOD_000597362

Plaintiffs provide with this letter a privilege log for certain of the above documents, which are privileged in their entirety. The remaining documents are herewith being reproduced with redactions to privileged material. In addition, we are reproducing today certain documents that were not included with previously produced families.

Via an emailed secure link, you will receive access to a share site containing documents Plaintiffs are reproducing in the above-referenced action. Please note that some documents within this production have been designated "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEY'S EYES ONLY" under the Protective Order in this matter (Dkt. 67) and should be treated accordingly.

The files have been password-protected, and the associated passwords are below:

Volume MOD_REPROD003 password: ██████████████
Volume MOD_REPROD004 password: ██████████████

Regards,

*/s/ Disha Patel*

Disha Patel

+1 617-526-6795
disha.patel@wilmerhale.com