# EXHIBIT 54

# EXHIBIT 7

# WILMERHALE

October 30, 2023

**Disha R. Patel**

+1 617 526 6795 (t)
+1 617 526 5000 (f)
disha.patel@wilmerhale.com

Thomas H. L. Selby
Williams & Connolly LLP
680 Maine Avenue, S.W.
Washington, DC 20024
tselby@wc.com

Bruce M. Wexler
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
brucewexler@paulhastings.com

Re:  *ModernaTX, Inc. et al v. Pfizer Inc. et al*, Case No. 1:22-cv-11378-RGS (D. Mass.): Plaintiffs'
      Document Reproduction and Clawback

Counsel:

Pursuant to paragraph 9.2 of the Protective Order (Dkt. 67), please immediately destroy the original and all copies of one inadvertently produced document by Plaintiffs, Bates numbered MOD_000913372 – MOD_000913380.  Please destroy any notes or other writings or recordings that summarize, reflect, or discuss the specific content of the document, and make no further use of the documents or the information contained therein.  Plaintiffs are herewith providing an overlay file for this document.  Plaintiffs will also provide today an updated privilege log that includes this file.

In addition, Plaintiffs are herewith producing overlay files for 39 documents originally produced with "Withheld for Privilege" slipsheets.

Please note that some documents within this production have been designated "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEY'S EYES ONLY" under the Protective Order in this matter (Dkt. 67) and should be treated accordingly.

Via an emailed secure link, you will receive access to a share site containing documents Plaintiffs are reproducing in the above-referenced action.

The files have been password-protected, and the associated password is:

█████████████████

WILMERHALE

October 2, 2023
Page 2


Regards,

*/s/ Disha Patel*

Disha Patel

+1 617-526-6795
disha.patel@wilmerhale.com