# EXHIBIT 56

# EXHIBIT 9

WILMERHALE

November 9, 2023

**Disha R. Patel**

+1 617 526 6795 (t)
+1 617 526 5000 (f)
disha.patel@wilmerhale.com

Thomas H. L. Selby
Williams & Connolly LLP
680 Maine Avenue, S.W.
Washington, DC 20024
tselby@wc.com

Bruce M. Wexler
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
brucewexler@paulhastings.com

Re: *ModernaTX, Inc. et al v. Pfizer Inc. et al*, Case No. 1:22-cv-11378-RGS (D. Mass.): Plaintiffs'
    Document Reproduction

Counsel:

Pursuant to paragraph 9.2 of the Protective Order (Dkt. 67), please immediately destroy the original
and all copies of the documents produced by Plaintiffs at the following beginning Bates numbers,
destroy any notes or other writings or recordings that summarize, reflect, or discuss the specific
content of the document, and make no further use of the documents or the information contained
therein. Plaintiffs are herewith providing an overlay file for these documents.

MOD_000442855
MOD_000926460
MOD_000959985
MOD_000961924
MOD_000970447
MOD_000970455
MOD_000970463
MOD_000970493
MOD_000970501
MOD_000970509
MOD_000972317
MOD_000987237
MOD_001015251

WILMERHALE

November 9, 2023
Page 2

MOD_001024214
MOD_001067289
MOD_001098878
MOD_001118098
MOD_001135259
MOD_001135263
MOD_001141671
MOD_001141683
MOD_001159546
MOD_001177786
MOD_001177793
MOD_001201427
MOD_001244019
MOD_001249968

Plaintiffs provide with this letter our fourth supplemental privilege log for certain of the above documents, which contain revised redactions.

In addition, Plaintiffs are herewith reproducing with redactions document Bates numbered MOD_000726024 – MOD_000726025, referenced in the November 9, 2023 letter from A. Curtis.

Please note that some documents within this production have been designated "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEY'S EYES ONLY" under the Protective Order in this matter (Dkt. 67) and should be treated accordingly.

Via an emailed secure link, you will receive access to a share site containing documents Plaintiffs are reproducing in the above-referenced action.

The files have been password-protected, and the associated password is: ███████

Regards,

*/s/ Disha Patel*

Disha Patel

+1 617-526-6795
disha.patel@wilmerhale.com