# EXHIBIT 57

# EXHIBIT 10

WILMERHALE

November 16, 2023

**Disha R. Patel**

+1 617 526 6795 (t)
+1 617 526 5000 (f)
disha.patel@wilmerhale.com

Thomas H. L. Selby
Williams & Connolly LLP
680 Maine Avenue, S.W.
Washington, DC 20024
tselby@wc.com

Bruce M. Wexler
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
brucewexler@paulhastings.com

Re:  *ModernaTX, Inc. et al v. Pfizer Inc. et al*, Case No. 1:22-cv-11378-RGS (D. Mass.): Plaintiffs'
     Document Reproduction

Counsel:

Pursuant to paragraph 9.2 of the Protective Order (Dkt. 67), please immediately destroy the original and all copies of the documents produced by Plaintiffs at the following beginning Bates numbers, destroy any notes or other writings or recordings that summarize, reflect, or discuss the specific content of the document, and make no further use of the documents or the information contained therein. Plaintiffs are herewith providing an overlay file for these documents.

MOD_000766230
MOD_000930463

Please note that some documents within this production have been designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order in this matter (Dkt. 67) and should be treated accordingly.

Via an emailed secure link, you will receive access to a share site containing documents Plaintiffs are reproducing in the above-referenced action.

WILMERHALE

November 9, 2023
Page 2


The files have been password-protected, and the associated password is: ███████████

Regards,

*/s/ Disha Patel*

Disha Patel

+1 617-526-6795
disha.patel@wilmerhale.com