# EXHIBIT 59

# EXHIBIT 12

**WILMERHALE**

November 30, 2023

**Disha R. Patel**

+1 617 526 6795 (t)
+1 617 526 5000 (f)
disha.patel@wilmerhale.com

Thomas H. L. Selby
Williams & Connolly LLP
680 Maine Avenue, S.W.
Washington, DC 20024
tselby@wc.com

Bruce M. Wexler
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
brucewexler@paulhastings.com

Re: *ModernaTX, Inc. et al v. Pfizer Inc. et al*, Case No. 1:22-cv-11378-RGS (D. Mass.): Plaintiffs'
Document Reproduction

Counsel:

Plaintiffs are herewith providing a overlay files for MOD_001276947 and MOD_001279172, as
referenced in the November 21, 2023 production letter from D. Patel.

Pursuant to paragraph 9.2 of the Protective Order (Dkt. 67), please immediately destroy the original
and all copies of the documents produced by Plaintiffs at the following beginning Bates numbers,
destroy any notes or other writings or recordings that summarize, reflect, or discuss the specific
content of the document, and make no further use of the documents or the information contained
therein.

Please note that the documents within this production have been designated "CONFIDENTIAL"
under the Protective Order in this matter (Dkt. 67) and should be treated accordingly.

Via an emailed secure link, you will receive access to a share site containing documents Plaintiffs
are reproducing in the above-referenced action.

The files have been password-protected, and the associated password is:

WilmerHale

November 30, 2023
Page 2

Regards,

*/s/ Disha Patel*

Disha Patel

+1 617-526-6795
disha.patel@wilmerhale.com