# EXHIBIT 60

# EXHIBIT 13

WILMERHALE

December 4, 2023

Disha R. Patel

+1 617 526 6795 (t)
+1 617 526 5000 (f)
disha.patel@wilmerhale.com

Thomas H. L. Selby
Williams & Connolly LLP
680 Maine Avenue, S.W.
Washington, DC 20024
tselby@wc.com

Bruce M. Wexler
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
brucewexler@paulhastings.com

Re: *ModernaTX, Inc. et al v. Pfizer Inc. et al*, Case No. 1:22-cv-11378-RGS (D. Mass.): Plaintiffs' Document Production, Reproduction and Clawback

Counsel:

Pursuant to paragraph 9.2 of the Protective Order (Dkt. 67), please immediately destroy the original and all copies of the documents produced by Plaintiffs at the following beginning Bates numbers, destroy any notes or other writings or recordings that summarize, reflect, or discuss the specific content of the document, and make no further use of the documents or the information contained therein. Plaintiffs are herewith providing an overlay file for these documents.

MOD_000789917
MOD_000789988
MOD_000939227
MOD_000939290

Via an emailed secure link, you will also receive access to a share site containing documents Plaintiffs are producing in the above-referenced action. These documents bear Bates numbers MOD_001482923 - MOD_001483121. Please note that some documents within this production have been designated "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order in this matter (Dkt. 67) and should be treated accordingly.

The files have been password-protected, and the associated password are as follows:

WILMERHALE

December 4, 2023
Page 2

- ███████████████████████████
- ███████████████████████
- ████████████████████████████

Regards,

*/s/ Disha Patel*

Disha Patel

+1 617-526-6795
disha.patel@wilmerhale.com