# EXHIBIT 65

# EXHIBIT 18