# EXHIBIT 66

# EXHIBIT 19

█████████████████████