# EXHIBIT 68

# EXHIBIT 21