# EXHIBIT 69

# EXHIBIT 4