# EXHIBIT 70

# EXHIBIT 5

██████████