# EXHIBIT 71

# EXHIBIT 6