IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MODERNATX, INC. and MODERNA US, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PFIZER INC., BIONTECH SE, BIONTECH MANUFACTURING GMBH, and BIONTECH US INC.,<br><br>Defendants. | Case No. 1:22-cv-11378-RGS |

**DEFENDANTS' MOTION TO STAY PENDING FINAL DETERMINATION OF INSTITUTED IPRS**

This case should be stayed in light of a material change in the litigation landscape. On March 19, 2024, an arm of the Patent Office—the Patent Trial and Appeal Board ("PTAB")—publicly docketed its decisions instituting *inter partes* review ("IPR") of United States Patent Nos. 10,702,600 ("the '600 patent") and 10,933,127 ("the '127 patent"), two of the three patents asserted in this litigation. The PTAB found that there was "compelling" evidence suggesting that the Patent Office "materially erred" in issuing the patents. Ex. 1, *BioNTech SE & Pfizer Inc. v. ModernaTX, Inc.*, IPR2023-01358, Paper 19 at 14-15 (P.T.A.B. Mar. 19, 2024) ("the '600 patent Institution Decision"); Ex. 2, *BioNTech SE & Pfizer Inc. v. ModernaTX, Inc.*, IPR2023-01359, Paper 20 at 15 (P.T.A.B. Mar. 19, 2024) ("the '127 patent Institution Decision"). As a result, the PTAB rejected Moderna's objections and instituted *inter partes* review. In light of those decisions, Pfizer and BioNTech request that the Court stay this litigation for the reasons set forth in the attached memorandum in support of this motion.

Dated: March 27, 2024

Respectfully submitted,

| | |
|---|---|
| DEFENDANT AND COUNTERCLAIM-PLAINTIFF PFIZER INC. | DEFENDANTS AND COUNTERCLAIM-PLAINTIFFS BIONTECH SE, BIONTECH MANUFACTURING GMBH, AND BIONTECH US INC. |
| By their Counsel, | By their Counsel, |
| */s/ Wyley Proctor* | */s/ Gregory M. Boucher* |
| Lee Carl Bromberg (BBO # 058480)<br>lbromberg@mccarter.com<br>Erik Paul Belt (BBO # 558620)<br>ebelt@mccarter.com<br>Wyley Proctor (BBO # 666613)<br>wproctor@mccarter.com<br>**MCCARTER & ENGLISH LLP**<br>265 Franklin Street<br>Boston, MA 02110<br>Tel:  617.449.6500 | Jeffrey S. Robbins, BBO #421910<br>Jeffrey.Robbins@saul.com<br>Joseph D. Lipchitz, BBO #632637<br>Joseph.Lipchitz@saul.com<br>Gregory M. Boucher, BBO #665212<br>Gregory.Boucher@saul.com<br>**SAUL EWING LLP**<br>131 Dartmouth Street, Suite 501<br>Boston, MA 02116<br>Tel: (617) 723-3300 |
| OF COUNSEL:<br><br>Thomas H. L. Selby*<br>Stanley E. Fisher*<br>Kathryn S. Kayali*<br>Michael Xun Liu*<br>Michael J. Mestitz*<br>Julie Tavares*<br>Haylee Bernal Anderson*<br>Robert F. Hartsmith<br>Ayelet M. Evrony<br>**WILLIAMS & CONNOLLY LLP**<br>680 Maine Avenue SW<br>Washington, DC 20024<br>Tel: (202) 434-5000 | OF COUNSEL:<br><br>Bruce M. Wexler*<br>Eric W. Dittmann*<br>Young J. Park*<br>Ashley N. Mays-Williams*<br>Scott F. Peachman<br>Karthik R. Kasaraneni*<br>Ryan Meuth*<br>Gabrielle Landes*<br>**PAUL HASTINGS LLP**<br>200 Park Avenue<br>New York, NY 10166<br>Tel: (212) 318-6000 |
| * Admitted *pro hac vice* | |
| *Attorneys for Defendant and Counter-Claim Plaintiff Pfizer Inc.* | *Attorneys for Defendants and Counter-Claim Plaintiffs BioNTech SE, BioNTech Manufacturing GmbH, and BioNTech US, Inc.* |

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)

Pursuant to Local Rule 7.1(a)(2), on March 26, 2024 counsel for BioNTech and Pfizer conferred in good faith with counsel for Moderna in an effort to resolve or narrow the issues presented in this motion, but were unable to reach an agreement, and have complied with Local Rule 7.1(a)(2). Counsel for Moderna has advised counsel BioNTech and Pfizer that Moderna will oppose this motion.

*/s/ Gregory M. Boucher*
Gregory M. Boucher (BBO# 665212)

## CERTIFICATE OF SERVICE

I, Gregory M. Boucher, hereby certify that on March 27, 2024, I caused the foregoing motion to be electronically filed with the Clerk of the Court using the CM/ECF system, which will simultaneously serve notice of such filing to counsel of record to their registered electronic mail addresses.

*/s/ Gregory M. Boucher*
Gregory M. Boucher (BBO# 665212)