IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MODERNATX, INC. and MODERNA US, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PFIZER INC., BIONTECH SE, BIONTECH MANUFACTURING GMBH, and BIONTECH US INC., <br><br> Defendants. | Case No. 1:22-cv-11378-RGS |

**DECLARATION OF GABRIELLE M. LANDES IN SUPPORT OF DEFENDANT'S MOTION TO STAY PENDING FINAL DETERMINATION OF INSTITUTED IPRS**

I, Gabrielle M. Landes, hereby state under the penalty of perjury that the following statements are true and accurate to the best of my knowledge, and that I could testify to these matters if called to do so:

1. I am an associate at the law firm Paul Hastings LLP, counsel for Defendants BioNTech SE, BioNTech Manufacturing GmbH, and BioNTech US Inc. (together, "BioNTech") in this matter. I am a member in good standing of the New York Bar. I submit this declaration in support of Defendant's Motion to Stay Pending Final Determination of Instituted IPRs.

2. **Exhibit 1** is a true and correct copy of the Patent Trial and Appeal Board's ("PTAB") public institution decision to institute *inter partes* review of U.S. Patent No. 10,702,600 in *BioNTech SE and Pfizer Inc. v. ModernaTX Inc.*, IPR2023-01358 dated March 19, 2024.

3. **Exhibit 2** is a true and correct copy of the PTAB's public institution decision to institute *inter partes* review of U.S. Patent No. 10,933,127 in *BioNTech SE and Pfizer Inc. v. ModernaTX Inc.*, IPR2023-01359 dated March 19, 2024.

4. **Exhibit 3** is a true and correct copy of the United States Patent and Trademark Office's June 21, 2022 Guidance Memorandum, also known as the Vidal Guidance Memorandum.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this day, March 27, 2024 in New York, New York.

/s/ Gabrielle M. Landes
Gabrielle M. Landes
Associate
Paul Hastings LLP

## **CERTIFICATE OF SERVICE**

I, Gregory M. Boucher, hereby certify that on March 27, 2024, I caused the foregoing motion to be electronically filed with the Clerk of the Court using the CM/ECF system, which will simultaneously serve notice of such filing to counsel of record to their registered electronic mail addresses.

*/s/ Gregory M. Boucher*
Gregory M. Boucher (BBO# 665212)