IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MODERNATX, INC. and MODERNA US, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PFIZER INC., BIONTECH SE, BIONTECH MANUFACTURING GMBH, and BIONTECH US INC., <br><br> Defendants. | Case No. 1:22-cv-11378-RGS |

## JOINT STATUS REPORT

Pursuant to ECF 240, Plaintiffs ModernaTX, Inc. and Moderna US, Inc. and Defendants BioNTech SE, BioNTech Manufacturing GmbH, BioNTech US Inc., and Pfizer Inc. hereby submit the following status report regarding the IPR proceedings related to this action: *BioNTech SE and Pfizer Inc. v. ModernaTX, Inc.*, IPR2023-001358 and IPR2023-01359.

Both IPRs are on the same schedule, which is presented in a chart format below.

| Event | Date |
|---|---|
| **Patent Owner's Response Due** | May 31, 2024 |
| **Petitioner's Reply Due** | August 30, 2024 |
| **Patent Owner's Sur-Reply Due** | October 16, 2024 |
| **Request for Oral Argument** | October 23, 2024 |
| **Motion to Exclude Evidence** | November 13, 2024 |
| **Opposition to Motion to Exclude Evidence** | November 20, 2024 |
| **Request for Pre-Hearing Conference** | November 20, 2024 |

2

| | |
|---|---|
| **Reply to Opposition to Motion to Exclude** | November 27, 2024 |
| **Oral Argument** | December 10, 2024 |
| **Final Written Decision** | On or before March 6, 2025 |

Pursuant to ECF 240, the parties will submit their next joint status report in 90 days, on January 28, 2025.

Dated: October 30, 2024

Respectfully submitted,

| | |
|---|---|
| DEFENDANT AND COUNTERCLAIM-PLAINTIFF PFIZER INC. | DEFENDANTS AND COUNTERCLAIM-PLAINTIFFS BIONTECH SE, BIONTECH MANUFACTURING GMBH, AND BIONTECH US INC. |
| By their Counsel, | By their Counsel, |
| /s/ Wyley Proctor | /s/ Gregory M. Boucher |
| Lee Carl Bromberg (BBO # 058480)<br>lbromberg@mccarter.com<br>Erik Paul Belt (BBO # 558620)<br>ebelt@mccarter.com<br>Wyley Proctor (BBO # 666613)<br>wproctor@mccarter.com<br>**MCCARTER & ENGLISH LLP**<br>265 Franklin Street<br>Boston, MA 02110<br>Tel: 617.449.6500 | Jeffrey S. Robbins, BBO #421910<br>Jeffrey.Robbins@saul.com<br>Joseph D. Lipchitz, BBO #632637<br>Joseph.Lipchitz@saul.com<br>Gregory M. Boucher, BBO #665212<br>Gregory.Boucher@saul.com<br>**SAUL EWING LLP**<br>131 Dartmouth Street, Suite 501<br>Boston, MA 02116<br>Tel: (617) 723-3300 |
| OF COUNSEL:<br>Thomas H. L. Selby*<br>Stanley E. Fisher*<br>Kathryn S. Kayali*<br>Michael Xun Liu*<br>Michael J. Mestitz*<br>Julie Tavares*<br>Haylee Bernal Anderson*<br>Robert F. Hartsmith<br>Ayelet M. Evrony<br>**WILLIAMS & CONNOLLY LLP**<br>680 Maine Avenue SW<br>Washington, DC 20024<br>Tel: (202) 434-5000<br><br>*Attorneys for Defendants and Counter-Claim Plaintiffs Pfizer Inc.*<br><br>* Admitted *pro hac vice* | OF COUNSEL:<br>Bruce M. Wexler*<br>Eric W. Dittmann*<br>Young J. Park*<br>Ashley N. Mays-Williams*<br>Scott F. Peachman (BBO# 692631)<br>Karthik R. Kasaraneni*<br>Ryan Meuth (BBO# 714093)<br>Gabrielle Landes*<br>**PAUL HASTINGS LLP**<br>200 Park Avenue<br>New York, NY 10166<br>Tel: (212) 318-6000<br><br>*Attorneys for Defendants and Counter-Claim Plaintiffs BioNTech SE, BioNTech Manufacturing GmbH, and BioNTech US, Inc.* |

PLAINTIFFS AND COUNTER-CLAIM
DEFENDANTS MODERNATX, INC.
AND MODERNA US, INC.

By their Counsel,

/s/  Kevin S. Prussia

_____
William F. Lee (BBO# 291960)
Emily R. Whelan (BBO# 646982)
Kevin S. Prussia (BBO# 666813)
Andrew J. Danford (BBO# 672342)
**WILMER CUTLER PICKERING
HALE AND DORR LLP**
60 State Street
Boston, MA 02109
(617) 526-6000
william.lee@wilmerhale.com
emily.whelan@wilmerhale.com
kevin.prussia@wilmerhale.com
andrew.danford@wilmerhale.com

Amy K. Wigmore (BBO# 629275)
**WILMER CUTLER PICKERING
HALE AND DORR LLP**
2100 Pennsylvania Avenue NW
Washington, DC 20037
(202) 663-6000
amy.wigmore@wilmerhale.com

*Counsel for Plaintiffs ModernaTX, Inc. and Moderna US, Inc..*