IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MODERNATX, INC. and MODERNA US, INC., <br><br> Plaintiffs, Counterclaim-Defendants, <br><br> v. <br><br> PFIZER INC., BIONTECH SE, BIONTECH MANUFACTURING GMBH, and BIONTECH US INC., <br><br> Defendants, Counterclaim-Plaintiffs. | Case No. 1:22-cv-11378-RGS |

## SUPPLEMENTAL NOTICE OF RELATED ACTIONS

Pursuant to the Court's April 16, 2014 Standing Order requiring Notice of Related Actions and Local Rule 40(g)(1), Plaintiffs ModernaTX, Inc. and Moderna US, Inc. (collectively, Moderna) and Defendants Pfizer, Inc., BioNTech SE, BioNTech Manufacturing GmbH, and BioNTech US Inc. (collectively, "Defendants") hereby notify the Court of Final Written Decisions in related actions before the Patent Trial and Appeal Board ("PTAB") of the U.S. Patent and Trademark Office.

***Identification of Related Actions.***  The related actions are two *inter partes* review ("IPR") proceedings relating to two of the patents at issue in this litigation.

| IPR Number | Final Written Decision Date | Patent Number | Claims Found Unpatentable |
|---|---|---|---|
| IPR2023-01358 | March 5, 2025 | U.S. Patent No. 10,702,600 | 1, 2, 4-6, 8-12, 16, 17, 20, 21, and 26 |
| IPR2023-01359 | March 5, 2025 | U.S. Patent No. 10,933,127 | 1-3, 6-9, 11-13, 17, 18, and 20 |

The Final Written Decisions were placed by the PTAB on its public docket on March 13, 2025, and are attached as Exhibits 1 and 2 to this submission.

**Status of Related Actions.** On August 28, 2023, Defendants petitioned for IPR of U.S. Patent No. 10,702,600 and U.S. Patent No. 10,933,127, challenging each claim of both patents that had been asserted in this litigation (collectively, the "challenged claims").[1] On March 6, 2024, the PTAB instituted IPR proceedings on all challenged claims of both patents. On April 12, 2024, this Court stayed this action pending resolution of the two IPRs. Dkt # 240. On March 5, 2025, the PTAB issued a Final Written Decision for both patents, finding all challenged claims unpatentable. *See* Exhibits 1 and 2. Any notice of appeal of the Board's Final Written Decisions is due on May 7, 2025—sixty-three days from the Board's decisions. *See* 37 C.F.R. § 90.3.

The parties further state that they are conferring regarding the impact of the Final Written Decisions on the Court's April 12, 2024 stay order.

---

[1] The IPR proceedings did not involve U.S. Patent No. 10,898,574, which is also asserted in this litigation.

Dated: March 19, 2025

| | |
|---|---|
| DEFENDANT AND COUNTERCLAIM-PLAINTIFF PFIZER INC. | DEFENDANTS AND COUNTERCLAIM-PLAINTIFFS BIONTECH SE, BIONTECH MANUFACTURING GMBH, AND BIONTECH US INC. |
| By their Counsel, | By their Counsel, |
| */s/ Wyley Proctor* | */s/ Gregory M. Boucher* |
| Lee Carl Bromberg (BBO # 058480)<br>Erik Paul Belt (BBO # 558620)<br>Wyley Proctor (BBO # 666613)<br>**McCarter & English LLP**<br>265 Franklin Street<br>Boston, MA 02110<br>P: 617.449.6500<br>F: 617.607.9200<br>lbromberg@mccarter.com<br>ebelt@mccarter.com<br>wproctor@mccarter.com | Jeffrey S. Robbins, BBO #421910<br>Jeffrey.Robbins@saul.com<br>Joseph D. Lipchitz, BBO #632637<br>Joseph.Lipchitz@saul.com<br>Gregory M. Boucher, BBO #665212<br>Gregory.Boucher@saul.com<br>**Saul Ewing LLP**<br>131 Dartmouth Street, Suite 501<br>Boston, MA 02116<br>Tel: (617) 723-3300 |
| OF COUNSEL:<br><br>Thomas H. L. Selby*<br>Stanley E. Fisher*<br>Kathryn S. Kayali*<br>Michael Xun Liu*<br>D. Shayon Ghosh*<br>Julie Tavares*<br>Jeffrey G. Ho (BBO # 714047)<br>**Williams & Connolly LLP**<br><br>680 Maine Avenue, S.W.<br>Washington, DC 20024<br>Telephone: 202-434-5000<br>Facsimile: 202-434-5029 | OF COUNSEL:<br><br>Bruce M. Wexler*<br>Eric W. Dittmann*<br>Young J. Park*<br>Ashley N. Mays-Williams*<br>Scott F. Peachman<br>Karthik R. Kasareneni*<br>Ryan Meuth*, BBO #714093<br>Gabrielle Landes*<br>**Paul Hastings LLP**<br>200 Park Avenue<br>New York, NY 10166<br>(212) 318-6000 |
| *Attorneys for Defendant and Counter-Claim Plaintiff Pfizer Inc.* | *Attorneys for Defendants and Counter-Claim Plaintiffs BioNTech SE, BioNTech Manufacturing GmbH, and BioNTech US, Inc.* |

\* Admitted *pro hac vice*

3

PLAINTIFFS AND COUNTER-
CLAIM DEFENDANTS
MODERNATX, INC. AND
MODERNA US, INC.

By their Counsel,

*/s/ Kevin S. Prussia*

William F. Lee (BBO# 291960)
Emily R. Whelan (BBO# 646982)
Joseph J. Mueller (BBO# 647567)
Kevin S. Prussia (BBO# 666813)
Andrew J. Danford (BBO# 672342)
Annaleigh E. Curtis (BBO# 696165)
**WILMER CUTLER PICKERING HALE
AND DORR LLP**
60 State Street
Boston, MA 02109
(617) 526-6000
william.lee@wilmerhale.com
emily.whelan@wilmerhale.com
joseph.mueller@willmerhale.com
kevin.prussia@wilmerhale.com
andrew.danford@wilmerhale.com
annaleigh.curtis@wilmerhale.com

Amy K. Wigmore (BBO# 629275)
**WILMER CUTLER PICKERING HALE
AND DORR LLP**
2100 Pennsylvania Avenue
NW Washington, DC 20037
(202) 663-6000
amy.wigmore@wilmerhale.com

*Counsel for Plaintiffs ModernaTX, Inc.
and Moderna US, Inc.*

4

## **CERTIFICATE OF SERVICE**

      I, Gregory M. Boucher, hereby certify that on March 19, 2025, I caused the foregoing notice to be electronically filed with the Clerk of the Court using the CM/ECF system, which will simultaneously serve notice of such filing to counsel of record to their registered electronic mail addresses.

                                              */s/ Gregory M. Boucher*
                                              Gregory M. Boucher (BBO# 665212)