IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MODERNATX, INC. and MODERNA US, INC.,<br><br>Plaintiffs<br><br>v.<br><br>PFIZER INC., BIONTECH SE, BIONTECH MANUFACTURING GMBH, and BIONTECH US INC.,<br><br>Defendants. | Case No. 1:22-cv-11378-RGS |

**JOINT STATUS REPORT**

Pursuant to Dkt. No. 253, Plaintiffs ModernaTX, Inc. and Moderna US, Inc. (collectively, "Plaintiffs") and Defendants Pfizer, Inc., BioNTech SE, BioNTech Manufacturing GmbH, and BioNTech US Inc. (collectively, "Defendants") respectfully submit the following status report regarding the appeal from IPR proceedings in *Moderna TX, Inc. v. BioNTech SE*, Nos. 2025-1756 and 2025-1757 (Fed. Cir.), related to this action.

As explained in the parties' March 19, 2025 Supplemental Notice of Related Actions, the Patent Trial and Appeal Board ("PTAB") of the U.S. Patent and Trademark Office found every claim of U.S. Patent No. 10,702,600 and U.S. Patent No. 10,933,127 asserted in this litigation to be unpatentable in view of the prior art. On May 6, 2025, Plaintiffs filed notices of appeal from the PTAB's decisions in both IPRs to the U.S. Court of Appeals for the Federal Circuit. The appeals have been docketed as *Moderna TX, Inc. v. BioNTech SE*, Nos. 2025-1756 and 2025-

1

1757 (Fed. Cir.).  The opening brief was filed on September 17, 2025.  The response brief was filed on December 23, 2025.  The reply brief is currently due to be filed on February 2, 2026.

Dated: January 7, 2026

| | |
|---|---|
| DEFENDANT AND COUNTERCLAIM-PLAINTIFF PFIZER INC. | DEFENDANTS AND COUNTERCLAIM-PLAINTIFFS BIONTECH SE, BIONTECH MANUFACTURING GMBH, AND BIONTECH US INC. |
| By their Counsel, | By their Counsel, |
| */s/ Wyley Proctor* | */s/ Gregory M. Boucher* |
| Lee Carl Bromberg (BBO # 058480)<br>Erik Paul Belt (BBO # 558620)<br>Wyley Proctor (BBO # 666613)<br>**MCCARTER & ENGLISH LLP**<br>265 Franklin Street<br>Boston, MA 02110<br>P: 617.449.6500<br>F: 617.607.9200<br>lbromberg@mccarter.com<br>ebelt@mccarter.com<br>wproctor@mccarter.com | Jeffrey S. Robbins, BBO #421910<br>Jeffrey.Robbins@saul.com<br>Joseph D. Lipchitz, BBO #632637<br>Joseph.Lipchitz@saul.com<br>Gregory M. Boucher, BBO #665212<br>Gregory.Boucher@saul.com<br>**SAUL EWING LLP**<br>131 Dartmouth Street, Suite 501<br>Boston, MA 02116<br>Tel: (617) 723-3300 |
| OF COUNSEL: | OF COUNSEL: |
| Thomas H. L. Selby*<br>Stanley E. Fisher*<br>Kathryn S. Kayali*<br>Michael Xun Liu*<br>Julie Tavares*<br>Robert F. Hartsmith*<br>Jeffrey G. Ho (BBO # 714047)<br>**WILLIAMS & CONNOLLY LLP**<br>680 Maine Avenue, S.W.<br>Washington, DC 20024<br>Telephone: 202-434-5000<br>Facsimile: 202-434-5029 | Bruce M. Wexler*<br>Eric W. Dittmann*<br>Young J. Park*<br>Ashley N. Mays-Williams*<br>Scott F. Peachman<br>Karthik R. Kasareneni*<br>Ryan Meuth*, BBO #714093<br>Gabrielle Landes*<br>**PAUL HASTINGS LLP**<br>200 Park Avenue<br>New York, NY 10166<br>(212) 318-6000 |
| *Attorneys for Defendant and Counter-Claim Plaintiff Pfizer Inc.* | *Attorneys for Defendants and Counter-Claim Plaintiffs BioNTech SE, BioNTech Manufacturing GmbH, and BioNTech US, Inc.* |

\* Admitted *pro hac vice*

PLAINTIFFS AND COUNTER-
CLAIM DEFENDANTS
MODERNATX, INC. AND
MODERNA US, INC.

By their Counsel,

*/s/ Kevin S. Prussia*

William F. Lee (BBO# 291960)
Emily R. Whelan (BBO# 646982)
Joseph J. Mueller (BBO# 647567)
Kevin S. Prussia (BBO# 666813)
Andrew J. Danford (BBO# 672342)
Annaleigh E. Curtis (BBO# 696165)
**WILMER CUTLER PICKERING HALE
AND DORR LLP**
60 State Street
Boston, MA 02109
(617) 526-6000
william.lee@wilmerhale.com
emily.whelan@wilmerhale.com
joseph.mueller@willmerhale.com
kevin.prussia@wilmerhale.com
andrew.danford@wilmerhale.com
annaleigh.curtis@wilmerhale.com

Amy K. Wigmore (BBO# 629275)
**WILMER CUTLER PICKERING HALE
AND DORR LLP**
2100 Pennsylvania Avenue
NW Washington, DC 20037
(202) 663-6000
amy.wigmore@wilmerhale.com

*Counsel for Plaintiffs ModernaTX, Inc.
and Moderna US, Inc.*

4